UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-CR-60253-MOORE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF(S), | ) |
| | ) |
| VS. | ) MIAMI, FLORIDA |
| | ) JANUARY 17, 2023 |
| | ) |
| LAWRENCE ALEXANDER, AND | ) COURTROOM #13-1 |
| DEAN ZUSMER, | ) |
| | ) |
| _____DEFENDANT(S).___ | ) |

VOLUME I

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE LAUREN FLEISCHER LOUIS,
UNITED STATES MAGISTRATE JUDGE AND
K. MICHAEL MOORE, DISTRICT COURT JUDGE.

APPEARANCES

FOR THE GOVERNMENT:        PATRICK J. QUEENAN, ESQ.
                          MEREDITH HOUGH, ESQ.
                          U.S. DEPARTMENT OF JUSTICE
                          FRAUD SECTION, CRIMINAL DIVISION
                          1400 NEW YORK AVENUE, N.W.
                          BOND BUILDING 4TH FLOOR
                          WASHINGTON, DC 20005

                          CATHERINE WAGNER, ESQ.
                          U.S. DEPARTMENT OF JUSTICE
                          CRIMINAL DIVISION, FRAUD SECTION
                          10000 LOUISANA, SUITE 2300
                          HOUSTON, TX  77002

*Stenographically Reported By:*
*Quanincia S. Hill, RPR*
*Federal Official Court Reporter*
*400 North Miami Avenue*
*Miami, Florida  33128*

*Office No.:  (305)523-3634  E-mail: Quanincia_hill@flsd.uscourts.gov*

APPEARANCES-CONTD.

| | |
|---|---|
| FOR THE DEFENDANT(S): | JOSE QUINON, ESQ. |
| LAWRENCE ALEXADER | JOSE M. QUINON, P.A. |
| | 2333 BRICKELL AVENUE, SUITE A-1 |
| | MIAMI, FL 33129 |

FRANK QUINTERO, JR., ESQ.
QUINTERO BROCHE, P.A.
75 VALENCIA AVENUE
SUITE 800
CORAL GABLES, FL  33134

- - -

DEAN ZUSMER            BARRY MICHAEL WAX, ESQ.
LAW OFFICES OF BARRY M. WAX
701 BRICKELL AVENUE
SUITE 150
MIAMI, FL  33131

MARK RUSSELL EIGLARSH, ESQ.
MARK EIGLARSH LAW OFFICE
4770 BISCAYNE BOULEVARD
SUITE 610
MIAMI, FL  33137

*Stenographically Reported By:*
*Quanincia S. Hill, RPR*
*Federal Official Court Reporter*
*400 North Miami Avenue*
*Miami, Florida  33128*

*Office No.:  (305)523-3634  E-mail: Quanincia_hill@flsd.uscourts.gov*

**INDEX TO WITNESSES**

| Witness | Page |
|---|---|
| STEVEN QUINDOZA | |

Direct Examination By AUSA Queenan                    293

- - -

**INDEX TO EXHIBITS**

| Government's Exhibit | Description | Page |
|---|---|---|
| 107A | Medicare enrollment documents. | 293 |
| 107C | Medicare enrollment documents. | 293 |
| 107G | Medicare enrollment documents. | 293 |
| 107I | Medicare enrollment documents. | 293 |
| 107K | Medicare enrollment documents. | 293 |
| 107O | Medicare enrollment documents. | 293 |
| 107P | Medicare enrollment documents. | 293 |
| 107Q | Medicare enrollment documents. | 293 |
| 107R | Medicare enrollment documents. | 293 |
| 108 | Medicare enrollment application for Silent Hill. | 293 |

(Proceedings commencing at 8:36 a.m.)

THE COURTROOM DEPUTY:  Calling, case number 21-60253-criminal. Judge Moore.  *United States versus Lawrence Alexander and Dean Zusmer.*

Counsel, would you note your appearances for the record, starting with plaintiff.

AUSA WAGNER:  Good morning, Catherine Wagner, Patrick Queenan and and Meredith Hough for the United States.

THE COURT:  Mr. Queenan, you're there.  And who else?  Sorry.

AUSA WAGNER:  Meredith Hough.

THE COURT:  Thank you.

DEFENSE ATTORNEY WAX:  Good morning, your Honor. Barry Wax and Mark Eiglarsh on behalf of Dr. Dean Zusmer, who is present at counsel table. Also with us, your Honor, at the far end is Marc Hurwitz.  He is our jury selection consultant and will be assisting us during the course of voir dire.

THE COURT:  Okay.

DEFENSE ATTORNEY EIGLARSH:  Good morning, your Honor.

DEFENSE ATTORNEY QUINON: Good morning, your Honor. Jose Quinon, together with Frank Quintero, who stepped our for a minute.  He'll be right back.  Our client, Dr. Lawrence Alexander, is sitting at counsel table.  And to his left is our investigator, Jose Gonzalez, who will be sitting in with us during the course of the trial.

**6**

THE COURT:  All right.  Good morning. So when the jury is here, you all can decide.  I'm going to ask you to introduce yourselves and who's at the table. I don't have a preference. You can just stand and project your own names or choose somebody from your side.  But do introduce everybody's who's going to be seated at the counsel table.  Okay.

DEFENSE ATTORNEY QUINON: Yes.

THE COURT:  All right.  Well, thank you for being here and on time.  We had left an open question about jury selection and I told you that we could take it up and anything else we needed to before 9:00 so they can come in on time.

So, Mr. Quinon, is there anything we need to take up?

DEFENSE ATTORNEY QUINON: No.  I mean, the only question that was an issue is the question that we discussed concerning the condition of my client. And I think the Government -- originally, we discussed this last week.  I thought we were going to meet some type of agreement. Apparently not according to what I heard this morning.  So let's just go ahead and select the jury and I'll deal with it during the course of the trial.  I'll bring it up with Judge Moore at another time or I'll see what I do with it.

THE COURT:  Okay.  I let them know that it was was an issue that you may want to raise with him. So he's alerted to it.

**AUSA QUEENAN:**  Thank you, your Honor. I would like to address it briefly with your Honor to insure that we have some instruction from the Court in terms of what defense counsel can and cannot say during this voir dire because the Government is objecting to any reference to Mr. Or Dr. Alexander's condition as having Asperger's.

**DEFENSE ATTORNEY QUINON:**  I just said I'm not going to do it.

**AUSA QUEENAN:**  Thank you.  It's on the record, Judge. I appreciate it.

**DEFENSE ATTORNEY QUINON:**  I was clear as I could be that I was not going to address it.

**THE COURT:**  Mr. Wax.

**DEFENSE ATTORNEY WAX:**  Yes.  Thank you, your Honor.

The Government and the defense have both presented proposed voir dire questions.  We have filed jointly between the defendants, objections to the Government's proposed voir dire questions.  I'm not sure if your Honor has seen those or not yet.  So I believe those need to be resolved.

Additionally, with the Court's permission, we have prepared a proposed two page, let me make sure I'm correct, a two page introductory prelim statement for the Court to read. I assume you may have your own preliminary statement.  This one cobbles greatly from that but varies just a bit.  If I can hand it up.

**THE COURT:** Sure.  Just make sure that I understand. This is jointly with the Government?

**DEFENSE ATTORNEY WAX:** No. This is just with the defense.  I've given to with them this morning.  I assume the Government may have some objection.  We think it's very -- it's not one sided at all.  It's a very impartial and down the middle sort of preliminary statement with respect to the case before the jury.

**AUSA QUEENAN:** Your Honor, I presume when you read it that you will realize that it's the introductory remarks that you probably have prepped for all of your jury selection. We'd prefer your Honor use your own, you know, introductory remarks.  There's nothing highly objectionable in here.  It just seems like they rewrote your introductory remarks, your Honor.

**THE COURT:** Okay. I don't mind taking a look at it and seeing if I can did it better or clearer, particularly about this case.  So I'll take a look at that.

With respect to the voir dire, I have looked at all of your proposed and objections.  The way that I've resolved them is I've incorporated into my script the questions that I agree are appropriate or that I don't think are objectionable.  And to the extent that I thought there was a well-place objection and modified or proposed, you are all going to have the opportunity to address the jury.

**9**

So to the extent I don't ask it and you still feel like it's necessary, you can. Okay.

Mr. Queenan, you have a question.

**AUSA QUEENAN:** I have one question, your Honor. During -- I think you are giving each party about ten or 15 minutes to address the jury. During that time period, will be be permitted to walk away from the podium to be able to address the jurors?

**THE COURT:** Yes. So I don't have any attachment to where you are in the well so long as you are using a microphone for our court reporter so she doesn't have to constantly interrupt you. Okay.

**AUSA QUEENAN:** With your Honor's permission, can I grab one of those microphones now just to have it?

**THE COURT:** We're going to stop for a minute and let the jury come in. And you can get comfortable as well and go ahead and get a microphone. But I understand --

There's Mr. Quintero. Good morning.

**MR. QUINTERO:** Good morning, your Honor. My apologies.

**THE COURT:** No worries. We just got started without you but Mr. Quinon will catch you up. But the -- so we're going to wait for them to come up to the floor. It's my understanding that they're running on time. So hopefully, we're ready to start at 9:00.

Just so you also know, when I ask them questions of the

group, I'm going to ask them and my court security officers, to the extent that we can, to somewhat go in order so that we're taking the first row and hands go up and then the second row.  And then sometimes, the jurors want to be considerate and they wan to just pass it to the closest person, which might be behind the.  But we're going to try to encourage them to go row by row so that you all can keep track of who it is.  And they'll be instructed each time to identify themselves by name for the record. If they miss it, I will try to correct them so that you can see who it is.

Mr. Wax.

**DEFENSE ATTORNEY WAX:**  Yes.  Thank you, your Honor.  Do we have a list of jurors yet so we can get a little bit of head start setting up our chart?   And do we know if they filled out a standard questionnaire that we're going to get also.

**THE COURT:**  So they don't fill out a standard questionnaire.  I've asked the jury selection -- the juror clerk to give them the questions that I've told them to be prepared to answer in open court.  They do so orally.  A lot of what's on the questionnaire is what they'll be asked as a group, like you've served on a jury before and and so forth.

In terms of the list, I haven't gotten it yet.  Alicia is shaking her head 'no."  So as soon as it comes over from jury selection, they E-mail it to us, Ms. Williams will print

you copies and hand it out and we'll do the best we can.

**DEFENSE ATTORNEY WAX:**  All right.  So we've got nine in the back row, seven in the front row.  Does Juror Number 1 start in the front row to the right?

(Discussion off the record.)

**THE COURT:**  So Officer Harmon is going to help you.  As they're coming in, they're be very vocal about telling you which juror it is as they come in.  And last night, I was told that we might have 46.  So if we have a couple more, they'll go ahead and send them as well.  So we will roll with it as soon as we get the list.  Ms. Williams says it's coming through now.

**DEFENSE ATTORNEY WAX:**  So one through 7 there, 8 through whatever there, right?  That's seat one and that's seat eight?

**THE COURT:**  Yes.

**DEFENSE ATTORNEY WAX:**  Okay. Thank you.

**DEFENSE ATTORNEY QUINON:**  And then at the wall, the next people that are sitting what is now the audience, the first one will be closest to the wall coming this way?

**THE COURT:**  That's right.

**DEFENSE ATTORNEY WAX:**  Thank you.

**DEFENSE ATTORNEY QUINON:**  Judge, one more thing. My client appears in the indictment as number one and then Mr. Zusmer appeared underneath. I have spoken to Mr. Wax.

And we've come to an agreement, throughout the whole trial, he'll go first because he's going to be more active than I'm going to be and he's going to save a lot of time for everybody involved. So I mention that so that when it comes to questioning, Mr. Wax will be first, I'll be second. And I'll take it up also with Judge Moore and let him know that throughout the whole trial, it will be the same way.

THE COURT: Okay. Kind of figure for your placement that's what we were doing.

DEFENSE ATTORNEY WAX: That's right.

THE COURT: Okay. I'm going to take a first look at what the defense's handed to me and see what whether any of it should be incorporated in my script. It's my sincere hope, depending on how we move, that I can give you and the jurors a comfort break between my questioning and your voir dire, which will go for about 45 minutes. So I thought that you may appreciate that. So I just wanted to -- and then someone asked me about breaks. I'm going to attempt to do that.

DEFENSE ATTORNEY QUINON: Very apropos about breaks.

THE COURT: And you have it. And the jury should be on the floor at 9:00. So real quickly, I know that very experienced counsel is here, but there's a bathroom on every floor of this building. Once the jury's on the floor, please try to use the bathrooms on a different floor. That goes for family members and agents. Okay. But for now, we'll

be back at 9:00.

(Recess from 8:47 a.m. until 9:07 a.m.)

(Proceedings resuming at 9:07 a.m.)

**THE COURT:** My understanding is that the jury's on its way. And there was a little bit of an issue trying to get your jury list printed, but it's in its works.

Before the jury gets up here, I just wanted to do one more thing as well and address each of my defendants individually and make sure that you understand, and let me just quickly note that counsel's appearances are as previously noted for the record. And I see all defense attorneys are present.

And so I'll start with Mr. Zusmer, and ask you: Sir, do you understand that the charges that are pending against you are felonies and that you have a right to insist that Judge Moore conduct all proceedings in this case? The matter's been referred to me today just to select your jury. And it's my understanding that you had consulted with your attorneys and agreed to that.

But let me confirm, did you, in fact, have a chance to speak to your attorney about your right to have Judge Moore conduct this part of the proceeding and whether to agree to let me do it instead?

**THE DEFENDANT:** Yes, I have.

**THE COURT:** Okay. And understanding that you have that

**14**

right, do you consent to have me conduct this jury selection?

THE DEFENDANT: Yes, I do.

THE COURT: Okay. And let me talk to Dr. Alexander. Likewise, do you understand the charges that are pending against you are felonies and that you have the right to insist that Judge Moore conducts all proceedings in this case, including the jury selection? Do you understand you have that right?

THE DEFENDANT: Yes, your Honor.

THE COURT: And have you had a chance to talk to your attorneys about your decision to let me pick the jury, a United States magistrate judge, not a district court judge? Have you spoken to your attorneys about whether you want to decide to let me pick the jury rather than have Judge Moore do it?

THE DEFENDANT: Yes, your Honor.

THE COURT: And understanding that you have the right to insist that Judge Moore conducts all proceedings in this case, is it your decision and consent to let me do it for him?

THE DEFENDANT: Yes, your Honor.

THE COURT: Okay. Any objection from the Government, Ms. Wagner?

AUSA WAGNER: No objection, your Honor.

THE COURT: All right. With that, I think that I see

**15**

movement on the floor.  And so we should have them in just a minute.  You've got your lists now; is that right?

**DEFENSE ATTORNEY WAX:**  Yes, your Honor.

**THE COURT:**  I saw a flurry of activity.  It looked like you had them in your hand.

Mr. Wax, I looked over the remarks that you all prepared to me.  They looked very similar to what I had prepared to say to the jury.  So I appreciate the effort that you put into it.  I think it's going to sound pretty redundant to what I had planned.  And if you disagree, you can highlight anything that you think I omitted to let them know.

**DEFENSE ATTORNEY WAX:**  Thank you, your Honor.

**THE COURT:**  Thank you, Mr. Wax.

**AUSA QUEENAN:**  Your Honor, may I approach?  I know you're going to probably read the witness list in your comments.

**THE COURT:**  Yes.

**AUSA QUEENAN:**  We have some other entities that may be mentioned, companies.  Would you mind reading those as well just to ensure?  The parties are in agreement on this.

**THE COURT:**  Not at all.

**AUSA QUEENAN:**  I've prepared a hand-written list for your Honor.

**AUSA WAGNER:**  SORRY, your Honor.  My hand writing's

bad.  So let me know if you can't read it.

THE COURT:  I think I've got -- well, Ms. Wagner, does 'a-b-a' mean 'doing business as.'

AUSA WAGNER:  Yes, your Honor. I apologize. That's my 'D.' My penmanship has never been my strong suit.

THE COURT:  Okay. And I'll just -- Mr. Queenan, confirm that everyone that appears on the Government's witness list, I see 23, these are all still relevant and I should read all 23 to the jurors?

AUSA QUEENAN:  Your Honor, I'm not going to call all those witnesses likely, but their names maybe mentioned during trial.

THE COURT:  And I have -- yeah.  These are recent.  I looked at -- this are all from the 12th of this month.  These are all relevant and recent, right, Mr. Wax and Mr. Quinon?

DEFENSE ATTORNEY WAX:  Yes, your Honor. You're talking about the witnesses?

THE COURT:  Yes.

DEFENSE ATTORNEY WAX:  Yes.

THE COURT:  Ms. Wagner, your FBI Jason is that Jason or Shearn.

AUSA WAGNER:  Shearn.

And your Honor, we have one other agent at the table. Special Agent Mitchell Blum of HHSOIG.

THE COURT:  Okay. But he'll be introducing himself or

he'll be introduced, right?

**AUSA WAGNER:**  Yes.

**THE COURT:**  Okay. I can read the rest of them.  Thank you.

**DEFENSE ATTORNEY QUINTERO, JR.:**  I am short two jurors on my list.  I just need a copy of this so I can add them.

**THE COURT:**  This is Robin.  She's your law clerk in this case. And she's going to help you.

**DEFENSE ATTORNEY QUINTERO, JR.:**  Thank you.

(Off the record.)

**THE COURT:**  Okay.  All rise for the jury.

They're not ready.  Okay.  That was a false alarm. Everybody can have a seat.

Are we ready?  All rise for the jury.

**THE BAILIFF:**  Let's all rise for the jury.

(Jury convened at 9:27 a.m.)

**THE COURT:**  As you file in, you go ahead and sit down. We stand for you. Just go and slide all the way back in the second row.

Go ahead and have a seat as you come in.

Officer Harmon, is that everybody.

**THE BAILIFF:**  No. We have one more row.

**THE COURT:**  I have a favor to ask of my jurors that are sitting close to the aisle seat.  Starting with that front row, sir, will you tell me your name.  Yes.

**18**

**PROSPECTIVE JUROR:** Hi.  Good morning.  My name is Phillip Holden.  Number 24.

**THE COURT:** And behind Mr. Holden.

**PROSPECTIVE JUROR:** Gary Brown.  Number 32.

**THE COURT:** Thank you, Mr. Brown.  And behind Mr. Brown.

**PROSPECTIVE JUROR:** Myriam Rodriguez.  Number 40.

**THE COURT:** And behind Ms. Rodriguez.

**PROSPECTIVE JUROR:** Ben Rasabi.

**DEFENSE ATTORNEY QUINTERO, JR.:** Your Honor, we can't hear.

**THE COURT:** Is that Mr. Rasabi?  Rasabi?  Yes.  Okay.  Perfect.  So I just want to make sure that I have everybody in the right spot.

Counsel, go ahead and have a seat.

Good morning, ladies and gentlemen of the jury.  Welcome to the Southern District of Florida.

My name is Lauren Louis.  I'm a United States magistrate judge.  I am presiding over jury selection this morning.  This matter's been referred to me from Judge Michael Moore, who you will meet if you are selected for this jury and to serve with us this morning.

Now, let meet introduce you to some other folks in the courtroom.  You've met Office Harmon and you've probably met my courtroom deputy here,  Ms. Alicia Williams.  I point them

**19**

out because if you have questions that come up throughout the course of the day, I encourage you to direct those questions to one of these two helpful folks.  And you've also got my court reporter here, Ms. Dee Dee Hill.  And understand that the officers -- and you have another court security officer in the back of the courtroom.  They are both here to help with the security and the integrity of the jury.

I want to start by welcoming you all here to the United States District Court for the Southern District of Florida. We all appreciate you being here.  We realize that jury service can pose an inconvenience to you and your family and your work life.  Nevertheless, we hope you recognize the importance of jury service.  Without you, we couldn't conduct a trial.

We're about to begin a new trial.  And one of the first things we need to do is select a jury, which is why you all are here.  You've been randomly selected up until this point. I'm going to ask you a series of questions, and based on your responses to those questions, you may be more or less qualified to serve on this particular case.  If you are selected, I hope you'll find your jury service to be an interesting and educational experience.  If you're not selected, I'll ask that you return to the jury assembly room from where you came and you may be called for another trial today or another time during your two-week time that you've

been summoned for jury service.

The purpose behind my questioning is not to invade your privacy in anyway.  We're trying to achieve particular goals in the jury selection process:  One, is to select a jury for this case that comes with an open mind, that is that you haven't made your mind up one way or another for either side; secondly, that any verdict you reach will be based solely on the evidence that you hear in this courtroom and not on any other consideration; and third, that you'll follow the Court's instructions to you on the law that is applicable to this case and not substitute your own idea about what you think the law should be, whether you agree with the law or not.

So if you can satisfy those three criteria, keep an open mind, base your verdict on the evidence and follow the Court's instructions to you as to what applicable law is, then you're well qualified for jury service.  If you can't for any one reason, just indicate that to us.  And as I said, you'll be excused and you may be called upon for jury service in another case.

We try both civil and criminal cases in this courthouse.  Today, we have a criminal case.  There are a few basic rules about criminal cases that you should keep in mind.  I'll going over them with you.

First, a criminal case is initiated by what's referred

to as an 'indictment.' An indictment is the written document which the Government sets forth or alleges that a defendant or defendants has committed one or more violations of federal law.  The indictment is not evidence of any kind.  It cannot be used or considered as evidence of any kind.  It's just a document, as I say, that sets forth the allegation and initiates the criminal prosecution.

When the Government files an indictment, it assumes the burden of proving what it has alleged.  In a criminal case, the burden is on the Government to prove what it has alleged beyond a reasonable doubt.  And if it fails to meet that burden, you must acquit that defendant of that allegation. As any defendant sits before you at this stage of the trial, they are, by law, presumed to be innocent.

A defendant does not have to put forth any evidence.  A defendant has a right not to testify.  If a defendant elects not to testify, you can't hold that against the defendant. The burden remains with the Government throughout the course of the case to prove what it has alleged beyond a reasonable doubt.

Some of you may have sat as jurors before in civil cases.  If you have, you may recall that the judge gave you an instruction as the burden of proof in a civil case.  In a civil case, the burden is on the plaintiff to prove what the plaintiff has alleged by a preponderance of the doubt, I'm

sorry, by of the evidence. That's a lower burden of proof. So it's important for you to put that out of your mind and apply the correct burden that is applicable to this case, a criminal case, the higher burden of proof, proof beyond a reasonable doubt.

All right. Next, I'm going to ask the attorneys to introduce themselves and their clients to you. Counsel for the Government, are you ready to proceed?

**AUSA QUEENAN:** We are, your Honor. Thank you.

Good morning. My name is Patrick Queenan. I'm with the Department of Justice fraud section. With me today are my colleagues, Catherine Wagner, Meredith Hough, Special Agent Mitchell Blum from the Office of Inspector General, Health and Human Services, and Special Agent Jason Shearn from the Federal Bureau of Investigation. Thank you.

**THE COURT:** Thank you, Mr. Queenan.

Counsel for Mr. Zusmer, are you ready?

**DEFENSE ATTORNEY WAX:** Yes, your Honor. Thank you. Good morning, ladies and gentlemen. My name is Barry Wax. And I have the honor of representing Dr. Dean Zusmer, along with my colleague, Mark Eiglarsh. Good morning.

**DEFENSE ATTORNEY EIGLARSH:** Good morning.

**THE COURT:** Is counsel for Dr. Alexander ready to proceed?

**DEFENSE ATTORNEY QUINON:** Yes, your Honor.

Good morning, ladies and gentlemen. My name is Jose Quinon.  And I have the honor and pleasure of representing Lawrence Alexander.  He's represented by, to my left, Frank Quintero.  Dr. Alexander, to my left and Jose Gonzales, our paralegal investigator all the way left.  Good morning.

**THE COURT:**  Thank you, Mr. Quinon.

All right. I'm going to tell you a little bit about the case.  I'm not going to go into any detail about it.  The style of the case is the *United States of America versus Lawrence Alexander and Dean Zusmer.*

The indictment in this case alleges that from in or around April of 2014, continuing through in or around April of 2019, Dean Zusmer conspired with others to a execute a scheme to defraud Medicare and Medicaid Advantage, in violation of Title 18, United States code section 1349. That's Count 1.

And Count 3 is alleged that Dean Zusmer executed a scheme to defraud Medicare and Medicare Advantage and cause the submission of false and fraudulent claims to Medicare on or about July 11, 2018, in violation of Title 18, United States code section 1347.

In Count 6, it is alleged that from in or around April 2014, continuing in or around April 2019, Dr. Alexander and Dean Zusmer conspired with others to defraud the United States, in violation of Title 18 United States code section

**24**

371.

In Counts 8, 9 and 12, it is alleged that Dean Zusmer participated in payment of kickbacks in connection with a federal healthcare program on June 4th, July 9th and December 7th all of 2018, in violation of Title 42, United States code section 1320A.

And it is alleged in Count 19 that on January 14th, 2019, Lawrence Alexander made a materially false statement in connection with payments for healthcare items, in violation of Title 18, United States code, section 1035.

And in Count 21, it is alleged that Dean Zusmer made a materially false statement in connection with payment for healthcare items in violation of Title 18, United States code, section 1035.

As I said, those are the allegations. It is not evidence of any kind. It cannot be considered by you as evidence of any kind. The defendant's deny it and the Government has to prove those allegations beyond a reasonable doubt. And if it fails to do so, you must acquit that defendant of that allegation.

Okay. Now, before we go any further, let me ask that all perspective jurors stand, raise your right hand and be sworn.

Ms. Williams, will you administer the oath.

THE COURTROOM DEPUTY: Sure, Judge.

Do you, and each one of you, solemnly swear or affirm that you will well and truthfully answer all questions propounded to you, touching upon your qualifications to serve as jurors in the case before the Court, so help you God?

**PROSPECTIVE JURORS:**  I do.

**THE COURTROOM DEPUTY:**  Thank you.

**THE COURT:**  Okay.  Thank you and have a seat again.

Okay.  So I'm going to start the questioning and here's the way that we proceed.

If I ask you a question and you have a 'yes' answer to it, just indicate that to me, please, by raising your hand.

When it comes for a time for your response, those of you who may have raised your hand to a particular question, we'd ask that you please stand when you give your response and state your name when you start.

This is a large room.  We all want to hear what you have to say and your voice projects better and we can see you better when you stand and give your response.

Let me reiterate that when you stand, I want you to start your response, please, by telling us your name for a couple of reasons.

As I identified, Ms. Hill here is taking down everything.  She can only identify you for the record if you've told her your name first.  And then the other thing I wanted to tell you, if you don't mind, I'm going to encourage

my court security officers to take 'yes' answers starting at my front row and going to the row behind it and so forth through the courtroom. And the reason I do that, it's important for everybody here to keep track of who gave which answer. So if we go in that order, it helps the attorneys and the Court staff keep track of who gave the answer. Okay.

Okay. So let me just, start, please. Does anyone know anything about this case or the parties to this case other than what I've just told you? Any of the the lawyers, the agents, the defendants or defense counsel from any source, personally, professionally, by reputation or acquaintance. It if so, would you please raise your hand.

Okay. I see one hand in the back, please. Give the microphone. Okay.

All right. Sir, tell me your name.

PROSPECTIVE JUROR: Good morning. It's Phillip Holden.

THE COURT: And you're acquainted with someone here?

PROSPECTIVE JUROR: I'm not acquainted with, but you said if we know people by reputation. I know some of the defense counsel just by reputation. I know of them. I don't know them personally.

THE COURT: Okay. So Mr. Holden, let me ask a couple questions. Are you a lawyer?

PROSPECTIVE JUROR: I am a lawyer, yes.

THE COURT: And what kind of law do you practice?

PROSPECTIVE JUROR:  I do civil law.  I do personal injury.  I'm almost exclusively doing mostly tobacco litigation.

THE COURT:  Are you with a law firm?

PROSPECTIVE JUROR:  I am.  I'm with the Alvarez Law Firm.  My partner and boss is Alex Alvarez.  The defense attorneys may know him, but other than that.

THE COURT:  All right.  Now, have you ever tried a case with any of the defense attorneys here?

PROSPECTIVE JUROR:  No.

THE COURT:  You're just acquainted with them reputationally?

PROSPECTIVE JUROR:  Yes.  And would anything that you know about their reputation impact your ability to be a fair and impartial juror in this case, or do you come here with an open mind to both sides?

PROSPECTIVE JUROR:  It would not impact me and I have an open mind to both sides.

THE COURT:  Thank you so much, Mr. Holden.

PROSPECTIVE JUROR:  Thank you.

THE COURT:  Were there any other 'yes' to that question.  I see somebody with a hand up.

PROSPECTIVE JUROR:  My name is Diego Machado.  Same thing.  I'm an attorney and I know the defense attorneys for their reputation.

**28**

THE COURT: Would you repeat your name for me again.

PROSPECTIVE JUROR: Diego Machado.

THE COURT: Gotcha. Okay. So Mr. Machado, what kind of law do you practice?

PROSPECTIVE JUROR: I deal with administrative law and healthcare inside of the healthcare administration.

THE COURT: So tell me what you mean by you practice in healthcare.

PROSPECTIVE JUROR: I've represented physicians, healthcare centers, clinics, pharmacies, when they have issues in front of the healthcare administration.

THE COURT: How long have you been doing that?

PROSPECTIVE JUROR: About four years.

THE COURT: Are you with a law firm?

PROSPECTIVE JUROR: Yes, I am.

THE COURT: What's the name of that law firm?

PROSPECTIVE JUROR: Kravitz, Talamo & Leyton.

THE COURT: Do you need me to repeat that?

PROSPECTIVE JUROR: Kravitz, Talamo & Leyton.

THE COURT: Thank you so much. And so you're acquainted with the defense attorneys on this case by reputation only?

PROSPECTIVE JUROR: By reputation only, yes.

THE COURT: Have you ever practiced with any of them?

PROSPECTIVE JUROR: No, I have not.

**THE COURT:** Okay. So you heard me just a minute ago describe the allegations in this case. Let me take it a step further. Is there anything about the allegations here in your practice, just 'yes' or 'no' that you think would cause you pause as to whether or not you could believe fair and impartial in this case?

**PROSPECTIVE JUROR:** No. I believe I can be fair and impartial. I have read the OIG indictment. That was the only thing I read when it came out.

**THE COURT:** Okay. All right. So you are were of this case?

**PROSPECTIVE JUROR:** Yes.

**THE COURT:** So you've read a copy of the indictment?

**PROSPECTIVE JUROR:** Yes.

**THE COURT:** And so back to the attorneys: Is there anything about your knowledge or their reputation in the community that would impact your ability to be fair and impartial in this case or do you come here with an open mind?

**PROSPECTIVE JUROR:** I come here with an open mind.

**THE COURT:** Thank you so much, Mr. Machado.

Okay. Was there anyone else who had a 'yes' to that?

Okay. Now, I'm going to read some more names of the persons that may be witnesses or whose names you may hear in this trial. Be patient with me. It's a long list. So we want to be fulsome. Okay. All right. The reason I'm

reading this list is because when I'm done, I'm going to ask if any of you know anybody that I just identified from the list.

Okay. So we're starting with Alex Perez, Amanda Wolfe, Brenda Wichern, Jason Shearn, Christina Iben, Rebecca Wright, Ellen Kelley, Emmanuel Silva, Heather Lee, Jeremy Waxman, Julia Clark, Justin Cain, Kelly Wolfee, Magda Cedeno, Mindy Breitman, Nancy Marks, Ronald Davidovic, Steven Quindoza, Steven Caplan, Tiffany Gorman, Vani Annadata, Wanda Bryant, Judah Ever, Marshall Burack, Richard Samperisi, Stanley Foodman, Andrea St. Claire, Richard Gray, Bart Baggart, Mario O'Ferrell, Wayne van Haylum, Susan Alexander, Eric Martinez, Savant St. Claire, Rob Morrow, Christina Iben, Mensa Mark, Mitchell Blum, Tiffany Gorman, Lisa Carroll, Latoya Friday, David Murano, Andrea St. Claire, Shaun Errinson.

Okay.  Ladies and gentlemen of the jury, did any of you recognize any of the names I just read?

Yes, sir.  Okay.  I only see one hand.  And your name, sir.

**PROSPECTIVE JUROR:**  I doubt if you're referring to me, but one of the names on the list is the same name as mine.

**THE COURT:**  Steven Kaplan.

**PROSPECTIVE JUROR:**  Yes.

**THE COURT:**  And I think that this Steven Caplan is spelled with a 'C.'

**PROSPECTIVE JUROR:** There you go.

**THE COURT:** It's not you, sir. But thank you so much.

Okay. Does any other potential juror recognize anyone except Mr. Kaplan?

Okay. I'm going to additionally read a list of entities whose names you might hear in this trial and ask if you recognize or have any relationship to any of these entities.

Lead Creations, LLC; PCS, LLC, also doing business as ProCall; U.S. Care Associates, Enriched Life Pharmaceuticals. Dial4MD, Equilibrium Medical Supply, Inc., Silent Hill Bracing and Orthopedic Supplies, LLC, West Bay Medical Supply, Inc., Active Assist DME, Inc., Balance Advisors, Inc.

I'm going to pause first and make sure that I read all of the names properly. I did.

Okay. Did anybody recognize any of the these entities?

Okay. I see no hands.

All right. Ladies and gentlemen of the jury, have any of you served on a jury before, either in state or federal court, either in a civil or criminal case or even on a grand jury? If you've had prior jury service, please indicate that by raising your hands. And again, I'm going to start with my front row.

Who in my front row has jury service duty?

**PROSPECTIVE JUROR:** Felix Alonso.

THE COURT: Thank you, Mr. Alonso.

So my follow-up questions to you, Mr. Alonso, and anyone else who's raised their hand, will be, when you served, where it was that you served in, state or federal court, what kind of case was it, was it civil, criminal or did you serve on a grand jury, and did you reach a verdict? We don't need to know what the verdict was. We just need to know if you reached that verdict.

PROSPECTIVE JUROR: Actually, it was both. One was federal and one was criminal. And one was in this building. And we did reach a verdict on both.

THE COURT: Okay. So start by telling me the first recent jury duty service. When was it?

PROSPECTIVE JUROR: That was the federal one.

THE COURT: How long ago?

PROSPECTIVE JUROR: I would say five years ago.

THE COURT: So you served on a federal criminal jury about five years ago?

PROSPECTIVE JUROR: Yes, ma'am.

THE COURT: So were you in this courthouse?

PROSPECTIVE JUROR: It was in the 400 building.

THE COURT: Okay. And did you reach a verdict?

PROSPECTIVE JUROR: We did.

THE COURT: And before that, where was your prior service?

**33**

**PROSPECTIVE JUROR:** I think it was a traffic violation. That was probably ten years ago or longer.

**THE COURT:** Okay. And so that would have been in state court?

**PROSPECTIVE JUROR:** Yes.

**THE COURT:** And did you reach a verdict on that case.

**PROSPECTIVE JUROR:** I think we did.

**THE COURT:** Thank you, Mr. Alonso.

**PROSPECTIVE JUROR:** You're welcome.

**THE COURT:** Who else in my back row? I have one.

**PROSPECTIVE JUROR:** Cynthia Lopata. It was state. And, yes, we reach a verdict.

**THE COURT:** How long ago was that?

**PROSPECTIVE JUROR:** Three years. 2020. February.

**THE COURT:** Oh, wow.

**PROSPECTIVE JUROR:** Yeah.

**THE COURT:** Was it a long trial?

**PROSPECTIVE JUROR:** It was -- no. It was four days.

**THE COURT:** Oh, good.

**PROSPECTIVE JUROR:** But it was long enough.

**THE COURT:** Well, some of you may remember that in March of 2020 that when trials stopped abruptly. It was February 2020. You said it was a civil case?

**PROSPECTIVE JUROR:** Yes, ma'am.

**THE COURT:** And you did reach a verdict?

**34**

PROSPECTIVE JUROR:  Yes, ma'am.

THE COURT:  Now, the judge there would have given you an instruction on the burden of proof.  And the burden in a civil case is a proof by a preponderance of the evidence.  The judge there may have even said something like, you know, it only has to tip the scale ever so slightly in the plaintiff's favor.  But that is not the burden of proof that you would apply here if you were to serve here.

Will be you be able to put that standard of proof that you were previously instructed out on your mind and apply the higher burden of proof that's applicable here to this criminal case?

PROSPECTIVE JUROR:  Of course.

THE COURT:  Thank you so much, Ms. Lopata.

Okay.  Any other takers in my second row?  No.

Okay.  How about in back of the courtroom.

PROSPECTIVE JUROR:  Gina Amedee.

THE COURT:  Okay. Tell us.

PROSPECTIVE JUROR:  It was a civil case about four years ago.

THE COURT:  And was it state or federal?

PROSPECTIVE JUROR:  State.

THE COURT:  And did you reach a verdict?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay. Did you have a chance to reach a

verdict?  Did you deliberate with the other jurors or was that case resolved?

PROSPECTIVE JUROR:  Resolved after four days.

THE COURT:  Okay.  And so you listened to evidence for four days and then you were excused?

PROSPECTIVE JUROR:  Exactly.

THE COURT:  Okay.  Now, same question I just asked about the burden of proof.  Understanding that that judge would have given you preliminary instructions at the start of the trial, even though you didn't have deliberated but would have guided you to a burden of proof in a civil case.

Would you be able to put that out of your mind here and apply the higher burden of proof applicable to a criminal case if you're selected?

PROSPECTIVE JUROR:  Absolutely.

THE COURT:  Okay.  Thank you Ms. Amedee.

PROSPECTIVE JUROR:  Stacy McGee.

THE COURT:  Thank you, Ms. McGee.  Give me one second to find you.

What's your number, Ms. McGee?  Oh, I found you.  Go ahead.

PROSPECTIVE JUROR:  I've been on two juries before, one at the criminal courthouse.  Verdict was reached.  I think it was may be 2017 or 2018.  And the same year, I served federal.  Criminal.

36

THE COURT: Okay. So you -- that same year, you had two criminal trials?

PROSPECTIVE JUROR: Yes. Both reached verdicts.

THE COURT: They what?

PROSPECTIVE JUROR: Both reached verdicts.

THE COURT: And you think it was either 2017 or 2018?

PROSPECTIVE JUROR: Yes.

THE COURT: And you've never sat as a juror in a civil case?

PROSPECTIVE JUROR: No.

THE COURT: So you'll have no trouble applying our burden of proof here; is that right?

PROSPECTIVE JUROR: No.

THE COURT: Thank you, Ms. McGee.

THE BAILIFF: Your Honor, we have a juror that needs to step out and take medication.

THE COURT: Would your answer be a 'yes' to this question, madam? Are you a 'yes' to this question?

PROSPECTIVE JUROR: (Nods in response.)

THE COURT: All right. I'm not going to ask another one until you come back. Okay.

Ms. McGee, if you could pass the microphone up to.

PROSPECTIVE JUROR: My name is Martin Politi.

THE COURT: Say your name again.

PROSPECTIVE JUROR: Martin Politi.

**THE COURT:**  Thank you, Mr. Politi.

**PROSPECTIVE JUROR:**  It was a state criminal case.  Approximately seven years ago.  And we did reach a verdict.

**THE COURT:**  And is that your only jury duty?

**PROSPECTIVE JUROR:**  Yes.

**THE COURT:**  Okay.  So having previously heard our burden of proof, you'll have no trouble applying it here today?

**PROSPECTIVE JUROR:**  Not at all.

**THE COURT:**  Thank you so much, Mr. Politi.

**PROSPECTIVE JUROR:**  Susan Rodman, Number 39.

**THE COURT:**  Ms. Rodman, tell me about your prior service.

**PROSPECTIVE JUROR:**  It was in the mid 90s.  It was a state criminal case.  I served as an alternate juror and we did reach a verdict.

**THE COURT:**  Okay.  I'm sorry. You said that was civil?

**PROSPECTIVE JUROR:**  No.  Criminal.

**THE COURT:**  It was criminal.  How long ago?

**PROSPECTIVE JUROR:**  In the mid 90s.

**THE COURT:**  Okay.  So you were selected as an alternate in it but you deliberated?

**PROSPECTIVE JUROR:**  Yes.

**THE COURT:**  Okay.  And that was your last or most recent jury service?

PROSPECTIVE JUROR:  I've been called in as today.  But the last time I was selected for a jury, yes.

THE COURT:  So you've been summoned and you've sat in the setting that we're doing now and answered some questions. But in the 1990s, that was the last time you were chosen and deliberated.

PROSPECTIVE JUROR:  Yes.

THE COURT:  And that was a criminal trial.  So you would have no problem following our burden of proof standard here today, right?

PROSPECTIVE JUROR:  Correct, your Honor.

THE COURT:  Okay.  Is there anybody else that is sitting back in the galley?

PROSPECTIVE JUROR:  My name is Myriam Rodriguez. Number 40.

THE COURT:  Thank you, Ms. Rodriguez.

PROSPECTIVE JUROR:  My problem is my English is a little bit.  My English is a little bit.

THE COURT:  Okay.

PROSPECTIVE JUROR:  I will not understand everything.

THE COURT:  Have you been able to understand my question about jury duty service?  Have you been on a jury before?

PROSPECTIVE JUROR:  I don't understand.

THE COURT:  Okay.  You can't answer whether you've been

on a jury before, Ms. Rodriguez?  Have you come in like this as a juror?

PROSPECTIVE JUROR:  No.  No.  Before, no.

THE COURT:  Thank you, Ms. Rodriguez.

Okay.  Is there anyone else in the back of the courtroom?

Okay.  Mr. Kaplan, indicated up front that we've got something else here.

PROSPECTIVE JUROR:  Judge, it's not specifically what you asked.

THE COURT:  Okay.

PROSPECTIVE JUROR:  But I have been subpoenaed for two grand juries, one as a witness and one as a subject.

THE COURT:  Okay.  I'll tell you what:  We can flesh it out if you'd like now.  I am going to get to that whole stage of the questioning at some point and we can do so privately. I'll tell all the jurors that if there's any question that I touch upon that you would not prefer to answer in open court, then we can accommodate a more private setting with just the attorneys and me.  But you have not served on a jury before, Mr. Kaplan, is that right?

PROSPECTIVE JUROR:  I have not.

THE COURT:  All right.  Do you prefer for me to come back to that question separately?

PROSPECTIVE JUROR:  It's up to you but it probably is

best if it was private.

PROSPECTIVE JUROR:  Okay.  All right.  Mr. Kaplan, I will make that note.

THE COURT:  Okay.  But you did tell me that you summoned to serve on a grand jury but you did not serve on that grand jury?

PROSPECTIVE JUROR:  I was subpoenaed to testify in front of two grand juries, one as a witness and one as a subject.

THE COURT:  I apologize.  I thought you also additionally got a summons.  Thank you so much, Mr. Kaplan.

And did my juror return?

THE BAILIFF:  One other one went to the restroom.

THE COURT:  Okay.

Do we have everybody back?

THE BAILIFF:  Yes.

THE COURT:  All right.  Ladies and gentlemen, you're going to hear from witnesses, or at least one witness, who's employed by law enforcement.  Has any member of the panel served in law enforcement or had a close friend or family member that has served in law enforcement?  If you've had friends or family in law enforcement, would you indicate by raising your hand.  Let me start in the front.

We're going to start over with Mr. Ellis.

PROSPECTIVE JUROR:  My name's Scott Ellis.  And my

first wife's brother-in-law was a police officer in Pinellas County. And then I also have a friend from high school that was an assistant U.S. attorney and she's retired now. She was up in the Jacksonville area and also out in Colorado.

THE COURT: So she served both in Colorado and in Jacksonville?

PROSPECTIVE JUROR: Yes.

THE COURT: But she's retired now?

PROSPECTIVE JUROR: Yes.

THE COURT: And you said that was a high school friends?

PROSPECTIVE JUROR: Yes.

THE COURT: So I want to ask a couple questions about each of them. When you told me that it was your brother-in-law from your first wife, it makes me think it is not someone that you're still close with. Am I wrong?

PROSPECTIVE JUROR: Actually, because my first wife passed away --

THE COURT: I'm sorry.

PROSPECTIVE JUROR: -- I'm still close with the family. So I'm close with his daughter and son as well.

THE COURT: And he's also retired, by the way. He lives in North Carolina now.

THE COURT: When he was an active officer, did you discuss his cases and investigations with him?

**PROSPECTIVE JUROR:** Rarely, but it did happen a couple of times, yes.

**THE COURT:** Okay. So as a result of your relationship with your brother-in-law and his knowledge of his role in law enforcement, is there anything about that relationship that would impact your ability to be fair and impartial as you listen to the law enforcement officers testify in this case?

**PROSPECTIVE JUROR:** With that, I could be impartial. There's another matter with police officers that would keep me from being impartial, however.

**THE COURT:** I appreciate that. If we can, can I take it step by step?

**PROSPECTIVE JUROR:** Sure.

**THE COURT:** So with respect to the brother-in-law, nothing about that relationship will impact you?

**PROSPECTIVE JUROR:** Correct.

**THE COURT:** What about your relationship with a former prosecutor from high school when she was active? Did you discuss her trials, her cases or criminal justice generally with her?

**PROSPECTIVE JUROR:** Yes. Several times. But, yes.

**THE COURT:** And you anticipate my next question. Is there anything about that relationship or those discussions that you think would impact your ability to be fair and impartial to both the prosecution and the defense in this

43

case?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  Now, I will ask the follow-up question:  If you were the prosecutor or the defense attorney, is there something else about your relationship with law enforcement that you would hesitate to seat you on this jury because of those feelings?

PROSPECTIVE JUROR:  Yes.  A friend of mine, back in June of last year, there was a domestic dispute.  The officers that responded wound up subduing my friend and killing him.

THE COURT:  Where did that occur?

PROSPECTIVE JUROR:  In fletcher, North Carolina.

THE COURT:  I'm very sorry.  Were those local police officers?

PROSPECTIVE JUROR:  It was county.

THE COURT:  Okay.  It is my understanding, and I'll have the prosecution correct me if I'm wrong, but there are no local law enforcement officers that are anticipated as witnesses in this case.

AUSA WAGNER:  That's correct, your Honor.

THE COURT:  The agents who will come in and testify will include the Federal Bureau of Investigation, Health and Human Services.

AUSA WAGNER:  Yes, your Honor.

**THE COURT:** And is that all of the federal law enforcement officers or agencies rather?

**AUSA WAGNER:** Yes, your Honor.

**THE COURT:** So Mr. Ellis, understanding that that's a recent and impactful event, no mistake, you are not going to hear from any officers from Fletcher or county law enforcement. It will be different officers and from different agencies.

With that in mind, can you be fair and impartial in this case?

**PROSPECTIVE JUROR:** No. And also secondarily just to follow up on that, if I may, I know it keeps getting more complicated, but I also was the victim of a Ponzi scheme and the FBI investigated and I was extremely unhappy with the, no offense, with the way the FBI handled it as well as the SEC.

**THE COURT:** Well, I appreciate your candor, Mr. Ellis. That's exactly why we ask these questions to any other perspective juror. I'm going to ask a separate question about your prior involvement as a victim or witness. So I appreciate you telling me, Mr. Ellis. I just want to let everybody know that that's another question that's coming down the pike.

But I'm going to, at this point, pass the microphone and ask for any other perspective juror who has family or friends in law enforcement.

**PROSPECTIVE JUROR:**  Hello.  My name is Carlos Arias.  And I have a cousin who is in law enforcement.  He's a police officer with Miami-Dade County.

**THE COURT:**  How long has your cousin been an officer with Miami-Dade?

**PROSPECTIVE JUROR:**  I would say about five years.

**THE COURT:**  Do you discuss his cases and investigations with him?

**PROSPECTIVE JUROR:**  No.

**THE COURT:**  Is there anything about your relationship to your cousin as a local law enforcement officer that would impact your ability to be fair and impartial in this case to either the prosecution or the defense?

**PROSPECTIVE JUROR:**  No.

**THE COURT:**  Thank you so much, Mr. Arias.

**THE COURT:**  Good morning.

**PROSPECTIVE JUROR:**  Good morning. Lorrie Grady.

**THE COURT:**  Thank you, Ms. Grady.

**PROSPECTIVE JUROR:**  I have a coworker who is F-H-P.

**THE COURT:**  What is that initials?

**PROSPECTIVE JUROR:**  Florida Highway Patrol.

**THE COURT:**  So you have a colleague where you work now is also a Highway Patrolman?

**PROSPECTIVE JUROR:**  Correct.

**THE COURT:**  What do you do?

**46**

**PROSPECTIVE JUROR:** I'm a HR director for an extended warranty come, and he works for us as a IT manager. But he also is a Florida Highway Patrol.

**THE COURT:** Learn something new every day. So he is still serving in that capacity?

**PROSPECTIVE JUROR:** Yes, he is.

**THE COURT:** Do you discuss his cases and investigations with him?

**PROSPECTIVE JUROR:** No.

**THE COURT:** Is there anything about your relationship with your colleague that would impact your ability to be fair and impartial in this case to either the prosecution or the defense?

**PROSPECTIVE JUROR:** Not at all.

**THE COURT:** Thank you, Ms. Grady.

**PROSPECTIVE JUROR:** Felix Alonso, Juror Number 6.

**THE COURT:** Thank you, Mr. Alonso.

**PROSPECTIVE JUROR:** My parents next door neighbor, the house that we were brought up, is a police officer.

**THE COURT:** So you grow up across the street from a police officer?

**PROSPECTIVE JUROR:** Yeah. He was the next door neighbor. He's retired now. But I lived many years at that location before I got married. And also my wife's cousin has a -- her husband is a police officer.

THE COURT:  Got it.

PROSPECTIVE JUROR:  It's Miami-Dade County.

THE COURT:  And from Miami Dade.  And where you group up, what department were your neighbor's officers with?

PROSPECTIVE JUROR:  Miami-Dade County.

THE COURT:  Now, you've heard me explain that there will be not be officers that we anticipate coming in from Miami Dade.  And so, let me ask, with respect to your friends and family that are in that department:  Is there anything about that relationships that would impact your ability to be fair and impartial in this case?

PROSPECTIVE JUROR:  No.

THE COURT:  Thank you, Mr. Alonso.

PROSPECTIVE JUROR:  You're welcome.

PROSPECTIVE JUROR:  Gayla Mangham, Juror Number 7.

My aunt is a retired school board police officer, actually, lieutenant for the school board police.  She was there for 30 years.  And she retired probably about 13 years ago.

THE COURT:  Was that here in Miami Dade?

PROSPECTIVE JUROR:  It was here in Miami-Dade County.

THE COURT:  Okay.

PROSPECTIVE JUROR:  So she was was part of the Miami-Dade County School police.

THE COURT:  And while she was active, did you discuss

**48**

her cases, patrol responsibilities with her?

**PROSPECTIVE JUROR:**  Well, she would come and tell stories of things that happened during the day.  So it would be more conversation than listening to her cases.

**THE COURT:**  Is there anything about your relationship with your aunt or her experience that would impact your ability to be fair and impartial in this case to either the prosecution or the defense?

**PROSPECTIVE JUROR:**  I don't believe so.

**THE COURT:**  Okay. You've heard me -- there is I think probably a very low likelihood that anyone from school board is coming in.  Chances are not good that you're going to hear from any of her colleagues or events related to the types of things that she would have been responsibile for.  So is there anything that you can think of -- let me say it this way:  If you were either the prosecutors or the defense attorneys, it is there any reason that they should have cause that you would be partial to one side or the other because of your relationship with your aunt?

**PROSPECTIVE JUROR:**  I don't believe so.

**THE COURT:**  Okay.  Thank you.

**PROSPECTIVE JUROR:**  Hello.  Good morning.  I'm Josef Diaz.  And I have an friend that has a son that is a police officer but we only relate socially.  And you said that there's not going to be police officers.

THE COURT: Ms. Diaz, tell me. I'm sorry. You're socially friends with police officers?

PROSPECTIVE JUROR: No. My friend's son is a police officer.

THE COURT: Okay. Is there anything about your relationship to your friend's son that would impact your ability to be fair and impartial here?

PROSPECTIVE JUROR: Not at all.

THE COURT: Thank you for telling us, Ms. Diaz.

PROSPECTIVE JUROR: Good morning, your Honor. My name is Kasey Brooks, Juror Number 12.

My father is currently the commander at the police department.

THE COURT: Okay. That sounds like a role he's had for some time.

PROSPECTIVE JUROR: Yes. He's been with the department for roughly 19 years. So he became commander I believe about a year or two ago.

THE COURT: Okay. And do you discuss his investigations, patrol responsibilities with him?

PROSPECTIVE JUROR: Every so often, what he's allowed to tell us but he never goes in depth.

THE COURT: So is there anything about that relationship or your father's description of his work that would impact your ability to be fair and impartial in this

case and for these parties?

PROSPECTIVE JUROR:  It should not.  No.

THE COURT:  Okay. Now, you've had heard me say several times now, there's not going to be local law enforcement officers, none of your father subordinates will be coming in and I don't think the crimes implicated anything that would have come under his jurisdiction.

So asked the other way:  Is there anything in your mind that you think that either the defense attorneys or the prosecution should know that would cause you to be fair or not fair in this case?

PROSPECTIVE JUROR:  No.  There shouldn't be anything.

THE COURT:  Okay.  Thank you, Mr. Brooks.

Mr. Kaplan.

PROSPECTIVE JUROR:  Right here, your Honor.

THE COURT:  The mike is turned off somehow.  Just so you know, I know the acoustics in here are great and you're probably hearing each other. But Ms. Hill uses an ear piece. And so if it doesn't come through the microphone, then she's not capturing it.

Thank you so much, Office Harmon.

Mr. Kaplan.

PROSPECTIVE JUROR:  Judge, I have a litany that would take a half hour to go through.

THE COURT:  Is it family, friends or both?

**51**

**PROSPECTIVE JUROR:** Family, friends, myself.

**THE COURT:** Will you tell us first, lead off with your prior experience in law enforcement.

**PROSPECTIVE JUROR:** I was in the District Attorney's for about nine years.

**THE COURT:** As a lawyer?

**PROSPECTIVE JUROR:** Yes.

**THE COURT:** Okay. Here?

**PROSPECTIVE JUROR:** No. Philadelphia. Fly, eagles, fly.

Let's see, what else is there? My brother-in-law. I worked at the Police Department when I was in law school. I have a nephew who is a policeman. I have a brother who is a defense attorney. I can go on and on.

**THE COURT:** Well then, I will flesh out any of those facts that we think are necessary. But you know where I'm headed. Is there anything, either about your experience as a prosecutor in the police department, it sounds like you've got friends on both sides of the aisle that would impact your ability to be fair and impartial in this case.

**PROSPECTIVE JUROR:** I left another one out. Technically, I'm a special special deputy sheriff in Philadelphia.

**THE COURT:** Okay.

**PROSPECTIVE JUROR:** You know, I think it would be

private. I don't want to infect -- you have 49 people here.

THE COURT: Mr. Kaplan, we appreciate it. That's your work history talking. We will take you up on that offer.

Okay. Does that finish my answer from the box. Okay. So if I can go back to the jury and in the back room here. I see, is that you, Mr. Holden?

PROSPECTIVE JUROR: Yes, your Honor.

THE COURT: Okay.

PROSPECTIVE JUROR: Good morning, again. My father is a retired. He was an assistant director for Miami-Dade County Police Department. My sister is still working there now. She's a major in the Police Department. I've grown up and remain friends with a number of police officers. Many have gone on to become attorneys or private investigators. I work with a former police officer, again, Alex Alvarez, who I mentioned earlier, used to be a homicide detective for the Miami-Dade County.

THE COURT: Yes, sir. I forgot that about Mr. Alvarez. So Mr. Holden, I had previously asked if you whether or not your knowledge of the defense attorneys would impact your ability to be fair and impartial. What about all of your exposure to law enforcement and the criminal justice system, generally. If you were the attorneys either for the defense or the prosecution, would you have pause about whether or not you could be fair and impartial in this case?

PROSPECTIVE JUROR: No. I'm fair and impartial. I grew up with them. I've never got into details or specifics. I only hear anecdotes of stories from the past. I do know some federal officers as well but not very close with them or anything like that.

THE COURT: From either of the agencies I have identified, FBI or HHS?

PROSPECTIVE JUROR: No. The individuals I know are no, there others, CIA and federal marshal.

THE COURT: And a federal marshal?

PROSPECTIVE JUROR: Yes.

THE COURT: A federal marshall in our courthouse or our district?

PROSPECTIVE JUROR: It was. Amos Rojas. But that's it. Never heard any stories from him, just friends and all together for some time. But that's all.

THE COURT: Thank you, Mr. Holden.

PROSPECTIVE JUROR: Thank you.

Who else in Mr. Holden's line? There we go. Two more.

PROSPECTIVE JUROR: Hi. I'm Alice. Juror Number 21, I think.

THE COURT: Rios?

PROSPECTIVE JUROR: Yes.

THE COURT: Thank you.

PROSPECTIVE JUROR: My significant other is CBP.

THE COURT:  CBP?

PROSPECTIVE JUROR:  Yes.

THE COURT:  And how long has he been doing that?

PROSPECTIVE JUROR:  Five or six years.

DEFENSE ATTORNEY QUINTERO, JR.:  I'm sorry, Judge. I didn't get the relation.

THE COURT:  Her significant other.

DEFENSE ATTORNEY QUINTERO, JR.:  Thank you.

THE COURT: For five or six years.  Is he investigating cases?  Does he go to trial and work with prosecution?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  And do you engage him and talk to him about what cases he's working on.

PROSPECTIVE JUROR:  Yeah.

THE COURT:  And what kind of cases is he working on?

PROSPECTIVE JUROR:  I mean, none that come -- well, actually, I don't know if they come to court or not. But I --

THE COURT:  Does he work --

PROSPECTIVE JUROR:  At the airport.

THE COURT:  That's what I was going to ask you. So he's an officer at the airport.

PROSPECTIVE JUROR:  Yes.

THE COURT:  So tell us if there's anything about your significant other's experience with CBP.  Did he have prior law enforcement before that?

PROSPECTIVE JUROR:  Military police.

THE COURT:  So between those two experiences and listening to him talk about that, is there anything that would impact your ability to be fair and impartial here either to the defense or the prosecution?

PROSPECTIVE JUROR:  No, I don't think so.

THE COURT:  All right.  Thank you.

Gina Amedee, Juror Number 20.

PROSPECTIVE JUROR:  Yes.  My husband is a supervisor for CPB at Miami International Airport.

THE COURT:  All right.  What a coincidence that we've got you seated next to each other.  I assume he's been at at job for a little bit?

PROSPECTIVE JUROR:  Yes. 30 years.

THE COURT:  Do you know if he's ever had to come into court and testify in a criminal case.

PROSPECTIVE JUROR:  No.  He doesn't talk about the specifics, just the drama with the employees.

THE COURT:  Right. He's a supervisor.

PROSPECTIVE JUROR:  Yes.

THE COURT:  Understood. And tell me please, whether listening to him describe his work and his work in law enforcement, Ms. Amedee, is that going to affect your ability to be fair and impartial in this case either to the defense or the prosecution?

**PROSPECTIVE JUROR:** No.  And my next door neighbor is a cop.  But the relationship is really with my husband, not me.

**THE COURT:** Okay.  So nothing there that would either impact your ability to be fair?

**PROSPECTIVE JUROR:** No.

**THE COURT:** Thank you.

**PROSPECTIVE JUROR:** Thank you.

**PROSPECTIVE JUROR:** Hello. Rick Garcia-Cartaya, Number 18.

**THE COURT:** Thank you.

**PROSPECTIVE JUROR:** My uncle's a retired officer in the canine unit.

**THE COURT:** Did he get to keep his daub?

**PROSPECTIVE JUROR:** Yeah.  He did actually.  Two.

**THE COURT:** Two?

**PROSPECTIVE JUROR:** Yeah.

**THE COURT:** So were you involved in listening to him describe his investigation or cases before he retired?

**PROSPECTIVE JUROR:** No.  Not really.

**THE COURT:** Is there anything about that that would impact your ability to be fair and impartial here?

**PROSPECTIVE JUROR:** Not at all.

**THE COURT:** Okay.

**PROSPECTIVE JUROR:** Gary brown. 32. My stepson is a sergeant with Miami-Dade.

THE COURT:  And do you talk to him about the cases and investigations he's working on?

PROSPECTIVE JUROR:  No.

THE COURT:  I think you said "no." But I heard a cough over you.

PROSPECTIVE JUROR:  No.

THE COURT:  Is there anything then about that relationship that you think would impact your ability to be fair and impartial in this case to either the defense or the prosecutors?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay. Thank you.

PROSPECTIVE JUROR:  Hi.  My name is Kerry Cannella. Number 31.

THE COURT:  Thank you.

PROSPECTIVE JUROR:  My brother-in-law is the U.S. marshal for the state of Rhode Island.  Before that, he was an ATF agent.  And before that, he was a police officer in the state of Rhode Island.  And he basically dealt with drug trafficking. So I don't think there's anything there that is going to impact, I think, the type of agents you're -- the type of agencies you're talking about here.

And just for disclosure, I have a niece and a nephew who are all police officers in the state of Rhode Island.

THE COURT:  Okay.  Now, I appreciate that you jumped

right to where I was going to head on this, but I do want to just flesh out and make sure. He started, you said I think at a local police department and that was before he went to the ATF. And finally, he is at the U.S. marshal. Or he is the U.S. marshal.

PROSPECTIVE JUROR: He is the U.S. marshal?

THE COURT: And do you engage him or do you talk to him about the cases, the investigations?

PROSPECTIVE JUROR: Not the stuff he's doing recently. I have in the past. But just more conversational.

THE COURT: Now, I appreciate you don't think it will impact you. I just want to ask you to confirm, you're going to be hearing from federal law enforcement officers. Will you be able to assess them like any other witness notwithstanding your relationship?

PROSPECTIVE JUROR: I think you're going to get to this later, but my husband was involved in a lawsuit with the SEC.

THE COURT: Okay.

PROSPECTIVE JUROR: So with that investigation, we came across a bunch of federal agents and different basically with the Security Exchange Commission. So we can flesh that out now or we can flesh it out.

THE COURT: It sounds like it's an experience that's going to impact your ability to be fair here?

PROSPECTIVE JUROR: I would think so.

59

THE COURT:  Got it.  Thanks for the heads up.

Who else has relationship with friends, family in law enforcement?

PROSPECTIVE JUROR:  Good morning.  My name is Hector Porras, Number 29.  I have a lot of friends and family that are cops and FBI agents and jury...

THE COURT:  Okay.  You mentioned customer, which leads me to ask:  What kind of business are you in?

PROSPECTIVE JUROR:  I'm an UPS driver.  So I go to a lot of houses that I've met really good friends that are cops.  And my sister has -- her best friend's with the FBI and my best friend's a retired city of Miami cop.

THE COURT:  So tell me, you said it was the sister's friend who was the FBI?

PROSPECTIVE JUROR:  Yes.  And also, one of my customers is an FBI agent.

THE COURT:  So tell me firs:  Your sister's friend, this is someone you're also close with?

PROSPECTIVE JUROR:  Used to.  Not no more.  She moved to Jupiter.

THE COURT:  Okay.  So still Southern District of Florida but not in Miami?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay. So with respect to each of the people that you've just described, is it part of your relationship

to talk about the investigations they're undertaking.

PROSPECTIVE JUROR:  No. No. No. Sometimes we talk. But not serious.

THE COURT:  Okay. Well, rather than asking you about each of them individually, just tell me if there's anything about any of those relationships that you think would impact your ability to be fair and impartial in this case to either the defense or the prosecutors.

PROSPECTIVE JUROR:  No, ma'am.

THE COURT:  Okay.  Thank you.

PROSPECTIVE JUROR:  You're welcome.

PROSPECTIVE JUROR:  Good morning. My number is 28. Edwin Garcia.

My son-in-law is a Florida Highway Patrol officer.  And also I have a problem with the language.  I am a little bit loss.

THE COURT:  I'm sorry.  So I will try to, first of all, keep it clear and see what you're following and what you're not.  I appreciate you answering this question about law enforcement.

How long has your son been with Florida Highway Patrol?

PROSPECTIVE JUROR:  Son-in-law.

THE COURT:  Son-in-law.  How long has he been?

PROSPECTIVE JUROR:  About four or five years.

THE COURT:  And do you talk to him about his cases or

responsibilities?

PROSPECTIVE JUROR: Yes.

THE COURT: So do you think there's anything about what he does and your relationship to him that might make you less fair or less impartial in this case?

PROSPECTIVE JUROR: I think.

THE COURT: You think it would impact you?

PROSPECTIVE JUROR: Yes.

THE COURT: Okay.

Okay.

PROSPECTIVE JUROR: Thank you.

PROSPECTIVE JUROR: Susan Rodman. Number 39.

THE COURT: Ms. Rodman.

PROSPECTIVE JUROR: My father is a retired federal agent.

THE COURT: Which agency?

PROSPECTIVE JUROR: IRS.

THE COURT: So did you -- when he was an IRS agent, did you speak to him about his cases?

PROSPECTIVE JUROR: No.

THE COURT: Is he here in Miami?

PROSPECTIVE JUROR: Here in Miami in the 80s. Then moved around the country and retired in Oklahoma.

THE COURT: Okay. That's a minute ago. Is there anything about your father's experience and your relationship

with him that you think would impact your ability to be fair and impartial here?

**PROSPECTIVE JUROR:**  No.

**THE COURT:**  Thank you for letting us know.

How about the last row?  Do we have any perspective jurors with friends or family that work in law enforcement or jurors themselves that work in law enforcement?

Going once. Okay.

Okay.  All right.  So as you've heard, the witnesses in this case will include federal agents, including members of the Federal Bureau of Investigations. Other than the responses that some of you have already given me, let me ask: Would any of you more likely to believe the testimony of the law enforcement officer just because that witness is a law enforcement officer?  Would any of you be less likely to believe the witness' testimony?  By show of hands.

Mr. Kaplan, you want to tell me privately though?

**PROSPECTIVE JUROR:**  I think it's best.

**THE COURT:**  Okay.  By show of hands, is there anyone else that would be more or less likely to belive the testimony of a law enforcement just because he or she in is law enforcement?

Okay. I see no hands.

Has any member of the panel had any dealings -- oh, I do. Mr. Ellis.

**PROSPECTIVE JUROR:**  Again, from what I said previously with my experience with both the FBI and the situation I had with the Ponzi scheme, and also up in Fletcher, because there's still an ongoing investigation into the unjustified death of my friend.  So it's very obvious -- there's video that contradicts exactly what the police officer said happened.

**THE COURT:**  So that would impact your ability to hear the testimony?

**PROSPECTIVE JUROR:**  Yes.

**THE COURT:**  Thank you, Mr. Ellis.

Okay.  Has any member of the panel had any dealings with the United States Department of Justice, the Department of Health and Human Services, the Centers for Medicare and Medicaid Services and the Federal Bureau of Investigation from what you've already told me by show of hands?  I'm also wondering is anyone employed by any of these agencies, know anyone who's been employed with these agencies or enrolled in Medicare or Medicare Advantage by show of hands?

Okay. Start with the front row here.

**PROSPECTIVE JUROR:**  Let me ask you, verify that.  My mom is in hospice right now.  So we, myself and my sister, been dealing with a lot of Medicare issues and hospice issues and what's covered and wasn't covered.  Is that something that we need to let you know about?

64

THE COURT:  Is that you, Mr. Alonso?

PROSPECTIVE JUROR:  Yes. Alonso Felix.

THE COURT:  So, Mr. Alonso, I appreciate you raising that for me because in particular but there's something I'm going to ask you:  In interacting with Medicare; is that right?

PROSPECTIVE JUROR:  Yes.

THE COURT:  On your mother's behalf, she's the beneficiary?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Is there anything about that experience that you're having with Medicare now?  You're going to hear about the Medicare program.  Are you going to be able to not bring in any of your own experiences or feelings about how Medicare is administered or your experience in this trial --

PROSPECTIVE JUROR:  Well, it's just been, maybe because we're not educated on that field, it's been a nightmare for us to be able to get hospice extended.  It's just been rough for us, going through the scenarios that you have to show Medicare that she still needs hospice because it's only done for a few months at a time.  And they take her off, put her on. It's just been a mission.

THE COURT:  I'm sorry.

PROSPECTIVE JUROR:  But we're still dealing with that right now.

**THE COURT:** I appreciate that. So Mr. Alonso, let me ask you, because when you raise your hand, I just want to be fair here to the attorneys and the parties to this case. Will you be able to decide this case solely on the evidence that comes in here and not bring in any of your experience with Medicare to this trial and be impartial?

**PROSPECTIVE JUROR:** Yes, I think I can.

**THE COURT:** Okay. Thank you, Mr. Alonso.

By show of hands, who else has dealings with any of these agencies? I do have one hand in the back row. Mr. Kraus, is that you?

**PROSPECTIVE JUROR:** Yes, ma'am. Number 9.

I don't know whether it's relevant, I'm retired. So I have have Florida Blue and Medicare.

**THE COURT:** You're enrolled in the Medicare program?

**PROSPECTIVE JUROR:** Absolutely.

**THE COURT:** So, as a beneficiary, have you had any experiences --

**PROSPECTIVE JUROR:** No problems.

**THE COURT:** Okay then.

**PROSPECTIVE JUROR:** Life is great.

**THE COURT:** Then no reason then to cause impartiality to be an issue here?

**PROSPECTIVE JUROR:** No, ma'am.

**THE COURT:** Thank you, Mr. Kraus. Okay. And I see

somebody in the back.

**PROSPECTIVE JUROR:** Susan Rodman. Number 39. Just working in healthcare. That's all. So there is billing through Medicare just through the company I work for. I'm not an independent contractor.

**THE COURT:** Tell me what company you work for.

**PROSPECTIVE JUROR:** Select Medical.

**THE COURT:** What do you do for Select Medical?

**PROSPECTIVE JUROR:** I do business development in specialty hospitals, rehabilitation.

**THE COURT:** So for business development, that means you're looking for new customers?

**PROSPECTIVE JUROR:** Correct.

**THE COURT:** What kinds of customers do you service?

**PROSPECTIVE JUROR:** We admit patients that need rehabilitation services or respiratory services in a hospital setting.

**THE COURT:** And are you a doctor?

**PROSPECTIVE JUROR:** I'm a physical therapist.

**THE COURT:** Okay. So your interaction with Medicare is limited to -- I mean, are you the person that submits billing or it's just your company submits billing.

**PROSPECTIVE JUROR:** Company does. But part of my responsibilities though is verifying the insurance, that the patient has the insurance. Pretty much that's it around the

Medicare part.

THE COURT: So forgive me for following up. Even though you just told me that's it, I'm going to ask: Are you involved in, for example, setting up your company's enrollment with Medicare?

PROSPECTIVE JUROR: No.

THE COURT: Are you responsible for any part of dispute that might arise with Medicare and how something would get resolved?

PROSPECTIVE JUROR: At time, yes. If a patient gets denied after they've been our patient, we may go through the appeal process with Medicare.

THE COURT: I think you said "we might."

PROSPECTIVE JUROR: Yes.

THE COURT: Is that what you do? Are you interacting with and overseeing that appeal?

PROSPECTIVE JUROR: At times. I'm not solely responsibility for that; but at sometimes I have been part of that team and could be in the future.

THE COURT: So it sounds like you have just a little bit of knowledge about how Medicare works and is administered.

Let me ask you though: If you were selected for this jury, can you try it and deliberate and decide the case solely on the evidence that's presented here in the courtroom

and not bring in any of your own experience?

PROSPECTIVE JUROR: Yes. Absolutely.

THE COURT: Can you be fair and impartial to both sides?

PROSPECTIVE JUROR: Yes.

THE COURT: Okay. And I got one more in the back back.

PROSPECTIVE JUROR: Julia Garcia. Juror Number 46.

THE COURT: Say that number again. 46?

PROSPECTIVE JUROR: 46.

THE COURT: Okay.

PROSPECTIVE JUROR: I manage my mom's Medicare and home health for her, but that's the extent of my knowledge.

THE COURT: So your mom's a Medicare beneficiary.

PROSPECTIVE JUROR: She is.

THE COURT: Okay. And is there anything about your experience with Medicare through your mom that would cause you to be less fair or impartial here?

PROSPECTIVE JUROR: No.

THE COURT: Thank you so much for letting us know.

Okay. I think there's one more against the wall. There's more. Go ahead.

PROSPECTIVE JUROR: Debra Deutch, Juror Number 45.

THE COURT: Thank you, Ms. Deutch.

PROSPECTIVE JUROR: A close family member was the target of a DOJ investigation.

69

**THE COURT:**  Okay.  How long ago?

**PROSPECTIVE JUROR:**  Four years ago.  Five years ago.

**THE COURT:**  Were you a witness in anyway.

**PROSPECTIVE JUROR:**  No.

**THE COURT:**  But you went through it with your friend.

**PROSPECTIVE JUROR:**  Yes.  A family.  A family member.

**THE COURT:**  And has it since resolved?

**PROSPECTIVE JUROR:**  Yes.

**THE COURT:**  Without prying into how it was resolved, were you satisfied with how that person was treated in the system?

**PROSPECTIVE JUROR:**  I was not.  It was a very negative experience.  Very difficult.

**THE COURT:**  So when you say "DOJ," that means to me that's probable the prosecution.  Do you know what agency was involved, whether it was the FBI or the IRS?

**PROSPECTIVE JUROR:**  It wasn't the IRS. I just know it was the DOJ.

**THE COURT:**  Did it resolve?

**PROSPECTIVE JUROR:**  It was settled out of court.

**THE COURT:**  Okay.  Was it criminal or civil?  Was it about money?

**PROSPECTIVE JUROR:**  What?

**THE COURT:**  When you say it was "settled out of court," do you know if it was about money?

**PROSPECTIVE JUROR:** Yes.

**THE COURT:** All right. This is helpful. And I hear you when say that this person was treated unfairly. Did you have any involvement with the law enforcement officers?

**PROSPECTIVE JUROR:** No.

**THE COURT:** Is there anything about that experience that you think would cause you to be less fair or impartial in this case?

**PROSPECTIVE JUROR:** I don't think I can be impartial.

**THE COURT:** Okay. Thank you for letting us know.

Okay.

**PROSPECTIVE JUROR:** Hi. My name is Liliana. I'm a medical coder.

**THE COURT:** I'm so sorry. Tell me your number.

**PROSPECTIVE JUROR:** Liliana Colina. I' a medical coder at Care.

**THE COURT:** A medical what?

**PROSPECTIVE JUROR:** Coder. Coding.

**THE COURT:** Coder. Got it. I just didn't know that was a job. I'm so sorry. So you're the person that puts in the Medicare code so that insurance will cover it; is that right?

**PROSPECTIVE JUROR:** Yes.

**THE COURT:** Got it. So you have a lot of interaction with Medicare?

**PROSPECTIVE JUROR:** Yeah.

**THE COURT:** And who do you work for.

**PROSPECTIVE JUROR:** Caremax.

**THE COURT:** Caremax. Is Caremax a private hospital? What kind of business is it.

**PROSPECTIVE JUROR:** Medical centers.

**THE COURT:** Okay. Like little medical centers all over.

**THE COURT:** Okay. And are you the person who was, for example, responsibile for getting your business enrolled in the Medicare program to begin with?

**PROSPECTIVE JUROR:** No.

**THE COURT:** Are you involved when there are disputes with Medicare in trying to appeal something?

**PROSPECTIVE JUROR:** Well, the thing is that I code and send the claims. But before doing that, I have to be sure that a patient is enrolled in any Medicare or any commercial insurance before I send the claim.

**THE COURT:** I hear you. You've got good experience with Medicare. Tell me: Is there anything about at your time as a coder that's going to impact your ability to be fair and impartial and decide this case just on the evidence that comes in this courtroom? Will you be able to do that?

**PROSPECTIVE JUROR:** Depends.

**THE COURT:** On what?

**PROSPECTIVE JUROR:** How the system, how they work. I don't know how they work. This is my work. Before I send

any claims with the diagnosis, and information to any insurance, either Medicare or Medicaid or commercial, I have to be sure as a coder that the patient's enrolled.

THE COURT: Right.

PROSPECTIVE JUROR: And the diagnosis are what's documented. So I don't know if the doctor's aware of that.

THE COURT: Okay. So it sounds like you've got questions about the -- that will be based on the evidence that comes in here and that you would decide the evidence on the case on the evidence as you hear it; is that right?

PROSPECTIVE JUROR: Uh-huh.

THE COURT: You've got to answer 'yes' or 'no.' You would decide the case based on the evidence that comes in?

PROSPECTIVE JUROR: Yes.

THE COURT: Okay. All right. I appreciate it. Was that the last of the hands on that question?

Okay. Ladies and gentlemen of the jury, have any of you ever had a dispute or a bad experience with a doctor that you think would affect your ability to be fair and impartial in this case? Again, it's, this is not a medical malpractice case. That's not what these allegations are about. You've heard the summary. But if you have a deep seated negative feeling about doctors that you think either side needs to know about by show of hands?

Okay. I see no hands.

73

All right.  Some of you have touched on this, but has any member of the panel ever been involved in a criminal matter of the case in any court that concerns yourself, a member of your family or a close friend either as a defendant, a witness or victim?

Has anybody been involved with the criminal justice system either as a defendant, victim or a witness that we have not heard about?

Okay. I see three, three hands in the back of the courtroom.

**PROSPECTIVE JUROR:**  Hello.  Raquel Gonzales.  Number 27.

**THE COURT:**  Ms. Gonzales?

**PROSPECTIVE JUROR:**  Uh-huh.

**THE COURT:**  Thank you.  Go ahead, Ms. Gonzales.

**PROSPECTIVE JUROR:**  My fiancee was involved in a case. He was the victim of aggression by a bouncer at a bar.  This happened in 2016 in Dallas.  I was a witness on that case.

**THE COURT:**  Did you have to testify in open court?

**PROSPECTIVE JUROR:**  No.

**THE COURT:**  So you were interviewed by law enforcement?

**PROSPECTIVE JUROR:**  Yes.

**THE COURT:**  And has the case resolved?

**PROSPECTIVE JUROR:**  Yes.

**THE COURT:**  And so tell me if there is anything about

74

that experience that it would impair your ability to be fair and impartial in this case?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.  Do you believe that you and your fiancee were treated fairly by the system?

PROSPECTIVE JUROR:  Could have been a lot better.

THE COURT:  Were you dissatisfied with the outcome?

PROSPECTIVE JUROR:  No.  I wasn't dissatisfied with the outcome, just the process of which we had to go through to get to it.

THE COURT:  Got it.  All right.  Thank you, Ms. Gonzales.

Okay.  I think I see two hands behind you.

PROSPECTIVE JUROR:  Diego Machado.  I don't remember my number.  I think I'm 37.  I prefer to discuss this in private, your Honor.

THE COURT:  Okay.  All right.  Let me make sure, Mr. Machado, so that I don't recall the wrong person.  Yep.  You are 37.  Okay.  Mr. Machado.  No problem.

PROSPECTIVE JUROR:  Thanks.

THE COURT:  Okay.

PROSPECTIVE JUROR:  My name is Blake Booher, Number 44.  I guess back in the late 90s, I was arrested for underage drinking and open container.

THE COURT:  Okay.  That was --

75

**PROSPECTIVE JUROR:** Late 90s.  97.

**THE COURT:** Okay.  Not a terribly recent event.  But nonetheless, was it here in Miami Dade?

**PROSPECTIVE JUROR:** No, ma'am.  It was in North Carolina.

**THE COURT:** And let me ask you:  Were you satisfied or dissatisfied with the outcome of that experience?

**PROSPECTIVE JUROR:** It was fine.  I was satisfied.

**THE COURT:** Was there anything about that experience that would impact your ability to be fair and impartial here?

**PROSPECTIVE JUROR:** No, ma'am.

**THE COURT:** Thank you so much for letting me know, sir.

Is there anyone else that has a 'yes' to that answer?

Okay.  I see no hands.

I mentioned the allegations in the indictment, which I'll reiterate, are not evidence of any kind.  But just by virtue of the nature of the allegations, is there anything about the nature of these allegations themselves that you think would make it difficult or impossible for you to serve as a member of the jury?

Do you think it would make, I'm sorry, that it would affect your ability to be a fair and impartial?  And if so, would you raise your hands.

Okay. I see no hands.

After all of the evidence, argument and instructions on

**76**

the law, the jury's job is to deliberate and decide the disputed issues of facts from the evidence and to apply the law as I have instructed and reach a unanimous verdict or verdicts.

Is there anyone here who feels that if you were selected for this jury, you would not be meaningfully participate in the jury deliberations for any reason by show of hands?

Okay.  I see no hands.

If I instructed you not to -- well, if Judge Moore instructed you not to consider anything other than the evidence admitted in this court and my instructions on the law, is there anything who could not follow that instruction?

Put differently:  Is there anyone who could not decide this case based solely on the evidence and the legal instructions that I give?

Mr. Ellis, I will say, other than where it's also been indicated to me that there is an issue, do I -- is there anyone else for any reason?  Okay.  I see no hands.

Is there any member of the panel who has a disability or a problem, including understanding English, that would make it difficult or impossible for you to serve as a member of this jury. And before I take hands, let me just explain what service in this case would entail.

It's estimated that this case will take approximately

two weeks to present evidence.  Trying a case is more of an art than a science.  So it depends on a number of factors, including cooperation of all parties and jurors to be on time.  And so that's just an estimate.  It could be a few days shorter, but it should be a few days longer as well.

We will start at 9:00 a.m. in the morning.  We'll go to 5:00 p.m. in the afternoon.  We'll have an hour lunch break somewhere around the noon hour.  And we'll have two other breaks, one in the midmorning and one in the afternoon about ten minutes.  And just to let you know, we're hopefully going to take a few-minute break very shortly here too in case any of you were getting uncomfortable.  And if you need to take a break at any other time, you would just indicate to the judge and we'll accommodate that break.  But we do need to get you here on time so that we can get started and move the case along.  And if you can't be here for that period of time, you can be excused, but that just means that you're going to get recalled for jury service another time for an additional two-week period.

So just bear that in mind.

But if you cannot serve for any other reason I just explained, would you please raise your right hand.

**PROSPECTIVE JUROR:**  My name is Josefa Diaz.  I am Number 4.  I am a diabetic and my blood sugar goes up and down.  So I have to be checking that.  So I don't think if it

would be an objection.

THE COURT:  Well, let me do it this way:  As long as we are breaking either at times where you need to check sugar or have a snack, you would be okay serving with us?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay.  Perfect.  Then we will make sure we do that.

PROSPECTIVE JUROR:  Charles Kraus, Number 9. I'm scheduled to be out of town in two weeks.  So if it runs over, there's my dilemma.

THE COURT:  What is there date of your travel?

PROSPECTIVE JUROR:  It's -- it's two Sundays from now, not this coming Sunday, the next Sunday.

THE COURT:  Okay.  So you could not go into that third week with us?

PROSPECTIVE JUROR:  Right.  Yes, ma'am.

THE COURT:  Where are you headed?

PROSPECTIVE JUROR:  Fort Myers.

THE COURT:  And you leave that Sunday and you're not running that Sunday night?

PROSPECTIVE JUROR:  No.  I return in two weeks.  I'm two weeks there, two weeks here.

THE COURT:  Got it.  Okay.  Thank you, Mr. Kraus.

PROSPECTIVE JUROR:  And Number 40.  My problem is no understand English.

THE COURT:  Thank you.

There we go.  I saw a hand up.

PROSPECTIVE JUROR:  My name is Javier Flores. And I work from Miami.  I work in New York.  And I have to be travelling Tuesday next week.  And my friends going to have a baby.  I have to relieve him.  I work for a company in New York.

THE COURT:  Mr. Flores, are you Number 33?

PROSPECTIVE JUROR:  34.

THE COURT:  Oh.  44?

PROSPECTIVE JUROR:  34.  34.  Three, four.

THE COURT:  Javier Flores.  Okay.  I have you as 33. So flesh that out for me.  You're going to New York when?

PROSPECTIVE JUROR:  I work in New York.  I work.  Two weeks on, two weeks off.  And I supposed to go Tuesday coming, the 24th.

THE COURT:  A week from today?  You're supposed to go to New York for work?

PROSPECTIVE JUROR:  The guy who going to relieve, his wife going to have baby the 27th.  And I have to relieve him on the 24th, next week.

THE COURT:  Okay.  So you'll be going to New York for work and you are not coming back on the 27th.

PROSPECTIVE JUROR:  I work in Merchant Marine running all across the United States delivering oil and fuel and gas.

**THE COURT:** Got it. Okay. All right. Thank you Mr. Flores.

**DEFENSE ATTORNEY QUINON:** Judge, let me just -- I just want to make sure: His number is 33, right?

**THE COURT:** Yes.

**DEFENSE ATTORNEY QUINON:** Okay. Thank you.

**PROSPECTIVE JUROR:** Hello, Raques Gonzales. 27.

**THE COURT:** Okay. I have you. Go ahead.

**PROSPECTIVE JUROR:** I'm an entrepreneur right now. And I also -- just my mom just moved in. She has a disability. And I'm working from home and I'm the one watching her, taking care of her. So it would be a tough time. My mind is not even here.

**THE COURT:** What are you taking care of her for? I don't mean to pry, but just the level of care that she needs at home?

**PROSPECTIVE JUROR:** Yeah. She had two hip replacements, so it's hands on..

**THE COURT:** How long ago was the surgery?

**PROSPECTIVE JUROR:** Just like three months ago. And now she moved to Florida. She was originally in Texas. So now she lives with me.

**THE COURT:** Who's with her today.

**PROSPECTIVE JUROR:** No one.

**THE COURT:** Okay. Understood. So you heard my

explanation that if you're not picked to serve on this jury, you just go back to the jury room and you get called up for another jury unless you're seeking, you know, a continuance to be called up at a different time period.

So is that, Ms. Gonzales, what you're trying to accomplish?

**PROSPECTIVE JUROR:**  Yeah. Exactly.

**THE COURT:**  Okay.  Thank you Ms. Gonzales.

**PROSPECTIVE JUROR:**   How are you?  Jose Santiago.  19.

I have a medical appointment on Monday.  And I was wondering if I could make that somehow.

**THE COURT:**  You have a medical appointment this coming?

**PROSPECTIVE JUROR:**  Yes.  I didn't know it was going to be two weeks, this thing.

**THE COURT:**  Okay.  So that, I don't mean to pry, but so that I could try to figure out if we can accommodate your appointment and trial, what time is that appointment?

**PROSPECTIVE JUROR:**  12:30.

**THE COURT:**  Okay.  If we needed to either take an extended lunch break or break early that day, you could otherwise serve with us?

**PROSPECTIVE JUROR:**  I think that could work.  Yeah.

**THE COURT:**  Okay.  Okay.  All right.  Thank you so much.

All right.  Is there anything else who's got an issue I

have not heard about that would prevent you from being here with us.  I see a hand behind Mr. Holden.  Go ahead, Mr. Holden.

PROSPECTIVE JUROR:  Thank you, Judge.  I'm scheduled to be in Chicago starting on February 1st. I'm supposed to be there for a trial that starts on the 6th, with pretrial hearings on the 2nd and 3rd.

If you tell me I got to be here, I will try to see that I can work it out.  I just need to talk to my partners. I'm supposed to be arguing all the legal motions.  I need to make sure I can divvy that up among my partners that are going to be here with me.

THE COURT:  So the trial -- so your flying on the 1st and trial starts on the --

PROSPECTIVE JUROR:  It starts on the 6th. And we have pretrial hearings two full days February 2nd and February 3rd.

THE COURT:  All right. Thank you, Mr. Holden.

PROSPECTIVE JUROR:  Thank you.

THE COURT:  Okay. I got two more hands behind Mr. Holden.

PROSPECTIVE JUROR:  Number 38.

THE COURT:  Okay.

PROSPECTIVE JUROR:  I don't understand and speak English very well.

**THE COURT:** How have you been able to understand me so far?  Have you understood my questions?

**PROSPECTIVE JUROR:** Some of them.

**THE COURT:** Okay.  So I could be wrong, but I don't think you've had a 'yes' indicated to any of my questions so far; is that right?

**PROSPECTIVE JUROR:** No.

**THE COURT:** So would you -- if you've been able to understand me so far, do you have any concerns about being able to hear the evidence in this case?

**PROSPECTIVE JUROR:** Yes.

**THE COURT:** Okay.  So have you served on a jury before?

**PROSPECTIVE JUROR:** No.

**THE COURT:** Okay.  Have you ever been called in a setting like this and questioned before?

**PROSPECTIVE JUROR:** No.

**THE COURT:** All right. Thank you so much.

**PROSPECTIVE JUROR:** You're welcome.

**PROSPECTIVE JUROR:** Good morning, Judge. And everyone in the the Court. My name is Renasha Allen, Juror Number 42. I'm scheduled to fly to New York February 3rd. But I'll be returning back that Monday or Sunday night. I'm sorry.

**THE COURT:** Okay. As I sit here, I don't know that February 3rd, what day of the week it is?

**PROSPECTIVE JUROR:** It's Friday.

**THE COURT:** If we needed to, if we were still going, if we were still going, if we were to cut out early enough so that you would get your flight that day and you resumed with us on Monday, would that work?

**PROSPECTIVE JUROR:** Absolutely.

**THE COURT:** Okay. Thank you.

**PROSPECTIVE JUROR:** Julia Garcia again. I do have a flight out on February 2nd coming back the Sunday.

**THE COURT:** Okay.

**DEFENSE ATTORNEY QUINTERO, JR.:** Your Honor. What juror number?

**THE COURT:** Would you mind repeating your number.

**PROSPECTIVE JUROR:** 46. Okay. The second isn't that Tuesday, it's a Thursday. And I will be back on Sunday.

**THE COURT:** Okay. So same question: If we needed to, if we were still going, if we were to accommodate your flight, you would otherwise be able to be with us?

**PROSPECTIVE JUROR:** Yes.

**THE COURT:** And then I've got somebody in the front row.

**PROSPECTIVE JUROR:** Gina Amedee, Juror Number 20. I have a wedding on February 4th in Tampa but we're driving on Friday and we'll be back on Sunday. I just wanted to throw that out there.

**THE COURT:** I appreciate it. Same question: If we

85

accommodate that travel as needed, you could otherwise be with us?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay. Thank you.

PROSPECTIVE JUROR:  Rick Garcia-Cartaya.  18. Just for full disclosure, I know you mentioned two weeks, but disclosure again, I have to leave for Europe February 15th. I'll be gone for two weeks.

THE COURT:  I appreciate that. Just so everybody knows, the estimate that I give you refers to how long we think it will take to present the case to you. Know that deliberation takes as long as you need. There is no deadline on deliberations. And yet, I think that by the 15th, you would be in good shape for Europe.

PROSPECTIVE JUROR:  Thank you.

THE COURT:  Okay. Does everyone have a copy of the questionnaire that you received when you were coming over from the jury section?

Okay. So you've covered a fair amount of this information in response to my questions. But nonetheless, I'm just going to have the microphone passed around. And when you receive it, what I'd like you to do please, again, tell us your name and then tell us, you know, what you do for a living, whether you're employed, unemployed, a student, retired. And if your spouse or any other adult in the house

that's living with you, what they do for a living and if you've ever served in the military.

Mr. Ellis.

PROSPECTIVE JUROR: My name is Scott Ellis.

A regional sales manager for an eyewear company.

I live in Miami-Dade County in Sunny Isles and I've lived there for six years.

I am married and my spouses occupation is retired.

There is no other members in my household.

I've never served in the military.

THE COURT: Okay. Thank you, Mr. Ellis.

PROSPECTIVE JUROR: Hi. Good morning. My name is Ada Naranjo. Number 2. I'm retired.

I'm taking care of my grandchildren.

I live in West Kendall saw for the last 20 years.

I'm married.

My husband is retired too. He was a teacher.

I have two children. They live in another house. They were teachers.

I never served in military.

I don't have any family member or friend to be in sued.

THE COURT: Mr. Naranjo, I heard you say that you're retired but I didn't hear you tell us what you did.

PROSPECTIVE JUROR: I was a para pro in Sunset Senior High with special needs. My husband was a teacher. But we

both retired now.

THE COURT:  Okay.

PROSPECTIVE JUROR:  The other question is, no, I don't have any problem and I can be in here for the last two weeks, if you need me.

THE COURT:  Okay.

DEFENSE ATTORNEY WAX:  Your Honor, I can't hear when she moved the mike away from her mouth.

THE COURT:  I understood you to say you could be here if you needed us.

PROSPECTIVE JUROR:  Yes.

AUSA QUEENAN:  Your Honor, I'm so sorry to interrupt. Does the Court have any extra copies of the questionnaire just to make it easier to follow along?

THE COURT:  I'm sorry.  I thought they were left out for you. I didn't realize you didn't have any.

THE COURT:  Mr. Ellis has got his already done.

AUSA QUEENAN:  Thank you, your Honor.

THE COURT:  Ms. Naranjo, could you give your questionnaire to the CSO.  I remember now. We had them available in chambers. We thought you were coming by on Friday.

PROSPECTIVE JUROR:  My name Is Carlos Arias. I'm a business intelligence analyst. I will be starting with a new company on Monday with NBC Universal.

THE COURT: NBC Universal?

PROSPECTIVE JUROR: Yes.

THE COURT: Okay.

PROSPECTIVE JUROR: I live in Coral Gables.

I'm married. My wife is a software engineer. It's just her and my daughter that live together.

Never served in the military.

It will be a no for any family member or friends.

Party to at lawsuit.

I have no physical or emotional or language problems.

I have never been chosen for a jury before.

And the only reason I would have to not be able to serve would be that I start a new job on Monday.

THE COURT: Okay. So when -- when you serve, and we are happy to provide a letter to a new employer or old, indicating that you have been summonsed to be here. And we can do that.

So is there anything in particular about this new job that we need to know for your service?

PROSPECTIVE JUROR: No.

THE COURT: Okay. All right. I appreciate it.

As you pass the microphone to Ms. Diaz, I'll reiterate, a lot of these questions have been answered. You don't have to answer them a second time or if the answer is 'no' or doesn't apply to you. But help us out from the information we

haven't heard yet about who lives in your house and what everybody does.

PROSPECTIVE JUROR:  I live with my friend and her son. She works at Home Depot and he's an electrician.

And work for the academy. I teach middle school.

THE COURT:  What subject do you teach?

PROSPECTIVE JUROR:  I teach language arts. So it's going to be very hard for me if I say because testing and I substitute. So that means that I would be doing a lot of work after 5:00 for school because I have to prepare the sub, you know.  I would have to control my class from home.

THE COURT:  No. But our standardized testing isn't till April, right?

PROSPECTIVE JUROR:  We just had the test but we're going to have the next one, that is the one that counts, in May. So being out from my class, you know, it's going to be very hard for me if I do have to be here.

THE COURT:  Okay. Thank you, Ms. Diaz. Were you ever married?

PROSPECTIVE JUROR:  No. I'm single.

THE COURT:  Got it. Okay.

PROSPECTIVE JUROR:  Lorrie Grady. And as I said before, I'm a human resources director.

I live in the South Miami area and I've been here here over 50 year in the Miami area.

90

I am married. My husband is a compliance specialist.

THE COURT: What does that mean? What does he? Do.

PROSPECTIVE JUROR: He works for the same company that I do. And he actually insures like contracts that are being sold or are or in compliance with the state so they can be be sold. Extended warranty.

THE COURT: Okay. Is he a lawyer?

PROSPECTIVE JUROR: No. There's nobody else currently in our household, but I do have a daughter who works for a private equity company in New York.

And I've never served in the military.

THE COURT: Thank you, Ms. Grady.

PROSPECTIVE JUROR: My name is Felix Alonso. I live in the Westchester area.

I have one son.

Married. My wife is a school teacher. My son is international financing. And I work as a service technician.

THE COURT: For what kind of industry? What's your service?

PROSPECTIVE JUROR: Office equipment.

THE COURT: Okay.

PROSPECTIVE JUROR: And the only reason I won't be able -- I would be able to serve but it would be a problem is my mom is in hospice now. She's been on it for almost seven months. So it's an on-and-off thing.

91

THE COURT:  I'm sorry.

PROSPECTIVE JUROR:  But, you know. Thank you.

THE COURT:  Thank you Mr. Alonso.

PROSPECTIVE JUROR:  My name is Gayla Mangham. Juror Number 7. I am a fifth grade teacher.

THE COURT:  I have never had so many teachers. This is amazing. Where do you teach??

PROSPECTIVE JUROR:  We do the job really no one else wants to do.

I teach at Key Biscayne K8 Center. I teach language arts, reading, writing and social studies.

THE COURT:  Anything else?

PROSPECTIVE JUROR:  How to be good citizens.

THE COURT:  How do you teach them?

PROSPECTIVE JUROR:  It's a challenge, but I do my best to make it work.

I live in Opa Locka. I've lived there -- well, it's a family home. It's been in my family probably about 30 years. So I've lived there just about that long.

I'm not married. However, I do have a boyfriend who was in the military. He was also retired.

THE COURT:  Do you know which arm of the service?

PROSPECTIVE JUROR:  He was in the Navy and with the Coast Guard.

THE COURT:  Okay.

**PROSPECTIVE JUROR:** He is also a retired city of Miami major. And he's now also a teacher.

**THE COURT:** There you go. Okay.

**PROSPECTIVE JUROR:** Education in the family.

My sister lives with me. I'm also a single mother. My sister lives with me. She helps me to take care of my daughter.

Serving on a jury would pose a little bit of a hardship. That timeframe would leave my daughter by herself.

**THE COURT:** How old is your daughter?

**PROSPECTIVE JUROR:** My daughter's 14. She'll be 15 this month. But I do my best to make sure I'm there for her when she gets home.

**THE COURT:** What window of time would we be leaving you exposed? Well, without sharing too much information, if we were --

**PROSPECTIVE JUROR:** She's in high school. So she has high school hours. So she would get out about 2:30-ish.

**THE COURT:** Okay.

**PROSPECTIVE JUROR:** I have, again, never been a party of a lawsuit.

I don't have any physical, emotional disabilities or anything that would pose a problem for me. I've never served on a jury.

Again, the only thing that I would foresee would be

**93**

again my daughter being -- having to have to make arrangements for my daughter, which may pose a hardship for me.

And then as a teacher.

THE COURT: Okay. Now, I just want to make sure: Did we talk before about your boyfriend as to law enforcement.

PROSPECTIVE JUROR: I spoke about my aunt who was in law enforcement for 30 years. Miami-Dade County school police.

THE COURT: And what about your boyfriend's interaction as law enforcement?

PROSPECTIVE JUROR: I don't typically talk to him about what happened while he was serving as a police officer or commander.

THE COURT: Then does that mean that there's nothing about that relationship that would cause you to be less fair fair of impartial here?

PROSPECTIVE JUROR: No.

THE COURT: Thank you for all of that.

PROSPECTIVE JUROR: Okay.

PROSPECTIVE JUROR: Number 8, Liliana Fernandez.

I'm a teacher. Been a teacher for 20 years. Fourth grade reading, language arts at Miami Heights Elementary.

I live down south by south Miami, it's Cutler Bay.

I'm married. My husband is a store manager for Fresco Y

**94**

mas as a general store manager.

I live with my two children. 16 and 12. And that's pretty much it.

The only reason that would this interfere with would be the fact that I have to pick up my daughter every day and, obviously, that I'm a teacher and I have to plan ahead and grading and other stuff. But other than that, I'm okay.

**THE COURT:** What time do you have to pick your daughter up?

**PROSPECTIVE JUROR:** At 3:50. Middle school.

**THE COURT:** For example, who's picking her up today?

**PROSPECTIVE JUROR:** My mother. I would have to arrange my schedule around that.

**THE COURT:** Thank you, Ms. Fernandez.

**PROSPECTIVE JUROR:** My name is Charles Kraus, Juror Number 9.

I'm retired from FPL for six years.

I live in a Homestead. I'm a widower. Nobody live in the home. Just me. I have two daughters. One is a school teacher in Miami-Dade County. The other one is in Fairbanks, Alaska.

Never served in the military.

No problems with lawsuits.

Blah, blah, blah.

No physical problems.

Never served on a jury before.

And number 11, we've talked about before that I might not be able to stay for the whole trial.

THE COURT:  Mr. Kraus, what did you do for FBL before you retired?

PROSPECTIVE JUROR:  I worked in meters.

THE COURT:  You read meters?

PROSPECTIVE JUROR:  No.  No.  No.  No. I worked in the meter test center.

THE COURT:  Engineer?

PROSPECTIVE JUROR:  No. Just a bargain employee testing meetings.

THE COURT:  What does you wife do?  She worked outside the home.

PROSPECTIVE JUROR:  She was an RN.

THE COURT:  Did she work at a hospital or Baptist?  Was she in a particular specialized field as an RN?

PROSPECTIVE JUROR:  When she went out on disability, she was the, what's the word, assistant nurse manager for rehab, which I don't think even exists there any more.

THE COURT:  Was her whole career at Baptist.

PROSPECTIVE JUROR:  Yes.

THE COURT:  Thank you, Mr. Kraus.

PROSPECTIVE JUROR:  My name is Jude Edmond, Juror Number 10. I am an aviation safety inspector. I've lived in

**96**

south Florida, Kendall area for the past 39 years.

Divorced. I live by myself.

I no prior military.

THE COURT: Okay. Thank you.

PROSPECTIVE JUROR: I'm Cynthia Lopata. Juror Number 11.

I live in Brickell.

I'm a high school math teacher for 34 years.

THE COURT: Where do you teach.

PROSPECTIVE JUROR: I teach now at Oliver Prep for the last seven years.

THE COURT: Oh, great.

PROSPECTIVE JUROR: I'm single. I live alone and I think I've answered the other questions.

THE COURT: Okay. Thank you.

PROSPECTIVE JUROR: I'm sure my 11th and 12th grade students miss me today.

THE COURT: Yes.

PROSPECTIVE JUROR: Good morning. I'm Kasey Brooks.

I am a patient access representative for the University of Miami Institute.

And currently live with my parents.

Father is commander of city of Miami Police Department. Mother is marketing for the Chivado Group.

THE COURT: Mr. Brooks, will you slow down just a

little bit for our court reporter.

Will you tell me what your do, what your role is.

PROSPECTIVE JUROR: As patient access, our role is in general scheduling to for new appointment, rescheduling appoints, any kind of follow ups in regards to insurance. If the patient is not prepared, does not have insurance, questions, we reach out to our different departments with that, basic front of house and clerical work for doctor's office.

THE COURT: Do you work for doctors in particular or just for the hospital?

PROSPECTIVE JUROR: So I work in general just for the hospital. My main goal is with the retina department. And any given day, if there's a call-out, I can work for either glaucoma or cataract.

THE COURT: SO you've heard me describe that there's going to be testimony about doctors, doctors offices, Medicare. Anything about your experience that you think the defense or prosecution should have concern about your ability to be fair or impartial?

PROSPECTIVE JUROR: No. That should not sway my opinion.

THE COURT: Thank you, Mr. Brooks.

PROSPECTIVE JUROR: Thank you.

PROSPECTIVE JUROR: My name is Steven Kaplan. I'm

**98**

retired. I'm a retired attorney. I live in north Miami-Dade County in Aventura.

Single.

Nobody else in the household.

No military.

And the rest of them we'll discuss.

THE COURT: Thank you, Mr. Kaplan.

PROSPECTIVE JUROR: I'm Kevin Tojeiro. I work information technology.

I lived in Kendall since birth, basically, my whole life.

I'm married.

Former master of arms in the United States Navy. And that's pretty much it.

PROSPECTIVE JUROR: Good afternoon. My name is Rene. I'm an assistant store manager for Home Depot. I'm married. Live with my wife and two children.

THE COURT: Does your wife work outside the home?

PROSPECTIVE JUROR: Yes. She works for the city of Hialeah.

THE COURT: In what capacity?

PROSPECTIVE JUROR: She was the in the library.

She is now right, she got a new job two weeks ago. She issues business licenses.

THE COURT: Okay.

99

PROSPECTIVE JUROR:  For the city of Miami.

I have, like I said, two children.

I live in Hialeah and I work in Davie in Monroe county.

THE COURT:  Got it. Thank you.

PROSPECTIVE JUROR:  Thank you.

PROSPECTIVE JUROR:  Good morning. My name is Sindy Araujo. Number 16.

I'm a claims adjuster for auto insurance.

THE COURT:  Well, tell me who you work for.

Do you work for the insurance company or a law firm?

PROSPECTIVE JUROR:  Yes. Right now, currently. I started a week ago with Casualty Insurance. Prior to that, I was with Embark Insurance. And prior to that, I was with Wind Haven Insurance, which went into litigation.

THE COURT:  So with all that experience in the insurance industry, do you have experience with Medicare, Medicaid, Medicare Advantage?

PROSPECTIVE JUROR:  I do. I do, yes.

THE COURT:  And in a professional capacity, like you've had to interact with the agency?

PROSPECTIVE JUROR:  No.

THE COURT:  All right. So was there anything about your interaction with Medicare that you think the parties should know that would impact your ability to be fair?

PROSPECTIVE JUROR:  No.

**100**

THE COURT: Okay.

PROSPECTIVE JUROR: I am married. My husband is a litigation adjuster with Kemper Insurance.

THE COURT: Does that mean he's a lawyer.

PROSPECTIVE JUROR: No. He's a litigation adjuster.

THE COURT: Sorry.

PROSPECTIVE JUROR: I have a six-year old daughter, which I have to pick her up every day at school at 1:50.

THE COURT: Okay.

PROSPECTIVE JUROR: Because my husband is as home as well. But he's almost every day at depositions.

THE COURT: My husband sits for depositions daily. So tell me who's picking her up today?

PROSPECTIVE JUROR: Well. My friend.

THE COURT: So you've had a jockey for a friend get her. Understood. All right. I appreciate that. Thank you.

PROSPECTIVE JUROR: We live -- we, my husband and I, and my daughter, live at home.

We have never been in the military before. And that's it.

THE COURT: Okay. Thank you.

PROSPECTIVE JUROR: Good morning, again, Judge.

THE COURT: Mr. Holden, still an attorney?

PROSPECTIVE JUROR: Yes. Yes.

As I said, I do civil work. I'm on the plaintiff 's

side almost exclusively.

I am married.

My wife is also an attorney. She started out as a PD, public defender.

**THE COURT:**  Here?

**PROSPECTIVE JUROR:**  Not in federal. In state. Has gone on to do a mix of criminal and family law work.

We have three kids.  We live in the gables area.

**THE COURT:**  I know the parties want to know your wife's name. Will you, Mr. Holden?

**PROSPECTIVE JUROR:**  It's Monica Holden.

I was not in the military.

And I believe the other questions we've addressed previously. So I don't think there's anything else.

**THE COURT:**  All right. If there's a juror who's not answering the questions and need to use the restrooms, one at at time, but it's okay.

Go ahead.

**PROSPECTIVE JUROR:**  Hi. My name is Anaisys. I'm a nurse practitioner.

I work at Sylvester Cancer Center.

And live with my fiancee.

He is a city of Miami firefighter.

And I've never served in the military.

**DEFENSE ATTORNEY WAX:**  I'm sorry, Judge. Is that Ms.

Rueda?

PROSPECTIVE JUROR:  Yes.

DEFENSE ATTORNEY QUINTERO, JR.:  What number?

PROSPECTIVE JUROR:  23.

THE COURT:  Right. We should have started at the wall. We went from Mr. Holden, 24 to Ms. Rueda, 23.

DEFENSE ATTORNEY WAX:  Judge, I'm sorry, I got confused with what was happening. Can we respectfully ask Ms. Rueda to repeat her answers.

THE COURT:  I did the same. I'm so sorry.  I was trying to figure out why.

PROSPECTIVE JUROR:  My name is Anaisys Rueda.

I'm a nurse practitioner at Sylvester Comprehensive Cancer Center.

I live in with my fiancee. And he is a city of Miami firefighter.

I've never served in the military.

THE COURT:  How long have you been a nurse practitioner?

PROSPECTIVE JUROR:  I've been a nurse practitioner for two years and an RN for seven years.

THE COURT:  And you work for for a lot of doctors?

PROSPECTIVE JUROR:  I work for one doctor in particular.

THE COURT:  For the whole time?

**PROSPECTIVE JUROR:**  For two years. I was an RN at Baptist.

**THE COURT:**  And so you've heard me ask others what, if anything, from their experience in the healthcare field or working with doctors or even interaction with Medicare might impact their ability to be fair and impartial in this case. Is there anything?

**PROSPECTIVE JUROR:**  No.

**THE COURT:**  Okay. Thank you.

**PROSPECTIVE JUROR:**  Thank you.

**PROSPECTIVE JUROR:**  We're going to just finish this row without going in the reverse order and we'll pick it up in the next row, Mr. Wax.  Okay.

**DEFENSE ATTORNEY WAX:**  That would be great, your Honor. Thank you.

**THE COURT:**  Okay. So I should have Ms. Waldman.

**PROSPECTIVE JUROR:**  Yes. My name is Tania Waldman. Juror 22.

I'm an office administrator at Armstrong Teasdale.  My husband is a litigator at Armstrong Teasdale as well.

We have not been in the military.

We live in Key Biscayne, Florida.

We have two children. One is a teacher. The other is is sports management.

**THE COURT:**  Would you tell me the name of that law firm

again.

PROSPECTIVE JUROR: Armstrong Teasdale.

THE COURT: And your husband's name.

PROSPECTIVE JUROR: Glenn Waldman.

THE COURT: And he's also an arbitrator, right?

PROSPECTIVE JUROR: He is a litigator.

THE COURT: Okay. There's a Glenn Waldman in this town who's an arbitrator but not your husband?

PROSPECTIVE JUROR: Not my husband.

THE COURT: When you say he's a litigator, does he try cases? Does he come into court?

PROSPECTIVE JUROR: Yes, he does.

THE COURT: Do you ever go to court with him?

PROSPECTIVE JUROR: Sometimes.

THE COURT: What kind of cases does he try when he has to try a case?

PROSPECTIVE JUROR: Commercial litigator, business litigation, contract disputes.

THE COURT: Okay. So do you have familiarity with any of these attorneys?

PROSPECTIVE JUROR: No. I do not.

THE COURT: And do you talk to your husband about any of his cases?

PROSPECTIVE JUROR: I try not to.

THE COURT: If you're selected for this jury, you will

**105**

not be able to talk to your husband about the evidence as it comes in. You will not be able to discuss it at all. Will that be difficult for you?

PROSPECTIVE JUROR: I can follow those instructions.

THE COURT: Okay. Is there anything about your experience working in the law that you think the attorneys or parties need to know that would impact your ability to be fair and impartial here?

PROSPECTIVE JUROR: No.

THE COURT: Thank you, Ms. Waldman.

PROSPECTIVE JUROR: You're welcome.

PROSPECTIVE JUROR: My name is Alice. Number 21. I am an office administrator and I am also a student.

THE COURT: Where do you go to school?

PROSPECTIVE JUROR: Prenursing or nursing.

THE COURT: Okay. Where do you study?

PROSPECTIVE JUROR: Right now, I'm studying to take the entrance exam for the nursing program.

THE COURT: Got it. When do you take that examine?

PROSPECTIVE JUROR: I haven't scheduled it yet. But soon.

THE COURT: No problem. I don't mean to pry. I'm just asking about conflicts.

PROSPECTIVE JUROR: I live in Coral Gables.

I've been there 24 years, my whole life.

**106**

I am not married. And like I mentioned, my boyfriend's CBP.

THE COURT:  And I know that you are currently a student. But you're working?

PROSPECTIVE JUROR:  I already figured that out with my boss and the teachers.

THE COURT:  Thank you, Ms. Rios.

PROSPECTIVE JUROR:  Gina Amedee. Juror Number 20.

I live in the Kendall area. Been there for 28 years. I work -- I'm a director of accounting operations for Costa Farms.

I live with my husband and my two sons. One works at Baptist in the ER as an EMT. And the other one --

THE COURT:  He's an ENT?  So he's an ear, nose and throat doctor?

PROSPECTIVE JUROR:  Emergency. And then the other one is going to school, college and working at Publix part time.

THE COURT:  What does he go to school for?

PROSPECTIVE JUROR:  He's -- his major keeps changing. Right now it's business.

THE COURT:  Got it.

PROSPECTIVE JUROR:  So we've never been in the military and I think that's it. I think that's it.

THE COURT:  Thank you, Ms. Amedee.

PROSPECTIVE JUROR:  Good morning. Jose Santiago. 19.

I work in the Internet and web services industry as a user experience designer.

I live in downtown Miami. I'm single.

I live alone.

Never served in the military.

No.

No.

No.

I always get migraines now and then. So if I get a migraine, I have to leave.

THE COURT:  Do you have medication that manages it or if it happens, we're done?

PROSPECTIVE JUROR:  I have medication but it doesn't necessarily work.

THE COURT:  Thank you for that heads up.

PROSPECTIVE JUROR:  Hello. Rick Garcia-Cartaya. 18.

I work for -- I'm a commercial financial for the wine and spirits industry.

I live in Homestead with my wife and two young daughters.

My wife works at Brisk Management for commercial lending.

I've never been in the military.

And yeah, that's pretty much it.

THE COURT:  Thank you.

**PROSPECTIVE JUROR:**  My name is Monica Manguart. I'm number 17.

And live in south Miami.

I'm an account manager for Disney.

My husband's a pilot.  And  I live at home with two small children.

**THE COURT:**  Okay. Pilot.

We should be back on track. You are, I hope, Number 25.

**PROSPECTIVE JUROR:**  Yes. Stacey McGee.

I live in upper east side.

I have been here for 20 years. Work at for Ver Ploeg & Marino. I'm a firm administrator and secretary.

**THE COURT:**  Sorry. Will you repeat.

**PROSPECTIVE JUROR:**  Ver Ploeg & Marino.

**DEFENSE ATTORNEY QUINTERO, JR.:**  Your Honor; could the Court ask Juror 25 to speak a little louder because it's very difficult for us while we're at this end to understand.

**PROSPECTIVE JUROR:**  It's also --

**THE COURT:**  I know we tend to drop the microphone. But if you hold it closer to your mouth.

**THE COURT:**  So did everyone catch the name of the law firm though?  Ver Ploeg & Marino.

**PROSPECTIVE JUROR:**  And we sue insurance companies.

**THE COURT:**  And what did you tell me your role there is?

**PROSPECTIVE JUROR:**  Firm administrator and legal secretary.

**THE COURT:**  And how long have you been doing that?

**PROSPECTIVE JUROR:**  For 20 years.

**THE COURT:**  All right. And you said that you would sue insurance companies?

**PROSPECTIVE JUROR:**  Yeah. We specialize in bad faith.

**THE COURT:**  So that probably would not involve Medicare, right?

**PROSPECTIVE JUROR:**  It does not.

**THE COURT:**  Anything about your experience in the litigation against insurance company sphere that you think would cause you to be less fair and impartial in this case?

**PROSPECTIVE JUROR:**  No.

**THE COURT:**  Okay. Ms. McGee, did you tell me about the other people in your household.

**PROSPECTIVE JUROR:**  I have a husband. He works for Southern Glazer's Wine & Spirits.

**THE COURT:**  As what. Is he a sommelier?

**PROSPECTIVE JUROR:**  First level. He works in the marketing office. He's the director of sales.

**THE COURT:**  Okay. All right.

**PROSPECTIVE JUROR:**  That's it.

**THE COURT:**  Thank you, Ms. McGee.

**PROSPECTIVE JUROR:**  Good morning. My name is Juan

Florez. I work for Miami-Dade County county as an IT cyber security engineer.

THE COURT:  Will you hold the microphone just a little closer to your mouth. I heard you say IT security?

PROSPECTIVE JUROR:  Correct. So I work for Miami-Dade County. I'm a cyber security engineer.

THE COURT:  Okay. Great.

PROSPECTIVE JUROR:  I live in west Kendall area. I'm not married. I live with my dad, who works in Fresco as an associate or something like that.

THE COURT:  In Fresco.

DEFENSE ATTORNEY QUINTERO, JR.:  Your Honor.

DEFENSE ATTORNEY WAX:  Your Honor, I couldn't hear that.

THE COURT:  I understood you, Mr. Florez.  You said you live in your dad and he works in Fresco.  Is that the name of a company?

PROSPECTIVE JUROR:  It's like the Winn Dixie but the Latin version.

THE COURT:  Okay.

PROSPECTIVE JUROR:  I also live with my sister, who's a civil engineer for BCT engineering, and also my grandmother, who's retired.

THE COURT:  And your grandmother?

PROSPECTIVE JUROR:  Who's retired.

**111**

**THE COURT:** And what did she do?

**PROSPECTIVE JUROR:** She used to be like a sales person back in the 80s, I think. I don't know.

**THE COURT:** It was a dangerous question.

**PROSPECTIVE JUROR:** Never been in the military.

Never been in a lawsuit.

No physical.

Never served in the jury. I've been asked to summons before but never an actual jury.

And I guess there's no reason.

**THE COURT:** Thank you.

**PROSPECTIVE JUROR:** Thank you.

**PROSPECTIVE JUROR:** Raquel Gonzalez. Number 27. I am newly self employed. Full stack communications agency.

**THE COURT:** What does that do? I know that you were an entrepreneur.

**PROSPECTIVE JUROR:** Yes. So it's public relations, brand partnerships, website copy, anything in the communications world, television, broadcast, radio.

**THE COURT:** Okay.

**PROSPECTIVE JUROR:** I live in North Miami Beach with my fiancee in my home and my mom just moved in. And he is an international tax manager in Coral Gables.

**THE COURT:** Okay. Does your mom work?

**PROSPECTIVE JUROR:** Not any more. She used to.

**PROSPECTIVE JUROR:** Edwin Garcia. Number 28.

I have a swimming pool company.

I live in Miami Lake area for the last 24 years.

I'm married. My wife work in the company. My son live with us and work in the company. I have two daughters. One do not work right now. And the other is a registered nurse.

Number 7 is no.

Number 8 is no.

Number 9, really talk to you about the problem with the language.

Number 10 is no.

That's it.

**THE COURT:** Okay.

**PROSPECTIVE JUROR:** Hi. I'm Hector Porras. I'm number 29. I have a wife.

I live in Cutler Bay. I have three kids: A 20-year-old that's Miami-Dade County taking physical therapy. My other one is 16 years old. He's in school. And my daughter's 15. And my wife has never worked since she met me. So I'm the provider. I'm the sole provider in my house and I got to depend on the overtime of VPS. I've been there 25 years.

And never been in the military. And that's it.

**THE COURT:** Okay. Thank you, Mr. Porras.

**PROSPECTIVE JUROR:** Hi. Good morning. My name is Zulema Gonzalez. And I'm a CEO of a home health agency.

113

**THE COURT:** Will you pull the microphone closer to you and repeat what you said. You're the CEO --

**PROSPECTIVE JUROR:** Of a home health agency.

**THE COURT:** What's its name.

**PROSPECTIVE JUROR:** Prime Support Care, Inc.

**THE COURT:** Did you start that company?

**PROSPECTIVE JUROR:** I'm the owner. But I didn't start it out. Somebody set it up for us.

I live in the Kendall area.

I'm married.

Never in the military.

And the rest doesn't apply.

**THE COURT:** So forgive me for asking a follow up. Did you tell me that you were or were not married.

**PROSPECTIVE JUROR:** I am married.

**THE COURT:** And what does your husband do?

**PROSPECTIVE JUROR:** No. My wife. She working with me. She's the administrator of the agency.

**THE COURT:** And so is the -- is there a home health center in Miami-Dade County or do you staff people?

**PROSPECTIVE JUROR:** We send the patients to their homes.

**THE COURT:** Is that a service that you provide to Miami-Dade County?

**PROSPECTIVE JUROR:** Only in Miami-Dade County, yeah.

**114**

THE COURT: So do you have interaction with Medicare and Medicaid?

PROSPECTIVE JUROR: Yes. We provide with the Medicaid part, not the Medicare.

THE COURT: So is there anything about that experience that you've had in dealing with the insurance and Medicare, Medicaid, that you think would give pause to either side about whether or not you could be fair and impartial in this case?

PROSPECTIVE JUROR: No. I don't think so.

THE COURT: Okay. Thank you.

PROSPECTIVE JUROR: Hi. Carrie Cannella. I am retired. But I actually -- I do run a -- well, all right. Maybe I'm not retired. I retired from investment banking. I was an MD there in the insurance sector in New York for a big chunk of my life. Before that, I was a tax manager at Price, Waterhouse.

THE COURT: Will you forgive me because I don't know what MD stands for.

PROSPECTIVE JUROR: Managing director. So I covered the insurance sector. And I did retire. But I have a company now with a group of doctors. We run a medical communication company that we currently are running. So I am married.

THE COURT: Wait. What is a medical communications company?

**115**

**PROSPECTIVE JUROR:**  So I take care of the after-hours calls for doctors or practices. So, you know, instead of a live operator taking the call, I have an automated software company that takes the calls and records it. It's for risk mitigation. It's for better management of doctors' practices.

**THE COURT:**  So you have clients that are doctors in doctors practices?

**PROSPECTIVE JUROR:**  Yes. I have thousands of them.

**THE COURT:**  Okay.  So similar question that you've heard me ask:  Is there anything about your interaction for doctors over the course of your career that you think would give pause to either side as to whether or not you can be fair and impartial to these parties?

**PROSPECTIVE JUROR:**  No.

**THE COURT:**  Thank you, Ms. Canella.

**PROSPECTIVE JUROR:**  So I've lived in New Jersey for the last 19 years. And now I live in Miami like everyone else in northeast. I have a place in Sunny Isles. That's where I reside now.

I am married. My husband is retired. He was a bond trader. But then he ended up owning his own investment house. So a fixed income company.

And my children, I have one daughter in college and I have my son at boarder school in high school.

So I have not served in the military.

**116**

Like I mentioned, my husband was sued by the SEC in administrative court. So we went through that process.

THE COURT: How long ago was that?

PROSPECTIVE JUROR: That would have been 2012 and 2013.

THE COURT: Has it been completely resolved --

PROSPECTIVE JUROR: It has been resolved, yes.

THE COURT: Okay. And it's my recollection though that you've told us that that experience would impact your ability to be fair here?

PROSPECTIVE JUROR: So, you know, when it comes to the -- being prosecuted by the Government, which the SEC is part of, that was a very exhaustive process. And there were a lot of elements of that process that were -- that have still stuck with us.

THE COURT: All right. Thank you, Ms. Cannella. Thank you.

PROSPECTIVE JUROR: Gary brown. 32.

I've work with Florida Power and Light 39 years. My wife works for Florida Power and Light also.

THE COURT: Can you tell me what you do for Florida Power and Light.

PROSPECTIVE JUROR: I am a electronic technician at their meter test center.

I live in Kendall.

I've been born and raised here most of my life.

**117**

Besides the military, I was in the Air Force for 13 years.

THE COURT:  Thank you for your service.

PROSPECTIVE JUROR:  I have never served on a jury before.

THE COURT:  Welcome.

PROSPECTIVE JUROR:  Thank you.

THE COURT:  Can we send the microphone all the way back to the wall again, please. Hopefully to Mr. Flores.

PROSPECTIVE JUROR:  My name is Javier Flores.  I work for transportation. I am a tankerman.

And I live in Miami for 23 years. And I married. My wife work in Mercy Professional Building. She's the office manager.

And I have two kids. One of my kids already graduated. Business administration. And the second one is studying for computer engineer. And I think if got he's going it to finish this year.

And no military service. And they still living at home with me, the two kids.

THE COURT:  Okay.

PROSPECTIVE JUROR:  I believe that's it.

THE COURT:  Thank you.

PROSPECTIVE JUROR:  Hello, my name is Ana Ordonez. I'm in management in the music industry.

118

And born and raised, one of few born and raised here in Miami. I live in Brickell.

Single.

And what else do we have?  No military service.

I have been part of a lawsuit. It was just traffic. It was insurance. A car insurance. I was sued.

And no language problems, and I've never served on a jury.

**THE COURT:**  So let me just follow-up. You know that that suit, it was a civil suit?

**PROSPECTIVE JUROR:**  Correct.

**THE COURT:**  And it has neither any of laws that would be implicated here and certainly not any of the parties. But nonetheless, was there anything about that experience that you think would bleed over and make you less fair and impartial here?

**PROSPECTIVE JUROR:**  It was an awful experience. I don't think being sued at any time is fun. It's civil. It wasn't something criminal. If it was in my other jury, it was really affecting it.

**THE COURT:**  Got it. But not in criminal.

**PROSPECTIVE JUROR:**  No.

**THE COURT:**  Thank you.

**PROSPECTIVE JUROR:**  Hi. Martin Politi. Number 35. I work in management in the travel industry servicing cruise

lines.

I am married. My wife's a teacher.

We live in Miami Shores. We have two daughters that are away to college. And never served in the military.

THE COURT:  Okay. Thank you.

PROSPECTIVE JUROR:  My name is Jose Ortiz.

I live in north Miami.

Not married. Single.

I work in property management.

THE COURT:  Product management?

PROSPECTIVE JUROR:  Property management.

No military background.

No suits.

That's it.

THE COURT:  Okay.

PROSPECTIVE JUROR:  Hi. My nay is Diego Machado.

I live in Miami Beach area.

I'm married. My spouse's occupation is as a therapist, mental health therapist.

THE COURT:  I'm sorry. What kind of therapist?

PROSPECTIVE JUROR:  Mental health. She worked with trauma patients.

THE COURT:  Okay. Is she a doctor?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay.

**120**

PROSPECTIVE JUROR:  Never served in the military.

Number 8, we already answered.

THE COURT:  Would you also tell me who employs your wife.

PROSPECTIVE JUROR:  Trauma Resolution Center. It's nonprofit. Funded by Miami-Dade.

THE COURT:  Perfect.

PROSPECTIVE JUROR:  Number 9, no.

Never served on a jury before.

And there's no reason I couldn't be impartial.

THE COURT:  All right.

PROSPECTIVE JUROR:  Kettely Cella. Number 38.

I'm married.

I have one daughter. I live with my husband and my daughter and my two nephews.

And my daughter works and goes to school.

I don't have any family member -- I don't have any physical. I do have a physical because I don't speak English very well.

And then I never served on a jury. That's it.

THE COURT:  Okay. Thank you, Ms. Cella. Thank you.

Ms. Rodman.

PROSPECTIVE JUROR: Susan Rodman. Number 39.

I'm a corporate director of business development in healthcare. It's a hundred percent travel.

**121**

**THE COURT:** A hundred percent travel is the name of your business?

**PROSPECTIVE JUROR:** No. I travel a hundred percent of the time.

**THE COURT:** Okay.

**PROSPECTIVE JUROR:** Let's see. I currently live Miami beach. I've been there since 2012. I've been in south Florida since 1980.

Single. Live alone.

No military.

No lawsuits.

That's it. Thank you.

**THE COURT:** Thank you.

**PROSPECTIVE JUROR:** Number 40. Myriam Rodriguez. And I work as a Home Health, HHA. And I live in Aventura for 14 years ago.

And I am married.

My husband is (Inaudible.)

And I don't have children.

A question number 7, no.

Question number 8, no.

Question number 8 is language problems.

Number 10, no.

And number 11, I don't understand very well English.

**THE COURT:** Thank you, Ms. Rodriguez.

**PROSPECTIVE JUROR:**  My name is Liliana Colina. I'm a medical coder.

I live in Hialeah for 20 years.

My boyfriend is a civil engineer.

I live with my mom. She used to work in a nursing home.

The other one doesn't apply.

**THE COURT:**  Did you say that your mom works or lives in a nursing home?

**PROSPECTIVE JUROR:**  No. She used to work as as nursing assistant.

**THE COURT:**  And you've heard me say a couple times about how this case will involve doctors and medical industry and Medicare. Anything about your mom's profession or experience that would cause you to be less fair and impartial here?  Is that a no, Ms. Cholina.

**PROSPECTIVE JUROR:**  No. No.

**THE COURT:**  Okay. Thank you.

**PROSPECTIVE JUROR:**  Good morning, again. My name is Renasha Allen.

I live in the Cutler Bay area.

I currently work as a medical researcher. I am a unit admissions supervisor.

**THE COURT:**  Hold up. Sorry. Medical research?

**PROSPECTIVE JUROR:**  Yes. Medical research.

**THE COURT:**  What do you do?

**PROSPECTIVE JUROR:** I'm a unit supervisor. Basically, we have a unit where we house mentally ill voluteers that come in and participate in the medical research.

**THE COURT:** Okay. So who do you work for?

**PROSPECTIVE JUROR:** Siegle trials.

**THE COURT:** Siegle Tryouts?

**PROSPECTIVE JUROR:** Siegle trials.

**THE COURT:** All right. And you said that you were a supervisor there?

**PROSPECTIVE JUROR:** Yes. I am an admission supervisor.

**THE COURT:** How long have you been in that industry?

**PROSPECTIVE JUROR:** I've been working there for three years now.

**THE COURT:** Okay.

**PROSPECTIVE JUROR:** I live in the Cutler Bay area. I am single. I have two children. One work from home. She lives in West Palm Beach. I have a son who's in college attending Alabama.

I've never served in the military.

I've never had any friends or myself participate in a lawsuit.

I do not have any emotional or physical or language problems.

I've never served on a jury.

And no, I do not have any reason that would hinder me

124

from participating in this trial.

THE COURT:  Thank you, Ms. Allen.

PROSPECTIVE JUROR:  You're welcome.

PROSPECTIVE JUROR:  Good morning, my name is Pedro Puentes. I work for Miami-Dade County. I'm a building maintenance technician.

THE COURT:  I'm sorry. You're a building what technician?

PROSPECTIVE JUROR:  A maintenance technician.

I live in south Miami. I'm married. My wife is a chief financial office for a cabling company.

THE COURT:  Did you say a cabling company?

PROSPECTIVE JUROR:  Yeah. Like visual audio.

We have five girls, two -- three of which is living at home. One is studying law. The other one is studying cardiologist.

And I've never served in the military.

THE COURT:  So how far along is your daughter in law school?

PROSPECTIVE JUROR:  She just got in.

THE COURT:  Congratulations. And you said that you have one that's also studying to be a cardiologist?

PROSPECTIVE JUROR:  No. One of my daughters. My oldest.

THE COURT:  She's studying to be a cardiologist?

PROSPECTIVE JUROR:  She's working.

**125**

THE COURT:  And does she work in Miami.

PROSPECTIVE JUROR:  Boca.

THE COURT:  And with respect to both daughters' education and experience, do you think there's anything about that relationship that would cause you to be less fair and impartial to this case?

PROSPECTIVE JUROR:  No. I don't think so.

THE COURT:  Okay. Thank you, Mr. Puentes.

PROSPECTIVE JUROR:  Hello. My name is Blake Booher. Number 44. I work for Florida Power and Light as a crew supervisor. I live in the Miami Springs area.

I'm married. My wife also works for Florida Power and Light. She works with executive complaints.

Three young kids.

Never been in the military.

No lawsuits.

No language issues.

Never been on a jury. And that's it.

THE COURT:  Thank you.

PROSPECTIVE JUROR:  Hello. My name is Debra Deutch. I am retired. I was an office manager. I live in Pine Crest, Florida.

I'm married. My husband is a real estate developer.

I have two children.

Never been in the military.

I have never served as a juror.

I had a very negative experience with a family member with the Department of Justice and I don't think I can be impartial to any cases involving the DOJ.

THE COURT:  Thank you, Ms. Deutch.

PROSPECTIVE JUROR:  Julia Garcia. I live in Pine Crest. I'm married. My husband's an attorney.

THE COURT:  What kind of law does he practice?

PROSPECTIVE JUROR:  Corporate.

THE COURT:  That's right. Thank you.

PROSPECTIVE JUROR:  I'm an accountant. I have two children. One is in dental school and the other lives with me and is currently working. He just graduated as a strategy consultant.

I've never been in the military.

I was a party, a defendant, to a civil lawsuit that was settled last year having to do with a car accident that my mother was involved in driving my car.

THE COURT:  Is there anything about that experience that you are concerned would bleed into this case?  You understand in a civil lawsuit involves that lower standard of proof that we talked about that's inapplicable here?

Is there anything about your prior lawsuit that you think would may you less fair and impartial here?

PROSPECTIVE JUROR:  I don't think so. It did involve a

**127**

lot of medical claims. And we did settle. And they were going after the insurance company for as much as they possibly could. I don't think it would make me impartial to this case.

I do recognize the name of one of the defense attorneys. I do not know him personally however, just know of him.

THE COURT:  Okay. And would you be impacted in anyway by that recognition?

PROSPECTIVE JUROR:  Not at all.

THE COURT:  All right. Thank you.

PROSPECTIVE JUROR:  Hello. My name is Ana Derett. Juror 47.

I'm not working right now. I was a lawyer in my country.

THE COURT:  You were a lawyer?

PROSPECTIVE JUROR:  Yes. I was a lawyer in my county.

THE COURT:  What kind of law did you practice?

PROSPECTIVE JUROR:  Commercial law.

THE COURT:  Okay.

PROSPECTIVE JUROR:  I had my real estate license until the pandemic. I'm not working any more in that.

I live in Kendall for 43 years. Now we moves to Coral Gables. I'm married. My husband works for an insurance company.

THE COURT:  What does he do?  What does he do for the

**128**

insurance company?

PROSPECTIVE JUROR:  He's the head of TPM PC for Latin American and the Caribbean.

THE COURT:  All right. That does not sound like a job that would have him interacting with Medicare or Medicare Advantage. Does he have any experience in that space?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay. Thank you.

PROSPECTIVE JUROR:  I have two children. My two sons live in Boston and one of the them was an officer in the army. He was a captain. He's retired. He retired.  He work right now for the banking for the security department. And while there, he works for the publisher in Boston.

And my daughter, she live right now with us. She's a writer. She moved from Los Angeles to Miami when the pandemic started. And she's temporarily with us.

No sued.

I never sat on a jury before. I was summoned but I wasn't chosen. And that's it.

THE COURT:  Thank you so much.

PROSPECTIVE JUROR:  Good afternoon. Maria Caballero. Number 48.

Currently living in Hialeah with my mother formally from the northwest Chicago area.

I have two daughters.  One lives in Madison, the two

oldest. And the other one is sill working on her master's in the city of Chicago.

I have not married. Moved here in 2019 to take care of my mother as she's aging. And that's the only hindrance that I feel for a case this long.

Currently working part time at Burlington stores and only during the evening because that's the time when I leave her setup for whatever she needs. She's already gotten throughout the day. And so, therefore, my evenings, I the closer. I stay at the store until 1:00, 2:00 in the morning making sure that it's prepared for the next morning's opening.

I've never been in the military.

I'm not involved in a lawsuit.

First time as a juror.

And I don't see any issues as far as being partial or impartial in this case.

THE COURT:  So for example, today, who is with your mom or what kind of care does she?  Were you able to make arrangements?

PROSPECTIVE JUROR:  No. I was not. I'm here by myself. I just moved here right before the pandemic hit. No family nearby.

THE COURT:  Okay. So if you were selected, the service would be from 9:00 to 5:00. And it would be, like I stated

estimated, I think that we need to estimate at least two weeks. It could be up to three. But that's -- you know, you hear how many days it's going to go on, it's going to be a full day.

Are you going to be able to find an alternative for your mom?

PROSPECTIVE JUROR:  I can look. I haven't been able to find one so far for a holiday break for me to have a minute. So I can continue looking, which is what I've been doing.

THE COURT:  Okay. All right. So at the end of the day, my question's going to be can you serve with us or not?

PROSPECTIVE JUROR:  I don't feel that I'm able to for that length of time.

THE COURT:  Thank you.

PROSPECTIVE JUROR:  Thank you.

PROSPECTIVE JUROR:  Hi. My name is Sara Reid.  Number 49. I am a supervisor at target. I live in Miami-Dade County, north Miami-Dade County all my life.

I am single.

I do live with my eight-year-old niece and my mother, who is a CNA for Vitas. I have never served in the military. And everything else is no.

THE COURT:  CNA is a --

PROSPECTIVE JUROR:  Yes. Certified nurse assistant.

THE COURT:  And where does your mom work?  For Vitas?

131

**PROSPECTIVE JUROR:**  Vitas.

**THE COURT:**  Tell me what that is.

**PROSPECTIVE JUROR:**  It's a company that helps patients. And they go to houses and help them either be clean or go to hospice.

**THE COURT:**  Do you think there's anything about your mom's work experience --

**PROSPECTIVE JUROR:**  No, not at all.

**THE COURT:**  Would it impact your ability to be fair and impartial in this case?

**PROSPECTIVE JUROR:**  No.

**THE COURT:**  Thank you very much, Ms. Reid.

Okay.

**PROSPECTIVE JUROR:**  My name is Ben Rasabi.  Number 50. I'm retired. I live in north Miami beach 17 years. I'm married. My wife is retired too.

That's it.

**THE COURT:**  What did your wife do before she retired?

**PROSPECTIVE JUROR:**  Sorry.

**THE COURT:**  What did your wife do for work?  You said she's retired.

**THE COURT:**  Real estate.

**THE COURT:**  I apologize. I missed it. Tell me what you were doing.

**PROSPECTIVE JUROR:**  I was in construction.

**THE COURT:** In construction. Okay. Thank you so much. Okay.

Counsel, as I previously indicated, this would be where I would turn this over. But I'm inclined to give everyone a break before you start your voir dire. I see at least one nodding head. So what we'll do I know some of you have had a chance to take a break. And some of you haven't. I can't start until I have all of you. And so I would like to ask you to come back in ten minutes and find your seats again. It's important that you sit exactly where you were. There are restrooms on this floor. There's also restrooms on every floor of this building. So if you prefer to go down to 12 or 11, you can. Ask if you can make your way back in ten minutes. And once we have you all, you'll hear from the lawyers. Okay.

**THE BAILIFF:** All rise.

(Prospective jurors recessed at 11:52 a.m.)

**THE COURT:** Okay. I think all the jurors are out, counsel, including counsel for the defendants not currently going to trial. Sentencing is happening next door at noon.

**DEFENSE ATTORNEY WAX:** We knew it was happening. We just didn't know where. Is it in 13?

**THE COURT:** Judge Huck's courtroom. 13-2. But it's my understanding at least, that it doesn't affect us. There's other government counsel that are going to be sentencing,

correct?

**AUSA QUEENAN:**  Correct, Judge.

**DEFENSE ATTORNEY WAX:**  And can we use the jury room bathrooms so we don't have to go find a safe bathroom.

**THE COURT:**  I have never been back there. Can we get access to that. Once we start trial, I don't think we're allowed to open up for the jury room.

**DEFENSE ATTORNEY QUINON:** The problem we're going to have is the elevator because they're all grouped out there.

**THE COURT:**  We would rather that you use the Court's bathroom rather than the jurors. So there's one right here. I understand the concern and I appreciate you asking. But I'm told no to the jury room. And then when we come back, government counsel, you'll be up for your voir dire.

(Recess from 11:53 a.m. until 12:04 p.m.)

(Proceedings commencing at 12:04 p.m.)

**THE COURT:**  I was just going to make the observation that it seems to me that there might be a few jurors that we don't need follow-up questioning of. So I just want to ask your procedural preference about separately questioning Mr. Ellis, Mr. Kaplan or, Ms. Cannella, if you want to have them separately interviewed, you can. I just wanted to get a gauge on whether or not anybody viewed that as necessary.

**AUSA QUEENAN:**  Your Honor, it's also Juror 45 said she could not be impartial, Ms. Deutch. Those four, I would

**134**

explicitly state on the record in some form that they cannot be impartial.

**THE COURT:**  That is true. I'm not doing cause strikes. I'm talking about the ones that indicated that they wanted a private audience.

**DEFENSE ATTORNEY WAX:**  There was --

**THE COURT:**  Ms. Ordonez, Number 34, is another one who said she wanted a...

**AUSA QUEENAN:**  37, Mr. Diego Machado, is an attorney. He asked for privacy.

**DEFENSE ATTORNEY WAX:**  I think we do need to talk to him, Judge. The others I think we may not need to talk to at all. 37, I think you do need to talk to.

**THE COURT:**  Okay. So let me just go one at a time.

Number 1, Mr. Ellis, do we need to privately recall him?

**DEFENSE ATTORNEY WAX:**  No.  I don't think so.

**AUSA QUEENAN:**  And by counsel stating that, is that an indicator that we believe he's likely going to be stricken for cause?

**THE COURT:**  That's what.

**AUSA QUEENAN:**  That's our position, your Honor.

**THE COURT:**  Okay.  So I'm not going to recall number 1 and Number 13. Does anyone need a private audience with him to believe that he's probably going to be stricken for cause?

**DEFENSE ATTORNEY QUINON:** Just for the entertainment value.  We don't have time with him. I really want to know the story to be honest.

**THE COURT:**  Well, let me just, for purposes of the record just to make it uniform, would you like a private audience with Mr. Kaplan?

**DEFENSE ATTORNEY QUINON:** No.

**THE COURT:**  I know, Mr. Quinon.

**DEFENSE ATTORNEY WAX:**  Neither do I, your Honor.

**AUSA QUEENAN:**  No, your Honor.

**THE COURT:**  So I'm not going to recall those two. And those was the two that struck me as the ones that might need a private audience.  But I'm fine with recalling anyone else that wants a private audience. I just think it would --

**AUSA QUEENAN:**  Would you do the private audience, your Honor, after the attorneys conducted voir dire?

**THE COURT:**  That is my normal practice.  And so after you ever voir dired, what I will do is tell them that we need to speak privately and that they are all going to be excused outside. And at this point, you'll have an opportunity to tell me if we need to privately speak to so and so. We'll pull that person back in. And once all of that is over, then we'll do our strikes.

**AUSA QUEENAN:**  Thank you.

**THE COURT:**  We ready, Ms. Williams?

**136**

**THE COURTROOM DEPUTY:**  Yes.

**THE COURT:**  Government counsel, you ready with microphone in hand for your voir dire on your lapel?

**AUSA QUEENAN:**  I think so.  Can you hear me, Dee Dee?

**THE COURT REPORTER:**  Yes, sir.

**THE BAILIFF:**  All rise for the jury.

(Prospective jurors reconvened at 12:09 p.m.)

**THE COURT:**  So just to let you know where we're going to go from here. I think you're going.

When the lawyers have finished with their questions, then you'll have another short break. And so that you know for planning purposes how much more you have this -- not this morning, not this afternoon. You'll have another break after the lawyers finish their questions. But between now and then, please give them your undivided attention.

Mr. Queenan.

**AUSA QUEENAN:**  Thank you, your Honor. I'm just going to take a few minutes to ask some follow-up questions because what we're doing here today, as the judge mentioned we're looking to find jurors who could be fair and impartial, follow the judges instructions throughout the trial and make sure that there's no biases that are related to this specific case that would affect your ability to be impartial.

I'm going to ask some questions again. And there's a lot of teachers here. I'll do my best to try to call on

students who aren't raising their hand so we'll get some interaction.

Let me start by asking first:  Has anyone in your community, in your church or at a job or anything, had a leadership role, had a leadership or management role?  Could you raise your hand.

Sir, could you tell us about your role as a leader, manager.

**PROSPECTIVE JUROR:**  Sure. I'm an assistant manager for Home Depot. So I have -- I have a store management responsibilities, me and my store managers that work in that store.

**AUSA QUEENAN:**  And how many folks do you manage?

**PROSPECTIVE JUROR:**  209.

**AUSA QUEENAN:**  200. That's a lot.  Thank you, sir.

I saw some hands back there. I don't have the juror number in front of me.

**PROSPECTIVE JUROR:**  20. I'm director --

**THE COURT:**  We'll get you a microphone.

**PROSPECTIVE JUROR:**  I'm a director of accounting operations.  I have 28 people reporting to me. Accounts receivable, accounts payable, credit and claims.

My motto is to lead is to serve. So I'm here to serve them. Their success is my success.

**AUSA QUEENAN:**  Thank you.  Any other leadership roles

**138**

in your life?

**PROSPECTIVE JUROR:**  Yes. I was manager of finance at Royal Caribbean and director of finance for a nonprofit organization.

**THE COURT:**  Thank you.

**PROSPECTIVE JUROR:**  You're welcome.

**PROSPECTIVE JUROR:**  I think there were a few other hands. Is it Ms. McGee?

**PROSPECTIVE JUROR:**  Yes. Stacey McGree, 25.

My current position, I'm basically the office manager. I help run the firm with the human resources director.  I've been in this position for five years.

**AUSA QUEENAN:**  And how many folks do you manage.

**PROSPECTIVE JUROR:**  28.

**AUSA QUEENAN:**  The same number.

**PROSPECTIVE JUROR:**  I am Juror Number 42. My name is Renasha Allen. I'm a supervisor. I manage 18 mental health techs. I also sit on a manager board within my company.

**AUSA QUEENAN:**  Thank you. Anyone else?

**PROSPECTIVE JUROR:**  In my past job. I used to be the -- I'm sorry.  Juror Number 36.

In my past job, I used to be the general manager for the Miami Airport and Fort Lauderdale. I used to work for an electronic company. These are like electronic like funds and things like that. So basically sales. Sales. I used to manage

about 30, 35 people.

**AUSA QUEENAN:** There's a lot going on in Miami airport. What were your managing?

**PROSPECTIVE JUROR:** Electronics.

**PROSPECTIVE JUROR:** Lorrie Grady. I'm an HR director. I'm on a senior executive team with my company. Nobody reports to me but I'm responsible for basically everybody in the company.

**AUSA QUEENAN:** How big is the company?

**PROSPECTIVE JUROR:** 63.

And prior to that. I worked for Delta Airlines. And I was in reservations. I was a team supervisor. And there's usually about 35 people that you're responsible for.

**THE COURT:** Is that mike on. I'm not sure I hear you coming through. It's on. Okay. I heard you this time. Sorry.

**AUSA QUEENAN:** There's one more in the back.

**PROSPECTIVE JUROR:** Yes, sir. Number 44. Blake Booher. I was a supervisor for 26 bargaining unit crews up until recently. And I also used to coach youth baseball.

**AUSA QUEENAN:** I do that as well. It's challenging.

Some of you folks raised your hand earlier and explained to the judge and to the parties that you had already served on a jury, and I think you served twice.

Was anyone a foreperson on their jury?

**PROSPECTIVE JUROR:** I think I was on the -- just one

minute.

AUSA QUEENAN:  Just one minute. You'll get the mike. Sorry, sir.

PROSPECTIVE JUROR:  I think I was on the federal one. I can't remember. It's quite a long time ago.

AUSA QUEENAN:  I think there's someone else overhere. Ms. McGee again.

PROSPECTIVE JUROR:  It was a Medicare fraud case.

AUSA QUEENAN:  The case that you were on previously?

PROSPECTIVE JUROR:  Yes.

THE COURT:  And were you the foreperson?

PROSPECTIVE JUROR:  Yes.

PROSPECTIVE JUROR:  It was a gang-related case.

AUSA QUEENAN:  I'm sorry.

PROSPECTIVE JUROR:  It was a gang-related case.

AUSA QUEENAN:  A gang-related case.

Okay. That transitions to another point I want to bring up with the potential jurors, which is, this is not a case that involves, you know, guns, drugs, violence. This is a white collar case. You've heard the judge explain the allegations. It's a fraud case; Medicare fraud case. It's going to be document heavy. It has to do with allegations of lying to Medicare and things like that.

Is there anything that has strong feelings about white collar crime, that they think it shouldn't be a crime, it

**141**

should be handled a different way.

Anyone have strong feelings on that?

Any strong feelings. I'll going to call on you.

**PROSPECTIVE JUROR:**  No. There's no strong feelings.

**AUSA QUEENAN:**  Mr. Kaplan.

**PROSPECTIVE JUROR:**  Yeah. I think we discussed about doing this in private.

**AUSA QUEENAN:**  Okay. I just mean philosophically, nothing related to you individually, but if you categorized it somewhat differently than other crimes.

**PROSPECTIVE JUROR:**  To an extent.  My experience with the white collar crimes that I've dealt with.

**AUSA QUEENAN:**  I'll wait until how the judge wants to handle that in private.

**PROSPECTIVE JUROR:**  I think so.

**AUSA QUEENAN:**  Appreciate that, Mr. Kaplan.

**PROSPECTIVE JUROR:**  Hi. I actually do have a problem with it, morally.

**DEFENSE ATTORNEY QUINON:** Can we have a juror number please.

**PROSPECTIVE JUROR:**  34.

**DEFENSE ATTORNEY QUINON:** Thank you.

**AUSA QUEENAN:**  And can you explain a little bit more about what your moral dilemma is.

**PROSPECTIVE JUROR:**  I have a big problem lying and the

constant doing of it, especially if it's a white collar crime.

**AUSA QUEENAN:** What do you mean problems. Can you just elaborate a little bit, meaning you think it's wrong.

**PROSPECTIVE JUROR:** I think it's completely wrong. And I think that -- I'd rather say in private. But I think it's completely wrong. I just don't agree with it. I don't -- I think it's immoral. Like it's lying. And I'm against that completely.

**AUSA QUEENAN:** Thank you.

Any other thoughts on that question.

So another question to make sure that folks are qualified to sit on a criminal jury is you're going to sit and judge guilt and innocence. And so, if there's anything in your background. Maybe it's a philosophical or religious or moral belief that you think it would prohibit you or affect your ability to impartially judge the facts which would result in guilt or innocence in a criminal case. Can you explain that? Can you address that with us? Because both sides, we need a jury who's going to be fair and can take -- and not have those beliefs get in the way of their ability to make that judgment.

I'm not seeing any hands. I know we've been here a long time. So I won't keep calling on folks on some of these and try to move along the best I can.

I'm just -- I have a few follow-up questions for some specific jurors. So I'm sorry to pick on folks. I just want to learn a little bit more about what you said when we went around.  And I want to follow up, specifically, on your experience in the healthcare field.

I'm going to start with Juror Number 16. I'm afraid I'm going to mispronounce your last name.

**PROSPECTIVE JUROR:**  Arajuo.

**AUSA QUEENAN:**  You mentioned I think you had, I think, something to do with Medicare but we didn't get a chance to elaborate with you.

**PROSPECTIVE JUROR:**  I do personal protection claims with auto insurance.

**AUSA QUEENAN:**  And how does that interplay with the Medicare system?

**PROSPECTIVE JUROR:**  Well, the medical providers bill us for their treatment. So basically, we have to pay their medical bills.

**AUSA QUEENAN:**  Understand.

**PROSPECTIVE JUROR:**  Based on the applicable Medicare fee schedule up to a hundred percent.

**AUSA QUEENAN:**  Now, that experience in working with the Medicare system, may be some employers are contractors with Medicare. Is that the either negatively or positively impace you in anyway where you don't think you could be impartial.

PROSPECTIVE JUROR: No, I don't think so.

AUSA QUEENAN: Thank you.

PROSPECTIVE JUROR: You're welcome.

PROSPECTIVE JUROR: Juror Number 37, Is it Mr. Machado? I've marked this down wrong, Mr. Machado. I apologize. I'll come right back.

Juror Number 39. Is it Ms. Rodman?

You had mentioned that you were doing business development for healthcare-related companies; is that correct?

PROSPECTIVE JUROR: Yes.

AUSA QUEENAN: Can you remind me again what does your company do in terms of healthcare services.

PROSPECTIVE JUROR: So the company owns 140 hospitals across the nation and they're specialty hospitals for rehabilitation, for example, after a stroke, something like that, or respiratory hospitals.

AUSA QUEENAN: And what is business development? What's your role? Like what do you do?

PROSPECTIVE JUROR: So we find patients in acute care hospitals that then need these specialty services. And we would make sure they meet criteria to come to us, that they want to come to us, and then we verify their insurance and insure a safe transfer to one of our hospitals.

AUSA QUEENAN: And how do you find these patients?

**145**

PROSPECTIVE JUROR:  So we have a team of what we call clinical liaisons. And they review the medical records of these patients and then discuss with the patients and their families their next options.

AUSA QUEENAN:  Are the patients referred to your company?

PROSPECTIVE JUROR:  Some, yes. And some we just work in collaboration with the hospitals to quote, unquote find the patients.  Yes.

AUSA QUEENAN:  I understand. Thank you. Is it Juror Number 40 may have mentioned that she owns a home health company.  Did I get that right? I got your juror number wrong.

So I think you said you a home health company.

PROSPECTIVE JUROR:  Yes. That's correct.

AUSA QUEENAN:  And you have enrolled with Medicare is that what you said?

PROSPECTIVE JUROR:  Recently, yes.

AUSA QUEENAN:  And you're also enrolled with the Medicaid program?

PROSPECTIVE JUROR:  Correct.

AUSA QUEENAN:  So have you had any interaction with what they call CMS, the Centers for Medicare and Medicaid?

PROSPECTIVE JUROR:  Centers for Medical Services?

AUSA QUEENAN:  Yes.

PROSPECTIVE JUROR:  Yes.

AUSA QUEENAN:  And have you been part of like an audit or like a review at all with CMS?

PROSPECTIVE JUROR:  No.

AUSA QUEENAN:  Is your experience with working with CMS affected you positively, negatively, neutral.

PROSPECTIVE JUROR:  No.  Not at all.

AUSA QUEENAN:  Do you harbor any ill will towards any of the CMS employee?

PROSPECTIVE JUROR:  I'm sorry?

AUSA QUEENAN:  Did you have any hard feelings with any interactions you've had with CMS?

PROSPECTIVE JUROR:  No.

AUSA QUEENAN:  And how recently did you enroll in Medicare?

PROSPECTIVE JUROR:  The enrollment period finished I think it was last year like a couple months ago, the official process of enrollment.

AUSA QUEENAN:  And you had to submit an enrollment application?

PROSPECTIVE JUROR:  Uh-huh.

AUSA QUEENAN:  You had to submit an enrollment application?

PROSPECTIVE JUROR:  That's correct.

AUSA QUEENAN:  Thank you.

**AUSA QUEENAN:**  You've been introduced to both the defendants in this case.  Dr. Alexander.  You're going to hear that Dr. Alexander is a medical doctor. In fact, I believe he's an orthopedic surgeon. You're going to hear -- you met and you were introduced to Dr. Dean Zusmer.  You're going to hear that he's also a licensed medical professional, that he's a chiropractor.

And so you were asked kind of generally about your experience with doctors. But do you feel that doctors are license professionals should be held to a different standard, you know, whether it's a stricter standard or a looser standard?  Do you believe that they're on the same playing field as anyone else who walks into this courtroom, whatever their title or their license or their credentials are?  Do you feel stronger than anything else on that?  I'm seeing a lot of nodding.

No?

Anything here in the back of the room?

All right. If you can just give me one second, here.

Now, I'd like to ask you:  Does anyone think that I intended to throw that paper at Agent Blum?  It's an easy question.  You're nodding your head, sir.

**PROSPECTIVE JUROR:**  Yes. I think -- I do think you intended to throw it at his head. I know you're going somewhere with the argument. But to just answer the question

give, yes. You did intend to throw it.

**AUSA QUEENAN:**  Okay. Let me ask you a question, okay: You're not a mind reader are you?

**PROSPECTIVE JUROR:**  No.

**AUSA QUEENAN:**  Is anyone in this room mind reader?  Of course not. How did you know that I intended to throw that as Mr. Blum?

**PROSPECTIVE JUROR:**  I would guess just based off body language because I wouldn't assume you would go through just throwing it at him.

**AUSA QUEENAN:**  Observed my actions?

**PROSPECTIVE JUROR:**  Yes.

**AUSA QUEENAN:**  This case, one of the issues that's likely going to be in front of this jury, as in all criminal cases, whether or not the defendants had the requisite mental state, whether they intended to commit a crime. There are other elements that, of course, the Government will have to prove, but the issue for this jury, if you are selected, is to determine mental state. And you can't read these defendants minds.

And so the question is:  Do you believe that you can still prove mental state without having or just looking at E-mails or text messages or hearing about events that happened without being able to get into the mind of the accused?

**149**

**DEFENSE ATTORNEY WAX:** Object to the form of the question, your Honor, and improper question.

**THE COURT:** Overruled and noted. Go ahead.

**AUSA QUEENAN:** Anyone think they would have an issue with that?

**THE COURT:** Mr. Queenan you're close to your time limit though.

**AUSA QUEENAN:** I am wrapping up, your Honor. Thank you so much.

Lastly, I'll end on a very quick question. A show of hands: If you own your own business, whether you're a partner or an officer of a company, can you just raids your hands if you own your own business.

All right. I'm not going to ask any follow-up questions, but may be just note your juror numbers. I've got Juror Number 20, 19, 27, 31 ad 30, 37 and 46 over here. Anyone over here own their own business?.

**PROSPECTIVE JUROR:** 28.

**AUSA QUEENAN:** And 28. Sorry, sir.

That's all I have, your Honor. I appreciate your time.

**THE COURT:** Mr. Wax, do you have a microphone?

**DEFENSE ATTORNEY WAX:** I have one. Thank you, your Honor. And I think it works, can you hear me okay?

**THE COURT:** Yes.

**DEFENSE ATTORNEY WAX:** Good. All right. Good afternoon,

ladies and gentlemen. Allow me to reintroduce myself. My name is Barry Wax. And I represent Dr. Dean Zusmer. There are times while we're having this conversation right now that I might turn my back on some of you. It's kind of awkward to be split up like this. And please, I'm going to do the best I can to talk to several of you. But I don't think I'm going to get to talk to all of you.

So let's start out by a nice easy question.  By a show of hands, how many of you want to talk to me and answer my questions?

We've got two.  Thank you. I appreciate that. I know that it makes everybody laugh. This is a serious proceeding that we're involved in and it also it's also nice to inject just a little bit of levity in it. And the reason that is because none of you want to do that.  You know, it's been a long morning, you've been asked a lot of questions, you're probably saying to yourself:  What can he ask us that we haven't already been asked. But here's the point:  The point is that we're here to try to select a jury that can be fair and impartial and can listen to the case and make a determination based on the evidence and based on the testimony.

So what I want to do for a moment is I just want to come over here and stand with my client, Dr. Dean Zusmer, for a moment. You know, you've heard a lot of things. But this

trial is about him. This is his day, his weeks, defending himself is in the United States District Court after the Government has charged him with very serious crimes.

So I want to, again, and I want to start with, if I could, Juror Number 11, Ms. Lopata.

Ms. Lapota, when you're looking at Dr. Zusmer. Can you see him from over there?

**PROSPECTIVE JUROR:** Yes.

**DEFENSE ATTORNEY WAX:** What's going through your mind as you see him standing there? I mean, you walk into a courtroom. He's on trial. What are you thinking?

**PROSPECTIVE JUROR:** He has a nice suit on.

**DEFENSE ATTORNEY WAX:** Okay.

**THE COURT:** It's my favorite color.

**DEFENSE ATTORNEY WAX:** You're looking at him. And you're making some determination about him. You're saying he's a well dressed man, correct?

In terms of seeing him as someone who's accused of some very serious crimes, is anything going through your head at all right now?

**PROSPECTIVE JUROR:** No.

**DEFENSE ATTORNEY WAX:** Okay. And I thank you. It's blank, right?

**PROSPECTIVE JUROR:** Yeah.

**DEFENSE ATTORNEY WAX:** Let me ask you if you could hand

the microphone down at the end to Ms. Fernandez. There you go, teacher to teacher.

I know that you all deal with all sorts of different types of personalities. So may be we can get a little something.

Ms. Fernandez, if you look at Dr. Zusmer, what's going through your head? I mean, he's charged with a crime. What are you thinking?

PROSPECTIVE JUROR: I didn't even know who he was when I walked in, but he looked like a professional person sitting down.

DEFENSE ATTORNEY WAX: And let me ask you: Do you watch the television news?

PROSPECTIVE JUROR: Sometimes. Not always.

DEFENSE ATTORNEY WAX: Not always.

PROSPECTIVE JUROR: I see it online. I don't really watch the actual news.

DEFENSE ATTORNEY WAX: And do you ever see news accounts online of individuals who have been arrested or are going to trial?

PROSPECTIVE JUROR: Yes.

DEFENSE ATTORNEY WAX: What goes through your head when eye see those types of news articles or see those kinds of reports on the Internet?

PROSPECTIVE JUROR: I'm not sure to be honest.

153

**DEFENSE ATTORNEY WAX:**  Let me ask you:  Do you say to yourself there goes another innocent person?

**PROSPECTIVE JUROR:**  I don't go either way.

**DEFENSE ATTORNEY WAX:**  So you maintain that blank slate?

**PROSPECTIVE JUROR:**  Uh-huh.

**DEFENSE ATTORNEY WAX:**  Let me ask you to hand that microphone to Mr. Krause next to you.

Hi, Mr. Krause.  How are you?

**PROSPECTIVE JUROR:**  Hello, Counselor.

**DEFENSE ATTORNEY WAX:**  Dr. Zusmer's there.  He's charged with some crimes.  You're being asked potentially to be on the jury. What's going through your mind?

**PROSPECTIVE JUROR:**  You really want to know?

**DEFENSE ATTORNEY WAX:**  Yes.  I really want to know.

**PROSPECTIVE JUROR:**  You look professional. You look great. What did you do wrong?

**DEFENSE ATTORNEY WAX:**  That's very fair.

**PROSPECTIVE JUROR:**  This is the justice department.

**DEFENSE ATTORNEY WAX:**  That's right. You just said, "what did you do wrong," because you're thinking to yourself well, he must have done something wrong or he wouldn't be here, right?

**PROSPECTIVE JUROR:**  I would look at it that way, yes.

**DEFENSE ATTORNEY WAX:**  Now, Judge Louis when she first

**154**

started the jury selection, she went over a bunch of concepts, a bunch of constitutional concepts and didn't really get to talk individually with you. But everybody pretty much nods their heads and says, yes. And one of those is the idea of the presumption of innocence, right?

PROSPECTIVE JUROR: Absolutely.

DEFENSE ATTORNEY WAX: And you understand, I assume you would agree, that a person comes into court, charged with a crime, they are presumed innocent, correct.

PROSPECTIVE JUROR: Until the evidence is presented.

DEFENSE ATTORNEY WAX: Okay. Now, do you see the contrariness, the dilemma where we've got an idea, a concept of the presumption of innocence, and then we've got human nature, which says "what did you do wrong."

PROSPECTIVE JUROR: I would say that I understand why you would say that but I don't look at it that way.

DEFENSE ATTORNEY WAX: Okay.

PROSPECTIVE JUROR: It's like a dividing line. You're still here. It's still the evidence. It has to be presented.

DEFENSE ATTORNEY WAX: Right. So let me ask you a question: If you were asked to go back in the jury room right now and render a verdict, guilty or not guilty, what would your verdict be?

PROSPECTIVE JUROR: Neither one. There's been no evidence presented.

**DEFENSE ATTORNEY WAX:**  Well, there's been no evidence presented. So you have to reach a verdict.  Which one would it be?

**PROSPECTIVE JUROR:**  Not guilty.

**DEFENSE ATTORNEY WAX:**  That's correct. Now, do you understand why it would be not guilty?  Can you tell us why it would be not guilty?  I think you already said it.

**PROSPECTIVE JUROR:**  Well, nothing's been presented.

**DEFENSE ATTORNEY WAX:**  Correct. Correct. Now, thank you, Mr. Kraus.  I appreciate that.

Does everybody in the courtroom understand that as we stand here right now, Dr. Zusmer is presumed innocent and has -- nothing has been proven.  Okay.

Is there anyone who disagrees, and please, this is a very, very important question because if you disagree, we'd like to know.

Is there anyone who disagrees that idea and says, no, if I was asked to render a verdict a right now, I would have to find him guilty?  Anyone at all?

Okay. I'm confident that since no one's responding, we can all agree on that; is that correct?  By a nod of our heads, can we all agree on that?

You can sit down now.

**DEFENSE ATTORNEY WAX:**  I want to come back over, if I could, to Ms. Mangham.

**156**

**PROSPECTIVE JUROR:** Good afternoon.

**DEFENSE ATTORNEY WAX:** I wrote some notes. I don't usually have a pad in my hands. I wrote some notes down.

Judge Louis was asking you some questions before about whether your experience in the past would if, you know, you can be fair and impartial.

**PROSPECTIVE JUROR:** Uh-huh.

**DEFENSE ATTORNEY WAX:** Do you remember those questions when you were having that conversation with Judge Louis?

**PROSPECTIVE JUROR:** Yes.

**DEFENSE ATTORNEY WAX:** Okay. And your answer that you gave her, I wrote this down was: It should not affect me.

**PROSPECTIVE JUROR:** Uh-huh.

**DEFENSE ATTORNEY WAX:** Was that -- you remember giving that answer?

**PROSPECTIVE JUROR:** Uh-huh.

**DEFENSE ATTORNEY WAX:** Is that a 'yes'?

**PROSPECTIVE JUROR:** Yes. Yes.

**DEFENSE ATTORNEY WAX:** Okay. The court reporter can't take down that.

**PROSPECTIVE JUROR:** Yes. Yes. Yes.

**DEFENSE ATTORNEY WAX:** All right. Now, when you gave that answer, "should not affect me" that's kind of ambiguous. It sort of means like, well, may be it will affect me, may be it won't affect me.

What do it mean?  And I want you to be honest. If you're not sure if it would affect you or not, can you let us know?

PROSPECTIVE JUROR:  Well, I'm not quite sure if it would affect me. I haven't heard really anything as of yet --

DEFENSE ATTORNEY WAX: Okay.

PROSPECTIVE JUROR:  -- to make a decision as to whether or not it would affect me or not. So that's why I gave that ambiguous sort of an answer because I'm not quite sure.

DEFENSE ATTORNEY WAX: You are not quite sure. Okay. Thank you.

I want to come over now if I could to Ms. Cholina, Number 41, in the back.

Sorry I'm jumping around so much.

But Ms. Cholina, you had the same response, a very, very similar response when Judge Louis was asking you those questions. Do you remember when she was asking you questions about let's see, whether you could be fair and impartial. And you wrote:  "I could be fair and impartial but it depends. I would need to know if the codes are correct and the doctor knows it."

You remember those questions?

PROSPECTIVE JUROR:  It has to be documented by the doctor, well documented by the doctors.

DEFENSE ATTORNEY WAX:  Right. And you said that it

**158**

depends. You used the words 'it depends,' right?

**PROSPECTIVE JUROR:**  Always. It depends.

**DEFENSE ATTORNEY WAX:**  So right now, you wouldn't know if you can be fair and impartial. Is that a true statement?

**PROSPECTIVE JUROR:**  Yes.

**DEFENSE ATTORNEY WAX:**  Thank you.

Now, I put this to the two of you for a reason because we need to know before we start the trial if you could be fair and impartial. It's going to be too late later if you decide in the middle of the trial I can't be be fair and impartial.

So let me give you an example that may be can help you.

Suppose you're on a plane and the plane is coming in for a landing at Miami International. And the pilots gets over the loud speakers and he says, ladies and gentlemen, I hope you had a good flight. We're coming in for a landing. Now, I think I can land the plane. I'll really not sure.

Now, Ms. Mangham, do you still have a microphone?

**PROSPECTIVE JUROR:**  No, I don't.

**DEFENSE ATTORNEY WAX:**  Now, you do.  How would you feel if the pilot said that?  Be honest with me.

**PROSPECTIVE JUROR:**  I'd be frightened.

**DEFENSE ATTORNEY WAX:**  Okay. That's not what you'd want to hear, right.

**PROSPECTIVE JUROR:**  That's not what I would want to

**159**

hear.

**DEFENSE ATTORNEY WAX:** Ms. Cholina, how about you? How would you feel if the pilot said that.

**PROSPECTIVE JUROR:** May be he knows why.

**DEFENSE ATTORNEY WAX:** That's a good one. And he's not going to tell you. You know, the pilot, when something goes wrong, they just say, maybe I can land it, maybe I can't. You know, are you going to feel confident or comfortable that everything's going to be okay or you're going to be concerned?

**PROSPECTIVE JUROR:** Concerned.

**DEFENSE ATTORNEY WAX:** Okay. Thank you. I appreciate it. This isn't meant to challenge you. So I need to ask you, Ms. Cholina, because right now you've heard had no evidence. All you know is Dr. Zusmer's on trial for some very serious charges.

Would you be able to make a verdict right now if you were asked to, could you decide guilty or not guilty right now?

**PROSPECTIVE JUROR:** I don't know. Everybody lies. So this is a business.

**DEFENSE ATTORNEY WAX:** Everybody lies.

**PROSPECTIVE JUROR:** Yeah.

**DEFENSE ATTORNEY WAX:** Why do you say that? That wasn't really my question cause now you got me --

**160**

**PROSPECTIVE JUROR:**  Previously, you asked if we see the news, those kind of cases.  When I see that, I feel shame.

**DEFENSE ATTORNEY WAX:**  You feel shame?

**PROSPECTIVE JUROR:**  Yes.

**DEFENSE ATTORNEY WAX:**  For who.

**PROSPECTIVE JUROR:**  These people.

**DEFENSE ATTORNEY WAX:**  Do you feel that those people are guilty when you see them on TV getting -- I mean, would you struggle with this idea that people are presumed innocent?

**PROSPECTIVE JUROR:**  Yeah.

**DEFENSE ATTORNEY WAX:**  You have a hard time presuming people innocent?

**PROSPECTIVE JUROR:**  Uh-huh.

**DEFENSE ATTORNEY WAX:**  Is that a 'yes'?

**PROSPECTIVE JUROR:**  Yes.

**DEFENSE ATTORNEY WAX:**  I'm sorry I have to ask that. So do you believe that you cannot be fair and impartial right now or you can't agree with the presumption of innocence?

**PROSPECTIVE JUROR:**  Well, it's okay to be here to prove that. We need to see the evidence.

**DEFENSE ATTORNEY WAX:**  I know we need to see the evidence. I understand.  I don't mean to pick on you. But I'm getting mixed messages here.

Okay. I'm going to leave you alone.

**PROSPECTIVE JUROR:**  Okay. Thank you.

**DEFENSE ATTORNEY WAX:**  That's okay.

Ms. Mangham, can I come back to you. I'm not picking on you either. So let me ask you this:  After all of that, do you think that you can fair and impartial or are you still sort of on the fence?

**PROSPECTIVE JUROR:**  I feel that I can be fair and impartial once I have heard whatever evidence is presented. I feel like I can be fair and impartial.

**DEFENSE ATTORNEY WAX:**  And that's all we're asking.

**PROSPECTIVE JUROR:**  Absolutely.

**DEFENSE ATTORNEY WAX:**  Thank you. I appreciate it.

**PROSPECTIVE JUROR:**  No problem.

**DEFENSE ATTORNEY WAX:**  Mr. Puentes, Number 43.  You have five daughters and a wife, right?  Total of six.

**PROSPECTIVE JUROR:**  Doesn't include the others ones either.

**DEFENSE ATTORNEY WAX:**  Do you ever win an argument in your house.

**PROSPECTIVE JUROR:**  No.  I give up easily.

**DEFENSE ATTORNEY WAX:**  Let me ask another thing. Do you ever to have to settle arguments between your daughters?

**PROSPECTIVE JUROR:**  I got two little ones.  So, yes.

**DEFENSE ATTORNEY WAX:**  How do you do that?  How do you settle those argument?

PROSPECTIVE JUROR: Separate them.

DEFENSE ATTORNEY WAX: Let's take that. You separate them. You get them away from one another. Then what do you do? Do you talk to them?

PROSPECTIVE JUROR: Yeah. I try to ask what the initial --

DEFENSE ATTORNEY WAX: You want to know what happened.

PROSPECTIVE JUROR: Right.

DEFENSE ATTORNEY WAX: You want to get both sides of the story?

PROSPECTIVE JUROR: Right.

DEFENSE ATTORNEY WAX: Could you make a decision fairly if you didn't get both sides of the story?

PROSPECTIVE JUROR: Well, with women, it's difficult.

DEFENSE ATTORNEY WAX: It is with men too sometimes. But do you think that you'd be able to make a decision about how you were going to handle the argument or someone --

PROSPECTIVE JUROR: Yeah. I believe so, you know what I'm saying, between both of them.

DEFENSE ATTORNEY WAX: You would have to hear both sides, right?

PROSPECTIVE JUROR: Yeah.

DEFENSE ATTORNEY WAX: Okay. You know, one of the things that we have in our system is the right to remain silent, the Fifth amendment. You've heard of that. An

individual who's charged with a crime, like Dr. Zusmer is doesn't have to testify in their own defense. That's -- can you see how that's different than how we handle things in our everyday life?

PROSPECTIVE JUROR:  Yeah.

DEFENSE ATTORNEY WAX:  So if you were selected to be a juror on this case, would you have to hear Dr. Zusmer testify in order for you to find him not guilty?

PROSPECTIVE JUROR:  Maybe not necessarily him but at least that part of the story.

DEFENSE ATTORNEY WAX:  You'd want to have that?

PROSPECTIVE JUROR:  Right.

DEFENSE ATTORNEY WAX:  Okay.  If he didn't testify, do you think you would get the story you needed to to render a fair verdict?  I know it's a tough question.

PROSPECTIVE JUROR:  I don't necessary need to hear it from him, I mean, per se.

DEFENSE ATTORNEY WAX:  I'm sorry. Could you repeat.

PROSPECTIVE JUROR:  That I wouldn't necessarily need to hear it directly from his mouth, you know what I mean, but I'd still need to hear that part.

DEFENSE ATTORNEY WAX:  Well, how else would you expect to hear it if you didn't hear it directly from his mouth??

PROSPECTIVE JUROR:  You guys.

DEFENSE ATTORNEY WAX:  Okay.  It would through me or

Mr. Eiglarsh, my colleague.

PROSPECTIVE JUROR:  Yes.

DEFENSE ATTORNEY WAX:  Thank you. And good luck with those arguments settling.

And let me come back over to Ms. Gonzales, Number 30, the foreign lawyer. That's in the back row. Yes. That's the person I'd like to speak with.

PROSPECTIVE JUROR:  47.

DEFENSE ATTORNEY WAX:  47. Yes. That's Ms. Derett.

PROSPECTIVE JUROR:  Yes.

DEFENSE ATTORNEY WAX:  You said you're a foreign lawyer. What country?

PROSPECTIVE JUROR:  Venezula.

DEFENSE ATTORNEY WAX:  And it's in the Venezuelan system, it's different from ours.

PROSPECTIVE JUROR:  Yes.

DEFENSE ATTORNEY WAX: You have to talk, correct?

PROSPECTIVE JUROR:  Yes.

DEFENSE ATTORNEY WAX:  And so obviously, you're here in America now and you know our system, which is different.

So would you still feel like you had to hear Dr. Zusmer testify before you would be able to make a determination?

PROSPECTIVE JUROR:  No. Not necessarily.

DEFENSE ATTORNEY WAX: Why not?

PROSPECTIVE JUROR:  Well, because they have their

**165**

lawyers, his lawyers, to defend him.

DEFENSE ATTORNEY WAX: Okay.

PROSPECTIVE JUROR: Him. And we need to see the evidence, of course.

DEFENSE ATTORNEY WAX: All right.

PROSPECTIVE JUROR: Yeah.

DEFENSE ATTORNEY WAX: So as an attorney, how do you feel about sitting on a jury? Something you want to do?

PROSPECTIVE JUROR: Yeah. Why not. It's interesting. It's different in Venezuela.

DEFENSE ATTORNEY WAX: And what are some of the differences that you're seeing just from being here today?

PROSPECTIVE JUROR: Like in Venezuela, it's a long time I go. Things change a lot over there. We don't have the system of jurors.

DEFENSE ATTORNEY WAX: It's all judges there.

PROSPECTIVE JUROR: Yeah. All judges.

DEFENSE ATTORNEY WAX: And so you can see how important it is to have a jury.

PROSPECTIVE JUROR: Yeah. It's important.

DEFENSE ATTORNEY WAX: Thank you, Ms. Derett. I appreciate it.

DEFENSE ATTORNEY WAX: That's one of the reasons, ladies and gentlemen, that we go through this exercise is because in our government, when our founding fathers put

166

together the constitution, they said, you know, we need to have citizens make these decisions, not the Government.  We need to have a barrier between the Government and the people. If someone's charged by the Government with something, we can't let the Government decide.  We need to let the people decide.

THE COURT:  Mr. Wax, you're a little over time. Are you close?

DEFENSE ATTORNEY WAX:  I'm going to finish, Judge. I'm going to ask one more question.  Thank you. May I have one indulgence, Judge, just one question to one juror before I end?

THE COURT:  Go ahead.

DEFENSE ATTORNEY WAX:  Mr. Machado, where are you? Thank you, Mr. Machado.

You stated earlier in the jury selection that you read the indictment in this case.

PROSPECTIVE JUROR:  Yes.

DEFENSE ATTORNEY WAX:  I know you're in healthcare.

PROSPECTIVE JUROR:  Right. So part of my position in the firm is I always get the OIG enforcement notifications.

DEFENSE ATTORNEY WAX:  Right.

PROSPECTIVE JUROR:  And the only reason it hit me and I remember reading it is because Zusmer is not a very common name.

**167**

**DEFENSE ATTORNEY WAX:**  It would have been quite some time ago, right?

**PROSPECTIVE JUROR:**  Yes.

**DEFENSE ATTORNEY WAX:**  Do you remember anything about the contents?

**PROSPECTIVE JUROR:**  No.

**DEFENSE ATTORNEY WAX:**  It's just the name?

**PROSPECTIVE JUROR:**  Yes.

**DEFENSE ATTORNEY WAX:**  Members of the jury, just in closing, is there anyone here who really wants to be on a jury, who really wants to sit on a jury and be part of this?

It's rare that anyone does raise their hand. So I do appreciate your candor.  I want to thank you all for taking the time to answer the questions. I know sometimes they can be a little difficult and good luck to those of you who are selected to serve on this jury.

**THE COURT:**  Mr. Quinon.

**DEFENSE ATTORNEY QUINON:** Thank you, your Honor. I was going to say good morning, but it's like good afternoon by now. And you feel like you're at a dentist getting a root canal with just so many questions. It's painful process process, agreed, but it's necessary.

Think about this:  We're here trying to select people who can be fair in this case. We don't know you. We just got to meet you. Okay. And it's hard, because we're asking you,

168

can you be fair. And you're thinking:  About what. I don't know anything about this thing. How can you ask me whether I'm going to be fair. Okay. And yet, we would like to have people who are going to be fair in the case. It's important. And constitutionally, every citizen is entitled to get a fair trial. And it starts here with you. Okay.

So we depend upon you to be extremely honest, to share with us your innermost thoughts about whether this is the right case for you.

Sometimes, you can be a very fair juror but not for this particular case. So I bring that up because it's important that you keep that in mind as we go through this painful process.

All right. Now, I'm going to ask a couple of questions that as many questions that have been asked, I just want to a couple of questions. I don't think something has been touched upon.

How many you have applied for a law enforcement job during your life?  Any of you ever applied for a law enforcement job before?  Anybody?  No?

Okay.

The other question that I had that want I wanted to ask that I don't think has been touched upon yet:  How many you have been the victim of a crime?  Will you please raise your hand so I can do that.

169

Okay. And, now, because I am so limited on time, I may not be able to go through all of you. So let me just start here on the first row.

**THE COURT:** Mr. Quinon, I'm going to tell you:  I'm not going to cut you off.  Just so that it was clear, there was a question where it was asked if you had any interaction with the criminal justice system as a defendant, as a witness, as a victim.  And so to the extent you haven't answered that question before and your hand is up for the first time as Mr. Quinon is answering it, that's a question we should have fleshed out.

**DEFENSE ATTORNEY QUINON:** Thank you, Judge. Appreciate that.

So Mr. Ellis, could you tell us -- and I don't need to go into the absolute details of it. But just tell us a little bit about, you know, what happened.

**PROSPECTIVE JUROR:**  Well, I did mention it before, but I was the victim of a Ponzi scheme. But law enforcement got involved, FBI, SEC. But really didn't do anything to be quite honest.

**DEFENSE ATTORNEY QUINON:** And the follow-up questions of the combination of my question would be just that, whether you were satisfied at the end or not, and obviously, you have already said that you were not. So I will spare you the additional questions and I thank you, sir.

**170**

All right. Who's next. All right. Mr. Arias.

**PROSPECTIVE JUROR:** Stolen identity. They stole my identity. So I reached out to the IRS. They provided a pin number. So when I have to file taxes, I have to use a pin number.

**DEFENSE ATTORNEY QUINON:** All right. And obviously, that's a serious problem. It kind of affect everything in your life when that happens. So was that investigated by the authorities?

**PROSPECTIVE JUROR:** No.

**DEFENSE ATTORNEY QUINON:** Okay. How did you resolve that issue?

**PROSPECTIVE JUROR:** Like I said, they have steps in place. So every time I have to apply for a loan, anything involving having to check credit or anything like that, there are steps that are additionally required for myself.

**DEFENSE ATTORNEY QUINON:** One but it never touched upon the level of where law enforcement where they investigated?

**PROSPECTIVE JUROR:** I think it's so vague. My car was stolen.

**DEFENSE ATTORNEY QUINON:** Okay. Your car was stolen. That's a bit of a set back. And when was that?

**PROSPECTIVE JUROR:** Oh, my goodness. That was probably, I don't know, 20 years ago, long time ago.

**DEFENSE ATTORNEY QUINON:** It was investigated probably

by there local police.

PROSPECTIVE JUROR: That's it.

DEFENSE ATTORNEY QUINON: All right. Were you satisfied with the way that it was resolved?

PROSPECTIVE JUROR: Yes. They actually found my car.

DEFENSE ATTORNEY QUINON: They did?

PROSPECTIVE JUROR: Uh-huh.

DEFENSE ATTORNEY QUINON: Okay. Thank you.

PROSPECTIVE JUROR: Actually, I've been the victim of three crimes, car theft, my home was burglarized and the third one was misuse of credit cards.

DEFENSE ATTORNEY QUINON: Okay. And someone else went to the level of law enforcement. Did they investigate it?

PROSPECTIVE JUROR: All three were reported.

DEFENSE ATTORNEY QUINON: All right. And we'll take up those issues because you mentioned before, we'll take it up with the judge at a later time.

PROSPECTIVE JUROR: Yeah.

DEFENSE ATTORNEY QUINON: All right. Who's next. Anybody else? Okay. Juror Number 25, Ms. McGee.

PROSPECTIVE JUROR: Stolen car.

DEFENSE ATTORNEY QUINON: How long ago was that?

PROSPECTIVE JUROR: 25 years ago.

DEFENSE ATTORNEY QUINON: A long time ago.

PROSPECTIVE JUROR: Yes.

**DEFENSE ATTORNEY QUINON:** Whatever happened was probably in the rear mirror.

**PROSPECTIVE JUROR:** Exactly.

**DEFENSE ATTORNEY QUINON:** Was it resolved to your satisfaction?

**PROSPECTIVE JUROR:** They never found the car.

**DEFENSE ATTORNEY QUINON:** Did the cops, local cops get involved in that?

**PROSPECTIVE JUROR:** Yes.

**DEFENSE ATTORNEY QUINON:** Okay. Thank you.

Now, the other questions that I have, and again, I'm not going to have as many questions as have been posed to you. I mean, we've gone through quite a few questions. We have some information to this side here.

So let me ask you: Concerning this case, it's a criminal case. In a criminal case, this is a citizen. We're entitled to certain protections by the constitutions, the finding of the country. And one of the things that is is is the burden of proof always stays with the Government. And in a case like this, which is a criminal case, the burden of proof is they have to prove their case beyond a reasonable doubt, a very high standard. I mean, that's the highest standard in the law. All right.

Now, do any of you feel like it is unfair that the Government would have to carry such a heavy burden? Does

**173**

anybody feel that way. And if you do, honestly, just share that with us. It's important for us to know how you feel. Do you feel, "well, that's too high of a standard  It shouldn't be that high."?  Does anybody feel that way?

All right. The other concept here, and I think Mr. Wax touched upon it a little bit about the presumption of innocence.  And that is important, obviously, extremely important, in a case like this. And one of the founding principles is that representing my client, Dr. Alexander, I don't have to prove anything in this courtroom. I can sit there, and I'm not going to do this, and twiddle my thumb throughout the whole case. And the judge can turn to me and say, "you have any questions?"  "No." I don't have to do anything. And still, the Government has to prove the case beyond a reasonable doubt, even if I don't say anything, I don't do anything.

Do any of you have a problem with the fact that the Government has such a high burden even if I don't do a thing?

All right.

Now, in this case, I'm representing, Dr. Alexander, a doctor. And sometimes, in cases like this, we find out people come to serve, and understandably, the human nature and the gut reaction, and the prosecutor touched upon this to some degree is to say, look, he's a doctor. He's an educated person. He's a smart person. We are going to hold him to a

higher burden because he's a doctor. He should know better.

Do any of any of you feel that he, Dr. Alexander, should be held to a higher level or to a higher standard than other people who may be accused?  Do any of you feel that way?

I think we went through just about all the questions at least at I need to decide in this case. And I believe the lawyers do as well.

So last question that I have:  Is there anything at all, and only you would know the answer to this by the way: Is there anything at all that has not been asked that you would feel that you are not the right person to sit in this jury -- in this jury because of your -- the way that you feel about a case like this?  It deals with Medicare, that it deals with doctors.

So is there anything at all that you can think in your mind that may be this is not the case for you?  And only you can answer this question.

Do any of you feel that may be this shouldn't be the case for you?  And you don't have to give the reasons. Just raise your hand and let us know.

Does anybody feel that way?

All right. Other than that, I want to thank you for participating with us, and spending your time and sacrificing your time to be here with us today.

**THE COURT:** Thank you. Ladies and gentlemen, we're going to take some issue up with the lawyers outside your presence. This is a good opportunity for you to go stretch your legs, use the restroom. We're going to be as quick as we think about it. But I can't tell you a precise estimate. I'd like to ask you to be back on the floor please throw in 15 minutes. And when you're back, we'll bring you in. Okay.

**THE BAILIFF:** All rise.

(Prospective jurors recessed at 12:58 p.m.)

**THE COURT:** Counsel, my question to you is going to be: Other than 37, who do you need to speak to?

**DEFENSE ATTORNEY WAX:** 34, your Honor.

**THE COURT:** Okay. Those two.

**DEFENSE ATTORNEY WAX:** Give me a sec.

**THE COURT:** Office Harmon, will you please tell Ms. Williams that it's 34 and 37, that they should ask not to go somewhere. Mr. Queenan.

**AUSA QUEENAN:** No one additional, your Honor.

**DEFENSE ATTORNEY WAX:** I just had a question. I didn't hear something properly.

When Mr. Queenan was asking the jurors about their prior jury service, Number 25. I didn't hear she said her prior jury was a Medicare fraud jury or was not said it was.

**THE COURT:** I heard Ms. McGee. She indicated that she that it was.

**176**

**DEFENSE ATTORNEY QUINON:** Judge, are you going to question any of the jurors about the language issue that was raised by a couple of them.

**THE COURT:** I'm not going to pull anyone back in.

**DEFENSE ATTORNEY QUINON:** Okay. All right.

**THE COURT:** Welcome back to the courtroom. Okay. I've got Ms. Ordonez.

**PROSPECTIVE JUROR:** Yes.

**THE COURT:** Okay. Ms. Ordonez, let me just confirm that. Go ahead and have a seat, everyone else in the courtroom. We had pulled you back in. I think at some point, you had indicated that the you wanted a private audience with us about a question that touched upon whether or not you could be fair and impartial in this case.

**PROSPECTIVE JUROR:** Right. I mean, you guys ended up asking the question. So thank you.

But in my previous life, I did want to be very clear. My previous career, if I would, I was working for a criminal defense firm. So I was doing that for about six years and I was in the courtroom. So I understand this whole process. And that's why I didn't want to say it in front of everybody. But I do morally have an issue with this type of case.

**THE COURT:** We're trying to understand what you mean. Are you morally opposed to the Government bringing indictments in Medicare fraud cases?

**177**

**PROSPECTIVE JUROR:**  No. I don't agree with the Medicare and the lying and deceit part. And that's why I didn't want to say that in front of everybody.

**THE COURT:**  Ask I take it step by step?

**PROSPECTIVE JUROR:**  Of course.

**THE COURT:**  You're saying you think it's wrong to lie to Medicare?

**PROSPECTIVE JUROR:**  Yes.

**THE COURT:**  Okay. So I think the law would agree with you on that. So I'm having trouble understanding what you're trying to tell us.

So if I'm understanding you, you're telling me that you would apply the law, which is you --

**PROSPECTIVE JUROR:**  I just don't think I can be partial. And me being in my career that I had before, I know how much evidence is put forth. And I think -- I think if you're here, you're here for a reason, otherwise, you wouldn't be in federal court trying your case. So that's my biggest concern. And I don't think I can be impartial.

**THE COURT:**  Okay. I'll be honest. I'm still having trouble understanding.

**PROSPECTIVE JUROR:**  Okay.

**THE COURT:**  Are you telling me that because you worked for a criminal defense term, you would presume that the defendants here are guilty.

PROSPECTIVE JUROR:  How can I say it so it sounds right?  Since I know all -- how can I -- since I know all the evidence that is put forth and everything that has to happen for a federal case, I know there's a lot of evidence. And for someone to be here, there's a lot of evidence against you. And with this type of case, I really do feel a moral issue with it because of lying, because of deceit and all of that. I have a big problem with it. So I don't feel that I could be impartial.

THE COURT:  So as you sit here, you would already suspect that these two defendants are guilty?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Okay. Does anyone have follow-up questions for Ms. Ordonez?

AUSA QUEENAN:  Just briefly. You know these standards and presumptions. And if the Court is going to instruct you that the law requires that you presume these two men are innocent, can you follow the judge's instructions?

PROSPECTIVE JUROR:  It would be difficult.

AUSA QUEENAN:  But can you?

PROSPECTIVE JUROR:  I mean, I don't know. But it would be very difficult.

AUSA QUEENAN:  Nothing further, your Honor.

THE COURT:  Okay. Thank you Ms. Ordonez.

PROSPECTIVE JUROR:  Thank you.

THE COURT:  All right. If we could have 47 brought back in, please. Thank you.

Mr. Machado, I appreciate you coming back. You had mentioned to us there was something you would rather explain in a more private setting. This is as private as it gets in federal court.

PROSPECTIVE JUROR:  I have been arrested before. It's been disclosed too bar. So if that matters at all.

THE COURT:  Well, it only matters to us to the extent it matters to you. So how long ago was it?

PROSPECTIVE JUROR:  It was 2005, I believe it was. 2003, 2005. Yeah. Very long ago.

THE COURT:  Like 20 years ago?

PROSPECTIVE JUROR:  Yes.

THE COURT:  Has it been completely resolved?

PROSPECTIVE JUROR:  Yes.

THE COURT:  And so that was before your bar license?

PROSPECTIVE JUROR:  Before I was bar license.

THE COURT:  And so at this point as you sit here today, are you generally satisfied with how you were treated by law enforcement and the criminal justice system?

PROSPECTIVE JUROR:  Yeah. I think I came out just fine. They did the right thing.

THE COURT:  And so was there anything about that prior arrest that would make you less fair and impartial to either

side in this case?

PROSPECTIVE JUROR:  No.

THE COURT:  Okay. I appreciate you disclosing it. Does anybody have any follow up for Mr. Machado?  Ms. Wagner.

AUSA WAGNER:  I do. Sir, you told us that you reviewed OIG. You told us that --

THE COURT:  Ms. Wagner:  You don't have a microphone.

AUSA WAGNER:  I'm so sorry.  You told us you review OIG opinions as part of your job.

PROSPECTIVE JUROR:  Yeah. And enforcement actions as -- I get those E-mails.

AUSA WAGNER:  I'm sorry to hear that. Did you review press releases tied to Operation Brace Yourself?

PROSPECTIVE JUROR:  Yes.

AUSA WAGNER:  Are you familiar with Operation Brace Yourself?

PROSPECTIVE JUROR:  Yes.

AUSA WAGNER:  Have you rendered legal opinions tied to Operation Brace Yourself?

PROSPECTIVE JUROR:  Yes.

AUSA WAGNER:  Have you advised clients about Operation Brace Yourself and what to do in that space?

PROSPECTIVE JUROR:  Advised clients, no. I've spoken with other attorneys with regards to Operation Brace Yourself. But I haven't spoken with clients themselves.

**AUSA WAGNER:**  As part of that, are you giving legal advice or are they giving legal advise?

**PROSPECTIVE JUROR:**  I don't know if they're giving legal advise or not.

**AUSA WAGNER:**  Last question.  I know you said -- I asked you if you knew Operation Brace Yourself. Outside the press release, have you done any other research tied to Operation Brace Yourself?

**AUSA WAGNER:**  No. Not tied to Operation Brace Yourself itself. But as far as becoming a newly barred attorney about four-and-a-half years ago, and working, starting in healthcare, you have to learn everything from the get-go.

**AUSA WAGNER:**  Understood. One second, sir. Thank you.

**DEFENSE ATTORNEY WAX:**  Mr. Machado, have you formed any opinions based upon your knowledge of Operation Brace Yourself?

**PROSPECTIVE JUROR:**  No.

**DEFENSE ATTORNEY WAX:**  Would you have any ability or would you struggle with the ability to presume these defendants not guilty merely because this case may implicate what you've read about Operation Brace Yourself?

**PROSPECTIVE JUROR:**  I don't think it's going to affect my judgment whatsoever.

**DEFENSE ATTORNEY WAX:**  Thank you.

**DEFENSE ATTORNEY QUINON:** Mr. Machado, I just want to

ask you the type of work that you do, so that I get a better understanding of it. Do you represent clients in the administrative proceedings?

**PROSPECTIVE JUROR:** Administrative proceedings, mergers and accusations in healthcare. I didn't elaborate on it here, but as well as administrative proceedings in front of oca which is not Medicare, but, you know, rolls up the rung.

Yeah. So I do -- none of those have -- I don't advise in criminal proceedings.

**DEFENSE ATTORNEY QUINON:** So the bulk of it is administrative proceedings and advising clients and guiding them through those.

**PROSPECTIVE JUROR:** Through the administrative proceedings and healthcare and mergers and accusations.

**DEFENSE ATTORNEY QUINON:** Does that every bleed into civil lawsuits by ACA.

**PROSPECTIVE JUROR:** Administrative proceedings in ACA would be the quasi position to it.

**DEFENSE ATTORNEY QUINON:** Thank you. That's all I have.

**THE COURT:** Thank you, Mr. Machado.  Okay. Counsel.

**AUSA QUEENAN:** Judge, are we arguing?

**DEFENSE ATTORNEY WAX:** Do we have any time as the defense, can we confer for a few minutes?  We haven't had hap moment to talk?

**DEFENSE ATTORNEY QUINON:** Before we do that, can we do

the cause challenges so that we know what we got?

THE COURT: We do the simultaneously. So 1, we've already struck him for cause. So 1 and 13. So the next one up will then be the Naranjo to the defense. But if you need a couple of minutes to confer.

DEFENSE ATTORNEY WAX: Yes, your Honor. Please.

AUSA QUEENAN: Your Honor, before they confer, just to be clear, you're going to call out the numbers sequentially to sit them and you would like us to make a cause argument at that point to determine where they sit?

THE COURT: We've already done 1. Everybody agreed that we didn't need to --

DEFENSE ATTORNEY QUINON: Right.

THE COURT: This is the international symbol for 'I didn't know that.'

AUSA QUEENAN: Thank you, Judge.

(Discussion off the record.)

THE COURT: Okay. And so to reiterate we'll go back and forth. The Government has the odd numbered jurors. The defense has the even. And for the record, we've already determined uniformity on Juror Number 1 that he should be excused for cause. I'll just ask you to confirm that for the record. Mr. Queenan.

AUSA QUEENAN: Confirmed.

THE COURT: Mr. Wax.

**184**

**DEFENSE ATTORNEY WAX:** Confirmed, your Honor

**THE COURT:** And Mr. Queenan.

**THE COURT:** So Juror Number 2. For the defense.

**DEFENSE ATTORNEY WAX:** Accept.

**AUSA QUEENAN:** Accept, Judge.

**THE COURT:** That is your first juror, Number 2.

Juror Number 3. To the Government.

**AUSA QUEENAN:** Accept.

**DEFENSE ATTORNEY WAX:** Accept.

**THE COURT:** That is your second.

Okay. Juror Number 4. To the defense.

**DEFENSE ATTORNEY WAX:** Strike.

**THE COURT:** Juror Number 5. To the Government.

**AUSA QUEENAN:** Accept.

**THE COURT:** To the defense.

**DEFENSE ATTORNEY WAX:** Strike.

**THE COURT:** Number 6. To the defense.

**DEFENSE ATTORNEY WAX:** Strike.

**THE COURT:** Number 6. To the Government.

**AUSA QUEENAN:** Accept.

**DEFENSE ATTORNEY WAX:** Accept.

**THE COURT:** Number 7 is your third juror.

Number 8. To the defense.

**DEFENSE ATTORNEY WAX:** Accept.

**AUSA QUEENAN:** Accept.

**THE COURT:**  Number 8 is your fourth.

9.  To the Government.

**AUSA QUEENAN:**  Accept.

**DEFENSE ATTORNEY QUINON:**  Cause. We have a cause on Mr. Kraus, your Honor. He is the gentleman who cannot be here. He's going to be out of here in two Sundays. He's the one in Fort Myers.  And so he needed --

**AUSA QUEENAN:**  Your Honor. We're going to be --

**DEFENSE ATTORNEY WAX:**  But wait. There's more.  Go ahead.

**DEFENSE ATTORNEY EIGLARSH:**  Your Honor. He also made it very clear that he would have a difficult time presuming or believing the defendants were innocent. He said, quote, I would wonder what they did wrong. And he never came off of that position.

**THE COURT:**  I disagree. He came off that position. But he did indicate that he is going to Fort Myers within the next two weeks and he will be gone for the next two weeks.

**AUSA QUEENAN:**  Your Honor, we'll be done well before that.

**THE COURT:**  It is my understanding that prosecution anticipates the completion of its case. But you might remember that we had a conference call last week.  And the indication was, and I told the jurors to predict, that it would be up to three weeks.

**186**

**AUSA QUEENAN:**  Thank you, your Honor. I remember we talked about three weeks. I know the jurors were told two weeks. Either way, I think we'll be done by next Friday.

**THE COURT:**  All right. I realize that Mr. Kraus has preplanned vacation.  I will excuse him for cause and note the Government's contrary position.

All right. So that takes us to Number 10.  To the defense.

**DEFENSE ATTORNEY WAX:**  Strike.

**THE COURT:**  Number 11.  To the Government.

**AUSA QUEENAN:**  Accept.

**THE COURT:**  To the defense.

**DEFENSE ATTORNEY WAX:**  Strike.

**THE COURT:**  Number 12.  To the defense.

**DEFENSE ATTORNEY WAX:**  Accept.

**AUSA QUEENAN:**  Accept.

**THE COURT:**  Okay. So number 12 becomes Juror Number 5.

For the record, Government, Number 13, there's a cause challenge that it's my understanding everyone joins; is that right, Mr. Queenan?

**AUSA QUEENAN:**  Correct.

**THE COURT:**  Mr. Wax?

**DEFENSE ATTORNEY WAX:**  Correct.

**THE COURT:**  Mr. Quinon?

**DEFENSE ATTORNEY QUINON:** Correct, your Honor.

**THE COURT:** All right. We'll excuse Mr. Kaplan for cause.

Number 14. To the defense.

**DEFENSE ATTORNEY WAX:** Strike.

**THE COURT:** Number 14 to the Government.

**AUSA QUEENAN:** Strike.

**DEFENSE ATTORNEY WAX:** Is that the first government?

**AUSA QUEENAN:** Yep.

**THE COURT:** Thank you for asking. I was just counting myself. Mr. Queenan, that matches with your understanding?

**AUSA QUEENAN:** Defense has five, used five. The Government as used one, your Honor.

**THE COURT:** I have the Government at six. And that was the Government's first you agree?

**DEFENSE ATTORNEY WAX:** Yes.

**THE COURT:** Okay.

So number 16.

**DEFENSE ATTORNEY WAX:** Hold on one sec, Judge. I need to confer with my...

**THE COURT:** The defense strikes that I have, counsel, is for 4, 5, 6, 10, 11, and now 14.

And so number 16. To the defense.

**DEFENSE ATTORNEY WAX:** And that will be defense seven, your Honor.

Yes. As to Juror 16?

THE COURT:  Okay. 17.  To the Government.

AUSA QUEENAN:  Accept.

THE COURT:  To the defense.

DEFENSE ATTORNEY WAX:  Accept.

THE COURT:  17 sits as Juror Number 6.

And so 18.  To the defense.

DEFENSE ATTORNEY WAX:  Accept.

AUSA QUEENAN:  Accept.

THE COURT:  18 is your seventh.

Number 19.  To the Government.

AUSA QUEENAN:  Strike.

THE COURT:  Government's second.

Number 20.  To the defense.

DEFENSE ATTORNEY WAX:  Strike.

THE COURT:  21.  To the Government.

AUSA QUEENAN:  Accept.

THE COURT:  To the defense.

DEFENSE ATTORNEY WAX:  Accept.

THE COURT:  21 sits as Juror 8.

22.  To the defense.

DEFENSE ATTORNEY WAX:  Accept.

AUSA QUEENAN:  Strike.

THE COURT:  23 to the Government.

AUSA QUEENAN:  Accept.

THE COURT:  To the defense.

**DEFENSE ATTORNEY WAX:**  I need to confer with counsel, your Honor. How many jurors do we have right now, your Honor?

**THE COURT:**  Eight.

(Discussion off the record.)

**THE COURT:**  The defense.  Number 24.

**DEFENSE ATTORNEY WAX:**  It's number 23, Judge, correct?

**THE COURT:**  I beg your pardon. We haven't finished number 23.  You're correct.

**DEFENSE ATTORNEY WAX:**  Number 23, we strike.  We just struck Number 23.

**THE COURT:**  Yes, sir. And so 24.

**DEFENSE ATTORNEY WAX:**  Accept.

**AUSA QUEENAN:**  Strike.

**THE COURT:**  25. To the Government.

**AUSA QUEENAN:**  Accept.

**THE COURT:**  To the defense.

**DEFENSE ATTORNEY WAX:**  Strike.

**THE COURT:**  Okay. I have that as defense ten.

**DEFENSE ATTORNEY WAX:**  Correct.

**THE COURT:**  Okay. So 25 -- 26. Beg your pardon. To the Government.

**AUSA QUEENAN:**  Accept.

**THE COURT:**  27.  To the Government.

**AUSA QUEENAN:**  Your Honor, we don't have a cause objection, but I believe this juror said that she was a care

taker for her mother. She's an entrepreneur. Other than that issue, if that doesn't become an issue, we can accept.

**DEFENSE ATTORNEY WAX:** Judge, we would be moving for a cause objection on Ms. Gonzales. You specifically asked her about her mother for whom she's a care taker with the two hip replacements. And she said "my mind will be on my mom." And she hadn't -- there.

**DEFENSE ATTORNEY QUINTERO, JR.:** She also said she works from home to be able to care for her mom.

**THE COURT:** Mr. Quintero, I hear you. I also hear that you're not using a microphone. I'm concerned about a transcript. Repeat that for me, please.

**DEFENSE ATTORNEY QUINTERO, JR.:** Yes, your Honor. My apologizes.

Ms. Gonzales, based on my notes, stated that she works from home to be able to take care of her mom.

**DEFENSE ATTORNEY WAX:** And I believe the exact quote, your Honor, is my mind will not be here.

**DEFENSE ATTORNEY EIGLARSH:** Is not here.

**THE COURT:** I have the same notation. This is the lady who's mother had the hip replacement three months ago.

**DEFENSE ATTORNEY WAX:** Right.

**THE COURT:** So let me bounce back to you, Mr. Queenan. Your position on the cause challenge?

**AUSA QUEENAN:** We join.

**191**

**THE COURT:**  Okay. She'll be excused for cause. That was number 27?  I'm saying that as a question, right?  That was number 27?

**AUSA QUEENAN:**  Correct.

**THE COURT:**  Okay. 28.

**AUSA QUEENAN:**  Your Honor, we had a cause.  English language was an issue.

**DEFENSE ATTORNEY WAX:**  Agree.

**THE COURT:**  Agree. 28 will be excused for cause.

29.

**AUSA QUEENAN:**  Accept.

**DEFENSE ATTORNEY WAX:**  Judge, I need to do a quick conferral with my colleagues. Very quick.

(Discussion off the record.)

**DEFENSE ATTORNEY WAX:**  Nothing. Nothing, Judge. Thank you.

**THE COURT:**  29 will be Juror 10.

30.

**AUSA QUEENAN:**  We have a cause challenge, your Honor.

**DEFENSE ATTORNEY WAX:**  Agreed.

**AUSA QUEENAN:**  She's the CEO of the home health agency. She just submitted an enrollment application to Medicare.

**DEFENSE ATTORNEY WAX:**  We agree.

**DEFENSE ATTORNEY QUINON:** We agree.

**THE COURT:**  I appreciate that everybody agrees. And

yet, I have no note about any indication that she gave would disqualify her. I heard her explain that she had the CEO of home healthcare.

**AUSA QUEENAN:**  One of the issues, your Honor, is she's regulated by the the federal government. And that could be positive for the Government. It could be positive for the defense. We don't know. It's just so close to home that she just filed an enrollment application and this case is going to be heavily about enrollment applications.

**THE COURT:**  All right. You both joined. I will excuse her for cause.

31.

**AUSA QUEENAN:**  Cause, your Honor. I believe she said on the record, that she could not be impartial. There was a lawsuit involved the SEC. She couldn't be fair, she mentioned.

**THE COURT:**  Defense position.

**DEFENSE ATTORNEY WAX:**  The same.

**THE COURT:**  I tend to agree. I her on cause.

**DEFENSE ATTORNEY WAX:**  Yes, Judge.

**THE COURT:**  31.

**DEFENSE ATTORNEY WAX:**  Yeah.  We agree.

**THE COURT:**  32.

**AUSA QUEENAN:**  Can we have a second, please?

**THE COURT:**  It's the jury's time.  Not mine.

193

**AUSA QUEENAN:**  Do we have ten jurors or nine?

**THE COURT:**  You have ten seated.

**AUSA QUEENAN:**  Is your Honor going to sit 14 or 15?

**THE COURT:**  I would like at least will three alternates.

**DEFENSE ATTORNEY WAX:**  Your Honor, could we over who is there jurors right now. Could you give us the numbers.

**THE COURT:**  Okay. The jurors that I've seated are 2, 3, 7, 8, 12, 17, 18, 21, 28, and 29. If you disagree, you should probably let me know.

**AUSA QUEENAN:**  Judge, Juror 32. The Government accepts.

**THE COURT:**  Okay.

33.

**AUSA QUEENAN:**  Judge, I believe this is --

**DEFENSE ATTORNEY WAX:**  Wait. One second. Is he the alternate, Judge?

**THE COURT:**  No. That's Juror Number 11.

**DEFENSE ATTORNEY WAX:**  I'm sorry. All right. Thank you.

**AUSA QUEENAN:**  Judge, Juror 33 stated he has to be in New York next week to cover for a colleague.

**THE COURT:**  Are you making your cause for challenge?

**AUSA QUEENAN:**  Only for that ground because of his unavailability.

**DEFENSE ATTORNEY WAX:**  Agreed.

**THE COURT:**  Agreed.  Okay.  Excused for cause.

**194**

Number 34.

**AUSA QUEENAN:**  Your Honor, we accept. I don't know if your Honor's satisfied with her answers when I followed up.

**DEFENSE ATTORNEY WAX:**  We object. She's clearly for cause. Nice try.

**DEFENSE ATTORNEY QUINTERO, JR.:**  Nice try, Mr. Queenan.

**THE COURT:**  I will excuse Ms. Ordonez for cause. And again, for purposes of the record, the difficulty that I had even eliciting her position on her willingness to follow the law, to be redundant, was difficult. And I think she gave every indication that she could not follow instruction provided by the Court on that point if not others.

35.

**AUSA QUEENAN:**  Accept.

**THE COURT:**  All right. That's your jury.

**DEFENSE ATTORNEY WAX:**  Judge, how many strikes we have against the alternate.

**THE COURT:**  Two. It's one per -- if we're going to three or four. I have to consult my law clerk.

**DEFENSE ATTORNEY WAX:**  I always forget.

**THE COURT:**  I think it might be three.

(Discussion off the record.)

**THE COURT:**  Two additional preemptory challenges are permitted when two or more.

Thank you, Erica.

**195**

All right. To the defense, Number 36.

**DEFENSE ATTORNEY WAX:**  Strike.

**THE COURT:**  To the Government, 37.

**AUSA QUEENAN:**  Cause, your Honor. This is Mr. Machado. He has read a copy of the indictment. This case relates to a law enforcement officer action called 'Operation Brace Yourself,' which had a big impact on healthcare compliance.

He's read it. He's studied it. He said he hasn't rendered legal opinion directly from it. He's talking to other lawyers. He's already read and understands the operation and brings that into the jury room, your Honor. For that reason, we'd ask to strike him for cause.

**DEFENSE ATTORNEY WAX:**  Well, Judge, if he read and understands the operation, for one thing, that's probably pretty favorable for the Government. But that's neither here nor there.

The truth of the matter is the gentleman said that he hadn't formed any opinions about the case one way or another. And he could be fair and impartial. And just the fact that he has knowledge of the case shouldn't disqualify him from serving as a jury.

**DEFENSE ATTORNEY QUINON:** He did say he could be fair and impartial which questioning. That was never an issue. At least the Government never questioned him about that.

**THE COURT:**  Mr. Queenan, I'm going to reiterate that he

**196**

insisted every time that he was questioned that he was impartial and explained the context that he became familiar with it. I think Ms. Wagner even followed up and asked questions about it. I didn't hear him say that he had studied, but only that he had read it and given advice on it. If you want to use one of your peremptories on him, you can. But I disagree with the cause challenge.

AUSA QUEENAN:  Please, your Honor. Strike.

THE COURT:  Okay. That takes us 38. To the defense.

DEFENSE ATTORNEY WAX:  For cause, your Honor. Ms. Cella had serious, severe language problems. I think when she was reading your questionnaire, she was even struggling reading the English. I don't see how she'd be able to comprehend the jury instructions, much less communicate with the fellow jurors.

THE COURT:  Mr. Queenan.

AUSA QUEENAN:  We join that cause challenge, your Honor.

THE COURT:  Okay. Strike her for that.

So 39 to the Government.

AUSA QUEENAN:  Your Honor, we don't carry over our unexcused strikes, do we?

DEFENSE ATTORNEY WAX:  You have one more.

AUSA QUEENAN:  One moment, your Honor.

DEFENSE ATTORNEY QUINON: You carry them to the next

**197**

case.

**AUSA QUEENAN:**  Accept.

**DEFENSE ATTORNEY WAX:**  Accept.

**THE COURT:**  Okay. First alternate.  Number 39.

40.  To the defense.

**DEFENSE ATTORNEY WAX:**  For cause, your Honor.

**THE COURT:**  Mr. Queenan.

**AUSA QUEENAN:**  We join.

**THE COURT:**  Okay. Stricken for cause.

41.  Mr. Queenan. I think the defense has a motion.

**DEFENSE ATTORNEY WAX:**  Yes, we do. We have a cause.

**THE COURT:**  Mr. Queenan, do you want to join in the cause?

**AUSA QUEENAN:**  That's what we're discussing, your Honor.

**THE COURT:**  This is the one where she said I do not believe in the presumption of innocence.

**AUSA QUEENAN:**  Yeah. We join in the cause, your Honor.

**THE COURT:**  Those are probably the clearest notes that I have.

42.  To the defense.

**DEFENSE ATTORNEY WAX:**  This is the woman who we may have to recess on Friday, the 3rd, for her to fly to Chicago. She's flying with me. I don't know how Judge Moore's going to feel about it. But she's flying with me.

**198**

**THE COURT:** Okay. That's an accept.

**DEFENSE ATTORNEY WAX:** That's an accept, Judge.

**THE COURT:** Mr. Queenan.

**AUSA QUEENAN:** Accept.

**THE COURT:** Okay. 42 is your second alternate.

And 43. To the Government.

**AUSA QUEENAN:** Accept.

**THE COURT:** Mr. Wax.

**DEFENSE ATTORNEY WAX:** Okay. We'll accept him, Judge.

**THE COURT:** Okay. 43 is your third alternate. So we go for broke and seat a fourths. We've got jurors to spare. Defense to 44.

**DEFENSE ATTORNEY WAX:** Strike.

**AUSA QUEENAN:** We agree.

**DEFENSE ATTORNEY WAX:** Judge, the parties agree that number 45 is cause.

**THE COURT:** Yes. So 46. Back to the defense.

**DEFENSE ATTORNEY WAX:** Accept. Well, I don't have a strike left.

**THE COURT:** I was about to say lucky for you. -- okay. And to the Government.

**AUSA QUEENAN:** Strike, your Honor.

**THE COURT:** And 47.

**DEFENSE ATTORNEY WAX:** I think we're both out of strikes, aren't we?

**AUSA QUEENAN:**  Accept, your Honor.

**THE COURT:**  I think you are right, Mr. Wax.  That's it. So if we're seating a fourth alternate, it would be 47.

Okay. So let me read it back to you. This is the -- this is the jury that I have. If you have something different, this is the time to tell me.

Your jury is Juror Numbers, 2, 3, 7, 8, 12, 17, 18, 21, 28, 29, 32, and 35. Your alternates are 39, 40 --

**AUSA QUEENAN:**  28 I don't believe is -- did your Honor mean 26?

**DEFENSE ATTORNEY WAX:**  It is 26, your Honor.

**THE COURT:**  It is 26. There's that handwriting we all are enjoying. Thank you.

That's why we do it. 26, 29, 32, 35. Okay. And then your alternates are 39, 42, 43 and 47.

Okay.  Now that the jury has been selected, Mr. Queenan, Ms. Wagner, did you have any objection to the manner in which the jury was selected?

**AUSA QUEENAN:**  No, your Honor.

**THE COURT:**  Mr. Wax, on behalf of your client?

**DEFENSE ATTORNEY WAX:**  No objection.

**THE COURT:**  Mr. Quinon?

**DEFENSE ATTORNEY QUINON:** No, your Honor.  No objection.

**THE COURT:**  Do you need the list of members, Officer Harmon. Why don't you will, I'll have Ms. Williams excuse the

rest down to the jury pool and we'll just pull those 16 back in for a moment. Okay. Thank you, Office Harmon. You've got the numbers.

Counsel, have you all set a time for your opening with Judge Moore?

**DEFENSE ATTORNEY WAX:** 25 minutes.

(Off the record.)

**THE COURT:** Okay. Counsel, I think the jury's coming back.

Counsel, the jury's coming in. Office Harmon, go ahead and bring them in for me, please.

**THE BAILIFF:** All rise.

(Jury reconvened at 1:52 p.m.)

**THE COURT:** Perfect.

Okay. All right. Counsel, have a seat. Welcome back.

You have been selected as our jury. You have been extremely patient, particularly in the last break, which took longer than I had estimated. And for that, I apologize. And we have you here now. That completes the first phase of the trial.

We're going to move into the second part, but not before you get a proper lunch break. So what happened this morning and the bit of endurance run is unusual. So it's going to be a little more comfortable from here on out. You've got the good seats now. And we're going to send you

off to get something to eat.

I understand that it took us a while somehow to get you in and get you into your seats just now, but 2:45 is when the district court judge who is going to trial this case it will look to be back on the bench. So if you're not from around here, on the 7th floor we've got the Constitutional Cafe where you can get a sandwich. There's meals and coffee, great coffee. And then if you have wander outside a little bit further, across the street, there's a Chick-fil-A.  And across the street in the other direction toward the state courthouse, there's a little French sandwich spot.  So again, the officers that are here can help steer you. There's a Kitchen Chicken like 2 blocks away. But we'll make sure that you have a little time to get something to eat. And then if you can, hustle back, so that at 2:45, we cannot start without each and everyone of you.

So when you're on time, it helps us run on time, which we will do a better job of doing now that we have you. So thank you for your patience this morning.

One last word of warning:  You are our jury. You've met our parties.  You're going to encounter them. You're going to encounter them at security. Bear in mind that when you come into the building, you'll have to go through the security check.  You did.  It takes a few minutes. You may encounter them. They can't talk to you. Don't talk to them. They're not

being rude. They're following my instruction.  Okay.  Avoid them when you can.  They're going to really avoid you. But be mindful that it will take you a few minutes to come through security. And like I said, you're our jury, you can't talk to anyone, even each other about anything at all, other than to say you've been picked. It's a criminal case. But no Googling. No inquiries about the case. It hasn't even started yet.

So with that, I'll see you at -- well, I won't see you. With this, I'll give you my thanks and Judge Moore will see you at 2:45. Thank you so much.

**THE BAILIFF:**  All rise for the jury.

**THE COURT:**  You are excused. I was told the cafe will close at 2:30, I mean at 2:00.  I hope that's wrong.  But we'll see.

(Jury recessed at 1:56 p.m.)

**THE COURT:**  Okay.  Counsel, I'm likewise cut into your lunch break. So I'll keep it extremely short.

Just to let you know:  Judge Moore intends to swear the jury.  So he will do that when they come back. In case you were concerned that they had not be sworn, they will be shortly. And I will -- unless there's anything else that we need to take up from any side. Mr. Queenan, for the Government.

**AUSA QUEENAN:**  Your Honor, I would like to have some

exhibits ready for our first witness.  Can have access to the courtroom to help stage that.>

THE COURT:  Let me confirm with Office Harmon. But I imagine it would be open.

Will the courtroom stay open during the lunch break so the attorneys can set up exhibits?

THE BAILIFF:  One of us will be here.

THE COURT:  Mr. Queenan, is there anything else on behalf of the Government?

AUSA QUEENAN:  Nothing, your Honor.

THE COURT:  Mr. Wax, on behalf of your client?

DEFENSE ATTORNEY WAX:  Nothing but our thanks, your Honor.

THE COURT:  Mr. Quinon.

DEFENSE ATTORNEY QUINON:  Nothing, your Honor.  Thank you, Judge.

THE COURT:  I would just be remiss if I didn't use this last chance to say to you that it has been absolutely been my privilege to help you get to this point in the proceedings. It was a pleasure watch you all do that voir dire. Good luck. I will see you in your next case.

DEFENSE ATTORNEY WAX:  Thank you, Judge. Good to see you.

(Recess from 1:58 p.m. until 2:39 p.m.)

(Proceedings resuming at 2:39 p.m.)

**AUSA QUEENAN:**  Your Honor, everyone's here for the Government?

**THE COURT:**  Okay. And for the defense?

**DEFENSE ATTORNEY QUINON:** We were told 2:45.

**THE COURT:**  You're right. Okay. We're ready to get started.

**AUSA QUEENAN:**  Yes, your Honor.

**THE COURT:**  Any housekeeping we need to take up before we bring the jury in?

**DEFENSE ATTORNEY WAX:**  I think the only thing from the defense side, your Honor, is that we would be invoking the rule of sequestration.

**THE COURT:**  Okay. If there are any witnesses in the courtroom, they need to remain outside the courtroom until they're called.

**AUSA WAGNER:**  Your Honor, we'd only ask for the typical exception for the case agent, who's the representative of the United States.

**THE COURT:**  Any objection?

**DEFENSE ATTORNEY WAX:**  No objection.

**DEFENSE ATTORNEY QUINON:** No.

**THE COURT:**  Do you have any other summary witness, or anything like that?

**AUSA WAGNER:**  They're not in the courtroom, your Honor, and they won't be.

**THE COURT:**  Okay. Any other matters?  And I guess you've -- you know that two of the codefendants in the case were sentenced to -- today.  You got that out of the way. Everybody happy with jury selection?

**AUSA QUEENAN:**  Yes, sir.

**DEFENSE ATTORNEY WAX:**  Over joyed, your Honor.

**DEFENSE ATTORNEY QUINON:** Yes, your Honor.

**THE COURT:**  And so am I.

And let's see. What else?

**DEFENSE ATTORNEY EIGLARSH:**  Judge, I had one request. When we asked for 25 minutes for opening.  It's kind of random.  Sometimes my opening runs a little bit longer.  I would ask for just 30 just minutes to make sure.  I just didn't want to be cut off at all.

**THE COURT:**  So in terms of openings today, how much time are we thinking we're going to need?

**AUSA WAGNER:**  Your Honor, I'm aiming to have my done in 25 minutes.

**THE COURT:**  Okay. And then for the defense?

**DEFENSE ATTORNEY EIGLARSH:**  I'd be requesting 30 minutes, your Honor.

**DEFENSE ATTORNEY QUINON:** I normally don't time these things, but I think I should be able to do this in 30 minutes.  I mean, I haven't done a practice run. 30 minutes, I think I can do it.

**206**

**THE COURT:** Okay. So that's an hour and a half. 2:45, 3:45, 4:15.  And then you're ready to go.

**AUSA WAGNER:**  Yes, your Honor.

**THE COURT:**  So what we're waiting on is our courtroom deputy.   We need to swear in the jury.

Okay.  Bring the jury in, please.

(Jury reconvened at 2:46 p.m.)

**THE COURT:**  All right. Please be seated.

Good afternoon, ladies and gentlemen. My name is Michael Moore. I'm the district court judge who's going to be presiding over the case.  And I want to express my appreciation to Magistrate Judge Louis who presided over the jury selection this morning and this afternoon and that enabled me to handle some other matters as well.

So we're ready to get started now.  And one of the first things is we need to do is have you sworn in as jurors for the case. If you'd all please rise and raise your right hand.

**THE COURTROOM DEPUTY:**  Do you solemnly swear or affirm that you will well ask truly try the issues herein and render a true verdict in accordance to the evidence and the jury instructions in this case, so help you God?

**JURORS:**  I do.

**THE COURT:**  Please be seated.  The next step in these proceedings is opening statements from the parties.  You'll

**207**

hear first from the Government and then each defense counsel will be able to make an opening statement as well. Okay.

An opening statement is not evidence or argument. It's kind of like a road map of where the -- each side thinks the case is going to go to help you kind of understand the evidence as it comes in. So I know the lawyers will appreciate your attention. And with that, we'll recognize government counsel.

**AUSA WAGNER:** May it please the Court?

**THE COURT:** Please.

**AUSA WAGNER:** This case is about lies for money. It's about a healthcare scam to lie to Medicare, to trick the elderly and the disabled.

This case is about a scheme to purchase doctors' orders, prescriptions, with illegal kickbacks and bribes.

It's about taking those elderly people's information and those doctors' orders and billing Medicare for over $10 million.

This case is about the defendants, Dean Zusmer and Lawrence Alexander, and the lies they told that made this scheme possible.

At its heart, this case is simple: The two defendants, Dean Zusmer and Lawrence Alexander, partnered with a third person, Jeremy Waxman, too open DME companies. 'DME' stands for durable medical equipment. It's a medical supply

company, medical supply companies here that fill orthotic braces. That's a back brace, a shoulder brace, elbow braces, wrist braces, ankle braces.

Ladies and gentlemen, you're going to hear that the defendants lied to Medicare to make money.

The Court is going to instruct you that making a false statement to Medicare in connection with the payment or delivery of services is a crime.  And the evidence is going to show that the defendant's lied about who truly owned their companies.  They lied to high hide that third person, Jeremy Waxman's role.  You're going to hear that Dean Zusmer put his DME company solely in his name and lid the fact that Jeremy Waxman was an owner.  You're going to hear that Lawrence Alexander and Jeremy Waxman only put the company in the name of Dr. Alexander's elderly mother, which in fact you're going to hear that she had nothing to do with the business.

You're also going to learn that the defendants and their coconspirators agreed to pay illegal kickbacks and bribes for prescriptions. For doctors' orders.

The Court again is going to instruct you that it is illegal to pay for referrals, here, those referrals are doctors' orders. And it is illegal to submit false and fraudulent claims to Medicare.

You're going do learn why they paid kickbacks and bribes for doctors' orders.  You're going to learn that

doctors' orders are essential because you can use them to bill Medicare.  They are the golden ticket through which all Medicare billing flows.  You're going to learn that with those purchased doctors' orders, the defendant tried to steal over $10 million from Medicare.

How did they do it?  They took four simple steps.  Step one:  You lie to Medicare; step two, you purchase doctors' orders; step three, you get paid; step four; you cover your tracks.

Step one, you lie to Medicare.  Each of the defendants opened a DME company with Mr. Waxman.  You're going to hear that Dean Zusmer and Mr. Waxman opened a medical company that was called Active Assist together.  You're going to hear that Lawrence Alexander and Jeremy Waxman opened a DME company together called Silent Hill.  You're going to learn that Medicare required its providers, including DME companies, to truthfully disclose who owns a company.

But the defendants and Mr. Waxman lied.  You're going to learn they lied to hide Mr. Waxman's role.

The evidence is going to show that in truth, the defendants and Mr. Waxman were the owners of these companies but you're not going to see Mr. Waxman's name anywhere on the application.  Dean Zusmer only listed himself.  He left Mr. Waxman off that application.

Lawrence Alexander had his mother listed as the sole

owner.  But the evidence is going to show you it wasn't her company.  She didn't control the bank accounts.  She didn't make the profits.  She didn't even work there.  She was a straw owner.  It was a lie for money.

The evidence is also going to show that both of the defendants knew better.  You're going to hear that they are medical professionals.  Lawrence Alexander is an orthopedic surgeon.  Dean Zusmer is a chiropractor.  You're going to hear they filled out applications for their own practice time and time again.  You're going to see those medical applications.  And you're going to see how they warned providers that you must tell the truth, that you must disclose your ownership.  And they explained the penalties for not doing so.

You're going to hear also that these lies mattered.  They matters because Medicare takes care of the most vulnerable in our society, the disabled, the blind and the elderly.  You're going to hear that Medicare relies on its providers to take care of these people.  It relies on them to put patient need first and not profit.

Step two:  Buy those doctors' orders.  You're going to hear that the defendants and their coconspirators paid illegal kickbacks and bribes for so-called marketing companies for doctors' orders.  You're going to hear that the marketing companies had a simple process to generate those

**211**

doctors' orders.  All started with telemarketers.  You're going to learn that those telemarketers ran telemarketing campaigns with 1-800 hundred numbers.  They posted internet click bait ads collecting information about those elderly people.  And once that elderly person clicked and provided their information, the call center would call them.  Those telemarketers who are located overseas typically in India, Egypt, the Philippines and elsewhere, once they got that elderly on the line, they got to work selling.  They would convince those elderly people to agree to accept braces, multiple braces, sometimes as many as seven at one time.

You're going to learn that they promised the elderly people, don't worry, you're not going to have to pay for this, it's going to call cost you little or nothing.  Medicare is going to pay.

You're going to learn that Medicare only pays for braces when a patient actually needs them and when they're prescribed by their own doctor.  But the defendants and their coconspirators cut the elderly patients doctors out of the equation.  You're going to hear that they flipped the whole way its supposed to work on its head.  Instead, those so-called marketing companies paid quote, unquote telemedicine who had never seen the patient and never examined them.  They weren't their own doctor.

Once that telemedicine doctor signed the script, the

defendant and their coconspirators company that bought the doctors' orders and billed Medicare.

Step three, make money.  You're going to hear about how they billed Medicare, about how Active Assist and Silent Hill billed Medicare for millions and then the defendants split the profits with Mr. Waxman.

Finally, step four, cover your tracks.  You're going to see fake contracts and fake invoices that made it look like they were buy legitimate services and not paying kickbacks and committing fraud. Fake contracts and invoices, which you'll hear was there in case Medicare came knocking trying to figure out what was going on.

Ladies and gentlemen, that's not how it's supposed to work.  You're going to hear how it's supposed to work.  A patient goes to their own doctor with a problem.  That doctor examines the patient and they decide do you need braces, do you not need braces.  If the doctor says their patient needs the braces, the patient walks out the door with a prescription and they can go to any DME company they want, the DME company of their choosing, then fills that prescription and bills.  That's not what happened here.

Instead, what you're going to learn that in about two-and-a-half years, the defendants and their coconspirators companies billed Medicare for millions in false and fraudulent claims.  You're going to hear that Dr. Alexander's

company fraudulently billed over $7.8 million to Medicare and Medicare Advantage plans.

Now, they got paid over $5.4 million on those claims. You're going to hear that in less than a year, Dean Zusmer and Mr. Waxman's company, Active Assist, they billed Medicare for over $2.4 million in less than a year and got paid over $1.5 million on those claims.

Ladies and gentlemen, this is a conspiracy case.  In a conspiracy, every person has their own particular role.  I expect you're going to hear a lot about that third person, Jeremy Waxman.  But he's not on trial today.  This case is not about what he's accused of.  It's about what the defendants are accused of.

This case is about the defendants and what they did.

By the end of this case, you may not like Mr. Waxman very much.  But remember, it is the defendants who chose to go into business with Mr. Waxman.  It's the defendants who chose to enter a conspiracy with Mr. Waxman.  It's the defendants who chose to lie to Medicare with Mr. Waxman. It's the defendants who hid Mr. Waxman's identity from Medicare and used their DMEs with Mr. Waxman to pay kickbacks and bribe Medicare.  The defendants played their own distinct and essential roles in this scream.

Let's start with Dr. Lawrence Alexander.

You're going to hear, ladies and gentlemen, that he

**214**

wasn't there everyday at Silent Hill.  But without him, this never would have happened.  You see, you're going to hear that it was Dr. Alexander who put his mother's name, who permitted her to be used as a straw owner for Silent Hill. It was he and Mr. Waxman who agreed that their names weren't going appear on the medical application for that company.

You're going to learn that Dr. Alexander understood the Medicare rules.  He had filled out multiple medical -- Medicare applications before.  He's an orthopedic surgeon. And you're going to hear and you're going to see E-mails where he knows how that application process is working.  He knows that they're getting doctors' orders from the marketing companies.  And you're going to hear that he knew Silent Hill was making money.  He opened the bank accounts and he made the profits.

You're going to hear he made over a quarter of a million dollars.

Let's turn now to Dean Zusmer.  You're going to hear how Mr. Zusmer also wanted to open a DME company with Mr. Waxman, and that just like Dr. Alexander, he knew about Medicare's rules before he got into this.  He's a chiropractor who filled out multiple Medicare applications.

You're going to see text messages between Dean Zusmer and Jeremy Waxman where Dean Zusmer hounds Mr. Waxman about open a DME company together.  Together, they hid Mr. Waxman's

role at the company.  They hid his ownership at Active Assist.  Another lie to Medicare for money.

You're going to see that Dean Zusmer helped Jeremy Waxman each and every step of the way.

Defendant Zusmer paid illegal kickbacks personally.  He was on the bank accounts.  He received spreadsheets and reports that tracked the doctors' orders that they were buying from those so called marketing company.

You're going to see that he received updates on what Medicare was paying and what they weren't paying, that he was made aware of complaints from patients who didn't want, who didn't need these braces, and that he's copied on E-mails to those marketing companies seeking a refund when they bought a doctors' orders and when Medicare didn't pay.  You're going to hear that he ran the day to day of Active Assist with Mr. Waxman.

For their rules in this scheme, defendants are charged both with aiding and abetting the making of a false statement in a healthcare matter.  That's lying on those Medicare applications.  Dean Zusmer is charged with the application for Active Assist that hid Mr. Waxman's role.  Lawrence Alexander is charged for Silent Hill's Medicare application that lists Susan Alexander as the sole owner.

Both of the defendants are also charged with the conspiracy to defraud the United States and pay and receive

kickbacks.  That's the purpose of those doctors' orders.

So what's a conspiracy?  A 'conspiracy' is an agreement between two or more people to commit a crime.  The Court's going to instruct you that experience doesn't have to be written out and formalized; can be done by the actions of the people working together; that someone can be in a conspiracy when they don't know anything --

**DEFENSE ATTORNEY QUINON:** Objection, your Honor. This doesn't go to the evidence.

**THE COURT:**  I'll permit a little bit of it, but you're right.  Go ahead.

**AUSA WAGNER:**  Thank you. A conspiracy -- a conspirator doesn't have to know every part of that conspiracy or even the identities of everyone in it.

There's going to be no question today the defendants didn't do this by themselves.  You're going to hear from some of their coconspirators and you're going to learn about that conspiracy.

Dean Zusmer is also charged would five additional counts.  He's charged with conspiracy to commit healthcare fraud and wire fraud, excuse me, healthcare fraud tied to a particular Medicare beneficiary, Brenda Wrichern.  And he's charged with offering and paying particular kickbacks.

The judge is going to instruct you on the law.  And it's going to be your job to determine if the Government has

**217**

met its burden to prove these crimes beyond a reasonable doubt; to meet that burden, we're going to show you multiple types of evidence.

You're going to hear from witnesses.  First, you're going to hear from representatives from Medicare and the private insurers who work with Medicare.  They're going to explain to you what Medicare is, that it's a healthcare benefit program for the most vulnerable people in our society, the elderly, the blind and the disabled. They're going to talk about how Medicare works when it's pays. They're going to talk about the two types of Medicare, part B and part C at issue here.  They're also going to tell you that Medicare has two essential rules.  They're simple.  Rule one:  You cannot lie to Medicare. You'll hear that Medicare is a trust-based system.  What does that mean?  You're going to hear that Medicare gets so many claims every single day. They can't check every one.  Instead, they have to trust that their providers are following the rules.

What does that mean?  You can't lie to Medicare.  You can't lie on enrollment applications.  You can't lie about the ownership of companies.  And you can't lie when you submit claims.

You'll learn about Medicare's second rule. That second rule is that Medicare does not pay for claims that were the result of illegal kickbacks and bribes.  The Court's going to

**218**

instruct you that paying kickbacks and bribes in connection with a Medicare delivery of services, that's a crime. And you're going to hear that Medicare will not pay for a claim that was the result of illegal kickbacks and bribes.

And you're going to hear why that Medicare only pays for claims. It only pays for services. They're based on the actual needs of a patient, not provide based on how much a provider can profit.

You're also going to hear from a Medicare beneficiary and the family members of some Medicare beneficiaries who were tricked as part of this scheme. They're going to tell you how they got those phone calls, that they didn't want the braces, that they didn't need the braces, that they didn't use the braces.

And then you're going to hear from insiders, people who were involved in this fraud scream. They pled guilty and are cooperating with the Government. They're going to take you inside this scheme. They're going to tell you that Jeremy Waxman was the true co-owner of Silent Hill and Active Assist. They will going to tell you that the conspirors paid illegal kickbacks and bribes for doctors' orders. They're going to tell you that they've lied to Medicare and filed false enrollment forms. They're going to tell you that they used fake contracts and fake invoices to cover their tracks to make it look like these were legitimate marketing and back

**219**

office services.  You're going to hear that the purpose of those fake documents was to hide the fraud and hide the kickbacks.

These witnesses are going to admit to you, they committed a crime and that they're hoping to get a benefit from their testimony, they're hoping to lessen their sentence.  But you're not just going to have take their word for it.  Their testimony is going to be corroborated by E-mail, text messages, bank records, Medicare records. All those things that put together are going to demonstrate the defendants committed these crimes.

For example, you're going to see bank records.  Those bank records are going to show the kickbacks.  They're going to show the payment from Medicare.  And they're going to show ow the defendants profited, how their lies resulted in money. You're going to see the false Medicare applications that omit Mr. Waxman.  You're going to see spreadsheets and reports sent to the defendants, Dean Zusmer and Lawrence Alexander, to actually track the doctors' orders they they purchased. And we're going to show you the defendant's own words, the communications with the coconspirators in this scheme.

This evidence, taken all together, is going to establish that the defendants committed these offenses knowingly and willfully.

You're going to see the defendants, Dean Zusmer and

Lawrence Alexander, lied time and time again; that they helped conceal from Medicare the true ownership of Active Assist and Silent Hill. And then after they lied to Medicare, they paid illegal kickbacks and bribes and used their companies to defraud Medicare. And you're going to see why: To make easy money.

This case is about taking advantage of the Medicare program. It is about lies for money. It's about Lawrence Alexander and Dean Zusmer being part of the conspiracy to try and steal $10 million from Medicare.

After you've heard all the evidence, the United States will have one more opportunity to come before you. At that time, the Government will ask that you return the only verdict supported by the evidence: Guilty on all counts.

**THE COURT:** Thank you. For the defense.

**DEFENSE ATTORNEY EIGLARSH:** May it please the Court.

**THE COURT:** Thank you.

**DEFENSE ATTORNEY EIGLARSH:** Government.

This case is about a deep friendship and even deeper betrayal. The friendship was between my client, Dean Zusmer, and his long time friend, Jeremy Waxman, the Government's star witness. Waxman used their 25-year friendship to target and entangle Dean into his massive fraud.

We will not be disputing in anyway that fraud did take place. But let me make one thing extremely crystal clear for

**221**

all of you:  Dean Zusmer did not know anything about the fraud.  He had no idea that his dear, close friend of two-and-a-half decades would lie to entangle him into all of these fraud schemes.

He had no idea that Jeremy Waxman had coconspirators that kept from Dean the fraud that they were committing for their personal gain, for greed.  Dean Zusmer is innocent.

The evidence will also show that this deep friendship leading to this deep betrayal began in 1992.  He worked as a certified trainer at the Fountain Blu Hilton, the gym and spa over at Miami beach.  And in walked a new client, Jeremy Waxman.  They hit it off right away.  And the fact that they were both UM students, undergrads at the time, that caused them to bond immediately.  This friendship only grew.

Now, what caused these people to get close was that again, they both loved working out.  They both loved health. They remained friends for quite some time.

Now, Dean, wanted to become a chiropractor.  He always loved helping people achieve optimal health.  His father is a well-respected, reputable doctor. His brother the same. He wanted to follow in his family's footsteps to help people.

He applied and was accepted into an elite chiropractic school, known as Life University in Atlanta.  And in December of 1997, he graduated and became a licensed chiropractor. All his hard work had paid off.

He took a job as a chiropractor and he saved money so that he could open his own clinic.  He started his own clinic and that blossomed into multiple locations.  He was doing wonderfully.  He felt such pride in the business that he was doing and how he was helping people.  He especially enjoyed that he was making his family proud of him.

You'll learn he has a close-knit family with an intense love for his wife, Crystal.

You'll learn that Dean is an extremely reputable, honest, proud, trustworthy, dedicated person, serving as a chiropractor for 25 years in this community.  You'll learn that he would never risk all that he cherishes to violate the law for some extra money.  He didn't have to.  He would never do that.

You're also going to learn a lot about the word 'compliance,' complying with the laws.

In this business, compliance is everything, strictly adhering to all the laws and rules and regulations is a must. Dean knew that.  In fact, he was 100 percent adamant about compliance.  Even as an extension faculty member for Life University, which he served for the past ten years mentoring senior chiropractic students, he stressed to them the importance of compliance, strict compliance. And anyone that he partnered with, anybody that he worked with, anyone that was around him knew how anal and detailed he was about

following every law strictly, every local, state, federal law, regulation, rule to a tee.

And you know who also knew about this? Jeremy Waxman, his dear friend. He knew that Dean would tolerate zero shortcuts, zero deviations from the law. So he took advantage of him.

He described, Dean did, to Waxman how he was having problems with his chiropractic partners. They, his partners, were not complying with the law the way that Dean expected and demanded it. They laughed it off. So he told Waxman about this and Waxman said the following words that my client will never forget. He said to him: "Why don't you come work with me. You know that you can trust me." Let me repeat that again because that never ever left my client's head: "Why don't you come work with me. You know you can trust me." And he could. 25 years. They were dear, dear friends, close as close can be.

The idea of getting into a DME business at a time that he had to pull away from his partners seemed like a great deal to Dean, so he wanted to know more. But most importantly, not how much could we make, but first and foremost: Are your businesses 100 percent Medicare compliant, in other words, prove to me that you're doing everything right because I will not get into a business unless everything is done by the book. 100 percent law

abiding.  Waxman knew that that was the prerequisite to get Dean to go into the DME business.  And Waxman, you will learn, will do anything to get him into the DME business, even it meant telling a lie because this case is about a deep friendship but a deeper betrayal.

In betraying Dean's trust even further, Waxman described the business plan to Dean but left out things and lied. He explained that the business plan in part would be the following:  Waxman said, I'll take care of all the back end stuff.  You're going to learn about what 'back end' and 'front end' means.  Dean knew about front end, running a business.  But he didn't know about the back end stuff, which I'll talk about in a moment.

He needed Waxman's expertise.  And he was privileged and honored Waxman would offer his expertise at a time that Dean was considering getting into the DME business.

Waxman explained to him, I'll take care of all the back end stuff.  That include advertising.  He explained to him how they advertised on television. They advertised on the Internet.  So if somebody wanted to click in and learn more about it, or they see an advertisement on television, they could call in.  Waxman would take care of the call center.

These people weren't solicited. They called in. And the call center would determine whether these people qualified. That included, first and foremost, did they need the brace.

Did they need the brace.  This is what Waxman is telling Dean this is how it worked.

Secondly, did they have Medicare coverage; third, did they have a doctor?  If not, they would refer them to a telemed doctor; fourth, did they have a qualified prescription for the brace, that needed to be done; and five, Waxman explained that Mindy Breitman, Dean didn't know it at the time, but one of the Waxman's numerous partners in crime, who pled guilty by the way, that she would be the Medicare biller and take care of everything and made sure that everything was done 100 percent Medicare compliant.

Dean had no reason to doubt that his long-time friend was committing fraud. He was interested in moving forward with him.

This betrayal of their friendship further was evident by how Waxman described the call center would work.  Waxman told Dean that Waxman wouldn't be paying anything, but Dean will be responsible for all costs.  We'll get back to it because Dean was going to be the sole owner of Active Assist. But Dean would be responsible for playing a flat weekly fee. $5,000 to start, seventy-five hundred as they ramped up with more  leads, and then ten thousand as more leads came in. That would give them a certain number of people to answer the calls and deal with the leads.

Dean was presented with a contract.  But Waxman hid

226

from Dean that the contracts were fraudulent.  Let me make this extremely clear, ladies and gentlemen:  Waxman never told Dean that he was paying doctors for prescriptions.  That is illegal.  He would have run from this idea.  Waxman hid it from him because it would have ended their discussions about opening a DME and it would have likely ended their friendship because he would have known that his dear friend was a fraudster, a con man.  So Waxman had to keep that to himself.

Dean specifically asked him:  Have you had attorneys look at the business?  Have attorneys in the healthcare industry looked through to insure that everything you're doing is a hundred percent Medicare compliant?  And of course Waxman, the fraudster, says absolutely.  He explained to my client that he hired Attorney Lee Lasris, from a reputable law firm.  He is a healthcare expert, an expert in healthcare law.  And also Wayne van Halem from The van Halem Group, who is an expert in Medicare compliance.  And together, independently and collectively, both of them made very clear that everything that Waxman was doing was 100 percent legal, Medicare complaint.  Air tight.  And with that, Dean was persuaded to move forward.

And just so we're clear, the only thoughts my client had wasn't suspicion of his friend. It was gratitude.  He was so grateful that someone who had been so successful in 13 years of operating a DME with no blemishes, no problems,

opening up a second DME store, he was so successful, Dean was so grateful that his friend was going to let him in and teach him this new business and possibly in the future grow like he had his chiropractic business.  At no point did he think that anything was amuck.  Everything appeared legal to him.

You'll next hear that Waxman proposed to Dean the perfect opportunity, or it seemed like it, buying a turn-key business, means a business that was already in existence, owned by someone named Kelly Wolfee, also one of the the fraudsters in this scheme.  My client had no idea.  In fact, just the opposite.  He vetted Kelly Wolfee, the person he was going to be buying the business from.  She had an impeccable representation.  She served on the Medicare Advisory Board.  She helped make regulation.  My client had no reason to believe that he was buying a business from a fraudster, a coconspirator with his dear friend, Jeremy Waxman.

The business was in existence and ready to go.  That's why they call it "turn key." You get a new key and turn the key and you start it and ready to go.  He wouldn't have to wait.  There would be no lag in the Medicare number being transferred to him.

Kelly Wolfee had done all the initial leg work that he needed.

Now, in terms of the arrangement between Dean and Waxman, at first, Dean believed that they would be partners,

**228**

that Waxman would put money into the business. Dean would put money into the business. They'd be equal partners. At some point, Waxman described to Dean he would would prefer to merely be a consultant and he didn't want to put money in. And Dean was like, okay, I will be the sole owner of Active Assist. And Dean kind of liked that idea because if the business ever didn't work out in that unlikely event, it would lessen the adverse effect to their friendship. So you know what? Dean would be the sole owner. He didn't hide Waxman.

Dean was the sole owner of Active Assist always. Dean never even thought to ask Waxman for a nickel, because as the sole owner of Active Assist, it was his responsibility to fund the business. All aspects, all expenses, Dean paid them. So that was their understanding and that was the arrangement.

The deep friendship and the deep betrayal continued when Waxman failed to disclose to Dean the true reason why he didn't want to be a partner and have his name on there business. Want to know why? Because Waxman was under review by the Government. His DME businesses were drying up. They were going to stop the flow of his unlawful scheme. So he was looking for anyone who would help be the partner in the business and then he would hide in the shadows as a consultant and be able to siphon money from the business. He

hid that from my client.  He never told him the true reason why he wanted to be a consultant.

A deep betrayal continues.

In purchasing the turn key business, my client, to insure that everything was 100 percent done correctly, the transfer to Kelly Wolfe from my client name, he paid her to be a consultant.  He paid $35,000 for that privilege to insure everything was done, air tight, perfectly. Kelly Wolfe, again, who had an impeccable representation, she marketed herself as an expert in Medicare compliance and regulation.  Kelly Wolfe, the woman who's going to stand in front of you, the convicted felon, the fraudster, she was really good at making the world think that she was legit.

Now, when my client paid $35,000 to Kelly Wolfe as a consultant, he absolutely reasonably believed and expected that when she did the Medicare form transferring the business from her to Dean, it would be done 100 percent honestly, thoroughly, completely, and legally.  He had no reason to believe at all that there was any fraud going on. She would send over documents.  He would sign them.  He believed everything was legitimate.

You will hear from Wolfe.  You will learn she is a fraudster and one of Waxman's partners in crime.  You will learn that she, like all the coconspirators in this case, they all want less time.  So I expect that she might come in

and make up some story about Dean being involved, somehow he knew some massive fraud was going on.  And that did not occur.

Now, Waxman further betrayed Dean when it came to Dean signing the vendor applications.  Waxman assured Dean that he was dealing with only the most reputable national and international companies, all 100 percent Medicare compliant; that all the people that they were dealing with at the call center were opt-in leads, meaning they came to the call center, not the call center calling them.  Also, all calls were recorded.  This is clearly what Waxman tells Dean.

Dean had no idea that Waxman was paying for doctors' orders.  There will be a single shred of credible evidence that suggests that he ever knew that Waxman was paying for doctors' orders.  That is illegal.  And Dean doesn't even go to the gray.  He certainly wouldn't crossed over into violating the law.  He would have ran from it.

Now, Dean's responsibilities, we talked about Waxman when he was doing all the back end stuff.  Dean's responsibilities included paying all the bills for his company, Active Assist, entering payroll, managing his front office desk receptionist, Wanda Bryant, trouble shooting when issues arose, purchasing office supplies, making sure there was follow up if there was any back end support that was needed, reviewing patient's questionnaires and looking over

doctors notes.  You'll get to see the doctor's notes.  To this day, there's nothing that jumps out in the doctor's notes that would suggest to Dean that there was fraud was going on.  Everything seemed legitimate to this day.

On or about December 18th, around the holidays, it was time for Dean to pay Waxman a reasonable fee for his consulting work.  Dean remembers feeling like what he was paying Waxman was very fair for the work that he had done and he was filled with gratitude around the holiday, because again, while the business wasn't really making money, he was thrilled that the future would be bright. That somehow, someway, this was all going to end up a wonderful endeavor. He was filled with gratitude for Waxman.

But then, folks as you can imagine, we get to the part where the deep friendship, which led to there deep betrayal causes deep problems for my innocent client.  It was the beginning of April 2019.  Dean learned that both West Bay, that was one of Waxman's DME companies, and Active Assist 's bank accounts were frozen.  He called Waxman.  He learned that from Waxman.  He called Dean.  Strike that.

Dean called Waxman.  And Waxman, the fraudster says, "No. I have no idea.  I don't know why."  He then told Dean that FBI was involved. And that they raided both DME stores. Dean was shocked.  He was stunned.  He was in disbelief. Their deep betrayal, Waxman and his coconspirators,

continued.  Waxman assured Dean, we did nothing wrong.  Even after there business closed down in April of 2019, understand the dates here, folks.  They were only in business approximately 11 months.  That's it.  11 months.  And even after the business closed down, Waxman told Dean that he spoke with Lee Lasris, the healthcare law expert, Wayne van Halum, the expert in Medicare compliance, that everything was 100 percent legitimate.  He didn't know why.  But he did learn this, he offered this explanation to Dean:  That the person that Dean bought the company from, Ms. Wolfe, was the target of an FBI investigation.  And that solely because Dean purchased the turn key business from Ms. Wolfe, from Kelly Wolfe, that's why he's dealing with the taint, that's why his accounts were frozen.

So Dean like I did 100 percent nothing wrong.  And when the Department of Justice came in and seized $154,000 from their business account, from Dean's business account, if he committed fraud, he would say, okay, I'm walking away.  But he challenged the Department of Justice.  He had done nothing wrong. He applied to get that money back.  He, again, before he filed that document, he went over to Waxman and said, "Listen, is there anything I don't know about?"  And Waxman again talked about Lee Lasris, a hundred percent Medicare compliant, Wayne van Halum.  We're good.

So Dean filed the petition.  He's poking the bear. He's

poking the Government. Risky move, if you're guilty. Still risky when you're innocent, because two months later, guess what:  He gets a target letter saying that he's under criminal investigation.

Did he back down then?  No.  He had done nothing wrong. He wanted that money back.  He wanted to prove he had done nothing wrong.  So he persisted with his claim. Then on February 19th, 2020, five months later, the Government sends him a subpoena demanding all documents, E-mails, text messages, we want it all.  Well, that would have been the time if he was involved in fraud to back up.  Sorry.  My bad. I'm out. I'm out.

Dean did just the opposite.  You want to see all my texts, E-mails, documents.  There's nothing that shows that I'm involved in fraud.  In fact, I'm going to put everything on a thumb drive, give it to my lawyer, have him send it into the Department of Justice and they will see, number one, those funds are legitimate.  You'll get the funds back and continue on with his business.  But more significantly, they would stop this criminal investigation.  They'd see he's done nothing wrong.

Approximately one year later, he got the news he was waiting for.  They gave him the money back, all $154,000. Justice.  Finally.  But the criminal investigation persisted. It still went on for some reason.  He couldn't understand

why.

Dean, in his frustration, shared with Waxman his concerns in response to a What's App message, which I hope the Government introduces.  Dean wrote to Waxman, quote, it's nothing more than a witch --

**AUSA WAGNER:**  Objection.  Hearsay.

**THE COURT:**  Sustained.

**DEFENSE ATTORNEY EIGLARSH:**  You will hear that my client had a conversation with Waxman where he tells him, it's nothing more than a witch hunt. 100 percent innocent. And Waxman responds, "absolutely." Hardly you will find how two coconspirators both knowingly involved in fraud talked to each other.  Waxman was just continuing the betrayal of their friendship.

When Dean learned that he was indicted by the Department of Justice, it destroyed his life.

**AUSA WAGNER:**  Objection, your Honor.

**THE COURT:**  Sustained.

**DEFENSE ATTORNEY EIGLARSH:**  Dean believed that Waxman would never have betrayed him.  And after Dean looks through the evidence, he sees, my goodness, he learned for the first time that his friend of 25 years had been committing fraud for years.  But he still believed that Waxman would go in and tell the Government that Dean didn't know about it.  He had no idea that this was an unlawful scheme.

**235**

But folks, that's not what happened.

The betrayal in this case is not limited to Waxman betraying Dean.  Waxman also betrayed the Government.  Waxman entered a not guilty plea, and you will learn told everybody, family, friends, everyone who would listen that he's snow white innocent, framed like a Mona Lisa.  He didn't admit his responsibility.  And then after he has a chance, look at the evidence, see how much time he's facing, decades in prison. Okay.  What are my options here?  A trial, I would lose because I'm guilty as heck and the evidence is overwhelming. Oh, yeah.  All right.  So he cuts a deal with the Government. I'll cooperate.  And he decides to tell the Government what he thinks the Government wants to hear.  That's right, the guy that is my dear friend, he's guilty. He's guilty along with me.

Do you know that during jury selection, Waxman, while we were doing jury selection, Waxman was sentenced.

**AUSA WAGNER:**  Your Honor, objection.  Can we approach?

**THE COURT:**  All right.

(Whereupon, the following proceedings were had at side bar outside the hearing of the jury.)

**AUSA WAGNER:**  Your Honor, I'm concerned that we are getting into -- I'm concerned that we are get into 403 world here and getting into details like how much time he got, like the timing of the sentencing is significant. I'm concerned

that we are going past things that would be admissible if Mr. Waxman's is called as a witness.

THE COURT: Well, is this the evidence that's going to come out?

AUSA WAGNER: If Mr. Waxman's called as a witness?

THE COURT: Is Mr. Waxman going to be called as a witness?

AUSA WAGNER: I don't know.

THE COURT: Well, if he doesn't prove it, you can tell him that, right?? You can say that everything he's saying isn't true.

AUSA WAGNER: I'm concerned that they're going to get into the amount of time that he received.

THE COURT: Well, if he's going to take --

AUSA WAGNER: The fact that they've pled guilty but not the actual sentences, especially since they're charged with the same offenses.

THE COURT: I don't see the problem. Overruled.

(Whereupon, the following proceedings resumed in open court.)

DEFENSE ATTORNEY EIGLARSH: May I continue?

THE COURT: Please continue.

DEFENSE ATTORNEY EIGLARSH: As I was saying, ladies and gentlemen, while we were picking a jury here, Waxman was next door and was sentenced to 15.6 years in prison. The only way

237

he's going to work that sentence off is by cooperating with the Government, telling them what he thinks they want to hear.  So I suspect that when they parade him in front of you, he's not go to say the truth.  He's not going to take that witness stand and say Dean knew nothing about the fraud. I'm a con artist.  I'm a fraudster.  And I roped him in because I was worried that my revenues, my DME businesses, would dry up.  I used my childhood friend.  I committed the ultimate betrayal.

Now, I suspect he's going to say that guy over there, Dean, oh, yeah, he was in on it.  He was in on it from the start.  It was all a big fraud.

You will learn that his plea agreement that he cut with the Government calls for cooperating, that he's got to give truthful testimony.  You will learn from him that the sole determiners of whether he's truthful or not, not the judge, the prosecutors, the ones who are prosecuting my client. So I suspect that he's going to persist in saying Dean was in on the fraud.

So the betrayal continues.  He betrays my client's friendship.  He has betrayed the Government by lying and saying that Dean was involved in the fraud.  And then the third biggest betrayal is he will come in here and he will attempt to betray you, ladies and gentlemen.  He will raise his right hand, swear to tell the truth, and betray the very

238

oath that he will swear to.  And he will lie.  Oh, and he's good at it.  He's so good at it, that he, even after he was indicted, still thought there's no way.  There's no way.  He's having a difficult time wrapping his head about it -- around it to this day.

So the Government, as I conclude, threw some big numbers around. Millions.  Millions.  Millions.

Do you want to know how much Dean Zusmer made during his 11 months in what believed was a lawful business?  You want to know?  Zero.  He lost $60,000.  Waxman made off like a bandit.  You'll hear how he asked for more money needed for expenses.  Expenses.  We know that money found its way somehow to Waxman's bank account.  And the loss that he has suffered does not include emotional --

**AUSA WAGNER:**  Objection.

**THE COURT:**  Sustained.

**DEFENSE ATTORNEY EIGLARSH:**  And everything else that's associated with Waxman's fraud.

Ladies and gentlemen, as I conclude, let me remind you what this case is really about.  This is about a deep friendship and an even deeper betrayal.

It's been said that the only people who can deceive you completely are people you trust completely.  Dean trusted Waxman.  He trusted his dear friend.  He never would have knowingly involved himself in a business that was fraudulent.

That is not who he is.  He is the king of compliance, never deviating from the law.

They will not be able to prove this case beyond and to the exclusion of every reasonable doubt because Dean Zusmer is innocent.  He is the victim here.  And ladies and gentlemen, at the conclusion of this case, I am absolutely 100 percent confident that you will return the only verdict that speaks the truth in this case and that's not guilty.  Thank you.

**DEFENSE ATTORNEY QUINON:**  Thank you, your Honor.

Ladies and gentlemen, good afternoon, again.

It's my turn to tell you where I think this case is going.  As the judge said, that's the opportunity that we get during our opening statement.

To begin with, it's important to remember that what we have here so far, there's no evidence.  What we have are allegations.  The prosecutor got up here and gave her opening statement.  But I remind you that what she was relaying up here is not something that she witnessed personally.  She is depending upon one individual when he comes to Dr. Alexander's case, my client.  She's depending upon Jeremy Waxman, an individual that is that is going to be one of the essential characters that the Government is going to bring to this case, who I submit to you is somebody who has little or no credibility at all.

**240**

Now, as you sit here in judgment, and you are, each and every one of you, a judge in this case. And together, you're judges but also individually. As you sit here in judgment, you have two trials going on, also another important concept that I want you to bear in mind. There are two trials going on here. One is Mr. Zusmer, and my client, Lawrence Alexander. Dr. Lawrence Alexander is also on trial. So we have two different trials here. And it's important as you go through the whole case that you keep both cases in mind separately because they're two different individuals. They're both entitled to have their own trial.

Now, the rules provide that the trial has to take place in one trial together. But nonetheless, it's really two individuals on trial who deserve your attention and your discrimination in making sure that they get separate trials. And that's important.

Now, the indictment, which is not evidence, is a 25-count indictment. Okay. My client, Dr. Alexander, is charged in only two counts, Count 6 and count 19. He's not charged in this case, by the way, with fraud. My client is not charged with fraud. And that's important in this case. And I'll get to that in a few minutes.

Count 6 charges that there was an application made to Medicare, which was not complete, that it concealed the identity of one Jeremy Waxman and it also didn't have my

**241**

client's name in there, that the only named that appeared was the other.  And their Count 6 charges that that was done knowingly, willfully, and that also charges the payment of kickbacks, a conspiracy to pay kickbacks. That's Count 6.

Count 19, the other count that Dr. Alexander, my client, is charged with is pretty much the same thing. Another form was filed with Medicare.  The second form was filed three years later in 2019.  And that count charges that a full statement was made in the form, again, because Jeremy Waxman's name was not reflected and my client's name was not reflected.  That is all that is charged against Dr. Alexander in this case.

Now, who are the pivotal important players when it comes to my client's case?  One, is Jeremy Waxman, and two is my client.  Now, let's talk about that because that's important.

Jeremy Waxman, you will learn in this case, when he takes the stand, is that he, at one time, was believed to be a legitimate, on the level business man in the medical community who ran DMEs.  He was thought to be a totally legitimate individual who was in the DME business and provided good service.  What was not known is that as years went by, and he will have to admit that when he takes the stand, Mr. Waxman, is that he begin to cut corners and he begin to do business in a manner that was not legal.

However, like all the persons who get involved in crimes, they do things in the most quiet way possible and they don't communicate their criminal activities to other people.  Okay.  Unless it's absolutely necessary, they don't.

So Mr. Waxman, for many years, was doing business in that manner.

Mr. Waxman finds himself in a very tough position. He's charged with all 25 counts when he got indicted but he was able to cut a deal for -- to plead guilty to two counts out of 25.  Like my previous colleague mentioned, Mr. Waxman today was sentenced to 15 years.

Now, the only way that he can get out of his predicament is absolutely trying to please the Government. That's the only way that he can reduce that sentence.

You will learn that this individual, Mr. Waxman, as I said before has little or no credibility.  He will admit on cross-examination, and I implore you, please, listen to cross-examination when I get up there and I cross-examine this man.  He will admit that he's lied to just about everybody he's come in contact with, not only in this case, just about in his whole life.  He's lied to his mother.  He's lied to his friends.  He's lied to his brother.  He's lied to everybody.  He is a congenital liar, Mr. Waxman.  And the interesting thing is, of all the presentation by the Government, the prosecutor got up here, there's only one

**243**

person, one, that can come in -- that will come in to say that Dr. Alexander, in this case, did anything wrong or committed a crime.  One person.  And they're going to call a number of witnesses here.  One.  Mr. Waxman. He's the only one, that will say that.  And I submit to you that you're going to see through it.  And you're going to see he's lying. The facts will show that.

Now, who is this other person that he's talking about, Dr. Alexander?  Who exactly is the person that you're about to judge and what do we know about him?

Lawrence was born in New York -- came -- was born in New York, came to Miami when he was nine years old, graduated from Palmetto High School here locally, got a scholarship. His family was real poor, family come from Jamaica.  Poor family.  Graduates from Palmetto, gets a scholarship to the University of North Carolina in Greensboro, goes there, graduates.  Brilliant man. Brilliant man.  Gets scholarships to six medical schools.  Six.  Some of them, University of Miami, University of Florida, Wakeforest. He ends up accepting a full scholarship to NYU, New York University in New York City.  That's one of the most prestigious medical schools in the country and he got a full scholarship.

Goes there and graduates from NYU. Again, to show that he's all about work, all about sacrifice, not about fraud that has been talked about in this case, he then gets and

**244**

competes for a residency.  One of the the most difficult residency in the medical field is to be an orthopedic surgeon.  That's one of the most completive things that you can do.  He was accepted and got his residency at the University of North Carolina in Chapel Hill in North Carolina.

Again, when he did his residency, he was the chief resident. He supervised approximately 30 other residents. He distinguished himself in medical school. He went above and beyond the other ones. He was the chief resident who was in charge of supervising the other ones, about 30 of them.

So as if that was not enough, all the things that he did from a poor boy graduating here from Palmetto, getting scholarships and distinguishing himself, second year of residency, he goes ahead and enlists in the Navy Reserves while he's still a resident in medical school.  He goes in as an officer at that time.  And he's treating, this is in 2005, shorty after the boys were coming back from Afghanistan from the war zone, and he is now working at the University of North Carolina, Chapel Hill.  There's a hospital. And he treated some of the soldiers coming back.

And so he's serving.  Aside from doing his residency, he's serving the country in the military assisting in treating the boys who are coming back from Afghanistan.

Okay.  He graduates.  Finishes his residency, which by

the way, six years.  Think about this:  Graduates from Palmetto, four years at the University of North Carolina, undergrad, four years in medical schools, six years residency. That's a lot of years, getting knowledge, perfecting his craft.  And now, instead of just going out and working, he gets a fellowship to one of the most distinguished and famous hospitals, not just in the United States, but in the world. The Cleveland Clinic in Cleveland. It is one of the finest hospitals. They gave him a fellowship, okay, to go there, and he completes his fellowship.  And after he's done, he is offered -- the University of North Carolina where he did his residency, offered him a faculty position, go there and be a professor in medical school. Cleveland clinic offered him, again, a faculty clinical position there.  That shows you the hard work, the brilliancy, the effort that this man has put in and what he's all about. Okay. He decides, instead of staying in Cleveland and becoming a medical school professor and doing other wonderful things in the field, he decides he wants to come over to back to south Florida where his mother lives. He's got his family.  He comes back to south Florida and he starts his medical practice here.

First, he worked for doctors and he also worked for a spinal clinic in Broward County and then he opened his practice I think around 2010.  And things went really well

**246**

for him.  Okay.  He had been very successful. He is really one of the top surgeons in his field.  Okay.  And you will learn not only has he been one of the top surgeons, the amount of money that he makes in his medical practice, I'll talk about that in a few minutes, because he didn't need to be into the business with Jeremy Waxman.  He didn't need that.

What happened is he opened his medical practice and he was doing very well.  Remember, Jeremy Waxman, at one time, the Government's witness, the liar that he is, at one time, he had this image that he was a successful business man when in fact what he was doing in the background, he was buying doctors' orders.  But nobody knew that at that time.

Dr. Alexander meets his fellow, Waxman, learns that he is in the DME business, learns further that other doctors in the community that Lawrence knows, he knows other doctors in the community, other doctors were sending their patients to because Waxman to do the billing for the braces and the braces because Waxman was doing a good job, giving good service.

And in fact at the beginning, Dr. Alexander also sent some of his patients that he was treating at that time. None from Silent Hill.  He never sent anybody from Silent Hill to be treated by Waxman.

Now, as time goes on, they became friends.

**247**

Dr. Alexander, my client, became friends with Mr. Waxman. They were about the same age.  Lawrence, single.  At that time, this fellow Waxman, was single.  They would go out, bars, have a couple of drinks.  They met.  And they became friends.  And again, everything at that time to Lawrence, appeared normal.  Waxman appeared to be a legitimate businessman who had been in the DME business for more than a decade.  Very successful in the business. Nothing to think about.

What Lawrence didn't know was that this guy, Waxman, was in the DME business but Medicare was already suspected that Waxman was committing fraud. And Waxman knew it. He knew that Medicaid was getting on to him. Okay. And he needed, Waxman needed, to find another avenue to keep his revenue coming in. Okay.  And so he comes over, because he was friends with Lawrence, and tells Lawrence, hey, you're a doctor. You're an orthopedic surgeon. You're very successful. Why don't you let me run the DME business. Why don't we open a DME business.  You don't have to do any of the administrative stuff. I'm an expert in this field. I can do this. You don't have to do much. Okay. Let's go into a business.

Lawrence, at the very beginning said, no, I don't want to do that. Okay.  And there was a reason why Lawrence didn't want to do that. Why?  Lawrence didn't want to do that

**248**

because beforehand, Lawrence had had a DME business. You see, doctors, can open their own DMEs.  And this is interesting. You'll learn this and I'll ask questions of the Medicare witnesses that the Government is going to call.  When you're a doctor, if you are an orthopedic surgeon, you can write a prescription for your own patient and you can sell your patient the braces that the patient needs. So you can have your own DME, which means that you can then, once you give the braces to the patient, you can bill Medicare and you can earn, as a doctor, 100 percent of the profit of selling braces and doing DME work.  You don't have to share money with Waxman or anybody else. You keep 100 percent of the profit.

Lawrence had opened a DME when he started out his medical practice. Okay. He kept it open. He opened it in 2013. But what happened?  He is an outstanding surgeon. He's in love with his profession. That's what he knows. That's what he loves. He decided you know what, it may be profitable to have a DME but I don't have the time. My patients need my time. So what happened?

In 2015, okay, his DME ended. You know why?  Cause he didn't bill. He didn't use it. What happens is Medicare has a rule. If you own a DME and you don't bill, in other words, if you're not in business, you're not selling braces for four quarters a year, they deactivate your DME.  So they

deactivated the DME because, in two years, Lawrence only wrote and serviced his clients, his patients. I think it was three braces.  Meaning that if you wanted to make money out of Medicare, all he had to do was to keep his DME open. He didn't. He closed it because he didn't have the time. He didn't have the interest. Okay.

And he would have made a lot more money than being in business, in the DME business, than with this fellow, Waxman Okay.

So when Waxman comes and trying to entice Lawrence to get into the DME business, he said, "No. I don't want to do it, man.  I had one and that closed down.  I wasn't even using it.  I didn't want to do it."

Waxman is a very able liar. He's a weasel. Okay. And he started working on him. Look, you don't have to do a thing. I'll do all the administrative work. You know, let me do that. You keep doing your job. I'll take care of the DME end. Eventually, because they were friends, Lawrence says, okay. We'll do that.  But you know, what, okay. I'm a doctor. You do the administrative stuff.  And we'll do it that way.

And that's how in this case, they end up in business together.

Now, the prosecutor get up here then and says to you, there are four things about this case. What happened. Lying to Medicare, buying doctors' orders, getting paid and

**250**

covering your tracks. Let me address those four things for you.

The lying to Medicare that she's talking about is the filling out of an application to Medicare, which you'll see. It will be in evidence. It's application number 855S. Okay. Now, here's the thing: My client, Lawrence, had nothing to do with the filling out of the application. Lawrence didn't fill out the application. Lawrence wasn't consulting about -- nobody asked him what should go into the application. He didn't file it. He didn't submit it to Medicare. He didn't see it before it was submitted. Guess who did that? Mr. Waxman. Mr. Waxman, who was in trouble with Medicare, left himself out of the application, okay.

Now, the prosecutor mentioned, well, wait a minute, Lawrence's mother is in the application, her name is there. Sure it is. It should have been. And Lawrence wanted his mother's name is whose name should have been there. You see, Lawrence, like all of us, loves his mother. Lawrence is very successful, monetarily, because of the practice. He's been blessed. He's a very smart guy. He's made a lot of money. Great surgeon. And one thing he wants to do is to protect his mother and to leave her financially well if something were to happen to him. Okay.

So what happened is he wanted his mother to be part of that company that he was about to make. And that shouldn't

**251**

be strange.  Nothing strange about that.  Why do I say that?  At around the same time, Lawrence bought a building for his medical practice under another corporation called Preserve, that had nothing to do with Waxman. And you know whose -- you know whose name is in that corporation?  Lawrence's mother.

So Lawrence owned Preserve where he has a medical practice building owned by himself and his mother. That's in 2015. He bought that building before Silent Hill, before all the buzz in this case. Okay.

In 2018, Lawrence's practice was growing.  It was so good that he bought the building next door for his medical practice. And again, you know what he did?  He put it in his name and his mother's name.  And guess what?  Silent Hill, the case that brings everybody here, when you go to Tallahasse in my Florida, take a look at Silent Hill.  Guess who the owners are?  Lawrence and his mother in a public record.

So the fact that Lawrence put his mother in the business is no mystery.  It is something that Lawrence wanted and Lawrence wants to do to protect his mother in case something happens to him. He's a single guy. Something happens to me, car hits me, I die, mama gets whatever I own.  That is something that is not only normal, something that is absolutely wonderful on his part.  Okay. And that's how mother gets there.

Now, Lawrence, never, never told Waxman to leave himself out of this application to Medicare. Lawrence never told Waxman to leave his name out of the application because Lawrence's name is all over Silent Hill. Lawrence's name is in Tallahassee on the public record that he is one of the owners of Silent Hill.

In this application that was filed with Medicare, you need to have insurance. The insurance policy reflects that Lawrence is one of the principals of Silent Hill. The income tax papers that were to be filed with Medicare reflect that Lawrence is the principal with Silent Hill. A BOC certificate that had to be filed with Medicare as the underlying documents, the application, again, was known to Medicare because Medicare, aside from an application that is filed online, does a physical inspection and Lawrence's name is all over it.

So Lawrence was not concealing his name from anything, his mother's name, absolutely not at all.

Okay. What we have here is Mr. Waxman, very able and a liar and weasel that he is, kept himself out because he knew Medicare was hunting for him. But he didn't share that with Lawrence or with anybody. This guy, you'll see, when he gets here, not only you'll see a prolific liar. He is a good liar. But you'll see, eventually, that he's not to be trusted because we will, under cross-examination, pull his mask off

the face and you'll see the real Waxman. He cannot be trusted and he cannot be believed. And when he comes to Lawrence in his case, and this is the person that I represent, he is the only witness, Waxman, that can come in, that will come in and say that Lawrence did anything wrong. And he is lying and he's not believable.

Now, concerning the buying of doctors' orders, this is point number two that the prosecutor mentioned:  No marketer, no one, will come in and say that Lawrence bought any doctors' orders. No one. He did not meet with any marketer to talk about buying doctors' orders or anything of that sort. The only individual who did that was Jeremy Waxman, the Government's witness. And now he's trying to shift blame because he's got a problem. He's got a 15-year sentence. No parole. You got to do hard time. Okay. And you will see, you see. One of the things that we were able to get, not because we did it, but because we finally got the texting, they got his phone. And the telephones right now, if somebody texts your phone, they'll know everything about you because everything is there, man. It's just texting and E-mail.  Eek. It's ugly, right?  Mr. Waxman's phone was taken. Interesting stuff. You'll see that. Okay. The conversations that is happening. "I'm not going back to the cage."  The 'cage' is prison. "I'll doing anything. Let's get a presidential pardon. I'll run away. I'll commit suicide. My God, I don't

want to do more than 60 days. No, I can't do time."

This guy will do anything to keep himself out of prison. Don't think I'm just telling you that because you'll see it when he takes the stand and he's going to have to admit that he wrote those things. Okay. That's the kind of guy who is a combination of a liar in a desperate situation that will do anything to get out of his predicament. That is is -- that's who's going to come in, Jeremy Waxman, in this case.

And so the person who talked to the marketers, the person who bought the doctors' orders is the Government's witness.

Now, you may ask yourself:  Well, what was the -- how many times did Lawrence go over to this Silent Hill, this DME. They had an office. He didn't go there. He was the doctor. He was attending to his patients. Waxman is the one who was running the business. Lawrence wasn't there. Lawrence didn't visit there. And you'll know that because see, when they call the people who worked at Silent Hill, there were two woman there, Magda Cedeno and Christina Ipson, they'll tell you, they didn't see him there. Lawrence wasn't there. Waxman was.

Now, let's talk about getting paid; point number three of the prosecutor, right. After all, you did the crime to get paid. Lawrence made money.

255

Listen. This guy is blessed. Successful like very few people in this world. God gave him the ability, the brains and the gift.  And it is a gift, to be a gifted surgeon, to be able to help people in this world. He doesn't set there prices that they paid him from surgery, but this guy comes down to home, take-home pay, right, about $1.9 million a year, every year, from his medical practice.

He didn't need to get into the DME business to make $255,000 over the course of years committing crimes with this criminal. He didn't need that and he didn't do that. Okay. He only got into the business with the DME with this guy, with this Waxman fellow, because they were friends and he said, Waxman said, don't worry about it. I'll do the administrative work. And he basically did crimes which he had been doing from before without the knowledge of Lawrence.

Lawrence has made, again, every year makes over a million dollars from the practice.  If he wants to steal from Medicare, if that was the plan, he wouldn't need this guy. He had his own DME before Silent Hill in 2013. He would have made more money by himself without Waxman. That's what the evidence is going to show.

Oh, yeah, their last point, point number four, from the prosecutor:  Cover your tracks.

Well, guess who's the guy who did the fake contracts and the fake invoices?  Not Lawrence. He didn't do any of

those. It was done by Mr. Waxman in connection or in conjunction or in agreement with the marketers that were his friends, that were his cocriminals, I guess. That's who made all those fake invoices and fake contracts. None by this fellow, Lawrence.

Again, by the end of the day, Lawrence is a doctor, a distinguished successful doctor. And that is who he is. And he was not involved in committing a crime with Mr. Waxman. The evidence will show that in this case.

No accident here that none of the marketers, none of the people who were selling this doctors' orders, not one will come in and say, I sat down with Lawrence to talk about selling doctors' orders to him, to Lawrence. He didn't need that. He's a doctor himself. He could have written for braces and submitted if he wanted. And he could have gotten other people to do it, other doctors. None of that. That was done by none other than Mr. Waxman.

Like I said, all the elements in this case that the Government has to prove beyond and to the exclusion of a reasonable doubt, each and everyone of them, all the elements that they need to prove, at no time can they prove that this man, Lawrence Alexander, Dr. Alexander, was involved in a crime with Jeremy Waxman. They cannot do that. It just did not happening, folks. It's as simple as that.

So I ask you to please bear in mind, two trials here

are going on. Okay. One witness is the only one that points the finger at Lawrence. Judge the quality of that witness. Examine him. This guy is highly motivated, a liar that will admit his lie to everybody, to his mama, to his friends, everybody. There's no reason for you to believe that he won't lie to you because he will. He's a con man. And so I ask you, please, pay attention, close attention, on cross-examination.

Our job as lawyers is to bring out the truth in there. And I'm saying that we will. And you will see who that guy is and the fact that he is not to be believed.

At the end of the case, the Government has the burden of proof. And it is the highest burden of proof. We have no burden of proof. But I'm convinced that at the end of this case, after you hear all the evidence, there is only one verdict as to Dr. Lawrence Alexander:  Count 6, not guilty; count 19, not guilty.

So it should be not guilty for the two counts that he's charged in this case. And I want to thank you for your time and attention. Thank you.

**THE COURT:**  Thank you.

Government, call your first witness.

**AUSA QUEENAN:**  Thank you, Judge. The Government calls Mr. Steven Quindoza.

**THE COURT:**  Raise your right hand.

**STEVEN QUINDOZA,**

having been first duly sworn, was examined and testified as follows:

THE WITNESS:  I do, sir.

THE COURT:  Please take a seat. Please state your name and spell your last name.

THE WITNESS:  Yes, sir. Steven Quindoza, Q-u-i-n-d-o-z-a.

AUSA QUEENAN:  May it please the Court.

THE COURT:  Proceed.

**DIRECT EXAMINATION**

BY AUSA QUEENAN:

Q. Good afternoon, Mr. Quindoza. Can you hear me okay?

A. Yes, sir.

Q. Where do you work?

A. I work for a company called Safe Guard Services.

Q. And what is Safe Guard Services?

A. It's a private company that holds a couple of contracts with the federal government to identify and investigate allegations of fraud in both the Medicare and Medicaid programs.

Q. And what is your title with Safe Guard Services?

A. Fraud investigations team lead.

Q. What is your role?

A. I have four main responsibilities. I serve as a point of contact for federal law enforcement agencies as well as state law

**259**

enforcement agencies as that point of contact. If they have any questions regarding the rules, the regulations, the guidelines or the policies dealing with either Medicare or Medicaid, they come to me for those answers.

Also, at their request, if they need any training regarding either the Medicare or Medicaid programs, I develop and deliver that training to them. Also as a point of contact, at the request of federal or state prosecutors, if they need me to look at claims data to analyze them for potential, patterns of potential fraud, I do that as well. And then lastly, at their request, if they need a witness for cases like this, here I am.

Second responsibility, I have oversight of training of any of our -- any of our new employees, same thing as law enforcement. I train them on the rules, the regulations and the guidelines of the Medicare, Medicaid programs. I also train them on how to conduct healthcare fraud investigations.

My third responsibility, I have oversight of our public relations activities. In that capacity, we go out and we talk to the healthcare community, like doctors, hospitals, equipment suppliers and the recipients of both the Medicare and Medicaid programs. With those audiences, we provide information to them on how to avoid engaging in potentially fraudulent activities.

And my last responsibility, I develop and deliver training to specific Medicare contractors who process claims for Medicare. There, we provide training on how to identify

potentially false information and claims that are submitted to the Medicare program.

Q. How long have you worked at Safe Guard Services?

A. As an employee, since April of 2021, as a subcontractor, since March of 2005.

Q. And what did you do prior to March of 2005?

A. I've essentially been doing the same thing for the last 25 years but for different employers but in the same capacity for the same types of contracts. And then -- I'm sorry.

Q. No. Go ahead, sir.

A. And then prior to that, I've always worked in the capacity with the Medicare contractors since 1981 in various roles all dealing with Medicare.

Q. So over 40 years experience with the Medicare program, Mr. Quindoza; is that correct?

A. Yes, sir.

Q. During your time, have you worked in a position where you actually processed claims?

A. Yes, sir.

Q. How long did you do that?

A. About two and a half years.

Q. Have you held a position where you audited Medicare claims?

A. Yes, sir.

Q. How long did you do that?

A. About eight years.

Q. Have you held a position where you have analyzed claims data?

A. Yes, sir.

Q. And about how long?

A. Since 1997.

Q. Have you held a position where you have over saw and actually investigated suspected fraud on a Medicare program?

A. Yes, sir.

Q. How long have you done that?

A. Since 1997.

Q. Have you ever held a position where you oversaw or actually investigated fraud involving specifically durable medical equipment companies, or DMEs?

A. Yes, sir.

Q. How long have you done that?

A. At least 20 to 24 years.

Q. Are you familiar with the enrollment process for the Medicare program?

A. Yes, sir.

Q. Have all you familiar with the Medicare program in the subparts?

A. Yes, sir.

Q. And we'll get to explain this in a minute.

Are you familiar with the Medicare rules and

regulations related to enrollment, claims submission, and coverage of durable medical equipment?

A. Yes, sir.

Q. Are you familiar with how the Medicare program is structured?

A. Yes, sir.

Q. Are you familiar with what services and items Medicare covers?

A. Yes, sir.

Q. Are you familiar with how Medicare is funded?

A. Yes.

Q. Are you familiar with how Medicare is administered?

A. Yes.

Q. Are you familiar with how Medicare plays claims to providers?

A. Yes, sir.

Q. Are you familiar with what information Medicare considers important or necessary when determining whether or not to pay a claim?

A. Yes, sir.

Q. Are you familiar with how Medicare audits its claims?

A. Yes.

Q. Are you familiar with how Medicare investigates suspected fraud?

A. Yes.

Q.  Are you familiar with the rules and regulations that durable medical equipment providers must follow in order to enroll and participate in the program?

A.  Yes, sir.

Q.  Have you testified previously in court regarding federal healthcare programs such as Medicare?

A.  Yes, sir.

Q.  About how many times have you testified?

A.  Somewhere between a hundred and 150 times.

Q.  In those hundred or 150 times, has any court ever found that you were not competent to testify about federal healthcare rules and procedures?

A.  No, sir.

**AUSA QUEENAN:**  Your Honor, at this time, pursuant to Federal Rule of Evidence 702, the Government moves to qualify Mr. Quindoza as an expert in the field of Medicare processes, rules and regulations, which includes enrollment, participation, auditing, claims, coverage and investigating fraud.

**DEFENSE ATTORNEY WAX:**  Your Honor, on behalf of both defendants, we renew our pretrial motion to exclude the expert testimony.

**THE COURT:**  Overruled.

**DEFENSE ATTORNEY QUINTERO, JR.:**  If I may add, your Honor, for the record, he doesn't work for Medicare. He works

for a third party contractor. There's a case directly on point from the 11th circuit, *United States versus Miller,* where his testimony was rejected by the Court as quote, unquote expert testimony.

So our position is that, as Mr. Wax said, we renew our motion. He works for a third-party contractor. He does not work for Medicare. Therefore, he cannot speak for Medicare.

**THE COURT:** As we discussed pretrial, I overrule the objection.  The witness will be recognized as an expert.

**DEFENSE ATTORNEY QUINTERO, JR.:**  I'm sorry, Judge.  I couldn't hear you.

**THE COURT REPORTER:**  I couldn't hear you either, Judge.

**THE COURT:**  Overruled.  The witness is recognized as an expert.

**AUSA QUEENAN:**  Thank you, your Honor.

Q.  (By AUSA Queenan)   Mr. Quindoza, what is Medicare?

A.  Medicare is referred to as a federal health benefit program. In other words, it's health insurance. It's health insurance for people age 65 or older. It's also health insurance for people with disabilities or end stage renal disease.

Q.  What is the technical name of the individuals who are insured my Medicare?

A.  They're called 'Medicare beneficiaries.'

Q.  And does each Medicare beneficiary have an assigned unique number with the Medicare system?

**265**

A.  Yes, sir.

Q.  And what's that called?

A.  It's called an MBI. 'MBI' stands for Medicare Beneficiary Identifier. But that's a relatively new type of ID that they use maybe for the last three to five years. Prior to that, it was called a 'health insurance claim number.'

Q.  Short for?

A.  HICN.

Q.  Mr. Quindoza, primarily, what population does the Medicare program cover?

A.  Again, people aged 65 or older as well as people with disabilities and end stage renal disease regardless of their age.

Q.  How is the Medicare program funded?

A.  Through tax dollars.

Q.  What -- I'm sorry who administers the Medicare program?

A.  It's a federal agency called the Centers for Medicare and Medicaid Services.

Q.  Is that often referred to as CMS?

A.  Yes, sir.

Q.  Is CMS part of another government agency?

A.  Yes, sir.

Q.  What agency?

A.  That would be the U.S. Department of Health and Human Services.

Q.  What role, if any, do contractors, such as Safe Guard

Services, play in the Medicare program?

**DEFENSE ATTORNEY QUINTERO, JR.:**  Objection, your Honor.  Personal knowledge.

**AUSA QUEENAN:**  Your Honor. He's worked at the Medicare program for over 40 years.

**THE COURT:**  You can cross-examine him on it as well.

**DEFENSE ATTORNEY QUINTERO, JR.:**  Very well.

Q.  (By AUSA Queenan)  Would you like me to repeat the question?

A.  Yes, please.

Q.  What role, if any, do contractors play in the Medicare system?

A.  Even though the Medicare program is administered by CMS or the centers for Medicare or Medicare services. All of the work itself is not conducted by CMS. They engage in contracts with private companies, like the one I work for, to do many different functions; claims processing, audits, fraud investigations, enrollment of healthcare providers.  And that's just a few. There are several different types of contracts that are engaged by private companies.

Q.  And are those contracts divided into jurisdictional or regions?

A.  Yes, sir.

Q.  And do you know how that works for contractors that are administering the durable medical equipment aspects of Medicare?

**267**

A. Yes, sir.

Q. Could you briefly explain that the to the jury.

A. Sure.  There are specific types of companies that process claims specifically for durable medical equipment. What I mean by that, durable medical equipment are things like walkers, wheelchairs, oxygen equipment, a leg brace, a knee brace.

There are four contracts nationwide that serve as claims processors. Each of those four contracts covers a specific region of the country. So it's decided into four.

Q. What are the names -- let me ask you this:  Medicare is divided into subparts, correct?

A. Yes, sir.

Q. Can you briefly explain the name and and what he part covers.

A. Okay.  There are four parts to Medicare:  A, B, C and D. Part A pays for claims by what are called by "institutional providers," like a hospital, a skilled nursing facility, a home health agency.

Part B pays for professional services, what's actually physically done or physically provided to a patient, like doctor visits, lab tests, x-rays, ambulance transportation, and durable medical equipment.

Part C is Medicare's version of an HMO or managed care network. Under part C, it pays for everything that is covered under either Part A or Part B.

**268**

And then part D pays for prescription drugs.

Q. And is Part B often referred to as traditional Medicare?

A. Both Parts A and B are considered traditional Medicare.

Q. And is part C often referred to as 'Medicare Advantage'?

A. Yes, sir.

Q. You mentioned DME. Is an orthotic brace a DME, a durable medical equipment?

A. Yes, sir.

Q. And generally, what is an orthotic brace?

A. It's, for lack of a better term, it's a device or piece of equipment that is used to assist a patient who suffers from either some kind of physical disability, injury, or malfunction or weakness.

Q. Under certain circumstances, does Medicare Part B cover the cost of orthotic braces for beneficiaries?

A. Yes, it does.

Q. I want to ask you just a few questions about Medicare Part C. What entities administer Medicare Part C?

A. They're referred to as 'Medicare Advantage plans.'

Q. And are there private companies or private insurance companies that administer those plans?

A. Yes, sir.

Q. Are you familiar with Humana, Incorporated?

A. Yes, sir.

Q. Are they a company that administers a private healthcare

**269**

plan under Medicare Part C?

A. Yes, sir.

Q. Is it same true for United Healthcare Group?

A. Yes.

Q. Are Medicare and Medicare Advantage plans healthcare benefit programs?

A. Yes.

Q. Are they considered federal healthcare perhaps under the law?

A. Yes.

Q. And do the same rules for Part B and the Part C, do the same rules apply?

A. Yes.

Q. We're going to focus your testimony on Part B. Is Medicare Part B, which I'll just refer to as "Medicare" from here on out, is that considered a trust-based system?

A. Yes, sir.

Q. What does that mean?

A. The Medicare program has to rely on the integrity of its healthcare providers who submit health claims to it to submit true and accurate information on those claims.

Q. And why is Medicare is trust-based system?

A. Okay. We have to look at it in terms of numbers. Nationwide, there are over 43 million people enrolled in Medicare. There are over two million healthcare providers who

have billing privileges into Medicare. That equates to about one million, or actually more than one billion, claims that are submitted and processed by Medicare each year.

When you consider that volume and the information that's presented in a claim, it's physically impossible to verify all of that information on a claim when you consider the volume of the claims that are submitted to Medicare.

In addition to that, for Part B specifically, the Medicare program is obligated under regulation to process a claim once -- within 14 days of its submission. It's physically impossible to verify all the information in a claim in a 14-day window.

Q. Thank you. And we'll get back to the claim process in just a few minutes. I want to start with the enrollment process for Medicare.

Do DME suppliers, or DMEs, do they have to enroll with Medicare?

A. In order to submit claims to Medicare, yes.

Q. And can you walk us through at a high level how that process works. Are there a few steps along the way?

A. Yes, sir.

Q. What's the first step?

A. Obviously, a supplier must be appropriately authorized or licensed by the state in which they provide the durable medical equipment. There's a two step enrollment process that

they go through. First, they have to enroll what they call a 'national provider identifier,' which is an ID number which is unique to that individual supplier. Once they have that ID number, then they enroll with Medicare to receive billing privileges into the Medicare program.

Q. Are you familiar with what's referred to as "CMS form 855S"?

A. Yes, sir.

Q. And what is that?

A. That is the standard application that DME suppliers use to enroll for billing privileges.

Q. And what are the instances when a DME has to file -- is it also considered the enrollment application?

A. Yes, sir.

Q. What are instances that a DME has to file at 855 or the enrollment application?

A. Typically, there's three. When they first enter the Medicare program initially, for billing privileges, they submit an application. Also, regardless of the type of healthcare provider, whether it's a DME supplier or a doctor, all Medicare providers must recertify their enrollment once every five years. So they have to submit another application. Third, is that if there's any changes to that DME supplier's enrollment status, like new ownership, relocation of their business or anything tied to enrollment status, they have to submit a new application.

Q. And how, physically, how does a DME submit the enrollment application to Medicare, whether it's for initial enrollment, change of information or recertification?  How do they do it?

A. There's two methods.  They can either submit a paper copy to Medicare or they can submit an application through electronic means, through the Internet.

Q. And if they're going -- if a supplier's going to submit an application through an electronic means, high level, how does that process work?

A. First, they have to gain access into the system for enrollment. Once they have that access, then they can access there system itself to submit an application.

Q. And what's the name of the system that they use for enrollment?

A. There acronym is called PECOS, which stands for Provider Enrollment Chain Organization System.

Q. Does Medicare require that an applicant disclose the owners and managers of the DME provider?

A. Yes, sir.

Q. And can you talk a little bit more about the specifics in terms of what Medicare requires. Let's start with owners. What needs to be disclosed on enrollment applications as to owners?

A. They identities.  Their name.

Q. And is it anyone who owns that company or is there a

273

certain percentage threshold?

A. Yes. There's a percentage. Anyone who has five percent ownership or greater in that business must be disclosed in the application.

Q. What is the requirement to disclose officers of a corporate entity?

A. Anyone who acts in an officer capacity or management control of that business must also be disclosed on that application.

Q. So anyone -- five percent ownership interest, anyone with managing control and any officer of the corporation must be disclosed on the application?

A. Yes, sir.

Q. Why is it important that Medicare is aware of the owners and managers and officers of a company?

A. Two reasons. First, Medicare does not allow billing privileges to the owners or officers or managers of any type of healthcare provider if there's any adverse legal actions taken upon them within a ten-year period whether it's an initial application or a subsequent application. So that's why those identities must disclosed on the application.

Secondly, if Medicare were to pay claims for that particular supplier that should not have been paid, Medicare needs to know who's financially responsibility for refunding such payments.

Q. So can I start with the first. The adverse legal action.

A. Yes, sir.

Q. What is that?

A. That means several things.  'Adverse legal actions' refers to any criminal prosecution, whether it's, let me rephrase, not criminal, any felony. And it's not just limited to healthcare. It's any felony under either federal or state or local laws. In addition to felonies, it also means any healthcare provider whose license may have been suspended or revoked by the State.  It also means any healthcare provider who has any administrative imposed upon them by the federal government such as the Medicare program. For example, if their billing privileges had previously been revoked under a different application or if Medicare may have suspended their payments through a previous provider.

Q. You also mentioned any of the reasons is liability. Can you explain that at a high level.

A. Yes, sir. If the Medicare program determines that a -- that a claim or several claims should not have been paid, it's considered an overpayment. That overpayment must be refunded to the Medicare program. Now, who's responsible for that?  The supplier, its owners, and its officers and anyone who exercises management control.

Q. Now, if Medicare becomes aware that a DME failed to disclose an owner or manager or an officer, what can Medicare do

**275**

with respect to that DMEs enrollment?

A. Several things. First, the enrollment status of that provider could be revoked, which means they could no longer submit claims; secondly, for claims that were already paid, Medicare can demand payment, repayment of such claims or demand an over payment of such claims. And then lastly, Medicare can consider referring that provider to a law enforcement agency for potential investigation and potential prosecution.

Q. All right. Let meet shift gears and talk about a specific DME company. Are you familiar with a DME company called Silent Hill Bracing and Orthopedic Supplies, LLC?

A. Yes, sir.

Q. And I'm going to refer to this as Silent Hill, okay?

A. Yes, sir.

Q. Was Silent Hill enrolled with Medicare?

A. Yes.

Q. And how are you familiar with this company?

A. Through this case. I was asked by your agency to act as a witness. So I looked at the enrollment application as well as the claims associated with this case.

**AUSA QUEENAN:** Thank you. Your Honor. At this time. I'm going to start showing Mr. Quindoza documents that have been marked for identification as exhibits that are not yet admitted, is my understanding. I have an entire box of them. Would your Honor permit me to bring the box up to the client,

I'm sorry, up to the witness so he can pull them as we go?

THE WITNESS:  Your Honor. Is it possible that I get water?

THE COURT:  Sure.

AUSA QUEENAN:  Thank you, judge.

Q.  (By AUSA Queenan)   Mr. Quindoza, that box contains folders. Each folder has a tab with an exhibit number. I'd like you to start with -- can you take out Exhibit Number 108 and please review it.  And look up when you've had a chance to look through it.

A.  Yes, sir.

Q.  Do you recognize that document?

A.  Yes, sir.

Q.  What do you recognize it to be?

A.  It is a Medicare enrollment application for Silent Hill.

AUSA QUEENAN:  Your Honor, at this time, the Government moves to admit Exhibit 108.

DEFENSE ATTORNEY WAX:  No Objection.

DEFENSE ATTORNEY QUINTERO, JR.:  No objection.

THE COURT:  It's admitted.

(Government's Exhibit 108 was admitted into the record.)

AUSA QUEENAN:  Thank you, your Honor. And at this time, there are a handful of other enrollment documents that, if it's all right with your Honor.  If I can just have one

277

minute.

**DEFENSE ATTORNEY QUINTERO, JR.:**  What are the numbers?

**AUSA QUEENAN:**  I'd like to move to admit 107A, 107C. 107I, 107G, 107K, 107O, 107P, 107Q, 107R.

**THE COURT:**  Any objection?  Any objection?

**DEFENSE ATTORNEY QUINTERO, JR.:**  No objection, your Honor.

**AUSA QUEENAN:**  Thank you.

(Government's Exhibit 107A was admitted into the record.)

(Government's Exhibit 107C was admitted into the record.)

(Government's Exhibit 107I was admitted into the record.)

(Government's Exhibit 107K was admitted into the record.)

(Government's Exhibit 107G was admitted into the record.)

(Government's Exhibit 107O was admitted into the record.)

(Government's Exhibit 107P was admitted into the record.)

(Government's Exhibit 107Q was admitted into the record.)

(Government's Exhibit 107R was admitted into the record.)

**DEFENSE ATTORNEY QUINTERO, JR.:**  Let me have the numbers again, please.

**AUSA QUEENAN:**  Absolutely. It's 107A through 107R.

Ms. Massis, can you put up 107A for the jury, please.

Could we have the monitors, please. And I'm just going to look for nods.  Is that appearing and published to the jury?

Q.  (By AUSA Queenan)  And Mr.  Quindoza, can you see this Document 108?

A.  Yes, sir.

Q.  All right.  What are we looking at?  What is this document?

A.  This is the cover page to the Government enrollment application for Silent Hill Bracing.

Q.  Okay. And Ms. Massis, if you can see in the corner of this document, there are pages. Can you turn to Page 1.

What is this -- what is displayed here on the second page of this document?

A.  This is known -- it's an abridged version of what I call the DMEPOS supplier standards. What this lists are the requirements that a DME supplier must adhere to as one of its conditions of enrollment into Medicare.

Q.  Okay. And we're going to spend some time on this

application to save us time when we review the other ones. So please bear with me here.  But I'm going to ask you to read and we will zoom in for you, paragraph 2.

A.  Go ahead and read it?

Q.  Yep.  We can zoom in so you can see it a little bigger.

A.  Yes, sir. A supplier must provide complete and accurate information on the DMEPOS supplier application. Any changes to this information must be reported to the national supplier clearinghouse within 30 days.

Q.  Can you also read and we will we'll zoom in on paragraph 11.

A.  A supplier is prohibited from direct solicitation to Medicare beneficiaries. For complete details on this prohibition, see 42 code of federal regulations, section 424.57. C11.

Q.  And is that just a reference to a specific federal regulation?

A.  Yes, sir.

Q.  Could you please read paragraph 17.

A.  A supplier must disclose any person having ownership, financial or controlled interest in the supplier.

Q.  Okay. If we could turn to the next page of the exhibit. You spoke earlier and testified earlier about the instances in which an enrollment application must be filed. Are they also listed here?

A.  Yes, sir.

**AUSA QUEENAN:**  Can we please turn to page 5 of the document. Stop here.

Q.  (By AUSA Queenan)   Can you zoom in there and read who the legal name is for this application?

A.  Silent Hill Bracing and Orthopedic Supplies, LLC.

Q.  And right below that, it say "national provider identifier." Is that the NPI you mentioned earlier?

A.  Yes, sir.

Q.  And tax identification number, is that also referred to as a "TIN"?

A.  Yes, sir.

Q.  Okay.  Can you please go to page 11, section 4 on that page. It would just be the next page. Thank you.

What is listed here on section 4, important address information?

A.  This lists the mailing address for Silent Hill Bracing.

Q.  And just in the city and state, where is Silent Hill Bracing located?

A.  Indicates Bay Harbor Islands, Florida.

Q.  And was Silent Hill Bracing a limited liability company?

A.  Yes, sir.

Q.  If we could turn to page 18. And it might be 19 because 18's the page on the document. Next page, please.

Can you explain for us what we're looking at here in section 9, ownership interest and/or managing control

information.

A.  This explains the instructions for completing this section regarding who has ownership or managing control of this business.

Q.  And if we could zoom in, and the top third where it says "the following individuals must be reported in section 9A," is this essentially what you testified to earlier, the five percent, the officers, the managers?

A.  Yes, sir.

Q.  Now, if we could just scroll down briefly, some terms are defined there. If you could zoom in and read the term for 'officer' and then 'managing employee,' please.

A.  Yes, sir. The term 'officer' is defined as any person who's position is listed as being that of an officer in the DMEPOS suppliers articles of incorporation or corporate bylaws or anyone who it appoint by the Board of Directors as an officer in accordance with the DMEPOS corporate bylaws.

Q.  And then if you could read the term of 'managing employee.'

A.  Yes, sir. The term 'managing employee' means a general manager, business manager, administrator, director or other individual who exercises operational or managerial control over or who directly or indirectly conducts the day-to-day operations of the DMEPOS supplier either under contract or through some other arrangement whether or not the individual is a W2 employee

**282**

of the DMEPOS supplier.

Q. And when it says "DMEPOS supplier," is that the same as the DME?

A. Yes, sir.

Q. And curiosity, do you know what the 'POS' is?

A. Yes, sir.

Q. What is it?

A. Prosthetics, orthotics or supplies.

Q. Thank you.  Sir, if you can turn to the next page.

Now, who is disclosed here as owners, managers or officers of the company?

A. It indicates Susan Alexander.

Q. And if you zoom out a little bit, what is Ms. Alexander disclosed as?  It should be in questions 3 through 7.

A. Yes, sir. It's showing that she has ownership of five percent or more and it also listed her as officer and W2 managing employee.

Q. Now, have you reviewed this application prior to your testimony today?

A. Yes, sir.

Q. Is anyone else listed in his application as an owner?

A. No, sir.

Q. Is anyone listed in this application as an officer?

A. No, sir.

Q. How about as having managing control over Silent Hill?

A. No.

Q. If you could please turn to, I think it's going to be your page 23. This is section 13, penalties for falsifying information on this enrollment application.

Could you please read, I guess, the introduction to this section.

A. Yes, sir. The section explains the penalties for deliberately furnishing false information in this application to gain and maintain enrollment in the Medicare program.

Q. I'd like to focus you not on all the different penalties said. We'll just narrow in on a few right now. If you could read paragraphs 5 and 6 for the jury.

A. Yes, sir. Title 18 of the United States Code 1035 authorizes criminal penalties against individuals in any matter involving a healthcare benefit program who knowingly and willfully falsifies, conceals or covers up by any trick, scheme or device a material fact or makes any materially false fictitious or fraudulent statements or representations or makes or using any materially false, fictitious or fraudulent statement or entry in connection with the delivery of or payment for healthcare benefits, items or services.

The individual shall be fined or imprisoned up to five years or both.

Q. If you could also read paragraph 6. Thank you.

A. Title 18 United States Code 1347 authorizes criminal

penalties against individuals who knowingly and willfully execute or attempt to execute a scheme or artifice to defraud any healthcare benefit program or to obtain by means of false or fraudulent pretenses, representations, or promises any of the money or property owned by or under the control of any healthcare benefit program in connection with the delivery of or payment for healthcare benefits, items or services.

Q.  Thank you.

Can we also please turn to page 25. If we go into section 15, continued authorized certification, statement and signature. What is this that we're looking at?

A.  All right. This is the end of the certification section of this application. The certification section, or statement, is a list of terms that this healthcare provider must agree to as a condition of enrollment into Medicare. This particular page lists the person who has agreed to such terms.

Q.  And in this case or for this particular document, for Silent Hill, who has signed or whose name appears on the signature line here?

A.  It indicates Susan Alexander.

Q.  And if you could just pull out the full document, please.

If you could turn back to page 24 and see what was certified to. Can you please explain here what it says about delegated officials. What's a delegated official?

A.  It's a person who is authorized by this entity to act in a capacity to represent the organization, someone other than the owner or someone with a management control.

Q.  And if you could turn to page -- I believe it's going to be page 25. So 24 on the bottom. Actually, it might be -- it's going to be page 26. I apologize.

Okay. Is this the certification statement that the DME provider must sign?

A.  Yes, sir.

Q.  And can you read the certification statement. I know I'm not going to ask you to read too much. Again, I mentioned we're focussing on this document. But if you could just focus on the certification statement and if you could just read the first paragraph.

A.  Yes, sir. At the top?

Q.  Starts with "you must."

A.  Okay. I got it.

You must sign and date section 15B of this certification statement to become enrolled in the Medicare program. In doing so, you're attesting to meeting and maintaining the Medicare requirements listed below. Under penalty of perjury, I, the undersigned, certify the following.

Q.  Will you read paragraphs starting with paragraph 1.

A.  I have read the contents of this application and the information contained herein is true, correct and complete. If I

**286**

become aware that any information in this application is not true, correct, or complete, I agree to notify the national supplier clearing house map of this immediately.

Q. Could you also read paragraph 3.

A. I have read and understand the penalties for falsifying information as printed in this application. I understand that any deliberate omission, misrepresentation or falsification of any information contained in this application or contained in any communication supplying information to Medicare or any deliberate alteration of any text on this application form may be punishable by criminal, civil or administrative penalties, including but not limits to the denial or revocation of Medicare identification numbers and/or the imposition of fines, civil damages and/or imprisonment.

Q. If you look at paragraph 4, the certification indicate that this applicant agrees to abide by Medicare laws, regulations and instructions?

A. Yes, sir.

Q. Does that include the Federal Anti-Kickback Statute?

A. Yes, sir.

Q. What is the Federal Anti-Kickback Statute?

A. The Federal Anti-Kickback Statute prohibits accepting, soliciting or making payment of anything of value, whether it's money, gift cards, a free trip, tickets to a football game, in order to induce the referral, the order, the certification, or

the provision of any type of medical service or item that could be payable under any federal health benefit program.

Q.  In this -- this is the paper application that we're looking at?

A.  Yes, sir.

Q.  You also mentioned that you may submit an electronic application as well?

A.  Yes, sir.

Q.  When an applicant submits an electronic application, are they subject to signing the same certification statement?

A.  Yes, sir.

Q.  Does that certification statement warn them of the penalties for providing false information?

A.  Yes, it does.

Q.  Does it require that the applicant certify that they'll abide by Medicare laws and regulations?

A.  Yes.

Q.  Does that include the Federal Anti-Kickback Statute?

A.  Yes.

Q.  Could you also read paragraph 7.

A.  Yes, sir.

I will not knowingly present or cause to be presented a false or fraudulent claim for payment by Medicare and will not submit claims with deliberate ignorance or reckless disregard of their truth or falsity.

Q.  And is this certification in the electronic documentation as well?

A.  Yes, sir.

**THE COURT:**  Counsel. It's ten minutes after 5:00. You're going to be this witness for a while?

**AUSA QUEENAN:**  I will, your Honor.

**THE COURT:**  I don't mean to interrupt your examination, but given the hour, let's go ahead and recess for the day.

Ladies and gentlemen, a couple of instructions before we retire.

Don't talk about the case with any. Do not permit anyone to talk to you about the case. If anybody should try to talk to you about the case, bring it to the Court's attention promptly.

Don't do any reading or listening about the case on television or in the newspaper. I'm not suggesting there would be anything. But avoid any outside contact about the case. You've just started the case today. So you haven't heard all of the evidence in the case. Keep an open mind until you hear all of the evidence in the case.

If you see any of the witnesses or lawyers outside the courtroom or outside the courthouse, they're under the same rules that you are, not at all to have any contact with you or others about the case. So if you see that they avoid eye contact with you or don't choose to speak to you, don't

**289**

interpret it as them being rude or insensitive or impolite. They're just trying to play by the rules. They're all friendly people.

Other than that, if you're unfamiliar with coming into the downtown area during rush hour, give yourself a few extra moments. We'll start at 9:00 promptly. But that doesn't mean show up at the security desk at -- I say 9:30 or 9:00. 9:00. So get here earlier than 9:00. Relax. Use the restrooms. Have a cup of coffee. Do whatever you need to do. It takes some cooperation to move the case along. And that includes having all of you present, having the witness present, having me present, and the court reporter, and courtroom deputy, the defense attorneys, the defendant, the prosecutor and the agents. So if we're just missing one of us, that holds up the entire train.

So out of respect to the proceedings and to your fellow jurors and the rest of the parties in the case, do be prompt and get here ahead of time. Give yourself a few extra minutes so that we don't have to delay the proceedings.

With that, have a pleasant evening and we'll see you tomorrow morning at 9:00.

By the way, because I wasn't here for jury selection, who was -- who's in Seat Number 1 for the juror?  Okay 1.

And you're 7.  And then number 8 is all the way down -- Juror Number 16.  So 1 through 7 and 8. Thanks a lot. Have a

good evening.

**THE BAILIFF:**  All rise for the jury.

(Jury released at 5:10 p.m.)

**THE COURT:**  Anything we need to take up before we're released for the day?  If not, we'll see you tomorrow morning.

Just one thing.  As I understand it, the Government -- the defense appealed a magistrate judge's ruling on a polygraph issue, excluding it.  The Government hasn't responded. Is it the Government's intention to respond or not respond?  It doesn't make a difference. We'll rule one way or the other.

**AUSA WAGNER:**  Your Honor, if you'd like a response, we're happy to respond.

**THE COURT:**  I don't care. It's up to you.  I just want to know whether you're going to respond.

**AUSA WAGNER:**  I apologize, your Honor. I haven't read what they've written because we've been in court. But I will read it and respond as soon as possible.

**THE COURT:**  Okay.  All right.

**DEFENSE ATTORNEY WAX:**  Judge, is anyone else going to be in the courtroom tomorrow morning?

**THE COURT:**  Not that I know of.

**DEFENSE ATTORNEY QUINON:** So we can leave some of our stuff here?

**THE COURT:**  At your own risk. But I don't think anybody else is going to be in here. And it will be locked up too.

(Proceedings concluded at 5:12 p.m.)

C E R T I F I C A T E

I certify that the foregoing pages represent a true and correct transcript of the official electronic sound recording as provided to me by the U.S. District Court, Southern District of Florida, as taken on the date and time previously stated in the above matter.

I certify that the foregoing pages represent a true and correct transcript of the above-styled proceedings as reported on the date, time, and location listed.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was reported, and further that I am not financially nor otherwise interested in the outcome of the above-entitled matter.

/s/Quanincia S. Hill, RPR
Quanincia S. Hill, RPR
Official Court Reporter
Southern District of Florida

## $

**$10** [3] - 208:18, 210:5, 221:10
**$154,000** [2] - 233:16, 234:23
**$255,000** [1] - 256:9
**$35,000** [2] - 230:7, 230:14
**$5,000** [1] - 226:21
**$60,000** [1] - 239:10

## '

**'a** [1] - 17:3
**'a-b-a'** [1] - 17:3
**'adverse** [1] - 275:4
**'back** [1] - 225:10
**'C** [1] - 31:25
**'cage'** [1] - 254:23
**'compliance** [1] - 223:16
**'conspiracy'** [1] - 217:2
**'D** [1] - 17:5
**'DME'** [1] - 208:24
**'doing** [1] - 17:3
**'front** [1] - 225:11
**'health** [1] - 266:6
**'indictment** [1] - 22:1
**'it** [1] - 159:1
**'managing** [3] - 282:12, 282:18, 282:20
**'MBI'** [1] - 266:3
**'Medicare** [3] - 265:23, 269:4, 269:19
**'national** [1] - 272:2
**'no** [2] - 11:24, 73:12
**'no'** [2] - 30:4, 89:24
**'officer'** [2] - 282:12, 282:13
**'Operation** [1] - 196:6
**'POS'** [1] - 283:5
**'yes'** [12] - 26:10, 27:1, 28:21, 30:4, 30:21, 37:17, 37:18, 73:12, 76:13, 84:5, 157:17, 161:15

## /

**/s/Quanincia** [1] - 293:17

## 1

**1** [13] - 12:3, 24:16, 135:15, 135:23, 184:2, 184:3, 184:11, 184:21, 279:18, 286:23, 290:23, 290:25
**1-800** [1] - 212:3
**1.5** [1] - 214:7
**1.9** [1] - 256:6
**10** [6] - 96:25, 113:11, 122:23, 187:7, 188:21, 192:17
**100** [14] - 223:19, 224:22,
224:25, 226:11, 227:19, 230:5, 230:17, 231:7, 233:8, 233:15, 235:10, 240:7, 249:10, 249:12
**10000** [1] - 1:22
**1035** [3] - 25:10, 25:14, 284:13
**107A** [5] - 4:4, 278:3, 278:9, 279:5, 279:6
**107C** [3] - 4:5, 278:3, 278:11
**107G** [3] - 4:6, 278:4, 278:17
**107I** [3] - 4:7, 278:4, 278:13
**107K** [3] - 4:8, 278:4, 278:15
**107O** [3] - 4:9, 278:4, 278:19
**107P** [3] - 4:10, 278:4, 278:21
**107Q** [3] - 4:11, 278:4, 278:23
**107R** [4] - 4:12, 278:4, 279:1, 279:5
**108** [5] - 4:13, 277:8, 277:17, 277:21, 279:11
**11** [14] - 24:20, 96:2, 97:6, 122:24, 133:13, 152:5, 187:10, 188:21, 194:17, 233:4, 239:9, 280:11, 281:12
**11:52** [1] - 133:17
**11:53** [1] - 134:15
**11th** [2] - 97:16, 265:2
**12** [8] - 25:2, 50:11, 95:2, 133:12, 187:14, 187:17, 194:9, 200:7
**12:04** [2] - 134:15, 134:16
**12:09** [1] - 137:7
**12:30** [1] - 82:18
**12:58** [1] - 176:9
**12th** [2] - 17:14, 97:16
**13** [8] - 48:18, 118:2, 133:22, 135:24, 184:3, 187:18, 227:25, 284:3
**13-1** [1] - 1:8
**13-2** [1] - 133:23
**1320A** [1] - 25:6
**1347** [2] - 24:21, 284:25
**1349** [1] - 24:15
**14** [7] - 93:11, 122:16, 188:3, 188:5, 188:21, 194:3, 271:10
**14-day** [1] - 271:11
**140** [1] - 145:14
**1400** [1] - 1:18
**14th** [1] - 25:7
**15** [7] - 10:6, 93:11, 113:18, 176:7, 194:3, 243:11, 285:10
**15-year** [1] - 254:14
**15.6** [1] - 237:25
**150** [3] - 2:10, 264:9, 264:10
**15B** [1] - 286:18

**15th** [2] - 86:7, 86:13
**16** [9] - 95:2, 100:7, 113:18, 144:6, 188:17, 188:22, 188:25, 201:1, 290:25
**17** [8] - 1:7, 109:2, 132:15, 189:1, 189:5, 194:9, 200:7, 280:18
**18** [16] - 24:15, 24:20, 24:25, 25:10, 25:13, 57:9, 86:5, 108:16, 139:17, 189:6, 189:9, 194:9, 200:7, 281:22, 284:13, 284:25
**18's** [1] - 281:23
**18th** [1] - 232:5
**19** [11] - 25:7, 50:17, 82:9, 107:25, 116:17, 150:16, 189:10, 241:19, 242:5, 258:16, 281:22
**1980** [1] - 122:8
**1981** [1] - 261:12
**1990s** [1] - 39:5
**1992** [1] - 222:9
**1997** [3] - 222:24, 262:6, 262:11
**19th** [1] - 234:8
**1:00** [1] - 130:10
**1:50** [1] - 101:8
**1:52** [1] - 201:13
**1:56** [1] - 203:16
**1:58** [1] - 204:24
**1st** [2] - 83:5, 83:13

## 2

**2** [7] - 87:13, 185:3, 185:6, 194:8, 200:7, 202:13, 280:3
**2.4** [1] - 214:6
**20** [14] - 56:8, 85:21, 87:15, 94:22, 107:8, 109:11, 110:4, 123:3, 138:18, 150:16, 171:24, 180:13, 189:13, 262:17
**20-year-old** [1] - 113:16
**200** [1] - 138:15
**20005** [1] - 1:19
**2003** [1] - 180:12
**2005** [5] - 180:11, 180:12, 245:17, 261:5, 261:6
**2010** [1] - 246:25
**2012** [2] - 117:4, 122:7
**2013** [3] - 117:4, 249:16, 256:19
**2014** [2] - 24:12, 24:23
**2015** [2] - 249:21, 252:8
**2016** [1] - 74:18
**2017** [2] - 36:24, 37:6
**2018** [5] - 24:20, 25:5, 36:24, 37:6, 252:10
**2019** [7] - 24:13, 24:23, 25:8,

130:3, 232:17, 233:2, 242:8
**2020** [4] - 34:14, 34:22, 34:23, 234:8
**2021** [1] - 261:4
**2023** [1] - 1:7
**209** [1] - 138:14
**21** [7] - 25:11, 54:20, 106:12, 189:15, 189:19, 194:9, 200:7
**21-60253-criminal** [1] - 6:3
**21-CR-60253-MOORE** [1] - 1:3
**22** [2] - 104:18, 189:20
**23** [11] - 17:8, 17:9, 103:4, 103:6, 118:12, 189:23, 190:6, 190:8, 190:9, 190:10, 284:3
**2300** [1] - 1:22
**2333** [1] - 2:3
**24** [9] - 19:2, 103:6, 106:25, 113:3, 190:5, 190:11, 262:17, 285:23, 286:5
**24th** [2] - 80:16, 80:21
**25** [20] - 109:8, 109:16, 113:21, 139:9, 172:20, 172:23, 176:22, 190:14, 190:20, 201:6, 206:11, 206:18, 223:11, 224:16, 235:22, 243:8, 243:10, 261:8, 285:9, 286:5
**25-count** [1] - 241:18
**25-year** [1] - 221:22
**259** [1] - 3:4
**26** [7] - 140:18, 190:20, 200:10, 200:11, 200:12, 200:14, 286:6
**27** [7] - 74:12, 81:7, 112:13, 150:16, 190:23, 192:2, 192:3
**277** [1] - 4:13
**278** [8] - 4:4, 4:5, 4:6, 4:7, 4:8, 4:9, 4:10, 4:11
**279** [1] - 4:12
**27th** [2] - 80:20, 80:23
**28** [12] - 61:12, 107:9, 113:1, 138:21, 139:14, 150:18, 150:19, 192:5, 192:9, 194:9, 200:8, 200:9
**29** [7] - 60:5, 113:15, 192:10, 192:17, 194:9, 200:8, 200:14
**2:00** [2] - 130:10, 203:14
**2:30** [1] - 203:14
**2:30-ish** [1] - 93:18
**2:39** [2] - 204:24, 204:25
**2:45** [5] - 202:3, 202:15, 203:11, 205:4, 207:1
**2:46** [1] - 207:7
**2nd** [3] - 83:7, 83:16, 85:8

## 3

**3** [6] - 24:17, 185:7, 194:8, 200:7, 283:14, 287:4
**30** [15] - 48:18, 56:14, 92:18, 94:8, 140:1, 150:16, 165:5, 192:18, 206:13, 206:21, 206:24, 206:25, 245:8, 245:11, 280:9
**31** [4] - 58:14, 150:16, 193:12, 193:21
**32** [7] - 19:4, 57:24, 117:17, 193:23, 194:11, 200:8, 200:14
**33** [5] - 80:8, 80:12, 81:4, 194:13, 194:19
**33129** [1] - 2:3
**33131** [1] - 2:10
**33134** [1] - 2:6
**33137** [1] - 2:13
**34** [9] - 80:9, 80:11, 97:8, 135:7, 142:21, 176:12, 176:16, 195:1
**35** [6] - 119:24, 140:1, 140:13, 195:13, 200:8, 200:14
**36** [2] - 139:21, 196:1
**37** [9] - 75:15, 75:19, 135:9, 135:13, 145:4, 150:16, 176:11, 176:16, 196:3
**371** [1] - 25:1
**38** [3] - 83:22, 121:12, 197:9
**39** [11] - 38:11, 62:12, 67:2, 97:1, 117:18, 121:23, 145:7, 197:20, 198:4, 200:8, 200:15
**3:45** [1] - 207:2
**3:50** [1] - 95:10
**3rd** [5] - 83:7, 83:17, 84:21, 84:24, 198:23

## 4

**4** [6] - 78:24, 185:11, 188:21, 281:12, 281:14, 287:15
**40** [9] - 19:7, 39:15, 79:24, 122:14, 146:11, 198:5, 200:8, 261:14, 267:5
**400** [1] - 33:21
**403** [1] - 236:23
**41** [2] - 158:13, 198:10
**42** [7] - 25:5, 84:20, 139:16, 198:21, 199:5, 200:15, 280:14
**424.57** [1] - 280:14
**43** [6] - 128:22, 162:14, 199:6, 199:10, 200:15, 270:24
**44** [5] - 75:22, 80:10, 126:10, 140:17, 199:12

**45** [4] - 13:16, 69:22, 134:24, 199:16
**46** [7] - 12:9, 69:7, 69:8, 69:9, 85:13, 150:16, 199:17
**47** [7] - 128:12, 165:8, 165:9, 180:1, 199:23, 200:3, 200:15
**4770** [1] - 2:12
**48** [1] - 129:22
**49** [2] - 53:1, 131:17
**4:15** [1] - 207:2
**4TH** [1] - 1:19
**4th** [2] - 25:4, 85:22

## 5

**5** [5] - 185:13, 187:17, 188:21, 281:1, 284:12
**5.4** [1] - 214:3
**50** [2] - 90:25, 132:14
**5:00** [4] - 78:7, 90:10, 130:25, 289:4
**5:10** [1] - 291:3
**5:12** [1] - 292:3

## 6

**6** [13] - 24:22, 47:16, 185:17, 185:19, 188:21, 189:5, 241:19, 241:23, 242:2, 242:4, 258:15, 284:12, 284:24
**60** [1] - 255:1
**610** [1] - 2:13
**63** [1] - 140:10
**65** [2] - 265:19, 266:11
**6th** [2] - 83:6, 83:15

## 7

**7** [12] - 12:13, 48:15, 92:5, 113:7, 122:20, 185:22, 194:9, 200:7, 283:14, 288:20, 290:24, 290:25
**7.8** [1] - 214:1
**701** [1] - 2:9
**702** [1] - 264:15
**75** [1] - 2:5
**77002** [1] - 1:22
**7th** [2] - 25:5, 202:6

## 8

**8** [14] - 12:13, 25:2, 94:21, 113:8, 121:2, 122:21, 122:22, 185:23, 186:1, 189:19, 194:9, 200:7, 290:24, 290:25
**800** [1] - 2:6
**80s** [2] - 62:22, 112:3

**855** [1] - 272:15
**855S** [2] - 251:5, 272:7
**8:36** [1] - 6:1
**8:47** [1] - 14:2

## 9

**9** [8] - 25:2, 66:12, 79:8, 95:16, 113:9, 121:8, 186:2, 281:25
**90s** [4] - 38:14, 38:20, 75:23, 76:1
**97** [1] - 76:1
**9:00** [11] - 7:11, 10:24, 13:21, 14:1, 78:6, 130:25, 290:6, 290:7, 290:8, 290:21
**9:07** [2] - 14:2, 14:3
**9:27** [1] - 18:16
**9:30** [1] - 290:7
**9A** [1] - 282:6
**9th** [1] - 25:4

## A

**a'** [1] - 17:3
**A-1** [1] - 2:3
**a..** [1] - 135:8
**a.m** [8] - 6:1, 14:2, 14:3, 18:16, 78:6, 133:17, 134:15
**abetting** [1] - 216:18
**abide** [2] - 287:16, 288:16
**abiding** [1] - 225:1
**ability** [38] - 28:14, 30:17, 43:6, 43:24, 46:12, 47:11, 48:10, 49:7, 50:7, 50:25, 52:20, 53:21, 56:4, 56:23, 57:4, 57:21, 58:8, 59:24, 61:7, 63:1, 64:8, 72:19, 73:19, 75:1, 76:10, 76:22, 98:19, 100:24, 104:6, 106:7, 117:8, 132:9, 137:23, 143:17, 143:21, 182:18, 182:19, 256:2
**able** [40] - 10:7, 35:9, 36:12, 39:21, 59:14, 65:13, 65:18, 66:4, 72:21, 84:1, 84:8, 84:10, 85:17, 89:12, 91:22, 91:23, 96:3, 106:1, 106:2, 130:19, 131:5, 131:7, 131:12, 149:24, 160:17, 163:16, 165:22, 170:2, 191:9, 191:16, 197:13, 206:23, 208:2, 229:25, 240:3, 243:9, 250:14, 253:19, 254:16, 256:4
**above-entitled** [1] - 293:14
**above-styled** [1] - 293:9
**abridged** [1] - 279:21
**abruptly** [1] - 34:22

**absolute** [1] - 170:15
**Absolutely** [1] - 279:5
**absolutely** [15] - 36:15, 66:16, 69:2, 85:5, 155:6, 162:11, 204:18, 227:13, 230:15, 235:11, 240:6, 243:4, 243:13, 252:24, 253:18
**ACA** [2] - 183:16, 183:17
**academy** [1] - 90:5
**accept** [38] - 185:4, 185:5, 185:8, 185:9, 185:14, 185:20, 185:21, 185:24, 185:25, 186:3, 187:11, 187:15, 187:16, 189:2, 189:4, 189:7, 189:8, 189:16, 189:18, 189:21, 189:24, 190:12, 190:15, 190:22, 191:2, 192:11, 195:2, 195:14, 198:2, 198:3, 199:1, 199:2, 199:4, 199:7, 199:9, 199:18, 200:1, 212:10
**accepted** [2] - 222:22, 245:4
**accepting** [2] - 244:20, 287:22
**accepts** [1] - 194:11
**access** [7] - 97:20, 98:3, 134:6, 204:1, 273:11, 273:12
**accident** [2] - 127:17, 257:10
**accommodate** [5] - 40:19, 78:14, 82:16, 85:16, 86:1
**accomplish** [1] - 82:6
**accordance** [2] - 207:21, 282:17
**according** [1] - 7:19
**account** [4] - 109:4, 233:17, 239:13
**accountant** [1] - 127:11
**accounting** [2] - 107:10, 138:20
**accounts** [8] - 138:21, 138:22, 153:19, 211:2, 215:14, 216:6, 232:19, 233:14
**accurate** [2] - 270:21, 280:6
**accusations** [2] - 183:5, 183:14
**accused** [5] - 149:25, 152:18, 175:4, 214:12, 214:13
**achieve** [2] - 21:3, 222:19
**acoustics** [1] - 51:17
**acquaintance** [1] - 27:11
**acquainted** [4] - 27:17, 27:18, 28:11, 29:21
**acquit** [2] - 22:12, 25:19
**acronym** [1] - 273:16
**act** [2] - 276:18, 286:1

**action** [3] - 196:6, 275:1, 293:12
**actions** [4] - 149:11, 181:10, 217:5, 274:18
**actions'** [1] - 275:4
**active** [4] - 13:2, 42:24, 43:18, 48:25
**Active** [15] - 32:13, 210:13, 213:4, 214:5, 216:1, 216:15, 216:21, 219:19, 221:2, 226:19, 229:5, 229:11, 229:13, 231:21, 232:18
**activities** [3] - 243:3, 260:18, 260:22
**activity** [1] - 16:4
**acts** [1] - 274:7
**actual** [4] - 112:9, 153:17, 219:7, 237:16
**acute** [1] - 145:20
**ad** [1] - 150:16
**Ada** [1] - 87:12
**adamant** [1] - 223:19
**add** [2] - 18:6, 264:24
**addition** [2] - 271:8, 275:8
**additional** [5] - 78:18, 170:25, 176:18, 195:23, 217:19
**additionally** [4] - 8:20, 32:5, 41:11, 171:16
**address** [10] - 8:2, 8:12, 9:25, 10:6, 10:8, 14:8, 143:19, 251:1, 281:14, 281:16
**addressed** [1] - 102:13
**adhere** [1] - 279:23
**adhering** [1] - 223:18
**adjuster** [3] - 100:8, 101:3, 101:5
**administer** [3] - 25:24, 269:18, 269:21
**administered** [4] - 65:15, 68:22, 263:12, 267:13
**administering** [1] - 267:25
**administers** [2] - 266:15, 269:25
**administration** [3] - 29:6, 29:11, 118:16
**administrative** [14] - 29:5, 117:2, 183:3, 183:4, 183:6, 183:11, 183:13, 183:17, 248:20, 250:16, 250:20, 256:13, 275:11, 287:11
**administrator** [6] - 104:19, 106:13, 109:12, 110:1, 114:18, 282:21
**admissible** [1] - 237:1
**admission** [1] - 124:10
**admissions** [1] - 123:22
**admit** [10] - 67:15, 220:4,

236:6, 242:23, 243:16, 243:19, 255:5, 258:4, 277:17, 278:3
**admitted** [13] - 77:12, 276:24, 277:20, 277:21, 278:9, 278:11, 278:13, 278:15, 278:17, 278:19, 278:21, 278:23, 279:1
**ads** [1] - 212:4
**adult** [1] - 86:25
**Advantage** [7] - 24:14, 64:19, 100:17, 129:6, 214:2, 269:19, 270:5
**advantage** [3] - 24:18, 221:7, 224:6
**Advantage'** [1] - 269:4
**adverse** [3] - 229:8, 274:18, 275:1
**advertised** [2] - 225:19
**advertisement** [1] - 225:21
**advertising** [1] - 225:18
**advice** [2] - 182:2, 197:5
**advise** [3] - 182:2, 182:4, 183:8
**advised** [1] - 181:21
**Advised** [1] - 181:23
**advising** [1] - 183:11
**Advisors** [1] - 32:13
**Advisory** [1] - 228:13
**affect** [15] - 56:23, 73:19, 76:22, 133:24, 137:23, 143:16, 157:12, 157:23, 157:24, 157:25, 158:2, 158:5, 158:8, 171:7, 182:22
**affected** [1] - 147:6
**affecting** [1] - 119:20
**affirm** [2] - 26:1, 207:19
**Afghanistan** [2] - 245:18, 245:24
**afraid** [1] - 144:6
**after-hours** [1] - 116:1
**afternoon** [12] - 78:7, 78:9, 99:15, 129:21, 137:13, 150:25, 157:1, 168:19, 207:9, 207:13, 240:11, 259:13
**age** [3] - 248:2, 265:19, 266:12
**aged** [1] - 266:11
**agencies** [9] - 45:2, 45:8, 54:6, 58:22, 64:17, 64:18, 66:10, 259:25, 260:1
**agency** [14] - 62:16, 70:15, 100:20, 112:14, 113:25, 114:3, 114:18, 192:21, 266:16, 266:20, 266:22, 268:18, 276:7, 276:18
**Agent** [3] - 23:13, 23:14, 148:21

**agent** [7] - 17:23, 17:24, 58:18, 60:16, 62:15, 62:18, 205:17
**agents** [8] - 13:25, 27:10, 44:22, 58:21, 59:20, 60:6, 63:10, 290:14
**aggression** [1] - 74:17
**aging** [1] - 130:4
**ago** [34] - 30:1, 33:15, 33:16, 33:18, 34:2, 34:13, 35:20, 38:3, 38:19, 48:19, 50:18, 62:24, 70:1, 70:2, 81:19, 81:20, 99:23, 100:12, 117:3, 122:16, 141:5, 147:17, 168:2, 171:24, 172:22, 172:23, 172:24, 180:10, 180:12, 180:13, 182:11, 191:21
**agree** [22] - 9:22, 14:22, 21:12, 143:7, 155:8, 156:21, 156:22, 161:19, 178:1, 178:9, 188:14, 192:8, 192:9, 192:23, 192:24, 193:19, 193:22, 199:14, 199:15, 212:10, 285:14, 287:2
**Agreed** [1] - 194:25
**agreed** [8] - 14:19, 168:22, 184:11, 192:20, 194:24, 209:18, 215:5, 285:16
**agreement** [6] - 7:18, 13:1, 16:21, 217:2, 238:13, 257:2
**agrees** [2] - 192:25, 287:16
**ahead** [24] - 7:20, 10:17, 12:10, 18:17, 18:20, 19:15, 36:21, 69:21, 74:15, 81:8, 83:2, 95:6, 102:18, 150:3, 167:13, 177:10, 186:10, 201:10, 217:11, 245:15, 261:10, 280:4, 289:8, 290:18
**aiding** [1] - 216:18
**aiming** [1] - 206:17
**Air** [1] - 118:1
**air** [2] - 227:20, 230:8
**Airlines** [1] - 140:11
**airport** [4] - 55:19, 55:21, 139:23, 140:2
**Airport** [1] - 56:10
**aisle** [2] - 18:24, 52:19
**Alabama** [1] - 124:18
**alarm** [1] - 18:12
**Alaska** [1] - 95:21
**alerted** [1] - 7:24
**Alex** [3] - 28:6, 31:4, 53:15
**ALEXADER** [1] - 2:2
**ALEXANDER** [1] - 1:8
**Alexander** [46] - 6:4, 6:23, 15:3, 23:23, 24:3, 24:4,

24:10, 24:23, 25:8, 31:12, 148:2, 148:3, 174:9, 174:20, 175:2, 208:20, 208:23, 209:14, 210:14, 210:25, 211:7, 214:24, 215:3, 215:7, 215:20, 216:22, 216:23, 220:18, 221:1, 221:9, 241:7, 241:18, 242:5, 242:11, 244:2, 244:9, 247:14, 247:21, 248:1, 257:22, 258:15, 283:12, 283:13, 285:20
**Alexander's** [4] - 8:6, 209:15, 213:25, 240:21
**Alice** [2] - 54:20, 106:12
**Alicia** [2] - 11:23, 19:25
**allegation** [3] - 22:6, 22:12, 25:20
**allegations** [12] - 25:15, 25:18, 30:2, 30:3, 73:21, 76:15, 76:17, 76:18, 141:21, 141:22, 240:17, 259:20
**alleged** [9] - 22:9, 22:10, 22:19, 22:25, 24:17, 24:22, 25:2, 25:7, 25:11
**alleges** [2] - 22:2, 24:11
**Allen** [4] - 84:20, 123:19, 125:2, 139:17
**allow** [2] - 151:1, 274:16
**allowed** [2] - 50:21, 134:7
**almost** [4] - 28:2, 91:24, 101:11, 102:1
**alone** [4] - 97:13, 108:4, 122:9, 161:25
**Alonso** [12] - 32:25, 33:1, 33:2, 47:16, 47:17, 48:13, 65:2, 65:3, 66:1, 66:8, 91:13, 92:3
**alonso** [2] - 34:8, 65:1
**alteration** [1] - 287:10
**alternate** [8] - 38:15, 38:21, 194:16, 195:17, 198:4, 199:5, 199:10, 200:3
**alternates** [3] - 194:5, 200:8, 200:15
**alternative** [1] - 131:5
**Alvarez** [4] - 28:5, 28:6, 53:15, 53:18
**Amanda** [1] - 31:4
**amazing** [1] - 92:7
**ambiguous** [2] - 157:23, 158:9
**ambulance** [1] - 268:21
**Amedee** [7] - 35:17, 36:16, 56:8, 56:23, 85:21, 107:8, 107:24
**amendment** [1] - 163:25
**AMERICA** [1] - 1:4

**America** [2] - 24:9, 165:20
**American** [1] - 129:3
**Amos** [1] - 54:14
**amount** [3] - 86:19, 237:13, 247:4
**amuck** [1] - 228:5
**Ana** [2] - 118:24, 128:11
**Anaisys** [2] - 102:19, 103:12
**anal** [1] - 223:25
**analyst** [1] - 88:24
**analyze** [1] - 260:9
**analyzed** [1] - 262:2
**AND** [2] - 1:8, 1:13
**Andrea** [2] - 31:11, 31:15
**anecdotes** [1] - 54:3
**Angeles** [1] - 129:15
**ankle** [1] - 209:3
**Annadata** [1] - 31:9
**answer** [23] - 11:20, 26:2, 26:10, 27:5, 27:6, 37:17, 39:25, 40:18, 53:4, 73:12, 76:13, 89:24, 148:25, 151:9, 157:11, 157:15, 157:23, 158:9, 168:14, 175:10, 175:18, 226:23
**answered** [5] - 39:4, 89:23, 97:14, 121:2, 170:8
**answering** [3] - 61:19, 102:16, 170:10
**answers** [4] - 27:1, 103:9, 195:3, 260:4
**Anti** [4] - 287:19, 287:21, 287:22, 288:18
**Anti-Kickback** [4] - 287:19, 287:21, 287:22, 288:18
**anticipate** [2] - 43:22, 48:7
**anticipated** [1] - 44:19
**anticipates** [1] - 186:22
**anyway** [5] - 21:3, 70:3, 128:7, 144:25, 221:24
**apologies** [1] - 10:19
**apologize** [7] - 17:4, 41:10, 132:23, 145:5, 201:18, 286:6, 291:17
**apologizes** [1] - 191:14
**App** [1] - 235:3
**appeal** [3] - 68:12, 68:16, 72:12
**appealed** [1] - 291:8
**appear** [1] - 215:6
**APPEARANCES** [2] - 1:15, 2:1
**appearances** [2] - 6:5, 14:10
**APPEARANCES-CONTD** [1] - 2:1
**appeared** [5] - 12:25, 228:5, 242:1, 248:6
**appearing** [1] - 279:8
**applicable** [6] - 21:10, 21:16, 23:3, 35:11, 36:13, 144:20

**applicant** [4] - 273:18, 287:16, 288:9, 288:15
**application** [62] - 4:13, 147:20, 147:23, 192:22, 193:8, 210:23, 210:24, 215:6, 215:11, 216:20, 216:22, 241:23, 251:4, 251:5, 251:7, 251:8, 251:9, 251:13, 251:15, 253:2, 253:3, 253:7, 253:13, 253:14, 272:10, 272:13, 272:16, 272:19, 272:22, 272:25, 273:2, 273:6, 273:9, 273:13, 274:4, 274:9, 274:12, 274:20, 274:21, 275:13, 276:19, 277:15, 279:16, 280:1, 280:7, 280:23, 281:4, 283:18, 283:21, 283:23, 284:4, 284:8, 285:13, 286:24, 287:1, 287:6, 287:8, 287:10, 288:3, 288:7, 288:9
**applications** [10] - 193:9, 211:9, 211:11, 215:9, 215:22, 216:20, 218:20, 220:16, 231:5, 273:23
**applied** [4] - 169:18, 169:19, 222:22, 233:20
**apply** [11] - 23:3, 35:8, 35:10, 36:13, 77:2, 89:25, 114:12, 123:6, 171:14, 178:13, 270:12
**applying** [2] - 37:11, 38:7
**appoint** [1] - 282:16
**appointment** [5] - 82:10, 82:12, 82:17, 98:4
**appoints** [1] - 98:5
**appreciate** [32] - 8:10, 13:17, 16:8, 20:10, 43:11, 45:16, 45:20, 53:2, 58:25, 59:11, 61:19, 65:3, 66:1, 73:15, 85:25, 86:9, 89:21, 101:16, 134:12, 142:16, 150:20, 151:11, 156:10, 160:12, 162:12, 166:22, 168:13, 170:12, 180:3, 181:3, 192:25, 208:7
**appreciation** [1] - 207:12
**approach** [2] - 16:15, 236:18
**appropriate** [1] - 9:22
**appropriately** [1] - 271:23
**April** [8] - 24:12, 24:22, 24:23, 90:13, 232:17, 233:2, 261:4
**apropos** [1] - 13:19
**Arajuo** [1] - 144:8
**Araujo** [1] - 100:7
**arbitrator** [2] - 105:5, 105:8
**area** [16] - 42:4, 90:24, 90:25,

91:14, 97:1, 102:8, 107:9, 111:8, 113:3, 114:9, 120:17, 123:20, 124:15, 126:11, 129:24, 290:5
**arguing** [2] - 83:10, 183:21
**argument** [7] - 76:25, 148:25, 162:18, 162:25, 163:17, 184:9, 208:3
**arguments** [2] - 162:22, 165:4
**Arias** [4] - 46:1, 46:15, 88:23, 171:1
**arise** [1] - 68:8
**arm** [1] - 92:22
**arms** [1] - 99:13
**Armstrong** [3] - 104:19, 104:20, 105:2
**army** [1] - 129:11
**arose** [1] - 231:23
**arrange** [1] - 95:12
**arrangement** [3] - 228:24, 229:16, 282:25
**arrangements** [2] - 94:2, 130:20
**arrest** [1] - 180:25
**arrested** [3] - 75:23, 153:19, 180:7
**art** [1] - 78:2
**articles** [2] - 153:23, 282:15
**artifice** [1] - 285:2
**artist** [1] - 238:6
**arts** [3] - 90:7, 92:11, 94:23
**aside** [2] - 245:22, 253:14
**aspects** [2] - 229:14, 267:25
**Asperger's** [1] - 8:6
**assembly** [1] - 20:23
**assess** [1] - 59:14
**assigned** [1] - 265:24
**Assist** [15] - 32:13, 210:13, 213:4, 214:5, 216:2, 216:15, 216:21, 219:20, 221:3, 226:19, 229:6, 229:11, 229:13, 231:21, 232:18
**assist** [1] - 269:11
**assistant** [7] - 42:3, 53:10, 96:19, 99:16, 123:10, 131:24, 138:9
**assisting** [2] - 6:17, 245:23
**associate** [1] - 111:10
**associated** [2] - 239:18, 276:20
**Associates** [1] - 32:10
**assume** [5] - 8:23, 9:4, 56:12, 149:9, 155:7
**assumes** [1] - 22:8
**assured** [2] - 231:5, 233:1
**ATF** [2] - 58:18, 59:4
**Atlanta** [1] - 222:23
**attachment** [1] - 10:9

**attempt** [3] - 13:18, 238:24, 285:2
**attending** [2] - 124:17, 255:16
**attention** [7] - 137:15, 208:7, 241:14, 258:7, 258:19, 289:14
**attesting** [1] - 286:20
**ATTORNEY** [293] - 6:13, 6:19, 6:20, 7:7, 7:14, 8:7, 8:11, 8:14, 9:3, 11:12, 12:2, 12:13, 12:17, 12:18, 12:22, 12:23, 13:10, 13:19, 16:3, 16:13, 17:16, 17:19, 18:5, 18:9, 19:10, 23:18, 23:22, 23:25, 55:5, 55:8, 81:3, 81:6, 85:10, 88:7, 102:25, 103:3, 103:7, 104:14, 109:15, 111:12, 111:13, 133:21, 134:3, 134:8, 135:6, 135:11, 135:17, 136:1, 136:7, 136:9, 142:19, 142:22, 150:1, 150:22, 150:25, 152:9, 152:13, 152:15, 152:22, 152:25, 153:12, 153:15, 153:18, 153:22, 154:1, 154:4, 154:7, 154:11, 154:15, 154:18, 154:20, 154:25, 155:7, 155:11, 155:17, 155:20, 156:1, 156:5, 156:9, 156:24, 157:2, 157:8, 157:11, 157:14, 157:17, 157:19, 157:22, 158:6, 158:10, 158:25, 159:3, 159:6, 159:20, 159:23, 160:2, 160:5, 160:12, 160:22, 160:24, 161:3, 161:5, 161:7, 161:12, 161:15, 161:17, 161:22, 162:2, 162:10, 162:12, 162:14, 162:18, 162:21, 162:24, 163:2, 163:7, 163:9, 163:12, 163:15, 163:20, 163:23, 164:6, 164:11, 164:13, 164:18, 164:22, 164:25, 165:3, 165:9, 165:11, 165:14, 165:17, 165:19, 165:24, 166:2, 166:5, 166:7, 166:11, 166:16, 166:18, 166:21, 166:23, 167:9, 167:14, 167:19, 167:22, 168:1, 168:4, 168:7, 168:9, 168:18, 170:12, 170:21, 171:6, 171:11, 171:17, 171:21, 171:25, 172:3, 172:6, 172:8, 172:12, 172:15, 172:19, 172:22,

172:24, 173:1, 173:4,
173:7, 173:10, 176:12,
176:14, 176:19, 177:1,
177:5, 182:14, 182:18,
182:24, 182:25, 183:10,
183:15, 183:19, 183:22,
183:25, 184:6, 184:13,
185:1, 185:4, 185:9,
185:12, 185:16, 185:18,
185:21, 185:24, 186:4,
186:9, 186:11, 187:9,
187:13, 187:15, 187:23,
187:25, 188:4, 188:7,
188:15, 188:18, 188:23,
189:4, 189:7, 189:14,
189:18, 189:21, 190:1,
190:6, 190:9, 190:12,
190:17, 190:19, 191:3,
191:8, 191:13, 191:17,
191:19, 191:22, 192:8,
192:12, 192:15, 192:20,
192:23, 192:24, 193:18,
193:20, 193:22, 194:6,
194:15, 194:18, 194:24,
195:4, 195:6, 195:16,
195:20, 196:2, 196:13,
196:22, 197:10, 197:23,
197:25, 198:3, 198:6,
198:11, 198:22, 199:2,
199:9, 199:13, 199:15,
199:18, 199:24, 200:11,
200:21, 200:23, 201:6,
204:12, 204:15, 204:22,
205:4, 205:10, 205:20,
205:21, 206:6, 206:7,
206:10, 206:20, 206:22,
217:8, 221:16, 221:18,
235:8, 235:19, 237:21,
237:23, 239:17, 240:10,
264:20, 264:24, 265:10,
267:2, 267:7, 277:18,
277:19, 278:2, 278:6,
279:3, 291:21, 291:24
**Attorney** [1] - 227:14
**attorney** [12] - 14:21, 28:24,
42:3, 44:5, 52:14, 99:1,
101:23, 102:3, 127:7,
135:9, 166:7, 182:10
**Attorney's** [1] - 52:4
**attorneys** [27] - 14:12, 14:19,
15:11, 15:13, 23:6, 27:5,
28:7, 28:9, 28:24, 29:21,
30:15, 40:20, 49:17, 51:9,
53:14, 53:20, 53:23, 66:3,
105:20, 106:6, 128:5,
136:16, 181:24, 204:6,
227:9, 227:10, 290:13
**audience** [8] - 12:19, 135:5,
135:24, 136:6, 136:13,
136:14, 136:15, 177:12

**audiences** [1] - 260:21
**audio** [1] - 125:13
**audit** [1] - 147:2
**audited** [1] - 261:22
**auditing** [1] - 264:18
**audits** [2] - 263:21, 267:17
**aunt** [4] - 48:16, 49:6, 49:19,
94:7
**AUSA** [204] - 3:4, 6:7, 6:11,
8:1, 8:9, 9:9, 10:4, 10:13,
15:24, 16:15, 16:19, 16:23,
16:25, 17:4, 17:10, 17:22,
18:2, 23:9, 44:21, 44:25,
45:3, 88:12, 88:18, 134:2,
134:24, 135:9, 135:18,
135:22, 136:10, 136:15,
136:24, 137:4, 137:17,
138:13, 138:15, 138:25,
139:13, 139:15, 139:19,
140:2, 140:9, 140:16,
140:20, 141:2, 141:6,
141:9, 141:14, 141:16,
142:5, 142:8, 142:13,
142:16, 142:23, 143:3,
143:10, 144:9, 144:14,
144:19, 144:22, 145:2,
145:12, 145:18, 145:25,
146:5, 146:10, 146:16,
146:19, 146:22, 146:25,
147:2, 147:5, 147:8,
147:11, 147:14, 147:19,
147:22, 147:25, 148:1,
149:2, 149:5, 149:11,
149:13, 150:4, 150:8,
150:19, 176:18, 179:15,
179:20, 179:23, 181:5,
181:8, 181:12, 181:15,
181:18, 181:21, 182:1,
182:5, 182:9, 182:13,
183:21, 184:7, 184:16,
184:24, 185:5, 185:8,
185:14, 185:20, 185:25,
186:3, 186:8, 186:19,
187:1, 187:11, 187:16,
187:21, 188:6, 188:8,
188:11, 189:2, 189:8,
189:11, 189:16, 189:22,
189:24, 190:13, 190:15,
190:22, 190:24, 191:25,
192:4, 192:6, 192:11,
192:19, 192:21, 193:4,
193:13, 193:24, 194:1,
194:3, 194:11, 194:14,
194:19, 194:22, 195:2,
195:14, 196:4, 197:8,
197:17, 197:21, 197:24,
198:2, 198:8, 198:14,
198:18, 199:4, 199:7,
199:14, 199:22, 200:1,
200:9, 200:19, 203:25,

204:10, 205:1, 205:7,
205:16, 205:24, 206:5,
206:17, 207:3, 208:9,
208:11, 217:12, 235:6,
235:17, 236:18, 236:22,
237:5, 237:8, 237:12,
237:15, 239:15, 258:22,
259:9, 259:12, 264:14,
265:15, 265:16, 267:4,
267:8, 276:21, 277:5,
277:6, 277:16, 277:23,
278:3, 278:8, 279:5,
279:10, 281:1, 281:3,
289:6, 291:13, 291:17
**authorities** [1] - 171:9
**authorized** [3] - 271:23,
285:10, 286:1
**authorizes** [2] - 284:14,
284:25
**auto** [2] - 100:8, 144:13
**automated** [1] - 116:3
**available** [1] - 88:21
**Aventura** [2] - 99:2, 122:15
**avenue** [1] - 248:14
**AVENUE** [4] - 1:18, 2:3, 2:5,
2:9
**aviation** [1] - 96:25
**Avoid** [1] - 203:1
**avoid** [4] - 203:2, 260:22,
289:17, 289:24
**aware** [5] - 73:6, 216:11,
274:14, 275:24, 287:1
**awful** [1] - 119:17
**awkward** [1] - 151:4

**B**

**baby** [2] - 80:6, 80:20
**background** [3] - 120:12,
143:15, 247:12
**bad** [4] - 17:1, 73:18, 110:7,
234:11
**Baggart** [1] - 31:11
**BAILIFF** [12] - 18:15, 18:22,
37:15, 41:13, 41:16,
133:16, 137:6, 176:8,
201:12, 203:12, 204:7,
291:2
**bait** [1] - 212:4
**Balance** [1] - 32:13
**bandit** [1] - 239:11
**bank** [8] - 211:2, 215:14,
216:6, 220:9, 220:12,
220:13, 232:19, 239:13
**banking** [2] - 115:14, 129:12
**Baptist** [4] - 96:16, 96:21,
104:2, 107:13
**bar** [5] - 74:17, 180:8,
180:17, 180:18, 236:21
**bargain** [1] - 96:11

**bargaining** [1] - 140:18
**barred** [1] - 182:10
**barrier** [1] - 167:3
**Barry** [3] - 6:13, 23:19, 151:2
**BARRY** [2] - 2:8, 2:9
**bars** [1] - 248:4
**bart** [1] - 31:11
**base** [1] - 21:15
**baseball** [1] - 140:19
**based** [16] - 20:18, 21:7,
73:8, 73:13, 77:15, 144:20,
149:8, 151:21, 182:15,
191:15, 218:15, 219:6,
219:7, 270:16, 270:22
**basic** [2] - 21:23, 98:8
**bathroom** [3] - 13:22, 134:4,
134:11
**bathrooms** [2] - 13:24, 134:4
**Bay** [7] - 32:12, 94:24,
113:16, 123:20, 124:15,
232:17, 281:19
**BCT** [1] - 111:22
**beach** [4] - 120:17, 122:7,
132:15, 222:11
**Beach** [2] - 112:21, 124:17
**bear** [5] - 78:20, 233:25,
241:5, 257:25, 280:2
**Bear** [1] - 202:22
**became** [6] - 50:17, 197:2,
222:24, 247:25, 248:1,
248:4
**become** [5] - 53:14, 191:2,
222:18, 286:19, 287:1
**becomes** [2] - 187:17,
275:24
**becoming** [2] - 182:10,
246:18
**BEFORE** [1] - 1:13
**beforehand** [1] - 249:1
**beg** [2] - 190:7, 190:20
**began** [1] - 222:9
**begin** [5] - 20:15, 72:9,
240:15, 242:24, 242:25
**beginning** [3] - 232:17,
247:21, 248:23
**behalf** [6] - 6:14, 65:8,
200:20, 204:9, 204:11,
264:20
**behind** [9] - 11:6, 19:3, 19:5,
19:8, 21:2, 27:2, 75:13,
83:2, 83:20
**belief** [1] - 143:16
**beliefs** [1] - 143:21
**believable** [1] - 254:6
**belive** [1] - 63:20
**below** [2] - 281:6, 286:21
**Ben** [1] - 132:14
**ben** [1] - 19:9
**bench** [1] - 202:5
**beneficiaries** [4] - 219:10,

265:23, 269:15, 280:13
**beneficiary** [6] - 65:9, 66:17, 69:13, 217:22, 219:9, 265:24
**Beneficiary** [1] - 266:4
**benefit** [8] - 218:8, 220:5, 265:17, 270:6, 284:15, 285:3, 285:6, 288:2
**benefits** [2] - 284:21, 285:7
**best** [10] - 12:1, 41:1, 60:11, 60:12, 63:18, 92:15, 93:12, 137:25, 143:25, 151:5
**betray** [2] - 238:24, 238:25
**betrayal** [14] - 221:20, 222:9, 225:5, 226:15, 229:17, 230:3, 232:15, 232:25, 235:13, 236:2, 238:9, 238:20, 238:23, 239:21
**betrayed** [4] - 231:4, 235:20, 236:3, 238:21
**betraying** [2] - 225:6, 236:3
**betrays** [1] - 238:20
**better** [10] - 9:17, 26:17, 26:18, 75:6, 116:5, 175:1, 183:1, 202:18, 211:6, 269:10
**between** [12] - 8:16, 13:15, 56:2, 137:14, 162:22, 163:19, 167:3, 215:23, 217:3, 221:20, 228:24, 264:9
**beyond** [10] - 22:11, 22:19, 23:4, 25:18, 173:21, 174:15, 218:1, 240:3, 245:10, 257:19
**biases** [1] - 137:22
**big** [7] - 115:15, 140:9, 142:25, 179:8, 196:7, 238:12, 239:6
**bigger** [1] - 280:5
**biggest** [2] - 178:19, 238:23
**bill** [5] - 144:16, 210:2, 249:9, 249:22, 249:23
**billed** [6] - 213:2, 213:4, 213:5, 213:24, 214:1, 214:5
**biller** [1] - 226:10
**billing** [12] - 67:3, 67:21, 67:22, 208:17, 210:3, 247:18, 271:1, 272:4, 272:11, 272:18, 274:16, 275:12
**billion** [1] - 271:2
**bills** [3] - 144:18, 213:21, 231:20
**birth,basically** [1] - 99:10
**Biscayne** [2] - 92:10, 104:22
**BISCAYNE** [1] - 2:12
**bit** [24] - 8:24, 11:13, 14:5, 24:7, 39:18, 56:13, 61:15,

68:21, 93:8, 98:1, 142:23, 143:4, 144:3, 151:14, 170:16, 171:22, 174:6, 201:23, 202:8, 206:12, 217:10, 273:21, 283:13
**blah** [3] - 95:24
**Blake** [3] - 75:22, 126:9, 140:17
**blame** [1] - 254:13
**blank** [2] - 152:23, 154:4
**bleed** [3] - 119:15, 127:20, 183:15
**blemishes** [1] - 227:25
**blessed** [2] - 251:20, 256:1
**blind** [2] - 211:17, 218:9
**blocks** [1] - 202:13
**blood** [1] - 78:24
**blossomed** [1] - 223:3
**Blu** [1] - 222:10
**blue** [1] - 66:14
**Blum** [4] - 17:24, 23:13, 31:14, 148:21
**blum** [1] - 149:7
**board** [5] - 48:16, 48:17, 49:11, 139:18, 228:13
**Board** [1] - 282:16
**boarder** [1] - 116:24
**BOC** [1] - 253:11
**Boca** [1] - 126:2
**body** [1] - 149:8
**bond** [2] - 116:20, 222:14
**BOND** [1] - 1:19
**Booher** [3] - 75:22, 126:9, 140:17
**book** [1] - 224:25
**born** [5] - 117:25, 119:1, 244:11
**boss** [2] - 28:6, 107:6
**Boston** [2] - 129:10, 129:13
**bottom** [1] - 286:5
**bought** [8] - 213:1, 216:13, 233:10, 252:2, 252:8, 252:11, 254:9, 255:11
**BOULEVARD** [1] - 2:12
**bounce** [1] - 191:23
**bouncer** [1] - 74:17
**box** [4] - 53:4, 276:24, 276:25, 277:6
**boy** [1] - 245:13
**boyfriend** [3] - 92:20, 94:6, 123:4
**boyfriend's** [2] - 94:10, 107:1
**boys** [2] - 245:18, 245:24
**brace** [9] - 209:2, 225:25, 226:1, 226:6, 268:6, 269:6, 269:9
**Brace** [11] - 181:13, 181:15, 181:19, 181:22, 181:24, 182:6, 182:8, 182:9,

182:15, 182:21, 196:6
**braces** [23] - 209:2, 209:3, 212:10, 212:11, 212:17, 213:16, 213:17, 213:18, 216:12, 219:13, 219:14, 247:18, 247:19, 249:7, 249:9, 249:11, 249:24, 250:3, 257:14, 269:15
**Bracing** [5] - 32:12, 279:16, 281:5, 281:18, 281:20
**bracing** [2] - 276:11, 281:16
**brains** [1] - 256:2
**brand** [1] - 112:18
**break** [16] - 13:15, 78:7, 78:11, 78:13, 78:14, 82:20, 131:8, 133:5, 133:7, 137:11, 137:13, 201:17, 201:22, 203:18, 204:5
**breaking** [1] - 79:3
**breaks** [3] - 13:18, 13:19, 78:9
**Breitman** [2] - 31:8, 226:7
**Brenda** [2] - 31:5, 217:22
**bribe** [1] - 214:22
**bribes** [9] - 208:15, 209:19, 209:25, 211:23, 218:25, 219:1, 219:4, 219:21, 221:4
**Brickell** [2] - 97:7, 119:2
**BRICKELL** [2] - 2:3, 2:9
**briefly** [5] - 8:2, 179:15, 268:2, 268:13, 282:10
**bright** [1] - 232:11
**brilliancy** [1] - 246:16
**Brilliant** [1] - 244:17
**brilliant** [1] - 244:17
**bring** [14] - 7:21, 65:14, 66:5, 69:1, 141:17, 169:11, 176:7, 201:11, 205:9, 207:6, 240:23, 258:8, 276:25, 289:13
**bringing** [1] - 177:24
**brings** [2] - 196:11, 252:14
**Brisk** [1] - 108:21
**broadcast** [1] - 112:19
**BROCHE** [1] - 2:5
**broke** [1] - 199:11
**brooks** [4] - 50:11, 51:13, 97:19, 98:23
**Brooks** [1] - 97:25
**brother** [9] - 42:1, 42:15, 43:4, 43:14, 52:11, 52:13, 58:16, 222:20, 243:22
**brother-in-law** [6] - 42:1, 42:15, 43:4, 43:14, 52:11, 58:16
**brought** [2] - 47:19, 180:1
**Broward** [1] - 246:24
**Brown** [3] - 19:4, 19:5, 19:6
**brown** [2] - 57:24, 117:17

**Bryant** [2] - 31:9, 231:22
**Building** [1] - 118:13
**building** [11] - 13:23, 33:10, 33:21, 125:5, 125:7, 133:12, 202:23, 252:2, 252:7, 252:8, 252:11
**BUILDING** [1] - 1:19
**bulk** [1] - 183:10
**bunch** [3] - 59:20, 155:1, 155:2
**Burack** [1] - 31:10
**burden** [29] - 22:9, 22:10, 22:12, 22:18, 22:23, 22:24, 23:1, 23:3, 23:4, 35:3, 35:7, 35:11, 36:8, 36:11, 36:13, 37:12, 38:7, 39:9, 173:19, 173:20, 173:25, 174:18, 175:1, 218:1, 218:2, 258:11, 258:12, 258:13
**Bureau** [4] - 23:15, 44:23, 63:11, 64:15
**burglarized** [1] - 172:10
**Burlington** [1] - 130:6
**business** [86] - 17:3, 32:9, 60:8, 67:9, 67:11, 72:4, 72:8, 88:24, 99:24, 105:17, 107:20, 118:16, 121:24, 122:2, 145:8, 145:18, 150:11, 150:13, 160:21, 209:16, 214:17, 223:4, 223:17, 224:18, 224:24, 225:2, 225:3, 225:7, 225:8, 225:12, 225:16, 227:10, 228:3, 228:4, 228:8, 228:12, 228:15, 228:17, 229:1, 229:2, 229:7, 229:14, 229:20, 229:24, 229:25, 230:4, 230:16, 232:10, 233:2, 233:3, 233:5, 233:12, 233:17, 234:19, 239:9, 239:25, 242:19, 242:21, 242:25, 243:5, 247:6, 247:11, 247:15, 248:7, 248:8, 248:11, 248:18, 248:19, 248:22, 249:1, 249:24, 250:8, 250:11, 250:21, 252:19, 255:17, 256:8, 256:11, 272:24, 274:3, 274:8, 282:4, 282:21
**business?** [1] - 150:17
**businesses** [3] - 224:22, 229:21, 238:7
**businessman** [1] - 248:7
**buy** [2] - 211:21, 213:9
**buying** [8] - 216:8, 228:7, 228:12, 228:15, 247:12, 250:25, 254:7, 254:11
**buzz** [1] - 252:9

**BY** [1] - 259:12
**bylaws** [2] - 282:15, 282:17

## C

**C11** [1] - 280:14
**Caballero** [1] - 129:21
**cabling** [2] - 125:11, 125:12
**Cafe** [1] - 202:6
**cafe** [1] - 203:13
**cage** [1] - 254:23
**Cain** [1] - 31:7
**call-out** [1] - 98:14
**campaigns** [1] - 212:3
**canal** [1] - 168:21
**Cancer** [2] - 102:21, 103:14
**candor** [2] - 45:16, 168:13
**canella** [1] - 116:15
**canine** [1] - 57:12
**Cannella** [4] - 58:13, 115:12, 117:15, 134:21
**cannot** [13] - 8:4, 22:4, 25:16, 78:21, 135:1, 161:18, 186:5, 202:15, 218:14, 254:1, 254:2, 257:23, 265:7
**capacity** [8] - 47:5, 99:21, 100:19, 260:18, 261:8, 261:12, 274:7, 286:2
**Caplan** [2] - 31:9, 31:24
**captain** [1] - 129:11
**capturing** [1] - 51:20
**car** [10] - 119:6, 127:17, 127:18, 171:19, 171:21, 172:5, 172:10, 172:21, 173:6, 252:22
**cardiologist** [3] - 125:16, 125:22, 125:24
**cards** [2] - 172:11, 287:24
**care** [22] - 81:12, 81:14, 81:15, 87:14, 93:6, 116:1, 130:3, 130:19, 145:20, 190:25, 191:5, 191:9, 191:16, 211:16, 211:19, 225:9, 225:17, 225:22, 226:10, 250:17, 268:23, 291:15
**Care** [3] - 32:10, 71:16, 114:5
**career** [4] - 96:21, 116:11, 177:18, 178:15
**caremax** [2] - 72:2, 72:3
**Caremax** [1] - 72:3
**Caribbean** [2] - 129:3, 139:3
**Carlos** [2] - 46:1, 88:23
**Carolina** [9] - 42:23, 44:13, 76:5, 244:16, 245:5, 245:6, 245:20, 246:2, 246:12
**Carrie** [1] - 115:12
**Carroll** [1] - 31:14
**carry** [3] - 173:25, 197:21,

197:25
**Cartaya** [3] - 57:8, 86:5, 108:16
**case** [212] - 6:2, 9:8, 9:18, 14:16, 15:7, 15:19, 18:8, 20:20, 21:5, 21:11, 21:20, 21:22, 21:25, 22:9, 22:19, 22:23, 22:24, 23:3, 23:4, 24:8, 24:9, 24:11, 26:4, 27:8, 28:8, 28:15, 29:21, 30:2, 30:6, 30:11, 30:18, 32:20, 33:5, 34:6, 34:23, 35:4, 35:12, 35:19, 36:2, 36:11, 36:14, 37:9, 38:2, 38:15, 43:7, 44:1, 44:20, 45:10, 46:12, 47:12, 48:11, 49:7, 51:1, 51:11, 52:20, 53:25, 56:16, 56:24, 58:9, 61:7, 62:5, 63:10, 66:3, 66:4, 68:24, 71:8, 72:20, 73:10, 73:13, 73:20, 73:21, 74:3, 74:16, 74:18, 74:23, 75:2, 77:15, 77:24, 77:25, 78:1, 78:11, 78:15, 84:10, 86:11, 104:6, 105:16, 110:13, 115:9, 123:12, 126:6, 127:20, 128:3, 130:5, 130:17, 132:10, 137:23, 141:8, 141:9, 141:13, 141:15, 141:16, 141:18, 141:20, 141:21, 143:18, 148:2, 149:13, 151:20, 164:7, 167:17, 168:24, 169:4, 169:9, 169:11, 173:15, 173:16, 173:20, 173:21, 174:8, 174:12, 174:14, 174:20, 175:7, 175:14, 175:17, 175:20, 177:14, 177:22, 178:18, 179:4, 179:6, 181:1, 182:20, 186:22, 193:8, 196:5, 196:18, 196:20, 198:1, 202:4, 203:6, 203:7, 203:20, 204:21, 205:17, 206:2, 207:11, 207:17, 207:22, 208:5, 208:11, 208:14, 208:19, 208:22, 213:11, 214:8, 214:11, 214:14, 214:15, 221:7, 221:19, 225:4, 230:24, 236:2, 239:20, 240:3, 240:6, 240:8, 240:12, 240:21, 240:24, 241:2, 241:9, 241:20, 241:21, 242:12, 242:14, 242:17, 243:20, 244:2, 244:25, 250:21, 250:24, 252:9, 252:14, 252:20, 254:3, 255:9, 257:9, 257:18, 258:11, 258:14, 258:18, 265:1,

276:18, 276:20, 285:17, 289:11, 289:12, 289:13, 289:15, 289:18, 289:19, 289:20, 289:24, 290:10, 290:17
**CASE** [1] - 1:3
**cases** [27] - 21:21, 21:23, 22:22, 42:25, 43:19, 46:7, 47:7, 49:1, 49:4, 55:10, 55:13, 55:15, 57:18, 58:1, 59:8, 61:25, 62:19, 105:11, 105:15, 105:23, 127:4, 149:15, 161:2, 174:21, 177:25, 241:9, 260:11
**Casualty** [1] - 100:12
**cataract** [1] - 98:15
**catch** [2] - 10:21, 109:21
**categorized** [1] - 142:9
**CATHERINE** [1] - 1:20
**Catherine** [2] - 6:7, 23:12
**caused** [2] - 222:13, 222:15
**causes** [1] - 232:16
**CBP** [4] - 54:25, 55:1, 55:24, 107:2
**Cedeno** [2] - 31:7, 255:20
**Cella** [2] - 121:12, 197:10
**cella** [1] - 121:21
**center** [12] - 92:10, 96:9, 102:21, 114:20, 117:23, 212:6, 225:22, 225:24, 226:16, 231:9, 231:10
**Center** [2] - 103:14, 121:5
**Centers** [2] - 64:14, 146:24
**centers** [6] - 29:10, 72:5, 72:6, 146:23, 266:16, 267:14
**CEO** [4] - 113:25, 114:2, 192:21, 193:2
**certain** [4] - 173:17, 226:23, 269:14, 274:1
**certainly** [2] - 119:13, 231:16
**certificate** [1] - 253:11
**certification** [12] - 285:10, 285:12, 285:13, 286:7, 286:10, 286:13, 286:19, 287:15, 287:25, 288:10, 288:12, 289:1
**certified** [3] - 131:24, 222:10, 285:24
**certify** [5] - 286:22, 288:15, 293:3, 293:8, 293:11
**Chain** [1] - 273:17
**challenge** [8] - 92:15, 160:13, 187:19, 191:24, 192:19, 194:21, 197:7, 197:17
**challenged** [1] - 233:19
**challenges** [2] - 184:1, 195:23
**challenging** [1] - 140:20

**chambers** [1] - 88:21
**chance** [8] - 14:20, 15:10, 35:25, 133:7, 144:10, 204:18, 236:7, 277:9
**chances** [1] - 49:12
**change** [2] - 166:14, 273:3
**changes** [2] - 272:23, 280:7
**changing** [1] - 107:19
**Chapel** [2] - 245:5, 245:20
**characters** [1] - 240:23
**charge** [1] - 245:11
**charged** [21] - 152:3, 153:7, 154:12, 155:8, 164:1, 167:4, 216:17, 216:20, 216:22, 216:24, 217:19, 217:20, 217:23, 237:16, 241:19, 241:20, 241:21, 242:6, 242:11, 243:8, 258:18
**charges** [7] - 14:14, 15:4, 160:16, 241:23, 242:2, 242:3, 242:8
**Charles** [2] - 79:8, 95:15
**chart** [1] - 11:14
**check** [4] - 79:3, 171:15, 202:24, 218:17
**checking** [1] - 78:25
**cherishes** [1] - 223:12
**Chicago** [4] - 83:5, 129:24, 130:2, 198:23
**Chick** [1] - 202:9
**Chick-fil-A** [1] - 202:9
**Chicken** [1] - 202:13
**chief** [3] - 125:10, 245:7, 245:10
**childhood** [1] - 238:8
**children** [12] - 87:18, 95:2, 99:17, 100:2, 104:23, 109:6, 116:23, 122:19, 124:16, 126:24, 127:12, 129:9
**chiropractic** [4] - 222:22, 223:22, 224:8, 228:4
**chiropractor** [7] - 148:7, 211:8, 215:22, 222:18, 222:24, 223:1, 223:11
**Chivado** [1] - 97:24
**cholina** [5] - 123:15, 158:12, 158:15, 160:2, 160:14
**choose** [2] - 7:5, 289:25
**choosing** [1] - 213:20
**chose** [3] - 214:16, 214:18, 214:19
**chosen** [3] - 39:5, 89:11, 129:19
**Christina** [3] - 31:5, 31:13, 255:20
**chunk** [1] - 115:15
**church** [1] - 138:4
**CIA** [1] - 54:9

**circuit** [1] - 265:2
**circumstances** [1] - 269:14
**citizen** [2] - 169:5, 173:16
**citizens** [2] - 92:13, 167:2
**city** [9] - 60:12, 93:1, 97:23, 99:19, 100:1, 102:23, 103:15, 130:2, 281:17
**City** [1] - 244:21
**civil** [24] - 21:21, 22:21, 22:23, 22:24, 28:1, 32:20, 33:5, 34:23, 35:4, 35:19, 36:11, 37:8, 38:17, 70:21, 101:25, 111:22, 119:10, 119:18, 123:4, 127:16, 127:21, 183:16, 287:11, 287:13
**claim** [12] - 72:16, 219:3, 234:7, 263:19, 266:6, 271:5, 271:6, 271:9, 271:11, 271:13, 275:19, 288:23
**claims** [42] - 24:19, 72:14, 73:1, 100:8, 128:1, 138:22, 144:12, 209:23, 213:25, 214:3, 214:7, 218:16, 218:22, 218:24, 219:6, 260:9, 260:24, 261:1, 261:18, 261:23, 262:2, 263:1, 263:14, 263:21, 264:18, 267:17, 268:4, 268:8, 268:16, 270:20, 270:21, 271:2, 271:7, 271:18, 274:22, 275:19, 276:4, 276:5, 276:6, 276:20, 288:24
**Claire** [3] - 31:11, 31:13, 31:15
**Clark** [1] - 31:7
**class** [2] - 90:11, 90:16
**clean** [1] - 132:4
**clear** [10] - 8:11, 61:18, 170:5, 177:17, 184:8, 186:12, 221:25, 227:2, 227:18, 227:22
**clearer** [1] - 9:17
**clearest** [1] - 198:19
**clearing** [1] - 287:3
**clearinghouse** [1] - 280:9
**clearly** [2] - 195:4, 231:11
**clerical** [1] - 98:8
**clerk** [3] - 11:19, 18:7, 195:19
**Cleveland** [4] - 246:8, 246:14, 246:18
**click** [2] - 212:4, 225:20
**clicked** [1] - 212:5
**client** [30] - 6:22, 7:16, 12:24, 151:24, 174:9, 200:20, 204:11, 221:20, 222:11, 224:11, 227:14, 227:22,

228:10, 228:14, 230:1, 230:4, 230:6, 230:14, 232:16, 235:9, 238:17, 240:21, 241:6, 241:18, 241:20, 242:6, 242:15, 248:1, 251:6, 276:25
**client's** [5] - 224:14, 238:20, 242:1, 242:10, 242:14
**clients** [8] - 23:7, 116:6, 181:21, 181:23, 181:25, 183:2, 183:11, 250:2
**clinic** [5] - 223:2, 246:8, 246:14, 246:24
**clinical** [2] - 146:2, 246:15
**clinics** [1] - 29:10
**close** [19] - 18:24, 41:20, 42:16, 42:20, 42:21, 54:4, 60:18, 69:24, 74:4, 150:6, 167:8, 193:7, 203:14, 222:2, 222:15, 223:7, 224:16, 224:17, 258:7
**close-knit** [1] - 223:7
**closed** [4] - 233:2, 233:5, 250:5, 250:12
**closer** [4] - 109:20, 111:4, 114:1, 130:10
**closest** [2] - 11:5, 12:20
**closing** [1] - 168:10
**CMS** [10] - 146:23, 147:3, 147:5, 147:9, 147:12, 266:18, 266:20, 267:13, 267:15, 272:6
**CNA** [2] - 131:21, 131:23
**co** [1] - 219:19
**co-owner** [1] - 219:19
**coach** [1] - 140:19
**Coast** [1] - 92:24
**cobbles** [1] - 8:24
**coconspirator** [1] - 228:16
**coconspirators** [11] - 209:18, 211:22, 212:19, 213:1, 213:23, 217:17, 220:21, 222:5, 230:24, 232:25, 235:12
**cocriminals** [1] - 257:3
**code** [10] - 24:15, 24:21, 24:25, 25:6, 25:10, 25:14, 71:21, 72:13, 280:14, 284:13
**Code** [1] - 284:25
**codefendants** [1] - 206:2
**coder** [6] - 71:13, 71:15, 71:18, 72:19, 73:3, 123:2
**Coder** [1] - 71:19
**codes** [1] - 158:20
**coding** [1] - 71:18
**coffee** [3] - 202:7, 202:8, 290:9
**coincidence** [1] - 56:11
**Colina** [2] - 71:15, 123:1

**collaboration** [1] - 146:8
**collar** [4] - 141:20, 141:25, 142:12, 143:1
**colleague** [6] - 23:21, 46:22, 47:11, 165:1, 194:20, 243:10
**colleagues** [3] - 23:12, 49:13, 192:13
**collecting** [1] - 212:4
**collectively** [1] - 227:18
**college** [4] - 107:17, 116:23, 120:4, 124:17
**color** [1] - 152:14
**Colorado** [2] - 42:4, 42:5
**combination** [2] - 170:22, 255:6
**comfort** [1] - 13:15
**comfortable** [3] - 10:16, 160:8, 201:24
**coming** [25] - 12:7, 12:11, 12:20, 45:21, 48:7, 49:12, 51:5, 79:13, 80:16, 80:23, 82:12, 85:8, 86:17, 88:21, 140:15, 159:13, 159:16, 180:3, 201:8, 201:10, 245:18, 245:21, 245:24, 248:15, 290:4
**commander** [4] - 50:12, 50:17, 94:14, 97:23
**commencing** [2] - 6:1, 134:16
**comments** [1] - 16:17
**commercial** [5] - 72:15, 73:2, 108:17, 108:21, 128:18
**Commercial** [1] - 105:17
**Commission** [1] - 59:21
**commit** [4] - 149:16, 217:3, 217:20, 254:25
**committed** [7] - 22:3, 220:5, 220:11, 220:23, 233:18, 238:8, 244:3
**committing** [7] - 213:10, 222:6, 226:13, 235:22, 248:12, 256:9, 257:8
**common** [1] - 167:24
**communicate** [2] - 197:14, 243:3
**communication** [2] - 115:22, 287:9
**communications** [4] - 112:14, 112:19, 115:24, 220:21
**community** [7] - 30:17, 138:4, 223:11, 242:20, 247:16, 247:17, 260:19
**companies** [25] - 16:20, 109:23, 110:6, 145:9, 208:24, 209:1, 209:10, 210:16, 210:21, 211:24, 211:25, 212:22, 213:24,

215:13, 216:13, 218:21, 221:5, 231:7, 232:18, 262:14, 267:16, 267:20, 268:3, 269:20, 269:21
**company** [69] - 67:4, 67:6, 67:22, 67:23, 80:6, 87:5, 88:25, 91:3, 91:10, 100:10, 110:12, 111:17, 113:2, 113:4, 113:5, 114:6, 115:21, 115:23, 115:25, 116:4, 116:22, 125:11, 125:12, 128:2, 128:24, 129:1, 132:3, 139:18, 139:24, 140:6, 140:8, 140:9, 145:13, 145:14, 146:6, 146:12, 146:14, 150:12, 209:1, 209:12, 209:14, 210:11, 210:12, 210:14, 210:17, 211:2, 213:1, 213:19, 213:20, 214:1, 214:5, 215:6, 215:19, 215:25, 216:1, 216:8, 231:21, 233:10, 251:25, 259:16, 259:18, 269:25, 273:25, 274:15, 276:10, 276:17, 281:20, 283:11
**company's** [1] - 68:4
**competent** [1] - 264:11
**competes** [1] - 245:1
**complaint** [1] - 227:20
**complaints** [2] - 126:13, 216:11
**complete** [5] - 241:24, 280:6, 280:13, 286:25, 287:2
**completely** [8] - 117:5, 143:5, 143:7, 143:9, 180:15, 230:18, 239:23
**completes** [2] - 201:19, 246:10
**completing** [1] - 282:2
**completion** [1] - 186:22
**completive** [1] - 245:3
**compliance** [11] - 91:1, 91:5, 196:7, 223:17, 223:20, 223:23, 227:17, 230:10, 233:7, 240:1
**compliant** [5] - 224:23, 226:11, 227:12, 231:7, 233:24
**complicated** [1] - 45:13
**complying** [2] - 223:16, 224:9
**comprehend** [1] - 197:13
**Comprehensive** [1] - 103:13
**computer** [1] - 118:17
**con** [3] - 227:8, 238:6, 258:6
**conceal** [1] - 221:2
**concealed** [1] - 241:24
**concealing** [1] - 253:17

**conceals** [1] - 284:16
**concept** [3] - 155:12, 174:5, 241:4
**concepts** [2] - 155:2
**concern** [3] - 98:19, 134:12, 178:19
**concerned** [9] - 127:20, 160:10, 160:11, 191:11, 203:21, 236:22, 236:23, 236:25, 237:12
**concerning** [3] - 7:16, 173:15, 254:7
**concerns** [3] - 74:3, 84:9, 235:3
**conclude** [2] - 239:6, 239:19
**concluded** [1] - 292:3
**conclusion** [1] - 240:6
**condition** [3] - 7:16, 8:6, 285:15
**conditions** [1] - 279:24
**conduct** [5] - 14:16, 14:22, 15:1, 20:13, 260:16
**conducted** [2] - 136:16, 267:15
**conducts** [3] - 15:6, 15:18, 282:23
**confer** [5] - 183:23, 184:5, 184:7, 188:19, 190:1
**conference** [1] - 186:23
**conferral** [1] - 192:13
**confident** [3] - 156:20, 160:8, 240:7
**confirm** [6] - 14:20, 17:6, 59:12, 177:9, 184:22, 204:3
**confirmed** [2] - 184:24, 185:1
**conflicts** [1] - 106:23
**confused** [1] - 103:7
**congenital** [1] - 243:23
**congratulations** [1] - 125:21
**conjunction** [1] - 257:2
**connection** [8] - 25:3, 25:9, 25:12, 209:7, 219:1, 257:1, 284:20, 285:6
**consent** [2] - 15:1, 15:19
**consider** [4] - 77:11, 271:4, 271:6, 276:7
**considerate** [1] - 11:5
**consideration** [1] - 21:9
**considered** [7] - 22:5, 25:16, 269:3, 270:8, 270:16, 272:13, 275:20
**considering** [1] - 225:16
**considers** [1] - 263:18
**conspiracy** [12] - 214:8, 214:9, 214:18, 216:25, 217:2, 217:6, 217:12, 217:13, 217:18, 217:20, 221:9, 242:4

**conspirator** [1] - 217:12
**conspired** [2] - 24:13, 24:24
**conspirors** [1] - 219:20
**constant** [1] - 143:1
**constantly** [1] - 10:12
**constitution** [1] - 167:1
**constitutional** [2] - 155:2, 202:6
**constitutionally** [1] - 169:5
**constitutions** [1] - 173:17
**construction** [2] - 132:25, 133:1
**consult** [1] - 195:19
**consultant** [7] - 6:16, 127:14, 229:4, 229:25, 230:2, 230:7, 230:15
**consulted** [1] - 14:18
**consulting** [2] - 232:7, 251:8
**contact** [7] - 243:20, 259:25, 260:1, 260:7, 289:17, 289:23, 289:25
**contained** [3] - 286:25, 287:8
**container** [1] - 75:24
**contains** [1] - 277:6
**CONTD** [1] - 2:1
**contents** [2] - 168:5, 286:24
**context** [1] - 197:2
**continuance** [1] - 82:3
**continue** [4] - 131:9, 234:19, 237:21, 237:22
**continued** [3] - 229:17, 233:1, 285:10
**continues** [2] - 230:3, 238:20
**continuing** [3] - 24:12, 24:23, 235:13
**contract** [3] - 105:18, 226:25, 282:24
**contractor** [3] - 67:5, 265:1, 265:6
**contractors** [6] - 144:23, 260:24, 261:12, 266:25, 267:11, 267:24
**contracts** [14] - 91:4, 213:8, 213:10, 219:24, 227:1, 256:24, 257:4, 259:18, 261:9, 267:15, 267:19, 267:21, 268:7, 268:8
**contradicts** [1] - 64:6
**contrariness** [1] - 155:12
**contrary** [1] - 187:6
**control** [11] - 90:11, 211:2, 274:8, 274:11, 275:23, 281:25, 282:3, 282:22, 283:25, 285:5, 286:3
**controlled** [1] - 280:20
**convened** [1] - 18:16
**conversation** [4] - 49:4, 151:3, 157:9, 235:9
**conversational** [1] - 59:10
**conversations** [1] - 254:22

**convicted** [1] - 230:12
**convince** [1] - 212:10
**convinced** [1] - 258:13
**cooperate** [1] - 236:12
**cooperating** [3] - 219:17, 238:1, 238:14
**cooperation** [2] - 78:3, 290:10
**cop** [2] - 57:2, 60:12
**copied** [1] - 216:12
**copies** [2] - 12:1, 88:13
**cops** [4] - 60:6, 60:11, 173:7
**copy** [6] - 18:6, 30:13, 86:16, 112:18, 196:5, 273:6
**CORAL** [1] - 2:6
**Coral** [4] - 89:4, 106:24, 112:23, 128:22
**corner** [1] - 279:17
**corners** [1] - 242:24
**corporate** [5] - 121:24, 127:9, 274:6, 282:15, 282:17
**corporation** [3] - 252:3, 252:5, 274:11
**correct** [37] - 8:21, 11:10, 23:3, 39:11, 43:16, 44:18, 44:21, 46:24, 67:13, 119:11, 134:1, 134:2, 145:10, 146:15, 146:21, 147:24, 152:17, 155:9, 156:5, 156:9, 156:21, 158:20, 165:17, 187:21, 187:23, 187:25, 190:6, 190:8, 190:19, 192:4, 261:15, 268:11, 286:25, 287:2, 293:4, 293:9
**Correct** [1] - 111:5
**correctly** [1] - 230:5
**corroborated** [1] - 220:8
**cost** [2] - 212:14, 269:15
**Costa** [1] - 107:10
**costs** [1] - 226:18
**cough** [1] - 58:4
**Counsel** [2] - 6:5, 133:3
**counsel** [30] - 6:15, 6:23, 7:6, 8:4, 13:22, 19:15, 23:7, 23:17, 23:23, 27:10, 27:20, 133:19, 133:25, 134:14, 135:18, 137:2, 176:10, 183:20, 188:20, 190:1, 201:4, 201:8, 201:10, 201:15, 203:17, 208:1, 208:8, 289:4, 293:11
**counsel's** [1] - 14:10
**counselor** [1] - 154:10
**Count** [9] - 24:16, 24:17, 24:22, 25:11, 241:19, 241:23, 242:2, 242:4, 258:15

**count** [6] - 25:7, 241:19, 242:5, 242:8, 258:16
**counting** [1] - 188:9
**country** [7] - 62:23, 128:14, 165:12, 173:18, 244:22, 245:23, 268:9
**counts** [7] - 90:15, 217:20, 221:14, 241:19, 243:8, 243:9, 258:17
**Counts** [1] - 25:2
**county** [7] - 42:2, 44:16, 45:6, 100:3, 111:1, 128:16, 246:24
**County** [20] - 46:3, 48:2, 48:5, 48:21, 48:24, 53:11, 53:17, 87:6, 94:8, 95:20, 99:2, 111:1, 111:6, 113:17, 114:20, 114:24, 114:25, 125:5, 131:17, 131:18
**couple** [14] - 12:9, 26:21, 27:22, 42:13, 43:1, 123:11, 147:17, 169:14, 169:16, 177:3, 184:5, 248:4, 259:18, 289:9
**course** [13] - 6:17, 6:25, 7:21, 20:2, 22:18, 35:13, 116:11, 149:6, 149:17, 166:4, 178:5, 227:12, 256:9
**court** [34] - 10:11, 11:1, 11:20, 15:12, 20:4, 20:5, 20:9, 27:1, 32:20, 33:5, 34:4, 40:18, 55:17, 56:16, 70:20, 70:24, 74:3, 74:19, 77:12, 98:1, 105:11, 105:13, 117:2, 155:8, 157:19, 178:18, 180:6, 202:4, 207:10, 237:20, 264:5, 264:10, 290:12, 291:18
**COURT** [820] - 1:1, 1:14, 6:9, 6:12, 6:18, 7:1, 7:8, 7:23, 8:13, 9:1, 9:16, 10:9, 10:15, 10:20, 11:17, 12:6, 12:16, 12:21, 13:8, 13:11, 13:20, 14:4, 14:25, 15:3, 15:10, 15:17, 15:22, 15:25, 16:4, 16:14, 16:18, 16:22, 17:2, 17:6, 17:13, 17:18, 17:20, 17:25, 18:3, 18:7, 18:11, 18:17, 18:23, 19:3, 19:5, 19:8, 19:12, 23:16, 23:23, 24:6, 26:7, 27:17, 27:22, 27:25, 28:4, 28:8, 28:11, 28:19, 28:21, 29:1, 29:3, 29:7, 29:12, 29:14, 29:16, 29:18, 29:20, 29:24, 30:1, 30:10, 30:13, 30:15, 30:20, 31:22, 31:24, 32:2, 33:1, 33:12, 33:15, 33:17,

33:20, 33:22, 33:24, 34:3, 34:6, 34:8, 34:10, 34:13, 34:15, 34:17, 34:19, 34:21, 34:25, 35:2, 35:14, 35:18, 35:21, 35:23, 35:25, 36:4, 36:7, 36:16, 36:18, 37:1, 37:4, 37:6, 37:8, 37:11, 37:14, 37:17, 37:20, 37:24, 38:1, 38:4, 38:6, 38:10, 38:12, 38:17, 38:19, 38:21, 38:24, 39:3, 39:8, 39:12, 39:16, 39:19, 39:21, 39:25, 40:4, 40:11, 40:14, 40:23, 41:4, 41:10, 41:14, 41:17, 42:5, 42:8, 42:10, 42:13, 42:19, 42:22, 42:24, 43:3, 43:11, 43:14, 43:17, 43:22, 44:3, 44:12, 44:14, 44:17, 44:22, 45:1, 45:4, 45:16, 46:4, 46:7, 46:10, 46:15, 46:16, 46:18, 46:20, 46:22, 46:25, 47:4, 47:7, 47:10, 47:15, 47:17, 47:20, 48:1, 48:3, 48:6, 48:13, 48:20, 48:22, 48:25, 49:5, 49:10, 49:21, 50:1, 50:5, 50:9, 50:14, 50:19, 50:23, 51:3, 51:13, 51:16, 51:25, 52:2, 52:6, 52:8, 52:15, 52:24, 53:2, 53:8, 53:18, 54:6, 54:10, 54:12, 54:17, 54:22, 54:24, 55:1, 55:3, 55:7, 55:9, 55:12, 55:15, 55:18, 55:20, 55:23, 56:2, 56:7, 56:11, 56:15, 56:19, 56:21, 57:3, 57:6, 57:10, 57:13, 57:15, 57:17, 57:20, 57:23, 58:1, 58:4, 58:7, 58:12, 58:15, 58:25, 59:7, 59:11, 59:18, 59:23, 60:1, 60:7, 60:13, 60:17, 60:21, 60:24, 61:4, 61:10, 61:17, 61:23, 61:25, 62:3, 62:7, 62:9, 62:13, 62:16, 62:18, 62:21, 62:24, 63:4, 63:19, 64:8, 64:11, 65:1, 65:3, 65:8, 65:11, 65:23, 66:1, 66:8, 66:15, 66:17, 66:20, 66:22, 66:25, 67:6, 67:8, 67:11, 67:14, 67:18, 67:20, 68:2, 68:7, 68:13, 68:15, 68:20, 69:3, 69:6, 69:8, 69:10, 69:13, 69:15, 69:19, 69:23, 70:1, 70:3, 70:5, 70:7, 70:9, 70:14, 70:19, 70:21, 70:24, 71:2, 71:6, 71:10, 71:14, 71:17, 71:19, 71:23, 72:1, 72:3, 72:6, 72:7, 72:11, 72:17, 72:23, 73:4, 73:7, 73:12, 73:15, 74:13, 74:15, 74:19, 74:21, 74:23,

74:25, 75:4, 75:7, 75:11, 75:17, 75:21, 75:25, 76:2, 76:6, 76:9, 76:12, 79:2, 79:6, 79:11, 79:14, 79:17, 79:19, 79:23, 80:1, 80:8, 80:10, 80:12, 80:17, 80:22, 81:1, 81:5, 81:8, 81:14, 81:19, 81:23, 81:25, 82:8, 82:12, 82:15, 82:19, 82:23, 83:13, 83:18, 83:20, 83:23, 84:1, 84:4, 84:8, 84:12, 84:14, 84:17, 84:23, 85:1, 85:6, 85:9, 85:12, 85:15, 85:19, 85:25, 86:4, 86:9, 86:16, 87:11, 87:22, 88:2, 88:6, 88:9, 88:15, 88:17, 88:19, 89:1, 89:3, 89:14, 89:21, 90:6, 90:12, 90:18, 90:21, 91:2, 91:7, 91:12, 91:18, 91:21, 92:1, 92:3, 92:6, 92:12, 92:14, 92:22, 92:25, 93:3, 93:10, 93:14, 93:19, 94:5, 94:10, 94:15, 94:19, 95:8, 95:11, 95:14, 96:4, 96:7, 96:10, 96:13, 96:16, 96:21, 96:23, 97:4, 97:9, 97:12, 97:15, 97:18, 97:25, 98:10, 98:16, 98:23, 99:7, 99:18, 99:21, 99:25, 100:4, 100:9, 100:15, 100:19, 100:22, 101:1, 101:4, 101:6, 101:9, 101:12, 101:15, 101:21, 101:23, 102:5, 102:9, 102:15, 103:5, 103:10, 103:18, 103:22, 103:25, 104:3, 104:9, 104:16, 104:25, 105:3, 105:5, 105:7, 105:10, 105:13, 105:15, 105:19, 105:22, 105:25, 106:5, 106:10, 106:14, 106:16, 106:19, 106:22, 107:3, 107:7, 107:14, 107:18, 107:21, 107:24, 108:11, 108:15, 108:25, 109:7, 109:13, 109:19, 109:21, 109:24, 110:3, 110:5, 110:8, 110:11, 110:15, 110:19, 110:22, 110:24, 111:3, 111:7, 111:11, 111:15, 111:20, 111:24, 112:1, 112:4, 112:11, 112:15, 112:20, 112:24, 113:13, 113:23, 114:1, 114:4, 114:6, 114:13, 114:16, 114:19, 114:23, 115:1, 115:5, 115:11, 115:18, 115:24, 116:6, 116:9, 116:15, 117:3, 117:5, 117:7, 117:15, 117:20,

118:3, 118:6, 118:8, 118:21, 118:23, 119:9, 119:12, 119:21, 119:23, 120:5, 120:10, 120:15, 120:20, 120:23, 120:25, 121:3, 121:7, 121:11, 121:21, 122:1, 122:5, 122:13, 122:25, 123:7, 123:11, 123:17, 123:23, 123:25, 124:4, 124:6, 124:8, 124:11, 124:14, 125:2, 125:7, 125:12, 125:18, 125:21, 125:24, 126:1, 126:3, 126:8, 126:19, 127:5, 127:8, 127:10, 127:19, 128:7, 128:10, 128:15, 128:17, 128:19, 128:25, 129:4, 129:8, 129:20, 130:18, 130:24, 131:10, 131:14, 131:23, 131:25, 132:2, 132:6, 132:9, 132:12, 132:18, 132:20, 132:22, 132:23, 133:1, 133:18, 133:23, 134:5, 134:10, 134:17, 135:3, 135:7, 135:14, 135:21, 135:23, 136:4, 136:8, 136:11, 136:17, 136:25, 137:2, 137:5, 137:8, 138:19, 139:5, 140:14, 141:11, 150:3, 150:6, 150:21, 150:24, 152:14, 167:7, 167:13, 168:17, 170:4, 176:1, 176:10, 176:13, 176:15, 176:24, 177:4, 177:6, 177:9, 177:23, 178:4, 178:6, 178:9, 178:20, 178:23, 179:10, 179:13, 179:24, 180:1, 180:9, 180:13, 180:15, 180:17, 180:19, 180:24, 181:3, 181:7, 183:20, 184:2, 184:11, 184:14, 184:18, 184:25, 185:2, 185:3, 185:6, 185:10, 185:13, 185:15, 185:17, 185:19, 185:22, 186:1, 186:16, 186:21, 187:4, 187:10, 187:12, 187:14, 187:17, 187:22, 187:24, 188:1, 188:5, 188:9, 188:13, 188:16, 188:20, 189:1, 189:3, 189:5, 189:9, 189:12, 189:15, 189:17, 189:19, 189:23, 189:25, 190:3, 190:5, 190:7, 190:11, 190:14, 190:16, 190:18, 190:20, 190:23, 191:10, 191:20, 191:23, 192:1, 192:5, 192:9,

192:17, 192:25, 193:10, 193:17, 193:19, 193:21, 193:23, 193:25, 194:2, 194:4, 194:8, 194:12, 194:17, 194:21, 194:25, 195:7, 195:15, 195:18, 195:21, 195:23, 196:3, 196:25, 197:9, 197:16, 197:19, 198:4, 198:7, 198:9, 198:12, 198:16, 198:19, 199:1, 199:3, 199:5, 199:8, 199:10, 199:17, 199:20, 199:23, 200:2, 200:12, 200:20, 200:22, 200:24, 201:8, 201:14, 203:13, 203:17, 204:3, 204:8, 204:11, 204:14, 204:17, 205:3, 205:5, 205:8, 205:13, 205:19, 205:22, 206:1, 206:8, 206:15, 206:19, 207:1, 207:4, 207:8, 207:24, 208:10, 217:10, 221:15, 221:17, 235:7, 235:18, 236:19, 237:3, 237:6, 237:9, 237:14, 237:18, 237:22, 239:16, 258:20, 258:24, 259:5, 259:10, 264:23, 265:8, 265:12, 265:13, 267:6, 277:4, 277:20, 278:5, 289:4, 289:7, 291:4, 291:15, 291:20, 291:23, 292:1

**Court** [18] - 8:3, 8:22, 26:4, 27:6, 84:20, 88:13, 109:16, 152:2, 179:16, 195:12, 208:9, 209:6, 209:20, 221:16, 259:9, 265:3, 293:5, 293:18

**Court's** [7] - 8:20, 21:10, 21:16, 134:10, 217:3, 218:25, 289:13

**courthouse** [6] - 21:22, 33:20, 36:23, 54:12, 202:11, 289:22

**courtroom** [27] - 19:24, 19:25, 20:6, 21:8, 27:3, 35:16, 40:6, 68:25, 72:21, 74:10, 133:23, 148:13, 152:11, 156:11, 174:10, 177:6, 177:11, 177:20, 204:2, 204:5, 205:14, 205:24, 207:4, 289:22, 290:12, 291:22

**COURTROOM** [6] - 1:8, 6:2, 25:25, 26:6, 137:1, 207:19

**cousin** [4] - 46:2, 46:4, 46:11, 47:24

**cover** [9] - 71:21, 194:20,

210:8, 213:7, 219:24, 256:23, 266:10, 269:14, 279:15
**coverage** [3] - 226:3, 263:2, 264:18
**covered** [5] - 64:24, 86:19, 115:20, 268:24
**covering** [1] - 251:1
**covers** [4] - 263:8, 268:8, 268:14, 284:16
**coworker** [1] - 46:19
**CPB** [1] - 56:10
**craft** [1] - 246:5
**creations** [1] - 32:9
**credentials** [1] - 148:14
**credibility** [2] - 240:25, 243:16
**credible** [1] - 231:13
**credit** [3] - 138:22, 171:15, 172:11
**Crest** [2] - 126:21, 127:6
**crew** [1] - 126:10
**crews** [1] - 140:18
**crime** [18] - 141:25, 143:2, 149:16, 153:7, 155:9, 164:1, 169:24, 209:8, 217:3, 219:2, 220:5, 226:8, 230:23, 244:3, 255:24, 257:8, 257:23
**crimes** [12] - 51:6, 142:10, 142:12, 152:3, 152:19, 154:12, 172:10, 218:1, 220:11, 243:1, 256:9, 256:14
**CRIMINAL** [2] - 1:18, 1:21
**criminal** [52] - 21:21, 21:22, 21:23, 21:25, 22:7, 22:9, 23:4, 32:20, 33:5, 33:10, 33:17, 35:12, 36:13, 36:23, 36:25, 37:2, 38:2, 38:15, 38:18, 38:19, 39:8, 43:19, 53:22, 56:16, 70:21, 74:2, 74:6, 102:7, 119:19, 119:21, 143:13, 143:18, 149:14, 170:7, 173:16, 173:20, 177:18, 178:24, 180:21, 183:9, 203:6, 234:4, 234:20, 234:24, 243:3, 256:10, 275:5, 275:6, 284:14, 284:25, 287:11
**criteria** [2] - 21:14, 145:22
**cross** [6] - 243:17, 243:18, 253:25, 258:7, 267:6
**cross-examination** [4] - 243:17, 243:18, 253:25, 258:7
**cross-examine** [2] - 243:18, 267:6
**crossed** [1] - 231:16

**cruise** [1] - 119:25
**crystal** [2] - 221:25, 223:8
**CSO** [1] - 88:20
**cup** [1] - 290:9
**curiosity** [1] - 283:5
**current** [1] - 139:10
**customer** [1] - 60:7
**customers** [3] - 60:15, 67:12, 67:14
**cut** [8] - 85:2, 170:5, 203:17, 206:14, 212:19, 238:13, 242:24, 243:9
**Cutler** [4] - 94:24, 113:16, 123:20, 124:15
**cuts** [1] - 236:11
**cyber** [2] - 111:1, 111:6
**Cynthia** [2] - 34:11, 97:5

## D

**dad** [2] - 111:9, 111:16
**Dade** [27] - 46:3, 46:5, 48:2, 48:3, 48:5, 48:8, 48:20, 48:21, 48:24, 53:10, 53:17, 57:25, 76:3, 87:6, 94:8, 95:20, 99:1, 111:1, 111:5, 113:17, 114:20, 114:24, 114:25, 121:6, 125:5, 131:17, 131:18
**daily** [1] - 101:12
**Dallas** [1] - 74:18
**damages** [1] - 287:13
**dangerous** [1] - 112:4
**data** [2] - 260:9, 262:3
**date** [4] - 79:11, 286:18, 293:6, 293:10
**dates** [1] - 233:3
**daub** [1] - 57:13
**daughter** [18] - 42:21, 89:6, 91:9, 93:7, 93:9, 93:10, 94:1, 94:2, 95:5, 95:8, 101:7, 101:18, 116:23, 121:14, 121:15, 121:16, 125:18, 129:14
**daughter's** [2] - 93:11, 113:18
**daughters** [8] - 95:19, 108:20, 113:5, 120:3, 125:23, 129:25, 162:15, 162:22
**daughters'** [1] - 126:3
**David** [1] - 31:15
**Davidovic** [1] - 31:8
**Davie** [1] - 100:3
**day-to-day** [1] - 282:23
**days** [10] - 34:18, 36:3, 36:5, 78:5, 83:16, 131:3, 255:1, 271:10, 280:9
**DC** [1] - 1:19
**deactivate** [1] - 249:25

**deactivated** [1] - 250:1
**deadline** [1] - 86:12
**deal** [7] - 7:20, 29:5, 153:3, 224:20, 226:24, 236:11, 243:9
**dealing** [8] - 64:23, 65:24, 115:6, 231:6, 231:8, 233:13, 260:3, 261:13
**dealings** [3] - 63:24, 64:12, 66:9
**deals** [2] - 175:14, 175:15
**dealt** [2] - 58:19, 142:12
**Dean** [107] - 6:4, 6:14, 23:20, 24:10, 24:13, 24:17, 24:24, 25:2, 25:11, 148:5, 151:2, 151:24, 208:19, 208:23, 209:11, 210:12, 210:23, 211:8, 214:4, 215:18, 215:23, 215:24, 216:3, 216:20, 217:19, 220:18, 220:25, 221:9, 221:20, 221:23, 222:1, 222:6, 222:7, 222:18, 223:9, 223:19, 224:4, 224:7, 224:9, 224:20, 225:2, 225:7, 225:11, 225:16, 226:1, 226:7, 226:12, 226:17, 226:19, 226:20, 226:25, 227:1, 227:3, 227:9, 227:20, 228:1, 228:6, 228:24, 228:25, 229:1, 229:3, 229:5, 229:6, 229:9, 229:11, 229:14, 229:18, 230:17, 231:1, 231:4, 231:5, 231:11, 231:12, 231:15, 232:3, 232:6, 232:7, 232:17, 232:20, 232:21, 232:22, 232:24, 233:1, 233:5, 233:9, 233:10, 233:11, 233:15, 233:25, 234:13, 235:2, 235:4, 235:15, 235:19, 235:20, 235:24, 236:3, 238:5, 238:11, 238:18, 238:22, 239:8, 239:23, 240:4
**DEAN** [2] - 1:8, 2:8
**Dean's** [4] - 225:6, 231:18, 231:19, 233:17
**dear** [8] - 222:2, 224:4, 224:16, 227:7, 228:16, 236:14, 239:24
**death** [1] - 64:5
**Debra** [2] - 69:22, 126:20
**decade** [1] - 248:8
**decades** [2] - 222:3, 236:8
**deceit** [2] - 178:2, 179:7
**deceive** [1] - 239:22
**December** [3] - 25:4, 222:23, 232:5

**decide** [15] - 7:2, 15:14, 66:4, 68:24, 72:20, 73:9, 73:13, 77:1, 77:14, 159:10, 160:18, 167:5, 167:6, 175:7, 213:16
**decided** [2] - 249:18, 268:9
**decides** [3] - 236:12, 246:17, 246:19
**decision** [5] - 15:11, 15:19, 158:7, 163:12, 163:16
**decisions** [1] - 167:2
**dedicated** [1] - 223:10
**Dee** [4] - 20:4, 137:4
**deep** [13] - 73:22, 221:19, 222:8, 222:9, 225:4, 229:17, 230:3, 232:15, 232:16, 232:25, 239:20
**deeper** [3] - 221:19, 225:5, 239:21
**defend** [1] - 166:1
**defendant** [16] - 22:2, 22:12, 22:13, 22:15, 22:16, 22:17, 25:20, 74:5, 74:7, 127:16, 170:7, 210:4, 213:1, 216:5, 290:13
**DEFENDANT** [5] - 14:24, 15:2, 15:9, 15:16, 15:21
**defendant's** [3] - 25:17, 209:9, 220:20
**DEFENDANT(S** [1] - 2:2
**DEFENDANT(S)** [1] - 1:9
**defendants** [40] - 8:17, 14:8, 22:3, 27:10, 133:19, 148:2, 149:15, 149:20, 178:25, 179:11, 182:20, 186:13, 208:19, 208:22, 209:5, 209:17, 210:10, 210:18, 210:21, 211:6, 211:22, 212:18, 213:5, 213:23, 214:13, 214:14, 214:16, 214:17, 214:19, 214:20, 214:22, 216:17, 216:24, 217:15, 220:11, 220:15, 220:18, 220:23, 220:25, 264:21
**defender** [1] - 102:4
**defending** [1] - 152:1
**defense** [70] - 8:3, 8:15, 9:4, 14:11, 27:10, 27:20, 28:6, 28:9, 28:24, 29:21, 43:25, 44:4, 46:13, 47:13, 49:8, 49:16, 51:9, 52:14, 53:20, 53:23, 56:5, 56:24, 58:9, 61:8, 98:19, 128:4, 164:2, 177:19, 178:24, 183:23, 184:4, 184:20, 185:3, 185:11, 185:15, 185:17, 185:23, 187:8, 187:12, 187:14, 188:3, 188:11, 188:20, 188:22, 188:23,

189:3, 189:6, 189:13, 189:17, 189:20, 189:25, 190:5, 190:16, 190:18, 193:7, 193:17, 196:1, 197:9, 198:5, 198:10, 198:21, 199:12, 199:17, 205:3, 205:11, 206:19, 208:1, 221:15, 290:13, 291:8

**DEFENSE** [293] - 6:13, 6:19, 6:20, 7:7, 7:14, 8:7, 8:11, 8:14, 9:3, 11:12, 12:2, 12:13, 12:17, 12:18, 12:22, 12:23, 13:10, 13:19, 16:3, 16:13, 17:16, 17:19, 18:5, 18:9, 19:10, 23:18, 23:22, 23:25, 55:5, 55:8, 81:3, 81:6, 85:10, 88:7, 102:25, 103:3, 103:7, 104:14, 109:15, 111:12, 111:13, 133:21, 134:3, 134:8, 135:6, 135:11, 135:17, 136:1, 136:7, 136:9, 142:19, 142:22, 150:1, 150:22, 150:25, 152:9, 152:13, 152:15, 152:22, 152:25, 153:12, 153:15, 153:18, 153:22, 154:1, 154:4, 154:7, 154:11, 154:15, 154:18, 154:20, 154:25, 155:7, 155:11, 155:17, 155:20, 156:1, 156:5, 156:9, 156:24, 157:2, 157:8, 157:11, 157:14, 157:17, 157:19, 157:22, 158:6, 158:10, 158:25, 159:3, 159:6, 159:20, 159:23, 160:2, 160:5, 160:12, 160:22, 160:24, 161:3, 161:5, 161:7, 161:12, 161:15, 161:17, 161:22, 162:2, 162:10, 162:12, 162:14, 162:18, 162:21, 162:24, 163:2, 163:7, 163:9, 163:12, 163:15, 163:20, 163:23, 164:6, 164:11, 164:13, 164:18, 164:22, 164:25, 165:3, 165:9, 165:11, 165:14, 165:17, 165:19, 165:24, 166:2, 166:5, 166:7, 166:11, 166:16, 166:18, 166:21, 166:23, 167:9, 167:14, 167:19, 167:22, 168:1, 168:4, 168:7, 168:9, 168:18, 170:12, 170:21, 171:6, 171:11, 171:17, 171:21, 171:25, 172:3, 172:6, 172:8, 172:12, 172:15, 172:19, 172:22,

172:24, 173:1, 173:4, 173:7, 173:10, 176:12, 176:14, 176:19, 177:1, 177:5, 182:14, 182:18, 182:24, 182:25, 183:10, 183:15, 183:19, 183:22, 183:25, 184:6, 184:13, 185:1, 185:4, 185:9, 185:12, 185:16, 185:18, 185:21, 185:24, 186:4, 186:9, 186:11, 187:9, 187:13, 187:15, 187:23, 187:25, 188:4, 188:7, 188:15, 188:18, 188:23, 189:4, 189:7, 189:14, 189:18, 189:21, 190:1, 190:6, 190:9, 190:12, 190:17, 190:19, 191:3, 191:8, 191:13, 191:17, 191:19, 191:22, 192:8, 192:12, 192:15, 192:20, 192:23, 192:24, 193:18, 193:20, 193:22, 194:6, 194:15, 194:18, 194:24, 195:4, 195:6, 195:16, 195:20, 196:2, 196:13, 196:22, 197:10, 197:23, 197:25, 198:3, 198:6, 198:11, 198:22, 199:2, 199:9, 199:13, 199:15, 199:18, 199:24, 200:11, 200:21, 200:23, 201:6, 204:12, 204:15, 204:22, 205:4, 205:10, 205:20, 205:21, 206:6, 206:7, 206:10, 206:20, 206:22, 217:8, 221:16, 221:18, 235:8, 235:19, 237:21, 237:23, 239:17, 240:10, 264:20, 264:24, 265:10, 267:2, 267:7, 277:18, 277:19, 278:2, 278:6, 279:3, 291:21, 291:24

**defense's** [1] - 13:12
**defined** [2] - 282:11, 282:13
**defraud** [6] - 24:14, 24:18, 24:24, 216:25, 221:5, 285:2
**degree** [1] - 174:24
**delay** [1] - 290:19
**delegated** [2] - 285:25
**deliberate** [6] - 36:1, 68:24, 77:1, 287:7, 287:9, 288:24
**deliberated** [3] - 36:10, 38:22, 39:6
**deliberately** [1] - 284:8
**deliberation** [1] - 86:11
**deliberations** [2] - 77:7, 86:13
**deliver** [2] - 260:7, 260:23

**delivering** [1] - 80:25
**delivery** [4] - 209:8, 219:2, 284:20, 285:6
**Delta** [1] - 140:11
**demand** [2] - 276:5
**demanded** [1] - 224:10
**demanding** [1] - 234:9
**demonstrate** [1] - 220:10
**denial** [1] - 287:12
**denied** [1] - 68:11
**dental** [1] - 127:12
**dentist** [1] - 168:20
**deny** [1] - 25:17
**department** [9] - 48:4, 48:9, 50:13, 50:16, 52:18, 59:3, 98:13, 129:12, 154:19
**DEPARTMENT** [2] - 1:17, 1:21
**Department** [13] - 23:11, 52:12, 53:11, 53:12, 64:13, 97:23, 127:3, 233:16, 233:19, 234:17, 235:16, 266:23
**departments** [1] - 98:7
**depositions** [2] - 101:11, 101:12
**Depot** [3] - 90:4, 99:16, 138:10
**depth** [1] - 50:22
**DEPUTY** [5] - 6:2, 25:25, 26:6, 137:1, 207:19
**deputy** [4] - 19:25, 52:22, 207:5, 290:12
**Derett** [3] - 128:11, 165:9, 166:21
**describe** [4] - 30:2, 56:22, 57:18, 98:16
**described** [5] - 60:25, 224:7, 225:7, 226:16, 229:3
**description** [1] - 50:24
**Description** [1] - 4:3
**deserve** [1] - 241:14
**designer** [1] - 108:2
**desk** [2] - 231:22, 290:7
**desperate** [1] - 255:6
**destroyed** [1] - 235:16
**detail** [1] - 24:8
**detailed** [1] - 223:25
**details** [4] - 54:2, 170:15, 236:24, 280:13
**detective** [1] - 53:16
**determination** [3] - 151:21, 152:16, 165:22
**determine** [4] - 149:19, 184:10, 217:25, 225:24
**determined** [1] - 184:21
**determiners** [1] - 238:16
**determines** [1] - 275:18
**determining** [1] - 263:18

**Deutch** [5] - 69:22, 69:23, 126:20, 127:5, 134:25
**develop** [2] - 260:6, 260:23
**developer** [1] - 126:23
**development** [5] - 67:9, 67:11, 121:24, 145:9, 145:18
**deviating** [1] - 240:2
**deviations** [1] - 224:5
**device** [2] - 269:10, 284:17
**diabetic** [1] - 78:24
**diagnosis** [2] - 73:1, 73:5
**dial4MD** [1] - 32:11
**Diaz** [6] - 49:23, 50:1, 50:9, 78:23, 89:22, 90:18
**die** [1] - 252:22
**Diego** [5] - 28:23, 29:2, 75:14, 120:16, 135:9
**difference** [1] - 291:11
**differences** [1] - 166:12
**different** [21] - 13:24, 45:7, 45:8, 59:20, 82:4, 98:7, 142:1, 148:10, 153:3, 164:3, 165:15, 165:20, 166:10, 200:6, 241:8, 241:10, 261:8, 267:16, 267:19, 275:13, 284:10
**differently** [2] - 77:14, 142:10
**difficult** [13] - 70:13, 76:19, 77:22, 106:3, 109:17, 163:14, 168:15, 179:19, 179:22, 186:12, 195:10, 239:4, 245:1
**difficulty** [1] - 195:8
**dilemma** [3] - 79:10, 142:24, 155:12
**dire** [11] - 6:17, 8:4, 8:16, 8:18, 9:19, 13:15, 133:5, 134:14, 136:16, 137:3, 204:20
**Direct** [1] - 3:4
**direct** [2] - 20:2, 280:12
**DIRECT** [1] - 259:11
**direction** [1] - 202:10
**directly** [5] - 164:20, 164:23, 196:9, 265:1, 282:23
**director** [13] - 47:1, 53:10, 90:23, 107:10, 110:21, 115:20, 121:24, 138:18, 138:20, 139:3, 139:11, 140:5, 282:21
**Directors** [1] - 282:16
**dired** [1] - 136:18
**disabilities** [3] - 93:22, 265:20, 266:12
**disability** [4] - 77:20, 81:10, 96:18, 269:12
**disabled** [3] - 208:13, 211:17, 218:9

**disagree** [5] - 16:10, 156:15, 186:16, 194:9, 197:7
**disagrees** [2] - 156:14, 156:17
**disbelief** [1] - 232:24
**disclose** [7] - 210:17, 211:13, 229:18, 273:18, 274:5, 275:25, 280:19
**disclosed** [8] - 180:8, 273:23, 274:3, 274:8, 274:12, 274:21, 283:10, 283:14
**disclosing** [1] - 181:3
**disclosure** [3] - 58:23, 86:6, 86:7
**discrimination** [1] - 241:15
**discuss** [10] - 42:25, 43:19, 46:7, 47:7, 48:25, 50:19, 75:15, 99:6, 106:2, 146:3
**discussed** [4] - 7:15, 7:17, 142:6, 265:8
**discussing** [1] - 198:14
**discussion** [5] - 12:5, 184:17, 190:4, 192:14, 195:22
**discussions** [2] - 43:23, 227:5
**disease** [2] - 265:20, 266:12
**Disney** [1] - 109:4
**displayed** [1] - 279:19
**dispute** [3] - 44:9, 68:7, 73:18
**disputed** [1] - 77:2
**disputes** [2] - 72:11, 105:18
**disputing** [1] - 221:24
**disqualify** [2] - 193:2, 196:20
**disregard** [1] - 288:24
**dissatisfied** [3] - 75:7, 75:8, 76:7
**distinct** [1] - 214:22
**distinguished** [3] - 245:9, 246:7, 257:7
**distinguishing** [1] - 245:14
**district** [4] - 15:12, 54:13, 202:4, 207:10
**DISTRICT** [2] - 1:1, 1:1
**District** [9] - 19:17, 20:9, 52:4, 60:21, 152:2, 293:5, 293:18
**divided** [2] - 267:21, 268:11
**dividing** [1] - 155:18
**DIVISION** [3] - 1:2, 1:18, 1:21
**divorced** [1] - 97:2
**divvy** [1] - 83:11
**Dixie** [1] - 111:18
**DME** [60] - 32:13, 208:24, 209:12, 210:11, 210:14, 210:16, 213:19, 213:20, 215:19, 215:25, 224:18, 225:2, 225:3, 225:16,

227:6, 227:25, 228:1, 229:21, 232:18, 232:23, 238:7, 242:21, 247:15, 248:7, 248:11, 248:18, 248:19, 249:1, 249:8, 249:11, 249:14, 249:19, 249:21, 249:23, 249:25, 250:1, 250:4, 250:8, 250:11, 250:17, 255:15, 256:8, 256:11, 256:19, 269:6, 271:16, 272:10, 272:12, 272:15, 272:20, 272:23, 273:1, 273:19, 275:24, 276:10, 279:23, 283:3, 286:7
**DMEPOS** [7] - 279:22, 280:7, 282:15, 282:17, 282:24, 283:1, 283:2
**DMEs** [6] - 214:21, 242:20, 249:2, 262:14, 271:16, 276:1
**doctor** [30] - 67:18, 73:18, 103:23, 107:15, 120:23, 148:3, 158:20, 158:24, 174:21, 174:24, 175:1, 212:18, 212:24, 212:25, 213:15, 213:17, 222:20, 226:4, 226:5, 248:17, 249:5, 249:10, 250:19, 255:16, 257:6, 257:7, 257:14, 268:20, 272:20
**doctor's** [4] - 73:6, 98:8, 232:1, 232:2
**doctors** [26] - 73:23, 98:10, 98:17, 103:22, 104:5, 115:22, 116:2, 116:6, 116:7, 116:11, 123:12, 148:9, 158:24, 175:15, 212:19, 227:3, 232:1, 246:23, 247:15, 247:16, 247:17, 249:2, 257:16, 260:19
**doctors'** [29] - 116:5, 208:14, 208:17, 209:19, 209:22, 209:25, 210:1, 210:4, 210:7, 211:21, 211:24, 212:1, 213:2, 215:12, 216:7, 216:14, 217:1, 219:21, 220:19, 231:12, 231:15, 247:13, 250:25, 254:7, 254:10, 254:11, 255:11, 257:11, 257:13
**Document** [1] - 279:11
**document** [13] - 22:1, 22:6, 141:22, 233:21, 277:12, 279:14, 279:18, 279:20, 281:2, 281:23, 285:17, 285:21, 286:12
**documentation** [1] - 289:2
**documented** [3] - 73:6,

158:23, 158:24
**documents** [16] - 4:4, 4:5, 4:6, 4:7, 4:8, 4:9, 4:10, 4:11, 4:12, 220:2, 230:20, 234:9, 234:14, 253:13, 276:22, 277:24
**DOJ** [4] - 69:25, 70:14, 70:18, 127:4
**dollars** [3] - 215:17, 256:17, 266:14
**domestic** [1] - 44:9
**done** [31] - 31:1, 65:20, 88:17, 108:12, 154:22, 182:7, 184:11, 186:19, 187:3, 206:17, 206:24, 217:5, 224:25, 226:6, 226:11, 228:22, 230:5, 230:8, 230:17, 232:8, 233:19, 234:5, 234:6, 234:20, 242:2, 246:11, 257:1, 257:16, 262:10, 262:16, 268:20
**door** [7] - 47:18, 47:22, 57:1, 133:20, 213:18, 237:25, 252:11
**doubt** [12] - 22:11, 22:20, 22:25, 23:5, 25:19, 31:20, 173:22, 174:15, 218:2, 226:12, 240:4, 257:20
**down** [24] - 9:6, 18:17, 26:22, 45:22, 78:25, 94:24, 97:25, 133:12, 145:5, 153:1, 153:11, 156:23, 157:3, 157:12, 157:20, 201:1, 233:2, 233:5, 234:5, 250:12, 256:6, 257:12, 282:10, 290:24
**downtown** [2] - 108:3, 290:5
**Dr** [42] - 6:14, 6:22, 8:6, 15:3, 23:20, 23:23, 24:4, 24:23, 148:2, 148:3, 148:5, 151:2, 151:24, 152:6, 153:6, 154:11, 156:12, 160:15, 164:1, 164:7, 165:21, 174:9, 174:20, 175:2, 209:15, 213:25, 214:24, 215:3, 215:7, 215:20, 240:21, 241:7, 241:18, 242:5, 242:11, 244:2, 244:9, 247:14, 247:21, 248:1, 257:22, 258:15
**drama** [1] - 56:18
**dressed** [1] - 152:17
**drinking** [1] - 75:24
**drinks** [1] - 248:4
**drive** [1] - 234:16
**driver** [1] - 60:9
**driving** [2] - 85:22, 127:18
**drop** [1] - 109:19
**drug** [1] - 58:19

**drugs** [2] - 141:19, 269:1
**dry** [1] - 238:8
**drying** [1] - 229:21
**duly** [1] - 259:2
**durable** [10] - 208:25, 262:13, 263:2, 264:2, 267:25, 268:4, 268:5, 268:21, 269:6, 271:24
**during** [16] - 6:17, 6:25, 7:21, 8:4, 10:6, 17:12, 20:25, 49:3, 130:7, 169:19, 204:5, 236:16, 239:8, 240:14, 261:17, 290:5
**During** [1] - 10:5
**duty** [4] - 32:24, 33:13, 38:4, 39:22

## E

**E-mail** [3] - 11:25, 220:9, 254:20
**E-mails** [6] - 149:23, 181:11, 215:10, 216:12, 234:9, 234:14
**eagles** [1] - 52:9
**ear** [2] - 51:18, 107:14
**early** [2] - 82:20, 85:2
**earn** [1] - 249:10
**easier** [1] - 88:14
**easily** [1] - 162:20
**east** [1] - 109:10
**easy** [3] - 148:21, 151:8, 221:6
**eat** [2] - 202:1, 202:14
**Edmond** [1] - 96:24
**educated** [2] - 65:17, 174:24
**education** [2] - 93:4, 126:4
**educational** [1] - 20:22
**Edwin** [1] - 113:1
**edwin** [1] - 61:13
**Eek** [1] - 254:20
**effect** [1] - 229:8
**effort** [2] - 16:8, 246:16
**Egypt** [1] - 212:8
**eight** [4] - 12:15, 131:20, 190:3, 262:1
**eight-year-old** [1] - 131:20
**EIGLARSH** [15] - 2:11, 2:12, 6:19, 23:22, 186:11, 191:19, 206:10, 206:20, 221:16, 221:18, 235:8, 235:19, 237:21, 237:23, 239:17
**Eiglarsh** [3] - 6:14, 23:21, 165:1
**either** [41] - 21:6, 32:19, 32:20, 37:6, 46:13, 47:12, 49:7, 49:16, 51:9, 52:17, 53:23, 54:6, 56:5, 56:24, 57:3, 58:9, 61:7, 73:2,

73:23, 74:4, 74:7, 79:3, 82:19, 98:14, 115:7, 116:12, 132:4, 144:24, 154:3, 162:4, 162:17, 180:25, 187:3, 260:3, 260:6, 265:12, 268:25, 269:12, 273:5, 275:7, 282:24

**elaborate** [3] - 143:4, 144:11, 183:5

**elbow** [1] - 209:2

**elderly** [11] - 208:13, 208:16, 209:15, 211:18, 212:4, 212:5, 212:9, 212:10, 212:12, 212:19, 218:9

**electrician** [1] - 90:4

**electronic** [9] - 117:22, 139:24, 273:7, 273:9, 288:6, 288:9, 289:1, 293:4

**electronics** [1] - 140:4

**elects** [1] - 22:16

**elementary** [1] - 94:23

**elements** [4] - 117:13, 149:17, 257:18, 257:20

**elevator** [1] - 134:9

**eliciting** [1] - 195:9

**elite** [1] - 222:22

**Ellen** [1] - 31:6

**Ellis** [15] - 41:24, 41:25, 45:4, 45:16, 45:20, 63:25, 64:11, 77:17, 87:3, 87:4, 87:11, 88:17, 134:21, 135:15, 170:14

**elsewhere** [1] - 212:8

**Embark** [1] - 100:13

**emergency** [1] - 107:16

**Emmanuel** [1] - 31:6

**emotional** [4] - 89:10, 93:22, 124:22, 239:14

**employed** [6] - 41:19, 64:17, 64:18, 86:24, 112:14, 293:12

**employee** [7] - 96:11, 147:9, 261:4, 282:12, 282:19, 282:25, 283:17

**employee'** [1] - 282:20

**employees** [2] - 56:18, 260:13

**employer** [1] - 89:15

**employers** [2] - 144:23, 261:8

**employs** [1] - 121:3

**EMT** [1] - 107:13

**enabled** [1] - 207:14

**encounter** [3] - 202:21, 202:22, 202:24

**encourage** [3] - 11:7, 20:2, 26:25

**end** [23] - 6:16, 109:17, 131:10, 150:10, 153:1,

167:12, 170:23, 214:15, 225:10, 225:11, 225:12, 225:18, 231:19, 231:24, 232:12, 250:17, 250:21, 257:6, 258:11, 258:13, 265:20, 266:12, 285:12

**end'** [2] - 225:10, 225:11

**endeavor** [1] - 232:12

**ended** [5] - 116:21, 177:15, 227:5, 227:6, 249:21

**ends** [1] - 244:19

**endurance** [1] - 201:23

**enforcement** [45] - 41:19, 41:20, 41:21, 41:22, 43:5, 43:7, 44:6, 44:19, 45:2, 45:7, 45:25, 46:2, 46:11, 51:4, 52:3, 53:22, 55:25, 56:23, 59:13, 60:3, 61:20, 63:6, 63:7, 63:14, 63:15, 63:21, 63:22, 71:4, 74:21, 94:6, 94:8, 94:11, 167:21, 169:18, 169:20, 170:18, 171:18, 172:13, 180:21, 181:10, 196:6, 259:25, 260:1, 260:14, 276:7

**engage** [3] - 55:12, 59:7, 267:15

**engaged** [1] - 267:19

**engaging** [1] - 260:22

**engineer** [7] - 89:5, 96:10, 111:2, 111:6, 111:22, 118:17, 123:4

**engineering** [1] - 111:22

**English** [9] - 39:17, 39:18, 77:21, 79:25, 83:25, 121:18, 122:24, 192:6, 197:13

**enjoyed** [1] - 223:5

**enjoying** [1] - 200:13

**enlists** [1] - 245:15

**Enriched** [1] - 32:10

**enroll** [6] - 147:14, 264:3, 271:16, 272:1, 272:4, 272:11

**enrolled** [10] - 64:18, 66:15, 72:8, 72:15, 73:3, 146:16, 146:19, 270:24, 276:15, 286:19

**Enrollment** [1] - 273:17

**enrollment** [47] - 4:4, 4:5, 4:6, 4:7, 4:8, 4:9, 4:10, 4:11, 4:12, 4:13, 68:5, 147:16, 147:18, 147:19, 147:22, 192:22, 193:8, 193:9, 218:20, 219:23, 262:18, 263:1, 264:17, 267:18, 271:14, 271:25, 272:13, 272:16, 272:21, 272:23, 272:25, 273:2, 273:3, 273:12, 273:15,

273:23, 276:1, 276:2, 276:19, 277:15, 277:24, 279:15, 279:24, 280:23, 284:4, 284:9, 285:15

**ensure** [1] - 16:21

**ENT** [1] - 107:14

**entail** [1] - 77:24

**entangle** [2] - 221:23, 222:3

**enter** [2] - 214:18, 272:17

**entered** [1] - 236:4

**entering** [1] - 231:21

**entertainment** [1] - 136:1

**entice** [1] - 250:10

**entire** [2] - 276:24, 290:15

**entities** [5] - 16:19, 32:6, 32:8, 32:16, 269:18

**entitled** [4] - 169:5, 173:17, 241:11, 293:14

**entity** [2] - 274:6, 286:1

**entrance** [1] - 106:18

**entrepreneur** [3] - 81:9, 112:16, 191:1

**entry** [1] - 284:20

**equal** [1] - 229:2

**equates** [1] - 271:1

**equation** [1] - 212:20

**Equilibrium** [1] - 32:11

**equipment** [14] - 91:20, 208:25, 260:19, 262:14, 263:2, 264:2, 267:25, 268:4, 268:5, 268:6, 268:22, 269:7, 269:11, 271:25

**equity** [1] - 91:10

**ER** [1] - 107:13

**eric** [1] - 31:12

**Erica** [1] - 195:25

**Errinson** [1] - 31:15

**especially** [3] - 143:1, 223:5, 237:16

**ESQ** [6] - 1:16, 1:17, 1:20, 2:2, 2:8, 2:11

**essential** [4] - 210:1, 214:23, 218:13, 240:23

**essentially** [2] - 261:7, 282:7

**establish** [1] - 220:23

**estate** [3] - 126:23, 128:20, 132:22

**estimate** [4] - 78:4, 86:10, 131:1, 176:5

**estimated** [3] - 77:25, 131:1, 201:18

**Europe** [2] - 86:7, 86:14

**evening** [3] - 130:7, 290:20, 291:1

**evenings** [1] - 130:9

**event** [3] - 45:5, 76:2, 229:7

**events** [2] - 49:13, 149:23

**eventually** [2] - 250:18, 253:24

**everyday** [2] - 164:4, 215:1

**evidence** [65] - 21:8, 21:15, 22:4, 22:5, 22:15, 23:1, 25:16, 25:17, 35:4, 36:4, 66:4, 68:25, 72:20, 73:8, 73:9, 73:10, 73:13, 76:16, 76:25, 77:2, 77:12, 77:15, 78:1, 84:10, 106:1, 151:21, 155:10, 155:19, 155:25, 156:1, 160:14, 161:21, 161:23, 162:8, 166:4, 178:16, 179:3, 179:4, 179:5, 207:21, 208:3, 208:6, 209:8, 210:20, 211:1, 211:5, 217:9, 218:3, 220:22, 221:11, 221:14, 222:8, 231:13, 235:21, 236:8, 236:10, 237:3, 240:16, 241:17, 251:5, 256:21, 257:9, 258:14, 289:19, 289:20

**Evidence** [1] - 264:15

**evident** [1] - 226:15

**exact** [1] - 191:17

**exactly** [6] - 45:17, 64:6, 82:7, 133:10, 173:3, 244:9

**Exactly** [1] - 36:6

**exam** [1] - 106:18

**Examination** [1] - 3:4

**examination** [5] - 243:17, 243:18, 253:25, 258:7, 289:7

**EXAMINATION** [1] - 259:11

**examine** [4] - 106:19, 243:18, 258:3, 267:6

**examined** [2] - 212:24, 259:2

**examines** [1] - 213:16

**example** [8] - 68:4, 72:8, 95:11, 130:18, 145:16, 159:12, 220:12, 275:12

**except** [1] - 32:4

**exception** [1] - 205:17

**Exchange** [1] - 59:21

**exclude** [1] - 264:21

**excluding** [1] - 291:9

**exclusion** [2] - 240:4, 257:19

**exclusively** [2] - 28:2, 102:1

**excuse** [6] - 187:5, 188:1, 193:10, 195:7, 200:25, 217:21

**excused** [9] - 21:19, 36:5, 78:17, 136:19, 184:22, 192:1, 192:9, 194:25, 203:13

**execute** [3] - 24:13, 285:1, 285:2

**executed** [1] - 24:17

**executive** [2] - 126:13, 140:6

**exercise** [1] - 166:24

**exercises** [2] - 275:22,

282:22

**exhaustive** [1] - 117:12
**Exhibit** [13] - 4:3, 277:8, 277:17, 277:21, 278:9, 278:11, 278:13, 278:15, 278:17, 278:19, 278:21, 278:23, 279:1
**exhibit** [2] - 277:7, 280:21
**EXHIBITS** [1] - 4:1
**exhibits** [3] - 204:1, 204:6, 276:23
**existence** [2] - 228:8, 228:17
**exists** [1] - 96:20
**expect** [3] - 164:22, 214:10, 230:25
**expected** [2] - 224:9, 230:15
**expenses** [3] - 229:14, 239:12
**experience** [45] - 20:22, 49:6, 52:3, 52:17, 55:24, 59:23, 62:25, 64:2, 65:11, 65:15, 66:5, 69:1, 69:16, 70:13, 71:6, 72:17, 73:18, 75:1, 76:7, 76:9, 98:18, 100:15, 100:16, 104:4, 106:6, 108:2, 110:11, 115:5, 117:8, 119:14, 119:17, 123:14, 126:4, 127:2, 127:19, 129:6, 132:7, 142:11, 144:5, 144:22, 147:5, 148:9, 157:5, 217:4, 261:14
**experienced** [1] - 13:22
**experiences** [3] - 56:2, 65:14, 66:18
**expert** [12] - 227:15, 227:17, 230:10, 233:6, 233:7, 248:20, 264:16, 264:22, 265:4, 265:9, 265:14
**expertise** [2] - 225:14, 225:15
**explain** [14] - 48:6, 77:23, 141:20, 142:23, 143:19, 180:4, 193:2, 218:7, 262:24, 268:2, 268:13, 275:17, 281:24, 285:24
**explained** [9] - 78:22, 140:22, 197:2, 211:13, 225:8, 225:17, 225:18, 226:7, 227:13
**explains** [2] - 282:2, 284:7
**explanation** [2] - 82:1, 233:9
**explicitly** [1] - 135:1
**exposed** [1] - 93:15
**exposure** [1] - 53:22
**express** [1] - 207:11
**Extended** [1] - 91:6
**extended** [3] - 47:1, 65:18, 82:20
**extension** [1] - 223:20

**extent** [7] - 9:23, 10:1, 11:2, 69:12, 142:11, 170:8, 180:9
**extra** [4] - 88:13, 223:13, 290:5, 290:18
**extremely** [8] - 45:14, 169:7, 174:7, 201:17, 203:18, 221:25, 223:9, 227:2
**eye** [2] - 153:23, 289:24
**eyewear** [1] - 87:5

### F

**F-H-P** [1] - 46:19
**face** [1] - 254:1
**facility** [1] - 268:17
**facing** [1] - 236:8
**fact** [17] - 14:20, 95:5, 148:3, 174:17, 196:19, 209:12, 209:15, 222:12, 223:19, 228:10, 234:15, 237:15, 247:12, 247:21, 252:18, 258:10, 284:17
**factors** [1] - 78:2
**facts** [4] - 52:16, 77:2, 143:17, 244:7
**faculty** [3] - 223:20, 246:13, 246:15
**failed** [2] - 229:18, 275:24
**fails** [2] - 22:11, 25:19
**fair** [80] - 28:14, 30:5, 30:7, 30:17, 43:6, 43:24, 45:9, 46:12, 47:11, 48:11, 49:7, 50:7, 50:25, 51:10, 51:11, 52:20, 53:21, 53:25, 54:1, 56:4, 56:24, 57:4, 57:21, 58:9, 59:24, 61:7, 62:5, 63:1, 66:3, 69:3, 69:17, 71:7, 72:20, 73:19, 75:1, 76:10, 76:22, 86:19, 94:16, 94:17, 98:20, 100:24, 104:6, 106:8, 110:13, 115:8, 116:13, 117:9, 119:15, 123:14, 126:5, 127:24, 132:9, 137:20, 143:20, 151:19, 154:18, 157:6, 158:18, 158:19, 159:4, 159:9, 159:10, 161:18, 162:5, 162:7, 162:9, 164:15, 168:24, 169:1, 169:3, 169:4, 169:5, 169:10, 177:14, 180:25, 193:15, 196:19, 196:22, 232:8
**fairbanks** [1] - 95:20
**fairly** [2] - 75:5, 163:12
**faith** [1] - 110:7
**fake** [10] - 213:8, 213:10, 219:24, 220:2, 256:24, 256:25, 257:4

**false** [17] - 18:12, 24:19, 25:8, 25:12, 209:6, 209:22, 213:24, 216:18, 219:23, 220:16, 261:1, 284:8, 284:17, 284:19, 285:3, 288:13, 288:23
**falsification** [1] - 287:7
**falsifies** [1] - 284:16
**falsifying** [2] - 284:3, 287:5
**falsity** [1] - 288:25
**familiar** [18] - 181:15, 197:2, 262:18, 262:21, 262:25, 263:4, 263:7, 263:10, 263:12, 263:14, 263:17, 263:21, 263:23, 264:1, 269:23, 272:6, 276:10, 276:17
**familiarity** [1] - 105:19
**families** [1] - 146:4
**family** [33] - 13:25, 20:11, 41:20, 41:22, 42:20, 45:24, 48:9, 51:25, 52:1, 60:2, 60:5, 63:6, 69:24, 70:6, 74:4, 87:21, 89:8, 92:18, 93:4, 102:7, 121:17, 127:2, 130:22, 219:10, 223:6, 223:7, 236:5, 244:14, 244:15, 246:21
**family's** [1] - 222:21
**famous** [1] - 246:7
**far** [9] - 6:16, 84:2, 84:6, 84:9, 125:18, 130:16, 131:8, 182:10, 240:16
**farms** [1] - 107:11
**father** [6] - 50:12, 51:5, 53:9, 62:14, 97:23, 222:19
**father's** [2] - 50:24, 62:25
**fathers** [1] - 166:25
**favor** [2] - 18:23, 35:7
**favorable** [1] - 196:15
**favorite** [1] - 152:14
**FBI** [13] - 17:20, 45:14, 45:15, 54:7, 60:6, 60:11, 60:14, 60:16, 64:2, 70:16, 170:19, 232:23, 233:11
**FBL** [1] - 96:4
**February** [11] - 34:14, 34:23, 83:5, 83:16, 83:17, 84:21, 84:24, 85:8, 85:22, 86:7, 234:8
**federal** [39] - 22:3, 25:4, 32:19, 33:4, 33:10, 33:14, 33:17, 35:21, 36:25, 45:1, 54:4, 54:9, 54:10, 54:12, 59:13, 59:20, 62:14, 63:10, 102:6, 141:4, 178:18, 179:4, 180:6, 193:5, 224:1, 259:19, 259:25, 260:8, 264:5, 264:11, 265:17, 266:16, 270:8, 275:7,

275:11, 280:14, 280:15, 287:21, 288:2
**Federal** [8] - 23:15, 44:23, 63:11, 64:15, 264:15, 287:19, 287:22, 288:18
**fee** [3] - 144:21, 226:20, 232:6
**feelings** [7] - 44:7, 65:14, 141:24, 142:2, 142:3, 142:4, 147:11
**Felix** [4] - 32:25, 47:16, 65:2, 91:13
**fellow** [7] - 197:14, 247:14, 248:3, 250:8, 256:12, 257:5, 290:16
**fellowship** [3] - 246:6, 246:10, 246:11
**felon** [1] - 230:12
**felonies** [3] - 14:15, 15:5, 275:8
**felony** [2] - 275:6, 275:7
**felt** [1] - 223:4
**fence** [1] - 162:6
**Fernandez** [4] - 94:21, 95:14, 153:1, 153:6
**few** [24] - 21:22, 65:21, 78:4, 78:5, 78:11, 119:1, 134:18, 137:18, 139:7, 144:1, 173:13, 183:23, 202:24, 203:3, 241:22, 247:5, 256:1, 267:18, 269:17, 271:14, 271:20, 284:11, 290:5, 290:18
**few-minute** [1] - 78:11
**fiancee** [5] - 74:16, 75:5, 102:22, 103:15, 112:22
**fictitious** [2] - 284:18, 284:19
**field** [10] - 65:17, 96:17, 104:4, 144:5, 148:13, 245:2, 246:19, 247:2, 248:20, 264:16
**fifth** [2] - 92:5, 163:25
**figure** [4] - 13:8, 82:16, 103:11, 213:12
**figured** [1] - 107:5
**fil** [1] - 202:9
**file** [5] - 18:17, 171:4, 251:10, 272:12, 272:15
**filed** [12] - 8:16, 193:8, 219:22, 233:21, 233:25, 242:7, 242:8, 253:7, 253:10, 253:12, 253:14, 280:23
**files** [1] - 22:8
**fill** [3] - 11:17, 209:1, 251:8
**filled** [6] - 11:15, 211:9, 215:8, 215:22, 232:9, 232:13
**filling** [2] - 251:4, 251:7
**fills** [1] - 213:20

**finally** [4] - 59:4, 213:7, 234:24, 254:17
**finance** [2] - 139:2, 139:3
**financial** [3] - 108:17, 125:11, 280:20
**financially** [3] - 251:22, 274:24, 293:13
**financing** [1] - 91:17
**fine** [3] - 76:8, 136:13, 180:22
**fined** [1] - 284:22
**fines** [1] - 287:13
**finest** [1] - 246:9
**finger** [1] - 258:2
**finish** [5] - 53:4, 104:11, 118:17, 137:14, 167:9
**finished** [3] - 137:10, 147:16, 190:7
**finishes** [1] - 245:25
**firefighter** [2] - 102:23, 103:16
**firm** [11] - 28:4, 29:14, 29:16, 100:10, 104:25, 109:12, 109:22, 139:11, 167:21, 177:19, 227:15
**Firm** [2] - 28:6, 110:1
**firs** [1] - 60:17
**first** [46] - 11:3, 12:20, 13:2, 13:5, 13:11, 20:15, 21:25, 26:24, 32:14, 33:12, 42:1, 42:15, 42:17, 52:2, 61:17, 110:20, 130:15, 138:3, 154:25, 170:3, 170:9, 185:6, 188:7, 188:14, 198:4, 201:19, 204:1, 207:16, 208:1, 211:20, 218:4, 224:21, 225:25, 228:25, 235:21, 246:23, 258:21, 259:2, 271:22, 272:1, 272:17, 273:11, 274:16, 275:1, 276:2, 286:13
**five** [23] - 33:16, 33:18, 46:6, 55:4, 55:9, 61:24, 70:2, 125:14, 139:12, 162:15, 188:11, 217:19, 226:6, 226:21, 234:8, 266:5, 272:21, 274:2, 274:10, 282:7, 283:15, 284:22
**fixed** [1] - 116:22
**FL** [4] - 2:3, 2:6, 2:10, 2:13
**flat** [1] - 226:20
**FLEISCHER** [1] - 1:13
**flesh** [6] - 40:14, 52:15, 59:2, 59:21, 59:22, 80:13
**fleshed** [1] - 170:11
**Fletcher** [1] - 64:3
**fletcher** [2] - 44:13, 45:6
**flight** [4] - 85:3, 85:8, 85:17, 159:16

**flipped** [1] - 212:20
**floor** [10] - 10:22, 13:21, 13:23, 13:24, 16:1, 133:11, 133:12, 176:6, 202:6
**FLOOR** [1] - 1:19
**Flores** [4] - 80:3, 80:12, 118:9, 118:10
**flores** [2] - 80:8, 81:2
**Florez** [2] - 111:1, 111:15
**FLORIDA** [2] - 1:1, 1:6
**Florida** [25] - 19:17, 20:9, 46:21, 47:3, 60:22, 61:14, 61:21, 66:14, 81:21, 97:1, 104:22, 117:18, 117:19, 117:20, 122:7, 126:10, 126:12, 126:22, 244:19, 246:20, 246:21, 252:15, 281:19, 293:6, 293:18
**flow** [1] - 229:22
**flows** [1] - 210:3
**flurry** [1] - 16:4
**fly** [4] - 52:9, 52:10, 84:21, 198:23
**flying** [3] - 83:13, 198:24, 198:25
**focus** [3] - 270:14, 284:10, 286:12
**focussing** [1] - 286:12
**folder** [1] - 277:7
**folders** [1] - 277:7
**folks** [12] - 19:23, 20:3, 138:13, 139:13, 140:21, 143:12, 143:24, 144:2, 232:14, 233:3, 236:1, 257:24
**follow** [26] - 21:9, 21:15, 33:2, 44:3, 45:12, 77:13, 88:14, 98:5, 106:4, 114:13, 119:9, 134:19, 137:18, 137:21, 144:1, 144:4, 150:14, 170:21, 179:13, 179:18, 181:4, 195:9, 195:11, 222:21, 231:24, 264:2
**follow-up** [9] - 33:2, 44:3, 119:9, 134:19, 137:18, 144:1, 150:14, 170:21, 179:13
**followed** [2] - 195:3, 197:3
**following** [12] - 39:9, 61:18, 68:2, 203:1, 218:18, 224:1, 224:11, 225:9, 236:20, 237:19, 282:6, 286:22
**follows** [1] - 259:3
**Foodman** [1] - 31:11
**football** [1] - 287:24
**footsteps** [1] - 222:21
**FOR** [2] - 1:16, 2:2
**Force** [1] - 118:1
**foregoing** [2] - 293:3, 293:8

**foreign** [2] - 165:6, 165:11
**foremost** [2] - 224:22, 225:25
**foreperson** [2] - 140:24, 141:11
**foresee** [1] - 93:25
**forget** [2] - 195:20, 224:12
**forgive** [3] - 68:2, 114:13, 115:18
**forgot** [1] - 53:18
**form** [8] - 135:1, 150:1, 230:16, 242:7, 242:9, 272:6, 287:10
**formalized** [1] - 217:5
**formally** [1] - 129:23
**formed** [2] - 182:14, 196:18
**former** [3] - 43:17, 53:15, 99:13
**forms** [1] - 219:23
**fort** [1] - 79:18
**Fort** [3] - 139:23, 186:7, 186:17
**forth** [8] - 11:22, 22:2, 22:6, 22:15, 27:2, 178:16, 179:3, 184:19
**forward** [2] - 226:13, 227:21
**founding** [2] - 166:25, 174:8
**Fountain** [1] - 222:10
**four** [25] - 29:13, 34:18, 35:19, 36:3, 36:5, 61:24, 70:2, 80:11, 134:25, 182:11, 195:19, 210:6, 210:8, 213:7, 246:2, 246:3, 249:24, 250:24, 251:1, 256:22, 259:24, 268:7, 268:8, 268:9, 268:15
**four-and-a-half** [1] - 182:11
**fourth** [4] - 94:22, 186:1, 200:3, 226:5
**fourths** [1] - 199:11
**FPL** [1] - 95:17
**framed** [1] - 236:6
**frank** [1] - 24:3
**FRANK** [1] - 2:4
**Frank** [1] - 6:21
**FRAUD** [2] - 1:18, 1:21
**fraud** [44] - 23:11, 141:8, 141:21, 176:23, 177:25, 213:10, 217:21, 219:16, 220:2, 221:23, 221:24, 222:2, 222:4, 222:6, 226:13, 230:19, 231:2, 232:3, 233:18, 234:11, 234:15, 235:12, 235:22, 238:5, 238:12, 238:19, 238:22, 239:18, 241:20, 241:21, 244:24, 248:12, 259:20, 259:22, 260:10, 260:16, 262:8, 262:13, 263:24, 264:19, 267:17

**fraudster** [7] - 227:8, 227:13, 228:15, 230:12, 230:23, 232:21, 238:6
**fraudsters** [1] - 228:10
**fraudulent** [10] - 24:19, 209:23, 213:25, 227:1, 239:25, 260:22, 284:18, 284:19, 285:4, 288:23
**fraudulently** [1] - 214:1
**free** [1] - 287:24
**French** [1] - 202:11
**Fresco** [4] - 94:25, 111:9, 111:11, 111:16
**Friday** [6] - 31:14, 84:25, 85:23, 88:22, 187:3, 198:23
**friend** [26] - 41:20, 42:2, 44:8, 44:10, 49:23, 60:14, 60:17, 64:5, 70:5, 74:4, 87:21, 90:3, 101:14, 101:15, 221:21, 222:2, 224:4, 226:12, 227:7, 227:23, 228:2, 228:16, 235:22, 236:14, 238:8, 239:24
**friend's** [4] - 50:3, 50:6, 60:11, 60:12
**friendly** [1] - 290:3
**friends** [29] - 41:22, 42:11, 45:25, 48:8, 50:2, 51:25, 52:1, 52:19, 53:13, 54:15, 60:2, 60:5, 60:10, 63:6, 80:5, 89:8, 124:20, 222:17, 224:16, 236:5, 243:22, 247:25, 248:1, 248:5, 248:16, 250:18, 256:12, 257:3, 258:4
**friendship** [14] - 221:19, 221:20, 221:22, 222:8, 222:14, 225:5, 226:15, 227:6, 229:8, 229:17, 232:15, 235:14, 238:21, 239:21
**frightened** [1] - 159:22
**front** [22] - 12:3, 12:4, 18:24, 27:2, 29:11, 32:23, 32:24, 40:7, 41:8, 41:23, 64:20, 85:19, 98:8, 138:17, 149:14, 177:21, 178:3, 183:6, 225:11, 230:12, 231:21, 238:3
**frozen** [2] - 232:19, 233:14
**frustration** [1] - 235:2
**fuel** [1] - 80:25
**full** [8] - 83:16, 86:6, 112:14, 131:4, 242:9, 244:20, 244:22, 285:21
**fulsome** [1] - 30:25
**fun** [1] - 119:18
**functions** [1] - 267:17

**fund** [1] - 229:14
**funded** [3] - 121:6, 263:10, 266:13
**funds** [3] - 139:24, 234:18
**furnishing** [1] - 284:8
**future** [3] - 68:19, 228:3, 232:11

## G

**gables** [1] - 102:8
**Gables** [4] - 89:4, 106:24, 112:23, 128:23
**GABLES** [1] - 2:6
**gain** [3] - 222:7, 273:11, 284:9
**galley** [1] - 39:13
**game** [1] - 287:24
**gang** [3] - 141:13, 141:15, 141:16
**gang-related** [3] - 141:13, 141:15, 141:16
**Garcia** [8] - 57:8, 61:13, 69:7, 85:7, 86:5, 108:16, 113:1, 127:6
**Garcia-Cartaya** [3] - 57:8, 86:5, 108:16
**Gary** [3] - 19:4, 57:24, 117:17
**gas** [1] - 80:25
**gauge** [1] - 134:23
**Gayla** [2] - 48:15, 92:4
**gears** [1] - 276:9
**General** [1] - 23:13
**general** [5] - 95:1, 98:4, 98:12, 139:22, 282:20
**generally** [5] - 43:19, 53:23, 148:8, 180:20, 269:9
**generate** [1] - 211:25
**gentleman** [2] - 186:5, 196:17
**gentlemen** [23] - 19:16, 23:19, 24:1, 31:16, 32:18, 41:17, 73:17, 151:1, 159:15, 166:24, 176:1, 207:9, 209:4, 213:13, 214:8, 214:25, 227:2, 237:24, 238:24, 239:19, 240:6, 240:11, 289:9
**get-go** [1] - 182:12
**gift** [3] - 256:3, 287:24
**gifted** [1] - 256:3
**Gina** [3] - 35:17, 85:21, 107:8
**gina** [1] - 56:8
**girls** [1] - 125:14
**given** [7] - 9:4, 35:2, 36:9, 63:12, 98:14, 197:5, 289:8
**glaucoma** [1] - 98:15
**Glazer's** [1] - 110:18
**Glenn** [2] - 105:4, 105:7
**goal** [1] - 98:13

**goals** [1] - 21:3
**god** [4] - 26:4, 207:22, 254:25, 256:2
**golden** [1] - 210:2
**Gonzales** [11] - 24:4, 74:11, 74:13, 74:15, 75:12, 81:7, 82:5, 82:8, 165:5, 191:4, 191:15
**Gonzalez** [3] - 6:24, 112:13, 113:25
**goodness** [2] - 171:23, 235:21
**googling** [1] - 203:7
**gorman** [1] - 31:9
**Gorman** [1] - 31:14
**Gotcha** [1] - 29:3
**GOVERNMENT** [1] - 1:16
**government** [16] - 22:18, 133:25, 134:14, 137:2, 149:17, 166:25, 188:7, 193:5, 208:8, 221:18, 236:3, 236:13, 258:21, 259:19, 266:20, 275:11
**Government** [77] - 7:17, 8:5, 8:15, 9:2, 9:5, 15:22, 22:2, 22:8, 22:10, 23:8, 25:18, 117:11, 152:3, 167:2, 167:3, 167:4, 167:5, 173:19, 173:25, 174:14, 174:18, 177:24, 184:19, 185:7, 185:13, 185:19, 186:2, 187:10, 187:18, 188:5, 188:12, 188:13, 189:1, 189:10, 189:15, 189:23, 190:14, 190:21, 190:23, 193:6, 194:11, 196:3, 196:15, 196:24, 197:20, 199:6, 199:21, 203:24, 204:9, 205:2, 208:1, 217:25, 219:17, 221:13, 229:21, 234:1, 234:8, 235:4, 235:24, 236:11, 236:12, 238:2, 238:14, 238:21, 239:6, 240:23, 243:13, 243:25, 249:4, 257:19, 258:11, 258:22, 264:15, 277:16, 279:15, 291:7, 291:9
**Government's** [18] - 8:17, 17:7, 187:6, 221:21, 247:10, 254:13, 255:11, 277:21, 278:9, 278:11, 278:13, 278:15, 278:17, 278:19, 278:21, 278:23, 279:1, 291:10
**government's** [3] - 4:2, 188:14, 189:12
**grab** [1] - 10:13
**grade** [3] - 92:5, 94:23, 97:16
**grading** [1] - 95:7

**graduated** [4] - 118:15, 127:13, 222:24, 244:12
**graduates** [5] - 244:15, 244:17, 244:23, 245:25, 246:1
**graduating** [1] - 245:13
**Grady** [6] - 46:17, 46:18, 47:15, 90:22, 91:12, 140:5
**grand** [6] - 32:20, 33:6, 40:13, 41:5, 41:6, 41:8
**grandchildren** [1] - 87:14
**grandmother** [2] - 111:22, 111:24
**grateful** [2] - 227:24, 228:2
**gratitude** [3] - 227:23, 232:9, 232:13
**gray** [2] - 31:11, 231:16
**great** [9] - 51:17, 66:21, 97:12, 104:14, 111:7, 154:17, 202:7, 224:19, 251:21
**greater** [1] - 274:3
**greatly** [1] - 8:24
**greed** [1] - 222:7
**Greensboro** [1] - 244:16
**grew** [2] - 54:2, 222:14
**ground** [1] - 194:22
**Group** [2] - 97:24, 270:3
**group** [5] - 11:1, 11:22, 48:3, 115:22, 227:16
**grouped** [1] - 134:9
**grow** [2] - 47:20, 228:3
**growing** [1] - 252:10
**grown** [1] - 53:12
**Guard** [6] - 92:24, 259:16, 259:17, 259:21, 261:3, 266:25
**guess** [11] - 75:23, 112:10, 149:8, 206:1, 234:2, 251:11, 252:13, 252:15, 256:24, 257:3, 284:5
**guided** [1] - 36:11
**guidelines** [2] - 260:2, 260:15
**guiding** [1] - 183:11
**guilt** [2] - 143:14, 143:18
**guilty** [27] - 155:22, 156:4, 156:6, 156:7, 156:19, 160:18, 161:8, 164:8, 178:25, 179:11, 182:20, 219:16, 221:14, 226:9, 234:1, 236:4, 236:10, 236:14, 237:15, 240:8, 243:9, 258:15, 258:16, 258:17
**guns** [1] - 141:19
**gut** [1] - 174:23
**guy** [16] - 80:19, 236:14, 238:10, 248:10, 251:20, 252:21, 253:22, 255:2,

255:6, 256:1, 256:5, 256:11, 256:18, 256:24, 258:3, 258:9
**guys** [2] - 164:24, 177:15
**gym** [1] - 222:10

## H

**Halem** [2] - 227:16
**half** [6] - 51:24, 182:11, 207:1, 213:23, 222:3, 261:21
**Halum** [2] - 233:7, 233:24
**hand** [32] - 8:25, 12:1, 16:5, 16:23, 16:25, 25:22, 26:11, 26:13, 27:12, 27:13, 28:22, 31:18, 33:3, 41:23, 66:2, 66:10, 78:22, 80:2, 83:2, 137:3, 138:1, 138:6, 140:21, 152:25, 154:7, 168:12, 169:25, 170:9, 175:21, 207:18, 238:25, 258:24
**hand-written** [1] - 16:23
**handed** [1] - 13:12
**handful** [1] - 277:24
**handle** [4] - 142:14, 163:17, 164:3, 207:14
**handled** [2] - 45:15, 142:1
**hands** [30] - 11:3, 32:17, 32:22, 63:16, 63:19, 63:23, 64:16, 64:19, 66:9, 73:16, 73:24, 73:25, 74:9, 75:13, 76:14, 76:23, 76:24, 77:8, 77:9, 77:19, 77:23, 81:18, 83:20, 138:16, 139:8, 143:23, 150:11, 150:13, 151:9, 157:3
**handwriting** [1] - 200:12
**hap** [1] - 183:23
**happy** [3] - 89:15, 206:4, 291:14
**harbor** [1] - 147:8
**Harbor** [1] - 281:19
**hard** [8] - 90:8, 90:17, 147:11, 161:12, 168:25, 222:25, 246:15, 254:15
**hardly** [1] - 235:11
**hardship** [2] - 93:9, 94:2
**Harmon** [9] - 12:6, 18:21, 19:24, 51:21, 176:15, 200:25, 201:2, 201:10, 204:3
**Haven** [1] - 100:14
**Haylum** [1] - 31:12
**head** [13] - 11:14, 11:24, 59:1, 129:2, 133:6, 148:22, 148:24, 152:19, 153:7, 153:22, 212:21, 224:14, 239:4

**headed** [2] - 52:17, 79:17
**heads** [4] - 60:1, 108:15, 155:4, 156:22
**health** [19] - 69:12, 113:25, 114:3, 114:19, 120:19, 120:21, 139:17, 146:11, 146:14, 192:21, 222:16, 222:19, 265:17, 265:18, 265:19, 268:18, 270:20, 288:2
**Health** [5] - 23:14, 44:23, 64:14, 122:15, 266:23
**Healthcare** [1] - 270:3
**healthcare** [50] - 25:4, 25:9, 25:13, 29:6, 29:8, 29:10, 29:11, 67:3, 104:4, 121:25, 144:5, 145:9, 145:13, 167:19, 182:12, 183:5, 183:14, 193:3, 196:7, 208:12, 216:19, 217:20, 217:21, 218:7, 227:10, 227:15, 233:6, 260:16, 260:19, 264:6, 264:11, 267:18, 269:25, 270:5, 270:8, 270:20, 270:25, 272:19, 274:18, 275:7, 275:8, 275:10, 284:15, 284:21, 285:3, 285:5, 285:7, 285:14
**healthcare-related** [1] - 145:9
**hear** [90] - 19:11, 21:8, 26:16, 30:23, 32:6, 41:18, 45:6, 49:12, 54:3, 64:8, 65:12, 71:2, 72:17, 73:10, 84:10, 87:23, 88:7, 111:13, 131:3, 133:14, 137:4, 140:14, 148:3, 148:4, 148:6, 150:23, 159:24, 160:1, 163:20, 164:7, 164:16, 164:20, 164:21, 164:23, 165:21, 176:20, 176:22, 181:12, 191:10, 197:4, 208:1, 209:4, 209:11, 209:13, 209:16, 210:11, 210:13, 211:6, 211:9, 211:15, 211:18, 211:22, 211:24, 212:20, 213:3, 213:11, 213:14, 213:25, 214:4, 214:10, 214:25, 215:2, 215:10, 215:13, 215:16, 215:18, 216:15, 217:16, 218:4, 218:5, 218:14, 218:16, 219:3, 219:5, 219:9, 219:15, 220:1, 228:6, 230:22, 235:8, 236:13, 238:3, 239:11, 258:14, 259:13, 265:11, 265:12, 289:20
**heard** [31] - 7:19, 30:1, 38:6,

48:6, 49:10, 51:3, 54:15, 58:4, 63:9, 73:22, 74:8, 81:25, 83:1, 87:22, 90:1, 98:16, 104:3, 111:4, 116:10, 123:11, 140:15, 141:20, 151:25, 158:5, 160:14, 162:8, 163:25, 176:24, 193:2, 221:11, 289:19
**hearing** [5] - 51:18, 59:13, 149:23, 236:21, 293:13
**hearings** [2] - 83:7, 83:16
**hearsay** [1] - 235:6
**heart** [1] - 208:22
**Heather** [1] - 31:6
**heavily** [1] - 193:9
**heavy** [2] - 141:22, 173:25
**heck** [1] - 236:10
**hector** [1] - 60:4
**Hector** [1] - 113:14
**Heights** [1] - 94:23
**held** [6] - 148:10, 175:3, 261:22, 262:2, 262:7, 262:12
**hello** [11] - 46:1, 49:22, 57:8, 74:11, 81:7, 108:16, 118:24, 126:9, 126:20, 128:11, 154:10
**help** [16] - 12:6, 18:8, 20:6, 26:4, 89:25, 132:4, 139:11, 159:12, 202:12, 204:2, 204:19, 207:22, 208:5, 222:21, 229:23, 256:4
**helped** [3] - 216:3, 221:2, 228:14
**helpful** [2] - 20:3, 71:2
**helping** [2] - 222:19, 223:5
**helps** [4] - 27:5, 93:6, 132:3, 202:17
**herein** [2] - 207:20, 286:25
**herself** [2] - 93:9, 230:10
**hesitate** [1] - 44:6
**HHA** [1] - 122:15
**HHS** [1] - 54:7
**HHSOIG** [1] - 17:24
**hi** [10] - 58:13, 87:12, 102:19, 113:14, 113:24, 115:12, 119:24, 120:16, 131:16, 142:17
**Hi** [4] - 19:1, 54:20, 71:12, 154:9
**Hialeah** [4] - 99:20, 100:3, 123:3, 129:23
**HICN** [1] - 266:8
**hid** [7] - 214:20, 215:25, 216:1, 216:21, 226:25, 227:4, 230:1
**hide** [6] - 209:10, 210:19, 220:2, 229:9, 229:24
**High** [2] - 87:25, 244:13

**high** [15] - 42:2, 42:10, 43:18, 93:17, 93:18, 97:8, 116:24, 173:22, 174:3, 174:4, 174:18, 209:10, 271:19, 273:9, 275:17
**higher** [6] - 23:4, 35:11, 36:13, 175:1, 175:3
**highest** [2] - 173:22, 258:12
**highlight** [1] - 16:11
**highly** [2] - 9:13, 258:3
**Highway** [5] - 46:21, 46:23, 47:3, 61:14, 61:21
**Hill** [37] - 4:13, 32:11, 51:18, 210:15, 213:4, 215:1, 215:4, 215:13, 219:19, 221:3, 245:5, 245:20, 247:23, 252:8, 252:13, 252:15, 253:4, 253:6, 253:9, 253:11, 255:14, 255:19, 256:19, 276:11, 276:13, 276:15, 277:15, 279:16, 281:5, 281:16, 281:17, 281:20, 283:25, 285:18, 293:17, 293:17
**hill** [2] - 20:4, 26:22
**Hill's** [1] - 216:22
**Hilton** [1] - 222:10
**himself** [15] - 17:25, 152:2, 210:23, 227:8, 239:25, 243:7, 245:9, 245:14, 251:13, 252:7, 253:2, 253:20, 255:2, 256:20, 257:14
**hinder** [1] - 124:25
**hindrance** [1] - 130:4
**hip** [3] - 81:17, 191:5, 191:21
**hired** [1] - 227:14
**history** [1] - 53:3
**hit** [3] - 130:22, 167:23, 222:12
**hits** [1] - 252:22
**HMO** [1] - 268:23
**hold** [6] - 22:17, 109:20, 111:3, 123:23, 174:25, 188:18
**Holden** [16] - 19:2, 19:3, 27:16, 27:22, 28:19, 53:6, 53:19, 54:17, 83:2, 83:3, 83:18, 83:21, 101:23, 102:10, 102:11, 103:6
**Holden's** [1] - 54:19
**holds** [2] - 259:18, 290:14
**holiday** [2] - 131:8, 232:9
**holidays** [1] - 232:5
**Home** [4] - 90:4, 99:16, 122:15, 138:10
**home** [32] - 69:11, 81:11, 81:16, 90:11, 92:18, 93:13, 95:19, 96:14, 99:18, 101:10, 101:18, 109:5,

112:22, 113:25, 114:3, 114:19, 118:19, 123:5, 123:8, 124:16, 125:15, 146:11, 146:14, 172:10, 191:9, 191:16, 192:21, 193:3, 193:7, 256:6, 268:17
**homes** [1] - 114:22
**homestead** [1] - 95:18
**Homestead** [1] - 108:19
**homicide** [1] - 53:16
**honest** [8] - 136:3, 153:25, 158:1, 159:21, 169:7, 170:20, 178:20, 223:10
**honestly** [2] - 174:1, 230:17
**Honor** [136] - 6:13, 6:15, 6:19, 6:20, 8:1, 8:2, 8:14, 8:18, 9:9, 9:12, 9:15, 10:4, 10:19, 11:12, 15:9, 15:16, 15:21, 15:24, 16:3, 16:13, 16:15, 16:24, 16:25, 17:4, 17:10, 17:16, 17:23, 19:10, 23:9, 23:18, 23:25, 37:15, 39:11, 44:21, 44:25, 45:3, 50:10, 51:15, 53:7, 75:16, 85:10, 88:7, 88:12, 88:18, 104:14, 109:15, 111:12, 111:13, 134:24, 135:22, 136:9, 136:10, 136:16, 137:17, 150:2, 150:8, 150:20, 150:23, 168:18, 176:12, 176:18, 179:23, 184:6, 184:7, 185:1, 186:5, 186:8, 186:11, 186:19, 187:1, 187:25, 188:12, 188:24, 190:2, 190:24, 191:13, 191:18, 192:6, 192:19, 193:4, 193:13, 194:3, 194:6, 195:2, 196:4, 196:11, 197:8, 197:10, 197:18, 197:21, 197:24, 198:6, 198:15, 198:18, 199:22, 200:1, 200:9, 200:11, 200:19, 200:23, 203:25, 204:10, 204:13, 204:15, 205:1, 205:7, 205:11, 205:16, 205:24, 206:6, 206:7, 206:17, 206:21, 207:3, 217:8, 235:17, 236:18, 236:22, 240:10, 264:14, 264:20, 264:25, 265:15, 267:2, 267:4, 276:21, 276:25, 277:2, 277:16, 277:23, 277:25, 278:7, 289:6, 291:13, 291:17
**honor** [2] - 23:20, 24:2
**Honor's** [2] - 10:13, 195:3
**HONORABLE** [1] - 1:13
**honored** [1] - 225:15

**hope** [7] - 13:13, 20:12, 20:21, 109:8, 159:16, 203:14, 235:3
**hopefully** [3] - 10:23, 78:10, 118:9
**hoping** [2] - 220:5, 220:6
**hospice** [6] - 64:22, 64:23, 65:18, 65:20, 91:24, 132:5
**hospital** [7] - 67:16, 72:3, 96:16, 98:11, 98:13, 245:20, 268:17
**hospitals** [10] - 67:10, 145:14, 145:15, 145:17, 145:21, 145:24, 146:8, 246:7, 246:9, 260:19
**HOUGH** [1] - 1:17
**Hough** [3] - 6:8, 6:11, 23:12
**hounds** [1] - 215:24
**hour** [6] - 51:24, 78:7, 78:8, 207:1, 289:8, 290:5
**hours** [2] - 93:18, 116:1
**house** [10] - 47:19, 86:25, 87:18, 90:1, 98:8, 113:20, 116:21, 124:2, 162:19, 287:3
**household** [4] - 87:9, 91:9, 99:4, 110:16
**housekeeping** [1] - 205:8
**houses** [2] - 60:10, 132:4
**HOUSTON** [1] - 1:22
**HR** [2] - 47:1, 140:5
**Huck's** [1] - 133:23
**Human** [4] - 23:14, 44:24, 64:14, 266:23
**human** [4] - 90:23, 139:11, 155:13, 174:22
**Humana** [1] - 269:23
**hundred** [10] - 121:25, 122:1, 122:3, 144:21, 212:3, 226:21, 227:12, 233:23, 264:9, 264:10
**hunt** [1] - 235:10
**hunting** [1] - 253:21
**Hurwitz** [1] - 6:16
**husband** [26] - 47:25, 56:9, 57:2, 59:17, 87:17, 87:25, 91:1, 94:25, 101:2, 101:10, 101:12, 101:17, 104:20, 105:8, 105:9, 105:22, 106:1, 107:12, 110:17, 114:16, 116:20, 117:1, 121:14, 122:18, 126:23, 128:23
**husband's** [3] - 105:3, 109:5, 127:7
**hustle** [1] - 202:15

# I

**I'** [1] - 71:15

**Iben** [2] - 31:5, 31:13
**ID** [3] - 266:4, 272:2, 272:3
**idea** [14] - 21:11, 155:5, 155:12, 156:17, 161:9, 222:2, 222:5, 224:18, 227:4, 228:10, 229:6, 231:12, 232:22, 235:25
**identification** [3] - 276:23, 281:9, 287:12
**identified** [3] - 26:22, 31:2, 54:7
**identifier** [2] - 272:2, 281:7
**Identifier** [1] - 266:4
**identify** [4] - 11:9, 26:23, 259:19, 260:25
**identities** [3] - 217:14, 273:24, 274:21
**identity** [4] - 171:2, 171:3, 214:20, 241:25
**ignorance** [1] - 288:24
**ill** [2] - 124:2, 147:8
**illegal** [12] - 208:15, 209:18, 209:21, 209:22, 211:23, 216:5, 218:25, 219:4, 219:21, 221:4, 227:4, 231:15
**image** [1] - 247:11
**imagine** [2] - 204:4, 232:14
**immediately** [2] - 222:14, 287:3
**immoral** [1] - 143:8
**impace** [1] - 144:24
**impact** [33] - 28:14, 28:17, 30:17, 43:6, 43:15, 43:24, 46:12, 47:11, 48:10, 49:6, 50:6, 50:25, 52:19, 53:20, 56:4, 57:4, 57:21, 58:8, 58:21, 59:12, 59:24, 61:6, 62:7, 63:1, 64:8, 72:19, 76:10, 100:24, 104:6, 106:7, 117:8, 132:9, 196:7
**impacted** [1] - 128:7
**impactful** [1] - 45:5
**impair** [1] - 75:1
**impartial** [77] - 9:6, 28:15, 30:6, 30:8, 30:18, 43:6, 43:8, 43:10, 43:25, 45:9, 46:12, 47:12, 48:11, 49:7, 50:7, 50:25, 52:20, 53:21, 53:25, 54:1, 56:4, 56:24, 57:21, 58:9, 61:7, 62:5, 63:2, 66:6, 69:3, 69:17, 71:7, 71:9, 72:20, 73:19, 75:2, 76:10, 76:22, 94:17, 98:20, 104:6, 106:8, 110:13, 115:8, 116:13, 119:16, 121:10, 123:14, 126:6, 127:4, 127:24, 128:3, 130:17, 132:10, 134:25, 135:2, 137:20,

137:23, 144:25, 151:20, 157:6, 158:18, 158:19, 159:4, 159:9, 159:11, 161:18, 162:5, 162:8, 162:9, 177:14, 178:19, 179:9, 180:25, 193:14, 196:19, 196:23, 197:2
**impartiality** [1] - 66:22
**impartially** [1] - 143:17
**impeccable** [2] - 228:12, 230:9
**implicate** [1] - 182:20
**implicated** [2] - 51:6, 119:13
**implore** [1] - 243:17
**impolite** [1] - 290:1
**importance** [2] - 20:13, 223:23
**important** [21] - 23:2, 27:4, 133:10, 156:15, 166:18, 166:20, 169:4, 169:12, 174:2, 174:7, 174:8, 240:15, 241:4, 241:8, 241:16, 241:21, 242:13, 242:16, 263:18, 274:14, 281:14
**importantly** [1] - 224:21
**imposed** [1] - 275:11
**imposition** [1] - 287:13
**impossible** [4] - 76:19, 77:22, 271:5, 271:11
**imprisoned** [1] - 284:22
**imprisonment** [1] - 287:14
**improper** [1] - 150:2
**inapplicable** [1] - 127:22
**Inaudible** [1] - 122:18
**Inc** [5] - 32:11, 32:13, 114:5
**inclined** [1] - 133:4
**include** [7] - 44:23, 63:10, 162:16, 225:18, 239:14, 287:19, 288:18
**included** [2] - 225:25, 231:20
**includes** [2] - 264:17, 290:10
**including** [7] - 15:7, 63:10, 77:21, 78:3, 133:19, 210:16, 287:11
**income** [2] - 116:22, 253:9
**inconvenience** [1] - 20:11
**incorporated** [3] - 9:21, 13:13, 269:23
**incorporation** [1] - 282:15
**independent** [1] - 67:5
**independently** [1] - 227:18
**INDEX** [2] - 3:1, 4:1
**India** [1] - 212:7
**indicate** [7] - 21:18, 26:11, 32:21, 41:22, 78:13, 186:17, 287:15
**indicated** [7] - 40:7, 77:18, 84:5, 133:3, 135:4, 176:24, 177:12

**indicates** [3] - 281:19, 283:12, 285:20
**indicating** [1] - 89:16
**indication** [3] - 186:24, 193:1, 195:11
**indicator** [1] - 135:19
**indicted** [3] - 235:15, 239:3, 243:8
**indictment** [12] - 12:24, 22:1, 22:4, 22:8, 24:11, 30:8, 30:13, 76:15, 167:17, 196:5, 241:17, 241:18
**indictments** [1] - 177:25
**indirectly** [1] - 282:23
**individual** [10] - 164:1, 240:20, 240:22, 242:21, 243:15, 254:12, 272:3, 282:22, 282:25, 284:22
**individually** [5] - 14:9, 61:5, 142:9, 155:3, 241:3
**individuals** [8] - 54:8, 153:19, 241:10, 241:14, 265:21, 282:6, 284:14, 285:1
**induce** [1] - 287:25
**indulgence** [1] - 167:11
**industry** [9] - 91:18, 100:16, 108:1, 108:18, 118:25, 119:25, 123:12, 124:11, 227:11
**infect** [1] - 53:1
**information** [29] - 73:1, 86:20, 89:25, 93:15, 99:9, 173:14, 208:16, 212:4, 212:6, 260:21, 261:1, 263:17, 270:21, 271:4, 271:6, 271:11, 273:3, 280:7, 280:8, 281:15, 282:1, 284:4, 284:8, 286:25, 287:1, 287:6, 287:8, 287:9, 288:13
**initial** [4] - 163:6, 228:22, 273:2, 274:19
**initials** [1] - 46:20
**initiated** [1] - 21:25
**initiates** [1] - 22:7
**inject** [1] - 151:13
**injury** [2] - 28:2, 269:12
**innermost** [1] - 169:8
**innocence** [7] - 143:14, 143:18, 155:5, 155:13, 161:19, 174:7, 198:17
**innocent** [14] - 22:14, 154:2, 155:9, 156:12, 161:10, 161:13, 179:18, 186:13, 222:7, 232:16, 234:2, 235:10, 236:6, 240:5
**inquiries** [1] - 203:7
**insensitive** [1] - 290:1
**inside** [2] - 29:6, 219:18

**insiders** [1] - 219:15
**insist** [3] - 14:15, 15:6, 15:18
**insisted** [1] - 197:1
**inspection** [1] - 253:15
**inspector** [1] - 96:25
**Inspector** [1] - 23:13
**instances** [3] - 272:12, 272:15, 280:22
**instead** [7] - 14:23, 116:2, 212:21, 213:22, 218:17, 246:5, 246:17
**Institute** [1] - 97:21
**institutional** [1] - 268:16
**instruct** [6] - 179:16, 209:6, 209:20, 217:4, 217:24, 219:1
**instructed** [5] - 11:8, 35:10, 77:3, 77:10, 77:11
**instruction** [6] - 8:3, 22:23, 35:3, 77:13, 195:11, 203:1
**instructions** [14] - 21:10, 21:16, 36:9, 76:25, 77:12, 77:16, 106:4, 137:21, 179:18, 197:14, 207:22, 282:2, 287:17, 289:9
**insurance** [31] - 67:24, 67:25, 71:21, 72:16, 73:2, 98:5, 98:6, 100:8, 100:10, 100:16, 101:3, 109:23, 110:6, 110:12, 115:6, 115:15, 115:21, 119:6, 128:2, 128:23, 129:1, 144:13, 145:23, 253:8, 265:18, 265:19, 266:6, 269:20
**Insurance** [3] - 100:12, 100:13, 100:14
**insure** [5] - 8:2, 145:24, 227:11, 230:5, 230:8
**insured** [1] - 265:22
**insurers** [1] - 218:6
**insures** [1] - 91:4
**integrity** [2] - 20:7, 270:19
**intelligence** [1] - 88:24
**intend** [1] - 149:1
**intended** [4] - 148:21, 148:24, 149:6, 149:16
**intends** [1] - 203:19
**intense** [1] - 223:7
**intention** [1] - 291:10
**interact** [1] - 100:20
**interacting** [3] - 65:5, 68:15, 129:5
**interaction** [10] - 67:20, 71:23, 94:10, 100:23, 104:5, 115:1, 116:10, 138:2, 146:22, 170:6
**interactions** [1] - 147:12
**interest** [4] - 250:6, 274:10, 280:20, 281:25

**interested** [2] - 226:13, 293:14
**interesting** [5] - 20:22, 166:9, 243:24, 249:2, 254:21
**interfere** [1] - 95:4
**international** [5] - 91:17, 112:23, 159:14, 184:14, 231:7
**International** [1] - 56:10
**Internet** [4] - 108:1, 153:24, 225:20, 273:7
**internet** [1] - 212:3
**interplay** [1] - 144:14
**interpret** [1] - 290:1
**interrupt** [3] - 10:12, 88:12, 289:7
**interviewed** [2] - 74:21, 134:22
**introduce** [4] - 7:3, 7:5, 19:23, 23:7
**introduced** [3] - 18:1, 148:1, 148:5
**introduces** [1] - 235:4
**introducing** [1] - 17:25
**introduction** [1] - 284:5
**introductory** [4] - 8:22, 9:10, 9:12, 9:14
**invade** [1] - 21:2
**investigate** [2] - 172:13, 259:19
**investigated** [6] - 45:14, 171:8, 171:18, 171:25, 262:8, 262:13
**investigates** [1] - 263:23
**investigating** [2] - 55:9, 264:18
**investigation** [11] - 44:23, 57:18, 59:19, 64:4, 64:15, 69:25, 233:11, 234:4, 234:20, 234:24, 276:8
**Investigation** [1] - 23:15
**investigations** [10] - 42:25, 46:7, 47:7, 50:20, 58:2, 59:8, 61:1, 259:22, 260:16, 267:17
**Investigations** [1] - 63:11
**investigator** [2] - 6:24, 24:5
**investigators** [1] - 53:14
**investment** [2] - 115:14, 116:21
**invoices** [5] - 213:8, 213:10, 219:24, 256:25, 257:4
**invoking** [1] - 205:11
**involve** [3] - 110:8, 123:12, 127:25
**involved** [26] - 13:4, 57:17, 59:17, 68:4, 70:16, 72:11, 74:2, 74:6, 74:16, 127:18, 130:14, 151:13, 170:19,

173:8, 193:15, 219:16, 231:1, 232:23, 234:11, 234:15, 235:12, 238:22, 239:25, 243:1, 257:8, 257:22
**involvement** [2] - 45:19, 71:4
**involves** [2] - 127:21, 141:19
**involving** [4] - 127:4, 171:15, 262:13, 284:15
**Ipson** [1] - 255:20
**IRS** [5] - 62:17, 62:18, 70:16, 70:17, 171:3
**Island** [3] - 58:17, 58:19, 58:24
**Islands** [1] - 281:19
**Isles** [2] - 87:6, 116:18
**issue** [19] - 7:15, 7:24, 14:5, 66:23, 77:18, 82:25, 149:18, 150:4, 171:12, 176:2, 177:2, 177:22, 179:6, 191:2, 192:7, 196:23, 218:12, 291:9
**issues** [12] - 29:11, 64:23, 77:2, 99:24, 126:17, 130:16, 149:13, 172:16, 193:4, 207:20, 231:23
**IT** [3] - 47:2, 111:1, 111:4
**item** [1] - 288:1
**items** [5] - 25:9, 25:13, 263:7, 284:21, 285:7
**itself** [3] - 182:10, 267:15, 273:13

## J

**Jacksonville** [2] - 42:4, 42:6
**Jamaica** [1] - 244:14
**JANUARY** [1] - 1:7
**January** [1] - 25:7
**Jason** [4] - 17:20, 23:14, 31:5
**Javier** [3] - 80:3, 80:12, 118:10
**Jeremy** [25] - 31:6, 208:24, 209:10, 209:12, 209:14, 210:14, 214:11, 215:24, 216:3, 219:18, 221:21, 222:5, 222:11, 224:3, 228:16, 240:21, 241:25, 242:9, 242:14, 242:17, 247:6, 247:9, 254:12, 255:8, 257:23
**Jersey** [1] - 116:16
**job** [20] - 56:13, 71:20, 77:1, 89:13, 89:18, 92:8, 99:23, 129:4, 138:4, 139:20, 139:22, 169:18, 169:20, 181:9, 202:18, 217:25, 223:1, 247:19, 250:17, 258:8

**jockey** [1] - 101:15
**join** [5] - 191:25, 197:17, 198:8, 198:12, 198:18
**joined** [1] - 193:10
**joins** [1] - 187:19
**jointly** [2] - 8:16, 9:2
**Jose** [4] - 24:1, 24:4, 82:9, 120:6
**JOSE** [2] - 2:2, 2:2
**jose** [3] - 6:20, 6:24, 107:25
**Josef** [1] - 49:22
**Josefa** [1] - 78:23
**joyed** [1] - 206:6
**JR** [21] - 2:4, 18:5, 18:9, 19:10, 55:5, 55:8, 85:10, 103:3, 109:15, 111:12, 191:8, 191:13, 195:6, 264:24, 265:10, 267:2, 267:7, 277:19, 278:2, 278:6, 279:3
**Juan** [1] - 110:25
**Judah** [1] - 31:10
**Jude** [1] - 96:24
**JUDGE** [2] - 1:13, 1:14
**Judge** [23] - 7:21, 13:6, 14:16, 14:21, 15:6, 15:14, 15:18, 25:25, 77:10, 133:23, 154:25, 157:9, 158:16, 184:16, 198:24, 201:5, 203:10, 203:19, 204:16, 207:12, 258:2, 265:10, 265:12
**judge** [65] - 6:3, 8:9, 12:23, 15:12, 19:19, 19:20, 22:22, 35:2, 35:5, 36:8, 40:9, 51:23, 55:5, 78:13, 81:3, 83:4, 84:19, 101:22, 102:25, 103:7, 134:2, 135:12, 137:19, 140:22, 141:20, 142:13, 143:14, 143:17, 157:4, 167:9, 167:11, 170:12, 172:17, 174:12, 177:1, 183:21, 185:5, 188:18, 190:6, 191:3, 192:12, 192:15, 193:20, 194:11, 194:14, 194:16, 194:19, 195:16, 196:13, 199:2, 199:9, 199:15, 202:4, 204:22, 206:10, 207:10, 217:24, 238:16, 240:13, 241:2, 244:10, 258:22, 277:5, 291:21
**judge's** [2] - 179:18, 291:8
**judges** [4] - 137:21, 166:16, 166:17, 241:3
**judgment** [4] - 143:22, 182:23, 241:1, 241:3
**Julia** [4] - 31:7, 69:7, 85:7, 127:6

**July** [2] - 24:20, 25:4
**jumped** [1] - 58:25
**jumping** [1] - 158:14
**jumps** [1] - 232:2
**June** [2] - 25:4, 44:9
**Jupiter** [1] - 60:20
**juries** [3] - 36:22, 40:13, 41:8
**jurisdiction** [1] - 51:7
**jurisdictional** [1] - 267:21
**juror** [34] - 11:18, 12:8, 28:15, 32:3, 37:8, 37:15, 38:15, 40:2, 41:12, 45:18, 45:24, 85:10, 102:15, 104:18, 109:16, 127:1, 128:11, 130:15, 138:16, 142:19, 146:12, 150:15, 164:7, 167:11, 169:10, 185:6, 185:22, 188:25, 189:19, 190:25, 192:17, 194:11, 194:19, 290:23
**JUROR** [757] - 19:1, 19:4, 19:7, 19:9, 27:16, 27:18, 27:24, 28:1, 28:5, 28:10, 28:13, 28:17, 28:20, 28:23, 29:2, 29:5, 29:9, 29:13, 29:15, 29:17, 29:19, 29:23, 29:25, 30:7, 30:12, 30:14, 30:19, 31:20, 31:23, 32:1, 32:25, 33:9, 33:14, 33:16, 33:19, 33:21, 33:23, 34:1, 34:5, 34:7, 34:9, 34:11, 34:14, 34:16, 34:18, 34:20, 34:24, 35:1, 35:13, 35:17, 35:19, 35:22, 35:24, 36:3, 36:6, 36:15, 36:17, 36:22, 37:3, 37:5, 37:7, 37:10, 37:13, 37:19, 37:23, 37:25, 38:2, 38:5, 38:9, 38:11, 38:14, 38:18, 38:20, 38:23, 39:1, 39:7, 39:11, 39:14, 39:17, 39:20, 39:24, 40:3, 40:9, 40:12, 40:22, 40:25, 41:2, 41:7, 41:25, 42:7, 42:9, 42:12, 42:17, 42:20, 43:1, 43:8, 43:13, 43:16, 43:21, 44:2, 44:8, 44:13, 44:16, 45:11, 46:1, 46:6, 46:9, 46:14, 46:17, 46:19, 46:21, 46:24, 47:1, 47:6, 47:9, 47:14, 47:16, 47:18, 47:22, 48:2, 48:5, 48:12, 48:14, 48:15, 48:21, 48:23, 49:2, 49:9, 49:20, 49:22, 50:3, 50:8, 50:10, 50:16, 50:21, 51:2, 51:12, 51:15, 51:23, 52:1, 52:4, 52:7, 52:9, 52:21, 52:25, 53:7, 53:9, 54:1, 54:8, 54:11, 54:14, 54:18, 54:20, 54:23, 54:25, 55:2, 55:4, 55:11,

55:14, 55:16, 55:19, 55:22, 56:1, 56:6, 56:9, 56:14, 56:17, 56:20, 57:1, 57:5, 57:7, 57:8, 57:11, 57:14, 57:16, 57:19, 57:22, 57:24, 58:3, 58:6, 58:11, 58:13, 58:16, 59:6, 59:9, 59:16, 59:19, 59:25, 60:4, 60:9, 60:15, 60:19, 60:23, 61:2, 61:9, 61:11, 61:12, 61:22, 61:24, 62:2, 62:6, 62:8, 62:11, 62:12, 62:14, 62:17, 62:20, 62:22, 63:3, 63:18, 64:1, 64:10, 64:21, 65:2, 65:7, 65:10, 65:16, 65:24, 66:7, 66:12, 66:16, 66:19, 66:21, 66:24, 67:2, 67:7, 67:9, 67:13, 67:15, 67:19, 67:23, 68:6, 68:10, 68:14, 68:17, 69:2, 69:5, 69:7, 69:9, 69:11, 69:14, 69:18, 69:22, 69:24, 70:2, 70:4, 70:6, 70:8, 70:12, 70:17, 70:20, 70:23, 71:1, 71:5, 71:9, 71:12, 71:15, 71:18, 71:22, 71:25, 72:2, 72:5, 72:10, 72:13, 72:22, 72:24, 73:5, 73:11, 73:14, 74:11, 74:14, 74:16, 74:20, 74:22, 74:24, 75:3, 75:6, 75:8, 75:14, 75:20, 75:22, 76:1, 76:4, 76:8, 76:11, 78:23, 79:5, 79:8, 79:12, 79:16, 79:18, 79:21, 79:24, 80:3, 80:9, 80:11, 80:14, 80:19, 80:24, 81:7, 81:9, 81:17, 81:20, 81:24, 82:7, 82:9, 82:13, 82:18, 82:22, 83:4, 83:15, 83:19, 83:22, 83:24, 84:3, 84:7, 84:11, 84:13, 84:16, 84:18, 84:19, 84:25, 85:5, 85:7, 85:13, 85:18, 85:21, 86:3, 86:5, 86:15, 87:4, 87:12, 87:24, 88:3, 88:11, 88:23, 89:2, 89:4, 89:20, 90:3, 90:7, 90:14, 90:20, 90:22, 91:3, 91:8, 91:13, 91:20, 91:22, 92:2, 92:4, 92:8, 92:13, 92:15, 92:23, 93:1, 93:4, 93:11, 93:17, 93:20, 94:7, 94:12, 94:18, 94:20, 94:21, 95:10, 95:12, 95:15, 96:6, 96:8, 96:11, 96:15, 96:18, 96:22, 96:24, 97:5, 97:10, 97:13, 97:16, 97:19, 98:3, 98:12, 98:21, 98:24, 98:25, 99:8, 99:15, 99:19, 99:22, 100:1, 100:5, 100:6, 100:11, 100:18, 100:21, 100:25, 101:2, 101:5, 101:7,

101:10, 101:14, 101:17, 101:22, 101:24, 102:6, 102:11, 102:19, 103:2, 103:4, 103:12, 103:20, 103:23, 104:1, 104:8, 104:10, 104:11, 104:17, 105:2, 105:4, 105:6, 105:9, 105:12, 105:14, 105:17, 105:21, 105:24, 106:4, 106:9, 106:11, 106:12, 106:15, 106:17, 106:20, 106:24, 107:5, 107:8, 107:16, 107:19, 107:22, 107:25, 108:13, 108:16, 109:1, 109:9, 109:14, 109:18, 109:23, 110:1, 110:4, 110:7, 110:10, 110:14, 110:17, 110:20, 110:23, 110:25, 111:5, 111:8, 111:18, 111:21, 111:25, 112:2, 112:5, 112:12, 112:13, 112:17, 112:21, 112:25, 113:1, 113:14, 113:24, 114:3, 114:5, 114:7, 114:15, 114:17, 114:21, 114:25, 115:3, 115:10, 115:12, 115:20, 116:1, 116:8, 116:14, 116:16, 117:4, 117:6, 117:10, 117:17, 117:22, 118:4, 118:7, 118:10, 118:22, 118:24, 119:11, 119:17, 119:22, 119:24, 120:6, 120:11, 120:16, 120:21, 120:24, 121:1, 121:5, 121:8, 121:12, 121:23, 122:3, 122:6, 122:14, 123:1, 123:9, 123:16, 123:18, 123:24, 124:1, 124:5, 124:7, 124:10, 124:12, 124:15, 125:3, 125:4, 125:9, 125:13, 125:20, 125:23, 125:25, 126:2, 126:7, 126:9, 126:20, 127:6, 127:9, 127:11, 127:25, 128:9, 128:11, 128:16, 128:18, 128:20, 129:2, 129:7, 129:9, 129:21, 130:21, 131:7, 131:12, 131:15, 131:16, 131:24, 132:1, 132:3, 132:8, 132:11, 132:14, 132:19, 132:25, 138:9, 138:14, 138:18, 138:20, 139:2, 139:6, 139:7, 139:9, 139:14, 139:16, 139:20, 140:4, 140:5, 140:10, 140:17, 140:25, 141:4, 141:8, 141:10, 141:12, 141:13, 141:15, 142:4,

142:6, 142:11, 142:15, 142:17, 142:21, 142:25, 143:5, 144:8, 144:12, 144:16, 144:20, 145:1, 145:3, 145:4, 145:11, 145:14, 145:20, 146:1, 146:7, 146:15, 146:18, 146:21, 146:24, 147:1, 147:4, 147:7, 147:10, 147:13, 147:16, 147:21, 147:24, 148:23, 149:4, 149:8, 149:12, 150:18, 152:8, 152:12, 152:21, 152:24, 153:9, 153:14, 153:16, 153:21, 153:25, 154:3, 154:6, 154:10, 154:14, 154:16, 154:19, 154:24, 155:6, 155:10, 155:15, 155:18, 155:24, 156:4, 156:8, 157:1, 157:7, 157:10, 157:13, 157:16, 157:18, 157:21, 158:4, 158:7, 158:23, 159:2, 159:5, 159:19, 159:22, 159:25, 160:4, 160:11, 160:20, 160:23, 161:1, 161:4, 161:6, 161:11, 161:14, 161:16, 161:20, 162:1, 162:7, 162:11, 162:13, 162:16, 162:20, 162:23, 163:1, 163:5, 163:8, 163:11, 163:14, 163:18, 163:22, 164:5, 164:9, 164:12, 164:16, 164:19, 164:24, 165:2, 165:8, 165:10, 165:13, 165:16, 165:18, 165:23, 165:25, 166:3, 166:6, 166:9, 166:13, 166:17, 166:20, 167:18, 167:20, 167:23, 168:3, 168:6, 168:8, 170:17, 171:2, 171:10, 171:13, 171:19, 171:23, 172:2, 172:5, 172:7, 172:9, 172:14, 172:18, 172:21, 172:23, 172:25, 173:3, 173:6, 173:9, 177:8, 177:15, 178:1, 178:5, 178:8, 178:14, 178:22, 179:1, 179:12, 179:19, 179:21, 179:25, 180:7, 180:11, 180:14, 180:16, 180:18, 180:22, 181:2, 181:10, 181:14, 181:17, 181:20, 181:23, 182:3, 182:17, 182:22, 183:4, 183:13, 183:17
**Juror** [35] - 12:3, 47:16, 48:15, 50:11, 54:20, 56:8, 69:7, 69:22, 84:20, 85:21,

92:4, 95:15, 96:24, 97:5, 107:8, 134:24, 139:16, 139:21, 144:6, 145:4, 145:7, 146:10, 150:16, 152:5, 172:20, 184:21, 185:3, 185:7, 185:11, 185:13, 187:17, 189:5, 194:17, 200:7, 290:25

**JURORS** [2] - 26:5, 207:23

**jurors** [38] - 10:8, 11:4, 11:13, 13:14, 17:9, 18:5, 18:23, 22:21, 25:22, 26:4, 36:1, 40:17, 63:6, 63:7, 78:3, 133:17, 133:18, 134:11, 134:18, 137:7, 137:20, 141:18, 144:2, 166:15, 176:9, 176:21, 177:2, 184:19, 186:24, 187:2, 190:2, 194:1, 194:7, 194:8, 197:15, 199:11, 207:16, 290:17

**Jury** [5] - 18:16, 201:13, 203:16, 207:7, 291:3

**jury** [141] - 6:16, 7:1, 7:9, 7:20, 9:8, 9:11, 9:25, 10:6, 10:16, 11:18, 11:22, 11:25, 13:20, 14:6, 14:7, 14:17, 15:1, 15:7, 15:11, 15:14, 16:8, 18:11, 18:14, 18:15, 19:16, 19:19, 19:22, 20:7, 20:10, 20:13, 20:16, 20:21, 20:23, 21:1, 21:4, 21:17, 21:19, 31:16, 32:18, 32:19, 32:21, 32:24, 33:6, 33:13, 33:17, 38:4, 38:25, 39:2, 39:22, 40:1, 40:20, 41:5, 41:6, 44:7, 53:5, 68:24, 73:17, 76:20, 77:6, 77:7, 77:23, 78:18, 82:1, 82:2, 82:3, 84:12, 86:18, 89:11, 93:8, 93:24, 96:1, 105:25, 112:8, 112:9, 118:4, 119:8, 119:19, 121:9, 121:20, 124:24, 126:18, 129:18, 134:3, 134:7, 134:13, 137:6, 140:23, 140:24, 143:13, 143:20, 149:14, 149:18, 151:19, 154:13, 155:1, 155:21, 166:8, 166:19, 167:16, 168:9, 168:11, 168:16, 175:13, 176:22, 176:23, 195:15, 196:11, 196:21, 197:14, 200:5, 200:7, 200:16, 200:18, 201:1, 201:16, 202:20, 203:4, 203:12, 203:20, 205:9, 206:4, 207:5, 207:6, 207:13, 207:21, 236:16, 236:17, 236:21, 237:24, 268:2, 279:6, 279:9, 284:12,

290:22, 291:2

**JURY** [1] - 1:12

**jury's** [6] - 13:23, 14:4, 77:1, 193:25, 201:8, 201:10

**jury..** [1] - 60:6

**JUSTICE** [2] - 1:17, 1:21

**justice** [7] - 43:19, 53:22, 74:6, 154:19, 170:7, 180:21, 234:24

**Justice** [7] - 23:11, 64:13, 127:3, 233:16, 233:19, 234:17, 235:16

**Justin** [1] - 31:7

## K

**K8** [1] - 92:10

**kaplan** [13] - 31:22, 32:4, 40:7, 40:21, 41:2, 41:11, 51:22, 53:2, 98:25, 99:7, 136:6, 142:5, 142:16

**Kaplan** [4] - 51:14, 63:17, 134:21, 188:1

**Kasey** [2] - 50:11, 97:19

**keep** [19] - 11:7, 21:14, 21:23, 27:4, 27:6, 43:9, 57:13, 61:18, 143:24, 169:12, 203:18, 227:8, 241:9, 248:14, 249:12, 250:4, 250:17, 255:2, 289:19

**keeps** [2] - 45:12, 107:19

**Kelley** [1] - 31:6

**Kelly** [9] - 31:7, 228:9, 228:11, 228:22, 230:6, 230:8, 230:11, 230:14, 233:12

**Kemper** [1] - 101:3

**Kendall** [8] - 87:15, 97:1, 99:10, 107:9, 111:8, 114:9, 117:24, 128:22

**kept** [3] - 222:6, 249:15, 253:20

**Kerry** [1] - 58:13

**Kettely** [1] - 121:12

**Kevin** [1] - 99:8

**key** [8] - 92:10, 104:22, 228:7, 228:18, 228:19, 230:4, 233:12

**Kickback** [4] - 287:19, 287:21, 287:22, 288:18

**kickbacks** [19] - 25:3, 208:15, 209:18, 209:24, 211:23, 213:9, 214:21, 216:5, 217:1, 217:23, 218:25, 219:1, 219:4, 219:21, 220:3, 220:13, 221:4, 242:4

**kids** [6] - 102:8, 113:16, 118:15, 118:20, 126:14

**killing** [1] - 44:11

**kind** [30] - 13:8, 22:4, 22:5, 25:16, 25:17, 27:25, 29:3, 33:5, 55:15, 60:8, 72:4, 76:16, 91:18, 98:5, 105:15, 120:20, 127:8, 128:17, 130:19, 148:8, 151:4, 157:23, 161:2, 171:7, 206:11, 208:4, 208:5, 229:6, 255:5, 269:12

**kinds** [2] - 67:14, 153:23

**king** [1] - 240:1

**Kitchen** [1] - 202:13

**knee** [1] - 268:6

**knit** [1] - 223:7

**knocking** [1] - 213:11

**knowingly** [7] - 220:24, 235:12, 239:25, 242:3, 284:15, 285:1, 288:22

**knowledge** [10] - 30:16, 43:4, 53:20, 68:21, 69:12, 182:15, 196:20, 246:4, 256:15, 267:3

**known** [5] - 222:23, 227:7, 242:22, 253:13, 279:21

**knows** [8] - 86:9, 158:21, 160:4, 215:11, 215:12, 247:16, 249:17

**Kraus** [10] - 66:11, 66:25, 79:8, 79:23, 95:15, 96:4, 96:23, 156:10, 186:5, 187:4

**Krause** [2] - 154:8, 154:9

**Kravitz** [2] - 29:17, 29:19

## L

**lab** [1] - 268:21

**lack** [1] - 269:10

**ladies** [23] - 19:16, 23:19, 24:1, 31:16, 32:18, 41:17, 73:17, 151:1, 159:15, 166:24, 176:1, 207:9, 209:4, 213:13, 214:8, 214:25, 227:2, 237:23, 238:24, 239:19, 240:5, 240:11, 289:9

**lady** [1] - 191:20

**lag** [1] - 228:20

**lake** [1] - 113:3

**land** [2] - 159:17, 160:7

**landing** [2] - 159:14, 159:16

**language** [14] - 61:15, 89:10, 90:7, 92:10, 94:23, 113:10, 119:7, 122:22, 124:22, 126:17, 149:9, 177:2, 192:7, 197:11

**lapel** [1] - 137:3

**Lapota** [1] - 152:6

**large** [1] - 26:16

**Lasris** [3] - 227:14, 233:6, 233:23

**Last** [1] - 182:5

**last** [26] - 7:17, 12:8, 38:24, 39:2, 39:5, 44:9, 63:5, 73:16, 87:15, 88:4, 97:11, 113:3, 116:17, 127:17, 144:7, 147:17, 175:9, 186:23, 201:17, 202:20, 204:18, 256:22, 259:6, 260:23, 261:7, 266:5

**lastly** [3] - 150:10, 260:10, 276:6

**late** [3] - 75:23, 76:1, 159:9

**Latin** [2] - 111:19, 129:2

**Latoya** [1] - 31:14

**Lauderdale** [1] - 139:23

**laugh** [1] - 151:12

**laughed** [1] - 224:10

**LAUREN** [1] - 1:13

**Lauren** [1] - 19:18

**LAW** [2] - 2:9, 2:12

**law** [99] - 18:7, 21:10, 21:12, 21:16, 22:4, 22:14, 27:25, 28:1, 28:4, 29:4, 29:5, 29:14, 29:16, 41:19, 41:20, 41:21, 41:22, 42:1, 42:15, 43:4, 43:7, 43:14, 44:6, 44:19, 45:1, 45:6, 45:25, 46:2, 46:11, 51:4, 52:3, 52:11, 52:12, 53:22, 55:25, 56:22, 58:16, 59:13, 60:2, 61:14, 61:19, 61:22, 61:23, 63:6, 63:7, 63:14, 63:21, 63:22, 71:4, 74:21, 77:1, 77:3, 77:13, 94:6, 94:8, 94:11, 100:10, 102:7, 104:25, 106:6, 109:21, 125:15, 125:18, 127:8, 128:17, 128:18, 169:18, 169:19, 170:18, 171:18, 172:13, 173:23, 178:9, 178:13, 179:17, 180:20, 195:10, 195:19, 196:6, 217:24, 223:13, 224:1, 224:2, 224:5, 224:9, 224:25, 227:15, 227:16, 231:17, 233:6, 240:2, 259:25, 260:13, 270:9, 276:7

**Law** [1] - 28:5

**lawful** [1] - 239:9

**Lawrence** [69] - 6:4, 6:22, 24:3, 24:10, 25:8, 208:20, 208:23, 209:13, 210:14, 210:25, 211:7, 214:24, 216:21, 220:18, 221:1, 221:8, 241:6, 241:7, 244:11, 247:16, 248:2, 248:5, 248:10, 248:16,

248:23, 248:24, 248:25, 249:1, 249:14, 250:1, 250:10, 250:18, 251:6, 251:7, 251:8, 251:16, 251:18, 252:2, 252:6, 252:16, 252:18, 252:19, 252:20, 253:1, 253:2, 253:9, 253:11, 253:17, 253:22, 254:2, 254:5, 254:9, 255:14, 255:17, 255:21, 255:25, 256:15, 256:16, 256:25, 257:5, 257:6, 257:12, 257:13, 257:22, 258:2, 258:15

**LAWRENCE** [2] - 1:8, 2:2

**Lawrence's** [6] - 251:15, 252:5, 252:10, 253:4, 253:15

**laws** [6] - 119:12, 223:16, 223:18, 275:8, 287:16, 288:16

**lawsuit** [11] - 59:17, 89:9, 93:21, 112:6, 119:5, 124:21, 127:16, 127:21, 127:23, 130:14, 193:15

**lawsuits** [4] - 95:23, 122:11, 126:16, 183:16

**lawyer** [11] - 27:23, 27:24, 52:6, 91:7, 101:4, 128:13, 128:15, 128:16, 165:6, 165:12, 234:16

**lawyers** [12] - 27:9, 133:15, 137:10, 137:14, 166:1, 175:8, 176:2, 196:10, 208:6, 258:8, 289:21

**lead** [4] - 32:9, 52:2, 138:23, 259:22

**leader** [1] - 138:7

**leadership** [3] - 138:5, 138:25

**leading** [1] - 222:9

**leads** [5] - 60:7, 226:22, 226:24, 231:9

**learn** [33] - 47:4, 144:3, 182:12, 209:17, 209:24, 209:25, 210:3, 210:15, 210:19, 212:2, 212:12, 212:16, 213:22, 215:7, 217:17, 218:23, 223:7, 223:9, 223:11, 223:15, 225:3, 225:10, 225:20, 230:22, 230:24, 233:9, 236:4, 238:13, 238:15, 242:17, 243:15, 247:3, 249:3

**learned** [4] - 232:17, 232:19, 235:15, 235:21

**learns** [2] - 247:14, 247:15

**least** [9] - 41:18, 131:1, 133:5, 133:24, 164:10,

175:7, 194:4, 196:24, 262:17

**leave** [10] - 79:19, 86:7, 93:9, 108:10, 130:7, 161:25, 251:22, 253:1, 253:3, 291:24

**leaving** [1] - 93:14

**led** [1] - 232:15

**Lee** [2] - 31:6, 227:14

**lee** [2] - 233:6, 233:23

**left** [12] - 6:23, 7:9, 24:3, 24:4, 24:5, 52:21, 88:15, 199:19, 210:23, 224:14, 225:7, 251:13

**leg** [2] - 228:22, 268:6

**legal** [15] - 77:15, 83:10, 110:1, 181:18, 182:1, 182:2, 182:4, 196:9, 227:19, 228:5, 242:25, 274:18, 275:1, 275:4, 281:4

**legally** [1] - 230:18

**legit** [1] - 230:13

**legitimate** [9] - 213:9, 219:25, 230:21, 232:4, 233:8, 234:18, 242:19, 242:21, 248:6

**legs** [1] - 176:4

**lending** [1] - 108:22

**length** [1] - 131:13

**less** [18] - 20:19, 62:4, 62:5, 63:15, 63:20, 69:17, 71:7, 94:16, 110:13, 119:15, 123:14, 126:5, 127:24, 180:25, 197:14, 214:4, 214:6, 230:25

**lessen** [2] - 220:6, 229:8

**letter** [2] - 89:15, 234:3

**letting** [4] - 63:4, 69:19, 71:10, 76:12

**level** [9] - 81:15, 110:20, 171:18, 172:13, 175:3, 242:19, 271:19, 273:9, 275:17

**levity** [1] - 151:14

**Leyton** [2] - 29:17, 29:19

**liability** [2] - 275:16, 281:20

**liaisons** [1] - 146:2

**liar** [8] - 243:23, 247:10, 250:14, 253:20, 253:23, 255:6, 258:3

**library** [1] - 99:22

**license** [6] - 128:20, 148:10, 148:14, 180:17, 180:18, 275:9

**licensed** [3] - 148:6, 222:24, 271:24

**licenses** [1] - 99:24

**lid** [1] - 209:12

**lie** [17] - 178:6, 208:12,

210:7, 210:10, 211:4, 214:19, 216:2, 218:14, 218:19, 218:20, 218:21, 222:3, 225:4, 239:1, 258:4, 258:6

**lied** [14] - 209:5, 209:9, 209:10, 210:18, 210:19, 219:22, 221:1, 221:3, 225:8, 243:19, 243:21, 243:22

**lies** [7] - 160:20, 160:22, 208:11, 208:20, 211:15, 220:15, 221:8

**lieutenant** [1] - 48:17

**Life** [3] - 32:10, 222:23, 223:20

**life** [14] - 20:12, 66:21, 99:11, 106:25, 115:16, 117:25, 131:18, 139:1, 164:4, 169:19, 171:8, 177:17, 235:16, 243:21

**Light** [5] - 117:18, 117:19, 117:21, 126:10, 126:13

**likelihood** [1] - 49:11

**likely** [7] - 17:11, 63:13, 63:15, 63:20, 135:19, 149:14, 227:6

**likewise** [2] - 15:4, 203:17

**Liliana** [4] - 71:12, 71:15, 94:21, 123:1

**limit** [1] - 150:6

**limited** [5] - 67:21, 170:1, 236:2, 275:6, 281:20

**limits** [1] - 287:12

**line** [4] - 54:19, 155:18, 212:9, 285:19

**lines** [1] - 120:1

**Lisa** [2] - 31:14, 236:6

**list** [15] - 11:13, 11:23, 12:11, 14:6, 16:16, 16:23, 17:7, 18:6, 30:24, 31:1, 31:3, 31:21, 32:5, 200:24, 285:14

**listed** [10] - 210:23, 210:25, 280:24, 281:14, 282:14, 283:16, 283:21, 283:23, 286:21, 293:10

**listen** [6] - 43:7, 151:20, 233:22, 236:5, 243:17, 256:1

**listened** [1] - 36:4

**listening** [5] - 49:4, 56:3, 56:22, 57:17, 289:15

**lists** [5] - 16:2, 216:23, 279:22, 281:16, 285:15

**litany** [1] - 51:23

**litigation** [6] - 28:3, 100:14, 101:3, 101:5, 105:18, 110:12

**litigator** [4] - 104:20, 105:6,

105:10, 105:17

**live** [70] - 87:6, 87:15, 87:18, 89:4, 89:6, 90:3, 90:24, 91:13, 92:17, 94:24, 95:2, 95:18, 97:2, 97:7, 97:13, 97:22, 99:1, 99:17, 100:3, 101:17, 101:18, 102:8, 102:22, 103:15, 104:22, 106:24, 107:9, 107:12, 108:3, 108:4, 108:19, 109:3, 109:5, 109:10, 111:8, 111:9, 111:16, 111:21, 112:21, 113:3, 113:4, 113:16, 114:9, 116:3, 116:17, 117:24, 118:12, 119:2, 120:3, 120:7, 120:17, 121:14, 122:6, 122:9, 122:15, 123:3, 123:5, 123:20, 124:15, 125:10, 126:11, 126:21, 127:6, 128:22, 129:10, 129:14, 131:17, 131:20, 132:15

**lived** [7] - 47:23, 87:7, 92:17, 92:19, 96:25, 99:10, 116:16

**lives** [10] - 42:23, 81:22, 90:1, 93:5, 93:6, 123:7, 124:16, 127:12, 129:25, 246:20

**living** [6] - 86:24, 87:1, 118:19, 125:14, 129:23

**LLC** [5] - 32:9, 32:12, 276:11, 281:5

**loan** [1] - 171:14

**local** [9] - 44:14, 44:19, 46:11, 51:4, 59:3, 172:1, 173:7, 224:1, 275:8

**locally** [1] - 244:13

**located** [2] - 212:7, 281:18

**location** [2] - 47:24, 293:10

**locations** [1] - 223:3

**Locka** [1] - 92:17

**locked** [1] - 292:2

**long-time** [1] - 226:12

**look** [23] - 9:16, 9:18, 13:11, 131:7, 153:6, 154:16, 154:24, 155:16, 174:24, 202:5, 213:8, 219:25, 227:10, 236:7, 250:15, 252:15, 260:8, 270:23, 277:9, 279:8, 287:15

**looked** [8] - 9:19, 16:4, 16:6, 16:7, 17:14, 153:10, 227:11, 276:19

**looking** [12] - 67:12, 131:9, 137:20, 149:22, 152:6, 152:15, 229:23, 231:25, 279:13, 281:24, 285:11, 288:4

**looks** [1] - 235:20
**looser** [1] - 148:11
**Lopata** [4] - 34:11, 35:14, 97:5, 152:5
**Lorrie** [3] - 46:17, 90:22, 140:5
**Los** [1] - 129:15
**lose** [1] - 236:9
**loss** [2] - 61:16, 239:13
**lost** [1] - 239:10
**loud** [1] - 159:15
**louder** [1] - 109:16
**louis** [1] - 207:12
**LOUIS** [1] - 1:13
**Louis** [5] - 19:18, 154:25, 157:4, 157:9, 158:16
**LOUISANA** [1] - 1:22
**love** [2] - 223:8, 249:17
**loved** [3] - 222:16, 222:19
**loves** [2] - 249:18, 251:18
**low** [1] - 49:11
**lower** [2] - 23:1, 127:21
**luck** [3] - 165:3, 168:15, 204:20
**lucky** [1] - 199:20
**lunch** [5] - 78:7, 82:20, 201:22, 203:18, 204:5
**lying** [11] - 141:23, 142:25, 143:8, 178:2, 179:7, 216:19, 238:21, 244:6, 250:24, 251:3, 254:5

## M

**ma'am** [9] - 33:19, 34:24, 35:1, 61:9, 66:12, 66:24, 76:4, 76:11, 79:16
**Machado** [19] - 28:23, 29:2, 29:3, 30:20, 75:14, 75:18, 75:19, 120:16, 135:9, 145:4, 145:5, 167:14, 167:15, 180:3, 181:4, 182:14, 182:25, 183:20, 196:4
**madam** [1] - 37:18
**Madison** [1] - 129:25
**Magda** [2] - 31:7, 255:20
**magistrate** [3] - 15:12, 19:19, 291:8
**MAGISTRATE** [1] - 1:13
**Magistrate** [1] - 207:12
**mail** [3] - 11:25, 220:9, 254:20
**mailing** [1] - 281:16
**mails** [6] - 149:23, 181:11, 215:10, 216:12, 234:9, 234:14
**main** [2] - 98:13, 259:24
**maintain** [2] - 154:4, 284:9
**maintaining** [1] - 286:20

**maintenance** [2] - 125:6, 125:9
**major** [3] - 53:12, 93:2, 107:19
**malfunction** [1] - 269:12
**malpractice** [1] - 73:20
**mama** [2] - 252:22, 258:4
**man** [12] - 152:17, 227:8, 242:19, 243:19, 244:17, 246:16, 247:11, 250:12, 254:20, 257:22, 258:6
**manage** [5] - 69:11, 138:13, 139:13, 139:17, 139:25
**managed** [1] - 268:23
**Management** [1] - 108:21
**management** [12] - 104:24, 116:5, 118:25, 119:25, 120:9, 120:10, 120:11, 138:5, 138:10, 274:7, 275:23, 286:3
**manager** [20] - 47:2, 87:5, 94:25, 95:1, 96:19, 99:16, 109:4, 112:23, 115:16, 118:14, 126:21, 138:8, 138:9, 139:2, 139:10, 139:18, 139:22, 275:25, 282:21
**managerial** [1] - 282:22
**managers** [6] - 138:11, 273:19, 274:15, 274:17, 282:8, 283:10
**manages** [1] - 108:11
**managing** [8] - 115:20, 140:3, 231:21, 274:11, 281:25, 282:3, 283:16, 283:25
**Mangham** [5] - 48:15, 92:4, 156:25, 159:18, 162:3
**Manguart** [1] - 109:1
**manner** [3] - 200:18, 242:25, 243:6
**map** [2] - 208:4, 287:3
**marc** [1] - 6:16
**March** [3] - 34:22, 261:5, 261:6
**Maria** [1] - 129:21
**Marine** [1] - 80:24
**Marino** [3] - 109:12, 109:14, 109:22
**Mario** [1] - 31:11
**MARK** [2] - 2:11, 2:12
**mark** [3] - 6:14, 23:21, 31:13
**marked** [2] - 145:5, 276:23
**marketed** [1] - 230:10
**marketer** [2] - 254:8, 254:10
**marketers** [3] - 255:10, 257:2, 257:10
**marketing** [9] - 97:24, 110:21, 211:23, 211:25, 212:22, 215:12, 216:8,

216:13, 219:25
**marks** [1] - 31:8
**married** [34] - 47:24, 87:8, 87:16, 89:5, 90:19, 91:1, 91:16, 92:20, 94:25, 99:12, 99:16, 101:2, 102:2, 107:1, 111:9, 113:4, 114:10, 114:14, 114:15, 115:23, 116:20, 118:12, 120:2, 120:8, 120:18, 121:13, 122:17, 125:10, 126:12, 126:23, 127:7, 128:23, 130:3, 132:16
**marshal** [6] - 54:9, 54:10, 58:17, 59:4, 59:5, 59:6
**marshall** [2] - 31:10, 54:12
**Martin** [3] - 37:23, 37:25, 119:24
**Martinez** [1] - 31:12
**mas** [1] - 95:1
**mask** [1] - 253:25
**massis** [2] - 279:6, 279:17
**massive** [2] - 221:23, 231:2
**master** [1] - 99:13
**master's** [1] - 130:1
**matches** [1] - 188:10
**material** [1] - 284:17
**materially** [4] - 25:8, 25:12, 284:17, 284:19
**math** [1] - 97:8
**matter** [7] - 43:9, 74:3, 196:17, 216:19, 284:14, 293:7, 293:14
**matter's** [2] - 14:17, 19:20
**mattered** [1] - 211:15
**matters** [6] - 180:8, 180:9, 180:10, 206:1, 207:14, 211:16
**MBI** [1] - 266:3
**Mcgee** [12] - 36:17, 36:18, 36:20, 37:14, 37:22, 109:9, 110:15, 110:24, 139:8, 141:7, 172:20, 176:24
**Mcgree** [1] - 139:9
**MD** [2] - 115:14, 115:19
**meals** [1] - 202:7
**mean** [34] - 7:14, 17:3, 29:7, 55:16, 67:21, 81:15, 82:15, 91:2, 94:15, 101:4, 106:22, 142:8, 143:3, 152:10, 153:7, 158:1, 161:8, 161:23, 164:17, 164:20, 173:13, 173:22, 177:15, 177:23, 179:21, 200:10, 203:14, 206:24, 218:15, 218:19, 268:5, 270:18, 289:7, 290:6
**meaning** [3] - 143:4, 231:9, 250:3
**meaningfully** [1] - 77:6

**means** [16] - 67:11, 70:14, 78:17, 90:9, 157:24, 225:11, 228:8, 249:8, 273:7, 273:9, 275:4, 275:8, 275:10, 276:3, 282:20, 285:3
**meant** [2] - 160:13, 225:4
**Medicaid** [16] - 24:14, 64:15, 73:2, 100:17, 115:2, 115:3, 115:7, 146:20, 146:23, 248:13, 259:20, 260:3, 260:6, 260:15, 260:20, 266:17
**Medical** [4] - 32:11, 32:12, 67:8, 146:24
**medical** [58] - 67:7, 71:13, 71:15, 71:17, 72:5, 72:6, 73:20, 82:10, 82:12, 115:22, 115:24, 123:2, 123:12, 123:21, 123:23, 123:24, 124:3, 128:1, 144:16, 144:18, 146:2, 148:3, 148:6, 208:25, 209:1, 210:12, 211:7, 211:10, 215:6, 215:8, 242:19, 244:18, 244:21, 245:2, 245:9, 245:16, 246:3, 246:14, 246:18, 246:22, 247:4, 247:8, 249:15, 252:3, 252:6, 252:11, 256:7, 262:14, 263:2, 264:2, 267:25, 268:4, 268:5, 268:22, 269:7, 271:25, 288:1
**Medicare** [268] - 4:4, 4:5, 4:6, 4:7, 4:8, 4:9, 4:10, 4:11, 4:12, 4:13, 24:14, 24:18, 24:19, 64:14, 64:19, 64:23, 65:5, 65:12, 65:13, 65:15, 65:20, 66:6, 66:14, 66:15, 67:4, 67:20, 68:1, 68:5, 68:8, 68:12, 68:21, 69:11, 69:13, 69:16, 71:21, 71:24, 72:9, 72:12, 72:15, 72:18, 73:2, 98:18, 100:16, 100:17, 100:23, 104:5, 110:9, 115:1, 115:4, 115:6, 123:13, 129:5, 141:8, 141:21, 141:23, 144:10, 144:15, 144:20, 144:23, 144:24, 146:16, 146:23, 147:15, 175:14, 176:23, 177:25, 178:1, 178:7, 183:7, 192:22, 208:12, 208:17, 209:5, 209:7, 209:23, 210:2, 210:3, 210:5, 210:7, 210:10, 210:16, 211:16, 211:18, 212:15, 212:16, 213:2, 213:4, 213:5, 213:11,

213:24, 214:1, 214:2, 214:5, 214:19, 214:21, 214:22, 215:8, 215:9, 215:22, 216:2, 216:10, 216:14, 216:19, 216:22, 217:22, 218:5, 218:6, 218:7, 218:10, 218:11, 218:13, 218:14, 218:16, 218:19, 218:24, 219:2, 219:3, 219:5, 219:9, 219:10, 219:22, 220:9, 220:14, 220:16, 221:2, 221:4, 221:5, 221:7, 221:10, 224:22, 226:3, 226:9, 226:11, 227:12, 227:17, 227:20, 228:13, 228:20, 230:10, 230:16, 231:7, 233:7, 233:23, 241:24, 242:7, 248:11, 249:3, 249:9, 249:22, 250:4, 250:25, 251:3, 251:4, 251:10, 251:12, 253:2, 253:7, 253:10, 253:12, 253:13, 253:14, 253:21, 256:18, 259:20, 260:3, 260:6, 260:15, 260:20, 260:24, 260:25, 261:2, 261:12, 261:13, 261:14, 261:22, 262:8, 262:19, 262:21, 262:25, 263:4, 263:7, 263:10, 263:12, 263:14, 263:17, 263:21, 263:23, 264:6, 264:16, 264:25, 265:7, 265:16, 265:17, 265:22, 265:24, 265:25, 266:3, 266:10, 266:13, 266:15, 266:16, 267:1, 267:4, 267:11, 267:13, 267:14, 267:25, 268:10, 268:15, 269:2, 269:3, 269:14, 269:17, 269:18, 270:1, 270:5, 270:15, 270:19, 270:22, 270:25, 271:1, 271:3, 271:7, 271:9, 271:15, 271:17, 271:18, 272:4, 272:5, 272:18, 272:20, 273:2, 273:6, 273:18, 273:22, 274:14, 274:16, 274:22, 274:23, 275:12, 275:14, 275:18, 275:21, 275:24, 275:25, 276:5, 276:6, 276:15, 277:15, 279:24, 280:13, 284:9, 285:15, 286:19, 286:21, 287:9, 287:12, 287:16, 288:16, 288:23
**Medicare's** [3] - 215:21, 218:23, 268:23
**medication** [3] - 37:16, 108:11, 108:13

**meet** [9] - 7:18, 19:21, 19:23, 22:11, 145:22, 168:25, 218:2, 254:10, 276:9
**meeting** [1] - 286:20
**meetings** [1] - 96:12
**meets** [1] - 247:14
**member** [16] - 41:19, 41:21, 63:24, 64:12, 69:24, 70:6, 74:2, 74:4, 76:20, 77:20, 77:22, 87:21, 89:8, 121:17, 127:2, 223:20
**members** [6] - 13:25, 63:10, 87:9, 168:9, 200:24, 219:10
**men** [2] - 163:15, 179:17
**Mensa** [1] - 31:13
**mental** [6] - 120:19, 120:21, 139:17, 149:15, 149:19, 149:22
**mentally** [1] - 124:2
**mention** [2] - 13:4, 170:17
**mentioned** [23] - 16:20, 17:11, 53:16, 60:7, 76:15, 86:6, 107:1, 117:1, 137:19, 144:9, 145:8, 146:11, 172:16, 180:4, 193:16, 243:10, 251:14, 254:8, 269:6, 275:16, 281:7, 286:11, 288:6
**mentoring** [1] - 223:21
**Merchant** [1] - 80:24
**Mercy** [1] - 118:13
**MEREDITH** [1] - 1:17
**Meredith** [2] - 6:8, 23:12
**meredith** [1] - 6:11
**merely** [2] - 182:20, 229:4
**mergers** [2] - 183:4, 183:14
**message** [1] - 235:3
**messages** [5] - 149:23, 161:24, 215:23, 220:9, 234:10
**met** [8] - 19:24, 60:10, 113:19, 148:5, 202:20, 218:1, 248:4
**meter** [2] - 96:9, 117:23
**meters** [2] - 96:6, 96:7
**methods** [1] - 273:5
**Miami** [65] - 46:3, 46:5, 48:2, 48:3, 48:5, 48:8, 48:20, 48:21, 48:24, 53:10, 53:17, 56:10, 57:25, 60:12, 60:22, 62:21, 62:22, 76:3, 80:4, 87:6, 90:24, 90:25, 93:1, 94:8, 94:23, 94:24, 95:20, 97:21, 97:23, 99:1, 100:1, 102:23, 103:15, 108:3, 109:3, 111:1, 111:5, 112:21, 113:3, 113:17, 114:20, 114:24, 114:25, 116:17, 118:12, 119:2,

120:3, 120:7, 120:17, 121:6, 122:6, 125:5, 125:10, 126:1, 126:11, 129:15, 131:17, 131:18, 132:15, 139:23, 140:2, 159:14, 222:11, 244:12, 244:19
**MIAMI** [5] - 1:2, 1:6, 2:3, 2:10, 2:13
**Miami-Dade** [23] - 46:3, 46:5, 48:2, 48:5, 48:21, 48:24, 53:10, 53:17, 57:25, 87:6, 94:8, 95:20, 99:1, 111:1, 111:5, 113:17, 114:20, 114:24, 114:25, 121:6, 125:5, 131:17, 131:18
**Michael** [2] - 19:21, 207:10
**MICHAEL** [2] - 1:14, 2:8
**microphone** [20] - 10:11, 10:17, 27:14, 37:22, 45:23, 51:19, 86:21, 89:22, 109:19, 111:3, 114:1, 118:8, 137:3, 138:19, 150:21, 153:1, 154:8, 159:18, 181:7, 191:11
**microphones** [1] - 10:14
**mid** [2] - 38:14, 38:20
**middle** [4] - 9:7, 90:5, 95:10, 159:10
**midmorning** [1] - 78:9
**might** [16] - 11:6, 12:9, 32:6, 62:4, 68:8, 68:13, 96:2, 104:5, 134:18, 136:12, 151:4, 186:22, 195:21, 230:25, 281:22, 286:5
**migraine** [1] - 108:10
**migraines** [1] - 108:9
**mike** [4] - 51:16, 88:8, 140:14, 141:2
**military** [37] - 56:1, 87:2, 87:10, 87:20, 89:7, 91:11, 92:21, 95:22, 97:3, 99:5, 101:19, 102:12, 102:24, 103:17, 104:21, 107:22, 108:5, 108:23, 112:5, 113:22, 114:11, 116:25, 118:1, 118:19, 119:4, 120:4, 120:12, 121:1, 122:10, 124:19, 125:17, 126:15, 126:25, 127:15, 130:13, 131:21, 245:23
**Miller** [1] - 265:2
**million** [13] - 208:18, 210:5, 214:1, 214:3, 214:6, 214:7, 215:17, 221:10, 256:6, 256:17, 270:24, 270:25, 271:2
**millions** [5] - 213:5, 213:24, 239:7
**mind** [33] - 9:16, 16:20, 21:5,

21:6, 21:15, 21:24, 23:2, 26:25, 28:16, 28:18, 30:18, 30:19, 35:10, 36:12, 45:9, 51:8, 78:20, 81:12, 85:12, 149:3, 149:5, 149:24, 152:9, 154:13, 169:12, 175:17, 191:6, 191:18, 202:22, 241:5, 241:9, 257:25, 289:19
**mindful** [1] - 203:3
**minds** [1] - 149:20
**mindy** [1] - 31:7
**Mindy** [1] - 226:7
**mine** [3] - 31:21, 44:8, 193:25
**minute** [12] - 6:22, 10:15, 16:2, 30:1, 62:24, 78:11, 131:8, 141:1, 141:2, 251:14, 262:24, 278:1
**minutes** [23] - 10:6, 13:16, 78:10, 133:9, 133:14, 137:18, 176:7, 183:23, 184:5, 201:6, 202:24, 203:3, 206:11, 206:13, 206:18, 206:21, 206:24, 206:25, 241:22, 247:5, 271:14, 289:4, 290:18
**mirror** [1] - 173:2
**mispronounce** [1] - 144:7
**misrepresentation** [1] - 287:7
**miss** [2] - 11:9, 97:17
**missed** [1] - 132:23
**missing** [1] - 290:14
**mission** [1] - 65:22
**mistake** [1] - 45:5
**misuse** [1] - 172:11
**Mitchell** [3] - 17:24, 23:13, 31:14
**mitigation** [1] - 116:5
**mix** [1] - 102:7
**mixed** [1] - 161:24
**modified** [1] - 9:24
**mom** [14] - 64:22, 69:16, 81:10, 91:24, 112:22, 112:24, 123:5, 123:7, 130:18, 131:6, 131:25, 191:6, 191:9, 191:16
**mom's** [4] - 69:11, 69:13, 123:13, 132:7
**moment** [6] - 151:23, 151:25, 183:24, 197:24, 201:2, 225:13
**moments** [1] - 290:6
**Mona** [1] - 236:6
**Monday** [5] - 82:10, 84:22, 85:4, 88:25, 89:13
**monetarily** [1] - 251:19
**money** [32] - 70:22, 70:25, 208:11, 209:5, 211:4,

213:3, 215:14, 216:2, 220:15, 221:6, 221:8, 223:1, 223:13, 229:1, 229:2, 229:4, 229:25, 232:10, 233:20, 234:6, 234:23, 239:11, 239:12, 247:4, 249:11, 250:3, 250:7, 251:20, 255:25, 256:20, 285:5, 287:24

**Monica** [2] - 102:11, 109:1

**monitors** [1] - 279:7

**Monroe** [1] - 100:3

**month** [2] - 17:14, 93:12

**months** [10] - 65:21, 81:20, 91:25, 147:17, 191:21, 233:4, 234:2, 234:8, 239:9

**Moore** [14] - 6:3, 7:22, 13:6, 14:16, 14:21, 15:6, 15:14, 15:18, 19:21, 77:10, 201:5, 203:10, 203:19, 207:10

**Moore's** [1] - 198:24

**MOORE,DISTRICT** [1] - 1:14

**moral** [3] - 142:24, 143:16, 179:6

**morally** [3] - 142:18, 177:22, 177:24

**morning** [48] - 6:7, 6:13, 6:19, 6:20, 7:1, 7:19, 9:4, 10:18, 10:19, 19:1, 19:16, 19:20, 19:22, 23:10, 23:19, 23:21, 23:22, 24:1, 24:5, 27:16, 46:16, 46:17, 49:22, 50:10, 53:9, 60:4, 61:12, 78:6, 84:19, 87:12, 97:19, 100:6, 101:22, 107:25, 110:25, 113:24, 123:18, 125:4, 130:10, 137:13, 151:16, 168:19, 201:23, 202:19, 207:13, 290:21, 291:6, 291:22

**morning's** [1] - 130:11

**Morrow** [1] - 31:13

**most** [11] - 38:24, 117:25, 211:16, 218:8, 224:20, 231:6, 243:2, 244:21, 245:1, 245:3, 246:6

**mostly** [1] - 28:2

**mother** [24] - 93:5, 95:12, 97:24, 127:18, 129:23, 130:4, 131:20, 191:1, 191:5, 191:21, 209:15, 210:25, 243:21, 246:20, 251:15, 251:18, 251:22, 251:24, 252:5, 252:7, 252:16, 252:18, 252:20, 252:25

**mother's** [5] - 65:8, 215:3, 251:17, 252:13, 253:18

**motion** [3] - 198:10, 264:21, 265:6

**motions** [1] - 83:10

**motivated** [1] - 258:3

**motto** [1] - 138:23

**mouth** [5] - 88:8, 109:20, 111:4, 164:20, 164:23

**move** [8] - 13:14, 78:15, 143:25, 201:21, 227:21, 234:1, 278:3, 290:10

**moved** [9] - 60:19, 62:23, 81:10, 81:21, 88:8, 112:22, 129:15, 130:3, 130:22

**movement** [1] - 16:1

**moves** [3] - 128:22, 264:15, 277:17

**moving** [2] - 191:3, 226:13

**MR** [1] - 10:19

**multiple** [5] - 212:11, 215:8, 215:22, 218:2, 223:3

**Murano** [1] - 31:15

**music** [1] - 118:25

**must** [24] - 22:12, 25:19, 154:22, 211:12, 223:18, 264:2, 271:23, 272:21, 274:3, 274:8, 274:11, 274:21, 275:20, 279:23, 280:6, 280:8, 280:19, 280:23, 282:6, 285:14, 286:8, 286:16, 286:18

**my..** [1] - 188:19

**Myers** [3] - 79:18, 186:7, 186:17

**Myriam** [2] - 39:14, 122:14

**myriam** [1] - 19:7

**mystery** [1] - 252:19

## N

**N.W** [1] - 1:18

**name** [100] - 11:9, 18:25, 19:1, 19:18, 23:10, 23:19, 24:1, 26:15, 26:20, 26:24, 27:15, 28:23, 29:1, 29:16, 31:18, 31:21, 37:23, 37:24, 39:14, 46:1, 50:10, 58:13, 60:4, 71:12, 75:22, 78:23, 80:3, 84:20, 86:23, 87:4, 87:12, 88:23, 91:13, 92:4, 95:15, 96:24, 98:25, 99:15, 100:6, 102:10, 102:19, 103:12, 104:17, 104:25, 105:3, 106:12, 109:1, 109:21, 110:25, 111:16, 113:24, 114:4, 118:10, 118:24, 120:6, 122:1, 123:1, 123:18, 125:4, 126:9, 126:20, 128:4, 128:11, 131:16, 132:14, 139:16, 144:7, 151:1, 167:25, 168:7, 207:9, 209:12, 209:14, 210:22,

215:3, 229:19, 230:6, 242:1, 242:10, 251:15, 251:17, 252:5, 252:13, 253:3, 253:4, 253:15, 253:17, 253:18, 259:5, 259:6, 265:21, 268:13, 273:14, 273:24, 281:4, 285:18

**name's** [1] - 41:25

**named** [2] - 228:9, 242:1

**names** [10] - 7:4, 17:11, 30:22, 30:23, 31:17, 31:21, 32:6, 32:15, 215:5, 268:10

**Nancy** [1] - 31:8

**Naranjo** [3] - 87:13, 88:19, 184:4

**naranjo** [1] - 87:22

**narrow** [1] - 284:11

**nation** [1] - 145:15

**national** [4] - 231:6, 280:8, 281:6, 287:2

**nationwide** [2] - 268:7, 270:24

**nature** [4] - 76:17, 76:18, 155:14, 174:22

**navy** [1] - 92:23

**Navy** [2] - 99:13, 245:15

**nay** [1] - 120:16

**NBC** [2] - 88:25, 89:1

**nearby** [1] - 130:23

**necessarily** [4] - 108:14, 164:9, 164:19, 165:23

**necessary** [7] - 10:2, 52:16, 134:23, 164:16, 168:22, 243:4, 263:18

**need** [79] - 7:13, 8:19, 18:6, 20:16, 29:18, 33:7, 64:25, 67:15, 78:12, 78:14, 79:3, 83:9, 83:10, 86:12, 88:5, 89:19, 102:16, 106:7, 131:1, 134:19, 135:11, 135:12, 135:13, 135:15, 135:24, 136:12, 136:18, 136:21, 143:20, 145:21, 158:20, 159:8, 160:13, 161:21, 161:22, 164:16, 164:19, 164:21, 166:3, 167:1, 167:3, 167:5, 170:14, 175:7, 176:11, 184:4, 184:12, 188:18, 190:1, 192:12, 200:24, 203:23, 205:8, 205:14, 206:16, 207:5, 207:16, 211:20, 213:16, 213:17, 216:12, 219:13, 225:25, 226:1, 247:5, 247:6, 249:19, 253:8, 256:8, 256:10, 256:18, 257:13, 257:21, 260:5, 260:8, 260:11, 290:9, 291:4

**needed** [15] - 7:11, 82:19, 85:1, 85:15, 86:1, 88:10, 164:14, 186:7, 225:14, 226:6, 228:23, 231:25, 239:11, 248:13, 248:14

**needs** [12] - 37:15, 65:20, 73:23, 81:15, 87:25, 130:8, 212:17, 213:17, 219:7, 249:7, 273:23, 274:24

**negative** [3] - 70:12, 73:22, 127:2

**negatively** [2] - 144:24, 147:6

**neighbor** [3] - 47:18, 47:23, 57:1

**neighbor's** [1] - 48:4

**nephew** [2] - 52:13, 58:23

**nephews** [1] - 121:15

**network** [1] - 268:24

**neutral** [1] - 147:6

**never** [68] - 17:5, 37:8, 50:22, 54:2, 54:15, 87:10, 87:20, 89:7, 89:11, 91:11, 92:6, 93:20, 93:23, 95:22, 101:19, 102:24, 103:17, 107:22, 108:5, 108:23, 112:5, 112:6, 112:8, 112:9, 113:19, 113:22, 114:11, 118:4, 119:7, 120:4, 121:1, 121:9, 121:20, 124:19, 124:20, 124:24, 125:17, 126:15, 126:18, 126:25, 127:1, 127:15, 129:18, 130:13, 131:21, 134:5, 171:17, 173:6, 186:14, 196:23, 196:24, 212:23, 215:2, 223:12, 223:13, 224:12, 224:14, 227:2, 229:12, 230:1, 235:20, 239:24, 240:1, 247:23, 253:1, 253:2

**Never** [1] - 96:1

**nevertheless** [1] - 20:12

**NEW** [1] - 1:18

**New** [15] - 80:4, 80:6, 80:13, 80:14, 80:18, 80:22, 84:21, 91:10, 115:15, 116:16, 194:20, 244:11, 244:12, 244:20, 244:21

**new** [16] - 20:15, 47:4, 67:12, 88:24, 89:13, 89:15, 89:18, 98:4, 99:23, 222:11, 228:3, 228:18, 260:13, 266:4, 272:24, 272:25

**newly** [2] - 112:14, 182:10

**news** [6] - 153:13, 153:17, 153:18, 153:23, 161:2, 234:22

**newspaper** [1] - 289:16

**next** [33] - 12:19, 23:6, 43:22,

47:18, 47:22, 56:12, 57:1, 79:13, 80:5, 80:21, 90:15, 104:13, 130:11, 133:20, 146:4, 154:8, 171:1, 172:19, 184:3, 186:18, 187:3, 194:20, 197:25, 204:21, 207:24, 228:6, 237:24, 252:11, 280:21, 281:13, 281:23, 283:9
**nice** [5] - 151:8, 151:13, 152:12, 195:5, 195:6
**nickel** [1] - 229:12
**niece** [2] - 58:23, 131:20
**night** [3] - 12:8, 79:20, 84:22
**nightmare** [1] - 65:17
**nine** [4] - 12:2, 52:5, 194:1, 244:12
**NO** [1] - 1:3
**nobody** [5] - 91:8, 95:18, 99:4, 247:13, 251:9
**Nobody** [1] - 140:6
**none** [10] - 51:5, 55:16, 151:15, 183:8, 247:22, 257:4, 257:10, 257:16, 257:17
**nonetheless** [4] - 76:3, 86:20, 119:14, 241:13
**nonprofit** [2] - 121:6, 139:3
**noon** [2] - 78:8, 133:20
**normal** [3] - 136:17, 248:6, 252:23
**normally** [1] - 206:22
**north** [5] - 99:1, 112:21, 120:7, 131:18, 132:15
**North** [9] - 42:23, 44:13, 76:4, 244:16, 245:5, 245:20, 246:2, 246:12
**northeast** [1] - 116:18
**northwest** [1] - 129:24
**nose** [1] - 107:14
**notation** [1] - 191:20
**note** [6] - 6:5, 14:10, 41:3, 150:15, 187:5, 193:1
**noted** [2] - 14:11, 150:3
**notes** [7] - 157:2, 157:3, 191:15, 198:19, 232:1, 232:3
**Nothing** [1] - 204:10
**nothing** [28] - 9:13, 43:15, 57:3, 94:15, 142:9, 156:13, 179:23, 192:15, 204:12, 204:15, 209:16, 212:14, 232:2, 233:1, 233:15, 233:19, 234:5, 234:7, 234:14, 234:21, 235:5, 235:10, 238:5, 248:8, 251:6, 252:1, 252:4
**nothing's** [1] - 156:8
**notifications** [1] - 167:21
**notify** [1] - 287:2

**notwithstanding** [1] - 59:15
**NPI** [1] - 281:7
**Number** [48] - 12:3, 19:4, 19:7, 47:16, 48:15, 50:11, 54:20, 56:8, 57:8, 69:7, 69:22, 78:24, 80:8, 84:20, 85:21, 92:5, 95:16, 96:25, 97:5, 107:8, 109:8, 135:7, 135:24, 139:16, 139:21, 144:6, 145:4, 145:7, 146:11, 150:16, 152:5, 162:14, 172:20, 184:21, 185:3, 185:6, 185:7, 185:11, 185:13, 185:23, 187:17, 187:18, 189:5, 190:10, 194:17, 277:8, 290:23, 290:25
**number** [105] - 6:2, 12:24, 19:2, 36:20, 38:11, 39:14, 53:13, 58:14, 60:5, 61:12, 62:12, 66:12, 67:2, 69:8, 71:14, 74:11, 75:15, 75:22, 78:2, 79:8, 79:24, 81:4, 83:22, 85:11, 85:12, 87:13, 94:21, 96:2, 100:7, 103:3, 106:12, 109:2, 112:13, 113:1, 113:7, 113:8, 113:9, 113:11, 113:14, 119:24, 121:2, 121:8, 121:12, 121:23, 122:14, 122:20, 122:21, 122:22, 122:23, 122:24, 126:10, 129:22, 131:16, 132:14, 135:15, 135:23, 138:17, 139:15, 140:17, 142:19, 146:12, 158:13, 165:5, 171:4, 171:5, 176:22, 185:17, 185:19, 185:22, 186:1, 187:7, 187:10, 187:14, 187:17, 188:3, 188:5, 188:17, 188:22, 189:10, 189:13, 190:5, 190:6, 190:8, 190:9, 192:2, 192:3, 195:1, 196:1, 198:4, 199:16, 226:23, 228:20, 234:17, 244:4, 251:5, 254:8, 255:23, 256:22, 265:25, 266:6, 272:2, 272:4, 277:7, 281:9, 290:24
**numbered** [1] - 184:19
**Numbers** [1] - 200:7
**numbers** [10] - 150:15, 184:8, 194:7, 201:3, 212:3, 239:7, 270:23, 278:2, 279:4, 287:13
**numerous** [1] - 226:8
**nurse** [7] - 96:19, 102:19, 103:13, 103:18, 103:20, 113:6, 131:24

**nursing** [6] - 106:15, 106:18, 123:5, 123:8, 123:9, 268:17
**NYU** [2] - 244:20, 244:23

## O

**O'Ferrell** [1] - 31:12
**oath** [2] - 25:24, 239:1
**object** [2] - 150:1, 195:4
**objecting** [1] - 8:5
**Objection** [1] - 277:18
**objection** [23] - 9:5, 9:24, 15:22, 15:24, 79:1, 190:25, 191:4, 200:17, 200:21, 200:23, 205:19, 205:20, 217:8, 235:6, 235:17, 236:18, 239:15, 265:9, 267:2, 277:19, 278:5, 278:6
**objectionable** [2] - 9:13, 9:23
**objections** [2] - 8:17, 9:20
**obligated** [1] - 271:9
**observation** [1] - 134:17
**observed** [1] - 149:11
**obtain** [1] - 285:3
**obvious** [1] - 64:5
**obviously** [6] - 95:6, 165:19, 170:23, 171:6, 174:7, 271:23
**oca** [1] - 183:6
**occupation** [2] - 87:8, 120:18
**occur** [2] - 44:12, 231:3
**odd** [1] - 184:19
**OF** [6] - 1:1, 1:4, 1:12, 1:17, 1:21, 2:9
**offense** [1] - 45:15
**offenses** [2] - 220:23, 237:17
**offer** [2] - 53:3, 225:15
**offered** [4] - 233:9, 246:11, 246:13, 246:14
**offering** [1] - 217:23
**Office** [7] - 19:24, 23:13, 51:21, 176:15, 201:2, 201:10, 204:3
**office** [13] - 91:20, 98:9, 104:19, 106:13, 110:21, 118:13, 125:11, 126:21, 139:10, 220:1, 231:22, 231:23, 255:15
**OFFICE** [1] - 2:12
**officer** [34] - 12:6, 18:21, 20:5, 42:1, 42:24, 46:3, 46:4, 46:11, 47:19, 47:21, 47:25, 48:16, 49:24, 50:4, 53:15, 55:21, 57:11, 58:18, 61:14, 63:14, 63:15, 64:6, 94:13, 129:10, 150:12,

196:6, 245:17, 274:7, 274:11, 275:25, 282:14, 282:16, 283:16, 283:23
**Officer** [1] - 200:24
**officers** [28] - 11:1, 20:5, 27:1, 43:7, 43:9, 44:10, 44:15, 44:19, 45:2, 45:6, 45:7, 48:4, 48:7, 49:25, 50:2, 51:5, 53:13, 54:4, 58:24, 59:13, 71:4, 202:12, 274:5, 274:15, 274:17, 275:22, 282:8, 283:11
**offices** [1] - 98:17
**OFFICES** [1] - 2:9
**Official** [1] - 293:18
**official** [3] - 147:17, 285:25, 293:4
**officials** [1] - 285:25
**often** [4] - 50:21, 266:18, 269:2, 269:4
**OIG** [4] - 30:8, 167:21, 181:6, 181:8
**oil** [1] - 80:25
**Oklahoma** [1] - 62:23
**old** [6] - 89:15, 93:10, 101:7, 113:18, 131:20, 244:12
**older** [2] - 265:19, 266:11
**oldest** [2] - 125:23, 130:1
**Oliver** [1] - 97:10
**omission** [1] - 287:7
**omit** [1] - 220:16
**omitted** [1] - 16:11
**on-and-off** [1] - 91:25
**on.** [1] - 81:18
**once** [13] - 63:8, 133:14, 134:6, 136:22, 162:8, 212:5, 212:8, 212:25, 249:8, 271:10, 272:3, 272:21, 273:12
**Once** [1] - 13:23
**One** [2] - 21:4, 95:19
**one** [177] - 8:24, 9:6, 10:4, 10:14, 12:13, 12:14, 12:20, 12:23, 12:24, 14:7, 17:23, 18:22, 20:3, 20:15, 21:6, 21:18, 22:3, 26:1, 27:13, 31:18, 31:21, 33:9, 33:10, 33:14, 34:10, 36:18, 36:22, 37:21, 40:13, 41:8, 41:13, 41:18, 49:18, 52:21, 60:15, 66:10, 69:6, 69:20, 78:9, 81:11, 81:24, 90:15, 91:15, 92:8, 95:20, 102:16, 103:23, 104:23, 107:12, 107:13, 107:16, 113:5, 113:18, 116:23, 118:15, 118:16, 119:1, 121:14, 123:6, 124:16, 125:15, 125:22, 125:23, 127:12, 128:4, 129:10, 129:25,

130:1, 131:8, 133:5, 134:11, 135:7, 135:14, 140:16, 140:25, 141:2, 141:4, 145:24, 148:19, 149:13, 150:22, 155:4, 155:24, 156:2, 160:5, 163:3, 163:23, 166:23, 167:10, 167:11, 171:17, 172:11, 173:18, 174:8, 176:18, 182:13, 184:3, 186:7, 188:12, 188:18, 193:4, 194:15, 195:18, 196:14, 196:18, 197:6, 197:23, 197:24, 198:16, 202:20, 204:7, 206:10, 207:15, 210:7, 210:10, 212:11, 218:14, 218:17, 221:12, 221:25, 226:8, 228:9, 230:23, 232:18, 234:17, 234:22, 240:20, 240:22, 241:2, 241:6, 241:13, 241:25, 242:14, 242:18, 243:25, 244:1, 244:3, 244:4, 244:5, 244:21, 245:1, 245:3, 246:6, 246:9, 247:2, 247:3, 247:9, 247:10, 250:12, 251:21, 253:5, 253:9, 254:9, 254:10, 254:16, 255:16, 257:11, 258:1, 258:14, 267:16, 271:1, 271:2, 277:25, 279:23, 290:14, 291:7, 291:11

**one's** [1] - 156:20

**ones** [8] - 135:4, 136:12, 162:16, 162:23, 238:17, 245:10, 245:11, 280:1

**ongoing** [1] - 64:4

**online** [3] - 153:16, 153:19, 253:15

**Opa** [1] - 92:17

**open** [24] - 7:9, 11:20, 21:5, 21:15, 28:16, 28:18, 30:18, 30:19, 40:18, 74:19, 75:24, 134:7, 204:4, 204:5, 208:24, 215:19, 215:25, 223:2, 237:19, 248:18, 249:2, 249:15, 250:4, 289:19

**opened** [8] - 210:11, 210:12, 210:14, 215:14, 246:24, 247:8, 249:14, 249:15

**opening** [11] - 130:12, 201:4, 206:11, 206:12, 207:25, 208:2, 208:3, 227:6, 228:1, 240:14, 240:17

**openings** [1] - 206:15

**operating** [1] - 227:25

**Operation** [9] - 181:13, 181:15, 181:21, 181:24,

182:6, 182:8, 182:9, 182:15, 182:21

**operation** [3] - 181:19, 196:11, 196:14

**operational** [1] - 282:22

**operations** [3] - 107:10, 138:21, 282:23

**operator** [1] - 116:3

**opinion** [2] - 98:22, 196:9

**opinions** [4] - 181:9, 181:18, 182:15, 196:18

**opportunity** [6] - 9:25, 136:20, 176:3, 221:12, 228:7, 240:13

**opposed** [1] - 177:24

**opposite** [2] - 228:11, 234:13

**opt** [1] - 231:9

**opt-in** [1] - 231:9

**optimal** [1] - 222:19

**options** [2] - 146:4, 236:9

**orally** [1] - 11:20

**order** [8] - 11:2, 27:5, 104:12, 164:8, 264:2, 271:18, 287:25

**orders** [28] - 208:15, 208:17, 209:19, 209:22, 209:25, 210:1, 210:4, 210:8, 211:21, 211:24, 212:1, 213:2, 215:12, 216:7, 216:14, 217:1, 219:21, 220:19, 231:13, 231:15, 247:13, 250:25, 254:7, 254:10, 254:11, 255:11, 257:11, 257:13

**Ordonez** [7] - 118:24, 135:7, 177:7, 177:9, 179:14, 179:24, 195:7

**Organization** [1] - 273:17

**organization** [2] - 139:4, 286:2

**originally** [2] - 7:17, 81:21

**Orthopedic** [3] - 32:12, 276:11, 281:5

**orthopedic** [6] - 148:4, 211:7, 215:9, 245:2, 248:17, 249:5

**orthotic** [4] - 209:1, 269:6, 269:9, 269:15

**orthotics** [1] - 283:8

**Ortiz** [1] - 120:6

**otherwise** [5] - 82:21, 85:17, 86:1, 178:17, 293:14

**outcome** [4] - 75:7, 75:9, 76:7, 293:14

**outside** [11] - 96:13, 99:18, 136:20, 176:2, 182:6, 202:8, 205:14, 236:21, 289:17, 289:21, 289:22

**outstanding** [1] - 249:16

**overhere** [1] - 141:6

**overpayment** [2] - 275:20

**overrule** [1] - 265:8

**overruled** [3] - 150:3, 237:18, 265:13

**Overruled** [1] - 264:23

**oversaw** [1] - 262:12

**overseas** [1] - 212:7

**overseeing** [1] - 68:16

**oversight** [2] - 260:12, 260:17

**overtime** [1] - 113:21

**overwhelming** [1] - 236:10

**own** [31] - 7:4, 8:23, 9:12, 21:11, 65:14, 69:1, 116:21, 150:11, 150:13, 150:17, 164:2, 211:9, 212:18, 212:24, 213:15, 214:9, 214:22, 220:20, 223:2, 241:11, 249:2, 249:6, 249:8, 249:23, 252:22, 256:19, 292:1

**owned** [5] - 209:9, 228:9, 252:6, 252:7, 285:5

**owner** [15] - 114:7, 209:13, 211:1, 211:4, 215:4, 216:23, 219:19, 226:19, 229:5, 229:9, 229:11, 229:13, 275:25, 283:21, 286:3

**owners** [10] - 210:21, 252:16, 253:6, 273:19, 273:22, 273:23, 274:14, 274:17, 275:22, 283:10

**ownership** [11] - 211:13, 216:1, 218:21, 221:2, 272:24, 274:3, 274:10, 280:19, 281:25, 282:3, 283:15

**owning** [1] - 116:21

**owns** [4] - 145:14, 146:11, 210:17, 273:25

**oxygen** [1] - 268:6

## P

**P.A** [2] - 2:2, 2:5

**p.m** [13] - 78:7, 134:15, 134:16, 137:7, 176:9, 201:13, 203:16, 204:24, 204:25, 207:7, 291:3, 292:3

**pad** [1] - 157:3

**Page** [2] - 3:2, 4:3

**page** [21] - 8:21, 8:22, 279:15, 279:18, 279:20, 280:21, 281:1, 281:12, 281:13, 281:22, 281:23, 283:9, 284:3, 285:9, 285:15, 285:23, 286:4, 286:5, 286:6

**pages** [3] - 279:18, 293:3, 293:8

**paid** [21] - 209:24, 210:8, 211:22, 212:22, 214:3, 214:6, 216:5, 219:20, 221:4, 222:25, 229:14, 230:6, 230:7, 230:14, 250:25, 255:23, 255:25, 256:5, 274:23, 275:19, 276:4

**painful** [2] - 168:21, 169:13

**Palm** [1] - 124:17

**Palmetto** [1] - 244:13

**palmetto** [3] - 244:15, 245:13, 246:2

**pandemic** [3] - 128:21, 129:15, 130:22

**panel** [5] - 41:19, 63:24, 64:12, 74:2, 77:20

**paper** [3] - 148:21, 273:5, 288:3

**papers** [1] - 253:10

**para** [1] - 87:24

**parade** [1] - 238:3

**paragraph** [9] - 280:3, 280:10, 280:18, 284:24, 286:14, 286:23, 287:4, 287:15, 288:20

**paragraphs** [2] - 284:12, 286:23

**paralegal** [1] - 24:5

**pardon** [3] - 190:7, 190:20, 254:25

**parents** [2] - 47:18, 97:22

**parole** [1] - 254:15

**part** [43] - 14:22, 48:23, 60:25, 67:23, 68:1, 68:7, 68:18, 107:17, 115:4, 117:11, 119:5, 130:6, 147:2, 164:10, 164:21, 167:20, 168:11, 178:2, 181:9, 182:1, 201:21, 217:13, 218:11, 218:12, 219:11, 221:9, 225:8, 232:14, 251:24, 252:24, 266:20, 268:13, 268:16, 268:19, 268:23, 268:24, 268:25, 269:1, 269:2, 269:4, 269:14, 269:18

**Part** [7] - 269:18, 270:1, 270:11, 270:14, 270:15, 271:8

**partial** [3] - 49:18, 130:16, 178:15

**participate** [4] - 77:7, 124:3, 124:20, 264:3

**participated** [1] - 25:3

**participating** [2] - 125:1, 175:24

**participation** [1] - 264:18

**particular** [15] - 20:20, 21:3, 26:13, 65:4, 89:18, 96:17, 98:10, 103:24, 169:11, 214:9, 217:22, 217:23, 274:23, 285:15, 285:17
**particularly** [2] - 9:17, 201:17
**parties** [16] - 16:21, 27:8, 51:1, 66:3, 78:3, 100:23, 102:9, 106:7, 116:13, 119:13, 140:22, 199:15, 202:21, 207:25, 290:17, 293:12
**partner** [4] - 28:6, 150:12, 229:19, 229:23
**partnered** [2] - 208:23, 223:24
**partners** [9] - 83:9, 83:11, 224:8, 224:19, 226:8, 228:25, 229:2, 230:23
**partnerships** [1] - 112:18
**parts** [2] - 268:15, 269:3
**party** [6] - 10:5, 89:9, 93:20, 127:16, 265:1, 265:6
**pass** [4] - 11:5, 37:22, 45:23, 89:22
**passed** [2] - 42:18, 86:21
**past** [8] - 54:3, 59:10, 97:1, 139:20, 139:22, 157:5, 223:21, 237:1
**patience** [1] - 202:19
**patient** [23] - 30:24, 67:25, 68:10, 68:11, 72:15, 97:20, 98:3, 98:6, 201:17, 211:20, 212:17, 212:23, 213:15, 213:16, 213:17, 213:18, 219:7, 249:6, 249:7, 249:9, 268:20, 269:11
**patient's** [2] - 73:3, 231:25
**patients** [17] - 67:15, 114:21, 120:22, 132:3, 145:20, 145:25, 146:3, 146:5, 146:9, 212:19, 216:11, 247:17, 247:22, 249:19, 250:2, 255:16
**Patrick** [1] - 23:10
**patrick** [1] - 6:7
**PATRICK** [1] - 1:16
**patrol** [2] - 49:1, 50:20
**Patrol** [4] - 46:21, 47:3, 61:14, 61:21
**Patrolman** [1] - 46:23
**patterns** [1] - 260:9
**pause** [5] - 30:5, 32:14, 53:24, 115:7, 116:12
**pay** [16] - 144:17, 209:18, 209:21, 212:13, 212:15, 214:21, 216:14, 216:25, 218:24, 219:3, 232:6, 242:4, 256:6, 258:7,

263:19, 274:22
**payable** [2] - 138:22, 288:2
**paying** [11] - 213:9, 216:10, 217:23, 219:1, 226:17, 227:3, 231:12, 231:14, 231:20, 232:8
**payment** [11] - 25:3, 25:12, 209:7, 220:14, 242:3, 276:5, 276:6, 284:20, 285:6, 287:23, 288:23
**payments** [3] - 25:9, 274:25, 275:14
**payroll** [1] - 231:21
**pays** [8] - 212:16, 218:10, 219:5, 219:6, 268:16, 268:19, 268:24, 269:1
**PC** [1] - 129:2
**PCS** [1] - 32:9
**PD** [1] - 102:3
**PECOS** [1] - 273:16
**Pedro** [1] - 125:4
**penalties** [9] - 211:13, 284:3, 284:7, 284:10, 284:14, 285:1, 287:5, 287:11, 288:13
**penalty** [1] - 286:21
**pending** [2] - 14:14, 15:4
**penmanship** [1] - 17:5
**people** [49] - 12:19, 27:19, 53:1, 60:24, 110:16, 114:20, 138:21, 140:1, 140:13, 161:6, 161:7, 161:9, 161:13, 167:3, 167:5, 168:23, 169:4, 174:21, 175:4, 211:19, 212:5, 212:10, 212:13, 217:3, 217:6, 218:8, 219:15, 222:15, 222:19, 222:21, 223:5, 225:23, 225:24, 226:23, 231:8, 239:22, 239:23, 243:3, 255:19, 256:2, 256:4, 257:11, 257:16, 265:19, 265:20, 266:11, 270:24, 290:3
**people's** [1] - 208:16
**per** [2] - 164:17, 195:18
**percent** [24] - 121:25, 122:1, 122:3, 144:21, 223:19, 224:22, 224:25, 226:11, 227:12, 227:19, 230:5, 230:17, 231:7, 233:8, 233:15, 233:23, 235:10, 240:7, 249:10, 249:12, 274:2, 274:10, 282:7, 283:16
**percentage** [2] - 274:1, 274:2
**peremptories** [1] - 197:6
**Perez** [1] - 31:4

**perfect** [5] - 19:13, 79:6, 121:7, 201:14, 228:7
**perfecting** [1] - 246:5
**perfectly** [1] - 230:8
**perhaps** [1] - 270:8
**period** [6] - 10:6, 78:16, 78:19, 82:4, 147:16, 274:19
**perjury** [1] - 286:21
**permission** [2] - 8:20, 10:13
**permit** [3] - 217:10, 276:25, 289:11
**permitted** [3] - 10:7, 195:24, 215:4
**persist** [1] - 238:18
**persisted** [2] - 234:7, 234:24
**person** [35] - 11:6, 67:21, 70:10, 71:3, 71:20, 72:7, 75:18, 112:2, 136:22, 153:10, 154:2, 155:8, 165:7, 174:25, 175:12, 208:24, 209:10, 212:5, 214:9, 214:10, 223:10, 228:11, 233:10, 244:1, 244:3, 244:8, 244:9, 254:3, 255:10, 255:11, 280:19, 282:13, 285:16, 286:1
**personal** [4] - 28:1, 144:12, 222:7, 267:3
**personalities** [1] - 153:4
**personally** [5] - 27:11, 27:21, 128:5, 216:5, 240:19
**persons** [2] - 30:23, 243:1
**perspective** [4] - 25:22, 45:18, 45:24, 63:5
**persuaded** [1] - 227:21
**petition** [1] - 233:25
**Pharmaceuticals** [1] - 32:10
**pharmacies** [1] - 29:10
**phase** [1] - 201:19
**Philadelphia** [2] - 52:9, 52:23
**Philippines** [1] - 212:8
**Phillip** [2] - 19:2, 27:16
**philosophical** [1] - 143:15
**philosophically** [1] - 142:8
**phone** [4] - 219:12, 254:18, 254:19, 254:21
**physical** [11] - 67:19, 89:10, 93:22, 95:25, 112:7, 113:17, 121:18, 124:22, 253:15, 269:12
**physically** [5] - 268:20, 271:5, 271:10, 273:1
**physicians** [1] - 29:9
**pick** [8] - 15:11, 15:14, 95:5, 95:8, 101:8, 104:12, 144:2, 161:23
**picked** [2] - 82:1, 203:6
**picking** [4] - 95:11, 101:13,

162:3, 237:24
**piece** [2] - 51:18, 269:10
**pike** [1] - 45:22
**pilot** [5] - 109:5, 109:7, 159:21, 160:3, 160:6
**pilots** [1] - 159:14
**pin** [2] - 171:3, 171:4
**Pine** [2] - 126:21, 127:6
**Pinellas** [1] - 42:1
**pivotal** [1] - 242:13
**place** [5] - 9:24, 116:18, 171:14, 221:25, 241:12
**placement** [1] - 13:8
**plaintiff** [4] - 6:6, 22:24, 22:25, 101:25
**plaintiff's** [1] - 35:7
**PLAINTIFF(S** [1] - 1:5
**plan** [5] - 95:6, 225:7, 225:8, 256:18, 270:1
**plane** [3] - 159:13, 159:17
**planned** [1] - 16:10
**planning** [1] - 137:12
**plans** [4] - 214:2, 269:19, 269:21, 270:5
**play** [3] - 267:1, 267:11, 290:2
**played** [1] - 214:22
**players** [1] - 242:13
**playing** [2] - 148:12, 226:20
**plays** [1] - 263:14
**plea** [2] - 236:4, 238:13
**plead** [1] - 243:9
**pleasant** [1] - 290:20
**pleasure** [2] - 24:2, 204:20
**pled** [3] - 219:16, 226:9, 237:15
**Ploeg** [3] - 109:11, 109:14, 109:22
**podium** [1] - 10:7
**point** [23] - 19:25, 20:17, 40:16, 45:23, 136:20, 141:17, 151:18, 177:11, 180:19, 184:10, 195:12, 204:19, 228:4, 229:3, 254:8, 255:23, 256:22, 259:24, 260:1, 260:7, 265:2
**points** [1] - 258:1
**poking** [2] - 233:25, 234:1
**police** [26] - 42:1, 43:9, 44:14, 46:2, 47:19, 47:21, 47:25, 48:16, 48:17, 48:24, 49:23, 49:25, 50:2, 50:3, 50:12, 52:18, 53:13, 53:15, 56:1, 58:18, 58:24, 59:3, 64:6, 94:9, 94:13, 172:1
**Police** [4] - 52:12, 53:11, 53:12, 97:23
**policeman** [1] - 52:13
**policies** [1] - 260:3

**policy** [1] - 253:8
**Politi** [5] - 37:23, 37:25, 38:1, 38:10, 119:24
**polygraph** [1] - 291:9
**Ponzi** [3] - 45:13, 64:3, 170:18
**pool** [2] - 113:2, 201:1
**poor** [3] - 244:14, 245:13
**population** [1] - 266:9
**Porras** [2] - 60:5, 113:14
**porras** [1] - 113:23
**pose** [4] - 20:11, 93:8, 93:23, 94:2
**posed** [1] - 173:12
**position** [21] - 135:22, 139:10, 139:12, 167:20, 183:18, 186:15, 186:16, 187:6, 191:24, 193:17, 195:9, 243:7, 246:13, 246:15, 261:17, 261:22, 262:2, 262:7, 262:12, 265:5, 282:14
**positive** [2] - 193:6
**positively** [2] - 144:24, 147:6
**possible** [4] - 208:21, 243:2, 277:2, 291:19
**possibly** [2] - 128:2, 228:3
**posted** [1] - 212:3
**potential** [6] - 32:3, 141:18, 260:9, 260:10, 276:8
**potentially** [3] - 154:12, 260:22, 261:1
**Power** [5] - 117:18, 117:19, 117:21, 126:10, 126:12
**practice** [21] - 27:25, 29:4, 29:7, 30:4, 127:8, 128:17, 136:17, 206:24, 211:9, 246:22, 246:25, 247:4, 247:8, 249:15, 251:19, 252:3, 252:7, 252:10, 252:12, 256:7, 256:17
**practiced** [1] - 29:24
**practices** [3] - 116:2, 116:5, 116:7
**practitioner** [4] - 102:20, 103:13, 103:19, 103:20
**precise** [1] - 176:5
**predicament** [2] - 243:13, 255:7
**predict** [1] - 186:24
**preemptory** [1] - 195:23
**prefer** [6] - 9:12, 40:18, 40:23, 75:15, 133:12, 229:3
**preference** [2] - 7:4, 134:20
**prelim** [1] - 8:22
**preliminary** [3] - 8:23, 9:7, 36:9
**prenursing** [1] - 106:15
**Prep** [1] - 97:10

**prepare** [1] - 90:10
**prepared** [7] - 8:21, 11:20, 16:7, 16:8, 16:23, 98:6, 130:11
**preplanned** [1] - 187:5
**preponderance** [2] - 22:25, 35:4
**prepped** [1] - 9:11
**prerequisite** [1] - 225:1
**prescribed** [1] - 212:18
**prescription** [5] - 213:19, 213:21, 226:6, 249:6, 269:1
**prescriptions** [3] - 208:15, 209:19, 227:3
**presence** [1] - 176:3
**present** [8] - 6:15, 14:12, 78:1, 86:11, 288:22, 290:11, 290:12
**presentation** [1] - 243:24
**presented** [11] - 8:15, 68:25, 155:10, 155:19, 155:25, 156:2, 156:8, 162:8, 226:25, 271:5, 288:22
**preserve** [1] - 252:3
**Preserve** [1] - 252:6
**presided** [1] - 207:12
**presidential** [1] - 254:24
**presiding** [2] - 19:19, 207:11
**press** [2] - 181:13, 182:7
**prestigious** [1] - 244:21
**presume** [4] - 9:9, 178:24, 179:17, 182:19
**presumed** [4] - 22:14, 155:9, 156:12, 161:9
**presuming** [2] - 161:12, 186:12
**presumption** [5] - 155:5, 155:13, 161:19, 174:6, 198:17
**presumptions** [1] - 179:16
**pretenses** [1] - 285:4
**pretrial** [4] - 83:6, 83:16, 264:21, 265:8
**pretty** [8] - 16:9, 67:25, 95:3, 99:14, 108:24, 155:4, 196:15, 242:6
**prevent** [1] - 83:1
**previous** [4] - 177:17, 177:18, 243:10, 275:14
**previously** [12] - 14:11, 35:10, 38:6, 53:19, 64:1, 102:14, 133:3, 141:9, 161:1, 264:5, 275:13, 293:6
**Price** [1] - 115:16
**prices** [1] - 256:5
**pride** [1] - 223:4
**primarily** [1] - 266:9
**Prime** [1] - 114:5

**principal** [1] - 253:11
**principals** [1] - 253:9
**principles** [1] - 174:9
**print** [1] - 11:25
**printed** [2] - 14:6, 287:6
**prison** [4] - 236:8, 237:25, 254:24, 255:3
**privacy** [2] - 21:3, 135:10
**private** [26] - 40:19, 41:1, 53:1, 53:14, 72:3, 75:16, 91:10, 135:5, 135:24, 136:5, 136:13, 136:14, 136:15, 142:7, 142:14, 143:6, 177:12, 180:5, 218:6, 259:18, 267:16, 267:20, 269:20, 269:25
**privately** [5] - 40:16, 63:17, 135:15, 136:19, 136:21
**privilege** [2] - 204:19, 230:7
**privileged** [1] - 225:14
**privileges** [6] - 271:1, 272:5, 272:11, 272:18, 274:17, 275:12
**pro** [1] - 87:24
**probable** [1] - 70:15
**problem** [21] - 39:9, 39:17, 61:15, 75:19, 77:21, 79:24, 88:4, 91:23, 93:23, 106:22, 113:9, 134:8, 142:17, 142:25, 162:13, 171:7, 174:17, 179:8, 213:15, 237:18, 254:14
**problems** [12] - 66:19, 89:10, 95:23, 95:25, 119:7, 122:22, 124:23, 143:3, 197:11, 224:8, 227:25, 232:16
**ProCall** [1] - 32:10
**procedural** [1] - 134:20
**procedures** [1] - 264:12
**proceed** [4] - 23:8, 23:24, 26:9, 259:10
**proceeding** [2] - 14:22, 151:12
**Proceedings** [5] - 6:1, 14:3, 134:16, 204:25, 292:3
**proceedings** [17] - 14:16, 15:6, 15:18, 183:3, 183:4, 183:6, 183:9, 183:11, 183:14, 183:17, 204:19, 207:25, 236:20, 237:19, 290:16, 290:19, 293:9
**PROCEEDINGS** [1] - 1:12
**process** [22] - 21:4, 68:12, 75:9, 117:2, 117:12, 117:13, 147:18, 168:21, 168:22, 169:13, 177:20, 211:25, 215:11, 260:24, 262:18, 268:4, 271:9, 271:13, 271:14, 271:20,

271:25, 273:10
**processed** [2] - 261:18, 271:3
**processes** [1] - 264:16
**processing** [1] - 267:17
**processors** [1] - 268:8
**product** [1] - 120:10
**profession** [2] - 123:13, 249:17
**professional** [5] - 100:19, 148:6, 153:10, 154:16, 268:19
**Professional** [1] - 118:13
**professionally** [1] - 27:11
**professionals** [2] - 148:10, 211:7
**professor** [2] - 246:13, 246:18
**profit** [4] - 211:20, 219:8, 249:10, 249:13
**profitable** [1] - 249:18
**profited** [1] - 220:15
**profits** [3] - 211:3, 213:6, 215:15
**program** [35] - 25:4, 65:13, 66:15, 72:9, 106:18, 146:20, 218:8, 221:8, 261:2, 261:14, 262:8, 262:19, 262:21, 263:4, 264:3, 265:18, 266:10, 266:13, 266:15, 267:1, 267:5, 267:13, 270:19, 271:9, 272:5, 272:18, 275:12, 275:18, 275:21, 284:9, 284:15, 285:3, 285:6, 286:20, 288:2
**programs** [6] - 259:20, 260:6, 260:15, 260:21, 264:6, 270:6
**prohibit** [1] - 143:16
**prohibited** [1] - 280:12
**prohibition** [1] - 280:13
**prohibits** [1] - 287:22
**project** [1] - 7:4
**projects** [1] - 26:17
**prolific** [1] - 253:23
**promised** [1] - 212:12
**promises** [1] - 285:4
**prompt** [1] - 290:17
**promptly** [2] - 289:14, 290:6
**proof** [21] - 22:23, 23:1, 23:4, 35:3, 35:4, 35:7, 35:9, 35:11, 36:8, 36:11, 36:13, 37:12, 38:7, 39:9, 127:22, 173:19, 173:21, 258:12, 258:13
**proper** [1] - 201:22
**properly** [2] - 32:15, 176:20
**property** [3] - 120:9, 120:11, 285:5

**proposed** [6] - 8:16, 8:17, 8:21, 9:20, 9:24, 228:6
**propounded** [1] - 26:3
**prosecuted** [1] - 117:11
**prosecuting** [1] - 238:17
**prosecution** [16] - 22:7, 43:25, 44:18, 46:13, 47:12, 49:8, 51:10, 53:24, 55:10, 56:5, 56:25, 70:15, 98:19, 186:21, 275:5, 276:8
**prosecutor** [12] - 43:18, 44:4, 52:18, 174:23, 240:17, 243:25, 250:23, 251:14, 254:8, 255:24, 256:23, 290:13
**prosecutors** [5] - 49:16, 58:10, 61:8, 238:17, 260:8
**Prospective** [1] - 137:7
**prospective** [2] - 133:17, 176:9
**PROSPECTIVE** [758] - 19:1, 19:4, 19:7, 19:9, 26:5, 27:16, 27:18, 27:24, 28:1, 28:5, 28:10, 28:13, 28:17, 28:20, 28:23, 29:2, 29:5, 29:9, 29:13, 29:15, 29:17, 29:19, 29:23, 29:25, 30:7, 30:12, 30:14, 30:19, 31:20, 31:23, 32:1, 32:25, 33:9, 33:14, 33:16, 33:19, 33:21, 33:23, 34:1, 34:5, 34:7, 34:9, 34:11, 34:14, 34:16, 34:18, 34:20, 34:24, 35:1, 35:13, 35:17, 35:19, 35:22, 35:24, 36:3, 36:6, 36:15, 36:17, 36:22, 37:3, 37:5, 37:7, 37:10, 37:13, 37:19, 37:23, 37:25, 38:2, 38:5, 38:9, 38:11, 38:14, 38:18, 38:20, 38:23, 39:1, 39:7, 39:11, 39:14, 39:17, 39:20, 39:24, 40:3, 40:9, 40:12, 40:22, 40:25, 41:2, 41:7, 41:25, 42:7, 42:9, 42:12, 42:17, 42:20, 43:1, 43:8, 43:13, 43:16, 43:21, 44:2, 44:8, 44:13, 44:16, 45:11, 46:1, 46:6, 46:9, 46:14, 46:17, 46:19, 46:21, 46:24, 47:1, 47:6, 47:9, 47:14, 47:16, 47:18, 47:22, 48:2, 48:5, 48:12, 48:14, 48:15, 48:21, 48:23, 49:2, 49:9, 49:20, 49:22, 50:3, 50:8, 50:10, 50:16, 50:21, 51:2, 51:12, 51:15, 51:23, 52:1, 52:4, 52:7, 52:9, 52:21, 52:25, 53:7, 53:9, 54:1, 54:8, 54:11, 54:14, 54:18, 54:20, 54:23, 54:25, 55:2,

55:4, 55:11, 55:14, 55:16, 55:19, 55:22, 56:1, 56:6, 56:9, 56:14, 56:17, 56:20, 57:1, 57:5, 57:7, 57:8, 57:11, 57:14, 57:16, 57:19, 57:22, 57:24, 58:3, 58:6, 58:11, 58:13, 58:16, 59:6, 59:9, 59:16, 59:19, 59:25, 60:4, 60:9, 60:15, 60:19, 60:23, 61:2, 61:9, 61:11, 61:12, 61:22, 61:24, 62:2, 62:6, 62:8, 62:11, 62:12, 62:14, 62:17, 62:20, 62:22, 63:3, 63:18, 64:1, 64:10, 64:21, 65:2, 65:7, 65:10, 65:16, 65:24, 66:7, 66:12, 66:16, 66:19, 66:21, 66:24, 67:2, 67:7, 67:9, 67:13, 67:15, 67:19, 67:23, 68:6, 68:10, 68:14, 68:17, 69:2, 69:5, 69:7, 69:9, 69:11, 69:14, 69:18, 69:22, 69:24, 70:2, 70:4, 70:6, 70:8, 70:12, 70:17, 70:20, 70:23, 71:1, 71:5, 71:9, 71:12, 71:15, 71:18, 71:22, 71:25, 72:2, 72:5, 72:10, 72:13, 72:22, 72:24, 73:5, 73:11, 73:14, 74:11, 74:14, 74:16, 74:20, 74:22, 74:24, 75:3, 75:6, 75:8, 75:14, 75:20, 75:22, 76:1, 76:4, 76:8, 76:11, 78:23, 79:5, 79:8, 79:12, 79:16, 79:18, 79:21, 79:24, 80:3, 80:9, 80:11, 80:14, 80:19, 80:24, 81:7, 81:9, 81:17, 81:20, 81:24, 82:7, 82:9, 82:13, 82:18, 82:22, 83:4, 83:15, 83:19, 83:22, 83:24, 84:3, 84:7, 84:11, 84:13, 84:16, 84:18, 84:19, 84:25, 85:5, 85:7, 85:13, 85:18, 85:21, 86:3, 86:5, 86:15, 87:4, 87:12, 87:24, 88:3, 88:11, 88:23, 89:2, 89:4, 89:20, 90:3, 90:7, 90:14, 90:20, 90:22, 91:3, 91:8, 91:13, 91:20, 91:22, 92:2, 92:4, 92:8, 92:13, 92:15, 92:23, 93:1, 93:4, 93:11, 93:17, 93:20, 94:7, 94:12, 94:18, 94:20, 94:21, 95:10, 95:12, 95:15, 96:6, 96:8, 96:11, 96:15, 96:18, 96:22, 96:24, 97:5, 97:10, 97:13, 97:16, 97:19, 98:3, 98:12, 98:21, 98:24, 98:25, 99:8, 99:15, 99:19, 99:22, 100:1, 100:5, 100:6, 100:11, 100:18, 100:21, 100:25, 101:2, 101:5,

101:7, 101:10, 101:14, 101:17, 101:22, 101:24, 102:6, 102:11, 102:19, 103:2, 103:4, 103:12, 103:20, 103:23, 104:1, 104:8, 104:10, 104:11, 104:17, 105:2, 105:4, 105:6, 105:9, 105:12, 105:14, 105:17, 105:21, 105:24, 106:4, 106:9, 106:11, 106:12, 106:15, 106:17, 106:20, 106:24, 107:5, 107:8, 107:16, 107:19, 107:22, 107:25, 108:13, 108:16, 109:1, 109:9, 109:14, 109:18, 109:23, 110:1, 110:4, 110:7, 110:10, 110:14, 110:17, 110:20, 110:23, 110:25, 111:5, 111:8, 111:18, 111:21, 111:25, 112:2, 112:5, 112:12, 112:13, 112:17, 112:21, 112:25, 113:1, 113:14, 113:24, 114:3, 114:5, 114:7, 114:15, 114:17, 114:21, 114:25, 115:3, 115:10, 115:12, 115:20, 116:1, 116:8, 116:14, 116:16, 117:4, 117:6, 117:10, 117:17, 117:22, 118:4, 118:7, 118:10, 118:22, 118:24, 119:11, 119:17, 119:22, 119:24, 120:6, 120:11, 120:16, 120:21, 120:24, 121:1, 121:5, 121:8, 121:12, 121:23, 122:3, 122:6, 122:14, 123:1, 123:9, 123:16, 123:18, 123:24, 124:1, 124:5, 124:7, 124:10, 124:12, 124:15, 125:3, 125:4, 125:9, 125:13, 125:20, 125:23, 125:25, 126:2, 126:7, 126:9, 126:20, 127:6, 127:9, 127:11, 127:25, 128:9, 128:11, 128:16, 128:18, 128:20, 129:2, 129:7, 129:9, 129:21, 130:21, 131:7, 131:12, 131:15, 131:16, 131:24, 132:1, 132:3, 132:8, 132:11, 132:14, 132:19, 132:25, 138:9, 138:14, 138:18, 138:20, 139:2, 139:6, 139:7, 139:9, 139:14, 139:16, 139:20, 140:4, 140:5, 140:10, 140:17, 140:25, 141:4, 141:8, 141:10, 141:12,

141:13, 141:15, 142:4, 142:6, 142:11, 142:15, 142:17, 142:21, 142:25, 143:5, 144:8, 144:12, 144:16, 144:20, 145:1, 145:3, 145:4, 145:11, 145:14, 145:20, 146:1, 146:7, 146:15, 146:18, 146:21, 146:24, 147:1, 147:4, 147:7, 147:10, 147:13, 147:16, 147:21, 147:24, 148:23, 149:4, 149:8, 149:12, 150:18, 152:8, 152:12, 152:21, 152:24, 153:9, 153:14, 153:16, 153:21, 153:25, 154:3, 154:6, 154:10, 154:14, 154:16, 154:19, 154:24, 155:6, 155:10, 155:15, 155:18, 155:24, 156:4, 156:8, 157:1, 157:7, 157:10, 157:13, 157:16, 157:18, 157:21, 158:4, 158:7, 158:23, 159:2, 159:5, 159:19, 159:22, 159:25, 160:4, 160:11, 160:20, 160:23, 161:1, 161:4, 161:6, 161:11, 161:14, 161:16, 161:20, 162:1, 162:7, 162:11, 162:13, 162:16, 162:20, 162:23, 163:1, 163:5, 163:8, 163:11, 163:14, 163:18, 163:22, 164:5, 164:9, 164:12, 164:16, 164:19, 164:24, 165:2, 165:8, 165:10, 165:13, 165:16, 165:18, 165:23, 165:25, 166:3, 166:6, 166:9, 166:13, 166:17, 166:20, 167:18, 167:20, 167:23, 168:3, 168:6, 168:8, 170:17, 171:2, 171:10, 171:13, 171:19, 171:23, 172:2, 172:5, 172:7, 172:9, 172:14, 172:18, 172:21, 172:23, 172:25, 173:3, 173:6, 173:9, 177:8, 177:15, 178:1, 178:5, 178:8, 178:14, 178:22, 179:1, 179:12, 179:19, 179:21, 179:25, 180:7, 180:11, 180:14, 180:16, 180:18, 180:22, 181:2, 181:10, 181:14, 181:17, 181:20, 181:23, 182:3, 182:17, 182:22, 183:4, 183:13, 183:17
**prosthetics** [1] - 283:8
**protect** [2] - 251:21, 252:20

**protection** [1] - 144:12
**protections** [1] - 173:17
**proud** [2] - 223:6, 223:10
**prove** [18] - 22:10, 22:19, 22:24, 25:18, 149:18, 149:22, 161:20, 173:21, 174:10, 174:14, 218:1, 224:23, 234:6, 237:9, 240:3, 257:19, 257:21
**proven** [1] - 156:13
**provide** [9] - 89:15, 114:23, 115:3, 219:7, 241:12, 260:21, 260:25, 271:24, 280:6
**provided** [6] - 171:3, 195:12, 212:5, 242:22, 268:20, 293:5
**Provider** [1] - 273:16
**provider** [15] - 113:20, 219:8, 272:2, 272:20, 273:19, 274:18, 275:9, 275:10, 275:15, 276:3, 276:7, 281:6, 285:14, 286:8
**providers** [12] - 144:16, 210:16, 211:12, 211:19, 218:18, 263:15, 264:2, 267:18, 268:17, 270:20, 270:25, 272:21
**providing** [1] - 288:13
**proving** [1] - 22:9
**provision** [1] - 288:1
**pry** [3] - 81:15, 82:15, 106:22
**prying** [1] - 70:9
**public** [5] - 102:4, 112:17, 252:16, 253:5, 260:17
**published** [1] - 279:8
**publisher** [1] - 129:13
**Publix** [1] - 107:17
**Puentes** [3] - 125:5, 126:8, 162:14
**pull** [8] - 114:1, 136:22, 177:4, 201:1, 224:19, 253:25, 277:1, 285:21
**pulled** [1] - 177:11
**punishable** [1] - 287:10
**purchase** [2] - 208:14, 210:7
**purchased** [3] - 210:4, 220:19, 233:12
**purchasing** [2] - 230:4, 231:23
**purpose** [3] - 21:2, 217:1, 220:1
**purposes** [3] - 136:4, 137:12, 195:8
**pursuant** [1] - 264:14
**put** [24] - 16:9, 22:15, 23:2, 35:9, 36:12, 65:21, 77:14, 159:7, 166:25, 178:16, 179:3, 209:11, 209:14, 211:20, 215:3, 220:10,

229:1, 229:2, 229:4, 234:15, 246:16, 252:12, 252:18, 279:6
**puts** [1] - 71:20

## Q

**Q-u-i-n-d-o-z-a** [1] - 259:8
**qualifications** [1] - 26:3
**qualified** [5] - 20:20, 21:17, 143:13, 225:24, 226:5
**qualify** [1] - 264:15
**quality** [1] - 258:2
**Quanincia** [1] - 293:17
**quarter** [1] - 215:16
**quarters** [1] - 249:25
**quasi** [1] - 183:18
**QUEENAN** [161] - 1:16, 8:1, 8:9, 9:9, 10:4, 10:13, 16:15, 16:19, 16:23, 17:10, 23:9, 88:12, 88:18, 134:2, 134:24, 135:9, 135:18, 135:22, 136:10, 136:15, 136:24, 137:4, 137:17, 138:13, 138:15, 138:25, 139:13, 139:15, 139:19, 140:2, 140:9, 140:16, 140:20, 141:2, 141:6, 141:9, 141:14, 141:16, 142:5, 142:8, 142:13, 142:16, 142:23, 143:3, 143:10, 144:9, 144:14, 144:19, 144:22, 145:2, 145:12, 145:18, 145:25, 146:5, 146:10, 146:16, 146:19, 146:22, 146:25, 147:2, 147:5, 147:8, 147:11, 147:14, 147:19, 147:22, 147:25, 148:1, 149:2, 149:5, 149:11, 149:13, 150:4, 150:8, 150:19, 176:18, 179:15, 179:20, 179:23, 183:21, 184:7, 184:16, 184:24, 185:5, 185:8, 185:14, 185:20, 185:25, 186:3, 186:8, 186:19, 187:1, 187:11, 187:16, 187:21, 188:6, 188:8, 188:11, 189:2, 189:8, 189:11, 189:16, 189:22, 189:24, 190:13, 190:15, 190:22, 190:24, 191:25, 192:4, 192:6, 192:11, 192:19, 192:21, 193:4, 193:13, 193:24, 194:1, 194:3, 194:11, 194:14, 194:19, 194:22, 195:2, 195:14, 196:4, 197:8, 197:17, 197:21, 197:24, 198:2,

198:8, 198:14, 198:18, 199:4, 199:7, 199:14, 199:22, 200:1, 200:9, 200:19, 203:25, 204:10, 205:1, 205:7, 206:5, 258:22, 259:9, 259:12, 264:14, 265:15, 267:4, 276:21, 277:5, 277:16, 277:23, 278:3, 278:8, 279:5, 281:1, 289:6
**Queenan** [31] - 3:4, 6:8, 6:9, 10:3, 17:6, 23:10, 23:16, 137:16, 150:6, 176:17, 176:21, 184:23, 185:2, 187:20, 188:10, 191:23, 195:6, 196:25, 197:16, 198:7, 198:10, 198:12, 199:3, 200:17, 203:23, 204:8, 265:16, 267:8, 277:6, 279:10, 281:3
**question's** [1] - 131:11
**questioned** [3] - 84:15, 196:24, 197:1
**questioning** [8] - 13:5, 13:15, 21:2, 26:8, 40:16, 134:19, 134:20, 196:23
**questionnaire** [7] - 11:15, 11:18, 11:21, 86:17, 88:13, 88:20, 197:12
**questionnaires** [1] - 231:25
**questions** [55] - 8:16, 8:18, 9:21, 10:25, 11:19, 20:1, 20:2, 20:18, 20:19, 26:2, 27:23, 33:2, 39:4, 42:13, 45:17, 73:8, 84:2, 84:5, 86:20, 89:23, 97:14, 98:7, 102:13, 102:16, 137:10, 137:14, 137:18, 137:24, 144:1, 150:15, 151:10, 151:16, 157:4, 157:8, 158:17, 158:22, 168:14, 168:21, 169:14, 169:15, 169:16, 170:21, 170:25, 173:11, 173:12, 173:13, 174:13, 175:6, 179:13, 197:4, 249:3, 260:2, 269:17, 283:14
**quick** [4] - 150:10, 176:4, 192:12, 192:13
**quickly** [2] - 13:21, 14:10
**quiet** [1] - 243:2
**quindoza** [3] - 259:13, 266:9, 277:6
**QUINDOZA** [2] - 3:3, 259:1
**Quindoza** [8] - 31:8, 258:23, 259:7, 261:15, 264:16, 265:16, 276:22, 279:10
**Quinon** [11] - 6:21, 7:13, 10:21, 17:15, 24:2, 24:6, 136:8, 168:17, 187:24,

200:22, 204:14
**QUINON** [60] - 2:2, 2:2, 6:20, 7:7, 7:14, 8:7, 8:11, 12:18, 12:23, 13:19, 23:25, 81:3, 81:6, 134:8, 136:1, 136:7, 142:19, 142:22, 168:18, 170:12, 170:21, 171:6, 171:11, 171:17, 171:21, 171:25, 172:3, 172:6, 172:8, 172:12, 172:15, 172:19, 172:22, 172:24, 173:1, 173:4, 173:7, 173:10, 177:1, 177:5, 182:25, 183:10, 183:15, 183:19, 183:25, 184:13, 186:4, 187:25, 192:24, 196:22, 197:25, 200:23, 204:15, 205:4, 205:21, 206:7, 206:22, 217:8, 240:10, 291:24
**quinon** [2] - 170:4, 170:10
**quintero** [1] - 191:10
**Quintero** [3] - 6:21, 10:18, 24:4
**QUINTERO** [23] - 2:4, 2:5, 10:19, 18:5, 18:9, 19:10, 55:5, 55:8, 85:10, 103:3, 109:15, 111:12, 191:8, 191:13, 195:6, 264:24, 265:10, 267:2, 267:7, 277:19, 278:2, 278:6, 279:3
**quite** [8] - 141:5, 158:4, 158:9, 158:10, 168:1, 170:19, 173:13, 222:17
**quote** [6] - 146:8, 186:13, 191:17, 212:22, 235:4, 265:3

## R

**radio** [1] - 112:19
**raided** [1] - 232:23
**raids** [1] - 150:12
**raise** [13] - 7:24, 25:22, 27:12, 66:2, 76:23, 78:22, 138:6, 168:12, 169:24, 175:21, 207:17, 238:24, 258:24
**raised** [7] - 26:13, 33:3, 117:25, 119:1, 140:21, 177:3
**raising** [5] - 26:11, 32:22, 41:23, 65:3, 138:1
**ramped** [1] - 226:21
**ran** [4] - 212:2, 216:15, 231:17, 242:20
**random** [1] - 206:12
**randomly** [1] - 20:17
**Raquel** [2] - 74:11, 112:13

**Raques** [1] - 81:7
**rare** [1] - 168:12
**rarely** [1] - 43:1
**Rasabi** [3] - 19:9, 19:12, 132:14
**rasabi** [1] - 19:12
**rather** [7] - 15:14, 45:2, 61:4, 134:10, 134:11, 143:6, 180:4
**rays** [1] - 268:21
**reach** [14] - 21:7, 33:6, 33:11, 33:22, 34:6, 34:12, 34:25, 35:23, 35:25, 38:3, 38:16, 77:3, 98:7, 156:2
**reached** [5] - 33:8, 36:23, 37:3, 37:5, 171:3
**reaction** [1] - 174:23
**read** [43] - 8:22, 9:9, 16:16, 17:1, 17:8, 18:3, 30:8, 30:9, 30:13, 30:22, 31:17, 32:5, 32:14, 96:7, 149:19, 167:16, 182:21, 196:5, 196:8, 196:10, 196:13, 197:5, 200:4, 280:2, 280:4, 280:10, 280:18, 281:3, 282:11, 282:18, 284:5, 284:11, 284:24, 286:10, 286:11, 286:13, 286:23, 286:24, 287:4, 287:5, 288:20, 291:17, 291:19
**reader** [2] - 149:3, 149:5
**reading** [8] - 16:20, 31:1, 92:11, 94:23, 167:24, 197:12, 289:15
**ready** [14] - 10:24, 18:12, 18:14, 23:8, 23:17, 23:23, 136:25, 137:2, 204:1, 205:5, 207:2, 207:15, 228:17, 228:19
**real** [6] - 13:21, 126:23, 128:20, 132:22, 244:14, 254:1
**realize** [4] - 9:10, 20:10, 88:16, 187:4
**really** [25] - 57:2, 57:19, 60:10, 92:8, 113:9, 119:19, 136:2, 153:16, 154:14, 154:15, 155:3, 158:5, 159:17, 160:25, 168:10, 168:11, 170:19, 179:6, 203:2, 230:13, 232:10, 239:20, 241:13, 246:25, 247:1
**rear** [1] - 173:2
**reason** [27] - 21:18, 27:3, 30:25, 49:17, 66:22, 77:7, 77:19, 78:21, 89:12, 91:22, 95:4, 112:10, 121:10, 124:25, 151:14, 159:7, 167:23, 178:17, 196:12,

226:12, 228:14, 229:18, 230:1, 230:18, 234:25, 248:24, 258:5
**reasonable** [10] - 22:11, 22:19, 23:5, 25:18, 173:21, 174:15, 218:1, 232:6, 240:4, 257:20
**reasonably** [1] - 230:15
**reasons** [5] - 26:21, 166:23, 175:20, 274:16, 275:16
**Rebecca** [1] - 31:5
**recalled** [1] - 78:18
**recalling** [1] - 136:13
**receivable** [1] - 138:22
**receive** [3] - 86:22, 216:25, 272:4
**received** [4] - 86:17, 216:6, 216:9, 237:13
**recent** [6] - 17:13, 17:15, 33:13, 38:25, 45:5, 76:2
**recently** [4] - 59:9, 140:19, 146:18, 147:14
**receptionist** [1] - 231:22
**recertification** [1] - 273:3
**recertify** [1] - 272:21
**Recess** [3] - 14:2, 134:15, 204:24
**recess** [2] - 198:23, 289:8
**recessed** [3] - 133:17, 176:9, 203:16
**recipients** [1] - 260:20
**reckless** [1] - 288:24
**recognition** [1] - 128:8
**recognize** [9] - 20:12, 31:17, 32:3, 32:7, 32:16, 128:4, 208:7, 277:12, 277:14
**recognized** [2] - 265:9, 265:13
**recollection** [1] - 117:7
**reconvened** [3] - 137:7, 201:13, 207:7
**record** [32] - 6:6, 8:9, 11:9, 12:5, 14:11, 18:10, 26:23, 135:1, 136:5, 184:17, 184:20, 184:23, 187:18, 190:4, 192:14, 193:14, 195:8, 195:22, 201:7, 252:17, 253:5, 264:25, 277:22, 278:10, 278:12, 278:14, 278:16, 278:18, 278:20, 278:22, 278:24, 279:2
**recorded** [1] - 231:11
**recording** [1] - 293:4
**records** [6] - 116:4, 146:2, 220:9, 220:12, 220:13
**reduce** [1] - 243:14
**redundant** [2] - 16:10, 195:10
**refer** [3] - 226:4, 270:15,

276:13
**reference** [2] - 8:5, 280:15
**referral** [1] - 287:25
**referrals** [2] - 209:21
**referred** [11] - 14:17, 19:20, 21:25, 146:5, 265:17, 266:18, 269:2, 269:4, 269:19, 272:6, 281:9
**referring** [2] - 31:20, 276:7
**refers** [2] - 86:10, 275:5
**reflect** [1] - 253:10
**reflected** [2] - 242:10, 242:11
**reflects** [1] - 253:8
**refund** [1] - 216:13
**refunded** [1] - 275:20
**refunding** [1] - 274:24
**regarding** [4] - 260:2, 260:6, 264:5, 282:3
**regardless** [2] - 266:12, 272:19
**regards** [2] - 98:5, 181:24
**region** [1] - 268:9
**regional** [1] - 87:5
**regions** [1] - 267:22
**registered** [1] - 113:6
**regulated** [1] - 193:5
**regulation** [5] - 224:2, 228:14, 230:11, 271:9, 280:16
**regulations** [9] - 223:18, 260:2, 260:14, 263:1, 264:1, 264:17, 280:14, 287:16, 288:16
**rehab** [1] - 96:20
**rehabilitation** [3] - 67:10, 67:16, 145:16
**Reid** [2] - 131:16, 132:12
**reintroduce** [1] - 151:1
**reiterate** [5] - 26:19, 76:16, 89:22, 184:18, 196:25
**rejected** [1] - 265:3
**relate** [1] - 49:24
**related** [9] - 49:13, 137:22, 141:13, 141:15, 141:16, 142:9, 145:9, 263:1, 293:11
**relates** [1] - 196:5
**relation** [1] - 55:6
**relations** [2] - 112:17, 260:18
**relationship** [22] - 32:7, 43:3, 43:5, 43:15, 43:17, 43:23, 44:5, 46:10, 47:10, 49:5, 49:19, 50:6, 50:24, 57:2, 58:8, 59:15, 60:2, 60:25, 62:4, 62:25, 94:16, 126:5
**relationships** [2] - 48:10, 61:6
**relatively** [1] - 266:4
**relax** [1] - 290:8
**relaying** [1] - 240:18

**release** [1] - 182:7
**released** [2] - 291:3, 291:5
**releases** [1] - 181:13
**relevant** [3] - 17:8, 17:15, 66:13
**relies** [2] - 211:18, 211:19
**relieve** [3] - 80:6, 80:19, 80:20
**religious** [1] - 143:15
**relocation** [1] - 272:24
**rely** [1] - 270:19
**remain** [3] - 53:13, 163:24, 205:14
**remained** [1] - 222:17
**remains** [1] - 22:18
**remarks** [4] - 9:10, 9:13, 9:14, 16:6
**remember** [15] - 34:21, 75:14, 88:20, 141:5, 157:8, 157:14, 158:17, 158:22, 167:24, 168:4, 186:23, 187:1, 214:16, 240:15, 247:9
**remembers** [1] - 232:7
**remind** [3] - 145:12, 239:19, 240:18
**remiss** [1] - 204:17
**renal** [2] - 265:20, 266:12
**Renasha** [3] - 84:20, 123:19, 139:17
**render** [4] - 155:22, 156:18, 164:14, 207:20
**rendered** [2] - 181:18, 196:9
**Rene** [1] - 99:15
**renew** [2] - 264:21, 265:5
**repayment** [1] - 276:5
**repeat** [9] - 29:1, 29:18, 103:9, 109:13, 114:2, 164:18, 191:12, 224:13, 267:8
**repeating** [1] - 85:12
**rephrase** [1] - 275:6
**replacement** [1] - 191:21
**replacements** [2] - 81:18, 191:6
**reported** [5] - 172:14, 280:8, 282:6, 293:9, 293:13
**REPORTER** [2] - 137:5, 265:12
**reporter** [5] - 10:11, 20:4, 98:1, 157:19, 290:12
**Reporter** [1] - 293:18
**reporting** [1] - 138:21
**reports** [4] - 140:7, 153:24, 216:7, 220:17
**represent** [6] - 151:2, 183:2, 254:3, 286:2, 293:3, 293:8
**representation** [2] - 228:13, 230:9
**representations** [2] - 284:18,

285:4

**representative** [2] - 97:20, 205:17
**representatives** [1] - 218:5
**represented** [2] - 24:3, 29:9
**representing** [4] - 23:20, 24:2, 174:9, 174:20
**reputable** [4] - 222:20, 223:9, 227:14, 231:6
**reputation** [8] - 27:11, 27:19, 27:20, 28:14, 28:25, 29:22, 29:23, 30:16
**reputationally** [1] - 28:12
**request** [4] - 206:10, 260:5, 260:8, 260:11
**requesting** [1] - 206:20
**require** [2] - 273:18, 288:15
**required** [2] - 171:16, 210:16
**requirement** [1] - 274:5
**requirements** [2] - 279:23, 286:21
**requires** [2] - 179:17, 273:22
**requisite** [1] - 149:15
**rescheduling** [1] - 98:4
**research** [4] - 123:23, 123:24, 124:3, 182:7
**researcher** [1] - 123:21
**reservations** [1] - 140:12
**Reserves** [1] - 245:15
**reside** [1] - 116:19
**residency** [9] - 245:1, 245:2, 245:4, 245:7, 245:15, 245:22, 245:25, 246:4, 246:12
**resident** [3] - 245:8, 245:10, 245:16
**residents** [1] - 245:8
**Resolution** [1] - 121:5
**resolve** [2] - 70:19, 171:11
**resolved** [13] - 8:19, 9:20, 36:2, 36:3, 68:9, 70:7, 70:9, 74:23, 117:5, 117:6, 172:4, 173:4, 180:15
**resources** [2] - 90:23, 139:11
**respect** [8] - 9:7, 9:19, 43:14, 48:8, 60:24, 126:3, 276:1, 290:16
**respected** [1] - 222:20
**respectfully** [1] - 103:8
**respiratory** [2] - 67:16, 145:17
**respond** [5] - 291:10, 291:11, 291:14, 291:16, 291:19
**responded** [2] - 44:10, 291:10
**responding** [1] - 156:20
**responds** [1] - 235:11
**response** [10] - 26:12, 26:14, 26:18, 26:20, 37:19, 86:20,

158:15, 158:16, 235:3, 291:13
**responses** [2] - 20:19, 63:12
**responsibile** [2] - 49:14, 72:8
**responsibilities** [8] - 49:1, 50:20, 62:1, 67:24, 138:11, 231:18, 231:20, 259:24
**responsibility** [7] - 68:18, 229:13, 236:7, 260:12, 260:17, 260:23, 274:24
**responsible** [6] - 68:7, 140:7, 140:13, 226:18, 226:20, 275:21
**rest** [5] - 18:3, 99:6, 114:12, 201:1, 290:17
**restroom** [2] - 41:13, 176:4
**restrooms** [4] - 102:16, 133:11, 290:8
**result** [4] - 43:3, 143:18, 218:25, 219:4
**resulted** [1] - 220:15
**resumed** [2] - 85:3, 237:19
**resuming** [2] - 14:3, 204:25
**retina** [1] - 98:13
**retire** [2] - 115:21, 289:10
**retired** [38] - 42:3, 42:8, 42:22, 47:23, 48:16, 48:18, 53:10, 57:11, 57:18, 60:12, 62:14, 62:23, 66:13, 86:25, 87:8, 87:13, 87:17, 87:23, 88:1, 92:21, 93:1, 95:17, 96:5, 99:1, 111:23, 111:25, 115:12, 115:14, 116:20, 126:21, 129:11, 132:15, 132:16, 132:18, 132:21
**return** [5] - 20:23, 41:12, 79:21, 221:13, 240:7
**returning** [1] - 84:22
**revenue** [1] - 248:14
**revenues** [1] - 238:7
**reverse** [1] - 104:12
**review** [7] - 146:2, 147:3, 181:8, 181:12, 229:20, 277:9, 280:1
**reviewed** [2] - 181:5, 283:18
**reviewing** [1] - 231:25
**revocation** [1] - 287:12
**revoked** [3] - 275:9, 275:13, 276:3
**rewrote** [1] - 9:14
**Rhode** [3] - 58:17, 58:19, 58:24
**Richard** [2] - 31:10, 31:11
**rick** [3] - 57:8, 86:5, 108:16
**Rios** [2] - 54:22, 107:7
**rise** [10] - 18:11, 18:14, 18:15, 133:16, 137:6, 176:8, 201:12, 203:12, 207:17, 291:2

**risk** [3] - 116:4, 223:12, 292:1
**risky** [2] - 234:1, 234:2
**RN** [4] - 96:15, 96:17, 103:21, 104:1
**road** [1] - 208:4
**Rob** [1] - 31:13
**robin** [1] - 18:7
**Rodman** [8] - 38:11, 38:12, 62:12, 62:13, 67:2, 121:22, 121:23, 145:7
**Rodriguez** [8] - 19:7, 19:8, 39:14, 39:16, 40:1, 40:4, 122:14, 122:25
**Rojas** [1] - 54:14
**role** [17] - 43:4, 50:14, 98:2, 98:3, 109:24, 138:5, 138:7, 145:19, 209:11, 210:19, 214:9, 216:1, 216:21, 259:23, 266:25, 267:11
**roles** [3] - 138:25, 214:23, 261:13
**roll** [1] - 12:10
**rolls** [1] - 183:7
**Ronald** [1] - 31:8
**room** [11] - 20:23, 26:16, 53:5, 82:2, 134:3, 134:7, 134:13, 148:18, 149:5, 155:21, 196:11
**root** [1] - 168:20
**roped** [1] - 238:6
**rough** [1] - 65:18
**roughly** [1] - 50:17
**row** [24] - 11:3, 11:4, 11:7, 12:3, 12:4, 18:19, 18:22, 18:25, 27:2, 32:23, 32:24, 34:10, 35:15, 63:5, 64:20, 66:10, 85:20, 104:11, 104:13, 165:6, 170:3
**royal** [1] - 139:3
**RPR** [2] - 293:17, 293:17
**rude** [2] - 203:1, 290:1
**Rueda** [4] - 103:1, 103:6, 103:8, 103:12
**rule** [7] - 205:12, 218:13, 218:23, 218:24, 224:2, 249:23, 291:11
**Rule** [1] - 264:15
**rules** [18] - 21:23, 215:8, 215:21, 216:17, 218:13, 218:18, 223:18, 241:12, 260:2, 260:14, 262:25, 264:1, 264:12, 264:17, 270:11, 270:12, 289:23, 290:2
**ruling** [1] - 291:8
**run** [9] - 115:13, 115:22, 139:11, 201:23, 202:17, 206:24, 227:4, 248:18, 254:25

**rung** [1] - 183:7
**running** [6] - 10:23, 79:20, 80:24, 115:23, 225:11, 255:17
**runs** [2] - 79:9, 206:12
**rush** [1] - 290:5
**RUSSELL** [1] - 2:11

## S

**sacrifice** [1] - 244:24
**sacrificing** [1] - 175:24
**Safe** [4] - 259:16, 259:17, 259:21, 266:25
**safe** [3] - 134:4, 145:24, 261:3
**safety** [1] - 96:25
**sales** [5] - 87:5, 110:21, 112:2, 139:25
**Samperisi** [1] - 31:10
**sandwich** [2] - 202:7, 202:11
**Santiago** [2] - 82:9, 107:25
**Sara** [1] - 131:16
**sat** [5] - 22:21, 37:8, 39:3, 129:18, 257:12
**satisfaction** [1] - 173:5
**satisfied** [7] - 70:10, 76:6, 76:8, 170:23, 172:4, 180:20, 195:3
**satisfy** [1] - 21:14
**Savant** [1] - 31:13
**save** [2] - 13:3, 280:1
**saved** [1] - 223:1
**saw** [5] - 16:4, 80:2, 87:15, 138:16, 262:7
**scale** [1] - 35:6
**scam** [1] - 208:12
**scenarios** [1] - 65:19
**schedule** [2] - 95:13, 144:21
**scheduled** [4] - 79:9, 83:4, 84:21, 106:20
**scheduling** [1] - 98:4
**scheme** [16] - 24:14, 24:18, 45:13, 64:3, 170:18, 208:14, 208:21, 216:17, 219:11, 219:18, 220:21, 228:10, 229:22, 235:25, 284:16, 285:2
**schemes** [1] - 222:4
**scholarship** [4] - 244:13, 244:15, 244:20, 244:22
**scholarships** [2] - 244:17, 245:14
**school** [31] - 42:2, 42:10, 43:18, 48:16, 48:17, 49:11, 52:12, 90:5, 90:10, 91:16, 93:17, 93:18, 94:8, 95:10, 95:19, 97:8, 101:8, 106:14, 107:17, 107:18, 113:18, 116:24, 121:16, 125:19,

127:12, 222:23, 245:9, 245:16, 246:14, 246:18
**School** [2] - 48:24, 244:13
**schools** [3] - 244:18, 244:22, 246:3
**science** [1] - 78:2
**Scott** [2] - 41:25, 87:4
**scream** [2] - 214:23, 219:16
**script** [3] - 9:21, 13:13, 212:25
**scroll** [1] - 282:10
**se** [1] - 164:17
**seat** [12] - 12:14, 12:15, 18:13, 18:20, 18:24, 19:15, 26:7, 44:6, 177:10, 199:11, 201:15, 259:5
**Seat** [1] - 290:23
**seated** [7] - 7:6, 56:12, 73:22, 194:2, 194:8, 207:8, 207:24
**seating** [1] - 200:3
**seats** [3] - 133:9, 201:25, 202:3
**SEC** [6] - 45:15, 59:17, 117:1, 117:11, 170:19, 193:15
**sec** [2] - 176:14, 188:18
**second** [23] - 11:4, 13:5, 18:19, 35:15, 36:18, 85:13, 89:24, 118:16, 148:19, 182:13, 185:10, 189:12, 193:24, 194:15, 199:5, 201:21, 218:23, 228:1, 242:7, 245:14, 260:12, 279:19
**secondarily** [1] - 45:11
**secondly** [4] - 21:7, 226:3, 274:22, 276:4
**secretary** [2] - 109:12, 110:2
**section** [21] - 23:11, 24:15, 24:21, 24:25, 25:6, 25:10, 25:14, 86:18, 280:14, 281:12, 281:14, 281:25, 282:3, 282:6, 284:3, 284:6, 284:7, 285:10, 285:12, 285:13, 286:18
**SECTION** [2] - 1:18, 1:21
**sector** [2] - 115:15, 115:21
**Security** [1] - 59:21
**security** [12] - 11:1, 20:5, 20:7, 27:1, 111:2, 111:4, 111:6, 129:12, 202:22, 202:23, 203:4, 290:7
**see** [99] - 7:22, 11:10, 13:12, 14:11, 15:25, 17:8, 26:17, 27:13, 28:22, 31:18, 32:17, 52:11, 53:6, 61:18, 63:23, 66:25, 73:25, 74:9, 75:13, 76:14, 76:24, 77:9, 77:19, 83:2, 83:8, 122:6, 130:16,

133:5, 152:7, 152:10, 153:16, 153:18, 153:23, 155:11, 158:18, 161:1, 161:2, 161:8, 161:21, 161:22, 164:3, 166:3, 166:18, 197:13, 203:9, 203:10, 203:15, 204:21, 204:22, 206:9, 210:22, 211:10, 211:11, 213:8, 215:2, 215:10, 215:23, 216:3, 216:9, 220:12, 220:16, 220:17, 220:25, 221:5, 225:21, 232:1, 234:13, 234:17, 234:20, 236:8, 237:18, 244:6, 249:1, 251:4, 251:11, 251:17, 253:22, 253:23, 253:24, 254:1, 254:15, 254:16, 254:22, 255:4, 255:18, 255:21, 258:9, 279:10, 279:17, 280:5, 280:14, 285:23, 289:21, 289:24, 290:20, 291:5
**seeing** [5] - 9:17, 143:23, 148:15, 152:18, 166:12
**seeking** [2] - 82:3, 216:13
**sees** [1] - 235:21
**seized** [1] - 233:16
**Select** [1] - 67:8
**select** [7] - 7:20, 14:17, 20:16, 21:4, 67:7, 151:19, 168:23
**selected** [17] - 19:21, 20:17, 20:21, 20:23, 36:14, 38:21, 39:2, 68:23, 77:6, 105:25, 130:24, 149:18, 164:6, 168:16, 200:16, 200:18, 201:16
**selection** [16] - 6:16, 7:10, 9:11, 11:18, 11:25, 15:1, 15:7, 19:19, 21:4, 155:1, 167:16, 206:4, 207:13, 236:16, 236:17, 290:22
**self** [1] - 112:14
**sell** [1] - 249:6
**selling** [5] - 212:9, 249:10, 249:24, 257:11, 257:13
**send** [9] - 12:10, 72:14, 72:16, 72:25, 114:21, 118:8, 201:25, 230:20, 234:16
**sending** [1] - 247:17
**sends** [1] - 234:8
**Senior** [1] - 87:24
**senior** [2] - 140:6, 223:22
**sent** [3] - 220:18, 247:21, 247:23
**sentence** [4] - 220:7, 238:1, 243:14, 254:14
**sentenced** [4] - 206:3,

236:17, 237:25, 243:11
**sentences** [1] - 237:16
**sentencing** [3] - 133:20, 133:25, 236:25
**separate** [4] - 45:18, 163:1, 163:2, 241:15
**separately** [4] - 40:24, 134:20, 134:22, 241:10
**sequentially** [1] - 184:8
**sequestration** [1] - 205:12
**sergeant** [1] - 57:25
**series** [1] - 20:18
**serious** [7] - 61:3, 151:12, 152:3, 152:19, 160:15, 171:7, 197:11
**serve** [22] - 19:22, 20:20, 26:3, 33:6, 35:8, 41:5, 76:19, 77:22, 78:21, 82:1, 82:21, 89:13, 89:14, 91:23, 131:11, 138:23, 168:16, 174:22, 259:24, 268:7
**served** [40] - 11:22, 32:19, 33:4, 33:17, 36:24, 38:15, 40:20, 41:20, 41:21, 42:5, 84:12, 87:2, 87:10, 87:20, 89:7, 91:11, 93:23, 95:22, 96:1, 102:24, 103:17, 108:5, 112:8, 116:25, 118:4, 119:7, 120:4, 121:1, 121:9, 121:20, 124:19, 124:24, 125:17, 127:1, 131:21, 140:23, 223:21, 228:13
**service** [29] - 20:11, 20:13, 20:21, 21:1, 21:17, 21:19, 32:21, 32:24, 33:13, 33:25, 38:13, 38:25, 39:22, 67:14, 77:24, 78:18, 89:19, 91:17, 91:19, 92:22, 114:23, 118:3, 118:19, 119:4, 130:24, 176:22, 242:22, 247:20, 288:1
**serviced** [1] - 250:2
**services** [19] - 64:15, 67:16, 108:1, 145:13, 145:21, 146:24, 209:8, 213:9, 219:2, 219:6, 220:1, 261:3, 263:7, 266:17, 267:14, 268:19, 284:21, 285:7
**Services** [8] - 23:14, 44:24, 64:14, 259:16, 259:17, 259:21, 266:24, 267:1
**servicing** [1] - 119:25
**serving** [8] - 47:5, 79:4, 93:8, 94:13, 196:21, 223:10, 245:22, 245:23
**set** [5] - 114:8, 171:22, 201:4, 204:6, 256:4
**sets** [2] - 22:2, 22:6
**setting** [7] - 11:14, 39:4,

40:19, 67:17, 68:4, 84:15, 180:5
**settle** [3] - 128:1, 162:22, 162:25
**settled** [3] - 70:20, 70:24, 127:17
**settling** [1] - 165:4
**setup** [1] - 130:8
**seven** [7] - 12:3, 38:3, 91:24, 97:11, 103:21, 188:23, 212:11
**seventh** [1] - 189:9
**seventy** [1] - 226:21
**seventy-five** [1] - 226:21
**several** [7] - 43:21, 51:3, 151:6, 267:19, 275:4, 275:19, 276:2
**severe** [1] - 197:11
**shadows** [1] - 229:24
**shaking** [1] - 11:24
**shall** [1] - 284:22
**shame** [2] - 161:2, 161:3
**shape** [1] - 86:14
**share** [4] - 169:7, 174:1, 249:11, 253:21
**shared** [1] - 235:2
**sharing** [1] - 93:15
**Shaun** [1] - 31:15
**Shearn** [4] - 17:21, 17:22, 23:14, 31:5
**sheriff** [1] - 52:22
**shift** [2] - 254:13, 276:9
**shocked** [1] - 232:24
**shooting** [1] - 231:22
**shores** [1] - 120:3
**short** [4] - 18:5, 137:11, 203:18, 266:7
**shortcuts** [1] - 224:5
**shorter** [1] - 78:5
**shortly** [2] - 78:11, 203:22
**shorty** [1] - 245:18
**shoulder** [1] - 209:2
**show** [25] - 63:16, 63:19, 64:16, 64:19, 65:19, 66:9, 73:24, 77:7, 150:10, 151:8, 209:9, 210:20, 211:1, 211:5, 218:2, 220:13, 220:14, 220:20, 222:8, 244:7, 244:23, 256:21, 257:9, 290:7
**showing** [2] - 276:22, 283:15
**shows** [2] - 234:14, 246:15
**shred** [1] - 231:13
**side** [14] - 7:5, 21:6, 49:18, 73:23, 102:1, 109:10, 115:7, 116:12, 173:14, 181:1, 203:23, 205:11, 208:4, 236:20
**sided** [1] - 9:6
**sides** [8] - 28:16, 28:18,

52:19, 69:4, 143:20, 163:9, 163:13, 163:21
**Siegle** [3] - 124:5, 124:6, 124:7
**sign** [3] - 230:20, 286:8, 286:18
**signature** [2] - 285:11, 285:19
**signed** [2] - 212:25, 285:18
**significant** [4] - 54:25, 55:7, 55:24, 236:25
**significantly** [1] - 234:19
**signing** [2] - 231:5, 288:10
**silent** [1] - 163:25
**Silent** [33] - 4:13, 32:11, 210:15, 213:4, 215:1, 215:4, 215:13, 216:22, 219:19, 221:3, 247:23, 252:8, 252:13, 252:15, 253:4, 253:6, 253:9, 253:11, 255:14, 255:19, 256:19, 276:11, 276:13, 276:15, 277:15, 279:16, 281:5, 281:16, 281:17, 281:20, 283:25, 285:18
**sill** [1] - 130:1
**Silva** [1] - 31:6
**similar** [3] - 16:7, 116:9, 158:16
**simple** [5] - 208:22, 210:6, 211:25, 218:13, 257:24
**simultaneously** [1] - 184:2
**sincere** [1] - 13:13
**Sindy** [1] - 100:6
**single** [15] - 90:20, 93:5, 97:13, 99:3, 108:3, 119:3, 120:8, 122:9, 124:16, 131:19, 218:16, 231:13, 248:2, 248:3, 252:21
**siphon** [1] - 229:25
**sister** [6] - 53:11, 60:11, 64:22, 93:5, 93:6, 111:21
**sister's** [2] - 60:13, 60:17
**sit** [17] - 18:17, 84:23, 133:10, 139:18, 143:13, 156:23, 168:11, 174:10, 175:12, 179:10, 180:19, 184:9, 184:10, 194:3, 241:1, 241:3
**sits** [4] - 22:13, 101:12, 189:5, 189:19
**sitting** [7] - 6:23, 6:24, 12:19, 18:24, 39:13, 153:10, 166:8
**situation** [2] - 64:2, 255:6
**six** [12] - 55:4, 55:9, 87:7, 95:17, 101:7, 162:15, 177:19, 188:13, 244:18, 246:1, 246:3
**six-year** [1] - 101:7

**skilled** [1] - 268:17
**slate** [1] - 154:5
**slide** [1] - 18:18
**slightly** [1] - 35:6
**slow** [1] - 97:25
**small** [1] - 109:6
**smart** [2] - 174:25, 251:20
**snack** [1] - 79:4
**snow** [1] - 236:5
**SO** [1] - 98:16
**so-called** [2] - 211:23, 212:22
**social** [1] - 92:11
**socially** [2] - 49:24, 50:2
**society** [2] - 211:17, 218:9
**software** [2] - 89:5, 116:3
**sold** [2] - 91:5, 91:6
**soldiers** [1] - 245:21
**sole** [9] - 113:20, 210:25, 216:23, 226:19, 229:5, 229:9, 229:11, 229:13, 238:15
**solely** [7] - 21:7, 66:4, 68:17, 68:25, 77:15, 209:12, 233:11
**solemnly** [2] - 26:1, 207:19
**solicitation** [1] - 280:12
**solicited** [1] - 225:23
**soliciting** [1] - 287:23
**someone** [14] - 13:17, 27:17, 42:16, 60:18, 141:6, 152:18, 163:17, 172:12, 179:5, 217:6, 227:24, 228:9, 286:2, 286:3
**sometimes** [11] - 11:4, 61:2, 68:18, 105:14, 153:14, 163:15, 168:14, 169:10, 174:21, 206:12, 212:11
**someway** [1] - 232:12
**somewhat** [2] - 11:2, 142:10
**somewhere** [4] - 78:8, 148:25, 176:17, 264:9
**sommelier** [1] - 110:19
**son** [13] - 42:21, 49:23, 50:3, 50:6, 61:14, 61:21, 61:22, 90:3, 91:15, 91:16, 113:4, 116:24, 124:17
**Son** [1] - 61:23
**son-in-law** [2] - 61:14, 61:22
**Son-in-law** [1] - 61:23
**sons** [2] - 107:12, 129:9
**soon** [4] - 11:24, 12:11, 106:21, 291:19
**Sorry** [2] - 6:10, 141:3
**sorry** [42] - 16:25, 23:1, 38:17, 42:19, 44:14, 50:1, 55:5, 61:17, 65:23, 71:14, 71:20, 76:21, 84:22, 88:12, 88:15, 92:1, 101:6, 102:25, 103:7, 103:10, 109:13,

120:20, 123:23, 125:7, 132:19, 139:21, 140:15, 141:14, 144:2, 147:10, 150:19, 158:14, 161:17, 164:18, 181:8, 181:12, 194:18, 234:11, 261:9, 265:10, 266:15, 277:1
**sort** [5] - 9:7, 157:24, 158:9, 162:6, 254:11
**sorts** [1] - 153:3
**sound** [3] - 16:9, 129:4, 293:4
**sounds** [6] - 50:14, 52:18, 59:23, 68:20, 73:7, 179:1
**source** [1] - 27:10
**south** [9] - 90:24, 94:24, 97:1, 109:3, 122:7, 125:10, 246:20, 246:21
**Southern** [6] - 19:17, 20:9, 60:21, 110:18, 293:5, 293:18
**SOUTHERN** [1] - 1:1
**spa** [1] - 222:10
**space** [2] - 129:6, 181:22
**spare** [2] - 170:24, 199:11
**speakers** [1] - 159:15
**speaks** [1] - 240:8
**special** [4] - 17:24, 52:22, 87:25
**Special** [2] - 23:12, 23:14
**specialist** [1] - 91:1
**specialize** [1] - 110:7
**specialized** [1] - 96:17
**specialty** [3] - 67:10, 145:15, 145:21
**specific** [7] - 137:22, 144:2, 260:24, 268:3, 268:8, 276:10, 280:15
**specifically** [7] - 40:9, 144:4, 191:4, 227:9, 262:13, 268:4, 271:8
**specifics** [3] - 54:2, 56:18, 273:21
**spell** [1] - 259:6
**spelled** [1] - 31:25
**spend** [1] - 279:25
**spending** [1] - 175:24
**sphere** [1] - 110:12
**spinal** [1] - 246:24
**spirits** [1] - 108:18
**Spirits** [1] - 110:18
**split** [2] - 151:5, 213:5
**spoken** [4] - 12:25, 15:13, 181:23, 181:25
**sports** [1] - 104:24
**spot** [2] - 19:14, 202:11
**spouse** [1] - 86:25
**spouse's** [1] - 120:18
**spouses** [1] - 87:8
**spreadsheets** [2] - 216:6,

220:17
**springs** [1] - 126:11
**St** [3] - 31:11, 31:13, 31:15
**Stacey** [2] - 109:9, 139:9
**stack** [1] - 112:14
**Stacy** [1] - 36:17
**staff** [2] - 27:6, 114:20
**stage** [5] - 22:13, 40:15, 204:2, 265:20, 266:12
**stand** [13] - 7:4, 18:18, 25:22, 26:14, 26:18, 26:19, 151:24, 156:12, 230:11, 238:5, 242:18, 242:24, 255:4
**standard** [13] - 11:15, 11:17, 35:9, 39:9, 127:21, 148:10, 148:11, 148:12, 173:22, 173:23, 174:3, 175:3, 272:10
**standardized** [1] - 90:12
**standards** [2] - 179:15, 279:22
**standing** [1] - 152:10
**stands** [4] - 115:19, 208:24, 266:3, 273:16
**Stanley** [1] - 31:10
**star** [1] - 221:22
**start** [39] - 10:24, 11:14, 12:4, 14:13, 20:8, 26:8, 26:15, 26:20, 27:7, 32:22, 33:12, 36:9, 41:23, 41:24, 64:20, 78:6, 89:13, 114:6, 114:7, 133:5, 133:8, 134:6, 138:3, 144:6, 151:8, 152:4, 159:8, 170:2, 202:15, 214:24, 226:21, 228:19, 238:12, 271:14, 273:22, 275:1, 276:22, 277:8, 290:6
**started** [16] - 10:20, 59:2, 78:15, 100:12, 102:3, 103:5, 129:16, 155:1, 203:7, 205:6, 207:15, 212:1, 223:2, 249:14, 250:15, 289:18
**starting** [8] - 6:6, 18:24, 27:1, 31:4, 83:5, 88:24, 182:11, 286:23
**starts** [6] - 83:6, 83:14, 83:15, 169:6, 246:22, 286:16
**State** [1] - 275:10
**state** [26] - 26:15, 32:19, 33:4, 34:3, 34:11, 35:21, 35:22, 38:2, 38:15, 58:17, 58:19, 58:24, 91:5, 102:6, 135:1, 149:16, 149:19, 149:22, 202:10, 224:1, 259:5, 259:25, 260:8, 271:24, 275:7, 281:17

**statement** [22] - 8:22, 8:23, 9:7, 25:8, 25:12, 159:4, 208:2, 208:3, 209:7, 216:18, 240:14, 240:18, 242:9, 284:19, 285:10, 285:13, 286:7, 286:10, 286:13, 286:19, 288:10, 288:12
**statements** [2] - 207:25, 284:18
**States** [24] - 6:3, 6:8, 15:12, 19:18, 20:9, 24:9, 24:15, 24:21, 24:25, 25:5, 25:10, 25:13, 64:13, 80:25, 99:13, 152:2, 205:18, 216:25, 221:11, 246:8, 265:2, 284:13, 284:25
**STATES** [3] - 1:1, 1:4, 1:13
**stating** [1] - 135:18
**status** [3] - 272:23, 272:25, 276:2
**Statute** [3] - 287:19, 287:22, 288:18
**statute** [1] - 287:21
**stay** [3] - 96:3, 130:10, 204:5
**staying** [1] - 246:17
**stays** [1] - 173:19
**steal** [3] - 210:4, 221:10, 256:17
**steer** [1] - 202:12
**step** [18] - 30:2, 37:16, 43:12, 178:4, 207:24, 210:6, 210:7, 210:8, 210:10, 211:21, 213:3, 213:7, 216:4, 271:22, 271:25
**stepped** [1] - 6:21
**steps** [4] - 171:13, 171:16, 210:6, 271:20
**stepson** [1] - 57:24
**steven** [1] - 31:22
**Steven** [6] - 31:8, 31:9, 31:24, 98:25, 258:23, 259:7
**STEVEN** [2] - 3:3, 259:1
**still** [30] - 10:1, 17:8, 42:16, 42:20, 47:5, 53:11, 60:21, 64:4, 65:20, 65:24, 85:1, 85:2, 85:16, 101:23, 117:13, 118:19, 149:22, 155:19, 159:18, 162:5, 164:21, 165:21, 174:14, 178:20, 234:1, 234:25, 235:23, 239:3, 245:16
**stole** [1] - 171:2
**stolen** [4] - 171:2, 171:20, 171:21, 172:21
**stop** [4] - 10:15, 229:22, 234:20, 281:2
**stopped** [1] - 34:22
**store** [8] - 94:25, 95:1, 99:16,

130:10, 138:10, 138:11, 138:12, 228:1
**stores** [2] - 130:6, 232:23
**stories** [3] - 49:3, 54:3, 54:15
**story** [6] - 136:3, 163:10, 163:13, 164:10, 164:14, 231:1
**strange** [2] - 252:1
**strategy** [1] - 127:13
**straw** [2] - 211:4, 215:4
**street** [3] - 47:20, 202:9, 202:10
**stressed** [1] - 223:22
**stretch** [1] - 176:3
**stricken** [3] - 135:19, 135:25, 198:9
**strict** [1] - 223:23
**stricter** [1] - 148:11
**strictly** [2] - 223:17, 224:1
**Strike** [1] - 232:20
**strike** [20] - 185:12, 185:16, 185:18, 187:9, 187:13, 188:4, 188:6, 189:11, 189:14, 189:22, 190:9, 190:13, 190:17, 196:2, 196:12, 197:8, 197:19, 199:13, 199:19, 199:22
**strikes** [6] - 135:3, 136:23, 188:20, 195:16, 197:22, 199:25
**stroke** [1] - 145:16
**strong** [5] - 17:5, 141:24, 142:2, 142:3, 142:4
**stronger** [1] - 148:15
**struck** [3] - 136:12, 184:3, 190:10
**structured** [1] - 263:5
**struggle** [2] - 161:9, 182:19
**struggling** [1] - 197:12
**stuck** [1] - 117:14
**student** [3] - 86:24, 106:13, 107:4
**students** [4] - 97:17, 138:1, 222:13, 223:22
**studied** [2] - 196:8, 197:5
**studies** [1] - 92:11
**study** [1] - 106:16
**studying** [6] - 106:17, 118:16, 125:15, 125:22, 125:24
**stuff** [10] - 59:9, 95:7, 225:10, 225:12, 225:18, 231:19, 248:20, 250:20, 254:22, 291:25
**stunned** [1] - 232:24
**style** [1] - 24:9
**styled** [1] - 293:9
**sub** [1] - 90:10
**subcontractor** [1] - 261:4
**subduing** [1] - 44:10

**subject** [4] - 40:13, 41:9, 90:6, 288:10
**submission** [3] - 24:19, 263:1, 271:10
**submit** [21] - 147:19, 147:22, 209:22, 218:22, 240:24, 244:5, 251:10, 270:20, 271:18, 272:18, 272:22, 272:25, 273:1, 273:5, 273:6, 273:8, 273:13, 276:4, 288:6, 288:24
**submits** [3] - 67:21, 67:22, 288:9
**submitted** [6] - 192:22, 251:11, 257:15, 261:1, 271:3, 271:7
**subordinates** [1] - 51:5
**subparts** [2] - 262:22, 268:11
**subpoena** [1] - 234:9
**subpoenaed** [2] - 40:12, 41:7
**subsequent** [1] - 274:20
**substitute** [2] - 21:11, 90:9
**success** [2] - 138:24
**successful** [9] - 227:24, 228:1, 247:1, 247:11, 248:8, 248:17, 251:19, 256:1, 257:7
**sue** [2] - 109:23, 110:5
**sued** [5] - 87:21, 117:1, 119:6, 119:18, 129:17
**suffered** [1] - 239:14
**suffers** [1] - 269:11
**sugar** [2] - 78:24, 79:3
**suggest** [1] - 232:3
**suggesting** [1] - 289:16
**suggests** [1] - 231:14
**suicide** [1] - 254:25
**suit** [4] - 17:5, 119:10, 152:12
**SUITE** [5] - 1:22, 2:3, 2:6, 2:10, 2:13
**suits** [1] - 120:13
**summary** [2] - 73:22, 205:22
**summoned** [4] - 21:1, 39:3, 41:5, 129:18
**summons** [2] - 41:11, 112:8
**summonsed** [1] - 89:16
**Sunday** [8] - 79:13, 79:19, 79:20, 84:22, 85:8, 85:14, 85:23
**Sundays** [2] - 79:12, 186:6
**sunny** [1] - 87:6
**Sunny** [1] - 116:18
**Sunset** [1] - 87:24
**supervised** [1] - 245:8
**supervising** [1] - 245:11
**supervisor** [11] - 56:9, 56:19, 123:22, 124:1, 124:9,

124:10, 126:11, 131:17, 139:17, 140:12, 140:18
**supplier** [17] - 271:23, 272:3, 272:20, 274:23, 275:22, 279:22, 279:23, 280:6, 280:7, 280:8, 280:12, 280:19, 280:20, 282:24, 283:1, 283:2, 287:3
**supplier's** [2] - 272:23, 273:8
**suppliers** [4] - 260:20, 271:16, 272:10, 282:15
**Supplies** [3] - 32:12, 276:11, 281:5
**supplies** [2] - 231:23, 283:8
**supply** [2] - 208:25, 209:1
**Supply** [2] - 32:11, 32:13
**supplying** [1] - 287:9
**Support** [1] - 114:5
**support** [1] - 231:24
**supported** [1] - 221:14
**suppose** [1] - 159:13
**supposed** [7] - 80:15, 80:17, 83:5, 83:10, 212:21, 213:13, 213:14
**surgeon** [9] - 148:4, 211:8, 215:9, 245:3, 248:17, 249:5, 249:16, 251:21, 256:3
**surgeons** [2] - 247:2, 247:3
**surgery** [2] - 81:19, 256:5
**Susan** [8] - 31:12, 38:11, 62:12, 67:2, 121:23, 216:23, 283:12, 285:20
**suspect** [4] - 179:11, 238:3, 238:10, 238:18
**suspected** [3] - 248:11, 262:8, 263:24
**suspended** [2] - 275:9, 275:14
**suspicion** [1] - 227:23
**sustained** [3] - 235:7, 235:18, 239:16
**sway** [1] - 98:21
**swear** [6] - 26:1, 203:19, 207:5, 207:19, 238:25, 239:1
**swimming** [1] - 113:2
**sworn** [4] - 25:23, 203:21, 207:16, 259:2
**Sylvester** [2] - 102:21, 103:13
**symbol** [1] - 184:14
**System** [1] - 273:17
**system** [21] - 53:22, 70:11, 72:24, 74:7, 75:5, 144:15, 144:23, 163:24, 165:15, 165:20, 166:15, 170:7, 180:21, 218:15, 265:25, 267:12, 270:16, 270:22, 273:11, 273:13, 273:14

**T**

**tab** [1] - 277:7
**table** [5] - 6:15, 6:23, 7:3, 7:6, 17:23
**taint** [1] - 233:13
**take-home** [1] - 256:6
**taker** [2] - 191:1, 191:5
**takers** [1] - 35:15
**Talamo** [2] - 29:17, 29:19
**Tallahasse** [1] - 252:15
**Tallahassee** [1] - 253:5
**Tampa** [1] - 85:22
**Tania** [1] - 104:17
**tankerman** [1] - 118:11
**target** [5] - 69:25, 131:17, 221:22, 233:11, 234:3
**tax** [5] - 112:23, 115:16, 253:10, 266:14, 281:9
**taxes** [1] - 171:4
**teach** [10] - 90:5, 90:6, 90:7, 92:7, 92:10, 92:14, 97:9, 97:10, 228:2
**teacher** [15] - 87:17, 87:25, 91:16, 92:5, 93:2, 94:4, 94:22, 95:6, 95:20, 97:8, 104:23, 120:2, 153:2
**teachers** [4] - 87:19, 92:6, 107:6, 137:25
**team** [5] - 68:19, 140:6, 140:12, 146:1, 259:22
**Teasdale** [3] - 104:19, 104:20, 105:2
**technical** [1] - 265:21
**technically** [1] - 52:22
**technician** [5] - 91:17, 117:22, 125:6, 125:8, 125:9
**technology** [1] - 99:9
**techs** [1] - 139:18
**tee** [1] - 224:2
**telemarketers** [3] - 212:1, 212:2, 212:7
**telemarketing** [1] - 212:2
**telemed** [1] - 226:5
**telemedicine** [2] - 212:23, 212:25
**telephones** [1] - 254:18
**television** [5] - 112:19, 153:13, 225:19, 225:21, 289:16
**temporarily** [1] - 129:16
**ten** [12] - 10:5, 34:2, 78:10, 133:9, 133:13, 190:18, 194:1, 194:2, 223:21, 226:22, 274:19, 289:4
**ten-year** [1] - 274:19
**tend** [2] - 109:19, 193:19
**term** [6] - 178:24, 269:10, 282:11, 282:13, 282:18,

282:20
**terms** [11] - 8:3, 11:23, 145:13, 152:18, 206:15, 228:24, 270:23, 273:22, 282:10, 285:14, 285:16
**terribly** [1] - 76:2
**test** [3] - 90:14, 96:9, 117:23
**testified** [5] - 259:2, 264:5, 264:8, 280:22, 282:7
**testify** [12] - 22:16, 22:17, 41:7, 43:7, 44:22, 56:16, 74:19, 164:2, 164:7, 164:13, 165:22, 264:11
**testimony** [14] - 63:13, 63:16, 63:21, 64:9, 98:17, 151:22, 220:6, 220:8, 238:15, 264:22, 265:3, 265:4, 270:14, 283:19
**testing** [3] - 90:8, 90:12, 96:11
**tests** [1] - 268:21
**Texas** [1] - 81:21
**text** [5] - 149:23, 215:23, 220:9, 234:9, 287:10
**texting** [2] - 254:17, 254:20
**texts** [2] - 234:14, 254:18
**THE** [846] - 1:13, 1:16, 2:2, 6:2, 6:9, 6:12, 6:18, 7:1, 7:8, 7:23, 8:13, 9:1, 9:16, 10:9, 10:15, 10:20, 11:17, 12:6, 12:16, 12:21, 13:8, 13:11, 13:20, 14:4, 14:24, 14:25, 15:2, 15:3, 15:9, 15:10, 15:16, 15:17, 15:21, 15:22, 15:25, 16:4, 16:14, 16:18, 16:22, 17:2, 17:6, 17:13, 17:18, 17:20, 17:25, 18:3, 18:7, 18:11, 18:15, 18:17, 18:22, 18:23, 19:3, 19:5, 19:8, 19:12, 23:16, 23:23, 24:6, 25:25, 26:6, 26:7, 27:17, 27:22, 27:25, 28:4, 28:8, 28:11, 28:19, 28:21, 29:1, 29:3, 29:7, 29:12, 29:14, 29:16, 29:18, 29:20, 29:24, 30:1, 30:10, 30:13, 30:15, 30:20, 31:22, 31:24, 32:2, 33:1, 33:12, 33:15, 33:17, 33:20, 33:22, 33:24, 34:3, 34:6, 34:8, 34:10, 34:13, 34:15, 34:17, 34:19, 34:21, 34:25, 35:2, 35:14, 35:18, 35:21, 35:23, 35:25, 36:4, 36:7, 36:16, 36:18, 37:1, 37:4, 37:6, 37:8, 37:11, 37:14, 37:15, 37:17, 37:20, 37:24, 38:1, 38:4, 38:6, 38:10, 38:12, 38:17, 38:19, 38:21, 38:24, 39:3, 39:8, 39:12, 39:16,

39:19, 39:21, 39:25, 40:4, 40:11, 40:14, 40:23, 41:4, 41:10, 41:13, 41:14, 41:16, 41:17, 42:5, 42:8, 42:10, 42:13, 42:19, 42:22, 42:24, 43:3, 43:11, 43:14, 43:17, 43:22, 44:3, 44:12, 44:14, 44:17, 44:22, 45:1, 45:4, 45:16, 46:4, 46:7, 46:10, 46:15, 46:16, 46:18, 46:20, 46:22, 46:25, 47:4, 47:7, 47:10, 47:15, 47:17, 47:20, 48:1, 48:3, 48:6, 48:13, 48:20, 48:22, 48:25, 49:5, 49:10, 49:21, 50:1, 50:5, 50:9, 50:14, 50:19, 50:23, 51:3, 51:13, 51:16, 51:25, 52:2, 52:6, 52:8, 52:15, 52:24, 53:2, 53:8, 53:18, 54:6, 54:10, 54:12, 54:17, 54:22, 54:24, 55:1, 55:3, 55:7, 55:9, 55:12, 55:15, 55:18, 55:20, 55:23, 56:2, 56:7, 56:11, 56:15, 56:19, 56:21, 57:3, 57:6, 57:10, 57:13, 57:15, 57:17, 57:20, 57:23, 58:1, 58:4, 58:7, 58:12, 58:15, 58:25, 59:7, 59:11, 59:18, 59:23, 60:1, 60:7, 60:13, 60:17, 60:21, 60:24, 61:4, 61:10, 61:17, 61:23, 61:25, 62:3, 62:7, 62:9, 62:13, 62:16, 62:18, 62:21, 62:24, 63:4, 63:19, 64:8, 64:11, 65:1, 65:3, 65:8, 65:11, 65:23, 66:1, 66:8, 66:15, 66:17, 66:20, 66:22, 66:25, 67:6, 67:8, 67:11, 67:14, 67:18, 67:20, 68:2, 68:7, 68:13, 68:15, 68:20, 69:3, 69:6, 69:8, 69:10, 69:13, 69:15, 69:19, 69:23, 70:1, 70:3, 70:5, 70:7, 70:9, 70:14, 70:19, 70:21, 70:24, 71:2, 71:6, 71:10, 71:14, 71:17, 71:19, 71:23, 72:1, 72:3, 72:6, 72:7, 72:11, 72:17, 72:23, 73:4, 73:7, 73:12, 73:15, 74:13, 74:15, 74:19, 74:21, 74:23, 74:25, 75:4, 75:7, 75:11, 75:17, 75:21, 75:25, 76:2, 76:6, 76:9, 76:12, 79:2, 79:6, 79:11, 79:14, 79:17, 79:19, 79:23, 80:1, 80:8, 80:10, 80:12, 80:17, 80:22, 81:1, 81:5, 81:8, 81:14, 81:19, 81:23, 81:25, 82:8, 82:12, 82:15, 82:19, 82:23, 83:13, 83:18, 83:20, 83:23, 84:1, 84:4, 84:8,

84:12, 84:14, 84:17, 84:23, 85:1, 85:6, 85:9, 85:12, 85:15, 85:19, 85:25, 86:4, 86:9, 86:16, 87:11, 87:22, 88:2, 88:6, 88:9, 88:15, 88:17, 88:19, 89:1, 89:3, 89:14, 89:21, 90:6, 90:12, 90:18, 90:21, 91:2, 91:7, 91:12, 91:18, 91:21, 92:1, 92:3, 92:6, 92:12, 92:14, 92:22, 92:25, 93:3, 93:10, 93:14, 93:19, 94:5, 94:10, 94:15, 94:19, 95:8, 95:11, 95:14, 96:4, 96:7, 96:10, 96:13, 96:16, 96:21, 96:23, 97:4, 97:9, 97:12, 97:15, 97:18, 97:25, 98:10, 98:16, 98:23, 99:7, 99:18, 99:21, 99:25, 100:4, 100:9, 100:15, 100:19, 100:22, 101:1, 101:4, 101:6, 101:9, 101:12, 101:15, 101:21, 101:23, 102:5, 102:9, 102:15, 103:5, 103:10, 103:18, 103:22, 103:25, 104:3, 104:9, 104:16, 104:25, 105:3, 105:5, 105:7, 105:10, 105:13, 105:15, 105:19, 105:22, 105:25, 106:5, 106:10, 106:14, 106:16, 106:19, 106:22, 107:3, 107:7, 107:14, 107:18, 107:21, 107:24, 108:11, 108:15, 108:25, 109:7, 109:13, 109:19, 109:21, 109:24, 110:3, 110:5, 110:8, 110:11, 110:15, 110:19, 110:22, 110:24, 111:3, 111:7, 111:11, 111:15, 111:20, 111:24, 112:1, 112:4, 112:11, 112:15, 112:20, 112:24, 113:13, 113:23, 114:1, 114:4, 114:6, 114:13, 114:16, 114:19, 114:23, 115:1, 115:5, 115:11, 115:18, 115:24, 116:6, 116:9, 116:15, 117:3, 117:5, 117:7, 117:15, 117:20, 118:3, 118:6, 118:8, 118:21, 118:23, 119:9, 119:12, 119:21, 119:23, 120:5, 120:10, 120:15, 120:20, 120:23, 120:25, 121:3, 121:7, 121:11, 121:21, 122:1, 122:5, 122:13, 122:25, 123:7, 123:11, 123:17, 123:23, 123:25, 124:4, 124:6, 124:8, 124:11, 124:14,

125:2, 125:7, 125:12, 125:18, 125:21, 125:24, 126:1, 126:3, 126:8, 126:19, 127:5, 127:8, 127:10, 127:19, 128:7, 128:10, 128:15, 128:17, 128:19, 128:25, 129:4, 129:8, 129:20, 130:18, 130:24, 131:10, 131:14, 131:23, 131:25, 132:2, 132:6, 132:9, 132:12, 132:18, 132:20, 132:22, 132:23, 133:1, 133:16, 133:18, 133:23, 134:5, 134:10, 134:17, 135:3, 135:7, 135:14, 135:21, 135:23, 136:4, 136:8, 136:11, 136:17, 136:25, 137:1, 137:2, 137:5, 137:6, 137:8, 138:19, 139:5, 140:14, 141:11, 150:3, 150:6, 150:21, 150:24, 152:14, 167:7, 167:13, 168:17, 170:4, 176:1, 176:8, 176:10, 176:13, 176:15, 176:24, 177:4, 177:6, 177:9, 177:23, 178:4, 178:6, 178:9, 178:20, 178:23, 179:10, 179:13, 179:24, 180:1, 180:9, 180:13, 180:15, 180:17, 180:19, 180:24, 181:3, 181:7, 183:20, 184:2, 184:11, 184:14, 184:18, 184:25, 185:2, 185:3, 185:6, 185:10, 185:13, 185:15, 185:17, 185:19, 185:22, 186:1, 186:16, 186:21, 187:4, 187:10, 187:12, 187:14, 187:17, 187:22, 187:24, 188:1, 188:5, 188:9, 188:13, 188:16, 188:20, 189:1, 189:3, 189:5, 189:9, 189:12, 189:15, 189:17, 189:19, 189:23, 189:25, 190:3, 190:5, 190:7, 190:11, 190:14, 190:16, 190:18, 190:20, 190:23, 191:10, 191:20, 191:23, 192:1, 192:5, 192:9, 192:17, 192:25, 193:10, 193:17, 193:19, 193:21, 193:23, 193:25, 194:2, 194:4, 194:8, 194:12, 194:17, 194:21, 194:25, 195:7, 195:15, 195:18, 195:21, 195:23, 196:3, 196:25, 197:9, 197:16, 197:19, 198:4, 198:7, 198:9, 198:12, 198:16,

198:19, 199:1, 199:3, 199:5, 199:8, 199:10, 199:17, 199:20, 199:23, 200:2, 200:12, 200:20, 200:22, 200:24, 201:8, 201:12, 201:14, 203:12, 203:13, 203:17, 204:3, 204:7, 204:8, 204:11, 204:14, 204:17, 205:3, 205:5, 205:8, 205:13, 205:19, 205:22, 206:1, 206:8, 206:15, 206:19, 207:1, 207:4, 207:8, 207:19, 207:24, 208:10, 217:10, 221:15, 221:17, 235:7, 235:18, 236:19, 237:3, 237:6, 237:9, 237:14, 237:18, 237:22, 239:16, 258:20, 258:24, 259:4, 259:5, 259:7, 259:10, 264:23, 265:8, 265:12, 265:13, 267:6, 277:2, 277:4, 277:20, 278:5, 289:4, 289:7, 291:2, 291:4, 291:15, 291:20, 291:23, 292:1
**theft** [1] - 172:10
**themselves** [6] - 11:9, 23:7, 63:7, 76:18, 181:25, 217:16
**therapist** [4] - 67:19, 120:18, 120:19, 120:20
**therapy** [1] - 113:17
**therefore** [2] - 130:9, 265:7
**they've** [4] - 68:11, 219:22, 237:15, 291:18
**thinking** [5] - 152:11, 153:8, 154:21, 169:1, 206:16
**thinks** [3] - 208:4, 236:13, 238:2
**third** [15] - 21:9, 79:14, 172:11, 185:22, 199:10, 208:23, 209:10, 214:10, 226:3, 238:23, 260:17, 265:1, 265:6, 272:22, 282:5
**third-party** [1] - 265:6
**thoroughly** [1] - 230:18
**thoughts** [3] - 143:11, 169:8, 227:22
**thousand** [1] - 226:22
**thousands** [1] - 116:8
**three** [27] - 21:14, 34:14, 74:9, 80:11, 81:20, 102:8, 113:16, 124:12, 125:14, 126:14, 131:2, 172:10, 172:14, 186:25, 187:2, 191:21, 194:4, 195:19, 195:21, 210:8, 213:3, 242:8, 250:3, 255:23,

266:5, 272:17
**threshold** [1] - 274:1
**threw** [1] - 239:6
**thrilled** [1] - 232:11
**throat** [1] - 107:15
**throughout** [7] - 13:1, 13:7, 20:1, 22:18, 130:9, 137:21, 174:12
**throw** [6] - 85:23, 148:21, 148:24, 149:1, 149:6, 176:6
**throwing** [1] - 149:10
**thumb** [2] - 174:11, 234:16
**Thursday** [1] - 85:14
**ticket** [1] - 210:2
**tickets** [1] - 287:24
**tied** [6] - 181:13, 181:18, 182:7, 182:9, 217:21, 272:24
**Tiffany** [1] - 31:14
**tiffany** [1] - 31:9
**tight** [2] - 227:20, 230:8
**timeframe** [1] - 93:9
**timing** [1] - 236:25
**TIN** [1] - 281:10
**tip** [1] - 35:6
**title** [10] - 24:15, 24:20, 24:25, 25:5, 25:10, 25:13, 148:14, 259:21, 284:13, 284:25
**TO** [2] - 3:1, 4:1
**tobacco** [1] - 28:2
**today** [24] - 14:17, 20:25, 21:22, 23:11, 38:8, 39:1, 39:10, 80:17, 81:23, 95:11, 97:17, 101:13, 130:18, 137:19, 166:12, 175:25, 180:19, 206:3, 206:15, 214:11, 217:15, 243:11, 283:19, 289:18
**together** [15] - 6:21, 54:16, 89:6, 167:1, 210:13, 210:15, 215:25, 217:6, 220:10, 220:22, 227:17, 241:2, 241:13, 250:22
**Tojeiro** [1] - 99:8
**tolerate** [1] - 224:4
**tomorrow** [3] - 290:21, 291:5, 291:22
**took** [5] - 201:17, 202:2, 210:6, 223:1, 224:5
**top** [4] - 247:2, 247:3, 282:5, 286:15
**total** [1] - 162:15
**totally** [1] - 242:20
**touch** [1] - 40:18
**touched** [7] - 74:1, 169:16, 169:23, 171:17, 174:6, 174:23, 177:13
**touching** [1] - 26:3

**tough** [3] - 81:12, 164:15, 243:7
**toward** [1] - 202:10
**towards** [1] - 147:8
**town** [2] - 79:9, 105:7
**TPM** [1] - 129:2
**track** [5] - 11:8, 27:4, 27:6, 109:8, 220:19
**tracked** [1] - 216:7
**tracks** [5] - 210:9, 213:7, 219:24, 251:1, 256:23
**trader** [1] - 116:21
**traditional** [2] - 269:2, 269:3
**traffic** [2] - 34:1, 119:5
**trafficking** [1] - 58:20
**train** [3] - 260:14, 260:15, 290:15
**trainer** [1] - 222:10
**training** [5] - 260:5, 260:7, 260:12, 260:24, 260:25
**transcript** [3] - 191:12, 293:4, 293:9
**TRANSCRIPT** [1] - 1:12
**transfer** [2] - 145:24, 230:6
**transferred** [1] - 228:21
**transferring** [1] - 230:16
**transitions** [1] - 141:17
**transportation** [2] - 118:11, 268:21
**trauma** [1] - 120:22
**Trauma** [1] - 121:5
**travel** [6] - 79:11, 86:1, 119:25, 121:25, 122:1, 122:3
**travelling** [1] - 80:5
**treated** [6] - 70:10, 71:3, 75:5, 180:20, 245:21, 247:24
**treating** [3] - 245:17, 245:24, 247:22
**treatment** [1] - 144:17
**TRIAL** [1] - 1:12
**trial** [42] - 6:25, 7:21, 13:1, 13:7, 17:12, 20:14, 20:15, 20:24, 22:13, 30:24, 32:6, 34:17, 36:10, 39:8, 55:10, 65:15, 66:6, 82:17, 83:6, 83:13, 83:14, 96:3, 125:1, 133:20, 134:6, 137:21, 152:1, 152:11, 153:20, 159:8, 159:10, 160:15, 169:6, 201:20, 202:4, 214:11, 236:9, 241:7, 241:11, 241:12, 241:13, 241:14
**trials** [10] - 34:22, 37:2, 43:19, 124:5, 124:7, 241:4, 241:5, 241:8, 241:15, 257:25
**trick** [2] - 208:12, 284:16

**tricked** [1] - 219:11
**tried** [2] - 28:8, 210:4
**trip** [1] - 287:24
**trouble** [6] - 37:11, 38:7, 178:10, 178:21, 231:22, 251:12
**true** [14] - 135:3, 159:4, 207:21, 219:19, 221:2, 229:18, 230:1, 237:11, 270:3, 270:21, 286:25, 287:2, 293:3, 293:8
**truly** [2] - 207:20, 209:9
**trust** [8] - 218:15, 218:17, 224:13, 224:15, 225:6, 239:23, 270:16, 270:22
**trust-based** [3] - 218:15, 270:16, 270:22
**trusted** [4] - 239:23, 239:24, 253:24, 254:1
**trustworthy** [1] - 223:10
**truth** [8] - 196:17, 210:20, 211:12, 238:4, 238:25, 240:8, 258:8, 288:25
**truthful** [2] - 238:15, 238:16
**truthfully** [2] - 26:2, 210:17
**try** [21] - 11:6, 11:10, 13:24, 21:21, 61:17, 68:24, 82:16, 83:8, 105:10, 105:15, 105:16, 105:24, 137:25, 143:25, 151:19, 163:5, 195:5, 195:6, 207:20, 221:9, 289:12
**trying** [15] - 14:5, 21:3, 72:12, 78:1, 82:5, 103:10, 168:23, 177:23, 178:11, 178:18, 213:11, 243:13, 250:10, 254:13, 290:2
**Tryouts** [1] - 124:6
**Tuesday** [3] - 80:5, 80:15, 85:14
**turn** [19] - 133:4, 151:4, 174:12, 215:18, 228:7, 228:18, 230:4, 233:12, 240:12, 279:18, 280:21, 281:1, 281:22, 283:9, 284:2, 285:9, 285:23, 286:4
**turn-key** [1] - 228:7
**turned** [1] - 51:16
**TV** [1] - 161:8
**twice** [1] - 140:23
**twiddle** [1] - 174:11
**two** [103] - 8:21, 8:22, 18:5, 20:3, 20:25, 36:22, 37:2, 40:12, 41:8, 50:18, 54:19, 56:2, 57:14, 57:15, 75:13, 78:1, 78:8, 78:19, 79:9, 79:12, 79:21, 79:22, 80:14, 80:15, 81:17, 82:14, 83:16, 83:20, 86:6, 86:8, 87:18,

88:4, 95:2, 95:19, 99:17, 99:23, 100:2, 103:21, 104:1, 104:23, 107:12, 108:19, 109:5, 113:5, 118:15, 118:20, 120:3, 121:15, 124:16, 125:14, 126:24, 127:11, 129:9, 129:25, 131:1, 136:11, 136:12, 151:11, 159:7, 162:23, 176:13, 179:11, 179:17, 186:6, 186:18, 187:2, 191:5, 195:18, 195:23, 195:24, 206:2, 208:22, 210:7, 211:21, 213:23, 217:3, 218:11, 218:13, 222:3, 234:2, 235:12, 241:4, 241:5, 241:8, 241:10, 241:13, 241:19, 242:14, 243:9, 250:1, 254:8, 255:20, 257:25, 258:17, 261:21, 270:25, 271:25, 273:5, 274:16
**two-and-a-half** [2] - 213:23, 222:3
**two-week** [2] - 20:25, 78:19
**TX** [1] - 1:22
**type** [10] - 7:18, 58:21, 58:22, 177:22, 179:6, 183:1, 266:4, 272:19, 274:17, 288:1
**types** [8] - 49:13, 153:4, 153:23, 218:3, 218:11, 261:9, 267:19, 268:3
**typical** [1] - 205:16
**typically** [3] - 94:12, 212:7, 272:17

## U

**U.S** [10] - 1:17, 1:21, 32:10, 42:3, 58:16, 59:4, 59:5, 59:6, 266:23, 293:5
**ugly** [1] - 254:21
**ultimate** [1] - 238:9
**UM** [1] - 222:13
**unanimous** [1] - 77:3
**unavailability** [1] - 194:23
**uncle's** [1] - 57:11
**uncomfortable** [1] - 78:12
**Under** [1] - 286:21
**under** [17] - 51:7, 229:20, 234:3, 252:3, 253:25, 268:24, 268:25, 269:14, 270:1, 270:8, 271:9, 275:7, 275:13, 282:24, 285:5, 288:2, 289:22
**underage** [1] - 75:23
**undergrad** [1] - 246:3
**undergrads** [1] - 222:13

**underlying** [1] - 253:12
**underneath** [1] - 12:25
**undersigned** [1] - 286:22
**understandably** [1] - 174:22
**understood** [8] - 56:21, 81:25, 84:2, 88:9, 101:16, 111:15, 182:13, 215:7
**undertaking** [1] - 61:1
**undivided** [1] - 137:15
**unemployed** [1] - 86:24
**unexcused** [1] - 197:22
**unfair** [1] - 173:24
**unfairly** [1] - 71:3
**unfamiliar** [1] - 290:4
**unhappy** [1] - 45:14
**uniform** [1] - 136:5
**uniformity** [1] - 184:21
**unique** [2] - 265:25, 272:3
**unit** [5] - 57:12, 123:21, 124:1, 124:2, 140:18
**United** [25] - 6:3, 6:8, 15:12, 19:18, 20:8, 24:9, 24:15, 24:20, 24:24, 24:25, 25:5, 25:10, 25:13, 64:13, 80:25, 99:13, 152:2, 205:18, 216:25, 221:11, 246:7, 265:2, 270:3, 284:13, 284:25
**UNITED** [3] - 1:1, 1:4, 1:13
**universal** [2] - 88:25, 89:1
**university** [3] - 244:16, 244:19, 245:5
**University** [8] - 97:20, 222:23, 223:21, 244:18, 244:20, 245:19, 246:2, 246:12
**unjustified** [1] - 64:4
**unlawful** [2] - 229:22, 235:25
**unless** [4] - 82:3, 203:22, 224:25, 243:4
**unlikely** [1] - 229:7
**unquote** [3] - 146:8, 212:22, 265:4
**unusual** [1] - 201:23
**up** [106] - 7:10, 7:13, 7:21, 8:25, 10:21, 10:22, 11:3, 11:14, 13:6, 14:7, 20:1, 20:17, 21:6, 28:22, 33:2, 37:22, 40:7, 40:25, 42:4, 44:3, 44:10, 45:12, 47:19, 47:20, 48:4, 53:3, 53:12, 54:2, 60:1, 64:3, 68:2, 68:4, 78:24, 80:2, 82:2, 82:4, 83:11, 95:5, 95:9, 95:11, 101:8, 101:13, 104:12, 108:15, 114:8, 114:13, 116:21, 119:9, 123:23, 131:2, 134:7, 134:14, 134:19, 137:18, 140:18, 141:18, 144:1,

144:4, 144:21, 150:8, 150:14, 151:5, 162:20, 169:11, 170:9, 170:21, 172:15, 172:16, 176:2, 177:15, 179:13, 181:4, 183:7, 184:3, 186:25, 195:3, 197:3, 203:23, 204:6, 205:8, 226:21, 228:1, 229:21, 231:1, 231:24, 232:12, 234:11, 238:8, 240:17, 240:18, 243:18, 243:25, 244:19, 250:21, 250:23, 276:25, 277:1, 277:9, 279:6, 284:16, 284:22, 290:7, 290:14, 291:4, 291:15, 292:2
**updates** [1] - 216:9
**upper** [1] - 109:10
**UPS** [1] - 60:9
**ups** [1] - 98:5
**user** [1] - 108:2
**uses** [1] - 51:18

## V

**vacation** [1] - 187:5
**vague** [1] - 171:19
**VALENCIA** [1] - 2:5
**value** [2] - 136:2, 287:23
**van** [5] - 31:12, 227:16, 233:6, 233:24
**Vani** [1] - 31:9
**varies** [1] - 8:24
**various** [1] - 261:12
**vendor** [1] - 231:5
**Venezuela** [2] - 166:10, 166:13
**Venezuelan** [1] - 165:14
**Venezula** [1] - 165:13
**Ver** [3] - 109:11, 109:14, 109:22
**verdict** [26] - 21:7, 21:15, 33:6, 33:7, 33:8, 33:11, 33:22, 34:6, 34:12, 34:25, 35:23, 36:1, 36:23, 38:3, 38:16, 77:3, 155:22, 155:23, 156:2, 156:18, 160:17, 164:15, 207:21, 221:14, 240:7, 258:15
**verdicts** [3] - 37:3, 37:5, 77:4
**verify** [4] - 64:21, 145:23, 271:5, 271:11
**verifying** [1] - 67:24
**version** [3] - 111:19, 268:23, 279:21
**versus** [3] - 6:3, 24:9, 265:2
**vetted** [1] - 228:11
**victim** [10] - 45:13, 45:19, 74:5, 74:7, 74:17, 169:24,

170:8, 170:18, 172:9, 240:5

**video** [1] - 64:5
**viewed** [1] - 134:23
**violate** [1] - 223:12
**violating** [1] - 231:17
**violation** [7] - 24:15, 24:20, 24:25, 25:5, 25:9, 25:13, 34:1
**violations** [1] - 22:3
**violence** [1] - 141:19
**virtue** [1] - 76:17
**visit** [1] - 255:18
**visits** [1] - 268:21
**visual** [1] - 125:13
**Vitas** [3] - 131:21, 131:25, 132:1
**vocal** [1] - 12:7
**voice** [1] - 26:17
**voir** [12] - 6:17, 8:4, 8:16, 8:17, 9:19, 13:15, 133:5, 134:14, 136:16, 136:18, 137:3, 204:20
**volume** [2] - 271:4, 271:6
**VOLUME** [1] - 1:11
**voluteers** [1] - 124:2
**VPS** [1] - 113:21
**VS** [1] - 1:6
**vulnerable** [2] - 211:17, 218:8

## W

**W2** [2] - 282:25, 283:16
**Wagner** [9] - 6:7, 15:23, 17:2, 17:20, 23:12, 181:4, 181:7, 197:3, 200:17
**WAGNER** [39] - 1:20, 6:7, 6:11, 15:24, 16:25, 17:4, 17:22, 18:2, 44:21, 44:25, 45:3, 181:5, 181:8, 181:12, 181:15, 181:18, 181:21, 182:1, 182:5, 182:9, 182:13, 205:16, 205:24, 206:17, 207:3, 208:9, 208:11, 217:12, 235:6, 235:17, 236:18, 236:22, 237:5, 237:8, 237:12, 237:15, 239:15, 291:13, 291:17
**wait** [7] - 10:22, 115:24, 142:13, 186:9, 194:15, 228:20, 251:14
**waiting** [2] - 207:4, 234:23
**wakeforest** [1] - 244:19
**Waldman** [5] - 104:16, 104:17, 105:4, 105:7, 106:10
**walk** [3] - 10:7, 152:10, 271:19

**walked** [2] - 153:10, 222:11
**walkers** [1] - 268:5
**walking** [1] - 233:18
**walks** [2] - 148:13, 213:18
**wall** [5] - 12:18, 12:20, 69:20, 103:5, 118:9
**wan** [1] - 11:5
**Wanda** [1] - 231:22
**wanda** [1] - 31:9
**wander** [1] - 202:8
**wants** [10] - 92:9, 136:14, 142:13, 168:10, 168:11, 236:13, 246:19, 251:21, 252:20, 256:17
**war** [1] - 245:19
**warn** [1] - 288:12
**warned** [1] - 211:11
**warning** [1] - 202:20
**warranty** [2] - 47:2, 91:6
**WASHINGTON** [1] - 1:19
**watch** [3] - 153:13, 153:17, 204:20
**watching** [1] - 81:11
**water** [1] - 277:3
**Waterhouse** [1] - 115:17
**wax** [8] - 8:13, 16:14, 151:2, 184:25, 187:22, 199:8, 200:2, 200:20
**Wax** [13] - 6:14, 11:11, 12:25, 13:5, 16:6, 17:15, 23:19, 104:13, 150:21, 167:7, 174:5, 204:11, 265:5
**WAX** [204] - 2:8, 2:9, 6:13, 8:14, 9:3, 11:12, 12:2, 12:13, 12:17, 12:22, 13:10, 16:3, 16:13, 17:16, 17:19, 23:18, 88:7, 102:25, 103:7, 104:14, 111:13, 133:21, 134:3, 135:6, 135:11, 135:17, 136:9, 150:1, 150:22, 150:25, 152:9, 152:13, 152:15, 152:22, 152:25, 153:12, 153:15, 153:18, 153:22, 154:1, 154:4, 154:7, 154:11, 154:15, 154:18, 154:20, 154:25, 155:7, 155:11, 155:17, 155:20, 156:1, 156:5, 156:9, 156:24, 157:2, 157:8, 157:11, 157:14, 157:17, 157:19, 157:22, 158:6, 158:10, 158:25, 159:3, 159:6, 159:20, 159:23, 160:2, 160:5, 160:12, 160:22, 160:24, 161:3, 161:5, 161:7, 161:12, 161:15, 161:17, 161:22, 162:2, 162:10, 162:12, 162:14, 162:18, 162:21, 162:24,

163:2, 163:7, 163:9, 163:12, 163:15, 163:20, 163:23, 164:6, 164:11, 164:13, 164:18, 164:22, 164:25, 165:3, 165:9, 165:11, 165:14, 165:17, 165:19, 165:24, 166:2, 166:5, 166:7, 166:11, 166:16, 166:18, 166:21, 166:23, 167:9, 167:14, 167:19, 167:22, 168:1, 168:4, 168:7, 168:9, 176:12, 176:14, 176:19, 182:14, 182:18, 182:24, 183:22, 184:6, 185:1, 185:4, 185:9, 185:12, 185:16, 185:18, 185:21, 185:24, 186:9, 187:9, 187:13, 187:15, 187:23, 188:4, 188:7, 188:15, 188:18, 188:23, 189:4, 189:7, 189:14, 189:18, 189:21, 190:1, 190:6, 190:9, 190:12, 190:17, 190:19, 191:3, 191:17, 191:22, 192:8, 192:12, 192:15, 192:20, 192:23, 193:18, 193:20, 193:22, 194:6, 194:15, 194:18, 194:24, 195:4, 195:16, 195:20, 196:2, 196:13, 197:10, 197:23, 198:3, 198:6, 198:11, 198:22, 199:2, 199:9, 199:13, 199:15, 199:18, 199:24, 200:11, 200:21, 201:6, 204:12, 204:22, 205:10, 205:20, 206:6, 264:20, 277:18, 291:21
**Waxman** [141] - 31:6, 208:24, 209:13, 209:14, 210:11, 210:12, 210:14, 210:18, 210:21, 210:24, 213:6, 214:11, 214:15, 214:17, 214:18, 214:19, 214:21, 215:5, 215:20, 215:24, 216:4, 216:16, 219:19, 220:17, 221:21, 221:22, 222:5, 222:12, 224:3, 224:7, 224:10, 224:11, 225:1, 225:2, 225:6, 225:9, 225:15, 225:17, 225:22, 226:1, 226:7, 226:16, 226:17, 226:25, 227:2, 227:4, 227:8, 227:13, 227:19, 228:6, 228:16, 228:25, 229:1, 229:3, 229:10, 229:12, 229:18, 229:20, 231:4, 231:5, 231:11, 231:12, 231:14, 231:18, 232:6, 232:8,

232:13, 232:19, 232:20, 232:21, 232:25, 233:1, 233:5, 233:21, 233:22, 235:2, 235:4, 235:9, 235:11, 235:13, 235:19, 235:23, 236:2, 236:3, 236:16, 236:17, 237:6, 237:24, 239:10, 239:24, 240:22, 241:25, 242:14, 242:17, 242:24, 243:5, 243:7, 243:10, 243:15, 243:23, 244:4, 247:6, 247:9, 247:14, 247:18, 247:19, 247:24, 248:1, 248:3, 248:6, 248:10, 248:12, 248:14, 249:12, 250:8, 250:10, 250:14, 251:12, 252:4, 253:1, 253:3, 253:19, 254:1, 254:4, 254:12, 255:8, 255:16, 255:22, 256:12, 256:13, 256:20, 257:1, 257:8, 257:17, 257:23
**Waxman's** [17] - 209:11, 210:19, 210:22, 214:5, 214:20, 215:25, 216:21, 225:14, 226:8, 230:23, 232:18, 237:2, 237:5, 239:13, 239:18, 242:10, 254:21
**Wayne** [4] - 31:12, 227:16, 233:6, 233:24
**weakness** [1] - 269:13
**weasel** [2] - 250:14, 253:20
**web** [1] - 108:1
**website** [1] - 112:18
**wedding** [1] - 85:22
**week** [11] - 7:17, 20:25, 78:19, 79:15, 80:5, 80:17, 80:21, 84:24, 100:12, 186:23, 194:20
**weekly** [1] - 226:20
**weeks** [19] - 78:1, 79:9, 79:21, 79:22, 80:15, 82:14, 86:6, 86:8, 88:4, 99:23, 131:2, 152:1, 186:18, 186:25, 187:2, 187:3
**welcome** [12] - 19:17, 34:9, 48:14, 61:11, 84:18, 106:11, 118:6, 125:3, 139:6, 145:3, 177:6, 201:15
**welcoming** [1] - 20:8
**well-place** [1] - 9:24
**well-respected** [1] - 222:20
**west** [1] - 111:8
**West** [4] - 32:12, 87:15, 124:17, 232:17
**Westchester** [1] - 91:14
**whatsoever** [1] - 182:23

**wheelchairs** [1] - 268:6
**white** [5] - 141:20, 141:24, 142:12, 143:1, 236:6
**whole** [13] - 13:1, 13:7, 40:15, 96:3, 96:21, 99:10, 103:25, 106:25, 174:12, 177:20, 212:20, 241:9, 243:21
**Wichern** [1] - 31:5
**widower** [1] - 95:18
**wife** [25] - 42:15, 42:17, 80:20, 89:5, 91:16, 96:13, 99:17, 99:18, 102:3, 108:19, 108:21, 113:4, 113:15, 113:19, 114:17, 117:19, 118:13, 121:4, 125:10, 126:12, 132:16, 132:18, 132:20, 162:15, 223:8
**wife's** [4] - 42:1, 47:24, 102:9, 120:2
**willfully** [4] - 220:24, 242:3, 284:16, 285:1
**williams** [1] - 25:24
**Williams** [6] - 11:25, 12:11, 19:25, 136:25, 176:16, 200:25
**willingness** [1] - 195:9
**win** [1] - 162:18
**Wind** [1] - 100:13
**window** [2] - 93:14, 271:12
**wine** [1] - 108:17
**Wine** [1] - 110:18
**Winn** [1] - 111:18
**wire** [1] - 217:21
**witch** [2] - 235:5, 235:10
**WITNESS** [3] - 259:4, 259:7, 277:2
**Witness** [1] - 3:2
**witness** [34] - 16:16, 17:7, 40:13, 41:8, 41:18, 45:19, 59:14, 63:14, 70:3, 74:5, 74:7, 74:18, 170:7, 204:1, 205:22, 221:22, 237:2, 237:5, 237:7, 238:5, 247:10, 254:4, 254:13, 255:12, 258:1, 258:2, 258:21, 260:11, 265:9, 265:13, 276:19, 277:1, 289:5, 290:11
**witness'** [1] - 63:16
**witnessed** [1] - 240:19
**WITNESSES** [1] - 3:1
**witnesses** [12] - 17:11, 17:17, 30:23, 41:18, 44:20, 63:9, 205:13, 218:4, 220:4, 244:4, 249:4, 289:21
**Wolfe** [9] - 31:4, 230:6, 230:9, 230:11, 230:14, 230:22, 233:10, 233:12,

233:13
**Wolfee** [4] - 31:7, 228:9, 228:11, 228:22
**woman** [3] - 198:22, 230:11, 255:20
**women** [1] - 163:14
**wonder** [1] - 186:14
**wonderful** [3] - 232:12, 246:19, 252:24
**wonderfully** [1] - 223:4
**wondering** [2] - 64:17, 82:11
**word** [4] - 96:19, 202:20, 220:7, 223:15
**words** [6] - 159:1, 220:20, 224:11, 224:23, 249:23, 265:18
**works** [28] - 14:6, 47:2, 68:21, 90:4, 91:3, 91:9, 99:19, 107:12, 108:21, 110:17, 110:20, 111:9, 111:16, 117:19, 121:16, 123:7, 126:12, 126:13, 128:23, 129:13, 150:23, 191:9, 191:15, 218:10, 264:25, 265:6, 267:24, 271:20
**world** [6] - 112:19, 230:13, 236:23, 246:8, 256:2, 256:4
**worried** [1] - 238:7
**worries** [1] - 10:20
**worry** [2] - 212:13, 256:13
**wound** [1] - 44:10
**wow** [1] - 34:15
**wrapping** [2] - 150:8, 239:4
**Wrichern** [1] - 217:22
**Wright** [1] - 31:5
**wrist** [1] - 209:3
**write** [1] - 249:5
**writer** [1] - 129:15
**writing** [1] - 92:11
**writing's** [1] - 16:25
**written** [5] - 16:23, 22:1, 217:5, 257:14, 291:18
**wrote** [7] - 157:2, 157:3, 157:12, 158:19, 235:4, 250:2, 255:5

## X

**x-rays** [1] - 268:21

## Y

**year** [20] - 36:24, 37:1, 44:9, 50:18, 90:25, 101:7, 118:18, 127:17, 131:20, 147:17, 214:4, 214:6, 234:22, 245:14, 249:25, 256:7, 256:16, 271:3,

274:19
**years** [82] - 29:13, 33:16, 33:18, 34:2, 34:14, 35:20, 38:3, 46:6, 47:23, 48:18, 50:17, 52:5, 55:4, 55:9, 56:14, 61:24, 70:2, 87:7, 87:15, 92:18, 94:8, 94:22, 95:17, 97:1, 97:8, 97:11, 103:21, 104:1, 106:25, 107:9, 109:11, 110:4, 113:3, 113:18, 113:21, 116:17, 117:18, 118:2, 118:12, 122:16, 123:3, 124:13, 128:22, 132:15, 139:12, 171:24, 172:23, 177:19, 180:13, 182:11, 213:23, 223:11, 223:21, 224:16, 227:25, 235:22, 235:23, 237:25, 242:8, 242:22, 243:5, 243:11, 244:12, 246:1, 246:2, 246:3, 246:4, 250:1, 256:9, 261:8, 261:14, 261:21, 262:1, 262:17, 266:5, 267:5, 272:21, 284:23
**YORK** [1] - 1:18
**York** [14] - 80:4, 80:7, 80:13, 80:14, 80:18, 80:22, 84:21, 91:10, 115:15, 194:20, 244:11, 244:12, 244:20, 244:21
**young** [2] - 108:19, 126:14
**Yourself** [11] - 181:13, 181:16, 181:19, 181:22, 181:25, 182:6, 182:8, 182:9, 182:16, 182:21, 196:7
**yourself** [7] - 74:3, 151:17, 154:2, 154:21, 255:13, 290:5, 290:18
**yourselves** [1] - 7:3
**youth** [1] - 140:19

## Z

**zero** [3] - 224:4, 224:5, 239:10
**zone** [1] - 245:19
**zoom** [7] - 280:3, 280:5, 280:10, 281:3, 282:5, 282:11, 283:13
**Zulema** [1] - 113:24
**Zusmer** [46] - 6:4, 6:14, 12:25, 14:13, 23:17, 23:20, 24:10, 24:13, 24:17, 24:24, 25:2, 25:11, 148:5, 151:2, 151:24, 152:6, 153:6, 156:12, 164:1, 164:7, 165:21, 167:24, 208:19, 208:23, 209:11, 210:12,

210:23, 211:8, 214:4, 215:18, 215:19, 215:23, 215:24, 216:3, 216:5, 216:20, 217:19, 220:18, 220:25, 221:9, 221:20, 222:1, 222:7, 239:8, 240:4, 241:6
**ZUSMER** [2] - 1:8, 2:8
**Zusmer's** [2] - 154:11, 160:15