UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-CR-60253-MOORE

UNITED STATES OF AMERICA,        )
                                 )
              PLAINTIFF(S),      )
                                 )
        VS.                      ) MIAMI, FLORIDA
                                 ) JANUARY 18, 2023
                                 )
LAWRENCE ALEXANDER, AND          ) COURTROOM #13-1
DEAN ZUSMER,                     )
                                 )
_____DEFENDANT(S).____  )

VOLUME II

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE K. MICHAEL MOORE,
UNITED STATES DISTRICT COURT JUDGE.

APPEARANCES

FOR THE GOVERNMENT:        PATRICK J. QUEENAN, ESQ.
                           MEREDITH HOUGH, ESQ.
                           U.S. DEPARTMENT OF JUSTICE
                           FRAUD SECTION, CRIMINAL DIVISION
                           1400 NEW YORK AVENUE, N.W.
                           BOND BUILDING 4TH FLOOR
                           WASHINGTON, DC 20005

                           CATHERINE WAGNER, ESQ.
                           U.S. DEPARTMENT OF JUSTICE
                           CRIMINAL DIVISION, FRAUD SECTION
                           10000 LOUISANA, SUITE 2300
                           HOUSTON, TX  77002

*Stenographically Reported By:*
*Quanincia S. Hill, RPR*
*Federal Official Court Reporter*
*400 North Miami Avenue*
*Miami, Florida  33128*

*Office No.:  (305)523-3634  E-mail: Quanincia_hill@flsd.uscourts.gov*

<u>APPEARANCES-CONTD.</u>

FOR THE DEFENDANT(S):     JOSE QUINON, ESQ.
LAWRENCE ALEXADER         JOSE M. QUINON, P.A.
                          2333 BRICKELL AVENUE, SUITE A-1
                          MIAMI, FL 33129

                          FRANK QUINTERO, JR., ESQ.
                          QUINTERO BROCHE, P.A.
                          75 VALENCIA AVENUE
                          SUITE 800
                          CORAL GABLES, FL  33134

                              - - -

DEAN ZUSMER               BARRY MICHAEL WAX, ESQ.
                          LAW OFFICES OF BARRY M. WAX
                          701 BRICKELL AVENUE
                          SUITE 150
                          MIAMI, FL  33131

                          MARK RUSSELL EIGLARSH, ESQ.
                          MARK EIGLARSH LAW OFFICE
                          4770 BISCAYNE BOULEVARD
                          SUITE 610
                          MIAMI, FL  33137

**INDEX TO WITNESSES**

| WITNESS | PAGE |
|---|---|
| STEVEN QUINDOZA | |
| Continued Direct Examination By AUSA Queenan | 19 |
| Cross-Examination by Defense Attorney Eilarsh | 122 |
| Cross-Examination by Defense Attorney Quintero | 123 |
| Redirect Examination by AUSA Queenan | 168 |
| ELLEN KELLEY | |
| Direct Examination By AUSA Hough | 173 |
| JUSTIN CAIN | |
| Direct Examination By AUSA Hough | 185 |
| AMANDA WOLFE | |
| Direct Examination By AUSA Hough | 200 |
| EMMANUEL SILVA | |
| Direct Examination By AUSA Queenan | 207 |
| Cross-Examination by Defense Attorney Wax | 254 |

- - -

**INDEX TO EXHIBITS**

| Governmment's Exhibit | Description | Page |
|---|---|---|
| 4 | Claims billed and paid for A.N. | 45 |
| 5 | Claims billed and paid for J.W. | 93 |
| 26 | Active Assist - Part B Billing. | 78 |
| 27 | Active Assist Part C Billing. | 78 |
| 28 | Active Assist-Enrollment Forms. | 76 |
| 29 | Active Assist - Multiple Braces. | 78 |
| 30 | Active Assist - Volume. | 78 |
| 31 | Active Assist -Beneficiary Location. | 78 |
| 32 | Equilibrium - Part B Billing. | 93 |
| 34 | Equilibrium - Enrollment forms. | 91 |
| 3 | Claims Billed and Paid for B.W. | 78 |
| 37 | Equilibrium - Volume. | 93 |
| 38 | Equilibrium - Beneficiary Location. | 93 |
| 39 | Silent Hill-Part B billing. | 45 |
| 41 | A summary slide. | 28 |
| 43 | Silent Hill-Volume. | 45 |
| 44 | Silent Hill-Beneficiay Location. | 45 |
| 48 | West Bay - Multiple Braces. | 97 |
| 49 | West Bay - Beneficiary Location. | 97 |
| 50 | West Bay - Beneficiary Location. | 97 |
| 56 | Examples of multiple braces per beneficiary. | 87 |

| 57 | Multiple Braces Summary. | 97 |
| 58 | Part B Data and Other Insurers' Volume. | 97 |
| 59 | Part B Volume. | 101 |
| 61 | Zusmer Medicare Enrollment. | 118 |
| 62 | Alexander Medicare Enrollment. | 116 |
| 87 | CD containing claims data. | 197 |
| 100A | Medicare Part B - Equilibrium Claims Data (2014-2015) CD. | 92 |
| 101A | Medicare Part B Claims Data - Equilibrium Medical Supply DME.xlsx. | 92 |
| 101B | Medicare Part B Claims Data-Silent Hill. | 43 |
| 101C | Medicare Part B Claims Data-Active Assist. | 77 |
| 101D | Medicare Part B Claims Data - West Bay Medical Supply DME. | 97 |
| 102A | United Health Care Certificate of Records. | 205 |
| 102 | United Health Care Claims Data for Equilibrium, Silent Hill, Active Assist, and West Bay. | 205 |
| 103A | CD containing claims data as compiled by Witness Cain. | 195 |
| 103B | CD containing claims data as compiled by Witness Cain. | 195 |
| 103C | CD containing claims data as compiled by Witness Cain. | 195 |
| 103D | CD containing claims data as compiled by Witness Cain. | 195 |
| 103E | CD containing claims data as compiled by Witness Cain. | 196 |

| | | |
|---|---|---|
| 104A | Medicare Part B Overpayment Data - Equilibrium. | 92 |
| 104B | Medicare Part B Overpayment Data-Silent Hill. | 43 |
| 104C | Medicare Part B Overpayment Data-Active Assist. | 78 |
| 104D | Medicae Part B Overpayment Data - West Bay. | 97 |
| 105A | February 16, 2018 Active Assist Medicare Enrollment Application (Form 855S). | 64 |
| 105B | August 7, 2018 Active Assist Medicare Enrollment Application (Form 855S). | 64 |
| 106A | January 4, 2006, Equilibrium Medicare Enrollment (Form 855S) and Medicare documents. | 91 |
| 106B | January 17, 2018 Equilibrium Medicare Enrollment (Form 855S). | 91 |
| 109A | West Bay Medical Supply, Inc. Medicare Application Data Report and Medicare Enrollment  (Form 855S). | 96 |
| 109B | West Bay Medical Supply, Inc. Medicare Application Data Report and Medicare Enrollment (Form 855S). | 96 |
| 109C | West Bay Medical Supply, Inc. Medicare Enrollment Certification. | 96 |
| 113 | April 9, 2019 Letter from Medicare to Silent Hill Bracing & Orthopedic Supplies, LLC re:  Final Provider Suspension Notice. | 60 |
| 114 | April 12, 2019 Letter from Medicare to Active Assist DME, Inc., Re:  Final Provider Suspension Notice. | 85 |
| 123 | EFT Agreement for Active Assist DME, Inc. | 64 |

| 126 | May 17, 2013 Medicare Enrollment (Form 855B) for Lawrence Alexander MD PA. | 114 |
| 127A | November 6, 2012 EDI Enrollment Agreement for Lawrence Alexander MD PA. | 114 |
| 127B | November 6, 2012 EDI Enrollment Agreement for Lawrence Alexander MD PA. | 114 |
| 128 | December 11, 2012, Lawrence Alexander MD PA Electronic Funds Transfer Enrollment. | 114 |
| 129 | January 11, 2013 Lawrence Alexander MD PA Electronic Funds Transfer Enrollment. | 114 |
| 130 | February 19, 2013 Lawrence Alexander MD PA Electronic Funds Transfer Enrollment. | 114 |
| 131 | May 20, 2013 EDI Enrollment Agreement for Lawrence Alexander MD PA. | 114 |
| 132 | May 22, 2013 Lawrence Alexander MD PA Electronic Funds Transfer Enrollment. | 114 |
| 133 | May 23, 2012 Medicare Enrollment (Form 855I) for Lawrence Alexander MD PA. | 114 |
| 134A | August 27, 2013 EDI Enrollment Agreement for Lawrence Alexander MD PA. | 114 |
| 134B | August 27, 2013 EDI Enrollment Agreement for Lawrence Alexander MD PA. | 114 |
| 135 | December 29, 2014 Medicare Enrollment (Form 855I) for Lawrence Alexander MD PA. | 114 |
| 136 | April 28,, 2015 Medicare Enrollment (Form 855I) for Lawrence Alexander MD PA. | 115 |
| 137 | July 23, 2015 Medicare Enrollment (Form 855I) for Lawrence Alexander. | 115 |
| 138 | Individual exhibit was not specifically identified on the record. | 115 |
| 140 | April 11, 2016 Medicare Enrollment (Form 855I) for Lawrence Alexander MD PA. | 115 |

| 141 | June 13, 2016 Medicare Enrollment (Form 855I) for Lawrence Alexander MD PA. | 115 |
| 142 | March 14, 2017 Medicare Enrollment (Form 855I) for Lawrence Alexander MD PA. | 115 |
| 143 | July 2018 EDI Enrollment for Lawrence Alexander MD PA. | 115 |
| 144 | Lawrence Alexander MD PA Electronic Funds Transfer Enrollment documents. | 115 |
| 145 | August 30, 1998, Medicare Enrollment (Form HCRA 855) fr Cole Zusmer Chiropractic. | 118 |
| 146 | December15, 2003 Medicare Enrollment (Form 855B) for Balance Center, Inc. | 118 |
| 147 | February 12, 2004, EDI Enrollment for Balance Center, Inc. | 118 |
| 150 | CMS-8551 Rev. 02/2008 - Form Medicare Enrollment Application - Physician and Non Physician Practitioners. | 111 |
| 151 | CMS-8551 07/2011 - Form Medicare Enrollment Application - Physicians and Non Physician Practitioners. | 111 |
| 152 | CMS-8551 - Rev. 12/2018 - Form Medicare Enrollment Application - Physicians and Non Physician Practitioners. (Produced Native) | 111 |
| 2 | Claims billed and paid for V.K. | 93 |
| 36 | Equilibrium - Multiple braces. | 93 |
| 42 | Silent Hill-Multiple Braces. | 45 |
| 45 | West Bay - Part B Biling. | 97 |
| 47 | West Bay - Enrollment Form. | 97 |
| 510A | January 2017 Sales and Marketing Agreement between U.S. Care and Silent Hill. | 229 |

| | | |
|---|---|---|
| 510B | January 2017 Administrative Services Agreement between U.S. Care and Silent Hill. | 229 |
| 749 | Invoices from U.S. Care to Silent Hill. | 236 |
| 750A | Attachment - Silent Hill Invoice Review #092. | 236 |
| 1139 | May 22, 2018 email from Jeremy Waxman to M. Silva, Nik Meredith and Dean Zusmer re:  New Entity ready to go live - Active Assist DME. | 251 |

**INDEX TO EXHIBITS**

| Defendant's Exhibit | Description | Page |
|---|---|---|
| ES1 | Charging document re:  United States of America vs. Emmanuel Silva. | 261 |
| ES2 | The plea agreement in re:  USA v. Emmanuel Silva. | 268 |
| ES3 | Judgment of sentencing document re:  USA v. Emmanuel Silva. | 282 |
| 4LA | Silent Hill Corporate Records. | 148 |
| 55LA | Bates stamped document Re: On-site Inspection at Silent Hill. | 132 |
| 57LA | Photograph Bates stamped Equilibrium 0004013482. | 136 |

(Proceedings commencing at 8:58 a.m.)

THE COURT:  Somebody have something they want to bring up?

DEFENSE ATTORNEY WAX:  On behalf of both of the defendants, your Honor, we are submitting a cautionary instruction that we'd like your Honor to read before Mr. Quindoza continues his testimony.

If you'll recall yesterday, he was reading from Government's Exhibit 108, which was the Medicare 855S application, and referenced certain laws and definitions of terms containing contained in the application.

THE COURT:  Right.

DEFENSE ATTORNEY WAX:  We are asking the Court to read this cautionary instruction to the jury, which effectively says that the he's testifying about matters which may be legal in nature but your Honor will instruct the jury on the law they are to follow in reaching a verdict in this case.

The Government has looked at it.  There's a paragraph below what we set out, which starts, modified from 11th Circuit pattern instruction, that says, "at the end of the trial, I will explain the law."

They don't object to the instruction if that part is also included, which is fine with the defense.  I think the Government's only objection is they don't want it read now.  They want it in the jury instructions.

11

**AUSA WAGNER:**  That's right, your Honor.  We don't have any objection to this instruction as long as the pattern language is also included.  Our objection is reading it now.  Mr. Quindoza isn't opining on what the law means.  He's isn't trying to imply the law.  He simply read a Medicare application.  We don't think there's any reason to read this instruction right now.

**THE COURT:**  So, at least on the basis of the testimony that I heard yesterday, I haven't heard him express an opinion as to what the law is.  You know, I don't have a problem if he ever did get to the point where he said, you know, my understanding, or I interpret the law to mean that this is what is required.  If he said something like that, I think if you object at this point or asked for a cautionary instruction, I wouldn't have a problem in giving it.  But so far, I haven't heard him say anything like that.

And by the way, I don't know how long he's going to be on direct.  But when it gets time to cross-examination, I think you can also develop that point as well that he is not here offering an opinion on the law, of course.  It's for the Court.  You understand that the Court is to -- will give the jury the instructions as to what the law is this matter.  And I'm sure he'll say, yes, I agree.

But -- so if he does -- and if he do give an opinion or a cautionary instruction, I'd like the opportunity to see

what the 11th circuit pattern instruction is.  You say this is modified.

**DEFENSE ATTORNEY WAX:**  Right.

**THE COURT:**  So I don't have a problem if the time comes to give an instruction.  I don't know what the difference is between the pattern and this one.  But can we live with that for the time being at least?

**DEFENSE ATTORNEY WAX:**  Certainly your Honor.

**THE COURT:**  Okay.  What else?

**AUSA QUEENAN:**  Magistrate Judge Louis, defendant Doctor Alexander raised the issue that he's been diagnosed with Asperger's.  He intended initially to ask --

**THE COURT:**  Who are you referring to?

**AUSA QUEENAN:**  Dr. Alexander, at least whether it be court conducted.  The Government was going to object to that. They did not raise the issue any further.  It was not presented in the jury selection process.  The Government thought the issue was dead.

Yesterday during the day, the papers were filed for the appeal of the handwriting expert, and again, they raised the issue of the Asperger's syndrome.  First, we don't have any documentation on this.  Defense counsel's told us a few times they were going to provide it to us.  Regardless, your Honor, I just wanted an instruction or an order from your Honor now that Asperger's or mention of Asperger's Syndrome has no

probative value, has no relevance.  It cannot be mentioned in this case.  It is not an issue.  It goes only to jury nullification, which the defendant have no right to present evidence to.  And so I just want to get out ahead of it now in case it comes up during the trial.

**THE COURT:**  Okay.  Any response?

**DEFENSE ATTORNEY QUINON:**  Yes, your Honor.

Judge, I raised this issue initially with the magistrate, because my client does suffer from that.  He was diagnosed ever since he was a little boy, about five or six years old.  Also as an adult, he has been diagnosed with that.  It came to me very obvious when I started representing him that he can be distracted and not good eye contact sometimes.  And that's part of this syndrome.  Okay.  I brought it up because I wanted to bring it up at some point before the jury, this panel, and during jury selection just so that if they saw during the trial that Dr. Alexander appears to be distracted that they wouldn't think that he was not interested.  Okay.

I consulted with Government counsel beforehand, before we even started trial.  At one point, a week before, he told me, "I think we can work this out."  But as we were ready to start the trial, he told me, "No. I'm not going to be able to agree to it and I won't agree to it."  I said, "Fine.  Let's leave it at that for now."

I have given him my assurance, not once but more than once, that I'm not bringing it up at this point. Okay. And if that was ever going to be brought up, I told him very clearly I would tell him beforehand and we would go before you. And I gave him my word on that. Okay.

He insisted he wanted to bring it up to you at this point. I didn't think there was any need, because again, I have been observing my client. And I think so far, we don't have a problem with that. And if that's the case, there's no need to bring it up. And if there is a need to bring it up, I would first consult with counsel, which I told him a number of times that I would, and then I would bring it up to the court and then we'll deal with that at that moment. But right now, this is something that may not even take place because, based upon what I've seen so far, I don't see a need for it at this point.

**THE COURT:** Okay.

**DEFENSE ATTORNEY QUINON:** And that's the end of that. I mean, that's how I handled that.

And by the way, one more thing: I did make clear that if I ever brought it up, I was going to be very specific that it would not be a defense. It is not an excuse. And it had a sole purpose, to make sure that they knew that his distraction was not related to a lack of interest. That was the only purpose. I made that clear from very outset.

**THE COURT:** I'll confess that I'm guilty of that, of being distracted.

All right. But, in any event, I think you've sorted it out.

Okay. I know at the end of the day, yesterday, somebody told me that the jury had asked what the length of trial was going to be and what the hours are going to be. And I can tell them what the hours are going to be, but what about the length of trial? I know we talked about it. But what do you want me to tell the jury?

**AUSA QUEENAN:** Your Honor, the Government accepting resting either Friday or maybe Monday morning if the evidence comes in as anticipated.

**THE COURT:** And the defense?

**DEFENSE ATTORNEY WAX:** Judge, if they rest Friday, certainly we would finish next week. If the rest Monday morning, maybe we could spill over to the following week. It really depends on whether they decide to put on a rebuttal case too. But I think that's fair.

**THE COURT:** Okay. I'll tell them.

**AUSA QUEENAN:** In the exhibits that were introduced yesterday, 107Q, by agreement, is going to be stricken. It's a duplicate of 108.

**THE COURT:** Okay.

**AUSA QUEENAN:** Thank you.

THE COURT:  Okay.  We all in agreement with that?  Okay.  Can we bring the jury in, please.

THE BAILIFF:  We're still missing one.

THE COURT:  We're still missing one.  Okay.  So there we are.

Do you know which one it is?

AUSA QUEENAN:  Judge, would you like the witness on the stand?

THE COURT:  Yes, please.

THE BAILIFF:  Juror 1.

THE COURT:  Juror 1.  Okay.  Thank you.

THE BAILIFF:  Okay.  They're here.

THE COURT:  Okay.  Bring them in.

THE BAILIFF:  All rise for the jury.

(Jury convened at 9:08 a.m.)

THE COURT:  Be seated everybody.  Good morning, ladies and gentlemen.

Before we get started, just a couple of housekeeping matters.

It's a little bit of ten after 9:00.  So we're getting started ten minutes later than what I'd hoped.  So I'll remind you again, just so we can keep things on track, if you're unfamiliar with coming into the downtown area, give yourself a few extra minutes to be here ahead of time so we can get started promptly, just as a courtesy to your fellow

jurors and to the proceedings.

Secondly, there was mention to me that there was some question about what the schedule was going to be and how long the trial's expected to last.  So what I try to do is to start promptly at 9:00.  About midmorning, some time midmorning, take about a ten-minute break, and then some time around the noon hour, not necessarily right at noon, but depending on where we are with the questioning of the witness, to take an hour for lunch.  There's a cafeteria in this building.  I'm not endorsing it or criticizing it.  You're welcome to use it.  If you don't want to use it, you can go outside.  But if you do go outside, remember, you've got to come back through security.  Or you can bring your own lunch, if you want to do that.  And then just, as I said, if you do go outside, it just takes more time to get through security.  And then another midafternoon break about ten minutes, depending on where we are with the questioning of a witness.

As far as the length of trial, let me just put it to you this way:  Trying a case is more of an art than it is a science.  So, it depends on whether everybody shows up on time, it depends on the examination of the witness; a lot of times, we can't predict in advance how long an examination or a cross-examination will last.  Sometimes legal issues come up and they have to be discussed out of the presence of the

jury, so make sure that you're only hearing admissible evidence.

But that being said, the lawyers estimate that they think the case should last no more than two weeks, meaning that they're hoping to get the case over before the end of not this Friday, but next Friday.  So that's what we're shooting for.  Don't hold me to it.  It may be shorten than that.  It could be -- spill over to another day or two, but that's kind of where we are.

And it's a question that I ask the juror -- the lawyers out of your presence, to make sure that we are staying on schedule.  And if anything changes, I'll update you.  Okay.

All righty.  Let's pick up where we left off.  Please continue.  You're still under oath.

**STEVEN QUINDOZA,**

having been previously duly sworn, was examined and testified as follows:

**THE WITNESS:**  Yes, sir.

**CONTINUED DIRECT EXAMINATION**

BY AUSA QUEENAN:

Q.  Good morning, Mr. Quindoza.

A.  Good morning.

Q.  Can you hear me okay?

A.  Yes.

Q.  Yesterday, we left off reviewing the 855 Enrollment

Application for a DME supplier, Silent Hill.  Do you recall that?

A.  Yes, sir.

Q.  Specifically, we left off, you had just reviewed the reference to the Anti-Kickback Statue.  Do you recall that?

A.  Yes, sir.

Q.  All right.  I'd like to ask you a few final questions on this document, which is Government's Exhibit 108.  Please let me know when tat document appears in front of you, and I think we're going to turn to the PDF page 7.

Now, yesterday, you had testified to the different instances -- just reorienting the jury here, different instances and when a DME supplier must file an enrollment application with Medicare.  Can you just recap what those three instances are?

A.  Yes, sir.  When they initially enroll with the Medicare program for billing privileges, that's the first.

Second, all providers enrolled in Medicare must recertify their enrollment status once every five years.  So that's the second application.  Third, is if there's any changes to their enrollment status, such as new ownership, relocation, and things like that, that's the third instance in which an application must be submitted.

Q.  Okay.  In looking at page 7 here of Document 108, does it indicate that this enrollment application is for a change of your Medicare enrollment information?

A.  Yes, sir.

Q. Where is that indicated; is that the check box there?

A. Yes, sir.

Q. So this is not the initial enrollment application for Silent Hill?

A. Correct.

Q. Did Silent Hill indeed file an initial enrollment application?

A. Yes, sir.

Q. Did Silent Hill file multiple applications for Medicare while they were enrolled?

A. Yes.

Q. All right. I'd like to show you what's already been admitted as Government's Exhibit 107A. What is this document?

A. If you look at the top, it says, Application data report. What we are looking at is an enrollment application that was submitted electronically to Medicare. This is a summary of the information that was submitted.

Q. Now, yesterday, you testified that there were essentially two ways you could file an application, correct?

A. Yes, sir.

Q. And what were those two?

A. Either on a paper application or electronically.

Q. And you testified yesterday that 108, the earlier document was a copy of the paper version, correct?

A. Yes, sir.

Q. Is this the record that Medicare keeps for the electronic submission?

A. Yes, sir.

Q. If we could just zoom in to where it says authorized signer, Susan Alexander. Do you see where it says electronic funds transfer? It says, signature type: paper.

A. Yes, sir.

Q. What does that mean?

A. That for that particular document that's listed, it was a paper form. And they signed it with pen and ink.

Q. Okay. It's not self-explaining. What is an electronic funds transfer authorization agreement?

A. Okay. Medicare pays all claims electronically. So in order to do that, the healthcare provider or the supplier, must authorize the Medicare program to pay their claims electronically, which means it's a direct deposit into their financial institution, whatever it may be. That electronic funds transfer is the authorization, or the written authorization, allowing that to happen.

Q. The next box says, Document authorized official certification statement for DME POS supplier. What is that?

A. All right. We talked about this yesterday. The -- this is the certification statement section of the enrollment application where they agree to certain terms as a condition of enrollment, this is showing who signed this electronic

22

application.

Q. Now, is the certification that the electronic signer certified to identical to the paper certification we reviewed yesterday?

A. Yes, it is.

Q. Thank you. Have you reviewed this application prior to testifying today?

A. Yes, sir.

Q. I'd like to turn to page 3. There's a section on ownership. Section 9, says ownership interest in managing control info. If you can highlight that entire box from Section 9 to the bottom of the page, please.

A. (Witness complies.)

Q. We are back on page 3. And thank you for bearing with us. The version that she sees is very small, so it's hard to zoom in. Thank you.

Have you reviewed this, the contents of this application to see who was listed as a manager, officer, or owner of Silent Hill?

A. Yes, sir.

Q. In this initial enrollment application, who are the listed owners, officers, and managers of this DME?

A. It indicates Susan Alexander.

Q. Is there anyone else that's listed?

A. No, sir.

Q. All right. I'd like to show you what's been marked, or has been admitted, rather, as Government's Exhibit 107C.

What is this document?

A. This is a copy of an electronic funds transfer agreement.

Q. And you've already explained that. This is for Silent Hill, I see --

A. Yes, sir.

Q. -- is that correct?

Can you just read the name of the bank and the last four digits of the bank account that Silent Hill wants their Medicare money to be sent to?

A. It states City National Bank. Account 2183.

Q. And if we could turn to what's been admitted as Government's Exhibit 107I. What's this document?

A. This is a copy of a voided check, all electronic funds transfer forms must include a copy of a voided check.

Q. And just briefly for one moment. If you could go back, please, to 107C. And go to page 2, page 2 of that electronic funds transfer agreement. Could you zoom in on the signature line, please?

Mr. Quindoza, who's name appears on the signature line?

A. Susan Alexander.

Q. And what is listed as their official title?

A. It looks like it says owner.

24

Q. And what's the date, if you could read that?

A. July 21, 2016.

Q. Thank you.  If we could now turn to Government's Exhibit 107G.  What is this document?

A. Essentially, this is a receipt.  Not all healthcare providers who enroll in Medicare are required to do this, but for DME suppliers, they are.  They have to pay an enrollment fee.  So this is their receipt of that fee.

Q. And if you look at where it says "to," what's the name of the e-mail address that this was sent to?

A. It states Silenthillbracing@gmail.com.

Q. All right.  If we can turn to Government's Exhibit 107K.

What is this document?

A. Can you give me a second, please?

Q. Yes, please.  And the paper version, Mr. Quindoza, is there in that box.  So if you'd like to look through multiple pages, please do.

A. Yes, sir.

Q. And take your time.

A. Okay.  I'm ready.

Q. Okay.  What is this document?

A. This is a letter that was sent by the Medicare contractor who enrolls DME suppliers nationwide.  It's notifying Silent Hill Bracing that the owners must be fingerprinted for screening purposes.

25

Q. And could you read that first paragraph that starts with, "In accordance with"?

A. Yes, sir.

In accordance with the Patient Protection and Affordable Care Act, Section 6401 and title 42 of the U.S. Code of Federal Regulations, part 424.518C2B, all new and existing providers must be reevaluated under new screening guidelines. Medicare requires all five percent or greater owners of provider and supplier organizations, who are designated in the high-level screening category, to undergo a fingerprint based criminal background check. A five percent or greater owner includes any individual that has any partnership, general or limited, and a high-risk provider or supplier. Based on the current definitions, all five percent or greater owners of your organization must complete a fingerprint based background check.

Q. What is a high-risk provider?

A. It's a type of provider who's categorized as being susceptible or vulnerable to submitting fraudulent claims.

Q. And are DME suppliers as a whole considered to be high-risk providers or suppliers?

A. Yes, sir.

Q. And is that why this additional fingerprinting requirement for enrollment is required?

A. Yes.

Q. If we could zoom in on who the owners are listed here on

the letter from the Medicare contractor, who do we see listed?

A. Susan Alexander.

Q. And where did the Medicare contractor get this information from to list only Susan Alexander?

A. From their enrollment application.

Q. So had there been other managers or officers or directors listed in the enrollment application, or at least owners, they would have had to be subject to the same fingerprints as well?

A. Yes, sir.

Q. If you could turn to page 3 of this document, please. What is this document?

A. This is a copy of the fingerprints for -- it indicates Susan Alexander.

Q. Were these submitted to Medicare?

A. Yes, sir.

Q. And do you see that stamp?  Can you read where that stamp is from?

A. It indicates Metro Dade Police Department.

Q. Thank you.  Can you please take a moment and review what's been admitted as 107O, 107P, and 107R?

A. Okay.

Q. Do you recognize those documents?

A. Yes, sir.

Q. And what are they?

27

A.  More -- excuse me.  More enrollment applications for Silent Hill Bracing.

Q.  Okay.  I'm not going to ask you to review them right now with the jury, but have you reviewed them prior to your testimony today?

A.  Yes, sir.

Q.  Have you created a summary slide that summarizes the information contained within those enrollment applications?

A.  Yes, sir.

Q.  Is that summary slide a fair and accurate depiction of your review and analysis of those applications?

A.  Yes, sir.

**AUSA QUEENAN:**  Your Honor, at this point, the Government moves to admit Government Exhibit 41.

**THE COURT:**  Be admitted.

**AUSA QUEENAN:**  Any objection.

**DEFENSE ATTORNEY WAX:**  Judge, just a moment.

**THE COURT:**  Hold on, please.

**DEFENSE ATTORNEY WAX:** Okay.  Your Honor, is that -- for the record is it no objection.  Is that exhibit admitted?

**THE COURT:**  Admitted.

(Government's Exhibit 41 was admitted into the record.)

**DEFENSE ATTORNEY WAX:** Thank you.  If we could publish it for the jury, please?

Q.  (By AUSA Queenan) All right.  Mr. Quindoza, can you just

take a minute and walk the jurors through this summary slide?

A. Yes, sir. This is a summary that I created based on all the enrollment applications that were submitted for Silent Hill Bracing. It shows their identifying information, their national provider identifier number, the effective date of their enrollment, their business address, who is listed as the owner, who signed that certification statement with the terms as a condition of enrollment, how many times that certification statement was signed and submitted, and then the dates that those certification statements were signed. And the last piece of information is the -- tied to the electronic funds transfer agreement, listing the financial institution and the last four digits of the account number.

Q. Just a few questions here. So, in the certification statement block, there's two columns. Let's start with the column for Susan Alexander. How many applications were submitted in which the signature line for the certification lists Susan Alexander.

A. Four.

Q. And are those the dates that were submitted?

A. Yes, sir.

Q. And is August 12th, 2016, the initial enrollment application?

A. Yes, sir.

Q. And are the two applications filed in January of 2019,

related to change of ownership?

A. Yes.

Q. Thank you.

If you could look at the second column, you see here it says, signature being Magna Cedeno, delegated official." What's a delegated official?

A. It's an individual who is authorized by the supplier to complete the application and make any changes to it.

Q. And according to the application, did Ms. Cedeno's name appear on one of the applications, separate from the one Susan Alexander's name appeared on?

A. Yes, sir.

Q. Thank you. All right. I'd like to switch gears for a moment here. We're going to stay on Silent Hill, but I'd like to step back and talk a little bit about the claims process.

After Silent Hill was initially enrolled after on July 15th, 2016, was that DME company then allowed to submit claims to the Medicare program for payment?

A. Yes, sir.

Q. What is a claim?

A. A claim is essentially a bill requesting reimbursement for services or items furnished to a Medicare beneficiary by a supplier.

Q. Can the jury hear Mr. Quindoza okay? Okay.

Can you explain for the jury briefly how the claims

process works, for initial claims?

A. Okay. It starts with some kind of interaction between a patient and a healthcare provider, like a doctor or a DME supplier. A service or item is provided to that beneficiary. Once that happens, the enrolled Medicare provider is then allowed to submit a claim to the Medicare program. Once the claim is submitted, Medicare then will make a decision to either pay or deny those services or items listed on the claim. In either case, a statement will go to the Medicare beneficiary, what's referred to as a Medicare summary notice, which lists the claim that was submitted, how it was processed, what was paid, what was denied.

A similar notice will also go to the healthcare provider -- it's called a Remittance Advice Notice -- listing essentially the same information: what was submitted, what was processed, what was paid, what was denied.

Q. What information must be included when a provider submits a claim? And you can just go categorically, not every bit of information.

A. Yes, sir. There's three main parts to all claims, the identity of the Medicare beneficiary: their name, their ID, birth date, etc. The identity of the healthcare provider claiming payment for such services or items, their name, their Medicare ID. And then there's a section that lists the services they're claiming payment for, when the services were provided,

where, codes that describe the services or items provided, the patient's medical condition or diagnosis at the time the services were provided, and then the amount charged for each service or item listed on the claim.

Q. And how are claims submitted from a provider?

A. Electronically.

Q. And how long does Medicare have to process a claim for DME after it's submitted?

A. 14 days.

Q. Now, if claims are electronically submitted from a provider based in Florida, do those claims cross state lines?

A. For DME?

Q. Yes.

A. Yes.

Q. If a patient is based in Tennessee and they're serviced by the DME in Florida, where does that claim get submitted to?

A. It goes to a Medicare contractor called CGS Medicare. And it's in -- I'm sorry, Nashville, Tennessee.

Q. Now, Silent Hill DME, did they service beneficiaries all over the country?

A. Yes, they did.

Q. So when claims are submitted, if the DME is based in Florida, where would that claims go?

A. One of two contractors. One I just mentioned, CGS Medicare in Nashville. Or it would go to another company called

Meridian, which is in Fargo, North Dakota.

Q. Okay. How are claims paid out?

A. Electronically.

Q. And where -- how -- do you know where they come from, the funds?

A. That depends on the contractor. I don't know that specifically.

Q. Thank you. You mentioned earlier that Medicare is a trust-based system. Do you recall that testimony from yesterday?

A. Yes, sir.

Q. Now, what is needed in order for the initial claim to pay? Because you did say you didn't have enough time to review the billions of claims, but what do they actually review in the initial claim?

A. Almost nothing. They are -- Medicare is just validating the information on the claim itself. A valid Medicare ID number for the patient, a valid Medicare ID number for the healthcare provider, the codes that are submitted, which describe the services or items that are being billed. And then there is some, but very little, verification or editing of the claim, based on either frequency of services or items, or possibly the patient's diagnosis. Beyond that, not much verification of the claim itself.

Q. And why is that? Why are they paying so quickly with just that initial review?

A. Again, as you asked, Medicare is a trust-based system. There's an assumption that what is submitted on the claim is accurate and truthful, and that the services that are being claimed are medically reasonable and necessary.

Q. Is that how all healthcare benefit programs work beyond Medicare?

A. For all federally-funded programs, and as well as private insurance as well.

Q. When Medicare pays a claim, is that considered reimbursement?

A. Yes.

Q. And what does that mean?

A. That means the Medicare program is paying the healthcare provider for the services and items that they've provided to a patient.

Q. Are there any instances in which Medicare conducts a further review of a claim?

A. There can be.

Q. And what are the reasons for that?

A. Essentially two. If either a healthcare provider or a Medicare patient is not satisfied with how their claim was processed, they have the right to request a review. That would prompt an audit by the Medicare program to look further beyond just what is submitted on the claim.

The second reason is that either the Medicare program

or one of its contractors have identified that a claim or claims may not have been submitted properly or processed properly. Then that would also prompt an audit or a review.

Q. What is an audit?

A. It's a review of the claim or claims that have already been processed and paid to determine was it properly processed, was it properly submitted, was it -- were the services claimed medically necessary, were the services claimed in compliance with all applicable rules and regulations and policies.

Q. And at a high level, what happens during an audit?

A. Typically, medical records are sought from the healthcare provider, then -- it's usually licensed individuals, like a doctor or a nurse, who review those medical records, compare it to the claim, compare both to the applicable rules, regulations, guidelines and policies, and then make a decision should those services or items be paid or not.

Q. And when you mentioned the doctor or nurse, you refer to a doctor or nurse that's employed with the Medicare or Medicare contractor, not somebody employed with the provider submitting the documents?

A. Correct.

Q. What happens if Medicare determines a claim should not have been paid?

A. If payment was previously issued, then the Medicare program will demand repayment of that -- of those claims. Those

are referred to as overpayments.

Q.  What is an overpayment?

A.  Again, it's a request for Medicare payments that should not have been allowed in the first place.

Q.  Now, who is liable to pay the overpayments to Medicare for a DME supplier?

A.  The supplier itself, as well as its owners.

Q.  Based on the enrollment applications that you've reviewed for Silent Hill, if there were overpayments resulting from claims submitted from that DME, who would be personally liable to pay them?

A.  Susan Alexander.

Q.  And why is that?

A.  Because she was listed as the owner.

Q.  Now, you testified yesterday that you're familiar with the Medicare process.  Can you just walk the jurors through what's the steps as to how a patient receives service for DME?

A.  Okay.

It starts with the patient being evaluated or examined by a practitioner, like a doctor or a physician assistant.  That practitioner determines that that patient needs some kind of DME, like a brace or a wheelchair.  The doctor will then write an order or a prescription for that item of DME and give it to the patient.  The patient will then go seek that item of DME from a supplier of their choice.  Once that supplier dispenses that

piece of DME, the supplier can then bill the Medicare program for that piece of DME.

Q. Are you familiar with the term explanation of benefits or EOB?

A. Yes, sir.

Q. What is that term?

A. That's an outdated term as far as Medicare is concerned, but it's used industrywide for all other health insurers.  EOB is just that, an explanation of what was submitted -- what claim was submitted, how it was processed, how it was paid.

For Medicare, they changed that name, God, at least 15, 20 years ago, to Medicare summary notice.  Why?  I have no idea.

Q. Does it mean the same as an EOB?

A. Yes, sir, it is.

Q. And this summary, this explanation of benefits, who does it go to?

A. It goes to the Medicare beneficiary.

Q. Now, does the provider like Silent Hill, receive some sort of summary on their end?

A. Yes, they do.

Q. And again, you may have mentioned it, but what is that called?

A. It's called a Remittance Advice Notice.

Q. And how often are those sent to the DME supplier?

A. I believe once every 14 days.

37

Q. And will that summarize all the claims that were submitted and whether they were processed and paid?

A. Yes, sir.

Q. Are you familiar with something called period-use limits?

A. Yes, sir.

Q. What does that mean?

A. Excuse me. Period of use, as it applies to an item of DME, consider it this, the lifetime use of a piece of DME. Typically, that period of use for an item of DME, like a brace or a wheelchair, is anywhere between three and five years. That's what a period of use is.

Q. So what does that mean? Will Medicare -- how often would Medicare cover claims for braces within that period use limitation?

A. Okay. Let's say, for example, that you receive a knee brace for your right knee. A year later, you receive another knee brace for your right knee. Will Medicare pay for that second brace for your right knee? No, it will not, because you already have one. And the period of use, again, is between three and five years.

Q. Are you familiar with a term called same and similar check?

A. Yes, sir.

Q. What does that mean?

A. Okay. I'll explain it with an example. Again, let's go to the knee braces.

According to the codes that are used to describe knee braces, there's about two dozen different versions of a knee brace. So again, going to that previous example, let's say you receive a brace for your right knee. A year or two later, you get another brace for your right knee, but it's a different type of knee brace, not the exact same one. Will Medicare pay for that second brace? No, it will not, because it's still a knee brace.

Q. Now, you have 40 years experience in Medicare. I think you testified that many of those years were conducting audits, overseeing and conducting investigations; is that correct?

A. Yes, sir.

Q. And how long have you been doing that for DME companies?

A. For investigations and audits? Oh, gosh. Over 20 years.

Q. Why is it important that a DME company, or why would a DME company check the same and similar?

A. Because it's their responsibility to ensure that the claims they submit are, number one, accurate and truthful. And then what is provided to the beneficiary, complies with the standards that are applicable to them.

Q. So is there a process available for a provider to check to see if a future claim would be reimbursable for a specific

beneficiary?

A. For DME, I believe so, but I'm not sure.

Q. Is this -- in terms of going through the period use limitation, is this something that would be caught on that initial claims submission?

A. Yes.

Q. So can you just give us an example, explain that briefly so we understand.

A. Okay. Again because it's durable medical equipment, and all DME has a period of use or lifetime limit, the claims processing systems are programmed to catch those subsequent braces that may be submitted within that period of use limit.

Q. So what will happen, then, if they submit a claim for a brace that has already been prescribed in that period?

A. The claim should -- the claim for the second brace should not be paid.

Q. Moving along.

A. Okay.

Q. Are you familiar with telemedicine and telehealth as it relates to the Medicare program?

A. Yes, sir.

Q. Just briefly, what is telemedicine?

A. Okay. It's an interaction between a healthcare provider like a doctor. Well, typically, it is just practitioners at a Medicare beneficiary. That interaction is by electronic means,

40

both audio and visual communication in realtime.  That means that the doctor and the patient must be able to see each other and talk to each other like in a video chat call on your phone; something similar to that.  And the purpose of that telemedicine health or telehealth service is to take the place of an in-person encounter.

Q.  So I'd like to focus a few questions on telemedicine, but I want to take you back to the period of 2014 through April of 2019.  So before COVID-19.

During that time period, did Medicare cover expenses for any telemedicine services?

A.  Yes, sir.  Under certain conditions.

Q.  And what were those certain conditions?

A.  There are several.  It starts with the patient.  The patient must reside in what is called a medically underserved area.  It's also referred to as a rural area.  So think of out in the country where there's not a whole lot of doctors available.

Again, the interaction between the patient and the doctor must be by both realtime and audio and visual communication.  Now, even though the patient lives in a rural area, they still must go to some kind of medical facility, like a hospital or a skilled nursing facility or even a doctor's office, to receive that telehealth service.

Q.  So during this time, 2014 to April 2019, would Medicare have covered a claim if the prescription or the doctor's order

that was issued following a telephonic consultation only?

A. No.

Q. Would Medicare have covered a claim that was submitted if the consultation occurred while the beneficiary was in their own home?

A. No.

Q. And why not?

A. Because it doesn't meet the requirements for telehealth services by Medicare standards.

Q. Did you review and analyze claims data related to Silent Hill Bracing?

A. Yes, sir.

Q. Briefly, what is claims data?

A. It's a running history, a compilation of the claims that were submitted by a particular provider or groups of providers over a specific period of time.

Q. And does Medicare keep and maintain this claims data as part of their ordinary agency practice?

A. Yes, sir.

Q. Is the claims data records made at or near the time by someone with knowledge of the claims?

A. Yes, sir.

**AUSA QUEENAN:** Your Honor, at this moment, the Government would like to introduce Exhibits 101B and -- I'm sorry, 101B and 104B.

**42**

THE COURT:  Any objection?

DEFENSE ATTORNEY WAX:  No objection, your Honor.

THE COURT:  Be admitted.

(Government's Exhibit 101B was admitted into the record.)

(Government's Exhibits 104B was admitted into the record.)

Q.  (By AUSA Queenan) Mr. Quindoza, there should be a stack of CD roms or CDs.  Do you see them?

A.  Yes, sir.

Q.  If you could reach them and pull out 101B and 104B?

A.  Yes, sir.

Q.  If you could just hold them up for the jury, what are those?

A.  Okay.  101B is a copy of the claims data for Silent Hill Bracing.  And then 104B is a copy of the overpayments that were identified against Silent Hill Bracing.

Q.  Did you review and analyze the data on those CDs?

A.  Yes, sir.

Q.  How do you know that those are the CDs?

A.  Because after I reviewed them, I dated and initialled both CDs.

Q.  Now, how many lines of information are on those -- what is on that -- let me ask you this.  I'm sorry.  What is on those CDs roms?

43

A.  Again, one --

Q.  Well actually, what type of files?

A.  Oh, Excel spreadsheets.

Q.  And you've reviewed and analyzed those Excel spreadsheets?

A.  Yes, sir.

Q.  Are they voluminous?

A.  Very much so.

Q.  How many lines of claims data is in there?

A.  Several thousand.

Q.  Have you summarized your review and analysis of the Silent Hill claims data?

A.  Yes, sir.

Q.  Have you created summary slides which explain that claims data?

A.  Yes, sir.

**AUSA QUEENAN:**  Just one moment, your Honor.

Your Honor, at this time, the Government moves to admit Exhibits 39, 42, 43, 44 and 4.

**DEFENSE ATTORNEY WAX:**  May I have a moment, your Honor?

**THE COURT:**  All right.

**DEFENSE ATTORNEY QUINTERO:**  Just to double check.

No objection as to 4.  No objection as to 39.  No objection as to 42.  No objection as to 43.  And no objection as to 44.

(Government's Exhibit 4 was admitted into the record.)

(Government's Exhibit 39 was admitted into the record.)

(Government's Exhibit 42 was admitted into the record.)

(Government's Exhibit 43 was admitted into the record.)

(Government's Exhibit 44 was admitted into the record.)

**THE COURT:**  Be admitted.

**AUSA QUEENAN:**  Thank you.

Q.  (By AUSA Queenan) Before we turn to these summary slides, I'd like to draw to draw your attention to what's been admitted as Government's Exhibit 101B.  We have it open there. Do you see it?

A.  Yes, sir.

Q.  Are we looking at an Excel document?

A.  Yes, sir.

Q.  At the bottom of this -- the Excel document, there are different tabs for sheets.  And we are on the initial claims sheet.  What does that mean?

A.  What this particular part of this spreadsheet lists are the claims when they were first submitted for Silent Hill Bracing and how they were processed by Medicare.

Q.  Now, earlier, you mentioned there are essentially three main parts to the information that's submitted to Medicare on a claim?

A.  Yes, sir.

Q.  Do you see -- I know maybe not on this one screen here,

45

but is that information contained on these spreadsheets?

A. Yes, they are.

Q. I'm not going to go through them all, but column B says "BENI claim HIC number." What's that?

A. That is their Medicare ID number, or at least what used to be used as their Medicaid ID number.

Q. And then I see first name, last name. I -- we collapsed the date of birth so we're not exposing that, but does this include all the beneficiary information, including where they live?

A. Yes, sir.

AUSA QUEENAN: Can you just slide over, Raquel, to the next column?

Q. (By AUSA Queenan) Does this show on column Q when a claim -- what is showing on column Q and column R?

A. Those indicate the dates that the items were provided to the beneficiary.

Q. And then if we slide over to U, what's that date?

A. That's the date that the claim was submitted by the supplier to Medicare.

Q. And if we look over starting at column X and Y, we see some L numbers and X. What is that?

A. Okay. I described this -- mentioned this earlier. Column X lists the codes that were submitted on the claim that describe what was being billed. Column Y is the description for

**46**

each of those codes.

Q. And what is in column T?

A. That just indicates that -- the line on the claim. And let me explain what I mean by that.

A claim can include one service or item or multiple services or items. So for each number you see there, indicates each one of those codes. So if we look at the first three rows where it says claim line number 1, 2 and 3, that means there were three codes billed on that claim for three different items.

Q. And what is in column S?

A. Column S is the ID number of the claim.

Q. So does each claim have their own unique ID number?

A. Yes, they do.

Q. Now, why are we seeing a claim number here then?

A. Because it's one claim. This particular claim had three items listed.

Q. Thank you.

Is there also entries for diagnose -- diagnostic codes?

A. Yes, sir.

Q. Are they later on in the spreadsheet?

A. Yes, sir.

Q. All right. I'd like to review and you Government's Exhibit 39.

**AUSA QUEENAN:** Just a moment, your Honor. All right. Can everyone see Government's Exhibit 39?

**DEFENSE ATTORNEY QUINTERO, JR.:**  Yes, sir.

Q.  **(By AUSA Queenan)** Mr. Quindoza, can you please walk us through your summary slide of Silent Hill Bracing's claims data?

A.  Yes, sir.  This is a summary that I created based on the claims data specifically for Silent Hill.  So I'll do a walk through of each of these tables and what's contained in each table.

If we look at the first row in that top table where it says dates of service, that's the date span of when these items were supposedly furnished to the Medicare beneficiary.  So it lists November 21, 2016, through April 5, 2019.

The next row lists the total number of Medicare beneficiaries for whom claims were submitted by Silent Hill.

Third row lists the total number of braces, also known as orthotics, that were billed for these over 4,000 patients, which is just over 9,000 braces.  There were a total of 327 practitioners who supposedly wrote orders for these 4,000-plus beneficiaries on the fourth row.

Fifth row lists the number of practitioners who submitted a claim for the orders they wrote to Medicare for those 4,000-plus patients.  It lists one.

The next row lists the total amount billed for the Silent Hill claims, which is over $5.9 million, and the total amount paid by Medicare, just over $3.7 million.

Q.  Now, this is a two-page document.  So can you just stay

**48**

on page 1 here, and it says claims for orthotics.

A. Yes, sir.

Q. And then if we turn to page 2 of the document briefly, and we'll come back to this other page, but the list goes on. What are we looking at in this table?

A. We're looking at each of the individual codes that were billed by Silent Hill or by Silent Hill Bracing for the claim -- for the time period involved in that first table.

Q. Okay. If we could go back, please.

In your 40 years investigating and overseeing or -- with the Medicare programming, which includes investigating and overseeing investigations, are you trained to look at the claims data for red flags or indicia of fraud?

A. Yes, sir.

Q. Looking at this table, you -- what stands out for you in terms of what is a red flag or fraud?

A. All right. If we look at the first table, there is one there. And I'll explain it this way: Think about an encounter between a patient and a doctor where the doctor says, you need a brace. Doctor will write that order for a brace. Now, typically, when you go to a doctor, don't they expect you or your insurance to pay for your claim? Absolutely. So the first red flag is there in the fifth row. Only one practitioner ever submitted a claim for those 4,000-plus beneficiaries for whom they wrote prescriptions for DME.

49

Now, again, why is that a red flag?  You would expect a doctor or other practitioner to submit a claim because they examined and evaluated a patient.  They're not going to do it for free.  Well, they may in some instances, but in most cases, they're going to bill the insurance or bill the patient directly.  But for Medicare, they're prohibited from billing their patients directly, they must submit a claim.  So there's our first red flag.

Q.  What does it mean -- what does no prior relationship mean?

A.  Exactly what I've been describing.  That there -- even though you have a doctor or other practitioner who prescribed a piece of DME or ordered anything, yet, there are no claims submitted by that provider prior to the dispensing of a piece of DME.  It doesn't show in the claims data that there is that relationship, because there are no claims.

Q.  So, looking at this slide, for 4,139 beneficiaries, the doctor that issued the order for the brace had no prior relationship, according to the data, with the patients?

A.  Yes, sir.

Q.  I want to move down to the claims for orthotic section with the codes.  Any red flags in that section?

A.  Yes, sir, there is a few.

Q.  Please, explain to the jury.

A.  All right.  Let's look at the first three rows there.

If you notice in the description, they all say back brace. Specifically, they say either lumbar sacral or lumbar. Those are braces for your lower back.

Now, according to the coding structure for these braces, there's about two dozen codes that describe lower back braces. Why so many codes? Because each code for this lower back brace has different features; therefore, the 20 -- the 2 dozen different codes. Now, all you got to do is think about this logically. Everybody's different. Everybody has different needs. And in most cases, most people don't have the same exact condition or illness. How is this possible, that for the majority of the patients that received a lower back brace, get the exact same one, when there are over two-dozen variations of a lower back brace. That's a red flag for us.

Q. You mentioned there were others.

A. Okay. With that same train of thought, we can say the same thing for the other orthotics, or just even on this page, look at the fourth row where it lists shoulder, elbow, wrist, hand brace. So that's a brace starting from your shoulder all the way down to your hand.

Here, there are maybe half a dozen different versions of this type of brace. Yet, everyone who received this brace for a shoulder to hand, got the exact same brace. Again, with that same train of ought, just logically, how is it possible that everyone needs the exact same thing.

Q. Let me turn to page 2., same train of thought with some of these other braces?

A. Yes, sir.  Specifically if we look at that first row for wrist/hand.  And then the fifth or sixth row for the ankle/foot brace, same thing.

Q. Are you familiar with these orthotics?

A. As far as the coding, yes.

Q. Are you familiar with their use?

A. Yes.

Q. Are they meant to immobilize you?

A. Yes.

Q. If we could turn to Government's Exhibit 42.  Can you just -- at this point, just walk us through what information is on the slide, this summary slide for Silent Hill?

A. Okay.  What this slide depicts, or this table depicts, is the number of braces that were dispensed for each beneficiary.  So, let's look at the first column there.  It says braces for beneficiary.  It goes from one, all the way to seven or more.  So that means that some patients had seven or more braces issued to them.  How many?  71.  And it shows how much was billed for all those patients, how much was paid for all those patients.

Q. Based on your analysis regarding multiple braces, are there any red flags in the data set?

A. Yes, sir.

Q. Can you please explain?

A. All right. As you asked, what is the purpose of a brace? It's to restrict movement. Now, assume that four, five, six braces or more on your body. How do you move? You can't. That's a red flag.

Q. Why is it a red flag?

A. The purpose of any piece of DME is to assist the patient. When you have that many braces on you, you can't move.

Q. If we could turn to Government's Exhibit 43. This is another summary slide you created?

A. Yes, sir.

Q. We're still on the Silent Hill Bracing claims data?

A. Yes.

Q. At this moment, can you just walk us through the information is on this slide.

A. Okay. What we're looking at here, it depicts the number of braces that were billed by Silent Hill for every three-month period. So if we look at that first bar on that graph, it shows November -- well, it only shows two months because that's when they started billing, was November where this -- when the data started was November and December 2016. And then the remaining bars on this graph, except for the last one, is a three-month period. So you have January to March 2017, April to June 2017, and so forth. Again, showing the number of braces that Silent Hill had billed for during each three-month period.

Q. There's a red dot that says payment suspension. What is

53

that?

A. Okay. First I need to explain what payment suspension is.

Q. Please.

A. If Medicare or its contractors identify either potential fraud, or that a provider was overpaid, and Medicare hasn't determined how much that overpayment is, or if Medicare suspects that a Medicare provider is submitting claims inappropriately, or if Medicare attempted to obtain information from the provider to make a proper claim determination, like ask for medical records, but the provider didn't comply, so it's any one of those four, then Medicare can suspend their payments.

Now, what does that mean? The healthcare provider is still allowed to submit claims. Medicare will still process that claims. Medicare will still process that claim. Medicare will still make a decision either to pay or deny payment of such claims. Now, if payment is allowed, that payment is withheld by the Medicare program; it doesn't go to the provider. That is what a payment suspension is.

Q. Are you aware as to whether -- as to why Silent Hill was issued a payment suspension for Medicare?

A. It was based on allegations of potential fraud.

Q. And at this point, if they submitted any additional claims, unless it was reconciled with Medicare, Medicare would not pay them; is that correct?

A.  Well, Medicare would -- could have paid them, but if they did, they just didn't issue any payments.  They withheld them in an escrow account.

Q.  For practical purposes, they wouldn't receive the money, correct?

A.  Correct.

Q.  Okay.  Now, having explained this slide, going back to your experience here, do you see any red flags of fraud from this slide and the data you analyzed?

A.  Yes, sir.

Q.  And explain for the jury what you're seeing.

A.  All right.  I see to.  Well, let's start with the first one.

All right.  Again, this business supposedly started billing in late 2016.  After that, we see a significant rise in the volume of the items they provided.  This is known as a spike.  A spike in volume is considered a potential fraud.  Does it mean that it is?  Not necessarily, but it's an indication that it might be fraudulent.

Second, where the --

Q.  Can I just -- why is a spike a red flag that it might be fraudulent?

A.  Okay.  It doesn't even have to be a healthcare provider.  Again, it goes back to common sense.

You're a new business.  You open your doors for

55

business. How do you get this sudden rise in customers or whatever products or services you're selling? Is that typical or does that make sense? No, it doesn't. There's usually a gradual or steady rise, but not a spike. That's why it looks like potential fraud. Just based on common sense.

Q. And what was the second indicator of fraud you see here?

A. All right. Where the red dots are where it says payment suspension. Again, even though a payment suspension was imposed, the healthcare provider is still allowed to submit claims, Medicare will still process their claims. Typically, when we issue a payment suspension and we see the sudden drop, they went from over 800 claims -- or 800 -- 800 braces billed in the previous three months, and in the following month they only billed 76, that means they're not going to submit any more claims. And we see that happening a lot tied to payment suspensions where it's potentially fraudulent claims.

Now, if they were legitimate claims, even with the payment suspension, the healthcare provider will typically continue on with the volume of services or items that they bill for.

Q. If you could turn to page 2. What are we looking at on page 2 of this exhibit?

A. We're looking at the same information, but with the amount billed for each of those time periods versus the number of braces that were billed.

56

Q. And can you walk us through the spike you see in the money as it ramps up there?

A. Okay.  Again, that first period of time, we're looking at just over $33,000.  That second period, from January to March 2017, over $238,000.  The next period of time, it looks like it almost triples, $694,000.

And then again where the payment suspension was imposed the previous time period, there was $630,000 billed.  After the payment suspension was initiated, just over 54,000.  Again, an indicator of potential fraud.

Q. Can we turn to Government's Exhibit 44, please?

Can you please let us know what this summary slide indicates?

A. All right.  What we're looking at here is -- of course, is a map of the United States.  But if you notice, for each state, there's a number listed there.  For example, Florida, it lists 214.  That means for the claims submitted for Silent ill Bracing, there were 200 Medi- -- 214 Medicare beneficiaries who lived in Florida.  So if we look at the rest of this map, it shows where each of these Medicare beneficiaries lived.

Q. So there were 11 claims submitted for beneficiaries from Montana?

A. Yes, sir.

**AUSA QUEENAN:**  If you pull back out, please, Ms. Massis?

Q. (By AUSA Queenan) It says AK2, Alaska.

A. Yes, sir.

Q. I'm not seeing Hawaii.  Is that because no claims are submitted for beneficiaries living in Hawaii?

A. No claims for Hawaii.

Q. Now, are there any red flags or fraud you see on this analysis?

A. Yes.

Q. Please explain.

A. There are several thousand DME suppliers nationwide. Why would someone from California or Montana get their brace from Silent Hill?  There's several in California, there's several around the country.  How do they know to go to Silent Hill?  What would prompt them to go there?

So, again, it's an indicator of potential fraud.

Q. Was Silent Hill providing off-the-shelf bracing?

A. I believe, yes.

Q. Is that off-the-shelf bracing specialized in any way?

A. No, sir.

Q. Is it available to DME suppliers all over the country?

A. It's available to DME suppliers and patients all over the country.

Q. Are there any other indicators here of fraud, or have you explained them?

A. I just did.

58

Q. Thank you.

As part of your analysis of the claims data, did you look at any specific beneficiaries and their claims?

A. Yes.

Q. I'd like to show you what's been admitted as Government's Exhibit 4. Is this an example of a beneficiary?

A. Yes, sir.

Q. Can you just walk us through what information is contained on this slide.

A. All right. If we look at this table, the first column lists the date that these braces were furnished to this particular patient. Second column is the ID number of the claim. Third column lists each of the braces that were billed on this claim. We have the lower back brace, wrist/hand brace, and then again, a shoulder to hand brace. The total amount billed by Silent Hill for these braces; the amount paid by Medicare for these braces.

Q. And is the beneficiary anonymized as A-N?

A. Yes, sir.

Q. And if we filtered that claims data set with this claim number, would this show up for Ms. Neely?

A. Yes, sir.

Q. I'd like to show you what's been -- well, if you I could, because it's not yet admitted, pull up Government's Exhibit 113 from that box, and let me know if you recognize that

**59**

document.

A. Give me a minute. They're not in order.

**AUSA QUEENAN:** Your Honor, my understanding is there's no objection to the admission of Government's Exhibit 113.

**DEFENSE ATTORNEY QUINTERO, JR.:** That's correct, your Honor.

**THE COURT:** Be admitted.

(Government's Exhibit 113 was admitted into the record.)

**AUSA QUEENAN:** If we could publish that for the jury, please? Okay.

Q. (By Mr. Queenan) Is this a multi-page document?

A. Yes, sir.

Q. Have you reviewed this document?

A. Yes.

Q. All right. What is it?

A. It's a letter that was issued by Safeguard Services, my employer, notifying Silent Hill Bracing that their payment -- Medicare payments are to be suspended.

Q. If we could just turn to page 2, please. What's the date of the letter?

A. April 9th, 2019.

Q. If you could read -- I'll high --

**AUSA QUEENAN:** If you could highlight the big paragraph there, Ms. Massis? I'm sorry, just the large paragraph at

the bottom and zoom in. I didn't mean to highlight. I apologize. Thank you.

Q. (By AUSA Queenan) Let me know if I read this okay. All right? I'm going to -- do you see this paragraph, the decision to suspend your Medicare payments ws made by the centers for Medicare and Medicaid services, CMS through its central office.

A. Yes, sir.

Q. I'm not going to read the regulations. This suspension is based on credible allegations of fraud.

A. Correct.

Q. Was this letter sent to Silent Hill Bracing?

A. Yes.

Q. If you look down at the bottom here, it says, Specifically, the suspension of your Medicare payments is based on information that Silent Hill Bracing and Orthopedic Supplies, LLC, submitted Medicare claims for one or more items of durable medical equipment, DME. For example, braces, knee, back, etc.

Based on physician orders that were purchased by Silent Hill Bracing and Orthopedic Supplies, LLC, from a third-party company, with no credible assessment of medical necessity by the referring provider in violation of Medicare coverage policy and regulations, this alleged arrangement -- and just, if you flip to the next page, please -- may constitute a kickback and may be in violation of what they list at the healthcare fraud Anti-Kickback Statue.

61

Is this letter sent -- a similar letter sent to anyone or any DME supplier who receives a payment suspension for credible allegations of fraud?

A. Yes, sir.

Q. Okay. I'd like to move away from Silent Hill and ask you if you're familiar with a --

**AUSA QUEENAN:** Just one moment, your Honor. Actually, if we could stay on this exhibit for one additional question. If we could zoom in on the top half of the document.

Q. **(By AUSA Queenan)** And Mr. Quindoza, take your time, but could you just let us know what's happening here in the letter?

A. It's a list of examples of where they've identified this credible allegation of fraud by claim number, the date the braces were supposedly provided, the amount paid by Medicare, and the reason they considered the services of credible allegations of fraud, or why they selected them to be reviewed to begin with.

Q. And what does that say for the -- for these examples of the basis for the selected claims?

A. Medically unnecessary services.

Q. Thank you.

Okay. Now, I would like to switch gears. I'm going to pull us away from Silent Hill. I want to ask you if you're aware of a company called Active Assist?

A. Yes, sir.

Q. Specifically, Active Assist DME, Inc.?

A. Yes, sir.

Q. How are you familiar with that entity?

A. Because it's tied to this case, and I reviewed their claims data and other information.

Q. Was Active Assist -- I'll use that shorter term throughout here. Was Active Assist enrolled with Medicare?

A. Yes, sir.

Q. Was it a DME company?

A. Yes, sir.

Q. Now, yesterday, we went over the 855 Enrollment Application. Did Active Assist, like Silent Hill, have to submit enrollment applications to Medicare?

A. Yes.

Q. In each application, did an authorized official on behalf of Active Assist have to sign that certification statement that we reviewed yesterday, and I think a little bit today?

A. Yes, sir.

Q. All right. I'd like to show you what's been marked as Government's Exhibit 105A, 105B, and 123.

If you could take a moment, Mr. Quindoza and pull those exhibits and take a review --

A. Okay. One moment.

Q. Yes, no problem. 105A, 105B and 123, not yet admitted. Just for your review right now.

**DEFENSE ATTORNEY WAX:** Your Honor, no objection to 105A

and 105B. And no objection to 123.

THE COURT: Admitted.

(Government's Exhibit 105A was admitted into the record.)

(Government's Exhibit 105B was admitted into the record.)

(Government's Exhibit 123 was admitted into the record.)

Q. (By AUSA Queenan) Do you recognize those documents?

A. Yes, sir.

Q. And what do you recognize them to be?

A. Two of them are the enrollment -- electronic enrollment applications for Active Assist. The third document is the electronic funds transfer agreement for Active Assist.

Q. All right. I'd like to show you now, which has been admitted, Government's Exhibit 105A.

AUSA QUEENAN: If we could turn to page 2, please.

Q. (By AUSA Queenan) Okay. What are we looking at here?

A. This is the -- excuse me -- the electronic enrollment application for Active Assist DME.

Q. Okay. I think yesterday and today, we talked about paper versus electronic. This is an electronic version, correct?

A. Yes, sir.

Q. Okay. And what DME is this application submitted on behalf of?

64

A. Active Assist DME.

Q. And is this an initial enrollment application?

And if you need us to turn to a different page, we're happy to do that. Or if you have the physical documents there --

A. Let me look real quick, if you don't mind.

Q. If I look here at what I have up, Mr. Quindoza, it says "reason for submission"?

A. Initial. Thank you.

Q. Okay. With this initial enrollment application --

AUSA QUEENAN: If we could just zoom in on the date it was submitted.

Q. (By AUSA Queenan) If you see "submission history for the application"?

A. Yes, sir.

Q. It says "February 15th, 2018"; is that correct?

A. Yes, sir.

Q. And can you read who the listed owner and authorized signer is for this application and this certification. And I don't think you -- well, it's at the bottom there, in the zoom.

A. It's -- okay.

AUSA QUEENAN: If you could pull -- if you could pull back out, Ms. Massis. If you could just focus in on the bottom third, please.

Thank you.

Q. (By AUSA Queenan) On this initial application for

**65**

Active Assist, who is the listed owner of the company?

A. Kelly Wolfe.

Q. I'd like to turn to Government's Exhibit 105B.

What is this document?

A. This is a -- another enrollment application for Active Assist.

Q. And it says "reason for submission." Can you read that, please.

A. Yes. It says, "Enrolled DME. POS supplier is updating their enrollment by adding, deleting and/or changing information."

Q. Is one of the reasons for changing information when you change ownership?

A. Yes, sir.

Q. So when a DME is sold from one person to another?

A. Yes.

Q. Okay.

**AUSA QUEENAN:** If we could pull back out, please. If we can zoom in on the bottom third of the document.

Q. (By AUSA Queenan) Who is listed as the authorized signer for Active Assist's enrollment application?

A. It indicates "Dean Zusmer."

Q. And it says "Document: Authorized Official Certification Statement for DME POS Supplier."

How is that certification signed?

**66**

A. On paper.

AUSA QUEENAN: If we could pull back a little bit.

Now, if we could turn to page -- page 5, just at the bottom. You could pull back one page. I apologize.

Q. (By AUSA Queenan) So here at the top, rather, can you read the date as to where the DME is located -- I'm sorry -- the location and address as to where the DME is located.

A. Yes. It indicates "14004 Roosevelt Boulevard, Clearwater, Florida."

Q. Okay. And if we could look at the bottom of this document, it says "Section 9. Ownership Interest in Managing Control Info, Individuals."

Do you see that?

A. Yes, sir.

Q. So if we turn to the next page, that information will be contained.

Now, can you let us know -- we can look at this kind of whole page here -- what is happening? What is this indicating to Medicare?

A. This indicates a change of ownership from Kelly Wolfe to Dean Zusmer.

Q. Now, in the top right corner, next to "individual, Kelly Wolfe," it says "deleted."

Do you see that?

A. Yes, sir.

Q. What does that mean?

A. That means they're ending their ownership with this particular supplier.

**AUSA QUEENAN:** And if we can zoom in on the bottom half of this page.

Q. (By AUSA Queenan) It says "Zusmer, Dean added."

What does that mean?

A. That means it's -- they're listed as the new owner as of the effective date at the bottom of this section.

Q. Now, it says here at the bottom "Relationship: 5 percent or more ownership interest, authorized official, managing employee."

Does that all apply to Dean Zusmer?

A. Yes, sir.

Q. And what's the effective date?

A. May 7th, 2018.

Q. May 2018.

Have you reviewed this application in its entirety?

A. Yes, sir.

Q. And please, if you need to -- again, is there any other people listed as owners, officers or managers of Active Assist?

A. After Dean Zusmer?

Q. After Dean Zusmer.

A. No.

**DEFENSE ATTORNEY WAX:** Just one moment, Your Honor.

AUSA QUEENAN:  If you could turn now to page --
Ms. Massis, I'm not sure what page number it is, but it looks like this.

Q.  (By AUSA Queenan)  Mr. Quindoza, do you see this document here, page 12 of the exhibit?

A.  Yes, sir.

Q.  If you could with your own copy, look at pages 12, 13, 14, 15 and 16.  And if you see, this document says "page 1 of 5." I'm asking you to look at those five pages.

DEFENSE ATTORNEY QUINTERO:  Your Honor, at this time the defense would renew its request for the cautionary instruction previously presented to the Court this morning.

THE COURT:  All right.  Overruled.

DEFENSE ATTORNEY QUINON:  Just for the record, we will join in that objection.

THE COURT:  All right.  Same ruling.

THE WITNESS:  Okay.

Q.  (By AUSA Queenan)  What is this five-page document?

A.  Even though this is an electronic copy, they can sign the certification statement for the electronic application via a paper form, which is what we're seeing here.

This form has two pieces to it:  a listing of the penalties associated with falsifying information to Medicare; and then the certification statement, which lists the terms that they're agreeing to as a condition of enrollment into Medicare.

Q. And if we turn to page 5 of this document, which is going to be page 16, I believe, on -- on our version, whose name appears as the authorized official signature?

A. Dean Zusmer.

Q. And what's the date listed there?

A. June 19th, 2018.

Q. And there's a stamp.  It says "original signature."

What does that mean?

A. That means that they're certifying that it's an original signature of that person.

**AUSA QUEENAN:**  Now, if we go back to page 1, which is page 12 in the exhibit.  If we could zoom in just on the top third, please.

Q. (By AUSA Queenan)  Before we actually get to the Paragraph 1 that lists these, can you just read what's before that.

A. "This section explains the penalties for deliberately furnishing false information in this application to gain or maintain enrollment in the Medicare program."

Q. Now, I won't have you read all of this.  But if we turn to the next page, would you mind reading Paragraphs 5 and 6.  And we can zoom in on those, as well, for you.

A. Paragraph 5, "Title 18, United States Code, Section 1035 authorizes criminal penalties against individuals in any matter involving a healthcare benefit program who knowingly and

70

willfully falsifies, conceals or covers up by any trick, scheme or device a material fact or makes any materially false, fictitious or fraudulent statements or representations, or makes or uses any materially false, fictitious or fraudulent statement or entry in connection with the delivery of or payment for healthcare benefits, items or services."

Q.  I'll have you jump to 6, please, and then read all but the last two sentences, please.

A.  Yes, sir.

"Title 18, United States Code, Section 1347 authorizes criminal penalties against individuals who knowingly and willfully execute or attempt to execute a scheme or artifice to defraud any healthcare benefit program or to obtain by means of false or fraudulent pretenses, representations or promises any of the money or property owned by or under the control of any healthcare benefit program in connection with the delivery of or payment for healthcare benefits, items or services."

Q.  Thank you.

**AUSA QUEENAN:**  If we could turn now to the next page of this document.

Q.  (By AUSA Queenan)  Is this the certification statement that the DME supplier executes?

A.  Yes, sir.

Q.  It's after just being warned of the penalties?

A.  Yes, sir.

Q. Does it say here, "Under the penalty of perjury, I, the undersigned, certify to the following"?

A. Yes, sir.

Q. Now, I won't have you read them all, but I'll ask you for a handful. Can you please read No. 1.

A. "I have read the contents of this application, and the information contained herein is true, correct and complete. If I become aware that any information in this application is not true, correct or complete, I agree to notify the NSC MAC of this fact immediately."

Q. What's the NSC MAC?

A. "NSC" stands for National Supplier Clearinghouse. "MAC" stands for Medicare Administrative Contractor. This particular contractor is responsible for enrolling or accepting applications for DME suppliers nationwide.

Q. Can you read No. 3, please.

A. "I have read and understand the penalties for falsifying information as printed in this application. I understand that any deliberate omission, misrepresentation or falsification of any information contained in this application or contained in any communication supplying information to Medicare or any deliberate alteration of any text on this application form may be punished by criminal, civil" --

Then it ends.

Q. And we can turn to the next page. If you could just

finish reading Paragraph 3.

A.   Okay.   -- "or administrative penalties, including, but not limited, to the denial or revocation of Medicare identification numbers and/or the imposition of fines, civil damages and/or imprisonment."

Q.   If you could read -- well, if we look at -- if we just zoom in on Paragraph 4.   I won't have you read it in its entirety.   But it's the certifier saying, "I agreed to abide by the Medicare laws, regulations and program instructions that apply to me or the organization listed in Section 1(b) of this application."

A.   Yes.

Q.   Does that include reference to the federal Anti-Kickback Statute?

A.   Yes, sir.

**AUSA QUEENAN:**   And if -- if we could then go to Paragraph 7.

Q.   (By AUSA Queenan)   Could you just read that, please.

A.   "I will not knowingly present or cause to be presented a false or fraudulent claim for payment by Medicare and will not submit claims with deliberate ignorance or reckless disregard of their truth or falsity."

Q.   And at the bottom there, is the effective date June 19th, 2018?

A.   Yes, sir.

Q. Authorized official, Dean Zusmer?

A. Yes, sir.

**AUSA QUEENAN:** Can we please pull up Government's Exhibit 123.

**THE WITNESS:** Excuse me. Your Honor, can you give me a second.

**DEFENSE ATTORNEY WAX:** Your Honor, can we stop for a restroom break.

**THE COURT:** Okay. Sure. Let's go ahead and take our morning recess for about ten minutes.

**THE BAILIFF:** All rise.

(Jury recessed at 10:33 a.m.)

(Recess from 10:33 a.m. until 10:44 a.m.)

(Proceedings resuming at 10:44 a.m.)

**THE BAILIFF:** All rise for the jury.

(Jury reconvened at 10:44 a.m.)

**THE COURT:** Please be seated.

And please continue.

**AUSA QUEENAN:** Thank you, Judge.

Q. (By AUSA Queenan) Quickly, just review Government's Exhibit 123, which has already been admitted.

A. Yes, sir.

Q. Is this an electronic funds transfer agreement?

A. Yes, sir.

Q. It's the same category of document we looked at for

Silent Hill?

A. Yes, sir.

Q. Just briefly, can you just remind us what this is again?

A. It's an authorization to -- to Medicare to pay this particular supplier electronically.

Q. And which supplier is this for?

A. Active Assist.

Q. And what bank?

A. Chase Bank.

Q. And what are the last four digits -- if you can read them there -- of the account number?

A. 5737.

Q. We turn to page 2 of this document. In the middle of the page, there's a signature line.

Whose name appears on that signature line?

A. Dean Zusmer.

Q. And what is his official title for Active Assist?

A. It states "owner/president."

Q. And what is the date that this form was submitted?

A. October 18th, 2018.

Q. Have you reviewed all of the enrollment applications that were submitted to Medicare on behalf of Active Assist?

A. Yes, sir.

Q. Did you summarize the information within those enrollment applications on a summary slide?

A.  Yes.

AUSA QUEENAN:  Your Honor, at this time, the Government moves to admit Exhibit 28.

DEFENSE ATTORNEY WAX:  No objection, Your Honor.

THE COURT:  Be admitted.

(Government's Exhibit 28 was admitted into the record.)

AUSA QUEENAN:  Could we please show the witness and the jury Exhibit 28.

Q.  (By AUSA Queenan)  All right.  Can you please review to the jurors the information contained on Exhibit 28.

A.  Okay.  This is a summary of the enrollment file for Active Assist DME.  I'll just go through this by row.  First row is their identification number.  Second row lists the effective date for their billing privileges to Medicare, which is February 2018.  Third row is their business address in Clearwater, Florida.  Fourth row, it lists the current and former owners of this supplier.  Current is Dean Zusmer.  Former is Kelly Wolfe.

If you look further in that particular row, it shows the number of times that an application was submitted -- an enrollment application was submitted and signed by each of these individuals and the dates that each of these applications were signed by both of these individuals.

Q.  And if you look at the second column, with Dean Zusmer, how many applications did -- were submitted where Mr. Zusmer's

name appeared as the signer on the authorized official for Active Assist?

A. Two.

Q. And the dates were June 19th, 2018, and May 8th, 2019; is that correct?

A. Yes, sir.

Q. Did you review and analyze claims data related to claims submitted on behalf of Active Assist to Medicare?

A. Yes, sir.

Q. Is that claims data just like the Silent Hill claims data, voluminous?

A. Yes.

Q. Have you created summary slides of your review and analysis of the Active Assist claims data?

A. Yes.

Q. Let's start with --

**AUSA QUEENAN:** Just a moment, Your Honor.

Your Honor, it's my understanding there's no objection to the admission of Government's Exhibits 101C, 104C, 26, 27, 29, 30, 31 and 3.

**DEFENSE ATTORNEY WAX:** That's correct, Your Honor.

**THE COURT:** All right. Admitted.

(Government's Exhibit 101C was admitted into the record.)

(Government's Exhibit 104C was admitted into the record.)

(Government's Exhibit 26 was admitted into the record.)

(Government's Exhibit 27 was admitted into the record.)

(Government's Exhibit 29 was admitted into the record.)

(Government's Exhibit 30 was admitted into the record.)

(Government's Exhibit 31 was admitted into the record.)

(Government's Exhibit 3 was admitted into the record.)

Q. (By AUSA Queenan)  Mr. Quindoza, do you have two CDs up there, 101C and 104C?

A. Yes, sir.

Q. Are those CDs that you reviewed for -- with claims data with Active Assist?

A. Yes.

Q. How do you know?

A. Because after I reviewed these CDs, I dated and initialled both CDs.

Q. Now, the date -- the information contained on those CDs, is it the same categories of information that we reviewed with the Excel spreadsheets for Silent Hill?

A. Yes, sir.

Q. Except, does it just contain the information specific to Active Assist?

A. Yes.

Q. Okay.

**AUSA QUEENAN:**  I'd like to pull up Government's Exhibit 26, please.

Q.  (By AUSA Queenan)  Can you please walk us through the information contained on this Active Assist summary slide.

A.  Yes, sir.  This is in the same format as the summary that we went through for Silent Hill.  The first table there lists the overall information contained in the claims data.  When the services or the items were furnished between May 2018 and April 2019.  Number of Medicare beneficiaries, just over 1,300.  Number of orthotics billed, just over 2,400.  Number of practitioners who ordered these orthotics was 249.  Number of practitioners who ordered these orthotics who then submitted a claim to Medicare, none.  Total billed, 2.3 -- over 2.3 million.  Total paid by Medicare, over 1.3 million.

Second table, again, same as the other summary we saw, is a listing of every code that was billed associated with these claims, the number of the braces that were billed, the number of patients associated with each code, amount billed and amount paid for each code billed.

Q.  I'd like to start with the dates of service.

Is this indicating that they -- what does this indicate?

A.  That these braces were supposedly furnished to these patients between May 2018 and April 2019.

Q.  So approximately 11 months?

A. Yes, sir.

Q. Active Assist submitted over $2.3 million in claims for braces in approximately 11 months; is that correct?

A. Yes, sir.

Q. Now, just a moment ago, we were looking at your enrollment summary for Active Assist, and it listed Dean Zusmer as effective to be the owner on May 7th, 2018.

Looking at this slide, does that mean no claims were submitted or serves provided until May 7th, 2018?

A. For this slide, that's the start.

Q. Earlier, you were reviewing a similar chart for Silent Hill. You had walked the jurors through some of the red flags of fraud.

Did you see red flags of fraud when reviewing the Active Assist data set?

A. Yes, sir.

Q. Can you explain through this analysis what are some of those red flags that you saw.

A. Exactly the same as we saw with Silent Hill. Not one practitioner submitted a claim for any of the orthotics that they ordered for any of these patients and what the codes for each of these braces.

We have one code for a lower back brace when there are over two dozen codes that describe a lower back brace. One code billed for the shoulder-to-hand brace. Again, there's half a

dozen codes just for that.  One code for a wrist-hand brace, and again, there's about ten codes that describe wrist-to-hand brace.

Same principles as we've discussed in the Silent Hill claims data.  How is it possible, when everyone's different, that they need the same exact brace when you have various versions of each of these braces?

Q.  And you mentioned that zero beneficiaries of the 1,380 -- that doctors had any prior relationship with that patient?

A.  Correct.

Q.  What does that indicate to you?

A.  Potential fraud.

Q.  Why is that?

A.  Again, it only makes sense.  You have a doctor who evaluates a patient.  They determine that doctor -- or that the patient needs a brace.  A doctor should typically expect to be paid for that evaluation or writing that order.  Well, it's for the evaluation -- for the evaluation.  They're supposed to bill Medicare if they're going to expect to be paid.  They didn't do that in this case for anything.

Q.  And beyond the payment, does it indicate, at least from the claims data, that there's no prior relationship with the patient?

A.  Correct.

Q.  So based on the claims data, the one time or one and

81

only time or no time they met them, they issued a prescription?

A. Correct.

**AUSA QUEENAN:**  If we could turn to Exhibit 29.

Q. (By AUSA Queenan)  Can you explain this summary slide and the information contained.

A. Okay.  Again, just like Silent Hill, this particular slide, it lists the number of braces that were billed for each patient, beginning with one brace all the way up to seven or more; the number of beneficiaries for -- based on those numbers of braces; amount billed; amount paid by Medicare.

Q. Do you see any red flags or indicia of fraud?

A. Yes, sir.  Again, same as Silent Hill.  Three to four or more braces provided to one patient.  How do they move?

Q. And here it looks like there was one beneficiary who received eight braces?

A. Yes, sir.

**AUSA QUEENAN:**  If we turn to Government's Exhibit 30.

Q. (By AUSA Queenan)  Now, this is a two-page document. I'm going to start here with the number of orthotics.  Can you walk us through this page.

A. Again, similar to Silent Hill.  This shows the number of orthotics billed for each time period indicated there by each bar.  We have May -- starting with May through June 2018, and then after that, it's once every three months, so July to September 2018, and so forth, ending April 2019.

**82**

Q. I'm just going to turn to page 2 for a moment.

Can you just walk us through this again.

A. Yes, sir. This lists the dollars associated that was billed for each of those time periods.

Q. Again, we see this red line, "payment suspension."

What is that?

A. That means that a payment suspension was initiated for Active Assist between March and April 2019.

Q. Do you recall what the reason was as to why a payment suspension was issued?

A. Yes, sir. Credible allegations of fraud.

Q. Now, we can stay on this page. But looking at these two slides, do you see any red flags or indicia of fraud?

A. Yes, sir. Exactly the same as Silent Hill. A spike in the billing and then a significant drop after the payment suspension was initiated.

Q. And the change of ownership to Dean Zusmer was May of 2018; is that correct?

A. Yes, sir.

Q. And within two months, we got a half a million dollars billed; is that correct?

A. Yes, sir.

**AUSA QUEENAN:** If we can turn to Government's Exhibit 31.

Q. (By AUSA Queenan) Can you walk us through this slide.

A. Okay. Again, just like Silent Hill, this is a depiction of where each of the Medicare beneficiaries lived where Active Assist submitted a claim.

Q. Where was Active Assist located?

A. In Clearwater, Florida.

Q. Is that near Tampa?

A. Yes, sir. Right across the bay.

Q. I know it's similar to Silent Hill, but can you just explain on this slide what you're -- what you're seeing for red flags.

A. Again, you have people all over the country who were billed for a brace. There are several thousand suppliers nationwide that can provide these braces. Why would they go to Active Assist? And secondly, how do they know to go to Active Assist if you live in California? If you live in Washington? How do you know they exist?

Q. In reviewing your claims data, did you also look at some individual beneficiary -- the claims submitted on behalf of an individual beneficiary?

A. Yes, sir.

AUSA QUEENAN: If we could turn to Government's Exhibit 3, please.

Q. (By AUSA Queenan) Is this an example of the claims for an individual beneficiary?

A. Yes.

84

Q. And has this beneficiary been anonymized on the slide as "BW"?

A. Yes, sir.

Q. If we filtered the data with that claim number on that CD, would it show up for Ms. Wichern?

A. Yes, sir.

Q. Can you just walk us through the information on this specific slide.

A. Okay. What it's showing here is that there were braces provided on July 11th, 2018. The next column lists the ID number of the claim. Third column lists the braces that were billed: lower back brace and a shoulder-to-hand brace. It lists the total amount billed and the total amount paid by Medicare.

Q. Thank you.

Could you please -- it's not yet been admitted, Government's Exhibit 114. Could you pull that from your bin.

If you could hold on, Mr. Quindoza.

**AUSA QUEENAN:** It's my understanding that there's no objection. So, Your Honor, we move to admit.

**DEFENSE ATTORNEY WAX:** That's correct, Your Honor. No objection, Your Honor.

**THE COURT:** Be admitted.

(Government's Exhibit 114 was admitted into the record.)

**AUSA QUEENAN:** Can we please publish 114 for the jury.

**85**

Q.  (By AUSA Queenan)  What is this document?

AUSA QUEENAN:  Could you turn the page, please.  Yeah, second page.

THE WITNESS:  Okay.  This is a letter issued to Active Assist notifying them that their payments are going to be suspended.

Q.  (By AUSA Queenan)  What's the date of this letter?

A.  April 12th, 2019.

Q.  And earlier, you mentioned the -- the reason was for credible allegations of fraud?

A.  Yes, sir.

Q.  Is that information contained here in this letter?

A.  Yes.

AUSA QUEENAN:  If you could pull back just a little bit.  Could we go to the bottom there.

Q.  (By AUSA Queenan)  It says, "The following list of sample claims provided evidence of our findings and which serve as a basis for the determination to suspend your Medicare payments."

AUSA QUEENAN:  If we could turn to page 3.

Q.  (By AUSA Queenan)  Do you see the table continued there?

A.  Yes, sir.

Q.  And what is this -- what is this that we're looking at?

A.  This is a list of claims showing as examples of what -- what's been identified as false claims.

86

Q. Okay. Can you please look at what has been marked for identification in your bin as Government's Exhibit 56.

A. Okay.

Q. Do you recognize that document?

A. Yes, sir.

Q. What do you recognize the document to be?

A. It's a summary that I created which just lists examples of Medicare beneficiaries who were billed for multiple braces.

**AUSA QUEENAN:** Your Honor, at this point, the Government moves to admit Exhibit 56.

**THE COURT:** Is it possible for us to see it on our screens before making a decision? Oh, I have one here.

**DEFENSE ATTORNEY WAX:** No objection, Your Honor.

**THE COURT:** Be admitted.

(Government's Exhibit 56 was admitted into the record.)

**AUSA QUEENAN:** Could we publish Exhibit 56 for the jury, please.

Q. (By AUSA Queenan) Mr. Quindoza, this is a three-page document. I'll start at the first page. Can you just, at a high level, just explain to the jurors what you have summarized here.

A. Okay. This particular table is a list of beneficiaries who were billed for anywhere between three to four braces by either Active Assist or Silent Hill.

Q. So does this analysis include both data sets for both DME companies?

A.  Yes, sir, it does.

Q.  Now, this page says "three to four braces per beneficiary."  Can you just walk us through maybe one example.  We don't have to go through all of them.

A.  Okay.  Let's look at the third one.  Third row. Andrei L.  This patient was billed for a shoulder-to-hand brace, a wrist-hand brace and an ankle-foot for both left and right.

Q.  If we turn to page 2 of this document, this now looks like examples of beneficiaries who received five to six braces; is that correct?

A.  Yes, sir.

Q.  And then if we turn to page 3, we have examples of patients who received seven or more braces?

A.  Yes, sir.

Q.  Can you -- and these were both for Silent Hill; is that correct?

A.  Yes, sir.

Q.  Can you just walk us through a summary of the first beneficiary on this slide.

A.  Okay.  According to the data, this beneficiary got a shoulder-to-hand brace, a wrist-hand brace, a brace for both elbows, a brace for both ankle and foot and heel stablers for -- stabilizers for both right and left feet.

Q.  Thank you.

Do you see a red flag with this data set that you've

**88**

analyzed for this beneficiary?

A. Oh, yeah. Yes.

Q. Please walk us through it.

A. All right. Let's look at the first brace listed there. It says "shoulder-to-hand." So that's here to here, from your shoulder to your hand. Now, it doesn't say whether it's right or left. However, look at the third item. It says "elbow, right and left."

You can't wear an elbow brace at the same time that you're wearing a shoulder-to-hand brace. It overlaps. It won't fit. It won't go on.

Same thing with the last two items. If you have an ankle-foot brace, you can't wear heel stabilizers at the same time. It can't happen.

Q. Thank you.

Are you familiar with another DME company called "Equilibrium Medical Supply"?

A. Yes, sir.

Q. As part of this case, did you enroll -- review enrollment applications related to Equilibrium Medical Supply, which I'll call "Equilibrium"?

A. Yes, sir.

Q. And have you reviewed those enrollment applications prior to your testimony today?

A. Yes, sir.

Q.  Are those the 855S forms for that specific DME company?

A.  Yes.

Q.  Same enrollment applications that we've reviewed in terms of the contents for both Silent Hill and Active Assist?

A.  Yes.

Q.  Have you summarized the information of your review of the enrollment records for Equilibrium?

A.  Yes, sir.

AUSA QUEENAN:  Your Honor, I'd like to move to admit Government's 106A, 106B, and 34.

DEFENSE ATTORNEY WAX:  Your Honor, we object to the introduction of these documents based on relevance under 403. Neither of these are these defendants' companies.

One moment, Your Honor.

DEFENSE ATTORNEY QUINTERO:  Can we have a moment, Your Honor?

THE COURT:  Sure.

(Discussion off the record.)

THE COURT:  Do you want to put -- I've turned the jury monitors off.  Can you go ahead and put the exhibit up so I can see it.

DEFENSE ATTORNEY WAX:  Your Honor, we're withdrawing -- withdrawing the objection.  No objection.

THE COURT:  Okay.  All right.

Be admitted.

**90**

(Government's Exhibit 106A was admitted into the record.)

(Government's Exhibit 106B was admitted into the record.)

(Government's Exhibit 34 was admitted into the record.)

**AUSA QUEENAN:**  Would you please publish 106 -- I'm sorry -- 34 for the jury.

Q.  (By AUSA Queenan)  Now, before I ask you about this document -- Documents 106A and 106B, Mr. Quindoza, do you have a copy of those there?

A.  Yes, sir.

Q.  What are those documents?

A.  Those are copies of the enrollment file of -- related to Equilibrium Medical Supply.

Q.  Okay.  And what are we looking at in Document 34?

A.  This is a summary that I created based on those two exhibits.

Q.  And who was the listed owner or manager of Equilibrium?

A.  It indicates "Jeremy Waxman."

Q.  Thank you.

Did you review and analyze claims data for the DME company Equilibrium?

A.  Yes, sir.

Q.  Is that claims data voluminous?

A.  Yes.

Q. Has this DME been in existence -- at least, it looks like it was effective enrolled May 17th, 2006?

A. Yes, sir.

Q. Had you summarized your review and analysis of the Equilibrium claims data?

A. Yes, sir.

AUSA QUEENAN: Your Honor, at this point, we would like to move to admit Government's Exhibits 100A, 101A, 104A, 32, 36, 37, 38, 2 and 5.

DEFENSE ATTORNEY QUINTERO: I'm sorry. What were the last two numbers, Mr. Queenan?

AUSA QUEENAN: No problem. 38 and then 2 and 5.

DEFENSE ATTORNEY QUINTERO: Those are all Equilibrium?

AUSA QUEENAN: Yeah.

DEFENSE ATTORNEY WAX: One moment please, Your Honor.

THE COURT: All right.

DEFENSE ATTORNEY WAX: No objection.

THE COURT: Be admitted.

(Government's Exhibit 100A was admitted into the record.)

(Government's Exhibit 101A was admitted into the record.)

(Government's Exhibit 104A was admitted into the record.)

(Government's Exhibit 32 was admitted into the record.)

(Government's Exhibit 36 was admitted into the record.)

(Government's Exhibit 37 was admitted into the record.)

(Government's Exhibit 38 was admitted into the record.)

(Government's Exhibit 2 was admitted into the record.)

(Government's Exhibit 5 was admitted into the record.)

**DEFENSE ATTORNEY QUINTERO:**  No objection, Your Honor.

Q.  (By AUSA Queenan)  101A -- 100A, 101A and 104A, do you have CDs up there?

A.  I'm sorry.  Could you say the numbers again.

Q.  No problem.  100A, 101A and 104A.

A.  Yes, sir.

Q.  Is that the claims data for Equilibrium?

A.  Yes.

Q.  Are those Excel spreadsheets with that claims data on those CDs?

A.  Yes.

Q.  Did you review those CDs and sign them?

A.  Yes, sir.

Q.  Okay.  Let's look at Exhibit 32.

Is this a summary of your claims data analysis for Equilibrium?

A.  Yes, sir.

Q.  Is this the same, essentially, categories of your analysis that we looked at for Silent Hill and Active Assist?

**93**

A.  Yes, sir.

Q.  Okay.  I won't bog us down.

Did you see red flags of fraud in your analysis of Equilibrium Medical Supply?

A.  Yes, sir.

Q.  Were they the same red flags that you noticed for Active Assist and Silent Hill?

A.  Yes.

Q.  If we could turn to Slide 36.

What is this document?

A.  This lists the number of braces that were billed for each beneficiary.

Q.  Do you see red flags with the Equilibrium claims data based on this analysis?

A.  Yes, sir.  The same as Active Assist and Silent Hill.

Q.  If we could then turn to Government's Exhibit 37.

Are these the same categories of summaries that we've already reviewed for Silent Hill and Active Assist?

A.  Yes, sir.

Q.  So does this contain the spikes that you mentioned were red flags?

A.  Yes.

Q.  If we could turn to Government's Exhibit 38.  If you can just review this slide briefly.

A.  Yes, sir.  Same thing that we saw with the other two

94

suppliers.  Equilibrium Medical Supplies in South Florida, yet they billed for patients throughout the entire country.

AUSA QUEENAN:  And if we could actually turn to Government's Exhibit 2, please.

Q.  (By AUSA Queenan)  Now, when reviewing the claims data, did you look at specific examples of claims submitted on behalf of an individual beneficiary?

A.  Yes.

Q.  Is this for beneficiary VK?

A.  Yes, sir.

Q.  Can you just walk us through the information here.

A.  Okay.  Same as the other ones that shows the date that the braces were provided to this beneficiary; the claim ID number; the two braces that were billed, ankle foot and a heel stabilizer; the amount billed; and the amount paid.

Q.  And if we review that data set and filtered to this claim number and we've anonymized this beneficiary as VK, would it be for Ms. Kaufman?

A.  Yes, sir.

Q.  Thank you.

If you can turn to Government's Exhibit 5.

Is this another example?

A.  Yes, sir.

Q.  Can you just walk us through this slide briefly.

A.  Okay.  Here, this beneficiary was billed for braces

95

supplied on February 18th, 2019.  This beneficiary got elbow braces and wrist/hand braces for both right and left.  It shows the total amount billed and the amount paid by Medicare.

Q.  And, again, we have anonymized this beneficiary as "JW," but if we looked at the claims data, would it be for a beneficiary with the last name Wienges?

A.  Yes, sir.

Q.  Could you please review Government's Exhibits 109A, 109B and 109C.

A.  You said "109"?

Q.  Yes, sir.  109A, -B and -C.

**DEFENSE ATTORNEY QUINTERO:**  No objection, Mr. Queenan.

**DEFENSE ATTORNEY WAX:**  And none over here.

**THE COURT:**  Be admitted.

(Government's Exhibit 109A was admitted into the record.)

(Government's Exhibit 109B was admitted into the record.)

(Government's Exhibit 109C was admitted into the record.)

**AUSA QUEENAN:**  Your Honor, at this point, just to maybe make things easier, the Government will move to admit, as well, 47, 101D, 104D, 45, 48, 49, 50, 57 and 58.

**DEFENSE ATTORNEY WAX:**  Give us those one more time, please.

**96**

**DEFENSE ATTORNEY QUINTERO:**  Mr. Queenan, all these deal with West Bay, right?

**AUSA QUEENAN:**  The last two, 57 and 58, are summaries of all this stuff.

**DEFENSE ATTORNEY QUINON:**  Can you repeat those numbers again.  I'm sorry.

**AUSA QUEENAN:**  Just a moment, Your Honor.

(Government's Exhibit 45 was admitted into the record.)

(Government's Exhibit 47 was admitted into the record.)

(Government's Exhibit 48 was admitted into the record.)

(Government's Exhibit 49 was admitted into the record.)

(Government's Exhibit 50 was admitted into the record.)

(Government's Exhibit 57 was admitted into the record.)

(Government's Exhibit 58 was admitted into the record.)

(Government's Exhibit 101D was admitted into the record.)

(Government's Exhibit 104D was admitted into the record.)

Q.  (By AUSA Queenan)  Mr. Quindoza, are you familiar with another DME company, fourth one we've talked about, West Bay Medical Supply?

A.  Yes, sir.

Q.  Have you just reviewed Government's Exhibits 109A, -B and -C?

A.  Yes, sir.

**97**

Q. And what are those documents?

A. Enrollment files associated with West Bay Medical Supply and their EFT.

Q. Okay. Same type of documents, the 855 form that were submitted for the other three DMEs that we discussed?

A. Yes, sir.

Q. Did you summarize the data in those records?

A. Yes.

AUSA QUEENAN: Can we please publish Government's Exhibit 47.

Q. (By AUSA Queenan) Okay. I think the jurors are going to be familiar with the categories of information. Can you just walk us through some of the information in here.

A. Okay. This shows, again, their ID number. They were enrolled February of 2018. Their business address is in Largo, Florida. According to the information in these enrollment files, there were supposedly three owners as listed there. I can't pronounce the last name. Kelly Wolfe, Steve Kaplan.

And then number of times each application was submitted with those particular names, the dates that they were supposedly signed, and then, lastly, their financial institution where their electronic payments will be sent.

Q. Based on your review of the enrollment records, did Kelly Wolfe, based on the records, sell the DME West Bay to Steve Kaplan?

A. Yes, sir.

Q. And did Mr. Kaplan sign two certification statements, the same certification statements we just reviewed with the jury over the last two days?

A. Yes, sir.

Q. Thank you.

Did you review the claims data for this DME?

A. Yes, sir.

Q. You got those CDs up there, 101D and 104D?

A. Give me a second.

Yes, sir.

Q. You've signed and dated those because you reviewed them; is that correct?

A. Yes.

Q. Again, the Excel sheets we've already looked at?

A. Yes.

Q. And you've summarized this claims data; is that correct?

A. Yes, sir.

Q. Look at page -- Government's Exhibit 45, please.

Is this a summary of your claims data for West Bay?

A. Yes, sir.

Q. Is the first date of service May 1st, 2018?

A. Yes, sir.

Q. And does that run through April 5th, 2019?

A. Yes, sir.

Q. So in just 11 months, this DME billed $2.2 million?

A. Yes, sir.

Q. Did you see the same red flags that we've already discussed when reviewing the West Bay data set?

A. Exactly the same.

Q. And would that be the same for multiple braces, volume spikes, and the beneficiary locations that we've discussed?

A. Yes, sir.

Q. And is that information summarized in Exhibits 48, 49 and 50?

A. Yes.

AUSA QUEENAN: Can we put up Government's Exhibit 57 for the jury, please.

Q. (By AUSA Queenan) Can you walk us through this document.

A. What we're looking at here is a summary of all four suppliers and the number of braces that were billed for each of the Medicare beneficiaries. Again, if you look at the first column there, number of beneficiaries who were billed for one to two braces, three to four, five to six, seven or more.

Q. So is this a combination of your analysis -- sorry. Your analysis combines all four data sets for the four DMEs?

A. Yes, sir.

AUSA QUEENAN: Could we please review -- strike that. Would you pull Government's Exhibit 59, which has not

yet been admitted.

**DEFENSE ATTORNEY QUINTERO:**  No objection.

**DEFENSE ATTORNEY WAX:**  No objection.

**AUSA QUEENAN:**  Your Honor, we move to admit Government's Exhibit 59.  I understand there's no objection.

**THE COURT:**  Be admitted.

(Government's Exhibit 59 was admitted into the record.)

**AUSA QUEENAN:**  Can we please publish that for the jury.

Q.  (By AUSA Queenan)  Mr. Quindoza, you can hold off.  It's going to pop up for you.

A.  Thank you.

Q.  Okay.  This is a two-page document.  Can you just walk -- it's something new.  We haven't seen something like this yet.  So if you just take a moment and walk the jurors through the two pages.  Let's start with page 1.  It says "number of orthotics."

A.  Okay.  Again, this is a combination of all four suppliers, showing the number of orthotics that were billed by each of the four suppliers for specific periods of time.

Now, the way this graph is depicted, if you look at the very bottom, it's color coded.  So for claims by Active Assist, they're in the blue bars.  For Equilibrium, it's in the orange bars.  For Silent Hill, it's the green bars, and West Bay is the yellow bars.

Q.  Now, we have already discussed this red line of payment

suspensions we see there, which looks around April of 2019.  But now we have overpayment notifications marked there.

What does that mean?

A.  All right.  At some point, the Medicare program identified that these suppliers were overpaid for claims.  Those -- that bar that says "overpayment" -- excuse me -- "overpayment notifications" indicates when Medicare notified these suppliers that their claims were overpaid and demanded repayment of such claims.

Q.  In all of those CDs for the four DMEs that you held up and analyzed, did you also analyze overpayment data?

A.  Yes, sir.

Q.  Were there overpayments for Equilibrium?

A.  Yes.

Q.  And would Equilibrium -- would have received overpayment notifications around that date marked there on this Government's Exhibit 59?

A.  Yes, sir.

**AUSA QUEENAN:**  If we could just look at the second page, please.

Q.  (By AUSA Queenan)  Is this the same exact graph that we're looking at the billed amounts as opposed to the number of orthotics?

A.  Yes, sir.

Q.  And so the overpayment notification and the payment

**102**

suspension delineations would be the same?

A. Yes.

Q. Thank you.

This is the last kind of group of questions and documents I'm going to show you today.

I'd like to pull away from durable medical equipment.

Are physicians required to enroll with Medicare if they want to participate in the program?

A. Yes, sir.

Q. Would that apply for a medical doctor?

A. Yes.

Q. Does a chiropractor have to apply, as well, if they would like to participate in the Medicare program?

A. Yes, sir.

Q. Is the enrollment application slightly different than the 855S form for a physician?

A. Yes.

Q. What's the name of that form?

A. 855I.

**AUSA QUEENAN:**  Just one moment, Your Honor.

Q. (By AUSA Queenan)  Are you familiar with the CMS-855I enrollment form?

A. Yes, sir.

Q. And who does that apply to?

A. Physicians and other types of practitioners.

**103**

Q.  And when are those forms required to be filed with Medicare?

A.  Same as the DME suppliers:  initial enrollment, recertification of their enrollment status, and any changes to their enrollment status.

Q.  Does that enrollment document, the 855I, also contain certifications similar to those you reviewed in the 855S?

A.  Yes, sir.

Q.  Now, has that 855I been slightly edited and modified over the years?

A.  Yes, sir.

Q.  I want to show you what's been marked as Government's Exhibit 150, 151 and 152.

Can you please take a moment and look at your version, and let me know if you recognize those documents.

A.  I'm sorry.  Can you say the numbers again.

Q.  150, 151 and 152.

A.  Thank you.

Yes, sir.

Q.  Do you recognize those documents?

A.  Yes, sir.

**AUSA QUEENAN:**  I'm going to ask for a moment by defense counsel, Your Honor.

**THE COURT:**  All right.

Q.  (By AUSA Queenan)  What do you recognize those documents

**104**

to be?

A.   These are the CMS-855I Medicare enrollment applications for physicians and practitioners.

**AUSA QUEENAN:**  Your Honor, at this point, we move to admit Government's Exhibit 150, 151 and 152.

**DEFENSE ATTORNEY WAX:**  Your Honor, could we have a side bar, please?

(Whereupon, the following proceedings were had at side bar outside the hearing of the jury and may not be reflective of the full scope of the bench conference.)

**THE COURT:**  All right.

**DEFENSE ATTORNEY WAX:**  Your Honor, we know our clients submitted these forms as doctors, these blank forms.

Obviously, we would object to the blank forms relevance under 403 grounds.  But beyond that, I expect that this is in anticipation of the Government introducing other Medicare enrollment applications forms for our clients, which are outside of the time period of the conspiracy for the purpose of establishing that they have previously filled out Medicare forms, knew the contents of the Medicare forms and obviously related that to what happened during the period of the conspiracy.

I may be wrong.  They may not be doing it for that purpose.  But in the event that they were, we wanted to bring it to your Honor's attention and raise the objection at this

**105**

time under 403.

**THE COURT:**  I don't know what they're offering it for -- I mean, I can imagine -- you've represented to me that they submitted these forms.  I don't know if they have or not.  I mean, I assume that they were supposed to if they were seeking reimbursement.  And if they didn't, this is the form that they would submit and with the absence of the formant, they would have done that.  That's what's coming to my mind.

**DEFENSE ATTORNEY WAX:**  Well, perhaps Mr. Queenan can enlighten us.

**AUSA QUEENAN:**  Your Honor, specifically Dr. Alexander, he signed this particular form six times prior to entering the scheme.  This form goes back to the knowledge of the Anti-Kickback Statue and is requiring him to be truthful with Medicare.  We are going to present that and argue to the jury that this is highly probative of the absolute issue in this case, his mental state as to what he knew was wrong.  And it was before the conspiracy period.  These blank forms, your Honor, we've come to an agreement that the certification is identical, or nearly identical, in all of the forms he signed.  I don't have to introduce the blank forms.

What this witness will say that is that the way that medical contractor stores the forms when they're signed, they only keep like the relevant pages, maybe the signature page.

So I just want the jurors to know what the packet contained.

THE COURT: So, I mean, how are you prejudiced by the introduction of a blank form.

DEFENSE ATTORNEY WAX: It goes to the purpose of which they're introducing it. It goes to our clients' knowledge. There's no evidence of that. They're saying if they signed the form back in a certain period of time, outside the time of the conspiracy or any time, if they signed the form, then they knew when they signed the forms during the period of the conspiracy, that that was fraudulent, that that was not true. That doesn't connect.

Okay. They can say they signed the forms then and they signed the form during the period of the conspiracy and knew the forms contained that information. But it doesn't lead to the inescapable inference that the Government is trying to prove to the jury that they knew that they were committing fraud and signed those forms falsely. That's the break down.

DEFENSE ATTORNEY QUINON: My problem is we lawyers, obviously, understand the rules of evidence and where this evidence goes to. My problem is that the jury's going to think that the applications that counsel's, the prosecutor's, referring to, they were signed years before this whole problem comes about were somehow connected or in preparation for this experience. It's really not involving this at all.

So if you were to admit anything like this, you would

**107**

have to tell the jury at the time that those forms were signed by my client. There was no contemplation of even a creation of a Silent Hill. He's signing those as a physician simply to practice in his profession but not in connection with this conspiracy. There's no nexus between those signatures a long time ago and the conspiracy at this time. That's the danger that we have here. The jury may think, hey, this is not -- basically, this doctor is participating or thinking of participating in this type of conspiracy by enrolling that early on. No.

**AUSA QUEENAN:** That's not what they're used for. Again, I'm not attributing ill motive to you. I'm confused on what you think the jury may take out of this. That's my issue.

**THE COURT:** So let's get back to the point that you said, you don't need the documents in the event of {inaudible}.

**AUSA QUEENAN:** That's just these three specific documents. Ultimately, we're presenting in front of the jury not that these were signed, it's that those certifications and the penalties for falsifying information with Medicare and the warning you can't violate the Anti-Kickback Statue. You can't submit false claims. Their clients had signed these documents before the conspiracy. It goes right to the heart of intent and knowledge.

**THE COURT:** I understand that. But in terms of the blank applications though, are you staying that you don't need to submit those blank applications? I mean, I just don't see the prejudice of submitting a blank application. That's my concern. Anybody who wants to participate in the program has to sign an application that look like this. It's like introducing a blank 1040 for a tax return.

**DEFENSE ATTORNEY WAX:** He wants to establish that that was the form that was used prior to the period of the conspiracy. We're making a relevance argument on that and also a 403 on this because what he's going to do is try to introduce other enrollment forms that proceeded the period of the conspiracy for our clients medical practices to establish knowledge of what's in the form. That's one thing.

**THE COURT:** Right. I understand that. But the 403 argument is.

**DEFENSE ATTORNEY WAX:** 403 argument is what happens because he's go to try to present to the jury that they knew that when they signed the form during the period of the conspiracy, the form was false. And that doesn't necessarily connect. There's two much missing in there. He still has to establish that he knew that there was a fraud because he still has to establish that they joined a conspiracy. He hasn't done that yet.

**THE COURT:** I don't understand him offering it for that

**109**

purpose.

**DEFENSE ATTORNEY WAX:**  It's not that he's offering it for that purpose, but the jury's going to come to that conclusion, in addition to the danger of the jury coming to the conclusion that they did something fraudulent in their medical practices.

**AUSA QUEENAN:**  I'm not alleging that at all.

**DEFENSE ATTORNEY QUINON:**  Judge, that's the danger here is really one of confusion more than anything.

First of all, I don't think my client signed any of these enrollment applications.  Am I wrong about that?

**AUSA QUEENAN:**  No. You're absolutely correct.  But what I want to do if he does that, he's got to make it clear when he asks those questions that at the time my client signed those enrollment applications, there it was not done -- and it was not done for purposes of joining the conspiracy.  If he clears that up, I have no problem.

**THE COURT:**  He said he'll do it.

**AUSA QUEENAN:**  I will do that.

**THE COURT:**  He said he'll do it.

(Whereupon, the following proceedings resumed in open court.)

**THE WITNESS:**  Sorry, Your Honor.

**THE COURT:**  All right.  Please continue.

**AUSA QUEENAN:**  My understanding is that Government's

Exhibits 150, 151 and 152 have been admitted?

THE COURT:  Yes.

(Government's Exhibit 150 was admitted into the record.)

(Government's Exhibit 151 was admitted into the record.)

(Government's Exhibit 152 was admitted into the record.)

AUSA QUEENAN:  I'd like to pull up for the jury Document 150.

Now, just one moment, Your Honor.

Q.  (By AUSA Queenan)  Have you reviewed Government's Exhibit 150?

A.  Yes, sir.

Q.  What is this document?

A.  It's a Medicare enrollment application for physicians and other practitioners.

Q.  Okay.  And 151 and 152, are those other iterations of this document?

A.  Yes, sir.

Q.  Do all three of the -- what time frame do those three reiterations or iterations span?

A.  Beginning February 2008.  Second one is July 2011.  The third is December 2018.

Q.  Do each of these CMS-855I forms contain a section for

**111**

penalties for falsifying information?

A. Yes, sir.

Q. It is -- is it identical or nearly identical to the "Penalties for Falsifying Information" section we've already reviewed for the DME companies?

A. Yes, sir.

Q. Does it also contain a certification statement?

A. Yes.

Q. Is that certification statement -- is that identical or nearly identical to the same certification statement we've already reviewed in the 855S form?

A. Yes, sir.

Q. So if a physician is enrolling with Medicare and executing CMS-855I, would the signer for that physician have to review the penalties and then sign that certification?

A. Yes, sir.

Q. Is that certification list, again, identical or nearly identical information related to submitting false information to Medicare?

A. Yes.

Q. Omitting information to Medicare?

A. Yes.

Q. Complying with rules and regulations to include the Anti-Kickback Statue?

A. Yes.

**112**

Q. And does it also mention the certification that they won't submit false claims to Medicare?

A. Yes, sir.

Q. Okay. Now, I'd like to review some enrollment applications with you. Okay? But some of these applications are going to date back prior to what this case is about. And I want to be clear. The questions that I'm asking in the enrollment records we're going to review have -- do not relate to Silent Hill or Active Assist or any of the DMEs. Okay?

A. Yes, sir.

Q. I want to talk about a separate practice that the Government is not alleging is involved in the charged conspiracy. Okay?

A. Yes, sir.

Q. Could you please review -- and it's going to be a handful of these -- Government's Exhibits 126, 127A, 127B, 128, 129, 130, 131, 132, 133, 134A, 134B, 135, 136, 137, 138, 140, 141, 142, 143 and 144.

**DEFENSE ATTORNEY WAX:** Your Honor, may we have a moment, please?

**THE COURT:** All right.

**AUSA QUEENAN:** My understanding, Your Honor, these are -- we move to admit these documents at this point. And my understanding is there is no objection.

**THE COURT:** Be admitted.

**113**

(Government's Exhibit 126 was admitted into the record.)

(Government's Exhibit 127A was admitted into the record.)

(Government's Exhibit 127B was admitted into the record.)

(Government's Exhibit 128 was admitted into the record.)

(Government's Exhibit 129 was admitted into the record.)

(Government's Exhibit 130 was admitted into the record.)

(Government's Exhibit 131 was admitted into the record.)

(Government's Exhibit 132 was admitted into the record.)

(Government's Exhibit 133 was admitted into the record.)

(Government's Exhibit 134A was admitted into the record.)

(Government's Exhibit 134B was admitted into the record.)

(Government's Exhibit 135 was admitted into the record.)

(Government's Exhibit 136 was admitted into the record.)

(Government's Exhibit 137 was admitted into the record.)

(Government's Exhibit 138 was admitted into the record.)

(Government's Exhibit 140 was admitted into the record.)

(Government's Exhibit 141 was admitted into the record.)

(Government's Exhibit 142 was admitted into the record.)

(Government's Exhibit 143 was admitted into the record.)

(Government's Exhibit 144 was admitted into the record.)

**DEFENSE ATTORNEY WAX:** No objection.

**DEFENSE ATTORNEY QUINTERO:** No objection.

Q. (By AUSA Queenan) Mr. Quindoza, please take your time. Just let us know if you've had a chance to review what these documents are.

A. Yes, sir.

**DEFENSE ATTORNEY QUINTERO:** Judge, just so we're clear, our non objection was based on our conversation at side bar and the agreement from the Government, just so the record is

clear.

**THE COURT:**  Sure.

**THE WITNESS:**  Okay.

Q.  (By AUSA Queenan)  Prior to testifying today, did you review those records?

A.  Yes, sir.

Q.  Okay.  What are they?

A.  They're enrollment records and files associated with two individuals.

Q.  Let's start with records for Lawrence Alexander, M.D.

Were the documents I've just listed off associated -- enrollment records associated with Lawrence Alexander, M.D.?

A.  Yes, sir.

Q.  Have you reviewed and summarized the information contained in those enrollment records?

A.  Yes.

Q.  Have you summarized that in a slide?

A.  Yes, sir.

**AUSA QUEENAN:**  Okay.  Can we look at Government's Exhibit 62, please.

**DEFENSE ATTORNEY QUINTERO:**  60 what?

**AUSA QUEENAN:**  62.

(Government's Exhibit 62 was admitted into the record.)

**AUSA QUEENAN:**  Please publish to the jury.

Q.  (By AUSA Queenan)  Okay.  Now, we've already looked at

some of your summaries for enrollment records, but can you please just walk us through this summary.

A. Okay. This is a summary of the enrollment file for Lawrence Alexander, M.D., showing his ID number, the effective date of his enrollment with Medicare, the various business addresses associated with Lawrence Alexander, the certification statement, and the number of times that this particular -- that the enrollment applications were signed and submitted to Medicare -- there were a total of eight -- and the corresponding dates listed at the bottom of this table.

**AUSA QUEENAN:** And, Your Honor, if I haven't already, I apologize. I thought I moved to admit this summary slide.

Was there any objection?

**DEFENSE ATTORNEY QUINTERO:** No.

**DEFENSE ATTORNEY WAX:** No.

Q. (By AUSA Queenan) So in your review of those records, did you isolate how many times Lawrence Alexander, M.D.'s name appeared as certifying on those enrollment applications?

A. Yes, sir. Eight times.

Q. Eight times.

And are the dates that those enrollment applications were signed and submitted -- are those dates listed here?

A. Yes, sir.

Q. Thank you.

Did you review the same for Dean Zusmer?

**117**

A. Yes, sir.

**AUSA QUEENAN:**  Your Honor, I'd like to move to admit Government's Exhibits 145, 146, 147 and 61.

**DEFENSE ATTORNEY WAX:**  Your Honor, we renew our objection made at the previous side bar with respect to Exhibits 150 through 152.

**THE COURT:**  Overruled.

Be admitted.

(Government's Exhibits 145 were admitted into the record.)

(Government's Exhibit 146 was admitted into the record.)

(Government's Exhibit 147 was admitted into the record.)

(Government's Exhibit 61 was admitted into the record.)

**AUSA QUEENAN:**  Can we pull up 145, please.

Q. (By AUSA Queenan)  Okay.  This document looks a little different than what we've looked at.

What is this document?

A. It's an older version of the Medicare enrollment application for healthcare providers.

**AUSA QUEENAN:**  And if we could zoom in on the applicant identification in the middle.

Q. (By AUSA Queenan)  Whose name is listed on this application?

**118**

A.  It states "Dean Zusmer."

Q.  And what is his primary specialty?

A.  Chiropractor.

**AUSA QUEENAN:**  If you could pull out, please.

Q.  (By AUSA Queenan)  Now, was the certification statement and the penalty provision different back when this application was executed?

A.  Yes.

Q.  Okay.

**AUSA QUEENAN:**  Can we please turn to that section of this document which is a multipage document.  And I apologize.  I don't have the page reference number.

Q.  (By AUSA Queenan)  Mr. Quindoza, just let us know when to stop and which page to publish to the jury.

A.  Okay.

Stop.  No.  Keep going.  I'm sorry.  Stop.

**AUSA QUEENAN:**  Okay.  Can we zoom in there.

Q.  (By AUSA Queenan)  Now, could you read Paragraph 3 there.

A.  "I have read and understand the penalties for falsifying information on the Medicare healthcare provider supplier enrollment applications as printed in this application.  I am aware that falsifying information will result in fines and/or imprisonment."

Q.  Could you please read Section 4.

**119**

A.  "I am familiar with and agree to abide by the Medicare or other federal healthcare program laws, regulations and program instructions that apply to my provider supplier type.  The Medicare laws, regulations and instructions are available through the Medicare contractor.

"I understand that payment of a claim by Medicare or other federal healthcare programs is conditioned on the claim and the underlying transaction complying with such laws, regulations and program instructions, including the Anti-Kickback Statute and the Stark Law, and on a provider or supplier being in compliance with any applicable conditions of participation in any federal healthcare program."

**AUSA QUEENAN:**  Could we just go down to the date that this document is dated.

Q.  (By AUSA Queenan)  That says "August 30th, 1998"?

A.  Yes, sir.

Q.  Okay.  I just want to be clear for the record.  We're looking at this certification that lists Dean Zusmer from 1998.  And this has nothing to do with the DME company.  This is for a separate chiropractic practice.

Is that correct?

A.  Yes, sir.

Q.  Okay.  If we could just go back up and read No. 9, please.

A.  "I will not knowingly present or cause to be presented a

**120**

false or fraudulent claim for payment by the Medicare or other federal healthcare programs and will not submit claims with deliberate ignorance or reckless disregard of their truth or falsity."

Q.  Thank you.

You mentioned that you also have reviewed Exhibit 146 and 147 prior to your testimony today?

A.  Yes, sir.

Q.  Are those enrollment applications related to a provider called "Balance Center, Inc."?

A.  Yes, sir.

Q.  And was the name listed as signing the certification Dean Zusmer?

A.  Yes, sir.

AUSA QUEENAN:  If we could pull up Government's Exhibit 61, please.

Your Honor, just to clear the record, there's no objection, if they're not already admitted, to 145, 146, 147 and 61.

THE COURT:  All right.  Be admitted.

AUSA QUEENAN:  Thank you.

Q.  (By AUSA Queenan)  Is this a summary of the enrollment records in which Dean Zusmer appeared as certifying?

A.  Yes, sir.

Q.  Okay.  And Balance Center, Inc., and Dean Zusmer's

independent physician enrollment application, those have nothing to do with the DME companies that we talked about earlier; is that correct?

A. Correct.

Q. This just predated the DME enrollment; is that correct?

A. Yes, sir.

Q. Thank you.

**AUSA QUEENAN:**  Just one moment, Your Honor.

No further questions at this time.

**THE COURT:**  Cross.

**CROSS-EXAMINATION**

**BY DEFENSE ATTORNEY EILARSH:**

Q. Good morning, sir.

A. Good morning.

Q. I just have two questions for you.

A. Yes, sir.

Q. Did you personally speak with someone by the name of Jeremy Waxman?

A. No, sir.

Q. Second question, did you personally ever speak with someone by the name of Kelly Wolfe?

A. No, sir.

Q. Thank you, sir.  Have a great day.

A. Thank you.

**DEFENSE ATTORNEY QUINTERO:**  May it please the Court,

Your Honor.

**CROSS-EXAMINATION**

**BY DEFENSE ATTORNEY QUINTERO:**

Q.  Mr. Quindoza, good afternoon.

A.  Good afternoon.

Q.  Almost.

My name is Frank Quintero.  I'm cocounsel for Dr. Alexander.

You and I have never spoken about this case before this moment, correct?

A.  Correct, sir.

Q.  And you've had many opportunities to meet with the Government and discuss certain things that they wanted you to do and certain things that they asked you to do, like the charts, correct?

A.  They didn't ask me to produce the charts.

Q.  Okay.

A.  I do that on my own.

Q.  All right.  And you produced the charts on your own because you felt like it or because it was something that they needed for this case?

A.  I started doing that years ago on my own, because if I'm going to be asked to introduce information into evidence, I need to demonstrate that I know what's there, so I do that through the summaries.

Q. Okay. So it's something that you do on a regular basis?

A. Yes, sir.

Q. And I believe you testified that -- on direct examination from questions from Mr. Queenan that you had testified in somewhere between 100 and 150 cases, correct?

A. Somewhere around there, sir, yes.

Q. And you didn't tell us whether those cases are all criminal cases or criminal and civil, or both, or what?

A. The majority, criminal. Maybe six to ten cases, civil.

Q. All right. And did -- in any of those cases, did you ever testify as a -- in the criminal cases, for the defense?

A. No, sir.

Q. So they were all for the government?

A. Yes, sir.

Q. And just so the jury understands, you work for a company, I believe Safeguard -- you said "Safeguard Services," correct?

A. Yes, sir.

Q. And that company is owned by Hewlett-Packard, correct?

A. Not anymore.

Q. All right. At one point, was it owned by Hewlett-Packard?

A. Yes, sir.

Q. And that company, for the most part, receives money from the government, correct? From Health and Human Services,

**124**

correct?

A. Yes, sir.

Q. And you talked about contracts that you had with the government, but you didn't specify.

Is that one of the contracts that you were talking about?

A. Yes, sir.

Q. And, in fact, your company in 2021 received $29.1 million from Health and Human Services.  You're aware of that, correct?

A. I don't know.

Q. Okay.  Well, the government reported on its charts that -- in its website, USAspending.gov, that they paid your company $29.1 million.

You doubt that information?

A. I don't know.  I don't get into the finances of the company.

Q. My question is, do you doubt that information?

A. Well, were you talking about Hewlett-Packard as a whole or Safeguard Services individually?

Q. No.  I'm talking about Safeguard Services individually.

A. If that's what's published, I have to assume that to be true, but I don't know.

Q. Okay.  Now, you have no knowledge as to who filled out the 855S forms that we saw -- I believe it's Exhibit 180.

125

**DEFENSE ATTORNEY QUINTERO:** If you can bring it up, Raquel, please.

**AUSA QUEENAN:** 108.

**DEFENSE ATTORNEY QUINTERO:** I'm sorry. 108. My apologies.

**THE WITNESS:** I'm sorry. Can you repeat your question, please.

Q. (By Defense Attorney Quintero) Sure.

You have no knowledge as to who filled out this application, Exhibit 108, correct?

A. No, sir.

Q. This application is a paper application, from what I understand?

A. Yes, sir.

**DEFENSE ATTORNEY QUINTERO:** Could you please take us to page 25 of Exhibit 108.

Q. (By Defense Attorney Quintero) Now, there's a signature on that line. You don't know who signed that, correct?

A. No, sir.

Q. And if someone signed for Susan Alexander without her authorization, that would be a problem, wouldn't it?

A. I would assume so, yes.

Q. For the person that did it, correct?

A. Yes.

**126**

Q. But you don't know who that was?

A. No, sir.

Q. Okay. You also don't know and cannot tell us who filed this application, correct?

A. No, sir.

**DEFENSE ATTORNEY QUINTERO:** Let's take a look at 107, please. Exhibit 107.

Nicole, can you bring up 107, please. 107A.

Q. (By Defense Attorney Quintero) Now, this is the electronic application, correct?

A. Yes, sir.

Q. And this is actually the first application that was filed by Silent Hill, according to your examination of the data in this case, correct?

A. Yes, sir.

Q. And this application was filed approximately August 15th -- or I'm sorry -- 15th or 12th, 2016, correct?

A. Yes, sir.

Q. And you also don't know who filled out this application, correct?

A. Correct.

Q. And you don't know who filed this application, correct?

A. Correct.

Q. And by the way, just so that we're clear, you are aware that the judge is the one that gives the ladies and gentlemen of

the jury the law in this case.  It isn't necessarily what you read in these documents.  You understand that, correct?

A.  Yes.

Q.  So the fact that somebody -- something may be in these documents as to what the law may be has nothing to do -- because the judge in this case is the one that will instruct the jury on the law.  You understand that, correct?

A.  Yes, sir.

Q.  All right.  Now, you walked us through the process by which Medicare approves a DME, and you said there were -- I believe there was three steps, if I'm not mistaken.  You said that you needed to be in compliance with county, local county requirements, correct?  And you had to have a, quote, tax number?

A.  No, sir.  I'll repeat what I said.

Q.  Go ahead and repeat what you said.

A.  They have to be licensed by the state.  They have to be accredited according to CMS guidelines.  They have to enroll for a national provider identifier number.  And then they can submit a Medicare enrollment application, or the 855S.

Q.  Okay.  And that's it?

A.  Yes.  To enroll, yes.

Q.  To enroll.  Okay.

But you testified earlier -- I believe you said that in this particular case, after August of -- after August 15th or August 12th, 2016, Silent Hill was allowed to bill.

**128**

Do you recall that testimony?

A. Yes, sir.

Q. All right.  That's not correct, is it?

A. According to this, it shows their application date, so that's what I'm assuming.

Q. Didn't you leave out a step, for the ladies and gentlemen of the jury, that's required before you're even allowed to bill?

A. They must be approved.

Q. What about the on-site inspection?

A. That's part of the approval process.

Q. Right.

So after you do all of these things, Medicare requires a Medicare inspector, somebody from Medicare, to physically go to the location and inspect the location, correct?

A. Not in all instances.  That's at their discretion.

Q. All right.  Did you see whether or not there was an on-site inspection in this case for Silent Hill?

A. I don't recall.

Q. All right.  Why don't we take a look at 107 -- actually, it's admitted.  Take a look at it, 107L.

**DEFENSE ATTORNEY QUINTERO:**  Could you bring that up, please.

**AUSA QUEENAN:**  I dont believe it's admitted.

**DEFENSE ATTORNEY QUINTERO:**  Yes, you did.

**AUSA QUEENAN:**  Your Honor, we have not moved to admit 107L, but we have no objection.

**DEFENSE ATTORNEY QUINTERO:**  Okay.  Move to introduce 107L, Your Honor.

**THE COURT:**  Okay.  Without objection.

**AUSA QUEENAN:**  Hold on a second.  He doesn't have a copy of that because I didn't admit it.

(Discussion off the record.)

**DEFENSE ATTORNEY QUINTERO:**  Your Honor, may I approach with my copy of 107L?

**THE COURT:**  All right.

**DEFENSE ATTORNEY QUINTERO:**  The Government seems to...

**AUSA QUEENAN:**  Can I see it.

Your Honor, just one moment.

Your Honor, this was not on our exhibit list.  We don't have a copy of it.  I think it was on a prior iteration. Nonetheless, the Government has no objection.

**DEFENSE ATTORNEY QUINTERO:**  My copy says "Government's Exhibit 107L."  In fact, I assume when he said -- when he was admitting -- or moving to admit 107A through -R, I'm assuming that 107 was in there.  So that's the confusion.  But my copy says "Government's Exhibit 107L."

**THE COURT:**  Okay.  So you want to make it Defendant's Exhibit 1?

**DEFENSE ATTORNEY QUINTERO:**  We can make it Defendant's

Exhibit 1.  I'm sorry.  We've got to change the number.

**THE COURT:**  Right.

**DEFENSE ATTORNEY QUINTERO:**  Judge, this is going to be Defendant's Exhibit 55LA.

**THE COURT:**  Okay.

**DEFENSE ATTORNEY QUINTERO:**  May I approach the witness?

**THE COURT:**  You may.

**THE WITNESS:**  Thank you, sir.

Q.  (By Defense Attorney Quintero)  I'll give you a chance to take a look at that document.

A.  Thank you.

Okay.

Q.  You're familiar not necessarily with that document, but that type of document, correct?

A.  Yes, sir.

Q.  And by the way, the Government gave us that document.

You see the Bates stamps at the bottom?

A.  Yes, sir.

Q.  All right.  They're Bates stamped "Equilibrium" with a series of Bates stamp numbers?

A.  Yes, sir.

Q.  And so had you ever seen that document before I showed it to you today?

A.  It was included in the enrollment files for this case.

Q.  So you have seen that document --

A. Yes.

Q. -- and you are familiar with that document, correct?

A. Yes, but I just don't recall it right now.

Q. I understand. Look, there's a lot of documents in this case. I'm asking you -- and I understand that you may not remember that particular document.

DEFENSE ATTORNEY QUINTERO: Your Honor, I'm going to move Defendant's 55LA into evidence.

THE COURT: Be admitted.

(Defendant's Exhibit 55LA was admitted into the record.)

Q. (By Defense Attorney Quintero) All right. You didn't conduct the on-site inspection in this case, correct?

A. No, sir.

Q. But from the document that I've just shown you, there clearly was an on-site inspection in the case?

A. Yes, sir.

Q. All right.

DEFENSE ATTORNEY QUINTERO: Judge, can I get the elmo to work?

THE COURT: Well, we can do a couple of things. You can -- he's got it in front of him.

You want it that way or you want...

DEFENSE ATTORNEY QUINTERO: I actually need this one.

THE COURT: You want that one?

**132**

**DEFENSE ATTORNEY QUINTERO:** Yep.

**THE COURT:** Okay.

**DEFENSE ATTORNEY QUINTERO:** May I see that so I can put it up here.

Q. (By Defense Attorney Quintero) Okay. So this document was included in the package regarding Silent Hill, correct?

A. Yes, sir.

Q. And before Silent Hill could bill anything, this document had to be submitted, like you said, if Medicare chose to do an on-site inspection, correct?

A. Yes, sir.

Q. And when Medicare does an on-site inspection, you have to have certain things that they require you to have that may not necessarily have been included in your application, correct?

A. Yes, sir.

Q. For example, you need to have a copy of your insurance policy, correct?

A. Yes.

Q. Because on the application, you only have to submit the certificate of insurance, but the on-site inspectors want to make sure that there is, in fact, a policy of insurance in place, correct?

A. Yes.

Q. And also, the inspectors can request, quote/unquote, a copy of your taxpayer identification number for your company to

**133**

make sure it matches what you sent in to Medicare, correct?

A. Yes, sir.

Q. And you have to have that application -- a copy of that application there on-site, correct?

A. Yes.

Q. And, for example, if you were a corporation, the inspectors may want to see the copies of your articles of incorporation, correct?

A. That's possible.

Q. To confirm who owns the company, correct?

A. Yes, sir.

Q. All right. So in this case, the Government in their opening statement told the jury that Dr. Alexander was hiding his ownership from -- his ownership in Silent Hill. And I want to go through this application or this inspection report that Medicare had.

And if we turn to the second page, it lays out a little bit about Silent Hill, and then it includes some photographs of the location.

And by the way, the inspector was Jose Ortega, correct?

A. I don't see that. Could you point that out.

Q. You see that? I'm sorry. There you go.

A. Thank you.

Q. Jose Ortega?

A. Yes, sir.

Q. All right.  Do you know who Mr. Ortega is?

A. No, sir.

Q. Okay.  So they provide pictures of the Silent Hill company.  And in those photographs, there was a message by a lady by the name of Christina that she was out of the office at the time.  And their offices of operation, the time, the suite number, the office door, the equipment inside -- or some of the equipment inside.

**AUSA QUEENAN:**  Your Honor, is there a question?

**DEFENSE ATTORNEY QUINTERO:**  I'm sorry?

**AUSA QUEENAN:**  Is there a question for the witness?

**DEFENSE ATTORNEY QUINTERO:**  Yeah.

Q.  (By Defense Attorney Quintero)  And so they provided a series of information about the company, correct?

A. Yes, sir.

Q. All right.  I may have left one page.

**DEFENSE ATTORNEY QUINTERO:**  I'm sorry.  I left the most important page of that document.

**AUSA QUEENAN:**  This is a different document.

**DEFENSE ATTORNEY QUINTERO:**  Okay.

**AUSA QUEENAN:**  No objection, but you might want to mark it.

**DEFENSE ATTORNEY QUINTERO:**  Yeah, we'll mark it as an exhibit.

**AUSA QUEENAN:**  No objection to the admission of this

**135**

exhibit, Your Honor.

THE COURT:  Okay.

DEFENSE ATTORNEY QUINTERO:  There's been no objection.

(Defendant's Exhibit 57LA was admitted into the record.)

Q.  (By Defense Attorney Quintero)  One of the photographs --

AUSA QUEENAN:  For the record, Your Honor, what's the exhibit number?

DEFENSE ATTORNEY QUINTERO:  Oh.  57LA.

AUSA QUEENAN:  Thank you.

Q.  (By Defense Attorney Quintero)  And one of the photographs that we received from the Government, as you can see, this photograph is Bates stamped "Equilibrium 0004013482."

You see that?

A.  Yes, sir.

Q.  So clearly, clearly, somewhere during the course of this investigation, someone took a photograph or took a picture of the flowchart or the organizational chart of Silent Hill showing that Dr. Lawrence Alexander, along with his mom, were the owners of the company, correct?

A.  Well, I don't know if this was taken before the investigation or during.

Q.  Okay.  Fair enough.

A.  But it was taken.

**136**

**DEFENSE ATTORNEY QUINTERO:** Now, if you can bring up 107A.

I'm sorry. Bring up 107B.

You know, you can you turn off the elmo so they can bring up 107B.

**AUSA QUEENAN:** Your Honor, 107B is not an admitted exhibit, but I'm happy to take a look.

**DEFENSE ATTORNEY QUINTERO:** 107B? I thought you said 107A through -R.

**AUSA QUEENAN:** No. I read off specific 107 numbers earlier. These are your signed --

**DEFENSE ATTORNEY QUINTERO:** Okay.

**AUSA QUEENAN:** No objection, Your Honor.

**DEFENSE ATTORNEY QUINTERO:** We'll label this 58.

Q. (By Defense Attorney Quintero) Now, you are familiar with Defendant's Exhibit 58LA, are you not, in your review of the application, 855S, back in 2016, what is 107 -- is considered 107?

A. Yes, sir.

Q. Okay. This is one of the documents that Medicare requires to be attached to the application, correct?

A. Yes, sir.

Q. Because it includes a tax ID number, correct?

A. Yes, sir.

Q. And without an employer identification number, you could

never get approved by Medicare, correct?

A. You have to have a tax ID number, or a social if you're an individual.  If you're a business --

Q. This is not individual.

A. I'm sorry.  I'm sorry.

Q. Let's forget about individual.  We're not talking about individual.  We're talking about a corporation.  Okay?

A. Yes, sir.

Q. Right?

A. Yes, sir.

Q. So this document was attached to the 855S by someone who filed that 855S; in other words, Exhibit 107A?

A. Yes, sir.

Q. So what the Government introduced this morning or yesterday afternoon, 107, is missing this exhibit, is it not?

A. I'm sorry.  Start again.  I apologize.  I missed it.

Q. The Government has admitted that they did not introduce this exhibit as part of the application; in other words, 107A?

A. No.  This was --

Q. It's not included.  It's not included.  It's not admitted.  That's why we're admitting this?

A. Yes, sir.

Q. Okay.  This was -- this was missing.  This is part of the application, was it not?

A. Part of the application file, yes.

138

Q. Right.

And the Government chose to keep this document out of its admission as part of 107A, correct?

A. I can only assume that.

Q. Right.

Now, this document identifies Dr. Alexander as the managing member or a member of Silent Hill, because Silent Hill is an LLC. You know what an LLC is, correct?

A. Yes, sir.

Q. All right. It's a limited liability corporation, correct?

A. Yes, sir.

Q. It doesn't have shareholders, correct?

A. Yes, sir.

Q. It has managing members, correct?

A. Yes, sir.

Q. All right. And so right from the start, as part of the application, Dr. Alexander is well known to Medicare because he's on the tax form, correct?

A. Well known to Medicare?

Q. He is on this tax form. Doesn't Medicare review this and determine whether or not the man is -- or the document has an employer identification number so they can approve the company?

A. His name was not on the enrollment application for Silent Hill.

**139**

Q. That's not my question.  Listen to my question.

A. Yes, sir.  I heard your question.

Q. Okay.  Didn't Medicare have this as part of the application?

A. At some point, yes.

Q. No, not at some point.

When the application was electronically submitted -- listen to my question -- wasn't this document part of the application?

A. I don't know that here.

Q. Didn't you review -- you came in here today as an expert.  Didn't you review the Medicare application completely to determine what was filed before you testified here today?

A. Yes, sir.  But I didn't look at every individual document and link it to the PECOS file that was introduced into evidence.

Q. You were brought in here as an expert, and you told us that you had reviewed almost every single document related to Medicare application 855S, which was admitted by the Government as 107A.  Didn't you testify to that?

A. Yes, sir.

Q. All right.  So either your testimony was misleading or we are now having a mental breakdown here.  Because wasn't this document part of that application?

A. You are correct.  I am mistaken.  My apologizes.

**140**

Q.  Thank you.

Now, this document, once reviewed by Medicare, okay -- it had to be reviewed by Medicare -- clearly shows that Lawrence Alexander was part of or was a member of Silent Hill, LLC, correct?

A.  Yes, sir.

Q.  All right.  In addition to that, the Government is saying that Jeremy Waxman, okay -- or that Mr. Lawrence Alexander, or Dr. Alexander, was hiding the identity of Jeremy Waxman.  Why don't we take a look at the first sentence of this letter.

"We are responding to an inquiry of April 25th, 2016, on your behalf from a Jeremy Waxan."

Clearly, they misspelled his name, correct?

A.  Yes, sir.

Q.  All right.  So clearly, this document was part of the application and that Medicare was aware of Dr. Lawrence Alexander's ownership of Silent Hill, LLC, because the document says it?

A.  Supposed to be, yes.

Q.  All right.  By the way, let me ask you a question.  In your 100 cases, 150 cases, have you ever had the Government file an incomplete Medicare application?

**AUSA QUEENAN:**  Your Honor, objection.

Q.  (By Defense Attorney Quintero)  Has that ever happened

**141**

to you?

AUSA QUEENAN:  Your Honor, could we approach side bar?

THE COURT:  All right.

(Whereupon, the following proceedings were had at side bar outside the hearing of the jury and may not be reflective of the full scope of the bench conference.)

AUSA QUEENAN:  Your Honor, his document is a hundred pages or more, collectively.  Some of the information in it is inadmissible.  Some of it is left out because we can only introduce -- it's a complete file.  So we looked at it as some parts of the file.  So there's like an entrance here.  It is an incomplete enrollment record.  The enrollment record is just the signed certification.  The application contained subparts that come in at different limes along the way.

THE COURT:  So what's the problem?  For the sake of completeness, that's your entire file, right?

AUSA QUEENAN:  I mean, if we were to introduce the entire file, some of it would be (inaudible) but there would be other documents that would be inadmissible.

DEFENSE ATTORNEY QUINTERO:  They took out what they wanted and introduced what they wanted.  And now they're paying the price.

AUSA QUEENAN:  This is a separate letter of separately report.  He's leading.

THE COURT:  You can clear it up on redirect

examination.

**AUSA QUEENAN:**  Thank you, Judge.

(Whereupon, the following proceedings resumed in open court.)

**THE COURT:**  We'll go ahead and break for lunch now and be back at 1:25.

**THE BAILIFF:**  All rise.

(Jury recess at 12:24 p.m.)

(Recess from 12:24 p.m. to 1:25 p.m.)

(Proceedings resuming at 1:25 p.m.)

**THE COURT:**  Please be seated, ladies and gentlemen.

**DEFENSE ATTORNEY QUINTERO:**  Your Honor, the court's security officer is asking me, do I want the witness up there, and I said, "You're the boss."

**THE COURT:**  Sure.  Yes.  Let the witness come on.

**AUSA QUEENAN:**  My apologies, Your Honor.

**THE COURT:**  Well, I'll take the blame for that.  I may not have enunciated clearly enough.  You're the only who asked whether it was -- I thought it was 1:45 instead of 1:25.

But in any event, we're ready to continue.

Okay.  You're still under oath.

**THE WITNESS:**  Yes, sir.

(Discussion off the record.)

**AUSA QUEENAN:**  Your Honor, can we approach, please?

**143**

THE COURT:  All right.

(Whereupon, the following proceedings were had at side bar outside the hearing of the jury and may not be reflective of the full scope of the bench conference.)

AUSA QUEENAN:  Good afternoon, your Honor.  The defense has a series of exhibits that are not from the Medicare file.  This witness has not seen, doesn't -- hasn't no personal knowledge of.  It may be certainly admissible through a separate witness.  For example, an E-mail thread with a tax document attached that has Dr. Alexander's name on it.  This is not the witness to introduce that exhibit through.  It has no relevance to his testimony, his personal knowledge.

There's a corporate document from Sunbiz.  Your Honor, he has no personal knowledge of those documents, not in the Medicare file.  It may be coming in through other witnesses, but not the Medicare witness.

THE COURT:  Well, I thought when we recessed that this was a composite document.

AUSA QUEENAN:  We're outside that now.  He's moved beyond that composite document.

DEFENSE ATTORNEY QUINTERO:  What happened is this.

THE COURT:  So that line of inquiry is completed.

AUSA QUEENAN:  Yes.  It's separate.

THE COURT:  So now this is a new exhibit.

DEFENSE ATTORNEY QUINTERO:  It's a new series of

exhibits that he testified that would have been or should have at the quote, on-site inspection. These exhibits is that we had an agreement saying that all exhibits come in.

**AUSA QUEENAN:** For authenticity we had an agreement because they've objected as well.

**DEFENSE ATTORNEY QUINTERO:** All I'm going to do is show it to him and show it to the jury and said all of these exhibits would have been on site at the on-site inspection.

**AUSA QUEENAN:** He was not that on site.

**THE COURT:** Of course he wasn't.

**AUSA QUEENAN:** He just said that.

**THE COURT:** But he can't authenticate or have any -- are you going to show him the document and he's going to say I don't know anything about the document?

**DEFENSE ATTORNEY QUINTERO:** Right.

**THE COURT:** And if he says that, why doesn't that end the inquiry right there without showing it to the jury without having any kind inquiry?

**DEFENSE ATTORNEY QUINON:** The witness testified already that he is familiar with on-site inspections and documents that one expect said to find there. Now, he can ask him whether or not he would be able to find documents similar to -- in the documents that Mr. Quint tarot has, for example, is an insurance policy, he will expect to find that at the site. Yes. But now going beyond that to admit the document is a

little bit.

THE COURT: So what I would say if you want to show Defendant's Exhibit, I'm just going to use this for necessary purposes. Let me show you Government's Exhibit Number 1. Can you identify this exhibit. Do you have -- have you ever seen this exhibit before? He's going to say, no. I mean, that ends the inquiry.

Okay. Later on, I mean, if it's an insurance policy, and he said would you expect to find an insurance policy there, yes, I would.

Okay. Can you identify this document.

No, I can't. It doesn't come in. It doesn't get shown to the jury. But you've identified. His lack of personal knowledge of Exhibit 1.

AUSA QUEENAN: But, your Honor, if you read a document and you ask the right questions, he's go to say I see that it says here insurance document.

THE COURT: He has to lay the foundation before he can ask questions like that. And he's not going to be able to successfully because he's going to say I don't know anything about this. But you will have identified that he doesn't know anything about document number one.

All right.

DEFENSE ATTORNEY QUINTERO: You'll get it in through somebody else.

(Whereupon, the following proceedings resumed in open court.)

Q. (By Defense Attorney Quintero)  Mr. Quindoza, good afternoon.

A. Good afternoon, sir.

Q. We left off with talking about site inspections, what documents are normally at site inspections, what documents or -- what type of documents the inspectors can and sometimes request from the provider in order to finalize the Medicare applications.

Do you recall that?

A. Yes, sir.

Q. All right.  And one of the documents that site inspectors can request from -- from the provider is the information of the corporate registration in the State of Florida, correct?

A. Yes, sir.

Q. All right.

AUSA QUEENAN:  Your Honor, as to this specific document, the Government does not have an objection.

DEFENSE ATTORNEY QUINTERO:  May I approach, Your Honor?

THE COURT:  You may.

DEFENSE ATTORNEY QUINTERO:  It's admitted.

AUSA QUEENAN:  No objection to this document.

THE COURT:  Has it been identified?

DEFENSE ATTORNEY QUINTERO:  Yes.  It's 4LA,

**147**

Defendant's 4LA.

(Defendant's Exhibit 4LA was admitted into the record.)

Q. (By Defense Attorney Quintero) Once you've had a chance to review it, let me know, and we'll put it on the elmo.

A. Okay, sir.

**DEFENSE ATTORNEY QUINTERO:** May I approach the witness, Your Honor?

**THE COURT:** All right.

Q. (By Defense Attorney Quintero) Now, we spoke about earlier that one of the things that the Government had presented to this jury, to the members of the jury, was that Dr. Alexander was hiding his ownership in Silent Hill.

And I want to show you these documents that you reviewed, that has been admitted as Defendant's Exhibit 4LA. And these are standard -- I mean, you're familiar with standard State of Florida Secretary of State documents, are you not?

A. Yes, sir.

Q. Okay. As an investigator, you've seen probably hundreds of thousands of them, correct?

A. Yes, sir.

Q. All right. And the first document -- okay. So the first document that we have here is the actual certificate of public records from the State of Florida showing that these documents that I'm about to go through are, in fact, documents that were filed and part of the Secretary of State records for

**148**

Silent Hill, correct?

A. Yes, sir.

Q. All right. So the second page is the certificate, the actual certificate for the corporation, correct?

A. Yes, sir.

Q. And then we have what is called the "articles of incorporation," which every corporation must file in order to be licensed to do business in the state of Florida, correct?

A. Yes, sir.

Q. And in this case, the document is two or three pages, but in the second page of the document, you can clearly see that Dr. Alexander is a manager, along with his mom, Susan Alexander, as members of this LLC, correct?

A. Yes, sir.

Q. And as we discussed earlier, the rest are the annual reports of when the corporation -- every year, by the way, you know that a corporation must file an annual report, correct?

A. Yes, sir.

Q. And every year, since 2015, Dr. Alexander has been a member of this company. This is 2015. This is 2016. This is 2017, 2018, 2019.

So an inspector from Medicare, this gentleman that actually went and did the inspection, could have or would normally have asked for proof of who owned the company, correct? It's standard operating procedure, correct?

**149**

A.  Yes, sir.

Q.  All right.  So clearly, Medicare would have known, at least when they did the inspection, if not before, that Dr. Alexander was an owner of Silent Hill, correct?

A.  By those documents, it says "manager."

Q.  Okay.  But -- okay.  We discussed this.  It's an LLC. LLC doesn't have shareholders.  They have managers, correct?

A.  Yes, sir.

Q.  All right.  So is he an owner, or is he not an owner?

A.  Owner.

Q.  Okay.  Glad we cleared that up.

And because of the application that was filed that included the IRS document that I showed you earlier, 58LA, which has been admitted, this document was actually attached to the application, correct?

A.  Yes, sir.

Q.  All right.  They would have known that Lawrence Alexander was a member and an owner of Silent Hill Bracing, correct?

A.  Yes, sir, according to these documents.

Q.  All right.  Now, in order to -- in order to get an employer identification number, an EIN number, you have to submit an application to IRS, correct?

A.  Yes, sir.

Q.  And that application is normally done -- a person can do

it on their own, or you have an accountant do it, or you have a corporate entity that does corporations submit the application. You can have any number of legal ways, correct?

A. Yes, sir.

Q. All right.

**AUSA QUEENAN:**  Your Honor, we object to this -- the admission of this document, this e-mail.

**DEFENSE ATTORNEY QUINTERO:**  All I'm going to do is show it to him.

**THE COURT:**  You show it to him.

**DEFENSE ATTORNEY QUINTERO:**  That's it.  That's it.

**THE COURT:**  If he can't identify it, he cant identify it.

Q.  (By Defense Attorney Quintero)  I'm going to show you Defendant's Exhibit 9A, and specifically, you see the page that is marked -- and ask you -- you can look at the whole document -- and ask you, have you ever seen that document before, whether it be through government records, whether it be from your investigation, whether it be from your review of the data?

A.  I don't recall if I saw this or not.  If you're asking about this specific form by this specific entity, I don't recall if I did or didn't see it.

Q.  Okay.  Fair enough.  Thank you.

Now --

(Discussion off the record.)

**AUSA QUEENAN:**  I'm just not introducing -- I have no problem with it being introduced.

No objection, Your Honor, to the admission of this document.

**DEFENSE ATTORNEY QUINTERO:**  Your Honor, may I approach the witness?

**THE COURT:**  Yes.

Q.  (By Defense Attorney Quintero)  One of the documents that must be submitted with the application, whether you submit the application or try to -- whether you submit the application in paper format, is what they call a Board of Certification accreditation document, that you're accredited, correct?

A.  Yes, sir.

Q.  Let me show you what has been introduced as Defendant's Exhibit 56LA.

A.  Yes, sir.

Q.  You see that?

A.  Yes, sir.

Q.  This is the certificate of -- the certification of accreditation, correct, that's required by the Medicare application?  Correct?

A.  Yes, sir.

Q.  And could you do me a favor.  Could you check your copy

of the 107, Government's Exhibit 107, and see if they included this document as part of their application.  I mean, you understand that it was filed.  It was part of the original application, correct?

A.  It would have to be, sir.

Q.  Exactly.

**AUSA QUEENAN:**  Your Honor --

Q.  (By Defense Attorney Quintero)  Without this document, there would have been no provider number given to Silent Hill, correct?

A.  Without accreditation, there would not be.

Q.  Very well.

A.  107, you said?

Q.  Yes, sir.

A.  This may take a couple of minutes.

Q.  That's okay.  Take your time.  Not in a hurry.

**AUSA QUEENAN:**  Your Honor, Exhibit 107 is not in the record.  It's the entire 240-page file from Medicare.  We only introduced some documents within the file.  So we'll stipulate that that document is in this file.

**DEFENSE ATTORNEY QUINTERO:**  But it's not in what was introduced, right?  Do you stipulate to that, too?

**AUSA QUEENAN:**  Absolutely.

**DEFENSE ATTORNEY QUINTERO:**  Okay.

**AUSA QUEENAN:**  Absolutely, Your Honor.  We did not

produce --

**DEFENSE ATTORNEY QUINTERO:**  It's not there.

**AUSA QUEENAN:**  -- every single document in the file.

**DEFENSE ATTORNEY QUINTERO:**  It is not there.

Q.  (By Defense Attorney Quintero)  So my question to you is:  When you examined the Government's Exhibit 107, whether we call it 107 or 107A, were you provided with this particular document so that you could decide or conclude whether or not the application had been filed correctly?  If you don't recall, you don't recall.

A.  I don't recall.

Q.  All right.  But what we do know --

**DEFENSE ATTORNEY QUINTERO:**  Thank you, Counsel.

Q.  (By Defense Attorney Quintero)  -- is that this document is not in that box?

A.  Not in 107.

Q.  All right.  Now, in order to get that certificate, you have to submit an application, correct?

A.  Yes, sir.

Q.  And that's to the BOC, right?  It's a specific place that works with the Government to be able to get that certificate.  I guess they do an investigation or some kind of site inspection, and then they grant that certificate, correct?

A.  Yes, sir.

Q.  All right.

**154**

(Discussion off the record.)

**DEFENSE ATTORNEY QUINTERO:**  May I approach the witness, Your Honor?

**THE COURT:**  All right.

Q.  (By Defense Attorney Quintero)  Let me show you what's been marked Defendant's 58LA and ask you if you've ever seen that document before today.

A.  I don't know if I have or I haven't.

Q.  Good enough.

**DEFENSE ATTORNEY QUINTERO:**  May I approach, Your Honor.

Thank you, sir.

Q.  (By Defense Attorney Quintero)  And the last document that I'm going to show you before I move on to another area, the -- I believe the Government introduced 107J.

(Discussion off the record.)

**AUSA QUEENAN:**  Your Honor, we can -- if Your Honor would permit it, the Government will move to admit 107J, which is our document.  And that way, we can publish it for the jury.

**DEFENSE ATTORNEY QUINTERO:**  That's fine.  That will work.

**THE COURT:**  All right.

(Discussion off the record.)

**DEFENSE ATTORNEY QUINTERO:**  Your Honor, may I have a moment.

THE COURT:  All right.

AUSA QUEENAN:  Is 107J ready to be published?

DEFENSE ATTORNEY QUINTERO:  107D.

(Discussion off the record.)

AUSA QUEENAN:  Your Honor, sorry for the confusion.  Strike 107J.  And the defense will admit their own exhibit.  We have no objection, though.

DEFENSE ATTORNEY QUINTERO:  Judge, I'm going to call this Defendant's 59LA.

AUSA QUEENAN:  No objection.

DEFENSE ATTORNEY QUINTERO:  And the Government stipulates that this is not in the box.  It's not in that box.  It's not part of that --

AUSA QUEENAN:  It was not previously admitted, Your Honor.  It is part of the Medicare case file.

Q.  (By Defense Attorney Quintero)  Have you seen this before?  This has been now admitted as Defendant's 59LA.  It is a certificate of insurance that would have been attached to the original 855S application that was submitted back in 2016.  And this is a required document for Medicare, correct?

A.  Yes, sir.

Q.  It's common sense and common knowledge that in order to get a certificate of insurance, you have to apply for insurance, correct?

A.  Yes, sir.

**156**

Q.  And the insurance company gives you an insurance policy, correct?

A.  Yes, sir.

Q.  And you have to disclose to the insurance, especially if you're insuring a corporation, who owns the corporation, correct?

A.  I would assume so.

Q.  All right.

(Discussion off the record.)

AUSA QUEENAN:  We object.

DEFENSE ATTORNEY QUINTERO:  This is a different exhibit.  This is a certificate of domestic records attached to this and was provided to the Government under Rule 902.11.  So there should be no problem admitting this document.

AUSA QUEENAN:  Your Honor, it's just that -- well, as we discussed at side bar, it's not in the Medicare file.

You can show the witness, but --

THE COURT:  Can the witness identify it?

AUSA QUEENAN:  We'll find out.

DEFENSE ATTORNEY QUINTERO:  It doesn't actually even matter, because it's got a certificate of domestic records.  Whether he identifies it or not is irrelevant.  The document does come in.

THE COURT:  Okay.  It comes in under your case, right?

AUSA QUEENAN:  Correct.  Correct, Judge.

DEFENSE ATTORNEY QUINTERO:  Whatever you decide.

**157**

THE COURT: Okay. So if you want to show it to him and he doesn't know about it or he does know about it -- whatever he says, he says. But if that's what you want to show him --

DEFENSE ATTORNEY QUINTERO: Okay. We'll do that. And we'll introduce these documents in our case in chief.

THE COURT: All right.

DEFENSE ATTORNEY QUINTERO: May I approach the witness?

THE COURT: All right.

Q. (By Defense Attorney Quintero) We were discussing that in order to get a certificate of insurance, you have to apply for insurance.

I'll ask you to take a look at that document and see if you've ever seen that document before today.

A. I -- hold on a second, please.

I don't know if I saw this or not.

Q. Good enough.

Now, every document that you did not recognize, you will agree with me that those would have been documents that should have been on-site when they did the inspection and that the, quote/unquote, investigators could have requested, correct?

A. Yes, sir.

Q. All right. Now, before we move on, do you have any personal knowledge as to who was managing the day-to-day interactions between -- between Silent Hill and Medicare?

A. No, sir.

Q.  Do you know at whose direction the claims that were filed by Silent Hill were submitted to Medicare?

A.  No, sir.

Q.  Now, I want to take you back to Exhibits -- the Equilibrium data exhibits, just to give you a time frame.  Okay?  I believe they're Exhibits 32, 33, 34, 35, 36, 37 and 38 that have been introduced.  Okay?

But before we get to those, I want to talk to you about your experience as a 40-year fraud investigator.

A.  25.

Q.  I thought you said you were in this business for 40 years?

A.  Medicare, over 40 years.  Specific to fraud investigations, 25.

Q.  Okay.  So you've been a fraud investigator for 25.  You didn't do investigations for Medicare?

A.  I have overseen investigations for Medicare.

Q.  Okay.  But obviously, you have experience, if you worked for Medicare, overseeing investigations, how to conduct investigations, correct?

A.  Yes, sir.

Q.  Right.

And one of the great things about being an experienced investigator is that, as you told Mr. Queenan, that -- you called them "red flags," right?

**159**

A. Yes, sir.

Q. All right. And we call them "fingerprints" or "footprints." They are events that occurred, and over time, people that are committing fraud basically commit the same basic steps, and you're able to see them as -- you call them "red flags." Okay? Am I correct?

A. Yes, sir.

Q. All right.

**DEFENSE ATTORNEY QUINTERO:** So let's pull up, please, Raquel, Exhibit -- Government's Exhibit 32.

Judge, could you turn off the elmo. We're not going to need it anymore.

32, please. Thank you.

**AUSA QUEENAN:** Would you like a copy? I can give you a paper one.

It's up. It's up. It's on the monitor.

Q. (By Defense Attorney Quintero) Mr. Quindoza, one of the things that I noticed in this chart -- and correct me if I'm wrong -- is that you were able to analyze data going from April 1st, 2014, until April 5th, 2019; is that correct?

A. Yes, sir.

Q. All right. Now, in 2014, Equilibrium -- actually, Equilibrium was actually in business since 2003, correct?

A. I can't remember what the enrollment said about it.

Q. Well, you have it on a chart. One of your charts that

you prepared tells us when they got their first certification. And I believe, if I'm not mistaken, it's 2003, if I'm not mistaken.

A.  Okay.  I'll agree with that.

Q.  Okay.  So the person that got the certification from Medicare was Jeremy Waxman, correct?

A.  I don't --

Q.  You'll agree with me --

A.  I can't recall exactly what was listed in that summary.

Q.  Okay.  I believe it's on one of your other charts.

**DEFENSE ATTORNEY QUINTERO:**  Let's try 33.

**AUSA QUEENAN:**  I think it's 34 you want.

**DEFENSE ATTORNEY QUINTERO:**  Or 34.  Excuse me.

Thank you, Mr. Queenan.

Q.  (By Defense Attorney Quintero)  All right.  This gives us a pretty good picture of the owner of Equilibrium.  And it says "Jeremy Waxman."  And I correct myself.  It was 2006. January 4th, 2006, correct?

A.  Yes, sir.

Q.  And you have no information that Dr. Alexander was involved in Equilibrium in any manner, shape or form, correct?

A.  No, I do not.

Q.  All right.  So let's assume, based on this summary, that Mr. Waxman was the day-to-day owner and operator of Equilibrium. Correct?

A. Yes, sir.

Q. All right. And your charts begin to show a pattern between 2000 and let's say, '14 and let's say 2016, before Silent Hill ever billed a single claim. You did that examination for Equilibrium, and I believe that you put it on a chart, which I believe is 38 or 39.

**AUSA QUEENAN:** 37.

**DEFENSE ATTORNEY QUINTERO:** 37.

Can you bring up 37.

Q. (By Defense Attorney Quintero) Okay. So if we take a look at this chart, we know that before Silent Hill ever began operating -- and these are your numbers, and this is your analysis -- Jeremy Waxman was involved in committing or filing fraudulent claims on behalf of his company, Equilibrium. Actually, he did it from 2014 to 2019, correct?

A. Was he submitting false claims?

Q. Yeah.

A. That is the assumption.

Q. Okay. And it's a pretty good assumption, based on your experience as a fraud investigator. You're actually a certified fraud examiner, correct?

A. No, sir.

Q. Okay. But you're a fraud investigator and have experience for 40 years in this business, correct?

A. Yes, sir.

**162**

Q.  And so looking at what you saw as the data for Equilibrium, you could conclude that Mr. Waxman was involved in fraud since 2014, correct?

A.  I cannot conclude that by just numbers.  I can assume that they suggest fraud.

Q.  All right.  Do you have any doubt that Mr. Waxman was committing fraud since 2014?

A.  I don't know that answer.

Q.  Okay.  Is there any data that you put together that would allow you to conclude that Mr. Waxman was involved in fraud through Equilibrium at any point in time?

A.  Again, the data suggests that it looks like potential fraud, but I didn't investigate these entities, so I don't have any evidence that say that.  The data just points to it and strongly suggests --

Q.  Is that what --

A.  -- that it may be fraud.

Q.  I'm sorry.  Go ahead and finish your answer.  My apologies.

A.  That was it.

Q.  Okay.  But didn't you come up with a chart and tell the ladies and gentlemen of the jury that there were all these red flags in the Equilibrium --

**AUSA QUEENAN:**  Your Honor, the Government will stipulate that Jeremy Waxman committed fraud with Equilibrium

**163**

during this time period. Absolutely.

**DEFENSE ATTORNEY QUINTERO:** Thank you, Mr. Queenan. You're a gentleman.

Q. (By Defense Attorney Quintero) Now, you're an expert, so I'm going to give you a hypothetical.

Let's assume that Jeremy Waxman ran the day-to-day operations of Silent Hill. Dr. Alexander was never even there. The data that you put together from Silent Hill regarding the claims matched almost identical to the claims data that you analyzed for Equilibrium, correct?

A. As far as the patterns identified?

Q. Yeah.

A. Yes, sir.

Q. All right. Any doubt in your mind?

A. No, sir.

**DEFENSE ATTORNEY QUINTERO:** One more chart, please. 62.

(Discussion off the record.)

**DEFENSE ATTORNEY QUINTERO:** Could you look for 59, please. No. It's the one that has all the certifications for --

**AUSA QUEENAN:** For your client?

**DEFENSE ATTORNEY QUINTERO:** For Lawrence Alexander, Dr. Lawrence Alexander.

**AUSA QUEENAN:** That was 62.

**DEFENSE ATTORNEY QUINTERO**: Okay. Go to -- sorry -- 62. I was right.

Q. (By Defense Attorney Quintero) Now, you said that there was a series of certifications -- you know what --

(Discussion off the record.)

Q. (By Defense Attorney Quintero) Mr. Quindoza, I'm not as organized as you are.

**DEFENSE ATTORNEY QUINTERO**: 41, please.

Q. (By Defense Attorney Quintero) All right. You put together this chart?

A. Yes, sir.

Q. And you testified that the -- there were certification statements on August 12th, 2016; January 7th, 2019; January 14th, 2019; June 14th, 2019. Correct?

A. Yes, sir.

Q. And we already discussed that you can't tell us who filled out these certifications, who filed them, or anything along those lines, correct?

A. Correct, sir.

Q. But I do want to show you -- I want you to remember the June 14th, 2019, date. You claimed that that was a certification, correct?

A. Yes, sir.

Q. All right.

**DEFENSE ATTORNEY QUINTERO**: Would you please bring up

107R.

Q. (By Defense Attorney Quintero) Okay. You're familiar with this document, correct?

A. Yes, sir.

DEFENSE ATTORNEY QUINTERO: If you'll scroll to the second page, please.

Q. (By Defense Attorney Quintero) This is not a certification. This is a termination of Medicare enrollment?

A. Yes, sir.

Q. All right. So it's not a certification. It's a termination of enrollment, correct?

A. I understand that, but they still signed the certification page.

Q. I understand.

But this is not a certification. This is not another 855S application. It's a termination for the provider number, correct?

A. It is still an 855S.

Q. Okay.

DEFENSE ATTORNEY QUINTERO: Let's scroll to the second page, or the next page.

Next page, please. One more. One more.

All right.

Q. (By Defense Attorney Quintero) "Susan Alexander." Do you know who signed that? Do you know if it was Susan Alexander

**166**

or someone else?

A.  I do not know who signed it.

Q.  All right.  The Government showed you a fingerprint card.  Did you compare -- which is up there in that box.  Did you compare the fingerprint card signature -- which clearly that was -- I think you testified that was done at Miami-Dade Police Department, which means that Susan Alexander would have had to go with identification, be fingerprinted, and signed the card, correct?

A.  Yes, sir.

Q.  Did you compare the signature on that fingerprint card to any other signatures for Susan Alexander that you have available to you in this case?

A.  I can't do that.  I'm not a signature expert.

Q.  I'm not asking you whether you're a signature expert. But you're a human being, and you have good eyesight, and you can compare and look and you can decide whether they're the same signature --

A.  I understand.

Q.  -- or almost the same signature, correct?

A.  And because I am not a signature expert, I do not look.

Q.  So you don't, in the course of your fraud investigation, compare signatures to determine whether someone has signed a document or someone else signed a document for them.  Is that what you're telling me?

A. I don't do that.

Q. Okay. Nice to know.

**DEFENSE ATTORNEY QUINTERO:** Thank you very much. I have no further questions, Your Honor.

**THE COURT:** Redirect.

**AUSA QUEENAN:** Yes, Judge. Thank you.

If we could pull up Government's Exhibit 101B.

Government's Exhibit 43.

### REDIRECT EXAMINATION

**BY AUSA QUEENAN:**

Q. Do you remember this summary chart, Mr. Quindoza?

A. Yes, sir.

Q. Just to reorient everyone, is this the summary chart that shows the number of orthotics, the claims that were submitted for Silent Hill by quarter?

A. Yes, sir.

Q. Okay. Counsel just showed you some Secretary of State filings that listed not with Medicare, but with the State of Florida, Dr. Lawrence Alexander, and he told you he was an owner of that company; is that right?

A. Yes, sir.

Q. And he was listed in 2016 as an owner, and 2017 as an owner, and 2018 as an owner, and 2019 as an owner. Isn't that correct?

A. Yes, sir.

Q.  And was -- on those corporate records, was Jeremy Waxman listed?

A.  I don't recall.  I don't think so.

AUSA QUEENAN:  If we could turn to Government's Exhibit 39.

Q.  (By AUSA Queenan)  From 2016 to 2019, the years that Lawrence Alexander was an owner of the corporate record with the Secretary of State, were $5.96 million submitted to Medicare?

A.  Yes, sir.

Q.  And those are claims for the DME, which you mentioned there was indicia of fraud; is that correct?

A.  Yes, sir.

Q.  Counsel also showed you some exhibits from the Medicare file for Silent Hill; is that correct?

A.  Yes, sir.

Q.  Okay.  Prior to your testimony today, were you given access to and did you review an entire file for Silent Hill?

A.  I'm sorry.  I didn't hear you over the coughing.

Q.  I'm sorry.  Prior to your testimony today, were you given a copy to review of the entire Medicare file for Silent Hill?

A.  Yes, sir.

Q.  And in that file, is it fair to say there's 200 -- over 240 pages of documents?

A.  Yes, sir.

Q.  Are there many documents that we did not show you here today?

A.  Yes, sir.

Q.  Okay.  When it comes to the enrollment record, the application itself, did we review those applications in their entirety on your REDIRECT examination?

A.  Yes, sir.

Q.  Now, you mentioned why it was important -- on your REDIRECT -- on your REDIRECT, you said why it was important that Medicare knows who the owners are.  And you said there were two reasons.

Do you recall that?

A.  Yes, sir.

Q.  Do you remember what the two were?

A.  Yes.

Q.  What were they?

A.  Number one, Medicare program needs to verify -- or needs to do a background check of all owners of 5 percent or greater.  Secondly, if the provider is responsible for repayment of an overpay -- of an overpayment, Medicare needs to know who is financially responsible.

Q.  Okay.  And when Medicare determines who's financially responsible, how do they determine who the owner is?

A.  By what's listed on the application.

Q.  And what's reported to Medicare on the applications?

**170**

A.   Yes, sir.

Q.   And we've reviewed this.  But on the applications for Silent Hill, who was the listed owner?

A.   Susan Alexander.

Q.   Was anyone else listed?

A.   No, sir.

Q.   If Medicare came after Silent Hill for liability for overpayments, do they look at an IRS letter, or do they look at a document that's submitted for 855 with a certification as to who the owners are?

A.   The 855 application.

Q.   If we could look at one of the exhibits from that file that defense counsel reviewed with you.

**AUSA QUEENAN:**  I would like to pull up Defendant's Exhibit 55LA.

Just a brief moment, Your Honor.

**THE COURT:**  All right.

**AUSA QUEENAN:**  Your Honor, may we use the elmo for this.  And I'll be brief.  This is the last line of the redirect.

55LA.

Q.   (By AUSA Queenan)  Mr. Quindoza, do you remember being asked about site inspections?

A.   Yes, sir.

Q.   Okay.  As part of the Medicare file, do you keep site

**171**

inspection reports?

A.  The Medicare program does.

Q.  All right.  When someone's going out to conduct an initial site inspection to enroll a DME, what are they looking for?

A.  Several pieces of information.  There's essentially 32 specific pieces -- about 32 or so specific pieces of information that they're looking for:  first and foremost, who the owners are; tax ID information; insurance information; accreditation information; as well as a host of other pieces of information that they can verify.

Q.  For initial, is this more or less a checklist?

A.  Yes.

Q.  And when you're conducting an -- or conducting an initial site inspection report, is it for an investigation?

A.  Initial?

Q.  Initial.

A.  No.  It's to certify enrollment.

**AUSA QUEENAN:**  Just a brief moment, Your Honor.

Nothing further from the Government, Your Honor.

**THE COURT:**  Thank you.

You may step down.

Call your next witness.

**AUSA HOUGH:**  Your Honor, the United States calls Ellen Kelley.

**172**

**AUSA QUEENAN:**  Your Honor, may Mr. Quindoza be excused?

**THE COURT:**  Okay.

No objection?

**DEFENSE ATTORNEY QUINTERO:**  No objection, Your Honor.

**THE COURTROOM DEPUTY:**  Raise your right hand.

**ELLEN KELLEY,**

having been first duly sworn, was examined and testified as follows:

**THE WITNESS:**  I do.

**THE COURTROOM DEPUTY:**  Okay.  Please have a seat.  And state and spell your first and last names for the record.

If you can sit closer to the microphone.

**THE WITNESS:**  Okay.  My name is Ellen Kelley, E-l-l-e-n K-e-l-l-e-y.

**DIRECT EXAMINATION**

BY AUSA HOUGH:

Q.  Good afternoon, Ms. Kelley.

A.  Good afternoon.

Q.  Where do you live?

A.  Sperry, Oklahoma.

Q.  Are you currently retired?

A.  I am.

Q.  Where are you retired from?

A.  U.S. Department of Veterans Affairs.

Q.  How long did you work with them?

**173**

A.  My total federal employment was 32 years.

Q.  What were your roles while you were there?

A.  Ultimately, I was -- my classification was considered a decision review officer.  I handled appeals of veterans' claims that had been either denied or not fully granted.

Q.  Were you related to Ann Neely?

A.  I was.

Q.  How?

A.  She was my mother.

Q.  In 2018, were you the power of attorney for your mother?

A.  I was.

Q.  Did you manage your mother's healthcare as power of attorney?

A.  Yes.

Q.  How long did you manage her healthcare?

A.  I managed her healthcare from 2015 until her death in 2021.

Q.  I may be asking you to do a little bit of math here, but could you tell us, in November of 2018, what was the age of your mother?

A.  94.

Q.  In November of 2018, where did your mother live?

A.  She lived in an assisted living facility in Catoosa, Oklahoma.

Q.  And what was the name of that facility?

**174**

A.  Canoe Brook.

Q.  Can you just describe Canoe Brook a little bit and what an assisted living facility is.

A.  They have various levels of care.  She actually had a one-bedroom apartment, so she had a living room and, like, a little kitchenette and a bedroom and bath.

Q.  Did she receive medical care there?

A.  She had a primary care physician that was retained by the facility that provided routine medical care, checkups, monthly or more often as needed.

Q.  In 2018, do you know the name of that medical provider?

A.  Dr. Rebecca Wright.

Q.  Did Dr. Wright see Ann Neely at the assisted living facility?

A.  Yes, she did.

Q.  When I say "see," I mean, did she treat her there?

A.  Yes.  She was the physician that monitored her regular health, prescribed the routine medications, saw her if there were any unusual symptoms.

Q.  And going back a little bit, where was the assisted living facility where your mother lived?  Where was that located?

A.  Catoosa, Oklahoma.  It's a suburb of Oklahoman City -- or I'm sorry.  It's a suburb of Tulsa, Oklahoman.

Q.  Did you visit your mother there often?

A.  Yes.

Q. In 2018 specifically, how often would you visit her?

A. At least once a week, usually twice.

Q. Did she have any sort of medical appointments outside of that facility in 2018?

A. Yes.

Q. Did you attend those appointments with her?

A. Yes. I took her to those appointments because she didn't drive.

Q. Now, specifically in 2018, did your mother have any sort of issues with her cognition?

A. Not significant that I would term.

Q. Can you describe whether or not she was a trusting person?

A. Very trusting.

Q. Why do you say that?

A. It just never occurred to her that anybody would be dishonest, and she didn't want you to question someone's honesty.

Q. In 2018, around November, was your mother receiving a lot of telemarketing calls?

A. I don't know. I can't be sure.

Q. As power of attorney in 2018, did you have access to your mother's medical records?

A. Yes, I did.

Q. Did you also receive and pay all of your medical -- all of your mother's medical bills in 2018?

**176**

A. Yes, ma'am.

Q. Would it be fair to say, then, that receiving those bills, that you knew who your mother's treating physicians were in 2018?

A. Yes.

Q. Now, around November of 2018, who were the medical providers that your mother saw outside of the assisted living facility that you've previously discussed?

A. The orthopedic specialist at Tulsa Bone & Joint. There were a few -- and different cardiologists at Saint Francis Hospital and their medical clinics. And then they had a separate heart clinic that was responsible for oversight of her pacemakers. So that was a different branch of medicine.

Q. I want to focus specifically on the orthopedist.

Did you attend the appointments with your mother, Ann Neely, for those --

A. Yes.

Q. -- for that doctor?

A. Yes.

Q. Thank you.

Do you know if she was prescribed a brace by that doctor in 2018?

A. Yes.

Q. Can you describe it.

A. It was kind of a soft, but it had a few strengthening --

**177**

I guess those are called "stays."  But they used to somewhat immobilize her wrist after surgery.

Q.  And so you said that she had a surgery.  Now, how long was your mother told to wear that brace by her orthopedist?

A.  I believe six weeks, and then she was discharged from using that.

Q.  Do you remember when in 2018?

A.  I know that her surgery to repair the wrist and the brace were both in April of 2018.

Q.  Was Medicare your mother's insurance primary provider in 2018?

A.  Yes.

Q.  Did your mother receive a large box of orthotic braces in the mail in November of 2018?

A.  Yes.

Q.  Where did she receive?

A.  She received them at Canoe Brook.

Q.  Is that the assisted living facility where she was living?

A.  Yes, the assisted living facility.

Q.  Now, did you actually have an opportunity to view what was inside of that box?

A.  Yes.

Q.  What was inside?

A.  There was a wrist brace, a shoulder brace and a back

**178**

brace.

Q. Can you please describe the wrist brace.

A. The wrist brace was rigid. It was black. And then that was kind of -- that was the startling thing: it was a black. And it had rigid metal supports, and it was very large.

Q. Now, at this point in November of 2018, did your mother have an issue with her wrist?

A. No.

Q. Was she currently being treated by that same orthopedist at this point in time in 2018?

A. No, not for the wrist.

Q. Was this wrist brace prescribed by an orthopedist -- I'm sorry -- the orthopedist that your mother was seeing in 2018?

A. No.

Q. Do you know if it was prescribed by any of her treatment providers?

A. It was not.

Q. Would it have been fair to say at this point in November of 2018 that your mother had constant, persistent wrist pain for about five years at this point?

A. No.

Q. Why is that?

A. She'd only broken her wrist earlier in 2018, the end of March or the 1st of April. She had previously broken that wrist 20 years before, but she didn't complain with it. My mother was

**179**

very crafty up until the day she died.  Well, up until the last year of her life.

She was constantly knitting, crocheting.  She took up oil painting at the age of 91.  She was constantly using her hands.  And crocheting and knitting required continuous wrist movement.  She could not have accomplished that if she was experiencing constant pain.

Q.  Do you remember if that was something that she was doing in November of 2018?

A.  The knitting and crocheting?

Q.  Yes.

A.  Yes.

Q.  I want to next move to the back brace that you saw in the box.  Can you please describe this back brace to the jury.

A.  It was probably about this tall, I'm guessing, a foot, 10, 12 inches.  It was black.  It was very large.  And my first impression was, "This was made for a football player."

Q.  Let's go back a little bit.  Can you describe, in November of 2018, your mother, Ann Neely's physical appearance.

A.  She was about 5-foot tall.  Weighed somewhere between maybe 110, maybe 120 pounds.  She was very frail.  She was small.

Q.  Do you remember -- in November of 2018, did your mother at this point in time have constant, persistent back pain for five years?

A.  No.

180

Q. Do you know if any of her treatment providers prescribed her this back brace that you viewed in the box?

A. No.

Q. Now, lastly, you stated that there was a shoulder brace inside of the box. Can you please describe to the jury what that shoulder brace was like.

A. If you've ever seen someone that had rotator cuff repair when they have their arm kind of out like this, that's what that brace looked like. That's what it was designed for.

Q. And when you say "arm out like this," just because we have a record, was that your left arm, and it was extended to your side, probably about the same, I guess, height of your shoulder?

A. Right. It would almost kind of hold your shoulder out straight. I guess your elbow would be at 90 degrees, and your hand at your waist.

Q. Now, at this point in time, did your mother have any sort of issues with her shoulder?

A. No.

Q. To your knowledge, did any of your mother's medical providers prescribe her the shoulder brace that you saw in the box?

A. No.

Q. So were you expecting any of these braces?

A. No.

Q. Was your mother able to use any of the braces in the box?

A. No, she was not.

Q. What did you do with them?

A. I took them to my house, because I -- she didn't want them. She couldn't even pick up the box. And she just wanted us to move them. She said she didn't know where they came from. So I took them to the house and started trying to figure out why we had these.

Q. What happened next?

A. Inside the box, there was -- I think it was labeled a shipping invoice, and it had the name of a company and an invoice number on there. So I researched and found a number to call. I think it was Silent Hill.

And the woman answered the phone "hello," which I thought was odd if I was calling a company. And I explained that my mother had received these braces that were not prescribed. She didn't know why she had them, and that they needed to be returned.

Q. Were you able to eventually return these braces?

A. In July of 2019, I was able to return the braces.

Q. Had you previously called almost immediately upon receipt of the braces?

A. Yes. Within a day or two.

Q. And when you received the braces, was that in November?

A. Yes.

Q. Did you file any sort of complaint regarding the braces that your mother received?

A. Yes. I contacted Medicare fraud line, because as soon as I talked to the woman who identified herself as Silent Hill, it was fairly obvious that this was just not right.

Q. Do you remember where you ended up returning the braces to, anything about the address?

A. It was in Florida.

Q. Do you remember if you returned it to the company Silent Hill?

A. Yes, I did. That was -- that was the name on the shipping label that they ultimately sent to me.

Q. Do you know what a telehealth doctor is?

A. I think I do.

Q. Would you be able to say whether or not your mother was treated by a telehealth doctor in November of 2018?

A. I couldn't be positive, but it's my understanding telehealth is primarily something that requires visual observation by electronic means or something. My mother did not have access to any electronic device or anything with Wi-Fi. So if telehealth was just by normal landline telephone, I suppose it's possible.

Q. But you -- in general, did you ever participate in any sort of telehealth visit with your mother and a provider?

**183**

A. No. No.

Q. Was Dr. David Young one of your mother's doctors?

A. No, ma'am.

Q. Did you ever take your mother to Texas to see a doctor?

A. No.

AUSA HOUGH: Your Honor, may I have a moment to confer?

THE COURT: All right.

(Discussion off the record.)

AUSA HOUGH: No further questions at this time, your Honor.

THE COURT: Thank you.

DEFENSE ATTORNEY EILARSH: Your Honor, we have no questions.

THE COURT: Thank you.

DEFENSE ATTORNEY QUINTERO: Your Honor, we offer Ms. Kelly condolences but we have no questions.

THE COURT: You may step down down. Call your next witness.

AUSA HOUGH: Your Honor, the United States calls Justin Cain.

THE COURT: Raise your right hand.

**JUSTIN CAIN,**

having been first duly sworn, was examined and testified as follows:

THE WITNESS: Yes, your Honor.

**184**

THE COURT:  Please have a seat.  Please state your name and spell your last name.

THE WITNESS:  Yes.  Good afternoon.  My name is Justin Cain, last name is C-a-i-n.

DIRECT EXAMINATION

BY AUSA HOUGH:

Q.  Good afternoon, Mr. Cain.

A.  Good afternoon.

Q.  Where do you work?

A.  I work for hew Humana Health Insurance.

Q.  What is Humana?

A.  Humana is the health insurance company that provides coverage for members.

Q.  What is your current role?

A.  My current role is a manager within our special investigations unit.

Q.  Can you tell a little bit more about what is the special investigations unit?

A.  So our unit is tasked with investigating any allegations of potential fraud waste and abuse in the healthcare industry.

Q.  How long have you worked with Humana?

A.  I've been with Humana since 2015.

Q.  Specifically in your role as an SIU manager, what do you do?

A.  I oversee teams of investigators that investigate those

**185**

potential allegations of fraud waste and abuse in the health insurance industry.

Q. Did you have prior roles at Humana?

A. Yes.

Q. Can you please tell us about them.

A. Sure. So prior to a manager, I was an investigative lead over our laboratory team. And then prior to that, I was a Medicare investigator for a year once I joined Humana.

Q. Prior to Humana, what did you do for work?

A. I was a special agent with the Medicare, excuse me, the Medicare Fraud Control Unit with the Ohio Attorney General's Office.

Q. How long did you do that for?

A. For about four years.

Q. What is your educational background.

A. So I have two bachelor's degrees from Wingate University in Charlotte, North Carolina.

Q. And do you have any certifications?

A. Yeah. I also have a certified fraud examiner's certification.

Q. What is that?

A. It is a nationally recognized certification that I had to attend a number of trainings as well as a number of hours of curriculum and had to take a 400-question test.

Q. When did you earn that?

A.  In July of 2021.

Q.  Do you have any additional training in fraud or waste and abuse?

A.  Yes.  So we attend yearly trainings through our company as well as through the National Healthcare Anti-Fraud Association certifications as well as other state and federal training programs as well.

Q.  I'm going to transition and talk to you specifically about Medicare.

Do you know what a managed care organization is?

A.  Yes.

Q.  What is it?

A.  So a managed care organization, such as Humana, we are contracted through Medicare to provide managed care, or Medicare Advantage, to members that are Medicare eligible as well as we have commercial insurance as well as Medicaid as well.

Q.  Is Humana then considered to be a federal healthcare benefit program?

A.  Yes.

Q.  Are you familiar with Medicare Part C?

A.  Yes.

Q.  Can you briefly describe what it is?

A.  Yes.  So Medicare Part C is also that Medicare Advantage where we are contracted with Medicare to provide coverage in coordination of Medicare members' benefits.  So their insurance,

so there's, Part A, Part B, which would be your physician visits, hospital stays.  As well as we offer other services such as pharmacy, like prescriptions, also dental and vision coverage as well.

Q.  You said Humana is contracted with Medicare Part C. Can you just explain how Humana part of Medicare Part C.

A.  So we are, essentially, when we're contracted, we have to abide by all the Medicare rules and regulations, as well as we are funded by Medicare dollars for those beneficiaries.  And we cover that for each one of those members based upon our policies.

Q.  Would it be safe to say that Humana is a planned sponsor to Medicare Part C?

A.  Yes.

Q.  Now, at a high level, are you familiar with how Humana processes claims for Medicare beneficiaries?

A.  Yes.  At a high level, yes, ma'am.

Q.  Could you just briefly describe that "at a high level" for the jury.

A.  So when a provider submits a claim to Humana, it would go through a process to look at is this claim appropriate for that member, the services that they received, does it fit within that member's plan benefit.  It will then identify should we allow that claim or deny that claim.  So it goes through an automated process.

Q.  Let's go back through that a little bit slower and take

**188**

it piece by piece.  What is a claim?

A.  So a claim is information submitted by a provider, like a physician or an entity, that can provide medical services. They will submit a claim to Humana to seek reimbursement for services for which they've provided.

Q.  What is a provider?

A.  So a provider's any medical practitioner or medical entity or company that provides a medical service for beneficiaries and patients.

Q.  Do you know what durable medical equipment is?

A.  Yes.

Q.  What is it?

A.  Durable medical equipment, also known as DME, are devices, such as items like braces, orthotics, wheelchairs that can withstand repeated use that serve a benefit to members.

Q.  Could a DME supply company be a provider?

A.  Yes.

Q.  And going back to claims, what specific information is included within that claim to Humana?

A.  So when a claim is received, it will have the member's information.  So they're, in this case, a Medicare ID or their Humana ID.  It will also have the date of service.  It'll have their provider information, the name of the provider, the tax ID number for that provider and the national provider identifier, also known as NPI.  It'll indicate the codes that were being

189

billed by the provider for the services for which they provided.

It will also have a -- an amount that the provider is charging for that service.  And then it will also show, once the claim processes, what we would allow on that claim to be paid out based upon that member's plan and their benefits.

Q.  The codes you mentioned, could they be known as CPT codes?

A.  Correct.  Yes.

Q.  Can you explain to the jury what that is.

A.  That's the current procedural terminology.  So these are codes that are identified specifically for a service that is being provided.  So for DME, like in orthotics, like a brace, a wrist brace, a knee brace, a back brace, they will each have their own individual code for what it being provided to that member.

Q.  So how would a provider, like a DME supply company then submit a claim to Humana?

A.  Typically, the claims are received electronically, through either a clearing house or directly through one of our portals with Humana.

Q.  Breaking that down as well, so you said "typically submitted electronically."  Why is that?

A.  It's more efficient that way.  And that way, we get claims potentially real time and we also get a large number of claims.  So it also makes it easier for the providers to submit

**190**

claims for reimbursement.

Q. Does Humana have patients around the country?

A. Yes.

Q. So when you say "a large number of claims," can you somehow quantify that per day?

A. Thousands. I mean, it's voluminous, the number of claims we get on a daily basis.

Q. Where would Humana receive the electronic claims that are submitted?

A. In our servers within the state of Kentucky.

Q. So would it be fair to say that those servers are located outside of the state of Florida?

A. Yes, ma'am.

Q. And specifically, when a provider is submitting a claim to Humana, how are they going to actually do this electronically?

A. So they will put in their -- either create a portal with Humana, like in a direct claim submission, or they can use one of our clearinghouses, which helps to get the information from the provider and put it into a format for which Humana would receive that claim and then process that claim accordingly.

Q. When you say "portal," is that something that you can just log in online? Or can you explain a little bit more.

A. Yes. It's through the Humana.com website. You can create a provider portal through Humana.

Q. Now, once a provider submits a claim to Humana

electronically, is Humana's review process after that automatic?

A. Most generally, yes.

Q. Why is that?

A. Due to the volume of claims that we receive, we want to get these claims processed accordingly, quickly, as well as to get the reimbursement back to the provider so they can continue to provide that care to our members.

Q. Would it be fair to say that Humana uses a trust-based system?

A. Yes.

Q. Would it be possible for a person to view every claim submitted to Humana electronically?

A. No.

Q. Why is that?

A. Due to the volume for which we receive claims.

Q. Are you familiar with the Federal Anti-Kickback Statue?

A. Yes, I am.

Q. What is your knowledge of what it prohibits?

A. So the Anti-Kickback Statue basically prohibits anybody from directly or indirectly receiving anything of value in exchange for or to induce patient referrals.

Q. So does the Anti-Kickback Statue apply to Humana as a planned sponsor to Medicare Part C?

A. Yes.

Q. Do you know why?

A. Because we are a federally fund program as a Part C managed care organization.

Q. Now, if a claim for an orthotic brace was submitted to Humana by a provider and that claim was based on a kickback, would it be reimbursable?

A. No.  It would not.

Q. Why not?

A. Because it violated that federal statute.

Q. Now, are you familiar with any resources that providers, like DME supply companies, can go to to learn about the rules and regulations that govern plan sponsors like Humana?

A. Yes.  So they can go to our website from our provider portals.  We give that information there.  Also on the Medicare learning network as well as CMS's website, they can obtain that information also.

Q. Does Humana, I'm sorry, does Humana record all of the claims that are submitted electronically by providers?

A. Yes.

Q. Do they record all claims in general that are submitted by providers?

A. Yes.

Q. Would that be referred to as 'claims data'?

A. Correct.  Yes.

Q. In preparing for your testimony today, did you review Humana claims data for the following DME providers.  Equilibrium

Medical Supply, Inc., Silent Hill Bracing and Orthopedic, West Bay Medical Supply, Inc., Active Assist DME, Inc.?

A. Yes. I did.

Q. What format was the claims data that you reviewed?

A. It was electronic through like an excel spreadsheet.

Q. What kind of information is on that excel spreadsheet?

A. So it will list the date of service, the providers' information, there, like again, their name, their NPI, tax ID number. It'll have the members' information, the line of business So if it's a commercial Medicare, Medicaid claim, it'll show the Medicare member.

THE COURT REPORTER: Slow down.

THE WITNESS: Oh, sorry. Yes, ma'am.

So it will have the specific information for the member, the member's ID, their date of birth, and you know, demographic such as that. It'll also have the CPT codes that I mentioned earlier, which are the specific codes of the items that the provider had or the services that the provider had provided, the charged amount, or the billed amount, by the provider and then what the reimbursement was from that particular claim.

Q. (By AUSA Hough) Now, could the claims data pulled on a particular date be described as a point in time screen shot of claims data?

A. Yes.

194

Q. Can you explain that a little bit more to the jury. What does that mean?

A. So we pulled data from our systems, it would be as that time, right. So it shows everything prior to that date; what has been submitted, what has been processed, and what has been essentially adjudicated through our system, like paid out or denied, based upon our system edit or based upon the member's plan. So it will show it as of that point.

AUSA HOUGH: Your Honor, at this point, the Government is going to ask to approach the witness.

THE COURT: Okay.

AUSA HOUGH: And your Honor, I'm going to show a CD. And it has Government's 103A, 103B, 103C, 103D, and 103E.

DEFENSE ATTORNEY QUINTERO: No objection.

DEFENSE ATTORNEY WAX: No objection, your Honor.

THE COURT: Be admitted.

(Government's Exhibits 103A was admitted into the record.)

(Government's Exhibits 103B was admitted into the record.)

(Government's Exhibits 103C was admitted into the record.)

(Government's Exhibits 103D was admitted into the record.)

**195**

(Government's Exhibits 103E was admitted into the record.)

Q. (By AUSA Hough)  Mr. Cain, just to clarify:  Is that the claims data that you reviewed for this case?

A. Yes.

Q. How do you recognize it?

A. With my signature, or my initials, at the bottom as well as the date that I initialled it.  And it's what I looked at that contains the claim data for Humana.

Q. And is this for the four DME providers that we just discussed?

A. Yes.

Q. So in reviewing that CD, can you quantify the amount of claims data that you were tasked with reviewing for this case?

A. Voluminous in that sense.  There's quite a few claims on there.

Q. When you say "quite a few," can you quantify?

A. The volume was extensive.

Q. Did you prepare a summary chart based on your review of the records on that CD?

A. I did.

AUSA HOUGH:  Your Honor, at this time, if I could just show the witness, it has not been admitted, Government's Exhibit 87.

DEFENSE ATTORNEY QUINTERO:  No objection.

**DEFENSE ATTORNEY WAX:**  One moment, your Honor.  No objection.

**THE COURT:**  It's admitted.

(Government's Exhibit 87 was admitted into the record.)

**AUSA HOUGH:**  Your Honor, may we publish to the jury?

**THE COURT:**  All right.

**AUSA HOUGH:**  Your Honor, I believe we have to turn off the elmo and then transition to the screen.

Thank you.

Q.  (By AUSA Hough)   Are you able to see Government's Exhibit 87?

A.  Yes, I have.

Q.  Now, having reviewed the claims data on this CD, did you complete calculations based off of that review?

A.  I did.

Q.  Are they presented on the summary slide?

A.  Yes.

Q.  Okay.  Can you first tell us what was the approximate total amount billed to Humana by Active Assist for Medicare?

A.  The charged amount was $89,122.98.

Q.  And can you specifically say what the time period was for for this chart?

A.  It was for any claim submitted up to February 14th, 2021.

Q.  Did you previously explain that that was the time screen

**197**

shot for the data that you reviewed?

A.  Yes.  Correct.

Q.  Now, moving along, what was the approximate total amount paid to Active Assist by Humana from Medicare?

A.  It was $17,826.89.

Q.  What was the approximate total amount billed to Humana by Silent Hill from Medicare?

A.  $241 -- $241,046.

Q.  What was the approximate total amount paid to Silent Hill by Humana for Medicare?

A.  $79,664.54.

Q.  Now, obviously locking at these numbers, there's is an discrepancy in the about that is actually charged and the amount that is paid.  Can you please explain to the jury why that is.

A.  So the amounts are different as the providers submit the claims for which they indicate is what they're going to charge and what they believe is the charge for that particular service. But the, based upon the member's plan, it may pay different amounts because it may not be eligible for that or it could have gone through another system edit within Humana to look at the claim, the member's information, and the services billed and determined if it was a claim that we would pay based upon that information.

Q.  Now, is this standard practice for Humana?

A.  Yes.

**198**

Q. Okay. Would it be -- so just to clarify, this isn't something specific for these two DME supply companies?

A. No.

Q. Okay. So for the electronic claims on the CD that you reviewed and you created a summary slide, can you say where specifically Humana received these claims?

A. It would have been through our servers in Kentucky.

AUSA HOUGH: Your Honor, may I have a moment to confer?

THE COURT: All right.

AUSA HOUGH: No further questions at this time. Thank you.

THE COURT: Thank you. Cross.

DEFENSE ATTORNEY EIGLARSH: We have no questions, your Honor.

DEFENSE ATTORNEY QUINTERO: No questions, your Honor.

THE COURT: Thank you. You may step down.

Call your next witness.

AUSA WAGNER: Your Honor, may I approach and retrieve those CDs?

AUSA HOUGH: Your Honor, the United States calls Amanda Wolfe.

THE COURT: All right.

AUSA HOUGH: Thank you.

THE COURTROOM DEPUTY: Raise your right hand.

**AMANDA WOLFE,**

having been first duly sworn, was examined and testified as follows:

THE WITNESS:  I do.

THE COURTROOM DEPUTY:  Please have a seat.  Draw near the microphone.  State and spell your first and last name for the record, please.

THE WITNESS:  Okay.  Amanda Wolfe.  A-m-a-n-d-a, W-o-l-f-e.

**DIRECT EXAMINATION**

BY AUSA HOUGH:

Q.  Good afternoon, Ms. Wolfe.

A.  Good afternoon.

Q.  Where do you work?

A.  United Healthcare.

Q.  What type of company is United Healthcare?

A.  They're a Medicare Advantage organization for health insurance.

Q.  Where is that located?

A.  Our headquarters is in Minnetonka, Minnesota.

Q.  What is your position there?

A.  I'm a senior regulatory adherence analyst.

Q.  How long have you worked at United?

A.  17 years.

Q.  What do you do in that position?

A.  I work on our audits, both internal and external.  And I am responsible for when the new regulations come in, making sure that our claims system pay them appropriately.

Q.  What were your prior roles at United?

A.  I was a claims processor when I first started.  And then I worked in rework.  And then I went to my current role.

Q.  What is your educational background?

A.  I have a bachelor's degree in management information systems from UW Eau Claire in Wisconsin.

Q.  I want to transition and talk specifically about Medicare.  Is United a managed care organization?

A.  Yes.

Q.  Does United, as a managed care organization, contract with Medicare?

A.  Yes.

Q.  Is United considered a federal healthcare benefit program?

A.  Yes.

Q.  Would it be safe to say then that United is a planned sponsor for Medicare Part C?

A.  Yes.

Q.  Are you familiar with how United processes claims for Medicare members?

A.  Yes.

Q.  Can you tell us where are the electronic claims received

**201**

by United?

A. They go into a data -- they go into -- in Minnesota on a server.

Q. And these are for electronic claims; is that correct?

A. Correct.

Q. And then are most claims that are actually submitted to United by providers, are they electronic?

A. Yes, they are.

Q. Would United be able to review each and every claim by a provider if they did this by hand by human?

A. No. We would be years behind.

Q. Does United initially trust that providers are making legitimate claims?

A. Yes.

Q. Are you familiar with the term 'DME'?

A. Yes.

Q. What does it stand for?

A. Durable medical equipment.

Q. Do you order orthotic braces?

A. Yes.

Q. Would it be considered DME?

A. Yes.

Q. Does United provide coverage for orthotic braces?

A. Yes.

Q. Are these refers to as 'L codes'?

A. Yes.

Q. What is that?

A. It's a code that the medical community uses to input it in the claim so we know the specific item that they're billing for.

Q. Are you familiar with the Federal Anti-Kickback Statue?

A. Yes.

Q. What is your knowledge of what it prohibits?

A. Providers aren't allowed to refer patients in exchange for money.

Q. When you say "refer patients," would that be a doctor's order?

A. Yes.

Q. Does ant Anti-Kickback Statue apply to United as a plan sponsor for Medicare Part C?

A. Yes.

Q. If a claim for an orthotic brace was submitted to United by a provider and it was based on a kickback, would it be reimbursable?

A. No.

Q. Why not?

A. Because it would be illegal.

Q. Does United keep a record of all the claims that's submitted by providers?

A. Yes.

Q.  Is that referred to as the 'claims data'?

A.  Yes.

Q.  Now, in preparing for your testimony today, did you review United claims data for the following four DME providers: Silent Hill Bracing and Ortho Supplies, LLC, Active Assist DME, Inc., West Bay Medical Supply, Inc., and Equilibrium Medical Supply?

A.  Yes.

Q.  What format was the claims in that you received?

A.  They are an excel spreadsheet on a CD.

Q.  Are you familiar with how the claims data is captured and stored at United?

A.  Yes.

Q.  Is it captured at the time the claim is submitted?

A.  Yes.

Q.  So if you were to pull claims data on a particular date, would it be a point in time screen shot of a claim?

A.  Yes, it would.

**AUSA HOUGH:**  Your Honor, may I approach the witness?

**THE COURT:**  All right.

**DEFENSE ATTORNEY QUINTERO:**  No objection, your Honor.

**DEFENSE ATTORNEY WAX:**  No objection.

**AUSA HOUGH:**  Your Honor, since there's no objection, could the Government admit Government's 102 and 102A?

**THE COURT:**  Admitted.

(Government's Exhibits 102 were admitted into the record.)

(Government's Exhibits 102A were admitted into the record.)

Q. (By AUSA Hough) Now, Ms. Wolfe, that CD that I just handed you, do you recognize it?

A. Yes.

Q. How do you recognize it?

A. My initials are on it and I dated it yesterday or Monday.

Q. So did you review all the claim data that's on that CD?

A. Yes.

Q. This is for the four DME providers that we just discussed?

A. Yes, it is.

Q. Now, based on the reviewing that information, did you create calculations determining the amounts billed and paid for Active Assist and Silent Hill?

A. Yes.

Q. Specifically, for Active Assist, did you calculate that Active Assist billed United $161,297 over a period of time?

A. Yes.

Q. Now, in terms of the period of time, in reviewing the claims data, was it captured on February 17th of 2021?

A. Yes.

**205**

Q.  Moving forward, based off this same period of time, did you calculate that United paid Active Assist $14,868.48?

A.  Yes.

Q.  Specifically for Silent Hill, did you calculate that Silent Hill billed United 1,654,930 -- I'm sorry. $1,654,939?

A.  Yes.

Q.  Did you calculate specifically for Silent Hill that United paid Silent Hill $438,446.22?

A.  Yes.

Q.  Now, clearly, there's a discrepancy between the amount billed and the amount paid to both Active Assist and Silent Hill. Can you please explain that?

A.  Sure.  We pay each claim on a fee-for-service basis.  It has a set fee schedule that we get from the Government.  So if they bill a hundred dollars and the fee schedule is ten, we only pay ten.  It doesn't matter what the bill was.

Q.  Is this standard practice for United?

A.  Yes.

Q.  For the claims data that's on this CD that you reviewed, can you specifically say where United received the claims from this CD?

A.  They all came from a provider, the provider's listed on the CD are in Florida.

Q.  And where was United located when they received the electronic claims?

**206**

A.  Minnesota.

AUSA HOUGH:  Moment to confer, your Honor.

THE COURT:  All right.

AUSA HOUGH:  No further questions at this time.  Thank you.

DEFENSE ATTORNEY EIGLARSH:  No questions, your Honor.

DEFENSE ATTORNEY QUINTERO:  No questions, your Honor.

THE COURT:  You may step down.

AUSA QUEENAN:  Judge, may Ms. Wolfe be excused?

THE COURT:  All right.

AUSA QUEENAN:  The Government calls Emmanuel Silva.

THE COURTROOM DEPUTY:  Please raise your right hand.

**EMMANUEL SILVA,**

having been first duly sworn, was examined and testified as follows:

THE WITNESS:  Yes.

THE COURTROOM DEPUTY:  Okay.  Please have a seat. State and spell your first and last name for the record, please.

THE WITNESS:  Okay.  It's Emmanuel Silva. E-m-m-a-n-u-e-l, S-i-l-v-a.

**DIRECT EXAMINATION**

BY AUSA QUEENAN:

Q.  Good afternoon, Mr. Silva.  Can you hear me okay.

A.  Yeah.  Just fine.

Q. Where are you from?

A. South Florida.

Q. How old are you?

A. 42.

Q. How long how far did you get in school?

A. I graduated high school. Some college.

Q. At some point, did you own and operate a company called U.S. Care Associates?

A. Yes.

Q. Who owned that company?

A. Myself and my business partner, Franciso.

Q. What is your business partner's full name?

A. Francisco Ocasio.

**DEFENSE ATTORNEY QUINTERO:** I'm sorry, your Honor. I didn't I didn't get that. What was the last name?

**THE WITNESS:** Ocasio.

Q. (By AUSA Queenan) About how many employees did you have at U.S. Care Associates?

A. I mean, at the most, 50.

Q. What years did you own and operate that company?

A. 2015 to 2019.

Q. Where was your office located?

A. In Margate, Florida.

Q. How did U.S. Care make money?

A. We sold signed doctors' orders to DMEs.

Q. Did you do business with a DME company called Equilibrium?

A. Yes.

Q. Did you do business with a DME company called Silent Hill?

A. Yes.

Q. And did you do business with a company called West Bay?

A. Yes.

Q. Are you also familiar with a DME company called Active Assist?

A. Yes, I am.

Q. Do you know if you actually did any business with that company?

A. I can't say a hundred percent if we did.

Q. Who's the primary person that was your point of contact for those DMEs?

A. Would have been Jeremy Waxman.

Q. Now, did you plead guilty to a crime for your involvement in U.S. Care Associates?

A. Yes.

Q. What crime did you plead guilty to?

A. Conspiracy to commit healthcare fraud.

Q. And have you been sentenced to a prison term?

A. Yes.

Q. Is that prison term 72 months?

A. Yes, it is.

Q. Are you testifying today pursuant to a plea agreement with the Government?

A. Yes.

Q. So, under that plea agreement, what is your job here today?

A. Just to tell the truth.

Q. And what happens if you don't tell the truth?

A. I violate the plea agreement and, you know, and probably get more time added to my sentence.

Q. Could you be charged with any additional crimes?

A. I could be.  Yes.

Q. Well, what do you hope to get out of testifying today?

A. A reduction in my sentence.

Q. And who decides if your sentence is reduced?  Is it the Government or your judge?

A. It's the judge in my case.

Q. All right.  Just generally, as to the crime that you pled guilty to, can you just describe for the jury what you did.

A. Sure.  We sold signed doctors' orders for prescription orthotics like back braces, knee braces, things like that, to DME suppliers.  We sold durable medical equipment.

Q. Did that include selling them to Equilibrium, Silent Hill and West Bay?

A. Yes, it did.

**210**

Q.  Now, you mentioned Jeremy Waxman was your primary point of contact.  Do you recall around when you met Jeremy Waxman?

A.  It would have been the year 2014, 2015.

Q.  Now, when I say "met," in your life, how many times have you actually met face to face with Jeremy Waxman?

A.  Just one time.

Q.  Was it typical for you to do business with your DME clients not face to face?

A.  Yes.  It was typical.

Q.  And the first time you met it, was it in person?  Was it that one and only time?  Or was it over the phone or some other way?

A.  No. The first time I met him was over the phone on a conference call.

Q.  And what were the circumstances in terms of how you were introduced to him?

A.  I was introduced to him through Mindy Breitman, who was a biller for his company and somebody who had their client use our service.

Q.  So, when you said Mindy Breitman, you said "his company."  Who's 'he'?

A.  Did I say "he"?

Q.  You said, "Mindy Breitman was a biller for his company."

A.  For his -- for Jeremy Waxman's companies.

Q.  And by "companies," are you referring to the DME

companies?

A. Yes.

Q. And what's a biller?

A. The person who put through the claims to Medicare for payment for his DMEs, for Jeremy's DMEs.

Q. All right. Do you see this man right here?

A. Yes.

Q. Have you ever met this man?

A. No.

Q. Do you see this man here?

A. Yeah. I see him.

Q. You ever met that man?

A. No.

Q. Are you familiar with the name 'Lawrence Alexander'?

A. I am familiar with it, yes.

Q. And how are you familiar with that name?

A. His name appeared on some of our contracts for the -- for the DMEs.

Q. Does the name appear on a few contracts for DME Silent Hill?

A. Yes.

Q. Are you familiar with the name 'Dean Zusmer'?

A. I am familiar with the name Dean Zusmer, yes.

Q. And how are you familiar with that name?

A. His name appeared in an E-mail chain as a DME owner with

**212**

Jeremy.

Q.  Is that for Active Assist?

A.  For Active Assist, yeah.

Q.  I want to talk to you a little bit about your business though and your business model.  Okay.

A.  Okay.

Q.  You've already told us that U.S. Care Associates sold doctors' orders.

A.  Yes.

Q.  And that was illegal.  And that's why you're here.

What was the process for obtaining doctors' orders?  Can we talk about that?  Where does it start?

A.  Yes, sure.  It starts with an overseas call center that would solicit perspective Medicare recipients, people that were over 65.  And we would solicit them, or the overseas call center would solicit them for the orthotics braces, primarily backs, knees, shoulders, things like that.  They would contact them and try to ID areas of pain and put everything down in our system and then send it over to us is the first step.

Q.  Where are those overseas call centers located?

A.  Primarily in India, Egypt and the Philippines.

Q.  So these call centers are employed with telemarketers?

A.  Yes.

Q.  From these foreign countries?

A.  Yes.

**213**

Q.  And do these telemarketers, are they medical doctors?

A.  They're not.  No.

Q.  And during the calls, you said the telemarketers are trying to ask medical questions of the folks they're calling?

A.  Yes.

Q.  Now, who are they calling?  Are they target a specific population?

A.  Yeah.  People over 65.

Q.  And why is that?

A.  Because it was a higher likelihood that they had Medicare coverage as their primary insurer.  And the Medicare recipient are the ones that reimbursed for the orthotics.

Q.  So were the telemarkers given patient or calling off patient lists that were specifically Medicare beneficiaries?

A.  Primarily, they were supposed to be Medicare beneficiaries or diabetics, people that were diabetic.

Q.  During the call, if the telemarketer learned that the person on the phone was not a Medicare beneficiary, what would happen?

A.  They would end the call.

Q.  And why is that?

A.  Because the likelihood was that whatever insurance they -- insurance they did have would not reimburse for the orthotic that we were selling.

Q.  Are you familiar with the term 'upselling'?

**214**

A.  Yes.

Q.  What is upselling?

A.  It's just adding -- for us, it was adding multiple orthotics to the same patient's order.

Q.  What was the plan with these telemarketers?  What was their goal in terms of during each call?

A.  It was, you know, get as many orthotics as they could get identified where the patient might have had some pain and they could, you know, and they requested the orthotic and to get the accurate insurance information.

Q.  Was the call designed to induce the person on the phone to agree to accept the brace?

A.  Yeah.  To agree to accept the brace.  Yes.

Q.  And in many instances, during these calls, beneficiaries would agree to accept multiple braces; is that correct?

A.  Yes.  They would.

Q.  Now, did you own these call centers?

A.  No.

Q.  So what was your deal?  What was your business arrangement with the call centers?

A.  It varied per call center.  But it was primarily we paid them based on the amount of approved braces they got for each patient.

Q.  So what is it that you -- you received something from them.  What was it that you were paying for?

**215**

A. We were paying for the order, what eventually turned into a good doctor's order.

Q. What was the -- do you remember what the costs were per order, how your arrangement was?

A. Not specifically.  Each one, there was different sums. You know, as many as -- as much as a hundred dollars for the brace, some as little as, you know, 25 or $50, each one.

Q. Now, when you buy this, would you refer to what you're buying as a 'lead'?

A. Yes.

Q. And what happens when you buy that lead?  What's the next step in your process?

A. The next step in our process would be to have it go to what we termed our 'in-house verification team.'  And their primary goal was to make sure that the information taken by the overseas call center was correct, fix any spelling errors, date of birth errors, you know, get a little bit more of a detailed history about the areas of pain, you know, pain levels, that kind of thing.

Q. And where was that call center located?

A. In Margate, Florida.

Q. And how many employees at U.S. Care worked out at the call center operation?

A. The call center operation maybe as many as 20, you know, any given time, you know.  15 to 20.

**216**

Q.  Are you familiar with same and similar checks?

A.  Yes.

Q.  Can you explain to the jury what a same and similar check?

A.  So that would have been after the verification call.  We would send it to another team of people that would do eligibility checks which is just checking for making sure that the Medicare was still valid.  And then same and similar was checking to make sure that they hadn't received the same or similar product within a certain time span.

Q.  Did your company conduct same and similar checks?

A.  We like farmed it out.  We paid somebody else to do it.  But yeah.

Q.  But was it part of your process to?

A.  Process of our process.  Yeah.

Q.  And what would happen if one of leads you purchased from one of those beneficiaries on the other end of the telemarketing call, what if they failed that same and similar check?

A.  We would throw it away, essentially.

Q.  Now, if they passed the same and similar check, what's the next step in your process?

A.  The next step would have been to get assigned to the telemedicine doctor's office where they would match the patient up with a doctor who was licensed in their state.  The doctor would conduct the consultation, write the prescriptions that they

**217**

thought were viable, and then send it back to us.

Q. I want to talk to you about telemedicine here. What telemedicine company did you pay for the doctors' orders?

A. It was Dial4MD.

Q. And is that a company you owned?

A. It was, yes.

Q. Who did you own that company with?

A. The same person, my business partner, Francisco Ocasio.

Q. And the conviction that you have for conspiracy to commit healthcare fraud that you mentioned earlier, did that involve your operation of Dial4MD?

A. I believe so.

Q. How did Dial4MD obtain a signed doctor's order?

A. They assigned -- they had -- we assigned it to the doctor and the doctor filled it out either, you know, we either E-mailed it to them, the doctor's order kind of prefilled out. Or we had it in our CRM system, just like a patient management file, where the doctor could login and go through the process of doing theirs on line, kind of a consultation, picking and choosing the information they wanted. And it would self populate that way.

Q. Did any of these doctors, as far as you know, have a prior relationship with the patients that they were going to be writing these prescriptions for?

A. No, they didn't.

**218**

Q. Did you check?

A. Oh, we didn't check.  No.

Q. Is it fair to say it was just a random doctor that's licensed in the state in which that person lived.

A. Yes.  That's fair.

Q. Did you care if they had a prior relationship?

A. No.

Q. Fair to say these doctors didn't review any medical records related to this patient?

A. Right.  That's true.

Q. Did you care whether they reviewed medical records?

A. No.

Q. Fair to say all that doctor had was a document that was the result of telemarketing calls and information telemarketers gathered from the beneficiary?

A. Yes.

Q. Do you know if the doctors actually met with these patients face to face?

A. No, I don't -- they never did, as far as I know.

Q. Do you know if the doctor's ever conducted video and audio calls, simultaneously video at the same time?

A. I know the majority wouldn't have had the ability to do that.  No.

Q. Do you know if these doctors actually even called and spoke to some of these patients?

A. We could never say a hundred percent if they did. But they were -- we had asked them to do that. But there was no way for us to check.

Q. Did your company look into it?

A. You know, from time to time, we'd get complaints from patients saying the doctor never called. But we had a signed prescription. So we would follow-up that way.

Q. Now, in this, whether you're taking the leads from U.S. character and sending them to your other company, Dial4MD to have the doctor sign them, how often were doctors returning those orders signed as you requested them?

A. About 95 percent of the time.

Q. What would happen is a tele doctor had refused to sign the doctor's order that you had asked him to sign?

A. We're talking about just one?

Q. Do you recall if that ever happened?

A. Yeah. Doctors would deny prescriptions all the time. Yeah.

Q. About five percent. It sounds like it's 95 percent are being returned?

A. Yeah. 95 percent would get -- I would say when I say "95 percent," 95 percent would get at least one of the orthotics that they had requested during their call with the telemarketer.

Q. Now, what would happen after a doctor's order was returned to your company as signed?

**220**

A. Once it was returned signed, we would check it again for eligibility, for same and similar. And then we would assign it and we would send it off to get it signed for -- to the DMEs to be...

Q. Why are you checking this again? You just checked it.

A. Yeah. So usually, it's between 24 and 72 hours between the time when we assigned it to a doctor and when we receive the -- a signed prescription back. There were a lot of other companies like mine doing the same thing. And the patients, at this point, typically would agree to receive these braces from, you know, anybody that called them. And they would get a lot of calls, you know, three, four, five calls a day. And they would just, continuously say yes. And when we weren't checking, we'd get a lot of returns for same and similar, and things like. So we ended up checking again because there was just -- it was a lot of competition in the space, people trying to, you know, get them these braces as fast as possible. So we'd have to check it again to make sure that didn't happen in a 72-hour window.

Q. Basically a race to see who could bill Medicare for this first?

A. Yes.

Q. Did you care about the patient care and what they actually needed?

A. Did I personally care? I mean, I wanted them too, you know, I didn't want them to have braces they didn't need. But I

**221**

relied on the doctors for that opinion.

Q. Was this system set up to just go as fast as possible?

A. Yes.

Q. So what happens next?

A. So after they, assuming they passed eligibility and same and similar that second time, they would go to the back office of our company where they would get assigned to a particular DME. They'd be given, what we call, the welcome call just letting them know that we had their signed prescription and that they -- the DME would be shipping it out and they'd have it in the next couple of days.

Q. So you would just basically pick one of your DME clients to assign a scripted doctor to?

A. Yes.  I mean, DME kind of had different rules and, you know, states they would take and types of the particular products they wanted more or less of.  So we would have to assign it based on that.  And they had like a weekly order side that we had to account for.  So there were a few things that went into making that decision.  But essentially, it was just, you know, who was kind of next up.

Q. Was the beneficiary involved in making the decision in terms of which DME company was going to fulfill their doctors' order?

A. No, they weren't.

Q. What happened after it was assigned to one of their DME

222

clients?

A.  Then the DME that assigned it to would log into their end of our CRM management system.  And they could down load the prescription, ship it.  And send it off to their biller to have it billed.

Q.  I want to jump back into the beginning of this process when you mentioned that the foreign call centers were calling, you know, making calls.

How did they generate those leads for those initial calls?  Where did thought come from?

A.  They were, typically, just buying lists from, you know, data providers.

Q.  Do you know whether or not that could be just straight cold calling?

A.  Could be.  Yeah.

Q.  Do you know any other way in which these lists were generated?

A.  I mean, a lot of them one were, from what we found, were like old lists that they'd used over the years for different types of campaigns.  So yeah, it was a lot of like recycled data. A lot of these call centers were calling the same people, you know, consistently.

Q.  During your time owning and operating U.S. Care Associates, how much money did your business make selling doctors' orders?

223

A.  Like gross revenue was around 20 million.

Q.  And how much money did you profit for that?

A.  It was around 5 million.

Q.  What was illegal about selling doctors' orders?

A.  Well, it violated the Anti-Kickback Statue.  We were taking kickback money for Medicare reimbursements.

Q.  Did U.S. Care Associates enter into written agreements with their DME clients?

A.  We did.

Q.  Did those written agreements outline the illegal nature of your kickback arrangement?

A.  No. They did not.

Q.  Why not?

A.  Well, because, I mean, it wouldn't have made sense to do that.  We just wanted -- we just wanted something on paper that if Medicare or anybody came looking at the DME's marketing agreements, that they would be, you know, a compliant version of of market.

Q.  We're getting back to the agreements in a moment here.  But I do want to talk about those four DMEs.

So you mentioned that you sold these doctors' orders to a DME that you knew to be owned by Jeremy Waxman, Silent Hill, Active Assist and Equilibrium.  You mentioned that Ms. Breitman had introduced to you to Mr. Waxman; is that right?

A.  Right.

Q. What was the timeframe that you sold doctors' orders to Mr. Waxman and these DME companies?

A. It was around, you know, 2015 to 2019.

Q. And what were the actual terms of the arrangement you had with those DME companies?

A. So, I mean, the actual terms were they paid a certain amount of money every week and we filled that order with, you know, 'X' amount of braces, you know, based on the fee structure for those braces every week.

Q. So was that fee structure based on a price per brace?

A. Right.

Q. And how was this negotiated?

A. It really wasn't, you know, too much to negotiate because coming from Mindy, it was kind of predetermined what Mindy's clients were going to pay.  You know, maybe, you know, 25 or $50 less on certain braces based on, you know, the volume that they were going to have each and every week.  But not a lot of variance for Mindy's clients kind of had a set fee structure.

Q. Let me just follow up on that.  You say "Mindy's clients."  Was Mindy Breitman like a referral source for your business?

A. Yes.

Q. So did your business have set prices on what you charged per brace for the doctors' order?

A. Yes.

**225**

Q. And you say you gave a discount if it came from a Mindy Breitman referral?

A. Right.

Q. What were the items or services that were actually prescribed in those doctors' orders that you were selling?

A. You mean which orthotics are we talking about? Is that what you're --

Q. Yeah. Were you're selling prescriptions for?

A. Prescriptions for back braces, knee braces, wrist, elbow, ankle, cervical collar and shoulder. Those were the most common ones.

Q. For the DMEs that we're referring to, did you sell them doctors' orders for beneficiaries that were insured by Medicare Part B?

A. Is that the -- that's the replacement. Is that --

Q. Well, I'll ask you like this: What insurance coverage did the beneficiaries have for the prescriptions that you sold to Silent Hill, Equilibrium and West Bay?

A. So they either had what we called like straight Medicare, which was just like regular everyday Medicare. I don't really understand it any other way, but different parts. And then we had Medicare replacement, which was just replacement. The way I understood it was it was still Medicare, but it was just administered by a third party like United Healthcare, Aetna, something like that.

**226**

Q.  I want to go back to the pricing.

Was there a flat fee involved in what you negotiated with these DMEs?

A.  As far as what they paid weekly?

Q.  Yes.

A.  Yes.  So they each kind of had their own flat fee every week that they wanted to purchase, you know, the amount of products that they want, that kind of thing.

Q.  And when you say "they," you mean your DME clients?

A.  The DME clients, yes.

Q.  And with respect to Silent Hill, do you remember what that amount was approximately?

A.  It was average about ten thousand a week.

Q.  And again, I'm going to ask you specifically on Silent Hill, did you enter into any written agreements Silent Hill?

A.  Yes.

Q.  Do you recall if you entered into two separate agreements wise Silent Hill?

A.  Yes.

Q.  Do you remember the name of these two agreements?

A.  One was a marketing agreement -- marketing sales and marketing agreement, and one was administrative services agreement.

Q.  And why did you have two agreements with your DME clients?

227

A. Well, because on the invoice that we generated for them, we broke down fees into two separate areas. One was for sales and marketing and one was for administrative services.

Q. Were you actually providing marketing and administrative services?

A. That's not really what we were being paid for. It was part of the process of generating the leads. But it -- if we hadn't generated the correct amount of orthotics for the money that they paid, they wouldn't have kept paying us.

AUSA QUEENAN: Your Honor, at this point, I would like to show the witness Government's Exhibit 510A and 510B.

THE COURT: Before we do that, why don't we go ahead and take our afternoon break for about ten minutes.

THE BAILIFF: All rise.

(Jury recessed at 3:30 p.m.)

(Recess from 3:31 p.m. until 3:41 p.m.)

(Jury reconvened at 3:42 p.m.)

THE COURT: You can have a seat.

Please continue.

AUSA QUEENAN: Thank you, Your Honor.

Your Honor, the Government moves to admit Exhibit 510A and 510B, my understanding, with no objection.

DEFENSE ATTORNEY QUINON: With the understanding that you're not representing that that's my client's signature on that document.

**228**

AUSA QUEENAN:  With that understanding.

THE COURT:  Okay.  All right.  Admitted.

(Government's Exhibit 510A was admitted into the record.)

(Government's Exhibit 510B was admitted into the record.)

AUSA QUEENAN:  Your Honor, may I approach so the witness can have hard copies, as well?

THE COURT:  All right.

Q.  (By AUSA Queenan)  Mr. Silva, do you have Government's Exhibits 510A and 510B in front of you?

A.  Yes.

Q.  Can you take a moment and review those two documents.

A.  Sure.  Okay.

Q.  Are you familiar with those documents?

A.  Yes, I am.

Q.  If we start with 510A, which is published on the screen, what is that document?

A.  This is the sales and marketing agreement.

Q.  And sales and marketing agreement between whom?

A.  This is between my company, US Care Associates, and Silent Hill Bracing.

Q.  And what is the effective date of this agreement?

A.  January 1st, 2017.

Q.  Now, if we could turn to the contents, a few of them, of

**229**

the document.

AUSA QUEENAN:  Could you -- Ms. Massis, could you turn to the document that end in Bates stamp 101.  It looks like it's nine pages from here.

Q.  (By AUSA Queenan)  See where it says "notice"?

A.  Yes.

Q.  And if you pull back, who's -- who's listed as the contact for your sales group, U.S. Care Associates?

A.  I am.

Q.  And who's listed for your client, Silent Hill Bracing and Orthopedic Supplies?

A.  Lawrence Alexander.

Q.  And if we turn to the next page, whose name appears on the signature line for U.S. Care Associates?

A.  Mine.

Q.  Did you sign these contracts as an owner of U.S. Care Associates?

A.  Yes.

Q.  Whose name appears on the signature line for Silent Hill Bracing?

A.  Lawrence Alexander.

Q.  And what is the representative's title that's listed?

A.  "President."

Q.  And what's the date of this document?

A.  January 1st, 2017.

**230**

Q. Were you there when this document was signed?

A. No.

Q. Do you know who signed it?

A. No.

**AUSA QUEENAN:** Could we turn to 510 -- actually, if we stay for a moment -- I apologize -- on 510A.

Q. (By AUSA Queenan) Mr. Silva, do you have that document in front of you?

Where in here does it say that you're selling doctors' orders per brace?

A. It doesn't say that.

Q. Where does it say you're selling doctors' orders in here?

A. It doesn't say it anywhere in here.

Q. Why is that not in the contract? You just testified to the jury that that's exactly what you sold to Silent Hill.

A. Right. Well, that would have been a violation of the Anti-Kickback Statute, so that's why it was not included in the contract.

Q. Then why even enter into this contract at all?

A. Well, because DME companies needed to have something on paper. So it's essentially just kind of papering the deal, that if anybody came looking, they had something that was compliant to show.

Q. So was this contract written to -- if read, your

understanding was this would be compliant and not outline any illegal activity?

A. Exactly. Yes.

Q. And who would come knocking?

A. Medicare auditors. The OIG. I don't know.

Q. FBI?

A. FBI, yeah.

Q. Could you please turn to what's already been admitted as Government's Exhibit 510B.

What is this document?

A. This is the administrative services agreement between U.S. Care Associates and Silent Hill.

Q. And what's the date of this document?

A. January 1st, 2017.

Q. And if we could turn to the signature page on this document, which I believe is the last page, here it says "Consultant: U.S. Care Associates," with your name.

Did you enter into this contract on behalf of U.S. Care Associates?

A. Yes.

Q. Why does it say "consultant"?

A. I have no idea.

Q. Were you providing consulting services to Silent Hill?

A. No.

Q. If I look at the company again, for Silent Hill, whose

name appears on this signature block here?

A. Lawrence Alexander.

Q. And what is his title?

A. President.

Q. Same question as the last document.  Were you there when this document was signed?

A. No.

Q. Do you have any idea who signed this document?

A. No.

Q. Can you point out where in this contract you've listed that you're selling doctors' orders for kickbacks?

A. It's not in there.

Q. Why not?

A. Again, it would have been a violation of the Anti-Kickback Statute.

Q. So why create it?

A. Again, to, you know, paper the deal so that we could show this in the event they were audited or, you know, FBI or somebody came in to look at these marketing agreements.

Q. Do you recall how you received a copy of this contract?

A. It would have been through e-mail.

Q. Have you ever spoken to this Lawrence Alexander that's listed here?

A. Not that I can recall, no.

Q. How do you know whether Lawrence Alexander was

affiliated with the DME Silent Hill?

A.  Just, you know, from here that he's the president.

Q.  In your business with Silent Hill, did you ever conduct any business with Susan Alexander?

A.  No, not to my recollection.

Q.  Who was your primary point of contact on behalf of Silent Hill?

A.  It would have been Jeremy Waxman.

**AUSA QUEENAN:**  Just a moment, Your Honor.

Q.  (By AUSA Queenan)  So what was the routine payment that Silent Hill was paying to U.S. Care Associates for doctors' orders?

A.  It was about $10,000 a week.

Q.  And how did U.S. Care Associates internally track what they were selling to Silent Hill?

A.  We had what we -- or, like, Excel -- an Excel spreadsheet that we kept that we just called the "fill sheet." And we would internally track how many -- the payments and then how many of each product they received on a weekly basis.  And we, you know, would track that over the course of, you know, the weeks and months and years that they were a client of ours.

Q.  And how would you communicate what you were selling to Silent Hill?  So how was Silent Hill able to know what they were getting, what they were paying for?

A.  They could -- they could look on their CRM, and they

**234**

could, you know, see everything there.  But we also send, every week, what we called an "invoice review," which was just a list of the patients and the products that they received for that previous week's payment.

Q.  What's a CRM?

A.  It's just a -- like a client database where we housed all of our -- all of the patient information and gave the DME clients access to see that.

Q.  You mentioned you issued -- what were they, invoice reviews?

A.  Invoice reviews, yes.

Q.  Did you also submit invoices to your clients?

A.  Yes.

Q.  And you were -- did you review those invoices as part of your role as owner of U.S. Care Associates?

A.  From time to time, but not every week, no.

Q.  But did U.S. Care Associates routinely issue invoices as part of their business?

A.  Yes.  Every single week.

Q.  And what information was contained in an invoice?

A.  The first invoice was a, you know, just the -- kind of the breakdown of the payment amounts.  So the $10,000 divided up between sales and marketing and the administrative services.  And then, you know, the date, obviously, how to make the payments.  All that stuff was on the -- on the initial invoice.

**235**

Q.  So you're saying "initial invoice."

Were there two sets of invoices?

A.  Yes.  There was the main invoice and then the invoice review.

**AUSA QUEENAN:**  Your Honor, at this moment, the Government would like to introduce Government's Exhibit 749 and 750A.

Your Honor, may I approach with hard copies for the witness?

**THE COURT:**  All right.

**DEFENSE ATTORNEY QUINON:**  You have a copy of those.

**DEFENSE ATTORNEY QUINTERO:**  Let me talk to you.

**DEFENSE ATTORNEY QUINON:**  You have a copy of that.

**DEFENSE ATTORNEY QUINTERO:**  Listen, let me ask you a question.  Did you say 748 or 749?

749 and 750A.  Thank you.

**AUSA QUEENAN:**  Any objection?

I think we just need a moment, Your Honor.

**DEFENSE ATTORNEY QUINTERO:**  Okay.  No objection.

**AUSA QUEENAN:**  No objection.  Thank you.

**THE COURT:**  Be admitted.

(Government's Exhibit 749 was admitted into the record.)

(Government's Exhibit 750A was admitted into the record.)

AUSA QUEENAN:  If we could publish 749, please.

But before we look to that --

Q.  (By AUSA Queenan)  Mr. Silva, you -- do you recognize the documents in front of you?

A.  Yes.

Q.  What is 749?

A.  This is the initial invoice that each DME would receive at the end of each week for the upcoming week's business.

Q.  Now, this is a -- there's many pages to this document. Are these all the invoices that you had in your records that US Care Associates issued to Silent Hill?

A.  I don't -- I don't know.  This is not all of the them, no.

Q.  Is this a sample of some of the invoices that you would have issued?

A.  Yes.  This is just a sample.

AUSA QUEENAN:  Could we publish 749 for the jury, please.

Q.  (By AUSA Queenan)  Okay.  So can we -- can you review this document with us.  This is to the attention of Lawrence Alexander and your company, Silent Hill.

What is it dated?

A.  This one is dated 10/26 of 2018.

Q.  And this says that you provided a -- one unit of marketing fee for $6,000 and one unit of U.S. -- of business

process outsourcing for $4,000.

During this time period, did you provide those services to Silent Hill Bracing?

A. Well, I mean, it was part of generating the doctors' orders, but it wasn't specifically the service that they were paying for.

Q. If you had provided no doctors' orders to Silent Hill, would they have paid you $10,000 for marketing and business process outsourcing?

A. No.

Q. What was the intent of this invoice?  Why would you even issue it to them?  You already have a deal, that you're selling them doctors' orders for kickbacks.  So what's the purpose of this invoice?

A. Well, I, you know -- number one, we wanted to make sure that we were going to get paid, so it was a reminder to pay us for the next week -- next week's business.  But they also needed to keep these things on record in the event of, you know, audits or somebody coming to look at the marketing arrangements that they had.

Q. And if you look -- I'm not going to have us do this now, but if we went through each and every page of this document -- so if we turn to page 2, you'll see invoice number is 97.  Looks rather similar than the last one; is that right?

A. Yes.

**238**

Q. The dates are progressing here in November 2018.

**AUSA QUEENAN:** If we go to page 3, please.

Q. (By AUSA Queenan) You see Invoice No. 98. Now we're a week later, November 9th.

Is that because you were billing them for $10,000 each week?

A. Each week, yes.

Q. Okay.

**AUSA QUEENAN:** Could you publish for the jury 750A, please.

Q. (By AUSA Queenan) Now, what's this document?

A. This is the invoice review. This would have been supplied at the beginning of each week, showing the previous week's business, so what they received for their payment the previous week.

Q. And what is it that we're looking at?

A. Well, you can see, you know, there's the manager on here that has their contact information. It's to Lawrence's attention. It's got the company name, date and the invoice number.

Q. Yeah. I want to talk about the description and the quantity of what is actually in there. So "Alberto Ramos, L3761 right elbow orthosis." What is that?

A. Right. So that's the patient name and then the products -- product or products that they received.

**239**

Q. When you say "received," you mean a doctor's order?

A. They received -- right. So the patient got the product. The DME got the doctor's order, and -- yeah.

Q. But you're sending this for -- invoice review to Silent Hill, correct?

A. Yes.

Q. And this -- is this indicating to them that you're selling them a doctor's order for Alberto Ramos for the right elbow orthosis?

A. Right.

Q. If we add it up, the costs that you were charging per doctor's order per brace in these invoices, what would they come to?

A. Roughly $10,000.

Q. Now, this 750A is -- we can count it, but would you agree with me it's dozens and dozens of pages?

A. Yes.

Q. And if we turn now to the second page. This is a continuation of that first initial second set of invoices; is that right?

A. Oh, yes. It's printed on the back. Yes.

Q. And is it indicating you sold them 50 doctors' orders for that week?

A. Exactly.

Q. So if we turn to page 3 of this exhibit, is this a

**240**

separate invoice review for Invoice 93 now?

A. Yes.

Q. So this is a way for Silent Hill to understand what they actually paid $10,000 for?

A. Yes.

Q. Okay. Now, who was your employee that was the main point of contact at U.S. Care to handle the Silent Hill account?

A. That would have been Sean Aaronson.

Q. So that wasn't you?

A. No.

Q. Are you aware as to whether Mr. -- and you've already said this, but just so we're all clear, the main point of contact for Silent Hill, Equilibrium and West Bay was Jeremy Waxman?

A. That's correct.

Q. Are you aware as to whether Jeremy Waxman and Sean Aaronson communicated outside your presence?

A. Yes. All the time.

Q. All the time.

Now, I just want to jump back to those contracts that were sent to U.S. Care Associates.

A. Okay.

Q. Do you recall if they were sent to you by Jeremy Waxman?

A. If they were -- the completed versions would have been e-mailed to me either by Jeremy or forwarded to me by Sean. One or the other.

Q.  Now, what happens after you sell a doctor's order to Silent Hill or any of your DME clients and Medicare fails to reimburse?  So we're looking at this exhibit here, 750A, just for an example.  Shirley Cox got a back brace.  Okay?  What happens if Medicare rejected Silent Hill's claim for that back brace?

A.  They would put the patient into status in our CRM.

Q.  Who's "they"?

A.  The DME would put -- put the patient Shirley Cox into a status in our CRM that we titled "pending review request."  And a review request was letting us know that for one reason or another, they were not reimbursed by Medicare for that product.

And then it was our responsibility to go into the CRM and review the reason why they weren't reimbursed and make a determination of whether or not they would receive a credit, meaning another signed doctor's order, you know, order or orders, equalling the same value of that product that they were requesting the credit for.

Q.  Fair to say your doctors' orders had a warranty on them?

A.  Yes, that's fair to say.

Q.  And what was the warranty?

A.  That they would be able to bill Medicare for that product and be reimbursed by Medicare for that product.

Q.  And if you were going to give them a credit, is a credit just a different doctor's order?

A.  Yes.

242

Q.  And would the same process happen if that doctor's order got rejected?  You'd fill it with another one?

A.  Exactly.

Q.  Are you familiar with some of the reasons why Medicare may conduct an audit or may reject a claim?

A.  Yeah.  Somewhat familiar.

Q.  And what happens during an audit with Medicare?

A.  I know they request a series of documents to verify the claim, and then they review it and they make a determination whether or not the DME would have to pay back for that claim or claims that they're reviewing.

Q.  I'll get back to audit in just a moment here.  But how were the actual prescriptions, the doctor's orders -- how were they actually sent to your DME clients like Silent Hill?

A.  They were -- they were sent by assigning them to -- through the CRM.  So we would assign them -- Sean would assign them to, let's say, Silent Hill.  He would just change the company ownership with another CRM from U.S. Care Associates to Silent Hill Bracing.

And then that would allow Silent Hill to be able to go in and see the new patients that they were assigned in a day or, you know, within the past hour.  We would send an e-mail notification, you know, that they got a new patient so they knew when to process those orders that were coming over.

Q.  And how did Silent Hill actually pay you?

A.  They usually paid by Jeremy or somebody going into the -- going into our bank and depositing a check into our account.

Q.  Now, it's typically $10,000 each week?

A.  Yes.

Q.  So you mentioned earlier Jeremy Waxman is your main point of contact for these DME companies.  Did he ever explain to you why he managed multiple DMEs?

A.  Yeah.  It was really to spread the risk, so to speak. So if he only had one DME -- if he only had one DME, if he fell under audit with that DME, he would have to stop processing, you know.  He couldn't take any orders or, you know, severely limit the types of orders and the amount of orders that he could take.

So having multiple DMEs allowed him to spread those orders out over four, you know, different DMEs or three DMEs, you know.  So if he fell under audit, you know, in a specific Medicare region, we could just take those orders and give them to another DME that he owned that was not under audit in that region.

Q.  Did he ever -- did Jeremy Waxman ever discuss with you how he wanted the volume of doctors' orders to be spread out among the DMEs that you did business with, like -- meaning that you did business with him?

A.  Yes.  So I mean, he had, like -- you know, for instance, Silent Hill was about $10,000 a week.  And he would have another,

you know -- Equilibrium was probably, you know, $7,500 to $10,000, and West Bay was a little bit less than that, $3,500 to $5,000.

So -- but that would fluctuate some weeks, you know. Some weeks, one company would get a little more.  The other company would get a little bit less.  So it was -- it was constantly changing.

Q.  And did Mr. Waxman ever indicate why he wanted to move those around?

A.  Well, especially in the beginning when -- when the DMEs are brand-new and they're opening, they wanted to avoid any kind of red flags by sending in, you know, 200 orders on, you know, their first day of business, let's say.

So they wanted to make the growth appear organic, like they were just slowly growing over time and supplying more and more products to more and more people.  And so that's how we would disperse those signed orders.

Q.  Did Mr. Waxman ever inform you whether his DME companies ever came under audit for Medicare?

A.  Yes.

Q.  Did Mr. Waxman ever ask you for assistance when he was audited by Medicare?

A.  Yes.  All the time.

Q.  And what are some of the things he would ask you to do?

A.  Go in, review the patient files that were under audit,

**245**

make sure that everything that we were supplying was there, accurate, filled out properly, that kind of thing, before they supplied that to Medicare.

Q. Did he ever ask you to obtain PCP, meaning primary care physician notes?

A. Yes. Yes. There was a time where he was under audit with one of the DMEs. I can't remember exactly which one it was. But he had given us a list of some patients that were under audit, and he had asked us if we could reach out to the patient, figure out who the primary care physician was, and then reach out to the primary care physician and see if we could obtain their -- their doctor notes from previous interactions with their primary care physicians.

Q. So just to --

A. And we agreed to do that.

Q. Just to orient to where we're at. Medicare was already auditing claims that have been submitted; is that right?

A. Exactly.

Q. And at the time those claims were submitted, what was actually in your file?

A. Really just the doctor's order that was signed that we, you know, put together and the patient information that was compiled by the telemarketers.

Q. So you -- I think you mentioned earlier your telemedicine doctors did not review medical records for the

**246**

patient, correct?

A. That's right.

Q. So they wouldn't have the historic medical records on file?

A. Exactly.

Q. So Mr. Waxman was asking you to go and, I guess, get those after the fact?

A. Yes.

Q. And why would you agree to do this for Mr. Waxman?

A. Well, he was a long-standing client of ours and, you know, one of our larger clients. So, you know, we agreed to help him out.

Q. Do you recall when Silent Hill stopped purchasing doctors' orders from U.S. Care Associates?

A. It was, you know, around the beginning of April, right after the Operation Brace Yourself.

Q. I'm sorry. April of what year?

A. Of 2019.

Q. What did you just mention? "Operation Brace Yourself"?

A. Yes.

Q. What's that?

A. So that was a raid that was conducted -- I think it was nationwide -- where they targeted some DMEs that were doing, you know, similar things to what we were doing. And that was when kind of everybody, you know, stopped. Everybody that was an

active client at that moment had, you know, kind of -- we stopped filling orders at that point.

Q.  Why did you stop?

A.  Because we didn't know what was going on, and we didn't want to take a chance of, you know, continuing to do something --

Q.  Operation --

A.  -- getting people in trouble.

Q.  Operation Brace Yourself, would you call it a raid?

A.  I guess, yeah.

Q.  It was a law enforcement action?

A.  Yes.

Q.  So why did you stop?

A.  Because the business models that they targeted were similar, you know, to the ones we were running, so we stopped.

Q.  All right.  We have focused here on your client that paid you, Silent Hill, Equilibrium and West Bay.

Are you familiar with Active Assist?

A.  Yes.

Q.  And what do you recall Active Assist being?

A.  It was a DME that was looking to get started in our system as a client.

Q.  And as far as you knew, who was involved in Active Assist?

A.  Jeremy Waxman and Dean Zusmer.

Q.  Did you ever enter into a written contract with Active

**248**

Assist?

A. Not that I can recall.  I hadn't seen one.

Q. And what was contemplated or discussed?

A. Just for them to be a DME client along the same lines as Silent Hill and West Bay and Equilibrium.

Q. And at this time, was Sean Aaronson still the primary point of contact for Jeremy's affiliated DMEs?

A. Yes, he was.

Q. Would that have been true for Active Assist, as well?

A. Yes.

Q. Would he have had more contact with anyone that was working on the Active Assist end as opposed to you?

A. Yeah, he would have had more contact than me.

Q. What were the -- did you have to renegotiate the terms of selling doctors' orders with Active Assist?

A. No.  The terms were already, you know, set by our previous agreements with the other three DMEs.

Q. And what were those terms?  What were they going to be for Active Assist?

A. You know, the same.  They were going to be, you know, purchasing doctors' orders, you know, a certain amount for the back brace, knee, ankle, you know.  That, and then it was just, you know, how much they wanted to -- to spend weekly was the only thing that was probably, you know, not determined 100 percent, from what I can recall.

**249**

Q. Do you recall why you didn't do any business with Active Assist?

A. No, I can't really recall specifically why.

Q. All right. I'd like to show you what's been marked as Government's Exhibit 1139.

A. Okay.

**AUSA QUEENAN:** Your Honor, may I approach?

**THE COURT:** All right.

Q. (By AUSA Queenan) Do you recognize that document?

A. I do, yes.

Q. What do you recognize it to be?

A. This is an e-mail that Jeremy Waxman forwarded me and one of my other managers regarding Active Assist.

Q. And how do you recognize it?

A. That's an e-mail that was sent to me.

Q. So I see "msylva@dialformd.com." Is that your e-mail address?

A. Yeah. That was one of my e-mail addresses, yeah.

**AUSA QUEENAN:** Your Honor, at this point, the Government moves to admit 1139.

**DEFENSE ATTORNEY WAX:** No objection.

**AUSA QUEENAN:** Any objection?

**DEFENSE ATTORNEY QUINON:** No, no objection.

**THE COURT:** Be admitted.

(Government's Exhibit 1139 was admitted into the record.)

AUSA QUEENAN: Could we publish 1139 for the witness and jury, please. Thank you.

THE COURT: All right.

Q. (By AUSA Queenan) Can you walk us through this document here. So obviously, we're looking at an e-mail. What is the subject of this e-mail?

A. It's "New entity ready to go live, Active Assist DME."

Q. And who's it from?

A. It's from Jeremy Waxman.

Q. And is that -- that address there, was that what you knew Jeremy Waxman to use as his e-mail address?

A. Yes.

Q. And "msylva," is that you?

A. Yes.

Q. And "Nick Meredith," who's that?

A. He's one of our other managers within the company.

Q. Now, the cc line says "deanzusmeractiveassist@gmail.com." Do you see that?

A. Yes.

Q. And what's the date of this e-mail?

A. Tuesday, May 22nd, 2018.

AUSA QUEENAN: If we could just zoom in on the body of the e-mail.

**251**

Q.  (By AUSA Queenan)  And if we could just start from the bottom as these e-mails are in Outlook.  You understand that, Mr. Silva?

A.  Yes.

Q.  If we could start with Jeremy Waxman's e-mail from Monday, May 21st, 2018.  Could you just read that to the jury, please.

A.  Sure.  It says, "Hello, Sean.  As mentioned last week, another new entity that I am involved with is ready to go live ASAP, preferably this week.  The initial campaign will be for 5K per week.

The principal of the organization is Dean Zusmer, cc'd on this e-mail.  Please mail the contract at your earliest convenience.  We can arrange for a deposit by tomorrow.  Please confirm you can begin this week."

And then it's Dean Zusmer's contact information.

"Let us know if you need any additional information.  Thank you."

And then his little -- Jeremy Waxman's little ending signature there for Equilibrium Medical Supply, the address, phone number.

Q.  Thank you.

What did the term or phrase "initial campaign" mean to you?

A.  Just getting started within, you know, the -- buying the

doctors' orders.  That's the initial campaign.

Q.  And $5,000 worth of doctors' orders per week?

A.  Yeah.  That would have been their -- a typical starting point, about 5,000.

**AUSA QUEENAN:**  And can we zoom in on the second e-mail there in the thread.

**THE WITNESS:**  Yes, I see it.

Q.  (By AUSA Queenan)  If you could just read that.

A.  All right.  "Hi, Manny.  Good speaking with you.  As mentioned, please see below info for the new entity.  We would like to start this week.  Please let me know if you need anything else from us at this time.  Thanks."

And then the Equilibrium Medical Supply stuff.

Q.  Do you recall whether you had any -- you, personally, not Active, not U.S. Care, but you, personally -- had any further communication with Dean Zusmer?

A.  I can't recall if I did, no.

Q.  Just the last few questions.

You had mentioned earlier you're testifying today pursuant to a plea agreement; is that right?

A.  Yes.

Q.  And you pled guilty for a crime involving U.S. Care Associates; is that right?

A.  That's correct, yes.

Q.  Jeremy Waxman's DMEs that we just discussed, the one

Active Assist with Dean Zusmer, Silent Hill with Lawrence Alexander, West Bay, and Equilibrium, were those your only clients?

A. No.

Q. Did you have other clients that bought illegal doctors' orders from you?

A. Yes, we did.

Q. Did you cooperate with the government by testifying in a case in Texas that involved a separate DME client?

A. I did, yes.

Q. As part of your plea to healthcare fraud, did that involve your operation of the -- of your own DME, as well?

A. Yes.

Q. Thank you.

**AUSA QUEENAN:** No further questions, Your Honor.

**THE COURT:** Cross.

**CROSS-EXAMINATION**

**BY DEFENSE ATTORNEY WAX:**

Q. Good afternoon, Mr. Silva.

A. Hi. How are you?

Q. My name is Barry Wax. I represent Dean Zusmer.

Now, you and I have never spoken before, have we?

A. No, we haven't.

Q. This is our first opportunity to have a conversation, correct?

**254**

A. Yes.

Q. But you have, in fact, spoken with the Government on many occasions, haven't you?

A. I have.

Q. You spoke today about how your operation stopped the day of Operation Brace Yourself. I believe that's what you just testified a few minutes ago.

A. Right around that -- that exact date.

Q. And that would have been April 9th of 2019, wasn't it?

A. I -- I can't remember the exact date, but sure. Somewhere around there.

Q. And at that time, government agents came and effectively shut you down, didn't they?

A. They did not come to my office, no.

Q. Okay. Ultimately, they did come to the offices of Dial4MD, right?

A. They did not, no.

Q. Right.

You don't remember them coming and seizing your servers and your phones and things like that?

A. No.

Q. All right. After you stopped operating when Operation Brace Yourself happened, you hired attorneys, didn't you?

A. I did, yes.

Q. You hired two attorneys. One of them was Anthony

Vitale, correct?

A. Yes.

Q. And the other was Jane Moscowitz, correct?

A. Yes.

Q. And they're right here in South Florida, aren't they?

A. They are.

Q. And after you hired Mr. Vitale and Ms. Moscowitz, you had your first meetings with the Government shortly thereafter, didn't you?

A. Yeah, we did.

Q. And you entered into an agreement with the Government that you were going to talk to them about what you knew and the things that you had done?

A. Right.  Yeah.

Q. And do you remember receiving a letter from the Government that laid out what your obligations were under that letter?

A. Yes.

Q. Okay.  And you remember going over that letter with your attorneys, don't you?

A. I believe we did, yes.

Q. And that letter basically said to you, "Come in and tell us what you happen.  We're not making any deals with you." Excuse me.  "We're not making any agreements with you.  We want to hear what you have to say."

Do you remember that?

A. Something along those lines, yeah. I'm sure.

Q. And it said, "And if we hear what you have to say and we think that it's useful to us, we'll enter into an agreement with you"?

A. That sounds -- I mean -- accurate, I guess.

Q. I mean, obviously, you entered into an agreement with the Government, because you're testifying here today, correct?

A. Right.

Q. And you testified in Texas, as you said, correct?

A. I did, yeah.

Q. And, in fact, after you entered into that agreement with the Government, you had many meetings with government attorneys and government agents, didn't you?

A. Yes. Yeah, I did.

Q. You met with government attorneys from all around the country, didn't you?

A. Yes, I did.

Q. And you met with government agents -- I believe you had met with Agent Bloom?

A. Yes.

Q. And over the course of those meetings, you -- your attorneys were with you, correct?

A. For most of them.

Q. All right. And you provided not just information to the

**257**

Government, but you provided them with documents, as well, correct?

A.  Yes, we did.

Q.  Like, for example, we just saw Government Exhibit 39, which was an e-mail between you and Mr. Waxman, Jeremy Waxman, correct?

A.  That's right.

Q.  And you provided that e-mail to them, correct?

A.  I'm not sure where they got this, but they could have gotten it from me.

Q.  And obviously, that was an e-mail that used your e-mail address, right?

A.  It's an e-mail, yeah, addressed to me.

Q.  Right.

You had a few different e-mail addresses, didn't you?

A.  A couple, yeah.

Q.  Right.

And one of the them, for instance, I believe, was Maximum -- the domain was "Maximumes.com," right?

A.  Yeah.  I had access to an e-mail.

**AUSA QUEENAN:**  Your Honor, may we approach briefly?

**THE COURT:**  All right.

(Discussion off the record between the court and counsels of record.)

Q.  (By Defense Attorney Wax)  And the e-mail from

Maximumes, that was the one that you used for U.S. Care, correct?

A. We used it for -- no, Maximumes. It's a different company.

Q. A different company?

A. Yes.

Q. And you also had the e-mail for Dial4MD, correct?

A. Dial4MD e-mail, yes.

Q. And then you had an e-mail for US Care Associates, correct?

A. We had one for US Care.

Q. Those are just a few of the e-mails that you used?

A. Yeah. It was probably the majority, yeah.

Q. All right. Now, as part of your meetings with the Government, ultimately, there came a point in time where you were charged with crimes, correct?

A. Yes.

Q. And you were charged with crimes involving a conspiracy to commit healthcare fraud, correct?

A. Yes.

Q. All right. I'm showing you what's been marked for identification.

**DEFENSE ATTORNEY WAX:** If we could have the elmo, please.

**AUSA QUEENAN:** Your Honor.

**THE COURT:** Yes.

**259**

**AUSA QUEENAN:**  We object to publishing the charging document in this case.

**THE COURT:**  Overruled.

Q.  (By Defense Attorney Wax)  I'm showing you what's been marked for identification as Defendant's Exhibit ES1.

Do you recognize that document?

A.  Yes, I do.

Q.  That's your name on it, isn't it?  "United States of America vs. Emmanuel Silva," correct?

A.  Yes.

Q.  And this is the formal document here in the United States District Court for the Southern District of Florida that charges you with a conspiracy to commit healthcare fraud, correct?

A.  I believe so, yeah.

Q.  Well --

A.  I mean, I don't know.  You say "formal" -- I don't know.  I never had more than one of these, so...

Q.  Well, this is the document, this information, that triggered the criminal prosecution against you by the United States Government, correct?

A.  Yeah.  I agree, I guess.

Q.  All right.  And the date that that was filed was September 29th of 2020.  You see that up there?

A.  I do, yes.

Q.  All right.

**DEFENSE ATTORNEY WAX:**  Your Honor, at this time, I move to introduce Defendant's Exhibit ES1 into evidence.

**THE COURT:**  Admitted.

**AUSA QUEENAN:**  Thank you, Judge.

(Defendant's Exhibit ES1 was admitted into the record.)

Q.  (By Defense Attorney Wax)  Now, Mr. Silva, you ceased operations April 9th of 2019?

A.  Around there.

Q.  Around there.

And shortly thereafter, you hired attorneys and you began speaking with the Government, right?

A.  I don't know if it was shortly there -- it depends on what your definition of "shortly" is.  It was probably sometime around 2020 by the time that happened.

Q.  All right.  So you would have waited to hire attorneys well after April of 2019 when you ceased operations?

A.  I can't -- I can't remember exactly when I hired Anthony Vitale.

Q.  All right.  And this document was filed by the agreement of you, your attorneys and the Government, correct?

A.  Yes.

Q.  And you surrendered in court and had an initial appearance to begin the process of your prosecution on October 16th of 2020; is that correct?

**261**

A. Yes.

Q. And on that date, you went to court.  You had your first appearance before a judge, didn't you?

A.  I think so, yeah.

Q.  And you went before a judge, a magistrate judge, and that same day that you went before the judge, you were released from custody, correct?

A.  Yeah, it was the same day.

Q.  Right.

You signed a document called a "personal surety bond," right?

A.  That's correct, yes.

Q.  And that personal surety bond was essentially your promise to come back to court when you had to be present, correct?

A.  Yes.

Q.  You didn't have to put up any money to get out of jail, did you?

A.  I don't think so, no.

Q.  That's a "no," correct?

A.  Yes.

Q.  You did not?

A.  You're right.  Yeah.

Q.  I know it happens when you answer and you say that.

But you did not have to put up any money?

A.  I did not put up any money, yeah.

Q.  Thank you.

Now, as we said, this document charged you with a conspiracy to commit healthcare fraud, and it talks about four entities that were part of your conspiracy.  The first entity, of course, we've heard about is U.S. Care Associates, correct?

A.  Yes.

Q.  And that's the entity which you were discussing with your association with Jeremy Waxman and selling leads, correct?

A.  Selling the -- the signed doctors' orders.

Q.  The signed doctors' orders.

The second company is Dial4MD, correct?

A.  Yes.

Q.  And Dial4MD was supposedly a telemedicine company, correct?

A.  That's correct.

Q.  And that's a company that you held out as a telemedicine company, but in actuality, it was not, correct?

A.  Well, how do you mean it was -- it was not?

Q.  Well, let's put it this way.  You had doctors that were signing doctors' orders through this telemedicine company, correct?

A.  Correct.

Q.  And as you testified, you don't know if the doctors spoke to patients or didn't speak to patients?

**263**

A. Well, there was no way to know 100 percent, but the doctors -- yeah -- said they did.

Q. Right.

But it was your company. You owned it --

A. My company.

Q. -- correct?

A. Yes.

Q. And so the doctors would be working for you, correct?

A. Doctors worked for us, yes.

Q. So there was a way to verify?

A. Well, we --

Q. You're the owner. People answer to you, right?

A. Well, yeah. But you ask the doctor, and the doctor says, "Yes, I spoke to them," even if, you know, the patient doesn't remember or something like that. Then you just kind of got to, you know, see who you believe, you know, if you believe the doctor. If it's 1 in 1,000, you know, patients that says, you know, "Hey, the doctor never called me," maybe the patient just doesn't remember.

Q. So your relationship --

A. We were talking to a lot of these different -- a lot of different people.

Q. So as the owner of the company, your relationship with the doctors who worked for you was based on trust, correct, between you and the doctors?

**264**

A.  Yeah.  There was some level of trust, yes.

Q.  Now, the third company is Phoenix Health Solutions, correct?

A.  Yes.

Q.  Now, Phoenix Health Solutions is a company that was a DME company, correct?

A.  It was, yes.

Q.  And who owned Phoenix Health Solutions?

A.  My wife did.

Q.  Your wife, Mary?

A.  Yes.

Q.  And who owned the fourth company, Sunshine Bracing -- also a DME company, correct?

A.  Yes.

Q.  And who owned Sunshine Bracing?

A.  I did.

Q.  That was in your name?

A.  Yes.

Q.  And that's a DME company by which you billed Medicare yourself, correct?

A.  Yes.

Q.  And so although on direct examination we only heard about U.S. Care and Dial4MD, you had other sources of income besides those two companies, correct?

A.  Yes.

**265**

Q. So you got income through your wife and Phoenix Health Solutions, correct?

A. Well, I don't think Phoenix actually ended up making any money.  But we did through Sunshine, yes.

Q. All right.  And did your wife know that Phoenix was in her name?

A. She did know, yes.

Q. Did she know what Phoenix was -- what you were doing in your other businesses?

A. Did she know about, like, what we were doing --

Q. Did your wife know that you were committing fraud?

A. No, no.

Q. You kept it from her, correct?

A. Yes.

Q. For all intents and purposes, to your wife, you looked like a legitimate businessman, right?

A. That's correct.

Q. Now, you continued -- after you were charged by information, you continued speaking with the Government, correct?

A. Yes.

Q. And ultimately, there came a point in time when you pled guilty to that charge of conspiracy to commit healthcare fraud, correct?

A. That's correct.

Q. And that was pursuant to a written plea agreement,

wasn't it?

A. Yes.

Q. And that plea agreement, again, was negotiated between you and your attorneys and the Government, correct?

A. Yes.

Q. I'm showing you what's been marked for identification as Defendant's Exhibit ES2.

Do you recognize it?

A. I do, yes.

Q. This is the plea agreement that you entered into with the Government, right?

A. Yes.

Q. It's essentially a contract, isn't it?

A. Yeah.

Q. And it's a contract which says what you're going to do and what the Government's going to do, correct?

A. That's right.

Q. In this, you --

**DEFENSE ATTORNEY WAX:** Your Honor, at this time I would move to -- well, let me flip over to page 16.

Q. (By Defense Attorney Wax) Do you see your signature on that page?

A. I do.

Q. Is it the second line, with the date of May 11th of 2021?

**267**

A. Yes.

Q. And that is, in fact, your signature. You signed it freely and voluntarily, correct?

A. Yes.

Q. And by the way, it says right here at the top -- it says "the entire agreement and understanding between the United States and the defendant." There are no other agreements. Everything is in this contract, correct?

A. I believe so, yes.

**DEFENSE ATTORNEY WAX:** Your Honor, at this time I move to admit Defendant's Exhibit ES2 for identification as Defendant's Exhibit ES2.

**AUSA QUEENAN:** No objection, Your Honor. And no objection if defense seeks to also admit the corresponding document, the agreed factual basis.

**THE COURT:** Be admitted.

(Defendant's Exhibit ES2 was admitted into the record.)

**DEFENSE ATTORNEY WAX:** Thank you, Your Honor.

Q. (By Defense Attorney Wax) Now, going back to page 1 of this agreement. It indicates that you agreed to plead "guilty" to the information, right?

A. Yes.

Q. And that's the information we spoke about. If we go to page 3, Paragraph 3, you understand that the maximum term of imprisonment is up to ten years, correct?

**268**

A.  Yes.

Q.  Okay.  Now, part of the negotiation that you entered into with the Government was that this was the only charge that they were going to charge you with, correct?

A.  Yes.

Q.  They weren't going to charge you with any other crimes?

A.  Yeah.

Q.  For example, they weren't going to charge you with actual healthcare fraud, correct?  They charged you with only the conspiracy?

A.  Okay.  Yes.

Q.  Is that -- is that correct?

A.  That's what they charged me with, yes.

Q.  They didn't charge you with money laundering, correct?

A.  No, they did not.

Q.  They didn't charge you with wire fraud, correct?

A.  No, they did not.

Q.  And they also didn't charge you with fraud related to the Payroll Protection Program; is that correct?

A.  They did not.

Q.  Okay.  Because during COVID-19, you had your wife file an application for the Payroll Protection Program, correct?

A.  Yes.

Q.  And you told the Government about that, right?

A.  Yeah.

Q. And you had her file that application for payroll protection plan funds through Phoenix Health, correct?

A. Yes.

Q. And your wife signed that application, correct?

A. She did.

Q. And you had indicated that -- earlier in your testimony that Phoenix Health really didn't make any money, right?

A. Right.

Q. But you received money from the government for Phoenix Health, didn't you?

A. Yes.

Q. You received, I believe -- what was it?  About $35,000?

A. I don't think it was that much.  We might have -- I don't -- you'd have to show me something to refresh my memory, but I don't --

Q. But it did, in fact, receive funds, correct?

A. It did receive funds, yes.

Q. And on the application, was Phoenix Health operational at all?

A. It was, yes.

Q. Right.

There were employees at Phoenix Health?

A. Yes.

Q. And it was trying to do the same thing as Sunshine Bracing and any other number of DMEs was doing, right?  Bill

**270**

Medicare for submitting doctors' orders?

A. No, not the same business models as what we're discussing. So we were -- we were not utilizing telemedicine at Phoenix Health. We were doing what is termed "doctor chase" for glucose monitors, primarily.

Q. So it was a different model for the glucose monitors that people can wear on their arm, for instance, right?

A. Exactly.

Q. And it was still the same sort of marketing where you were targeting Medicare beneficiaries, correct?

A. Yes. Yeah, they were Medicare beneficiaries.

Q. Right.

And when you say "doctor chase," you were trying to actually get doctors, people's doctors, whatever, to sign the order --

A. Treating physician. Whoever was treating them for the diabetes, we would try to get their -- that information and reach out to that doctor and see if they thought that the -- the monitor was appropriate.

Q. A little different model, which was unsuccessful?

A. Yes.

Q. Now, by not charging you with all of those crimes, the Government made an agreement with you that the maximum sentence you could receive for all of the crimes that you had committed would be no more than ten years, by this agreement, correct?

**271**

A.  Yeah.  That's what it says on the agreement.

Q.  And as you testified earlier, I believe you said that your profit from all of these frauds that you committed was about $5.2 million, correct?

A.  I think I said around 5-, yeah.  Right.

Q.  Now, as part of your agreement, you agreed -- and I want to take you to Paragraph 7.  You agreed to cooperate with law enforcement officials, attorneys with the U.S. Department of Justice and the United States Attorney's Office for the Southern District of Florida, correct?

A.  Yes.

Q.  And it said that if called upon to do so, you would provide complete and truthful testimony, correct?

A.  Yes.

Q.  Now, it says in Paragraph 11 with respect to that cooperation that "the United States reserves the right to evaluate the nature and extent of the defendant's cooperation and to make the defendant's cooperation, or lack thereof, known to the Court at the time of sentencing," correct?

A.  That's what it says, yes.

Q.  And you reviewed this with your lawyers, right?

A.  Yeah.

Q.  And you understood it, correct?

A.  I did, yeah.

Q.  And you signed it freely and voluntarily, correct?

A.  I did.

Q.  And you understand that what that means is that the people who are going to evaluate your testimony are the prosecutors, the Government, correct?

A.  Well, it just says the government, yeah.  "The United States reserves the right."

Q.  United States.

A.  I don't know if it's them specifically or who it is, but yeah.

Q.  Well, let's look at the --

A.  There's a lot of people in the government.

Q.  I mean, you're -- you read, right?

A.  Right.  I'm just saying there's a lot of people in the -- I don't know whose job is what, is what I'm just saying. That's it.

Q.  You're saying now that you don't know whose job it is to evaluate your cooperation?

A.  Well, I don't know if it's a specific prosecutor or if it's, you know, somebody else on the team or, you know -- whatever.

Q.  Well, you said earlier --

A.  I know it's somebody who works for the Government.

Q.  You said earlier in your cross-examination you met with many prosecutors, correct?

A.  Exactly.

Q. They would have a say in it too, right?

A. Yeah, I would imagine.

Q. You met with the agents, right?

A. Met with agents --

Q. Federal agents.

A. Yeah.

Q. They would have a say in it, too, right?

A. I don't know how much, but sure.

Q. All right. Well, let's keep reading the next line.

"If in the sole and unreviewable judgment of the United States, the defendant's cooperation is of such quality and significance to the investigation or prosecution of other criminal matters as to warrant the Court's downward departure from the sentence advised by the sentencing guidelines, the United States may at or before sentencing make a motion before or subsequent to sentencing reflecting that you've provided substantial assistance and recommending a sentence reduction."

Do you see that?

A. I see that.

Q. Now, that's a mouthful, isn't it?

A. It's a lot.

Q. It's a lot.

But your attorneys explained it to you, didn't they?

**AUSA QUEENAN:** Your Honor, we shouldn't get into what his attorneys may have said to him.

274

**DEFENSE ATTORNEY WAX:** Judge, they don't have standing to object on that behalf.

**THE COURT:** Well, to the extent that he had a conversation, I don't have a problem with that. The substance of the conversation, I might.

But he talked with his attorneys, is what you're asking him, right?

**DEFENSE ATTORNEY WAX:** That's correct.

**THE WITNESS:** Yeah, I spoke with my attorneys.

Q. (By Defense Attorney Wax) Right.

And the reason you speak with your attorneys is because you want to understand what things mean, right?

A. Sure.

Q. Because you're going to sign and agree to it, right?

A. If I agree with it, yes.

Q. And you don't want to sign and agree to something that you don't understand; isn't that correct?

A. That would be accurate.

Q. So the first line says, "In the sole and unreviewable judgment of the United States," right? That's the United States Attorney's Office for the Southern District of Florida and the Fraud Section of the Department of Justice, isn't it?

A. Okay. Yeah.

Q. Well, let's go back to Paragraph 1. I don't want to put words in your mouth. The introduction says, "The United States

275

of America by and through the Fraud Section of the Criminal Division of the Department of Justice and the United States Attorney's Office for the Southern District of Florida, hereinafter referred to as the United States," right?

A.  That's correct.

Q.  So that means that every time that this document says "the United States," it's referring to the prosecutors, right?

A.  Okay.  Yeah.  A bunch of different ones, yeah.

Q.  But it's referring to the prosecution?

A.  Sure.

Q.  The U.S. Attorney's Office for the Southern District of Florida and the Department of Justice Fraud Section, correct?

A.  Okay.  Yeah.

Q.  And you know that these attorneys sitting here today are part of the United States Department of Justice Fraud Section, correct?

A.  Yeah.

Q.  All right.  So when it says in Paragraph 11 that the U.S. reserves the right to evaluate your cooperation --

A.  Uh-huh.

Q.  -- they're talking about these lawyers from the Department of Justice and other lawyers, correct?

A.  Yeah.

Q.  And it goes on to say that if it's of such quality and significance to the investigation of other criminal matters, that

they'll file a motion with the court to get you a sentencing reduction, right?

A.  It says they can do that, yes.

Q.  It says they may do that, correct?

A.  Yes.

Q.  Now, it goes on to say that you acknowledge and agree that nothing in this agreement may be construed to require the United States to file such a motion, right?

A.  That's right.

Q.  And it goes on to say that their assessment of the nature, value, truthfulness, completeness and accuracy of your cooperation is binding, right?

A.  Yes, that's right.

Q.  And that means that their decision is final, right?

A.  Yes.

Q.  So if they say, "No, you didn't testify the way that we expected or wanted you to testify," they might not file that motion, correct?

A.  Well, I mean, all I have to do is tell the truth, so --

Q.  Right.

A.  -- as long as I do that, I'm fine.

Q.  And they make a decision if you're telling the truth, right?

A.  They can decide that, yeah.

Q.  Okay.  Now, you testified on your direct examination

that the decision of whether you're going to get a sentencing reduction is up to the judge, your judge, correct?

A. My judge, yes.

Q. And your judge is Judge Bloom, correct, Judge Beth Bloom?

A. Yes.

Q. All right. Now, the truth is that the decision first comes from the Government, doesn't it?

A. Well, that's just the decision on whether or not they want to write, you know, whatever that is. But it's not, you know -- it's not the final decision from the judge, no.

Q. No. That comes later, correct?

A. Right.

Q. So step one is satisfy the Government, right?

A. Step one is, you know, tell the truth.

Q. To suffice and satisfy the Government, correct?

A. I don't mean -- all I can do is tell the truth. I don't know if they're satisfied or not.

Q. And step two, they file a motion in front of Judge Bloom, right?

A. They could, yes.

Q. And they say to Judge Bloom, "We believe that he cooperated, and we want you to reduce his sentence," right?

A. I guess something along those lines. I don't, you know --

**278**

Q. And then Judge Bloom decides if she's going to reduce your sentence or not, correct?

A. Then she decides, yes.

Q. Right.

Because what it says in Paragraph 12 is that you understand and acknowledge that the Court is under no obligation to grant a motion to reduce your sentence, even if the United States exercises its discretion to file the motion; isn't that correct?

A. Right. They don't have to grant the motion, yeah.

Q. All right. Now, you did get sentenced in this case, didn't you?

A. I did, yes.

Q. You were sentenced, in fact, on February 4th of 2022, weren't you?

A. Yes.

Q. And at the time you were sentenced, you had a sentencing guideline range, correct?

A. Yes.

Q. And you know that the way that sentencing works in federal court is that there's a calculation that's performed based on a bunch of factors, right?

A. Yeah.

Q. I mean, one of the factors, of course, is the crime that you've committed, correct?

**279**

A. Yes.

Q. And another one of the factors, a very important factor, is the amount of money involved, right?

A. Yeah, I'd say so.

Q. And, in fact, in your case, the amount of money involved was more than $7 million, wasn't it?

A. Yes.

Q. In fact, in your sentencing guidelines, if we go back over here to page 9, it indicates that your offense level is going to be increased because the loss to the government was more than $7 million, correct?

A. That's correct.

Q. And that amount actually is based upon the billing in this case, wasn't it?

You don't know?

A. Yeah, I don't know.  I mean --

Q. All right.  Now, taking into account all of the parts of the sentencing guidelines, and after you pleaded "guilty," you admitted the crimes to Judge Bloom, right?

A. Yes, I admitted.

Q. She asked you if you were pleading "guilty" because you are guilty, didn't she?

A. Yeah.

Q. And you said you were, right?

A. Uh-huh.

Q. Your sentencing guideline range at that time was 97 to 121 months in prison, right?

A. Okay.  I mean, I don't remember.

Q. So the low end of that would be eight years and one month, right?

A. Yes.

Q. Now, when you got sentenced on February 4th of 2020, the Government did not file the motion to reduce your sentence pursuant to your plea agreement, did they?

A. They did not.

Q. They were not filing it -- they weren't filing that motion because they wanted you to continue cooperating, correct?

A. I don't know why they didn't file it, but -- you'd have to ask them why they didn't file it.

Q. You were still cooperating with them, weren't you?

A. I was still cooperating, yeah.

Q. And you got sentenced on February 4th of 2020, and the sentence that you received was 72 months --

A. Is it 2022?

Q. 2022.  Excuse me.

The sentence you received was 72 months in the custody of the Bureau of Prisons, correct?

A. That's correct.

Q. I'm showing you what's been marked as Defendant's Exhibit ES3 for identification.

Do you recognize this document?

A. Yes.

Q. This is the judgment in your case, correct?

A. Yes.

Q. This is the document that establishes your sentence, correct?

A. Yes.

**DEFENSE ATTORNEY WAX:** Your Honor, at this time I move to admit Defendant's Exhibit ES3 for identification as Defendant's Exhibit ES3.

**AUSA QUEENAN:** No objection, Your Honor.

THE COURT: Be admitted.

(Defendant's Exhibit ES3 was admitted into the record.)

Q. (By Defense Attorney Wax) Mr. Silva, this document indicates, as we said, that your sentence is 72 months as to Count 1, correct?

A. Yes.

Q. All right. Now, this also indicates a surrender date of May 27th, 2022, correct?

A. Yes.

Q. Now, that date has come and gone, hasn't it?

A. It has.

Q. And you still have not started serving a prison sentence, have you?

A. No, not yet.

Q. In fact, that surrender date was continued first to September 16th, 2022, correct?

A. Yes.

Q. And you remained free to continue cooperating and perhaps to testify, right?

A. Yes.

Q. And it was, again, continued to December 16th of 2022, correct?

A. That's right.

Q. But you didn't surrender on December 16th of 2022, either, did you?

A. No.

Q. And it has now continued to February 14th of 2023, correct?

A. That's correct.

Q. And the reason it was continued again was so that you could testify here today, correct?

A. Yeah, I believe so.

Q. Now, after you conclude your testimony in this case, there's another case that the Government wants you to testify in, as well, correct?

A. Possibly.  I'm not 100 percent that they want me to, so --

Q. All right.  You know that there's a trial coming up for an individual by the name of Elizabeth Hernandez?

A. Yeah.

Q. And that you've been asked to testify in that trial, as well?

A. Yeah. I haven't had any contact with that -- with those prosecutors, though, so I don't know that that's still the case.

Q. You may or may not testify, correct?

A. Right. I may or may not.

Q. So ultimately, your sentence right now is scheduled to begin on February the 14th of 2023, correct?

A. That's correct.

Q. And at that time, you will surrender at prison, and you will begin serving that six-year sentence?

A. That's right.

Q. Now, the Government, after that is then -- you hope -- going to file a motion to reduce your sentence, correct?

A. Like you said, I hope.

Q. You hope.

A. Sure.

Q. Because they have to decide whether or not you've been telling the truth?

A. Exactly.

Q. And right now, you don't know if they're going to make that decision favorably or unfavorably to you?

A. Right. I don't -- I don't know.

Q. Now, Mr. Silva, in addition to the sentence that you're

going to be serving, you also have a restitution obligation,

don't you?

A. Yes.

Q. And that restitution obligation, it's also in your

judgment?

A. Uh-huh.

Q. It's $7,692,623, correct?

A. Yes.

Q. Do you see that right there?

A. I do.

Q. And you also have a $30,000 fine that you have to pay,

correct?

A. Yes.

Q. Now, the Government, to satisfy that restitution

obligation, wanted to take a home that you owned in Delray Beach,

didn't they?

A. Well, they did -- yeah, they did.

Q. They actually ordered that home to be forfeited,

correct?

A. Yes.

Q. And that home is in the name of you and your wife,

correct?

A. Yes.

Q. So your wife, who didn't know what you were doing, who

thought you were a legitimate businessman, also was punished by

losing your marital home, correct?

A.  Yeah, I guess.  You can say she was punished, sure.

Q.  So you betrayed the trust of your wife, didn't you?

A.  That's between me and my wife.

Q.  Okay.  So instead, you had to sell your house, didn't you?

A.  We did sell the house, yes.

Q.  And your agreement with the Government was that they would get 93 percent of the proceeds from the sale of your home, correct?

A.  Yes.

Q.  And that was approximately $1,690,000, wasn't it?

A.  Something like that, yeah.

Q.  And that was based on the equity that you and your wife had built up in your home over the years that you lived there, correct?

A.  Correct.

Q.  And so you and your wife were deprived of the benefit of those savings, correct?

A.  Yeah.

Q.  And those savings, by the way, were the proceeds of fraud, weren't they?

A.  Well, it was just the value of the house.  Yeah.

Q.  Well, the money to buy the house, to maintain the house, to pay the bills for the house came from your fraud, didn't it?

A. Sure. Yeah.

Q. Could I -- you testified on direct examination that you recognized Dean Zusmer's name on e-mails, correct?

A. On -- yeah. On this specific e-mail.

Q. All right. We'll put that back up in just a second. But that was your testimony on direct examination, wasn't it?

A. Yes.

Q. And you said that those were e-mails between you and Jeremy Waxman, correct?

A. Yes.

Q. And as you've told the jury, you never spoke with Dean Zusmer, right?

A. No. Not that I can recall, no.

Q. Never had any communication with him directly, correct?

A. Not that I can remember now.

Q. In fact, all of the dealings that you had, at least related to Active Assist DME, were with Jeremy Waxman, right?

A. Yeah. I'd say that's correct.

Q. Okay. Well, you say you'd say it's correct.

Is it correct?

A. As far as I can remember, yeah.

Q. So --

**DEFENSE ATTORNEY WAX**: Could I see Government's Exhibit 1138, please. I'm sorry. 1139. Can we have the monitor back, please.

Q.  (By Defense Attorney Wax)  Government's Exhibit 1139 has the e-mail address of jcwaxman, correct?

A.  Yes.

Q.  And jcwaxman is Jeremy Waxman, right?

A.  Yes.

Q.  And copied on that e-mail is another one of your partners, Nick Meredith, correct?

A.  He's not a partner.  He was just one of the managers for the company.

Q.  For Dial4MD, obviously?

A.  Yeah.  That was the e-mail address.

Q.  All right.  And this e-mail is dated May 22nd of 2018, isn't it?

A.  Yes.

Q.  And what this e-mail says is, "Hi, Manny.  Good speaking with you.  As mentioned, please see below for the new entity.  We would like to start this week."

Right?

A.  That's right.

Q.  And that's the week of May 22nd, 2018.  That would be the beginning of a campaign if they had started with U.S. Care, correct?

A.  That's correct.

Q.  But as you said, they didn't start with U.S. Care, correct?

**288**

A.  Best I can recall, yeah, they never started.

Q.  Now, down below, if we look just below that, there's the beginning of that e-mail chain.

Do you see that?

A.  Yeah.

Q.  And it says on Monday, May 21st, 2018, jcwaxman@bellsouth- -- Jeremy Waxman wrote, "Hello, Sean."

Now, he's talking to Sean Aaronson, correct?

A.  Yes.

Q.  And Sean Aaronson was, as you'd styled him, your manager at U.S. Care?

A.  Yes.

Q.  And he was also named as a coconspirator in your charging information, right?

A.  Right.

Q.  And he also, I believe, was prosecuted, correct?

A.  Yes.

Q.  And he says, "Hello, Sean" -- and this is Jeremy Waxman -- "As mentioned last week, another new entity that I am involved with."

Right?  He used the word "involved with," right?

A.  Okay.  Yes.

Q.  He didn't say "that I own," did he?

A.  No.

Q.  And he said, "is ready to go live as soon as possible,

289

preferably this week."  Right?

A.  That's what it says, yes.

Q.  All right.  Now, down below, he says, "The principal of the organization is Dean Zusmer," correct?

A.  Yes.

Q.  That's the word he used, right?

A.  "Principal," yes.

Q.  "Principal."

And Dean Zusmer was apparently copied on that e-mail, jcwaxman@bellsouth.net?

A.  That's what it says.

Q.  Okay.  And, again, we saw Dean Zusmer copied on the e-mail at the top of Government's Exhibit 1139, correct?

A.  Yes.

Q.  Now, Dean Zusmer, to your knowledge, you didn't get a response from Dean Zusmer, correct?

A.  Not that I can remember, yeah.

Q.  And you don't remember sending anything back to Dean Zusmer, either, do you?

A.  No.

Q.  So really, everything that you knew about Active Assist DME was whatever Jeremy Waxman told you, right?

A.  Yeah, that's right.

Q.  Okay.

**DEFENSE ATTORNEY WAX:**  You can take that down.  Thank

you.

Q. (By Defense Attorney Wax) Now, you had been doing business with Jeremy Waxman since 2015, hadn't you?

A. Yeah, around about.

Q. I mean, he actually signed an independent contractor agreement with U.S. Care Associates back in December of 2015, right?

A. I think so, yeah.

Q. And that's the agreement that you were discussing that indicated that, "These are the conditions, these are things we're going to do for you," right?

A. The agreements were typically updated every year, yeah.

Q. Okay. And those agreements, by the way, were created by attorneys, weren't they?

A. I mean, I don't know if they were created. I mean, I don't know. There were a lot of these agreements going around, and kind of everybody was using the same or similar -- not to, you know, steal that phrase again -- but similar agreements. I don't know, you know, who wrote what or, you know, whatever.

Q. During the course of your fraud that you've testified about, you'd consulted with attorneys, correct?

A. We did.

Q. In fact, one of the attorneys you consulted with was a gentleman by the name of Lee Lasris, correct?

A. Yes.

**291**

Q. At Greenspoon Marder, correct?

A. Yeah. I believe that's where he was at the time.

Q. A very prominent law firm, isn't it?

A. I don't know how prominent.

Q. I mean, they have offices up on Cypress Creek Road, right? Up in Boca -- or you never went to their office?

A. I never went to that office, no.

Q. So you would have communicated with Mr. Lasris over the phone?

A. E-mail.

Q. E-mail, Phone.

A. Yeah, we did go to a different office at one point, me and my business partner Francisco. But it wasn't in -- it wasn't on Cypress Creek. I can't remember where it was.

Q. In fact -- well, you may or may not know this, Greenspoon Marder has offices all around the United States, correct?

A. Yeah. I mean, I know they have an office in California, but --

Q. New York.

A. I didn't know that.

Q. Right here on Brickell Avenue in downtown Miami.

A. Okay.

Q. Now, when you were cooperating with the Government --

Give me just a moment.

**292**

When you were cooperating with the Government, you turned over to them a list of 89 doctors who were employed by you, right?

A. Yes.

Q. You turned over a list of over a hundred DME clients, a hundred DME companies, right?

A. Yes.

Q. And those were DME companies who you were doing business with for U.S. Care Associates and Dial4MD, correct?

A. Yeah.  Not all were active clients, but they, you know --

Q. Right.

They came and went?

A. Yeah.  Sure.

Q. And they bought doctors' orders, right?

A. Yes.

Q. And they billed Medicare, right?

A. I believe so.

Q. By using your doctors' orders, right?

A. Yes.

Q. And they weren't included in that $7.2 million that you have to pay the Government back.  That was separate.  The 7.2- was just what you did, right?

A. Well, no.  I think that 7.2- is paid back between me, Francisco and Sean.

**293**

Q. Right.

For the things that you specifically did with your companies?

A. No.  I think that encompasses everything.

Q. All right.  So --

A. I don't know exactly what the calculation was, but --

Q. Now, when you first spoke with the Government, you indicated that -- in 2015 that Jeremy Waxman was introduced to you by Mindy Breitman, correct?

A. Yes.

Q. And you spoke about Mindy Breitman briefly in your direct examination.  You remember that?

A. Yeah.

Q. Okay.  Mindy Breitman is a biller, correct?

A. Yes.

Q. And she bills Medicare on behalf of DME companies, correct?

A. Yes.

Q. Now, you know that there is nothing inherently illegal about Medicare-billing companies billing Medicare, is there?

A. I mean, yeah.  I don't think so, no.

Q. They're vendors, right?

A. Right.

Q. Medicare billing can be rather complicated, can't it?

A. I would imagine so, yeah.

Q. I mean, obviously, you have to know how to -- what to send to Medicare to bill properly, correct? And we're not talking about illegally. We're talking about legally now.

A. Okay.

Q. Right?

A. Yeah. You'd have to know how to -- yeah.

Q. Okay. You have to know what the specific codes are for DME, let's say?

A. Yeah.

Q. Okay. Because Medicare has different billing codes, as we've learned.

A. Yeah.

Q. For different products, right?

A. Sure. Yes.

Q. And you have to have the doctor's order, right?

A. Yeah.

Q. And you have to have a showing of medical necessity, right?

A. That's correct.

Q. You have to show that the product was delivered, right?

A. Yeah, I believe so.

Q. And it can get to be a very time-consuming process, right?

A. Sure.

Q. A lot of people don't have time to do that, a lot of

businesses, so they delegate that to a Medicare billing company, right?

A.  Yeah.

THE COURT:  Call it a day.

DEFENSE ATTORNEY WAX:  Thank you, Your Honor.

THE COURT:  Are you going to be with this witness for --

DEFENSE ATTORNEY WAX:  Probably no more than 20 or 30 minutes.

THE COURT:  Okay.  All right.  Let's go ahead and we'll pick up tomorrow.

Ladies and gentlemen, again, let me remind you about the instructions that I gave you yesterday when we finished. Don't talk to anyone about the case.  Don't listen to anything about the case.  Anybody should try to talk to you about it, bring it to my attention promptly.

We got started a little bit late today.  So I'd like to start -- again, encourage you to be here ahead of time so we can get started properly at 9:00.

Have a pleasant evening, and then we'll see you tomorrow.

THE BAILIFF:  All rise for the jury.

(Jury recessed at 5:01 p.m.)

THE COURT:  Okay.  See you tomorrow at 9:00.

(Proceedings concluded at 5:02 p.m.)

**296**

C E R T I F I C A T E

I certify that the foregoing pages represent a true and correct transcript of the official electronic sound recording as provided to me by the U.S. District Court, Southern District of Florida, as taken on the date and time previously stated in the above matter.

I certify that the foregoing pages represent a true and correct transcript of the above-styled proceedings as reported on the date, time, and location listed.

I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was reported, and further that I am not financially nor otherwise interested in the outcome of the above-entitled matter.


/s/Quanincia S. Hill, RPR
Quanincia S. Hill, RPR
Official Court Reporter
Southern District of Florida

# #

**#092** [1] - 9:4

# $

**$1,654,939** [1] - 206:5
**$1,690,000** [1] - 286:12
**$10,000** [9] - 234:13, 235:22, 238:8, 239:5, 240:14, 241:4, 244:4, 244:25, 245:2
**$14,868.48** [1] - 206:2
**$161,297** [1] - 205:21
**$17,826.89** [1] - 198:5
**$238,000** [1] - 57:5
**$241** [1] - 198:8
**$241,046** [1] - 198:8
**$3,500** [1] - 245:2
**$30,000** [1] - 285:11
**$33,000** [1] - 57:4
**$35,000** [1] - 270:12
**$4,000** [1] - 238:1
**$438,446.22** [1] - 206:8
**$5,000** [2] - 245:3, 253:2
**$5.96** [1] - 169:8
**$50** [2] - 216:7, 225:16
**$6,000** [1] - 237:25
**$630,000** [1] - 57:8
**$694,000** [1] - 57:6
**$7,500** [1] - 245:1
**$7,692,623** [1] - 285:7
**$79,664.54** [1] - 198:11
**$89,122.98** [1] - 197:20

# '

**'14** [1] - 162:3
**'claims** [2] - 193:22, 204:1
**'Dean** [1] - 212:22
**'DME'** [1] - 202:15
**'he'** [1] - 211:21
**'in** [1] - 216:14
**'in-house** [1] - 216:14
**'Lawrence** [1] - 212:14
**'lead'** [1] - 216:9
**'upselling'** [1] - 214:25
**'X'** [1] - 225:8

# /

**/s/Quanincia** [1] - 297:17

# 0

**0004013482** [2] - 10:11, 136:14
**02/2008** [1] - 8:12
**07/2011** [1] - 8:14

# 1

**1** [17] - 17:10, 17:11, 47:8, 49:1, 69:8, 70:11, 70:15, 72:5, 101:15, 130:24, 131:1, 146:4, 146:14, 264:17, 268:19, 275:24, 282:16
**1(b** [1] - 73:10
**1,000** [1] - 264:17
**1,300** [1] - 79:9
**1,380** [1] - 81:8
**1,654,930** [1] - 206:5
**1.3** [1] - 79:14
**10** [1] - 180:16
**10/26** [1] - 237:23
**100** [5] - 124:5, 141:22, 249:24, 264:1, 283:22
**10000** [1] - 1:21
**100A** [5] - 5:7, 92:8, 92:19, 93:8, 93:11
**101** [2] - 5:3, 230:3
**101A** [6] - 5:8, 92:8, 92:21, 93:8, 93:11
**101B** [8] - 5:10, 42:24, 42:25, 43:4, 43:11, 43:15, 45:10, 168:7
**101C** [4] - 5:11, 77:19, 77:23, 78:10
**101D** [4] - 5:12, 96:23, 97:15, 99:9
**102** [3] - 5:15, 204:24, 205:1
**102A** [3] - 5:14, 204:24, 205:3
**1035** [1] - 70:23
**103A** [3] - 5:17, 195:13, 195:17
**103B** [3] - 5:19, 195:13, 195:19
**103C** [3] - 5:20, 195:13, 195:21
**103D** [3] - 5:22, 195:13, 195:23
**103E** [3] - 5:23, 195:13, 196:1
**1040** [1] - 109:7
**104A** [5] - 6:1, 92:8, 92:23, 93:8, 93:11
**104B** [5] - 6:3, 42:25, 43:6, 43:11, 43:16
**104C** [4] - 6:4, 77:19, 78:1, 78:10
**104D** [4] - 6:6, 96:23, 97:17, 99:9
**105A** [6] - 6:7, 63:19, 63:23, 63:25, 64:3, 64:16
**105B** [6] - 6:9, 63:19, 63:23, 64:1, 64:5, 66:3
**106** [1] - 91:6
**106A** [4] - 6:10, 90:10, 91:1, 91:9
**106B** [4] - 6:12, 90:10, 91:3, 91:9
**107** [16] - 127:6, 127:7, 127:8, 129:20, 130:21, 137:10, 137:17, 137:18, 138:15, 153:1, 153:13, 153:17, 154:6, 154:7, 154:16
**107A** [10] - 21:13, 127:8, 130:20, 137:2, 137:9, 138:12, 138:18, 139:3, 140:20, 154:7
**107B** [4] - 137:3, 137:5, 137:6, 137:8
**107C** [2] - 24:2, 24:19
**107D** [1] - 156:3
**107G** [1] - 25:4
**107I** [1] - 24:15
**107J** [4] - 155:14, 155:17, 156:2, 156:6
**107K** [1] - 25:12
**107L** [6] - 129:21, 130:2, 130:4, 130:10, 130:19, 130:22
**107O** [1] - 27:21
**107P** [1] - 27:21
**107Q** [1] - 16:22
**107R** [2] - 27:21, 166:1
**108** [9] - 11:9, 16:23, 20:7, 20:22, 21:23, 126:3, 126:4, 126:10, 126:16
**109** [1] - 96:10
**109A** [5] - 6:14, 96:8, 96:11, 96:15, 97:23
**109B** [3] - 6:16, 96:8, 96:17
**109C** [3] - 6:18, 96:9, 96:19
**10:33** [2] - 74:12, 74:13
**10:44** [3] - 74:13, 74:14, 74:16
**11** [9] - 7:5, 7:7, 7:24, 57:21, 79:25, 80:3, 100:1, 272:15, 276:18
**110** [1] - 180:21
**111** [3] - 8:12, 8:14, 8:16
**113** [4] - 6:19, 59:25, 60:4, 60:8
**1138** [1] - 287:24
**1139** [8] - 9:5, 250:5, 250:20, 251:1, 251:3, 287:24, 288:1, 290:13
**114** [16] - 6:22, 7:1, 7:2, 7:4, 7:5, 7:7, 7:8, 7:10, 7:11, 7:13, 7:14, 7:16, 7:17, 85:16, 85:23, 85:25
**115** [8] - 7:19, 7:21, 7:23, 7:24, 8:1, 8:2, 8:4, 8:5
**116** [1] - 5:5
**118** [4] - 5:4, 8:7, 8:9, 8:10
**11th** [4] - 11:19, 13:1, 85:10, 267:24
**12** [7] - 6:22, 8:10, 69:5, 69:7, 70:12, 180:16, 279:5
**12/2018** [1] - 8:16
**120** [1] - 180:21
**121** [1] - 281:2
**122** [1] - 3:5
**123** [8] - 3:6, 6:24, 63:19, 63:23, 64:1, 64:7, 74:4, 74:21
**126** [3] - 7:1, 113:16, 114:1
**127A** [3] - 7:2, 113:16, 114:3
**127B** [3] - 7:4, 113:16, 114:5
**128** [3] - 7:5, 113:16, 114:7
**129** [3] - 7:7, 113:17, 114:9
**12:24** [2] - 143:8, 143:9
**12th** [5] - 29:22, 86:8, 127:17, 128:25, 165:13
**13** [2] - 8:1, 69:7
**13-1** [1] - 1:8
**130** [3] - 7:8, 113:17, 114:11
**131** [3] - 7:10, 113:17, 114:13
**132** [4] - 7:11, 10:9, 113:17, 114:15
**133** [3] - 7:13, 113:17, 114:17
**1347** [1] - 71:10
**134A** [3] - 7:14, 113:17, 114:19
**134B** [3] - 7:16, 113:17, 114:21
**135** [3] - 7:17, 113:17, 114:23
**136** [4] - 7:19, 10:11, 113:17, 115:1
**137** [3] - 7:21, 113:17, 115:3
**138** [3] - 7:23, 113:17, 115:5
**14** [4] - 8:2, 32:9, 37:25, 69:8
**140** [3] - 7:24, 113:17, 115:7
**1400** [1] - 1:18
**14004** [1] - 67:8
**141** [3] - 8:1, 113:18, 115:9
**142** [3] - 8:2, 113:18, 115:11
**143** [3] - 8:4, 113:18, 115:13
**144** [3] - 8:5, 113:18, 115:15
**145** [5] - 8:7, 118:3, 118:9, 118:16, 121:18
**146** [5] - 8:9, 118:3, 118:11, 121:6, 121:18
**147** [5] - 8:10, 118:3, 118:13, 121:7, 121:18
**148** [1] - 10:8
**14th** [6] - 165:13, 165:14, 165:21, 197:23, 283:13, 284:9
**15** [3] - 37:11, 69:8, 216:25
**150** [12] - 2:10, 8:12, 104:13, 104:17, 105:5, 111:1, 111:3, 111:10, 111:13, 118:6, 124:5, 141:22
**151** [7] - 8:14, 104:13,

104:17, 105:5, 111:1, 111:5, 111:18

**152** [8] - 8:16, 104:13, 104:17, 105:5, 111:1, 111:7, 111:18, 118:6

**15th** [5] - 30:17, 65:15, 127:17, 128:24

**16** [4] - 6:7, 69:8, 70:2, 267:20

**168** [1] - 3:7

**16th** [4] - 261:25, 283:2, 283:7, 283:10

**17** [3] - 6:12, 7:1, 200:24

**173** [1] - 3:9

**17th** [2] - 92:2, 205:24

**18** [3] - 1:7, 70:23, 71:10

**180** [1] - 125:25

**185** [1] - 3:11

**18th** [2] - 75:20, 96:1

**19** [2] - 3:4, 7:8

**195** [4] - 5:17, 5:19, 5:20, 5:22

**196** [1] - 5:23

**197** [1] - 5:6

**1998** [3] - 8:7, 120:15, 120:18

**19th** [3] - 70:6, 73:24, 77:4

**1:25** [4] - 143:6, 143:9, 143:10, 143:20

**1:45** [1] - 143:19

**1st** [6] - 99:22, 160:20, 179:24, 229:24, 230:25, 232:14

## 2

**2** [19] - 8:18, 24:19, 47:8, 49:3, 51:7, 52:1, 56:21, 56:22, 60:20, 64:17, 75:13, 83:1, 88:8, 92:9, 92:12, 93:5, 95:4, 238:23

**2,400** [1] - 79:10

**2.2** [1] - 100:1

**2.3** [3] - 79:13, 80:2

**20** [9] - 7:10, 37:12, 39:17, 51:7, 179:25, 216:24, 216:25, 224:1, 296:8

**200** [4] - 3:13, 57:18, 169:23, 245:12

**2000** [1] - 162:3

**20005** [1] - 1:19

**2003** [3] - 8:9, 160:23, 161:2

**2004** [1] - 8:10

**2006** [4] - 6:10, 92:2, 161:17, 161:18

**2008** [1] - 111:23

**2011** [1] - 111:23

**2012** [4] - 7:2, 7:4, 7:5, 7:13

**2013** [7] - 7:1, 7:7, 7:8, 7:10, 7:11, 7:14, 7:16

**2014** [9] - 7:17, 41:8, 41:24,

160:20, 160:22, 162:15, 163:3, 163:7, 211:3

**2014-2015** [1] - 5:7

**2015** [12] - 7:19, 7:21, 149:19, 149:20, 174:16, 185:22, 208:21, 211:3, 225:3, 291:3, 291:6, 294:8

**2016** [18] - 7:24, 8:1, 25:2, 29:22, 30:17, 48:11, 53:20, 55:15, 127:17, 128:25, 137:17, 141:12, 149:20, 156:19, 162:3, 165:13, 168:22, 169:6

**2017** [11] - 8:2, 8:23, 9:1, 53:22, 57:5, 149:21, 168:22, 229:24, 230:25, 232:14

**2018** [59] - 6:7, 6:9, 6:12, 8:4, 9:5, 65:15, 68:16, 68:17, 70:6, 73:24, 75:20, 76:15, 77:4, 79:8, 79:24, 80:7, 80:9, 82:23, 82:25, 83:18, 85:10, 98:15, 99:22, 111:24, 149:21, 168:23, 174:10, 174:19, 174:22, 175:11, 176:1, 176:4, 176:9, 176:18, 176:21, 176:25, 177:4, 177:6, 177:22, 178:7, 178:9, 178:11, 178:14, 179:6, 179:10, 179:13, 179:19, 179:23, 180:9, 180:19, 180:22, 183:17, 237:23, 239:1, 251:23, 252:6, 288:12, 288:20, 289:6

**2019** [32] - 6:19, 6:22, 29:25, 41:9, 41:24, 48:11, 60:22, 77:4, 79:9, 79:24, 82:25, 83:8, 86:8, 96:1, 99:24, 102:1, 149:21, 160:20, 162:15, 165:13, 165:14, 165:21, 168:23, 169:6, 182:21, 208:21, 225:3, 247:18, 255:9, 261:8, 261:17

**2020** [5] - 260:24, 261:15, 261:25, 281:7, 281:17

**2021** [6] - 125:8, 174:17, 187:1, 197:24, 205:24, 267:25

**2022** [7] - 279:14, 281:19, 281:20, 282:19, 283:2, 283:7, 283:10

**2023** [3] - 1:7, 283:13, 284:9

**205** [2] - 5:14, 5:15

**207** [1] - 3:15

**21** [2] - 25:2, 48:11

**21-CR-60253-MOORE** [1] - 1:3

**214** [2] - 57:17, 57:18

**2183** [1] - 24:13

**21st** [2] - 252:6, 289:6

**22** [2] - 7:11, 9:5

**229** [2] - 8:23, 9:1

**22nd** [3] - 251:23, 288:12, 288:20

**23** [2] - 7:13, 7:21

**2300** [1] - 1:21

**2333** [1] - 2:3

**236** [2] - 9:3, 9:4

**24** [1] - 221:6

**240** [1] - 169:24

**240-page** [1] - 153:18

**249** [1] - 79:11

**25** [6] - 126:16, 159:10, 159:14, 159:15, 216:7, 225:15

**251** [1] - 9:5

**254** [1] - 3:16

**25th** [1] - 141:12

**26** [4] - 4:6, 77:19, 78:3, 79:2

**261** [1] - 10:4

**268** [1] - 10:5

**27** [5] - 4:7, 7:14, 7:16, 77:19, 78:4

**27th** [1] - 282:19

**28** [7] - 4:8, 4:18, 7:19, 76:3, 76:6, 76:8, 76:10

**282** [1] - 10:7

**29** [5] - 4:9, 7:17, 77:20, 78:5, 82:3

**29.1** [2] - 125:9, 125:14

**29th** [1] - 260:24

## 3

**3** [17] - 4:14, 23:9, 23:14, 27:11, 47:8, 72:16, 73:1, 77:20, 78:8, 84:22, 86:20, 88:12, 119:18, 239:2, 240:25, 268:24

**3.7** [1] - 48:24

**30** [6] - 4:10, 8:7, 77:20, 78:6, 82:17, 296:8

**30th** [1] - 120:15

**31** [4] - 4:11, 77:20, 78:7, 83:24

**32** [10] - 4:12, 92:8, 93:1, 93:20, 159:6, 160:10, 160:13, 172:6, 172:7, 174:1

**327** [1] - 48:16

**33** [2] - 159:6, 161:11

**33129** [1] - 2:3

**33131** [1] - 2:10

**33134** [1] - 2:6

**33137** [1] - 2:13

**34** [8] - 4:13, 90:10, 91:5, 91:7, 91:15, 159:6, 161:12, 161:13

**35** [1] - 159:6

**36** [5] - 8:19, 92:9, 93:2, 94:9, 159:6

**37** [8] - 4:15, 92:9, 93:3, 94:16, 159:6, 162:7, 162:8, 162:9

**38** [7] - 4:16, 92:9, 92:12, 93:4, 94:23, 159:6, 162:6

**39** [9] - 4:17, 44:19, 44:23, 45:2, 47:23, 47:25, 162:6, 169:5, 258:4

**3:30** [1] - 228:15

**3:31** [1] - 228:16

**3:41** [1] - 228:16

**3:42** [1] - 228:17

## 4

**4** [8] - 4:4, 6:10, 44:19, 44:23, 45:1, 59:6, 73:7, 119:25

**4,000** [1] - 48:15

**4,000-plus** [3] - 48:17, 48:21, 49:24

**4,139** [1] - 50:17

**40** [5] - 39:11, 49:10, 159:12, 159:13, 162:24

**40-year** [1] - 159:9

**400-question** [1] - 186:24

**403** [6] - 90:12, 105:15, 106:1, 109:11, 109:15, 109:17

**41** [4] - 4:18, 28:14, 28:22, 165:8

**42** [7] - 8:20, 26:5, 44:19, 44:24, 45:3, 52:12, 208:4

**424.518C2B** [1] - 26:6

**43** [8] - 4:19, 5:10, 6:3, 44:19, 44:24, 45:4, 53:8, 168:8

**44** [5] - 4:20, 44:19, 44:25, 45:5, 57:11

**45** [9] - 4:4, 4:17, 4:19, 4:20, 8:20, 8:21, 96:23, 97:8, 99:19

**47** [4] - 8:22, 96:23, 97:9, 98:10

**4770** [1] - 2:12

**48** [4] - 4:21, 96:23, 97:10, 100:9

**49** [4] - 4:22, 96:23, 97:11, 100:9

**4LA** [5] - 10:8, 147:25, 148:1, 148:2, 148:14

**4th** [4] - 161:18, 279:14, 281:7, 281:17

**4TH** [1] - 1:18

## 5

**5** [15] - 4:5, 48:11, 67:3, 68:11, 69:8, 70:1, 70:21,

70:23, 92:9, 92:12, 93:6, 95:21, 170:18, 224:3, 272:5
**5,000** [1] - 253:4
**5-foot** [1] - 180:20
**5.2** [1] - 272:4
**5.9** [1] - 48:23
**50** [6] - 4:23, 96:23, 97:12, 100:10, 208:19, 240:22
**510** [1] - 231:5
**510A** [7] - 8:23, 228:11, 228:21, 229:3, 229:11, 229:17, 231:6
**510B** [6] - 9:1, 228:11, 228:22, 229:5, 229:11, 232:9
**54,000** [1] - 57:9
**55LA** [6] - 10:9, 131:4, 132:8, 132:10, 171:15, 171:21
**56** [5] - 4:24, 87:2, 87:10, 87:15, 87:16
**56LA** [1] - 152:17
**57** [5] - 5:1, 96:23, 97:3, 97:13, 100:12
**5737** [1] - 75:12
**57LA** [3] - 10:11, 136:4, 136:10
**58** [5] - 5:2, 96:23, 97:3, 97:14, 137:14
**58LA** [3] - 137:16, 150:13, 155:6
**59** [6] - 5:3, 100:25, 101:5, 101:7, 102:17, 164:19
**59LA** [2] - 156:9, 156:17
**5:01** [1] - 296:23
**5:02** [1] - 296:25
**5K** [1] - 252:10
**5th** [2] - 99:24, 160:20

## 6

**6** [4] - 7:2, 7:4, 70:21, 71:7
**60** [2] - 6:19, 116:21
**61** [5] - 5:4, 118:3, 118:15, 121:16, 121:19
**610** [1] - 2:13
**62** [7] - 5:5, 116:20, 116:22, 116:23, 164:17, 164:25, 165:2
**64** [3] - 6:7, 6:9, 6:24
**6401** [1] - 26:5
**65** [2] - 213:15, 214:8

## 7

**7** [7] - 6:9, 20:9, 20:22, 73:17, 272:7, 280:6, 280:11
**7.2** [3] - 293:21, 293:22, 293:24
**701** [1] - 2:9

**71** [1] - 52:20
**72** [5] - 209:25, 221:6, 281:18, 281:21, 282:15
**72-hour** [1] - 221:18
**748** [1] - 236:15
**749** [8] - 9:3, 236:6, 236:15, 236:16, 236:22, 237:1, 237:6, 237:17
**75** [1] - 2:5
**750A** [7] - 9:4, 236:7, 236:16, 236:24, 239:9, 240:15, 242:3
**76** [2] - 4:8, 56:14
**77** [1] - 5:11
**77002** [1] - 1:22
**78** [7] - 4:6, 4:7, 4:9, 4:10, 4:11, 4:14, 6:4
**7th** [4] - 68:16, 80:7, 80:9, 165:13

## 8

**800** [4] - 2:6, 56:12
**85** [1] - 6:22
**855** [6] - 8:7, 19:25, 63:10, 98:4, 171:9, 171:11
**855B** [2] - 7:1, 8:9
**855I** [10] - 7:13, 7:18, 7:20, 7:22, 7:25, 8:1, 8:3, 103:19, 104:6, 104:9
**855S** [15] - 6:11, 11:9, 90:1, 103:16, 104:7, 112:11, 125:25, 128:19, 137:17, 138:11, 138:12, 140:19, 156:19, 166:16, 166:18
**855S)** [5] - 6:8, 6:9, 6:13, 6:15, 6:17
**87** [5] - 4:24, 5:6, 196:24, 197:4, 197:11
**89** [1] - 293:2
**8:58** [1] - 11:1
**8th** [1] - 77:4

## 9

**9** [6] - 6:19, 23:10, 23:12, 67:11, 120:23, 280:9
**9,000** [1] - 48:16
**90** [1] - 181:15
**902.11** [1] - 157:12
**91** [4] - 4:13, 6:10, 6:12, 180:4
**92** [3] - 5:7, 5:8, 6:1
**93** [8] - 4:5, 4:12, 4:15, 4:16, 8:18, 8:19, 241:1, 286:9
**94** [1] - 174:21
**95** [5] - 220:12, 220:19, 220:21, 220:22
**96** [3] - 6:14, 6:16, 6:18
**97** [11] - 4:21, 4:22, 4:23, 5:1,

5:2, 5:12, 6:6, 8:21, 8:22, 238:23, 281:1
**98** [1] - 239:3
**9:00** [4] - 17:20, 18:5, 296:19, 296:24
**9:08** [1] - 17:15
**9A** [1] - 151:15
**9th** [4] - 60:22, 239:4, 255:9, 261:8

## A

**A-1** [1] - 2:3
**a.m** [7] - 11:1, 17:15, 74:12, 74:13, 74:14, 74:16
**A.N** [1] - 4:4
**Aaronson** [5] - 241:8, 241:16, 249:6, 289:8, 289:10
**abide** [3] - 73:8, 120:1, 188:8
**ability** [1] - 219:22
**able** [16] - 14:23, 41:2, 145:22, 146:19, 154:21, 160:5, 160:19, 182:1, 182:20, 182:21, 183:16, 197:10, 202:9, 234:23, 242:21, 243:20
**above-entitled** [1] - 297:14
**above-styled** [1] - 297:9
**absence** [1] - 106:7
**absolute** [1] - 106:17
**absolutely** [5] - 49:22, 110:12, 153:23, 153:25, 164:1
**abuse** [3] - 185:20, 186:1, 187:3
**accept** [3] - 215:12, 215:13, 215:15
**accepting** [2] - 16:11, 72:14
**access** [5] - 169:17, 176:21, 183:21, 235:8, 258:20
**accomplished** [1] - 180:6
**accordance** [2] - 26:2, 26:4
**according** [10] - 30:9, 39:3, 50:19, 51:4, 88:20, 98:16, 127:13, 128:17, 129:4, 150:20
**accordingly** [2] - 191:20, 192:5
**account** [9] - 24:11, 24:13, 29:13, 55:3, 75:11, 222:18, 241:7, 244:3, 280:17
**accountant** [1] - 151:1
**accreditation** [4] - 152:14, 152:22, 153:11, 172:9
**accredited** [2] - 128:17, 152:14
**accuracy** [1] - 277:11
**accurate** [7] - 28:10, 34:3, 39:21, 215:10, 246:2,

257:6, 275:18
**acknowledge** [2] - 277:6, 279:6
**Act** [1] - 26:5
**action** [2] - 248:10, 297:12
**Active** [83] - 4:6, 4:7, 4:8, 4:9, 4:10, 4:11, 5:11, 5:16, 6:4, 6:7, 6:9, 6:22, 6:24, 9:7, 62:23, 62:25, 63:5, 63:6, 63:11, 63:15, 64:13, 64:14, 64:20, 65:1, 66:1, 66:5, 66:21, 68:21, 75:7, 75:17, 75:22, 76:12, 77:1, 77:8, 77:14, 78:13, 78:23, 79:4, 80:2, 80:6, 80:15, 83:8, 84:2, 84:4, 84:14, 86:4, 87:23, 90:4, 93:25, 94:6, 94:15, 94:18, 101:21, 113:9, 194:2, 197:19, 198:4, 204:5, 205:18, 205:20, 205:21, 206:2, 206:11, 209:9, 213:2, 213:3, 224:23, 248:17, 248:19, 248:22, 248:25, 249:9, 249:12, 249:15, 249:19, 250:1, 250:13, 251:9, 253:15, 254:1, 287:17, 290:21
**active** [2] - 248:1, 293:10
**activity** [1] - 232:2
**actual** [6] - 148:22, 149:4, 225:4, 225:6, 243:13, 269:9
**actuality** [1] - 263:18
**add** [1] - 240:11
**added** [2] - 68:6, 210:10
**adding** [3] - 66:10, 215:3
**addition** [3] - 110:4, 141:7, 284:25
**additional** [6] - 26:22, 54:23, 62:8, 187:2, 210:11, 252:17
**address** [13] - 25:10, 29:6, 67:7, 76:15, 98:15, 183:8, 250:17, 251:12, 251:13, 252:20, 258:12, 288:2, 288:11
**addressed** [1] - 258:13
**addresses** [3] - 117:6, 250:18, 258:15
**adherence** [1] - 200:22
**adjudicated** [1] - 195:6
**administered** [1] - 226:24
**Administrative** [2] - 9:1, 72:13
**administrative** [6] - 73:2, 227:22, 228:3, 228:4, 232:11, 235:23
**admissible** [2] - 19:1, 144:8
**admission** [6] - 60:4, 77:19,

135:25, 139:3, 151:7, 152:5

**admit** [26] - 28:14, 44:18, 76:3, 85:19, 87:10, 90:9, 92:8, 96:22, 101:4, 105:5, 107:25, 113:23, 117:12, 118:2, 130:1, 130:7, 130:20, 145:25, 155:17, 156:6, 204:24, 228:21, 250:20, 268:11, 268:14, 282:9

**admitted** [152] - 21:13, 24:2, 24:14, 27:21, 28:15, 28:20, 28:21, 28:22, 43:3, 43:4, 43:6, 45:1, 45:2, 45:3, 45:4, 45:5, 45:6, 45:10, 59:5, 59:24, 60:7, 60:8, 63:23, 64:2, 64:3, 64:5, 64:7, 64:16, 74:21, 76:5, 76:6, 77:22, 77:23, 78:1, 78:3, 78:4, 78:5, 78:6, 78:7, 78:8, 85:15, 85:22, 85:23, 87:14, 87:15, 90:25, 91:1, 91:3, 91:5, 92:18, 92:19, 92:21, 92:23, 93:1, 93:2, 93:3, 93:4, 93:5, 93:6, 96:14, 96:15, 96:17, 96:19, 97:8, 97:9, 97:10, 97:11, 97:12, 97:13, 97:14, 97:15, 97:17, 101:1, 101:6, 101:7, 111:1, 111:3, 111:5, 111:7, 113:25, 114:1, 114:3, 114:5, 114:7, 114:9, 114:11, 114:13, 114:15, 114:17, 114:19, 114:21, 114:23, 115:1, 115:3, 115:5, 115:7, 115:9, 115:11, 115:13, 115:15, 116:23, 118:8, 118:9, 118:11, 118:13, 118:15, 121:18, 121:20, 129:21, 129:24, 132:9, 132:10, 136:4, 137:6, 138:17, 138:21, 140:19, 147:22, 148:2, 148:14, 150:14, 156:14, 156:17, 195:16, 195:17, 195:19, 195:21, 195:23, 196:1, 196:23, 197:3, 197:4, 204:25, 205:1, 205:3, 229:2, 229:3, 229:5, 232:8, 236:21, 236:22, 236:24, 250:24, 251:1, 261:4, 261:6, 268:16, 268:17, 280:19, 280:20, 282:12, 282:13

**admitting** [3] - 130:20, 138:21, 157:13

**adult** [1] - 14:11

**advance** [1] - 18:23

**Advantage** [3] - 187:15,

187:23, 200:17

**Advice** [2] - 31:14, 37:23

**advised** [1] - 274:14

**Aetna** [1] - 226:24

**Affairs** [1] - 173:24

**affiliated** [2] - 234:1, 249:7

**Affordable** [1] - 26:5

**afternoon** [16] - 123:4, 123:5, 138:15, 144:5, 147:4, 147:5, 173:17, 173:18, 185:3, 185:7, 185:8, 200:12, 200:13, 207:24, 228:13, 254:19

**age** [2] - 174:19, 180:4

**agency** [1] - 42:18

**agent** [1] - 186:10

**Agent** [1] - 257:20

**agents** [6] - 255:12, 257:14, 257:19, 274:3, 274:4, 274:5

**ago** [5] - 37:12, 80:5, 108:6, 123:22, 255:7

**agree** [20] - 12:23, 14:24, 22:24, 72:9, 120:1, 158:18, 161:4, 161:8, 215:12, 215:13, 215:15, 221:10, 240:16, 247:9, 260:22, 275:14, 275:15, 275:16, 277:6

**agreed** [7] - 73:8, 246:15, 247:11, 268:15, 268:20, 272:6, 272:7

**agreeing** [1] - 69:25

**Agreement** [8] - 6:24, 7:3, 7:4, 7:10, 7:14, 7:16, 8:24, 9:1

**agreement** [43] - 10:5, 16:22, 17:1, 22:12, 24:5, 24:20, 29:12, 64:14, 74:23, 106:20, 115:25, 145:3, 145:4, 210:2, 210:5, 210:9, 227:21, 227:22, 227:23, 229:19, 229:20, 229:23, 232:11, 253:20, 256:11, 257:4, 257:7, 257:12, 261:20, 266:25, 267:3, 267:10, 268:6, 268:20, 271:23, 271:25, 272:1, 272:6, 277:7, 281:9, 286:8, 291:6, 291:9

**agreements** [16] - 224:7, 224:10, 224:17, 224:19, 227:15, 227:18, 227:20, 227:24, 233:19, 249:17, 256:24, 268:7, 291:12, 291:13, 291:16, 291:18

**ahead** [10] - 14:4, 17:24, 74:9, 90:20, 128:15, 143:5, 163:18, 228:12, 296:10, 296:18

**AK2** [1] - 58:1

**Alaska** [1] - 58:1

**Alberto** [2] - 239:22, 240:8

**ALEXADER** [1] - 2:2

**ALEXANDER** [1] - 1:8

**Alexander** [72] - 5:5, 7:1, 7:3, 7:4, 7:5, 7:7, 7:8, 7:10, 7:11, 7:13, 7:15, 7:16, 7:18, 7:20, 7:22, 7:25, 8:1, 8:3, 8:4, 8:5, 13:11, 13:14, 14:17, 22:5, 23:23, 24:23, 27:2, 27:4, 27:14, 29:16, 29:18, 36:12, 106:12, 116:10, 116:12, 117:4, 117:6, 117:17, 123:8, 126:21, 134:13, 136:20, 139:6, 139:18, 141:4, 141:9, 148:11, 149:12, 149:19, 150:4, 150:18, 161:20, 164:7, 164:23, 164:24, 166:24, 166:25, 167:7, 167:12, 168:19, 169:7, 171:4, 230:12, 230:21, 233:2, 233:22, 233:25, 234:4, 237:21, 254:2

**Alexander'** [1] - 212:14

**Alexander's** [3] - 30:11, 141:18, 144:10

**allegation** [1] - 62:13

**allegations** [8] - 54:22, 61:9, 62:3, 62:15, 83:11, 86:10, 185:19, 186:1

**alleged** [1] - 61:22

**alleging** [2] - 110:7, 113:12

**allow** [4] - 163:10, 188:23, 190:4, 243:20

**allowed** [10] - 30:17, 31:5, 36:4, 54:14, 54:17, 56:9, 128:25, 129:7, 203:9, 244:14

**allowing** [1] - 22:19

**almost** [8] - 33:15, 57:6, 123:6, 140:18, 164:9, 167:20, 181:14, 182:22

**alteration** [1] - 72:22

**Amanda** [2] - 199:20, 200:8

**AMANDA** [3] - 3:12, 200:1, 200:8

**America** [3] - 10:4, 260:9, 276:1

**AMERICA** [1] - 1:4

**amount** [40] - 32:3, 48:22, 48:24, 56:24, 59:15, 59:16, 62:14, 79:18, 82:10, 85:13, 95:15, 96:3, 190:2, 194:19, 196:13, 197:19, 197:20, 198:3, 198:6, 198:9, 198:13, 206:10, 206:11, 215:22, 225:7, 225:8,

227:7, 227:12, 228:8, 244:13, 249:21, 280:3, 280:5, 280:13

**amounts** [5] - 102:22, 198:15, 198:19, 205:17, 235:22

**AN** [1] - 59:18

**analysis** [16] - 28:11, 44:11, 52:22, 58:7, 59:2, 77:14, 80:17, 87:24, 92:4, 93:21, 93:25, 94:3, 94:14, 100:21, 100:22, 162:13

**analyst** [1] - 200:22

**analyze** [6] - 42:10, 43:18, 77:7, 91:21, 102:11, 160:19

**analyzed** [5] - 44:4, 55:9, 89:1, 102:11, 164:10

**AND** [1] - 1:8

**Andrei** [1] - 88:6

**ankle** [6] - 88:7, 88:22, 89:13, 95:14, 226:10, 249:22

**ankle-foot** [2] - 88:7, 89:13

**ankle/foot** [1] - 52:4

**Ann** [4] - 174:6, 175:13, 177:15, 180:19

**annual** [2] - 149:15, 149:17

**anonymized** [4] - 59:18, 85:1, 95:17, 96:4

**answer** [4] - 163:8, 163:18, 262:24, 264:12

**answered** [1] - 182:15

**ant** [1] - 203:14

**Anthony** [2] - 255:25, 261:18

**Anti** [16] - 20:4, 61:24, 73:13, 106:15, 108:22, 112:24, 120:9, 187:5, 192:16, 192:19, 192:22, 203:6, 203:14, 224:5, 231:18, 233:15

**Anti-Fraud** [1] - 187:5

**Anti-Kickback** [15] - 20:4, 61:24, 73:13, 106:15, 108:22, 112:24, 120:9, 192:16, 192:19, 192:22, 203:6, 203:14, 224:5, 231:18, 233:15

**anticipated** [1] - 16:13

**anticipation** [1] - 105:16

**apartment** [1] - 175:5

**apologies** [3] - 126:5, 143:16, 163:19

**apologize** [6] - 61:2, 67:4, 117:12, 119:12, 138:16, 231:6

**apologizes** [1] - 140:25

**appeal** [1] - 13:20

**appeals** [1] - 174:4

**appear** [3] - 30:10, 212:19,

245:14

**appearance** [3] - 180:19, 261:24, 262:3

**APPEARANCES** [2] - 1:15, 2:1

**APPEARANCES-CONTD** [1] - 2:1

**appeared** [6] - 30:11, 77:1, 117:18, 121:23, 212:17, 212:25

**applicable** [4] - 35:9, 35:14, 39:23, 120:11

**applicant** [1] - 118:22

**application** [107] - 11:10, 11:11, 12:6, 20:12, 20:18, 20:21, 20:23, 21:3, 21:7, 21:15, 21:19, 21:22, 22:24, 23:1, 23:6, 23:18, 23:21, 27:5, 27:7, 29:23, 30:8, 30:9, 63:14, 64:20, 64:24, 65:2, 65:9, 65:13, 65:18, 65:25, 66:5, 66:21, 68:18, 69:20, 70:18, 72:6, 72:8, 72:18, 72:20, 72:22, 73:11, 76:20, 76:21, 98:19, 103:15, 109:4, 109:6, 111:16, 118:21, 118:25, 119:6, 119:22, 122:1, 126:10, 126:12, 127:4, 127:10, 127:12, 127:16, 127:19, 127:22, 128:19, 129:4, 133:14, 133:19, 134:3, 134:4, 134:15, 137:17, 137:21, 138:18, 138:24, 138:25, 139:18, 139:24, 140:4, 140:7, 140:9, 140:12, 140:19, 140:24, 141:17, 141:23, 142:13, 150:12, 150:15, 150:23, 150:25, 151:2, 152:11, 152:12, 152:23, 153:2, 153:4, 154:9, 154:18, 156:19, 166:16, 170:5, 170:24, 171:11, 269:22, 270:1, 270:4, 270:18

**Application** [10] - 6:8, 6:9, 6:14, 6:16, 8:12, 8:14, 8:16, 20:1, 21:14, 63:11

**applications** [37] - 21:9, 28:1, 28:8, 28:11, 29:3, 29:16, 29:25, 30:10, 36:8, 63:12, 64:13, 72:14, 75:21, 75:25, 76:22, 76:25, 89:20, 89:23, 90:3, 105:2, 105:17, 107:21, 109:2, 109:3, 110:11, 110:15, 113:5, 117:8, 117:18, 117:21, 119:22, 121:9, 147:9, 170:5, 170:25, 171:2

**applies** [1] - 38:8

**apply** [10] - 68:13, 73:10, 103:10, 103:12, 103:24, 120:3, 156:23, 158:10, 192:22, 203:14

**appointments** [4] - 176:3, 176:6, 176:7, 177:15

**approach** [17] - 130:9, 131:6, 142:2, 143:25, 147:20, 148:6, 152:7, 155:2, 155:10, 158:7, 195:10, 199:18, 204:19, 229:7, 236:8, 250:7, 258:21

**appropriate** [2] - 188:20, 271:19

**appropriately** [1] - 201:3

**approval** [1] - 129:11

**approve** [1] - 139:23

**approved** [3] - 129:9, 138:1, 215:22

**approves** [1] - 128:10

**approximate** [4] - 197:18, 198:3, 198:6, 198:9

**April** [26] - 6:19, 6:22, 7:19, 7:24, 41:8, 41:24, 48:11, 53:22, 60:22, 79:9, 79:24, 82:25, 83:8, 86:8, 99:24, 102:1, 141:12, 160:20, 178:9, 179:24, 247:15, 247:17, 255:9, 261:8, 261:17

**area** [5] - 17:23, 41:16, 41:21, 155:13

**areas** [3] - 213:18, 216:18, 228:2

**argue** [1] - 106:16

**argument** [3] - 109:10, 109:16, 109:17

**arm** [4] - 181:8, 181:10, 181:11, 271:7

**arrange** [1] - 252:14

**arrangement** [5] - 61:22, 215:20, 216:4, 224:11, 225:4

**arrangements** [1] - 238:19

**art** [1] - 18:20

**articles** [2] - 134:7, 149:6

**artifice** [1] - 71:12

**ASAP** [1] - 252:10

**Asperger's** [4] - 13:12, 13:21, 13:25

**assessment** [2] - 61:20, 277:10

**assign** [5] - 221:2, 222:13, 222:16, 243:16

**assigned** [8] - 217:22, 218:14, 221:7, 222:7, 222:25, 223:2, 243:21

**assigning** [1] - 243:15

**assist** [1] - 53:6

**Assist** [81] - 4:6, 4:7, 4:8, 4:9, 4:10, 4:11, 5:11, 5:16, 6:5, 6:7, 6:9, 6:22, 6:24, 9:7, 62:23, 62:25, 63:5, 63:6, 63:11, 63:15, 64:13, 64:14, 64:20, 65:1, 66:1, 66:6, 68:21, 75:7, 75:17, 75:22, 76:12, 77:2, 77:8, 77:14, 78:13, 78:23, 79:4, 80:2, 80:6, 80:15, 83:8, 84:3, 84:4, 84:14, 84:15, 86:5, 87:23, 90:4, 93:25, 94:7, 94:15, 94:18, 101:21, 113:9, 194:2, 197:19, 198:4, 204:5, 205:18, 205:20, 205:21, 206:2, 206:11, 209:10, 213:2, 213:3, 224:23, 248:17, 248:19, 248:23, 249:1, 249:9, 249:12, 249:15, 249:19, 250:2, 250:13, 251:9, 254:1, 287:17, 290:21

**Assist's** [1] - 66:21

**Assist-Enrollment** [1] - 4:8

**assistance** [2] - 245:21, 274:17

**assistant** [1] - 36:20

**assisted** [7] - 174:23, 175:3, 175:13, 175:20, 177:7, 178:18, 178:20

**associated** [9] - 69:23, 79:16, 79:18, 83:3, 98:2, 116:8, 116:11, 116:12, 117:6

**Associates** [26] - 208:8, 208:18, 209:19, 213:7, 223:24, 224:7, 229:21, 230:8, 230:14, 230:17, 232:12, 232:17, 232:19, 234:11, 234:14, 235:15, 235:17, 237:11, 241:20, 243:18, 247:14, 253:23, 259:8, 263:6, 291:6, 293:9

**association** [1] - 263:9

**Association** [1] - 187:5

**assume** [10] - 53:2, 106:5, 125:22, 126:23, 130:19, 139:4, 157:6, 161:23, 163:4, 164:6

**assuming** [3] - 129:5, 130:20, 222:5

**assumption** [3] - 34:2, 162:18, 162:19

**assurance** [1] - 15:1

**attached** [6] - 137:21, 138:11, 144:10, 150:14, 156:18, 157:11

**Attachment** [1] - 9:4

**attempt** [1] - 71:12

**attempted** [1] - 54:9

**attend** [4] - 176:6, 177:15, 186:23, 187:4

**attention** [5] - 45:9, 105:25, 237:20, 239:19, 296:16

**ATTORNEY** [169] - 11:4, 11:13, 13:3, 13:8, 14:7, 15:18, 16:15, 28:17, 28:19, 28:23, 43:2, 44:20, 44:22, 48:1, 60:5, 63:25, 68:25, 69:10, 69:14, 74:7, 76:4, 77:21, 85:20, 87:13, 90:11, 90:15, 90:22, 92:10, 92:13, 92:15, 92:17, 93:7, 96:12, 96:13, 96:24, 97:1, 97:5, 101:2, 101:3, 105:6, 105:12, 106:10, 107:4, 107:18, 109:8, 109:17, 110:2, 110:8, 113:19, 115:17, 115:18, 115:23, 116:21, 117:14, 117:15, 118:4, 122:12, 122:25, 123:3, 126:1, 126:4, 126:15, 127:6, 129:22, 129:25, 130:3, 130:9, 130:12, 130:18, 130:25, 131:3, 131:6, 132:7, 132:19, 132:24, 133:1, 133:3, 135:10, 135:12, 135:17, 135:20, 135:23, 136:3, 136:10, 137:1, 137:8, 137:12, 137:14, 142:20, 143:12, 144:21, 144:25, 145:6, 145:15, 145:19, 146:24, 147:20, 147:22, 147:25, 148:6, 151:8, 151:11, 152:7, 153:21, 153:24, 154:2, 154:4, 154:13, 155:2, 155:10, 155:20, 155:24, 156:3, 156:8, 156:11, 157:10, 157:19, 157:25, 158:4, 158:7, 160:9, 161:11, 161:13, 162:8, 164:2, 164:16, 164:19, 164:23, 165:1, 165:8, 165:25, 166:5, 166:20, 168:3, 173:4, 184:12, 184:15, 195:14, 195:15, 196:25, 197:1, 199:13, 199:15, 204:21, 204:22, 207:6, 207:7, 208:14, 228:23, 236:11, 236:12, 236:13, 236:14, 236:19, 250:21, 250:23, 254:18, 259:22, 261:2, 267:19, 268:10, 268:18, 275:1, 275:8, 282:8, 287:23, 290:25, 296:5, 296:8

**Attorney** [46] - 3:5, 3:6, 3:16,

126:8, 126:17, 127:9,
131:9, 132:12, 133:5,
135:13, 136:6, 136:12,
137:15, 141:25, 147:3,
148:3, 148:9, 151:14,
152:10, 153:8, 154:5,
154:14, 155:5, 155:12,
156:16, 158:9, 160:17,
161:15, 162:10, 164:4,
165:3, 165:6, 165:9, 166:2,
166:7, 166:24, 186:11,
258:25, 260:4, 261:7,
267:21, 268:19, 275:10,
282:14, 288:1, 291:2

**attorney** [3] - 174:10, 174:13, 176:21

**Attorney's** [4] - 272:9, 275:21, 276:3, 276:11

**attorneys** [20] - 255:23, 255:25, 256:20, 257:13, 257:16, 257:23, 261:11, 261:16, 261:21, 267:4, 272:8, 274:23, 274:25, 275:6, 275:9, 275:11, 276:14, 291:14, 291:21, 291:23

**attributing** [1] - 108:12

**audio** [3] - 41:1, 41:19, 219:21

**audit** [14] - 34:23, 35:3, 35:4, 35:10, 243:5, 243:7, 243:12, 244:11, 244:16, 244:18, 245:19, 245:25, 246:6, 246:9

**audited** [2] - 233:18, 245:22

**auditing** [1] - 246:17

**auditors** [1] - 232:5

**audits** [4] - 39:12, 39:16, 201:1, 238:18

**August** [11] - 6:9, 7:14, 7:16, 8:7, 29:22, 120:15, 127:17, 128:24, 128:25, 165:13

**AUSA** [280] - 3:7, 3:9, 3:11, 3:13, 3:15, 12:1, 13:10, 13:14, 16:11, 16:21, 16:25, 17:7, 19:20, 28:13, 28:16, 28:25, 42:23, 43:8, 44:17, 45:7, 45:8, 46:12, 46:14, 47:24, 48:2, 57:24, 58:1, 60:3, 60:10, 60:24, 61:3, 62:7, 62:10, 64:9, 64:17, 64:18, 65:10, 65:12, 65:21, 65:25, 66:18, 66:20, 67:2, 67:5, 68:4, 68:6, 69:1, 69:4, 69:18, 70:11, 70:14, 71:19, 71:21, 73:16, 73:18, 74:3, 74:19, 74:20, 76:2, 76:7, 76:9, 77:17, 78:9, 79:1, 79:3, 82:3, 82:4, 82:17, 82:18, 83:23, 83:25,

84:21, 84:23, 85:18, 85:25, 86:1, 86:2, 86:7, 86:14, 86:16, 86:20, 86:21, 87:9, 87:16, 87:18, 90:9, 91:6, 91:8, 92:7, 92:12, 92:14, 93:8, 95:3, 95:5, 96:21, 97:3, 97:7, 97:19, 98:9, 98:11, 100:12, 100:14, 100:24, 101:4, 101:8, 101:9, 102:19, 102:21, 103:20, 103:21, 104:22, 104:25, 105:4, 106:12, 108:11, 108:18, 110:7, 110:12, 110:19, 110:25, 111:9, 111:12, 113:22, 115:19, 116:4, 116:19, 116:22, 116:24, 116:25, 117:11, 117:16, 118:2, 118:16, 118:17, 118:22, 118:24, 119:4, 119:5, 119:10, 119:13, 119:17, 119:18, 120:13, 120:15, 121:15, 121:21, 121:22, 122:8, 126:3, 129:24, 130:1, 130:6, 130:13, 135:9, 135:11, 135:19, 135:21, 135:25, 136:8, 136:11, 137:6, 137:10, 137:13, 141:24, 142:2, 142:7, 142:17, 142:23, 143:2, 143:16, 143:25, 144:5, 144:19, 144:23, 145:4, 145:9, 145:11, 146:15, 147:18, 147:23, 151:6, 152:3, 153:7, 153:17, 153:23, 153:25, 154:3, 155:16, 156:2, 156:5, 156:10, 156:14, 157:9, 157:14, 157:18, 157:24, 160:14, 161:12, 162:7, 163:24, 164:22, 164:25, 168:6, 168:10, 169:4, 169:6, 171:14, 171:18, 171:22, 172:19, 172:24, 173:1, 173:16, 184:6, 184:9, 184:19, 185:6, 194:22, 195:9, 195:12, 196:3, 196:22, 197:5, 197:7, 197:10, 199:8, 199:10, 199:18, 199:20, 199:23, 200:11, 204:19, 204:23, 205:5, 207:2, 207:4, 207:9, 207:11, 207:23, 208:17, 228:10, 228:20, 229:1, 229:7, 229:10, 230:2, 230:5, 231:5, 231:7, 234:9, 234:10, 236:5, 236:17, 236:20, 237:1, 237:3, 237:17, 237:19, 239:2, 239:3, 239:9, 239:11,

250:7, 250:9, 250:19, 250:22, 251:3, 251:6, 251:24, 252:1, 253:5, 253:8, 254:15, 258:21, 259:24, 260:1, 261:5, 268:13, 274:24, 282:11

**Ausa** [1] - 3:4

**authenticate** [1] - 145:12

**authenticity** [1] - 145:4

**authorization** [5] - 22:12, 22:18, 75:4, 126:22

**authorize** [1] - 22:15

**Authorized** [1] - 66:23

**authorized** [10] - 22:4, 22:20, 30:7, 63:14, 65:17, 66:20, 68:11, 70:3, 74:1, 77:1

**authorizes** [2] - 70:24, 71:10

**automated** [1] - 188:24

**automatic** [1] - 192:1

**available** [6] - 39:24, 41:17, 58:20, 58:21, 120:4, 167:13

**AVENUE** [4] - 1:18, 2:3, 2:5, 2:9

**Avenue** [1] - 292:22

**average** [1] - 227:13

**avoid** [1] - 245:11

**aware** [9] - 54:20, 62:22, 72:8, 119:23, 125:9, 127:24, 141:17, 241:11, 241:15

# B

**B.W** [1] - 4:14

**bachelor's** [2] - 186:16, 201:8

**background** [5] - 26:11, 26:15, 170:18, 186:15, 201:7

**backs** [1] - 213:16

**BAILIFF** [9] - 17:3, 17:10, 17:12, 17:14, 74:11, 74:15, 143:7, 228:14, 296:22

**Balance** [4] - 8:9, 8:11, 121:10, 121:25

**bank** [4] - 24:10, 24:11, 75:8, 244:2

**Bank** [2] - 24:13, 75:9

**bar** [11] - 53:17, 82:23, 102:6, 105:7, 105:9, 115:24, 118:5, 142:2, 142:5, 144:3, 157:15

**BARRY** [2] - 2:8, 2:9

**Barry** [1] - 254:21

**bars** [5] - 53:21, 101:22, 101:23, 101:24

**based** [51] - 15:15, 26:10, 26:13, 26:15, 29:2, 32:11, 32:15, 32:22, 33:9, 33:20,

34:1, 36:8, 48:4, 52:22, 54:22, 56:5, 61:9, 61:14, 61:18, 81:25, 82:9, 90:12, 91:16, 94:14, 98:23, 98:24, 115:24, 161:23, 162:19, 188:10, 190:5, 192:8, 193:4, 195:7, 196:19, 197:14, 198:18, 198:22, 203:18, 205:16, 206:1, 215:22, 222:16, 225:8, 225:10, 225:16, 264:24, 279:22, 280:13, 286:14

**basic** [1] - 160:4

**basis** [8] - 12:8, 62:18, 86:18, 124:1, 191:7, 206:13, 234:19, 268:15

**Bates** [7] - 10:9, 10:11, 131:17, 131:19, 131:20, 136:14, 230:3

**bath** [1] - 175:6

**Bay** [28] - 4:21, 4:22, 4:23, 5:12, 5:16, 6:6, 6:14, 6:16, 6:18, 8:21, 8:22, 97:2, 97:20, 98:2, 98:24, 99:20, 100:4, 101:23, 194:2, 204:6, 209:7, 210:24, 226:18, 241:13, 245:2, 248:16, 249:5, 254:2

**bay** [1] - 84:7

**be..** [1] - 221:4

**Beach** [1] - 285:15

**bearing** [1] - 23:14

**become** [1] - 72:8

**bedroom** [2] - 175:5, 175:6

**BEFORE** [1] - 1:13

**beforehand** [2] - 14:20, 15:4

**began** [2] - 162:11, 261:12

**begin** [6] - 62:16, 162:2, 252:15, 261:24, 284:9, 284:12

**beginning** [8] - 82:8, 111:23, 223:6, 239:13, 245:10, 247:15, 288:21, 289:3

**behalf** [13] - 11:4, 63:15, 64:25, 75:22, 77:8, 84:18, 95:6, 141:13, 162:14, 232:18, 234:6, 275:2, 294:16

**behind** [1] - 202:11

**below** [6] - 11:19, 253:10, 288:16, 289:2, 290:3

**bench** [3] - 105:10, 142:6, 144:4

**beneficiaries** [30] - 32:19, 48:13, 48:18, 49:24, 50:17, 57:18, 57:20, 57:21, 58:4, 59:3, 79:9, 81:7, 82:9, 84:2, 87:8, 87:21, 88:9, 100:18, 100:19, 188:9, 188:15, 189:9, 214:14,

214:16, 215:14, 217:17, 226:13, 226:17, 271:10, 271:11

**beneficiary** [39] - 4:24, 30:22, 31:4, 31:9, 31:21, 37:17, 39:22, 40:1, 40:25, 42:4, 46:9, 46:17, 48:10, 52:16, 52:18, 59:6, 59:18, 82:14, 84:18, 84:19, 84:24, 85:1, 88:3, 88:19, 88:20, 89:1, 94:12, 95:7, 95:9, 95:13, 95:17, 95:25, 96:1, 96:4, 96:6, 100:7, 214:18, 219:15, 222:21

**Beneficiary** [4] - 4:11, 4:16, 4:22, 4:23

**Beneficiay** [1] - 4:20

**benefit** [9] - 34:5, 70:25, 71:13, 71:16, 187:18, 188:22, 189:15, 201:16, 286:18

**benefits** [6] - 37:3, 37:15, 71:6, 71:17, 187:25, 190:5

**BENI** [1] - 46:4

**best** [1] - 289:1

**Beth** [1] - 278:4

**betrayed** [1] - 286:3

**between** [34] - 8:24, 9:1, 13:6, 31:2, 38:11, 38:20, 40:23, 41:18, 49:19, 79:8, 79:24, 83:8, 87:22, 108:5, 124:5, 158:24, 162:3, 180:20, 206:10, 221:6, 229:20, 229:21, 232:11, 235:23, 258:5, 258:23, 264:25, 267:3, 268:6, 286:4, 287:8, 293:24

**beyond** [7] - 33:22, 34:5, 34:23, 81:21, 105:15, 144:20, 145:25

**big** [1] - 60:24

**Biling** [1] - 8:21

**bill** [15] - 30:21, 37:1, 50:5, 56:19, 81:18, 128:25, 129:8, 133:8, 206:15, 206:16, 221:19, 242:21, 270:25, 295:2

**billed** [61] - 4:4, 4:5, 8:18, 33:19, 46:25, 47:9, 48:15, 48:22, 49:7, 52:20, 53:16, 53:24, 56:12, 56:14, 56:24, 56:25, 57:8, 59:13, 59:15, 79:10, 79:13, 79:16, 79:17, 79:18, 79:19, 80:25, 82:7, 82:10, 82:22, 83:4, 83:21, 84:12, 85:11, 85:13, 87:8, 87:22, 88:6, 94:11, 95:2, 95:14, 95:15, 95:25, 96:3, 100:1, 100:17, 100:19, 101:18, 102:22, 162:4,

190:1, 194:19, 197:19, 198:6, 198:21, 205:17, 205:21, 206:5, 206:11, 223:5, 265:19, 293:17

**Billed** [1] - 4:14

**biller** [5] - 211:18, 211:23, 212:3, 223:4, 294:14

**billing** [15] - 4:17, 20:15, 50:6, 53:19, 55:15, 76:14, 83:15, 203:4, 239:5, 280:13, 294:20, 294:24, 295:10, 296:1

**Billing** [3] - 4:6, 4:7, 4:12

**billions** [1] - 33:13

**bills** [4] - 176:25, 177:3, 286:25, 294:16

**bin** [2] - 85:16, 87:2

**binding** [1] - 277:12

**birth** [4] - 31:22, 46:8, 194:15, 216:17

**BISCAYNE** [1] - 2:12

**bit** [21] - 17:20, 30:15, 31:19, 63:16, 67:2, 86:15, 134:18, 146:1, 174:18, 175:2, 175:20, 180:18, 185:17, 188:25, 191:22, 195:1, 213:4, 216:17, 245:2, 245:6, 296:17

**black** [3] - 179:3, 179:4, 180:16

**blame** [1] - 143:17

**blank** [9] - 105:13, 105:14, 106:19, 106:22, 107:3, 109:2, 109:3, 109:4, 109:7

**block** [2] - 29:15, 233:1

**Bloom** [7] - 257:20, 278:4, 278:5, 278:20, 278:22, 279:1, 280:19

**blue** [1] - 101:22

**Board** [1] - 152:13

**BOC** [1] - 154:20

**Boca** [1] - 292:6

**body** [2] - 53:3, 251:24

**bog** [1] - 94:2

**BOND** [1] - 1:18

**bond** [2] - 262:10, 262:13

**Bone** [1] - 177:9

**boss** [1] - 143:14

**bottom** [19] - 23:12, 45:15, 61:1, 61:13, 65:19, 65:23, 66:19, 67:4, 67:10, 68:4, 68:9, 68:10, 73:23, 86:15, 101:21, 117:10, 131:17, 196:7, 252:2

**bought** [2] - 254:5, 293:15

**BOULEVARD** [1] - 2:12

**Boulevard** [1] - 67:8

**box** [18] - 21:1, 22:20, 23:11, 25:16, 59:25, 154:15, 156:12, 156:13, 167:4,

178:13, 178:22, 180:14, 181:2, 181:5, 181:22, 182:2, 182:6, 182:11

**boy** [1] - 14:10

**brace** [84] - 36:22, 38:10, 38:17, 38:18, 38:19, 39:5, 39:6, 39:7, 39:8, 39:9, 39:10, 40:14, 40:15, 49:20, 50:18, 51:1, 51:7, 51:12, 51:14, 51:19, 51:22, 51:23, 52:5, 53:2, 58:11, 59:14, 59:15, 80:23, 80:24, 80:25, 81:1, 81:2, 81:5, 81:16, 82:8, 84:12, 85:12, 88:6, 88:7, 88:21, 88:22, 89:4, 89:9, 89:10, 89:13, 177:21, 178:4, 178:9, 178:25, 179:1, 179:2, 179:3, 179:12, 180:13, 180:14, 181:2, 181:4, 181:6, 181:9, 181:21, 190:12, 190:13, 193:3, 203:17, 215:12, 215:13, 216:7, 225:10, 225:24, 231:10, 240:12, 242:4, 242:5, 249:22

**Brace** [5] - 247:16, 247:19, 248:8, 255:6, 255:23

**braces** [80] - 4:24, 8:19, 38:14, 39:2, 39:4, 40:12, 48:14, 48:16, 51:3, 51:5, 51:6, 52:2, 52:16, 52:17, 52:19, 52:22, 53:3, 53:7, 53:16, 53:23, 56:12, 56:25, 59:11, 59:13, 59:16, 59:17, 61:17, 62:13, 79:17, 79:23, 80:3, 80:22, 81:6, 82:7, 82:10, 82:13, 82:15, 84:13, 85:9, 85:11, 87:8, 87:22, 88:2, 88:9, 88:13, 94:11, 95:13, 95:14, 95:25, 96:2, 100:6, 100:17, 100:20, 178:13, 181:24, 182:1, 182:17, 182:20, 182:21, 182:23, 182:25, 183:2, 183:7, 189:14, 202:19, 202:23, 210:21, 213:16, 215:15, 215:22, 221:10, 221:17, 221:25, 225:8, 225:9, 225:16, 226:9

**Braces** [4] - 4:9, 4:21, 5:1, 8:20

**Bracing** [26] - 6:20, 25:24, 28:2, 29:4, 42:11, 43:16, 43:17, 45:19, 49:7, 53:11, 57:18, 60:18, 61:11, 61:15, 61:19, 150:18, 194:1, 204:5, 229:22, 230:10, 230:20, 238:3, 243:19, 265:12, 265:15, 270:25

**bracing** [2] - 58:16, 58:18

**Bracing's** [1] - 48:3

**branch** [1] - 177:13

**brand** [1] - 245:11

**brand-new** [1] - 245:11

**break** [6] - 18:6, 18:16, 74:8, 107:17, 143:5, 228:13

**breakdown** [2] - 140:23, 235:22

**breaking** [1] - 190:21

**Breitman** [9] - 211:17, 211:20, 211:23, 224:23, 225:20, 226:2, 294:9, 294:11, 294:14

**BRICKELL** [2] - 2:3, 2:9

**Brickell** [1] - 292:22

**brief** [3] - 171:16, 171:19, 172:19

**briefly** [13] - 24:18, 30:25, 40:7, 40:22, 42:13, 49:3, 75:3, 94:24, 95:24, 187:22, 188:17, 258:21, 294:11

**bring** [19] - 11:2, 14:15, 15:6, 15:10, 15:12, 17:2, 17:13, 18:13, 105:24, 126:1, 127:8, 129:22, 137:1, 137:3, 137:5, 162:9, 165:25, 296:16

**bringing** [1] - 15:2

**BROCHE** [1] - 2:5

**broke** [1] - 228:2

**broken** [2] - 179:23, 179:24

**Brook** [3] - 175:1, 175:2, 178:17

**brought** [4] - 14:15, 15:3, 15:21, 140:17

**BUILDING** [1] - 1:18

**building** [1] - 18:10

**built** [1] - 286:15

**bunch** [2] - 276:8, 279:22

**Bureau** [1] - 281:22

**business** [44] - 29:6, 55:14, 55:25, 56:1, 76:15, 98:15, 117:5, 138:3, 149:8, 159:11, 160:23, 162:24, 194:10, 208:11, 208:12, 209:1, 209:4, 209:7, 209:12, 211:7, 213:4, 213:5, 215:19, 218:8, 223:24, 225:21, 225:23, 234:3, 234:4, 235:18, 237:8, 237:25, 238:8, 238:17, 239:14, 244:22, 244:23, 245:13, 248:13, 250:1, 271:2, 291:3, 292:13, 293:8

**businesses** [2] - 266:9, 296:1

**businessman** [2] - 266:16, 285:25

**buy** [3] - 216:8, 216:11,

286:24
**buying** [3] - 216:9, 223:11, 252:25
**BW** [1] - 85:2
**BY** [9] - 19:20, 122:12, 123:3, 168:10, 173:16, 185:6, 200:11, 207:23, 254:18

## C

**c-a-i-n** [1] - 185:4
**cafeteria** [1] - 18:9
**CAIN** [2] - 3:10, 184:22
**Cain** [9] - 5:18, 5:19, 5:21, 5:22, 5:24, 184:20, 185:4, 185:7, 196:3
**calculate** [4] - 205:20, 206:2, 206:4, 206:7
**calculation** [2] - 279:21, 294:6
**calculations** [2] - 197:14, 205:17
**California** [4] - 58:11, 58:12, 84:15, 292:18
**campaign** [4] - 252:10, 252:23, 253:1, 288:21
**campaigns** [1] - 223:20
**cannot** [3] - 14:1, 127:3, 163:4
**Canoe** [3] - 175:1, 175:2, 178:17
**captured** [3] - 204:11, 204:14, 205:24
**card** [4] - 167:4, 167:5, 167:8, 167:11
**cardiologists** [1] - 177:10
**care** [20] - 175:4, 175:7, 175:8, 175:9, 187:10, 187:13, 187:14, 192:7, 193:2, 201:11, 201:13, 219:6, 219:11, 221:22, 221:24, 246:4, 246:10, 246:11, 246:13
**Care** [42] - 5:14, 5:15, 8:24, 9:1, 9:3, 26:5, 208:8, 208:18, 208:24, 209:19, 213:7, 216:22, 223:23, 224:7, 229:21, 230:8, 230:14, 230:16, 232:12, 232:17, 232:18, 234:11, 234:14, 235:15, 235:17, 237:11, 241:7, 241:20, 243:18, 247:14, 253:15, 253:22, 259:1, 259:8, 259:10, 263:6, 265:23, 288:21, 288:24, 289:11, 291:6, 293:9
**Carolina** [1] - 186:17
**case** [46] - 11:17, 14:2, 14:5, 15:9, 16:19, 18:20, 19:4,

19:5, 31:9, 63:3, 81:20, 89:19, 106:18, 113:6, 123:9, 123:21, 127:14, 128:1, 128:6, 128:24, 129:18, 131:24, 132:5, 132:13, 132:16, 134:12, 149:10, 156:15, 157:23, 158:5, 167:13, 189:21, 196:4, 196:14, 210:17, 254:9, 260:2, 279:11, 280:5, 280:14, 282:3, 283:19, 283:20, 284:5, 296:14, 296:15
**CASE** [1] - 1:3
**cases** [10] - 50:4, 51:10, 124:5, 124:7, 124:8, 124:9, 124:10, 124:11, 141:22
**catch** [1] - 40:11
**categorically** [1] - 31:18
**categories** [4] - 78:19, 93:24, 94:17, 98:12
**categorized** [1] - 26:17
**category** [2] - 26:10, 74:25
**CATHERINE** [1] - 1:20
**Catoosa** [2] - 174:23, 175:22
**caught** [1] - 40:4
**cautionary** [5] - 11:5, 11:14, 12:14, 12:25, 69:11
**cc** [1] - 251:19
**cc'd** [1] - 252:12
**CD** [20] - 5:6, 5:7, 5:17, 5:19, 5:20, 5:22, 5:23, 43:9, 85:5, 195:12, 196:13, 196:20, 197:13, 199:4, 204:10, 205:5, 205:11, 206:19, 206:21, 206:23
**CDs** [16] - 43:9, 43:18, 43:20, 43:22, 43:25, 78:9, 78:12, 78:16, 78:17, 78:18, 93:9, 93:16, 93:18, 99:9, 102:10, 199:19
**ceased** [2] - 261:7, 261:17
**Cedeno** [1] - 30:5
**Cedeno's** [1] - 30:9
**Center** [4] - 8:9, 8:11, 121:10, 121:25
**center** [7] - 213:13, 213:15, 215:21, 216:16, 216:20, 216:23, 216:24
**centers** [7] - 61:5, 213:20, 213:22, 215:17, 215:20, 223:7, 223:21
**central** [1] - 61:6
**certain** [12] - 11:10, 22:24, 41:12, 41:13, 107:7, 123:13, 123:14, 133:13, 217:10, 225:6, 225:16, 249:21
**certainly** [3] - 13:8, 16:16, 144:8

**Certificate** [1] - 5:14
**certificate** [13] - 133:20, 148:22, 149:3, 149:4, 152:21, 154:17, 154:22, 154:23, 156:18, 156:23, 157:11, 157:20, 158:10
**certification** [41] - 22:21, 22:23, 23:2, 23:3, 29:7, 29:8, 29:10, 29:14, 29:17, 63:15, 65:18, 66:25, 69:20, 69:24, 71:21, 99:2, 99:3, 106:20, 112:7, 112:9, 112:10, 112:15, 112:17, 113:1, 117:6, 119:5, 120:18, 121:12, 142:13, 152:21, 161:1, 161:5, 165:12, 165:22, 166:8, 166:10, 166:13, 166:15, 171:9, 186:20, 186:22
**Certification** [3] - 6:18, 66:24, 152:13
**certifications** [7] - 104:7, 108:20, 164:20, 165:4, 165:17, 186:18, 187:6
**certified** [3] - 23:3, 162:20, 186:19
**certifier** [1] - 73:8
**certify** [5] - 72:2, 172:18, 297:3, 297:8, 297:11
**certifying** [3] - 70:9, 117:18, 121:23
**cervical** [1] - 226:10
**CGS** [2] - 32:17, 32:24
**chain** [2] - 212:25, 289:3
**chance** [4] - 115:20, 131:9, 148:4, 248:5
**change** [7] - 20:23, 30:1, 66:13, 67:20, 83:17, 131:1, 243:17
**changed** [1] - 37:11
**changes** [4] - 19:12, 20:18, 30:8, 104:4
**changing** [3] - 66:10, 66:12, 245:7
**character** [1] - 220:9
**charge** [10] - 198:16, 198:17, 266:22, 269:3, 269:4, 269:6, 269:8, 269:14, 269:16, 269:18
**charged** [13] - 32:3, 113:12, 194:19, 197:20, 198:13, 210:11, 225:23, 259:15, 259:17, 263:3, 266:18, 269:9, 269:13
**charges** [1] - 260:13
**charging** [5] - 190:3, 240:11, 260:1, 271:22, 289:14
**Charging** [1] - 10:4
**Charlotte** [1] - 186:17
**chart** [13] - 80:11, 136:19,

160:18, 160:25, 162:5, 162:11, 163:21, 164:16, 165:10, 168:11, 168:13, 196:19, 197:22
**charts** [7] - 123:14, 123:16, 123:19, 125:12, 160:25, 161:10, 162:2
**chase** [3] - 75:9, 271:4, 271:13
**chat** [1] - 41:3
**check** [20] - 21:1, 24:16, 24:17, 26:11, 26:15, 38:23, 39:19, 39:24, 44:22, 152:25, 170:18, 217:4, 217:18, 217:20, 219:1, 219:2, 220:3, 221:1, 221:17, 244:2
**checked** [1] - 221:5
**checking** [5] - 217:7, 217:8, 221:5, 221:13, 221:15
**checklist** [1] - 172:12
**checks** [3] - 217:1, 217:7, 217:11
**checkups** [1] - 175:9
**chief** [1] - 158:5
**Chiropractic** [1] - 8:8
**chiropractic** [1] - 120:20
**chiropractor** [2] - 103:12, 119:3
**choice** [1] - 36:25
**choosing** [1] - 218:20
**chose** [2] - 133:9, 139:2
**Christina** [1] - 135:5
**Circuit** [1] - 11:20
**circuit** [1] - 13:1
**circumstances** [1] - 211:15
**City** [2] - 24:13, 175:22
**civil** [4] - 72:23, 73:4, 124:8, 124:9
**claim** [106] - 30:20, 30:21, 31:6, 31:8, 31:10, 31:18, 32:4, 32:7, 32:16, 33:11, 33:14, 33:16, 33:20, 33:22, 34:2, 34:9, 34:17, 34:21, 34:24, 35:1, 35:5, 35:14, 35:22, 37:9, 39:25, 40:13, 40:15, 41:25, 42:3, 45:23, 46:4, 46:15, 46:19, 46:24, 47:3, 47:5, 47:8, 47:9, 47:11, 47:12, 47:14, 47:15, 48:20, 49:7, 49:22, 49:24, 50:2, 50:7, 54:10, 54:15, 59:12, 59:14, 59:20, 62:13, 73:20, 79:13, 80:20, 84:3, 85:4, 85:11, 95:13, 95:17, 120:6, 120:7, 121:1, 162:4, 188:19, 188:20, 188:23, 189:1, 189:2, 189:4, 189:19, 189:20, 190:4, 190:17, 191:14, 191:17,

191:20, 191:25, 192:11, 193:3, 193:4, 194:10, 194:21, 196:9, 197:23, 198:21, 198:22, 202:9, 203:4, 203:17, 204:14, 204:17, 205:11, 206:13, 242:5, 243:5, 243:9, 243:10

**claimed** [4] - 34:4, 35:7, 35:8, 165:21

**claiming** [2] - 31:23, 31:25

**Claims** [10] - 4:4, 4:5, 4:14, 5:7, 5:8, 5:10, 5:11, 5:12, 5:15, 8:18

**claims** [167] - 5:6, 5:17, 5:19, 5:20, 5:22, 5:23, 22:13, 22:15, 26:18, 30:15, 30:18, 30:25, 31:1, 31:20, 32:5, 32:10, 32:11, 32:22, 32:23, 33:2, 33:13, 35:1, 35:5, 35:25, 36:10, 38:1, 38:14, 39:21, 40:5, 40:10, 42:10, 42:13, 42:14, 42:17, 42:20, 42:21, 43:15, 44:9, 44:12, 44:15, 45:16, 45:19, 48:3, 48:5, 48:13, 48:23, 49:1, 49:12, 50:13, 50:15, 50:16, 50:21, 53:11, 54:8, 54:14, 54:15, 54:17, 54:24, 56:9, 56:10, 56:12, 56:15, 56:16, 56:17, 57:17, 57:21, 58:3, 58:5, 59:2, 59:3, 59:20, 61:16, 62:18, 63:4, 73:21, 77:7, 77:10, 77:14, 78:12, 79:7, 79:17, 80:2, 80:8, 81:4, 81:22, 81:25, 84:17, 84:18, 84:23, 86:17, 86:24, 86:25, 91:21, 91:24, 92:5, 93:13, 93:15, 93:21, 94:13, 95:5, 95:6, 96:5, 99:7, 99:17, 99:20, 101:21, 102:5, 102:8, 102:9, 108:23, 113:2, 121:2, 159:1, 162:14, 162:16, 164:9, 168:14, 169:10, 174:4, 188:15, 189:18, 190:18, 190:24, 190:25, 191:1, 191:4, 191:7, 191:8, 192:4, 192:5, 192:15, 193:17, 193:19, 193:25, 194:4, 194:22, 194:24, 196:4, 196:14, 196:15, 197:13, 198:16, 199:4, 199:6, 201:3, 201:5, 201:22, 201:25, 202:4, 202:6, 202:13, 203:23, 204:4, 204:9, 204:11, 204:16, 205:24, 206:19, 206:20, 206:25, 212:4, 243:11, 246:17, 246:19

**Claire** [1] - 201:9

**clarify** [2] - 196:3, 199:1

**classification** [1] - 174:3

**clear** [11] - 15:20, 15:25, 110:13, 113:7, 115:23, 116:1, 120:17, 121:17, 127:24, 142:25, 241:12

**cleared** [1] - 150:11

**clearing** [1] - 190:19

**Clearinghouse** [1] - 72:12

**clearinghouses** [1] - 191:18

**clearly** [12] - 15:4, 132:16, 136:17, 141:3, 141:14, 141:16, 143:18, 149:11, 150:2, 167:5, 206:10

**clears** [1] - 110:17

**Clearwater** [3] - 67:9, 76:16, 84:5

**client** [16] - 14:9, 15:8, 108:2, 110:10, 110:14, 164:22, 211:18, 230:10, 234:21, 235:6, 247:10, 248:1, 248:15, 248:21, 249:4, 254:9

**client's** [1] - 228:24

**clients** [23] - 105:12, 105:17, 108:23, 109:13, 211:8, 222:12, 223:1, 224:8, 225:15, 225:18, 225:20, 227:9, 227:10, 227:25, 235:8, 235:12, 242:2, 243:14, 247:11, 254:3, 254:5, 293:5, 293:10

**clients'** [1] - 107:5

**clinic** [1] - 177:12

**clinics** [1] - 177:11

**closer** [1] - 173:12

**CMS** [2] - 61:6, 128:17

**CMS's** [1] - 193:14

**CMS-8551** [3] - 8:12, 8:14, 8:16

**CMS-855I** [4] - 103:21, 105:2, 111:25, 112:14

**coconspirator** [1] - 289:13

**cocounsel** [1] - 123:7

**code** [9] - 51:6, 79:16, 79:18, 79:19, 80:23, 80:24, 81:1, 190:14, 203:3

**Code** [3] - 26:5, 70:23, 71:10

**coded** [1] - 101:21

**codes** [25] - 32:1, 33:18, 39:3, 46:24, 47:1, 47:7, 47:9, 47:18, 49:6, 50:22, 51:5, 51:6, 51:8, 80:21, 80:24, 81:1, 81:2, 189:25, 190:6, 190:7, 190:11, 194:16, 194:17, 295:7, 295:10

**codes'** [1] - 202:25

**coding** [2] - 51:4, 52:7

**cognition** [1] - 176:10

**cold** [1] - 223:14

**Cole** [1] - 8:7

**collapsed** [1] - 46:7

**collar** [1] - 226:10

**collectively** [1] - 142:8

**college** [1] - 208:6

**color** [1] - 101:21

**column** [21] - 29:16, 30:4, 46:3, 46:13, 46:14, 46:15, 46:21, 46:24, 46:25, 47:2, 47:10, 47:11, 52:17, 59:10, 59:12, 59:13, 76:24, 85:10, 85:11, 100:19

**columns** [1] - 29:15

**combination** [2] - 100:21, 101:17

**combines** [1] - 100:22

**coming** [9] - 17:23, 106:8, 110:4, 144:15, 225:14, 238:19, 243:24, 255:19, 283:24

**commencing** [1] - 11:1

**commercial** [2] - 187:16, 194:10

**commit** [7] - 160:4, 209:22, 218:10, 259:18, 260:13, 263:4, 266:22

**committed** [4] - 163:25, 271:24, 272:3, 279:25

**committing** [5] - 107:16, 160:4, 162:13, 163:7, 266:11

**common** [5] - 55:24, 56:5, 156:22, 226:11

**communicate** [1] - 234:22

**communicated** [2] - 241:16, 292:8

**communication** [5] - 41:1, 41:20, 72:21, 253:16, 287:14

**community** [1] - 203:3

**companies** [22] - 39:15, 87:25, 90:13, 112:5, 122:2, 193:10, 199:2, 211:24, 211:25, 212:1, 221:9, 225:2, 225:5, 231:21, 244:7, 245:18, 265:24, 293:6, 293:8, 294:3, 294:16, 294:20

**company** [85] - 30:17, 32:25, 39:18, 39:19, 61:20, 62:23, 63:8, 66:1, 89:16, 90:1, 91:22, 97:20, 120:19, 124:16, 124:19, 124:24, 125:8, 125:14, 125:17, 133:25, 134:10, 135:4, 135:14, 136:21, 139:23, 149:20, 149:24, 157:1, 162:14, 168:20, 182:12, 182:16, 183:10, 185:12, 187:4, 189:8, 189:16, 190:16, 200:16, 208:7, 208:10, 208:20, 209:1, 209:4, 209:7, 209:9, 209:13, 211:18, 211:21, 211:23, 217:11, 218:3, 218:5, 218:7, 220:4, 220:9, 220:25, 222:7, 222:22, 229:21, 232:25, 237:21, 239:19, 243:18, 245:5, 245:6, 251:18, 259:3, 259:4, 263:12, 263:14, 263:17, 263:18, 263:21, 264:4, 264:5, 264:23, 265:2, 265:5, 265:6, 265:12, 265:13, 265:19, 288:9, 296:1

**compare** [7] - 35:14, 167:4, 167:5, 167:11, 167:17, 167:23

**competition** [1] - 221:16

**compilation** [1] - 42:14

**compiled** [6] - 5:17, 5:19, 5:20, 5:22, 5:23, 246:23

**complain** [1] - 179:25

**complaint** [1] - 183:2

**complaints** [1] - 220:5

**complete** [7] - 26:15, 30:8, 72:7, 72:9, 142:10, 197:14, 272:13

**completed** [2] - 144:22, 241:23

**completely** [1] - 140:12

**completeness** [2] - 142:16, 277:11

**compliance** [3] - 35:8, 120:10, 128:12

**compliant** [3] - 224:17, 231:23, 232:1

**complicated** [1] - 294:24

**complies** [2] - 23:13, 39:22

**comply** [1] - 54:11

**complying** [2] - 112:23, 120:8

**composite** [2] - 144:18, 144:20

**conceals** [1] - 71:1

**concern** [1] - 109:5

**concerned** [1] - 37:7

**conclude** [5] - 154:8, 163:2, 163:4, 163:10, 283:19

**concluded** [1] - 296:25

**conclusion** [2] - 110:4, 110:5

**condition** [5] - 22:24, 29:8, 32:2, 51:11, 69:25

**conditioned** [1] - 120:7

**conditions** [4] - 41:12, 41:13, 120:11, 291:10

**condolences** [1] - 184:16

**conduct** [7] - 132:13, 159:19, 172:3, 217:11, 217:25, 234:3, 243:5
**conducted** [3] - 13:15, 219:20, 247:22
**conducting** [4] - 39:12, 39:13, 172:14
**conducts** [1] - 34:16
**confer** [3] - 184:6, 199:8, 207:2
**conference** [4] - 105:10, 142:6, 144:4, 211:14
**confess** [1] - 16:1
**confirm** [2] - 134:10, 252:15
**confused** [1] - 108:12
**confusion** [3] - 110:9, 130:21, 156:5
**connect** [2] - 107:11, 109:21
**connected** [1] - 107:23
**connection** [3] - 71:5, 71:16, 108:4
**consider** [1] - 38:9
**considered** [9] - 26:19, 34:9, 55:17, 62:15, 137:18, 174:3, 187:17, 201:16, 202:21
**consistently** [1] - 223:22
**conspiracy** [24] - 105:18, 105:22, 106:19, 107:8, 107:10, 107:13, 108:5, 108:6, 108:9, 108:24, 109:10, 109:13, 109:20, 109:23, 110:16, 113:12, 209:22, 218:9, 259:17, 260:13, 263:4, 263:5, 266:22, 269:10
**constant** [3] - 179:19, 180:7, 180:23
**constantly** [3] - 180:3, 180:4, 245:7
**constitute** [1] - 61:23
**construed** [1] - 277:7
**consult** [1] - 15:11
**Consultant** [1] - 232:17
**consultant** [1] - 232:21
**consultation** [4] - 42:1, 42:4, 217:25, 218:19
**consulted** [3] - 14:20, 291:21, 291:23
**consulting** [1] - 232:23
**consuming** [1] - 295:22
**contact** [15] - 14:13, 209:15, 211:2, 213:17, 230:8, 234:6, 239:18, 241:7, 241:12, 244:7, 249:7, 249:11, 249:13, 252:16, 284:4
**contacted** [1] - 183:4
**contain** [5] - 78:22, 94:20, 104:6, 111:25, 112:7

**contained** [20] - 11:11, 28:8, 46:1, 48:6, 59:9, 67:16, 72:7, 72:20, 76:10, 78:18, 79:4, 79:7, 82:5, 86:12, 107:1, 107:14, 116:15, 142:13, 235:20
**containing** [7] - 5:6, 5:17, 5:19, 5:20, 5:22, 5:23, 11:11
**contains** [1] - 196:9
**CONTD** [1] - 2:1
**contemplated** [1] - 249:3
**contemplation** [1] - 108:2
**contents** [5] - 23:17, 72:6, 90:4, 105:20, 229:25
**continuation** [1] - 240:19
**continue** [9] - 19:14, 56:19, 74:18, 110:24, 143:21, 192:6, 228:19, 281:12, 283:4
**continued** [7] - 86:21, 266:18, 266:19, 283:1, 283:7, 283:13, 283:16
**CONTINUED** [1] - 19:19
**Continued** [1] - 3:4
**continues** [1] - 11:7
**continuing** [1] - 248:5
**continuous** [1] - 180:5
**continuously** [1] - 221:13
**contract** [13] - 201:13, 231:15, 231:19, 231:20, 231:25, 232:18, 233:10, 233:20, 248:25, 252:13, 267:13, 267:15, 268:8
**contracted** [4] - 187:14, 187:24, 188:5, 188:7
**Contractor** [1] - 72:13
**contractor** [10] - 25:23, 27:1, 27:3, 32:17, 33:6, 35:19, 72:14, 106:24, 120:5, 291:5
**contractors** [3] - 32:24, 35:1, 54:5
**contracts** [6] - 125:3, 125:5, 212:17, 212:19, 230:16, 241:19
**Control** [2] - 67:12, 186:11
**control** [2] - 23:11, 71:15
**convened** [1] - 17:15
**convenience** [1] - 252:14
**conversation** [4] - 115:24, 254:24, 275:4, 275:5
**conviction** [1] - 218:9
**cooperate** [2] - 254:8, 272:7
**cooperated** [1] - 278:23
**cooperating** [6] - 281:12, 281:15, 281:16, 283:4, 292:24, 293:1
**cooperation** [7] - 272:16, 272:17, 272:18, 273:17,

274:11, 276:19, 277:12
**coordination** [1] - 187:25
**copied** [3] - 288:6, 290:9, 290:12
**copies** [4] - 91:13, 134:7, 229:8, 236:8
**copy** [24] - 21:24, 24:4, 24:16, 24:17, 27:13, 43:15, 43:16, 69:7, 69:19, 91:10, 130:7, 130:10, 130:16, 130:18, 130:21, 133:16, 133:25, 134:3, 152:25, 160:14, 169:20, 233:20, 236:11, 236:13
**CORAL** [1] - 2:6
**corner** [1] - 67:22
**Corporate** [1] - 10:8
**corporate** [5] - 144:13, 147:14, 151:2, 169:1, 169:7
**corporation** [9] - 134:6, 138:7, 139:10, 149:4, 149:7, 149:16, 149:17, 157:5
**corporations** [1] - 151:2
**correct** [295] - 21:5, 21:19, 21:24, 24:9, 35:21, 39:13, 54:25, 55:5, 55:6, 60:5, 61:10, 64:22, 65:15, 72:7, 72:9, 77:5, 77:21, 80:3, 81:10, 81:24, 82:2, 83:18, 83:21, 85:20, 88:10, 88:16, 99:13, 99:17, 110:12, 120:21, 122:3, 122:4, 122:5, 123:10, 123:11, 123:15, 124:5, 124:17, 124:19, 124:25, 125:1, 125:10, 126:10, 126:19, 126:24, 127:4, 127:10, 127:14, 127:17, 127:20, 127:21, 127:22, 127:23, 128:2, 128:7, 128:13, 129:3, 129:15, 131:14, 132:2, 132:13, 133:6, 133:10, 133:14, 133:17, 133:22, 134:1, 134:4, 134:8, 134:10, 134:20, 135:14, 136:21, 137:21, 137:23, 138:1, 139:3, 139:8, 139:11, 139:13, 139:15, 139:19, 140:25, 141:5, 141:14, 147:15, 148:19, 149:1, 149:4, 149:8, 149:13, 149:17, 149:24, 149:25, 150:4, 150:7, 150:15, 150:19, 150:23, 151:3, 152:14, 152:22, 152:23, 153:4, 153:10, 154:18, 154:23, 156:20, 156:24, 157:2,

157:5, 157:24, 158:20, 159:20, 160:6, 160:18, 160:20, 160:23, 161:6, 161:17, 161:18, 161:21, 161:25, 162:15, 162:21, 162:24, 163:3, 164:10, 165:14, 165:18, 165:19, 165:22, 166:3, 166:11, 166:17, 167:9, 167:20, 168:24, 169:11, 169:14, 190:8, 193:23, 198:2, 202:4, 202:5, 215:15, 216:16, 228:8, 240:5, 241:14, 247:1, 253:24, 254:25, 256:1, 256:3, 257:8, 257:10, 257:23, 258:2, 258:6, 258:8, 259:1, 259:6, 259:9, 259:15, 259:18, 260:9, 260:14, 260:21, 261:21, 261:25, 262:7, 262:12, 262:15, 262:20, 263:6, 263:9, 263:12, 263:15, 263:16, 263:18, 263:22, 263:23, 264:6, 264:8, 264:24, 265:3, 265:6, 265:13, 265:20, 265:24, 266:2, 266:13, 266:17, 266:19, 266:23, 266:24, 267:4, 267:16, 268:3, 268:8, 268:25, 269:4, 269:9, 269:12, 269:14, 269:16, 269:19, 269:22, 270:2, 270:4, 270:16, 271:10, 271:25, 272:4, 272:10, 272:13, 272:19, 272:23, 272:25, 273:4, 273:24, 275:8, 275:17, 276:5, 276:12, 276:16, 276:22, 277:4, 277:18, 278:2, 278:4, 278:12, 278:16, 279:2, 279:9, 279:18, 279:25, 280:11, 280:12, 281:12, 281:22, 281:23, 282:3, 282:6, 282:16, 282:19, 283:2, 283:8, 283:14, 283:15, 283:17, 283:21, 284:6, 284:9, 284:10, 284:15, 285:7, 285:12, 285:19, 285:22, 286:1, 286:10, 286:16, 286:17, 286:19, 287:3, 287:9, 287:14, 287:18, 287:19, 287:20, 288:2, 288:7, 288:22, 288:23, 288:25, 289:8, 289:16, 290:4, 290:13, 290:16, 291:21, 291:24, 292:1, 292:17, 293:9, 294:9, 294:14, 294:17, 295:2, 295:19, 297:4, 297:9

**correctly** [1] - 154:9
**corresponding** [2] - 117:9, 268:14
**costs** [2] - 216:3, 240:11
**coughing** [1] - 169:18
**Counsel** [1] - 154:13
**counsel** [7] - 14:20, 15:11, 104:23, 168:17, 169:13, 171:13, 297:11
**counsel's** [2] - 13:22, 107:21
**counsels** [1] - 258:24
**count** [1] - 240:15
**Count** [1] - 282:16
**countries** [1] - 213:24
**country** [9] - 32:20, 41:17, 58:13, 58:20, 58:22, 84:11, 95:2, 191:2, 257:17
**county** [2] - 128:12
**couple** [5] - 17:18, 132:21, 153:15, 222:11, 258:16
**course** [10] - 12:20, 57:14, 136:17, 145:10, 167:22, 234:20, 257:22, 263:6, 279:24, 291:20
**COURT** [149] - 1:1, 1:13, 11:2, 11:12, 12:8, 13:4, 13:9, 13:13, 14:6, 15:17, 16:1, 16:14, 16:20, 16:24, 17:1, 17:4, 17:9, 17:11, 17:13, 17:16, 28:15, 28:18, 28:21, 43:1, 43:3, 44:21, 45:6, 60:7, 64:2, 69:13, 69:16, 74:9, 74:17, 76:5, 77:22, 85:22, 87:11, 87:14, 90:17, 90:19, 90:24, 92:16, 92:18, 96:14, 101:6, 104:24, 105:11, 106:2, 107:2, 108:15, 109:1, 109:15, 109:25, 110:18, 110:20, 110:24, 111:2, 113:21, 113:25, 116:2, 118:7, 121:20, 122:10, 130:5, 130:11, 130:23, 131:2, 131:5, 131:7, 132:9, 132:21, 132:25, 133:2, 136:2, 142:3, 142:15, 142:25, 143:5, 143:11, 143:15, 143:17, 144:1, 144:17, 144:22, 144:24, 145:10, 145:12, 145:16, 146:2, 146:18, 147:21, 147:24, 148:8, 151:10, 151:12, 152:9, 155:4, 155:22, 156:1, 157:17, 157:23, 158:1, 158:6, 158:8, 168:5, 171:17, 172:21, 173:2, 184:7, 184:11, 184:14, 184:17, 184:21, 185:1, 194:12, 195:11, 195:16, 197:3,

197:6, 199:9, 199:12, 199:16, 199:22, 204:20, 204:25, 207:3, 207:8, 207:10, 228:12, 228:18, 229:2, 229:9, 236:10, 236:21, 250:8, 250:24, 251:5, 254:16, 258:22, 259:25, 260:3, 261:4, 268:16, 275:3, 282:12, 296:4, 296:6, 296:10, 296:24
**court** [11] - 13:15, 15:13, 110:22, 143:4, 147:2, 258:23, 261:23, 262:2, 262:14, 277:1, 279:21
**Court** [10] - 11:13, 12:21, 69:12, 122:25, 260:12, 272:19, 279:6, 297:5, 297:18
**Court's** [1] - 274:13
**court's** [1] - 143:12
**courtesy** [1] - 17:25
**COURTROOM** [7] - 1:8, 173:5, 173:10, 199:24, 200:5, 207:12, 207:17
**cover** [3] - 38:14, 41:10, 188:10
**coverage** [7] - 61:21, 185:13, 187:24, 188:3, 202:23, 214:11, 226:16
**covered** [2] - 41:25, 42:3
**covers** [1] - 71:1
**COVID-19** [2] - 41:9, 269:21
**Cox** [2] - 242:4, 242:8
**CPT** [2] - 190:6, 194:16
**crafty** [1] - 180:1
**create** [4] - 191:16, 191:24, 205:17, 233:16
**created** [11] - 28:7, 29:2, 44:14, 48:4, 53:9, 77:13, 87:7, 91:16, 199:5, 291:13, 291:15
**creation** [1] - 108:3
**credible** [7] - 61:9, 61:20, 62:3, 62:13, 62:15, 83:11, 86:10
**credit** [4] - 242:14, 242:17, 242:23
**Creek** [2] - 292:5, 292:14
**crime** [5] - 209:18, 209:21, 210:18, 253:22, 279:24
**crimes** [7] - 210:11, 259:15, 259:17, 269:6, 271:22, 271:24, 280:19
**Criminal** [1] - 276:1
**criminal** [11] - 26:10, 70:24, 71:11, 72:23, 124:8, 124:9, 124:11, 260:20, 274:13, 276:25
**CRIMINAL** [2] - 1:17, 1:21

**criticizing** [1] - 18:10
**CRM** [9] - 218:17, 223:3, 234:25, 235:5, 242:6, 242:9, 242:12, 243:16, 243:18
**crocheting** [3] - 180:3, 180:5, 180:10
**cross** [7] - 12:18, 18:24, 32:11, 122:10, 199:12, 254:16, 273:23
**CROSS** [3] - 122:11, 123:2, 254:17
**Cross** [3] - 3:5, 3:6, 3:16
**cross-examination** [3] - 12:18, 18:24, 273:23
**Cross-Examination** [3] - 3:5, 3:6, 3:16
**CROSS-EXAMINATION** [3] - 122:11, 123:2, 254:17
**cuff** [1] - 181:7
**current** [7] - 26:13, 76:16, 76:17, 185:14, 185:15, 190:10, 201:6
**curriculum** [1] - 186:24
**custody** [2] - 262:7, 281:21
**customers** [1] - 56:1
**Cypress** [2] - 292:5, 292:14

# D

**Dade** [2] - 27:19, 167:6
**daily** [1] - 191:7
**Dakota** [1] - 33:1
**damages** [1] - 73:5
**danger** [3] - 108:7, 110:4, 110:8
**Data** [13] - 5:2, 5:7, 5:8, 5:10, 5:11, 5:12, 5:15, 6:1, 6:3, 6:4, 6:6, 6:14, 6:16
**data** [89] - 5:6, 5:17, 5:19, 5:20, 5:22, 5:23, 21:14, 42:10, 42:13, 42:17, 42:20, 43:15, 43:18, 44:9, 44:12, 44:15, 48:3, 48:5, 49:13, 50:15, 50:19, 52:23, 53:11, 53:19, 55:9, 59:2, 59:20, 63:4, 77:7, 77:10, 77:11, 77:14, 78:12, 79:7, 80:15, 81:4, 81:22, 81:25, 84:17, 85:4, 87:24, 88:20, 88:25, 91:21, 91:24, 92:5, 93:13, 93:15, 93:21, 94:13, 95:5, 95:16, 96:5, 98:7, 99:7, 99:17, 99:20, 100:4, 100:22, 102:11, 127:13, 151:20, 159:5, 160:19, 163:1, 163:9, 163:12, 163:14, 164:8, 164:9, 193:25, 194:4, 194:22, 194:24, 195:3, 196:4,

196:9, 196:14, 197:13, 198:1, 202:2, 204:4, 204:11, 204:16, 205:11, 205:24, 206:19, 223:12, 223:20
**data'** [2] - 193:22, 204:1
**Data-Active** [2] - 5:11, 6:4
**Data-Silent** [2] - 5:10, 6:3
**database** [1] - 235:6
**date** [52] - 25:1, 29:5, 31:22, 46:8, 46:18, 46:19, 48:9, 59:11, 60:21, 62:13, 65:10, 67:6, 68:9, 68:15, 70:5, 73:23, 75:19, 76:14, 78:18, 86:7, 95:12, 99:22, 102:16, 113:6, 117:5, 120:13, 129:4, 165:21, 189:22, 194:7, 194:15, 194:23, 195:4, 196:8, 204:16, 216:16, 229:23, 230:24, 232:13, 235:24, 239:19, 251:22, 255:8, 255:10, 260:23, 262:2, 267:24, 282:18, 282:21, 283:1, 297:6, 297:10
**dated** [8] - 43:21, 78:16, 99:12, 120:14, 205:9, 237:22, 237:23, 288:12
**dates** [12] - 29:9, 29:20, 46:16, 48:9, 76:22, 77:4, 79:20, 98:20, 117:10, 117:21, 117:22, 239:1
**David** [1] - 184:2
**day-to-day** [3] - 158:23, 161:24, 164:6
**days** [4] - 32:9, 37:25, 99:4, 222:11
**DC** [1] - 1:19
**dead** [1] - 13:18
**deal** [6] - 15:13, 97:1, 215:19, 231:22, 233:17, 238:12
**dealings** [1] - 287:16
**deals** [1] - 256:23
**dean** [1] - 212:23
**DEAN** [2] - 1:8, 2:8
**Dean** [34] - 9:6, 66:22, 67:21, 68:6, 68:13, 68:22, 68:23, 70:4, 74:1, 75:16, 76:17, 76:24, 80:6, 83:17, 117:25, 119:1, 120:18, 121:13, 121:23, 121:25, 248:24, 252:12, 252:16, 253:16, 254:1, 254:21, 287:3, 287:11, 290:4, 290:9, 290:12, 290:15, 290:16, 290:18
**deanzusmeractiveassist@ gmail.com** [1] - 251:20
**death** [1] - 174:16

**December** [7] - 7:5, 7:17, 53:20, 111:24, 283:7, 283:10, 291:6
**December15** [1] - 8:9
**decide** [6] - 16:18, 154:8, 157:25, 167:17, 277:24, 284:19
**decides** [3] - 210:15, 279:1, 279:3
**decision** [15] - 31:7, 35:15, 54:16, 61:4, 87:12, 174:4, 222:19, 222:21, 277:14, 277:22, 278:1, 278:7, 278:9, 278:11, 284:23
**defendant** [3] - 13:10, 14:3, 268:7
**Defendant's** [29] - 10:2, 130:23, 130:25, 131:4, 132:8, 132:10, 136:4, 137:16, 146:3, 148:1, 148:2, 148:14, 151:15, 152:16, 155:6, 156:9, 156:17, 171:14, 260:5, 261:3, 261:6, 267:7, 268:11, 268:12, 268:17, 281:24, 282:9, 282:10, 282:13
**defendant's** [3] - 272:17, 272:18, 274:11
**DEFENDANT(S** [1] - 2:2
**DEFENDANT(S)** [1] - 1:9
**defendants** [1] - 11:5
**defendants'** [1] - 90:13
**defense** [11] - 11:23, 13:22, 15:22, 16:14, 69:11, 104:22, 124:11, 144:5, 156:6, 171:13, 268:14
**DEFENSE** [169] - 11:4, 11:13, 13:3, 13:8, 14:7, 15:18, 16:15, 28:17, 28:19, 28:23, 43:2, 44:20, 44:22, 48:1, 60:5, 63:25, 68:25, 69:10, 69:14, 74:7, 76:4, 77:21, 85:20, 87:13, 90:11, 90:15, 90:22, 92:10, 92:13, 92:15, 92:17, 93:7, 96:12, 96:13, 96:24, 97:1, 97:5, 101:2, 101:3, 105:6, 105:12, 106:10, 107:4, 107:18, 109:8, 109:17, 110:2, 110:8, 113:19, 115:17, 115:18, 115:23, 116:21, 117:14, 117:15, 118:4, 122:12, 122:25, 123:3, 126:1, 126:4, 126:15, 127:6, 129:22, 129:25, 130:3, 130:9, 130:12, 130:18, 130:25, 131:3, 131:6, 132:7, 132:19, 132:24, 133:1, 133:3,

135:10, 135:12, 135:17, 135:20, 135:23, 136:3, 136:10, 137:1, 137:8, 137:12, 137:14, 142:20, 143:12, 144:21, 144:25, 145:6, 145:15, 145:19, 146:24, 147:20, 147:22, 147:25, 148:6, 151:8, 151:11, 152:7, 153:21, 153:24, 154:2, 154:4, 154:13, 155:2, 155:10, 155:20, 155:24, 156:3, 156:8, 156:11, 157:10, 157:19, 157:25, 158:4, 158:7, 160:9, 161:11, 161:13, 162:8, 164:2, 164:16, 164:19, 164:23, 165:1, 165:8, 165:25, 166:5, 166:20, 168:3, 173:4, 184:12, 184:15, 195:14, 195:15, 196:25, 197:1, 199:13, 199:15, 204:21, 204:22, 207:6, 207:7, 208:14, 228:23, 236:11, 236:12, 236:13, 236:14, 236:19, 250:21, 250:23, 254:18, 259:22, 261:2, 267:19, 268:10, 268:18, 275:1, 275:8, 282:8, 287:23, 290:25, 296:5, 296:8
**Defense** [45] - 3:5, 3:6, 3:16, 126:8, 126:17, 127:9, 131:9, 132:12, 133:5, 135:13, 136:6, 136:12, 137:15, 141:25, 147:3, 148:3, 148:9, 151:14, 152:10, 153:8, 154:5, 154:14, 155:5, 155:12, 156:16, 158:9, 160:17, 161:15, 162:10, 164:4, 165:3, 165:6, 165:9, 166:2, 166:7, 166:24, 258:25, 260:4, 261:7, 267:21, 268:19, 275:10, 282:14, 288:1, 291:2
**definition** [1] - 261:14
**definitions** [2] - 11:10, 26:14
**defraud** [1] - 71:13
**degree** [1] - 201:8
**degrees** [2] - 181:15, 186:16
**delegate** [1] - 296:1
**delegated** [2] - 30:5, 30:6
**deleted** [1] - 67:23
**deleting** [1] - 66:10
**deliberate** [4] - 72:19, 72:21, 73:21, 121:3
**deliberately** [1] - 70:17
**delineations** [1] - 103:1
**delivered** [1] - 295:20

**delivery** [2] - 71:5, 71:16
**Delray** [1] - 285:15
**demand** [1] - 35:25
**demanded** [1] - 102:8
**demographic** [1] - 194:16
**demonstrate** [1] - 123:24
**denial** [1] - 73:3
**denied** [4] - 31:12, 31:16, 174:5, 195:7
**dental** [1] - 188:3
**deny** [4] - 31:8, 54:16, 188:23, 220:17
**DEPARTMENT** [2] - 1:17, 1:20
**Department** [9] - 27:19, 167:7, 173:24, 272:8, 275:22, 276:2, 276:12, 276:15, 276:22
**departure** [1] - 274:13
**depicted** [1] - 101:20
**depiction** [2] - 28:10, 84:1
**depicts** [3] - 52:15, 53:15
**deposit** [2] - 22:16, 252:14
**depositing** [1] - 244:2
**deprived** [1] - 286:18
**DEPUTY** [6] - 173:5, 173:10, 199:24, 200:5, 207:12, 207:17
**describe** [17] - 32:1, 33:18, 39:3, 46:25, 51:5, 80:24, 81:2, 175:2, 176:12, 177:24, 179:2, 180:14, 180:18, 181:5, 187:22, 188:17, 210:19
**described** [2] - 46:23, 194:23
**describing** [1] - 50:11
**Description** [2] - 4:3, 10:3
**description** [3] - 46:25, 51:1, 239:21
**designated** [1] - 26:9
**designed** [2] - 181:9, 215:11
**detailed** [1] - 216:17
**determination** [4] - 54:10, 86:18, 242:14, 243:9
**determine** [6] - 35:6, 81:15, 139:22, 140:13, 167:23, 170:23
**determined** [3] - 54:7, 198:22, 249:24
**determines** [3] - 35:22, 36:21, 170:22
**determining** [1] - 205:17
**develop** [1] - 12:19
**device** [2] - 71:2, 183:21
**devices** [1] - 189:14
**diabetes** [1] - 271:17
**diabetic** [1] - 214:16
**diabetics** [1] - 214:16
**diagnose** [1] - 47:18

**diagnosed** [3] - 13:11, 14:10, 14:11
**diagnosis** [2] - 32:2, 33:22
**diagnostic** [1] - 47:18
**Dial4MD** [11] - 218:4, 218:11, 218:13, 220:9, 255:16, 259:6, 263:12, 263:14, 265:23, 288:10, 293:9
**dial4MD** [1] - 259:7
**died** [1] - 180:1
**difference** [1] - 13:5
**different** [40] - 20:10, 20:11, 39:4, 39:7, 45:16, 47:9, 51:7, 51:8, 51:9, 51:21, 65:3, 81:4, 103:15, 118:18, 119:6, 135:19, 142:14, 157:10, 177:10, 177:13, 198:15, 198:18, 216:5, 222:14, 223:19, 226:21, 242:24, 244:15, 258:15, 259:2, 259:4, 264:21, 264:22, 271:6, 271:20, 276:8, 292:12, 295:10, 295:13
**digits** [3] - 24:11, 29:13, 75:10
**Direct** [5] - 3:4, 3:9, 3:11, 3:13, 3:15
**direct** [9] - 12:18, 22:16, 124:3, 191:17, 265:22, 277:25, 287:2, 287:6, 294:12
**DIRECT** [5] - 19:19, 173:15, 185:5, 200:10, 207:22
**direction** [1] - 159:1
**directly** [5] - 50:5, 50:7, 190:19, 192:20, 287:14
**directors** [1] - 27:7
**discharged** [1] - 178:5
**disclose** [1] - 157:4
**discount** [1] - 226:1
**discrepancy** [2] - 198:13, 206:10
**discretion** [2] - 129:16, 279:8
**discuss** [2] - 123:13, 244:20
**discussed** [15] - 18:25, 81:3, 98:5, 100:4, 100:7, 101:25, 149:15, 150:6, 157:15, 165:16, 177:8, 196:11, 205:14, 249:3, 253:25
**discussing** [4] - 158:9, 263:8, 271:3, 291:9
**discussion** [9] - 90:18, 130:8, 143:24, 152:2, 155:15, 157:8, 164:18, 184:8, 258:23
**Discussion** [4] - 155:1, 155:23, 156:4, 165:5
**dishonest** [1] - 176:17

**dispensed** [1] - 52:16
**dispenses** [1] - 36:25
**dispensing** [1] - 50:14
**disperse** [1] - 245:17
**disregard** [2] - 73:21, 121:3
**distracted** [3] - 14:13, 14:18, 16:2
**distraction** [1] - 15:24
**DISTRICT** [3] - 1:1, 1:1, 1:13
**District** [9] - 260:12, 272:10, 275:21, 276:3, 276:11, 297:5, 297:18
**divided** [1] - 235:22
**Division** [1] - 276:2
**DIVISION** [3] - 1:2, 1:17, 1:21
**DME** [139] - 5:13, 6:22, 6:24, 9:7, 20:1, 20:12, 22:21, 23:22, 25:7, 25:23, 26:19, 30:17, 31:3, 32:8, 32:12, 32:16, 32:19, 32:22, 36:6, 36:10, 36:17, 36:21, 36:23, 36:24, 37:1, 37:2, 37:24, 38:9, 38:10, 39:15, 39:18, 39:19, 40:2, 40:10, 49:25, 50:13, 50:15, 53:6, 58:10, 58:20, 58:21, 61:17, 62:2, 62:25, 63:8, 64:20, 64:24, 65:1, 66:9, 66:15, 66:24, 67:6, 67:7, 71:22, 72:15, 76:12, 87:25, 89:16, 90:1, 91:21, 92:1, 97:20, 98:24, 99:7, 100:1, 104:3, 112:5, 120:19, 122:2, 122:5, 128:10, 169:10, 172:4, 189:13, 189:16, 190:12, 190:16, 193:10, 193:25, 194:2, 196:10, 199:2, 202:21, 204:4, 204:5, 205:13, 209:1, 209:4, 209:9, 210:21, 211:7, 211:25, 212:19, 212:25, 222:7, 222:10, 222:12, 222:14, 222:22, 222:25, 223:2, 224:8, 224:22, 225:2, 225:5, 227:9, 227:10, 227:24, 231:21, 234:1, 235:7, 237:7, 240:3, 242:2, 242:8, 243:10, 243:14, 244:7, 244:10, 244:11, 244:18, 245:18, 248:20, 249:4, 251:9, 254:9, 254:12, 265:6, 265:13, 265:19, 287:17, 290:22, 293:5, 293:6, 293:8, 294:16, 295:8
**DME's** [1] - 224:16
**DME.xlsx** [1] - 5:9
**DMEs** [25] - 98:5, 100:22, 102:10, 113:9, 208:25, 209:16, 212:5, 212:18,

221:3, 224:20, 226:12, 227:3, 244:8, 244:14, 244:15, 244:22, 245:10, 246:7, 247:23, 249:7, 249:17, 253:25, 270:25
**doctor** [47] - 13:10, 31:3, 35:13, 35:17, 35:18, 36:20, 36:22, 40:24, 41:2, 41:19, 49:19, 49:20, 49:21, 50:2, 50:12, 50:18, 81:14, 81:15, 81:16, 103:10, 108:8, 177:18, 177:22, 183:14, 183:17, 184:4, 217:24, 218:15, 218:18, 219:3, 219:13, 220:6, 220:10, 220:13, 221:7, 222:13, 246:12, 264:13, 264:17, 264:18, 271:4, 271:13, 271:18
**doctor's** [21] - 41:22, 41:25, 203:11, 216:2, 217:23, 218:13, 218:16, 219:20, 220:14, 220:24, 240:1, 240:3, 240:8, 240:12, 242:1, 242:15, 242:24, 243:1, 243:13, 246:21, 295:15
**doctors** [23] - 41:17, 81:8, 105:13, 184:2, 214:1, 218:22, 219:8, 219:17, 219:24, 220:10, 220:17, 222:1, 246:25, 263:20, 263:24, 264:2, 264:8, 264:9, 264:24, 264:25, 271:14, 293:2
**doctors'** [35] - 208:25, 210:20, 213:8, 213:11, 218:3, 222:22, 223:25, 224:4, 224:21, 225:1, 225:24, 226:5, 226:13, 231:9, 231:12, 233:11, 234:11, 238:4, 238:7, 238:13, 240:22, 242:18, 244:21, 247:14, 249:15, 249:21, 253:1, 253:2, 254:5, 263:10, 263:11, 263:21, 271:1, 293:15, 293:19
**document** [152] - 10:4, 10:7, 10:9, 20:7, 20:8, 21:13, 21:24, 22:9, 24:3, 24:15, 25:4, 25:13, 25:21, 27:11, 27:12, 45:13, 45:15, 48:25, 49:3, 60:1, 60:12, 60:14, 62:9, 64:13, 66:4, 66:19, 67:11, 69:5, 69:8, 69:18, 70:1, 71:20, 74:25, 75:13, 82:18, 86:1, 87:4, 87:6, 87:19, 88:8, 91:9, 94:10, 100:15, 101:12, 104:6,

111:15, 111:19, 118:17, 118:19, 119:11, 120:14, 131:10, 131:13, 131:14, 131:16, 131:22, 131:25, 132:2, 132:6, 132:15, 133:5, 133:9, 135:18, 135:19, 138:11, 139:2, 139:6, 139:22, 140:8, 140:15, 140:18, 140:24, 141:2, 141:16, 141:18, 142:7, 144:10, 144:13, 144:18, 144:20, 145:13, 145:14, 145:25, 146:11, 146:15, 146:17, 146:22, 147:19, 147:23, 148:21, 148:22, 149:10, 149:11, 150:13, 150:14, 151:7, 151:17, 152:6, 152:14, 153:2, 153:8, 153:20, 154:3, 154:8, 154:14, 155:7, 155:12, 155:18, 156:20, 157:13, 157:21, 158:12, 158:13, 158:17, 166:3, 167:24, 171:9, 219:13, 228:25, 229:18, 230:1, 230:3, 230:24, 231:1, 231:7, 232:10, 232:13, 232:16, 233:5, 233:6, 233:8, 237:9, 237:20, 238:22, 239:11, 250:9, 251:6, 260:2, 260:6, 260:11, 260:19, 261:20, 262:10, 263:3, 268:15, 276:6, 282:1, 282:5, 282:14
**Document** [5] - 20:22, 22:20, 66:23, 91:15, 111:10
**documentation** [1] - 13:22
**Documents** [1] - 91:9
**documents** [50] - 6:11, 8:6, 27:23, 35:20, 64:9, 65:4, 90:12, 91:12, 98:1, 98:4, 103:5, 104:15, 104:20, 104:25, 108:16, 108:19, 108:24, 113:23, 115:21, 116:11, 128:2, 128:5, 132:4, 137:20, 142:19, 144:14, 145:20, 145:22, 145:23, 147:7, 147:8, 147:12, 148:13, 148:16, 148:24, 150:5, 150:20, 152:10, 153:19, 158:5, 158:18, 169:24, 170:1, 229:13, 229:15, 237:4, 243:8, 258:1
**dollars** [5] - 83:3, 83:20, 188:9, 206:15, 216:6
**domain** [1] - 258:19
**domestic** [2] - 157:11, 157:20

**done** [7] - 106:8, 109:24, 110:15, 110:16, 150:25, 167:6, 256:13
**door** [1] - 135:7
**doors** [1] - 55:25
**dot** [1] - 53:25
**dots** [1] - 56:7
**double** [1] - 44:22
**doubt** [4] - 125:15, 125:18, 163:6, 164:14
**down** [20] - 50:21, 51:20, 61:13, 94:2, 107:17, 120:13, 172:22, 184:17, 190:21, 194:12, 199:16, 207:8, 213:18, 223:3, 228:2, 255:13, 289:2, 290:3, 290:25
**downtown** [2] - 17:23, 292:22
**downward** [1] - 274:13
**dozen** [7] - 39:4, 51:5, 51:8, 51:13, 51:21, 80:24, 81:1
**dozens** [2] - 240:16
**Dr** [22] - 13:14, 14:17, 106:12, 123:8, 134:13, 136:20, 139:6, 139:18, 141:9, 141:17, 144:10, 148:11, 149:12, 149:19, 150:4, 161:20, 164:7, 164:24, 168:19, 175:12, 175:13, 184:2
**Draw** [1] - 200:5
**draw** [2] - 45:9
**drive** [1] - 176:8
**drop** [2] - 56:11, 83:15
**due** [2] - 192:4, 192:15
**duly** [5] - 19:16, 173:7, 184:23, 200:2, 207:14
**duplicate** [1] - 16:23
**durable** [7] - 40:9, 61:16, 103:6, 189:10, 189:13, 202:18, 210:22
**during** [25] - 13:19, 14:5, 14:16, 14:17, 35:10, 41:10, 41:24, 53:24, 105:21, 107:9, 107:13, 109:19, 136:17, 136:23, 164:1, 214:3, 214:17, 215:6, 215:14, 220:23, 223:23, 238:2, 243:7, 269:21, 291:20

**E**

**e-mail** [38] - 25:10, 151:7, 233:21, 243:22, 250:12, 250:15, 250:16, 250:18, 251:7, 251:8, 251:13, 251:22, 251:25, 252:5, 252:13, 253:5, 258:5,

258:8, 258:11, 258:13, 258:15, 258:20, 258:25, 259:6, 259:7, 259:8, 287:4, 288:2, 288:6, 288:11, 288:12, 288:15, 289:3, 290:9, 290:13, 292:10, 292:11

**E-mail** [2] - 144:9, 212:25

**e-mailed** [1] - 241:24

**E-mailed** [1] - 218:16

**e-mails** [4] - 252:2, 259:11, 287:3, 287:8

**earliest** [1] - 252:13

**early** [1] - 108:10

**earn** [1] - 186:25

**easier** [2] - 96:22, 190:25

**Eau** [1] - 201:9

**EDI** [7] - 7:2, 7:4, 7:10, 7:14, 7:16, 8:4, 8:10

**edit** [2] - 195:7, 198:20

**edited** [1] - 104:9

**editing** [1] - 33:20

**educational** [2] - 186:15, 201:7

**effective** [9] - 29:5, 68:9, 68:15, 73:23, 76:13, 80:7, 92:2, 117:4, 229:23

**effectively** [2] - 11:14, 255:12

**efficient** [1] - 190:23

**EFT** [2] - 6:24, 98:3

**Egypt** [1] - 213:21

**eight** [5] - 82:15, 117:9, 117:19, 117:20, 281:4

**EIGLARSH** [4] - 2:11, 2:12, 199:13, 207:6

**Eilarsh** [1] - 3:5

**EILARSH** [2] - 122:12, 184:12

**EIN** [1] - 150:22

**either** [21] - 16:12, 21:22, 31:7, 31:8, 33:21, 34:20, 34:25, 51:2, 54:5, 54:16, 87:23, 140:22, 174:5, 190:19, 191:16, 218:15, 226:19, 241:24, 283:11, 290:19

**elbow** [8] - 51:18, 89:7, 89:9, 96:1, 181:15, 226:10, 239:23, 240:9

**elbows** [1] - 88:22

**Electronic** [5] - 7:6, 7:7, 7:9, 7:12, 8:5

**electronic** [31] - 22:2, 22:5, 22:11, 22:17, 22:25, 23:2, 24:4, 24:16, 24:19, 29:11, 40:25, 64:12, 64:14, 64:19, 64:22, 69:19, 69:20, 74:23, 98:22, 127:10, 183:20, 183:21, 191:8, 194:5,

199:4, 201:25, 202:4, 202:7, 206:25, 297:4

**electronically** [15] - 21:16, 21:22, 22:13, 22:16, 32:6, 32:10, 33:3, 75:5, 140:7, 190:18, 190:22, 191:15, 192:1, 192:12, 193:17

**eligibility** [3] - 217:6, 221:2, 222:5

**eligible** [2] - 187:15, 198:19

**Elizabeth** [1] - 283:25

**Ellen** [2] - 172:24, 173:13

**ELLEN** [3] - 3:8, 173:6, 173:13

**elmo** [7] - 132:19, 137:4, 148:4, 160:11, 171:18, 197:8, 259:22

**email** [1] - 9:5

**Emmanuel** [6] - 10:4, 10:6, 10:7, 207:11, 207:20, 260:9

**EMMANUEL** [3] - 3:14, 207:13, 207:21

**employed** [5] - 35:18, 35:19, 213:22, 293:2, 297:12

**employee** [2] - 68:12, 241:6

**employees** [3] - 208:17, 216:22, 270:22

**employer** [4] - 60:18, 137:25, 139:23, 150:22

**employment** [1] - 174:1

**encompasses** [1] - 294:4

**encounter** [2] - 41:6, 49:18

**encourage** [1] - 296:18

**end** [14] - 11:20, 15:18, 16:5, 19:5, 37:19, 145:16, 179:23, 214:20, 217:17, 223:3, 230:3, 237:8, 249:12, 281:4

**ended** [3] - 183:7, 221:15, 266:3

**ending** [3] - 68:2, 82:25, 252:19

**endorsing** [1] - 18:10

**ends** [2] - 72:24, 146:7

**enforcement** [2] - 248:10, 272:8

**enlighten** [1] - 106:11

**enroll** [8] - 20:14, 25:6, 89:19, 103:7, 128:17, 128:21, 128:22, 172:4

**Enrolled** [1] - 66:9

**enrolled** [7] - 20:16, 21:10, 30:16, 31:5, 63:6, 92:2, 98:15

**enrolling** [3] - 72:14, 108:10, 112:13

**Enrollment** [39] - 4:8, 4:13, 5:4, 5:5, 6:8, 6:9, 6:11, 6:13, 6:15, 6:17, 6:18, 7:1,

7:2, 7:4, 7:6, 7:7, 7:9, 7:10, 7:12, 7:13, 7:14, 7:16, 7:17, 7:19, 7:21, 7:24, 8:1, 8:2, 8:4, 8:6, 8:7, 8:9, 8:10, 8:12, 8:14, 8:16, 8:22, 19:25, 63:10

**enrollment** [85] - 20:12, 20:17, 20:19, 20:23, 20:24, 21:3, 21:6, 21:15, 22:23, 22:25, 23:21, 25:7, 26:23, 27:5, 27:7, 28:1, 28:8, 29:3, 29:6, 29:8, 29:22, 36:8, 63:12, 64:12, 64:19, 65:2, 65:9, 66:5, 66:10, 66:21, 69:25, 70:19, 75:21, 75:25, 76:11, 76:21, 80:6, 89:20, 89:23, 90:3, 90:7, 91:13, 98:2, 98:16, 98:23, 103:15, 103:22, 104:3, 104:4, 104:5, 104:6, 105:2, 105:17, 109:12, 110:11, 110:15, 111:16, 113:4, 113:7, 116:8, 116:12, 116:15, 117:1, 117:3, 117:5, 117:8, 117:18, 117:21, 118:20, 119:22, 121:9, 121:22, 122:1, 122:5, 128:19, 131:24, 139:24, 142:12, 160:24, 166:8, 166:11, 170:4, 172:18

**enrolls** [1] - 25:23

**ensure** [1] - 39:20

**enter** [6] - 224:7, 227:15, 231:20, 232:18, 248:25, 257:4

**entered** [6] - 227:17, 256:11, 257:7, 257:12, 267:10, 269:2

**entering** [1] - 106:13

**entire** [8] - 23:11, 95:2, 142:16, 142:18, 153:18, 169:17, 169:20, 268:6

**entirety** [3] - 68:18, 73:8, 170:6

**entities** [2] - 163:13, 263:5

**entitled** [1] - 297:14

**Entity** [1] - 9:6

**entity** [12] - 63:2, 151:2, 151:22, 189:3, 189:8, 251:9, 252:9, 253:10, 263:5, 263:8, 288:16, 289:19

**entrance** [1] - 142:11

**entries** [1] - 47:18

**entry** [1] - 71:5

**enunciated** [1] - 143:18

**EOB** [3] - 37:4, 37:8, 37:13

**equalling** [1] - 242:16

**Equilibrium** [57] - 4:12, 4:13,

4:15, 4:16, 5:7, 5:9, 5:16, 6:2, 6:10, 6:12, 8:19, 10:11, 89:17, 89:20, 89:21, 90:7, 91:14, 91:18, 91:22, 92:5, 92:13, 93:13, 93:22, 94:4, 94:13, 95:1, 101:22, 102:13, 102:15, 131:19, 136:14, 159:5, 160:22, 160:23, 161:16, 161:21, 161:24, 162:5, 162:14, 163:2, 163:11, 163:23, 163:25, 164:10, 193:25, 204:6, 209:2, 210:23, 224:23, 226:18, 241:13, 245:1, 248:16, 249:5, 252:20, 253:13, 254:2

**equipment** [9] - 40:9, 61:17, 103:6, 135:7, 135:8, 189:10, 189:13, 202:18, 210:22

**equity** [1] - 286:14

**errors** [2] - 216:16, 216:17

**ES1** [4] - 10:4, 260:5, 261:3, 261:6

**ES2** [5] - 10:5, 267:7, 268:11, 268:12, 268:17

**ES3** [5] - 10:7, 281:25, 282:9, 282:10, 282:13

**escrow** [1] - 55:3

**especially** [2] - 157:4, 245:10

**ESQ** [6] - 1:16, 1:16, 1:20, 2:2, 2:8, 2:11

**essentially** [15] - 21:19, 25:5, 30:21, 31:15, 34:20, 45:21, 93:24, 172:6, 188:7, 195:6, 217:19, 222:19, 231:22, 262:13, 267:13

**establish** [4] - 109:8, 109:13, 109:22, 109:23

**establishes** [1] - 282:5

**establishing** [1] - 105:19

**estimate** [1] - 19:3

**etc** [2] - 31:22, 61:17

**evaluate** [4] - 272:17, 273:3, 273:17, 276:19

**evaluated** [2] - 36:19, 50:3

**evaluates** [1] - 81:15

**evaluation** [3] - 81:17, 81:18

**evening** [1] - 296:20

**event** [6] - 16:3, 105:24, 108:16, 143:21, 233:18, 238:18

**events** [1] - 160:3

**eventually** [2] - 182:20, 216:1

**everyday** [1] - 226:20

**evidence** [12] - 14:4, 16:12, 19:2, 86:17, 107:6, 107:19, 107:20, 123:23, 132:8, 140:16, 163:14, 261:3

**exact** [9] - 39:8, 51:10, 51:13, 51:23, 51:25, 81:5, 102:21, 255:8, 255:10

**exactly** [18] - 50:11, 80:19, 83:14, 100:5, 153:6, 161:9, 231:16, 232:3, 240:24, 243:3, 246:7, 246:18, 247:5, 261:18, 271:8, 273:25, 284:21, 294:6

**EXAMINATION** [9] - 19:19, 122:11, 123:2, 168:9, 173:15, 185:5, 200:10, 207:22, 254:17

**examination** [15] - 12:18, 18:22, 18:23, 18:24, 124:4, 127:13, 143:1, 162:4, 170:6, 265:22, 273:23, 277:25, 287:2, 287:6, 294:12

**Examination** [9] - 3:4, 3:5, 3:6, 3:7, 3:9, 3:11, 3:13, 3:15, 3:16

**examined** [8] - 19:16, 36:19, 50:3, 154:6, 173:7, 184:23, 200:2, 207:14

**examiner** [1] - 162:21

**examiner's** [1] - 186:19

**example** [17] - 38:16, 39:1, 39:5, 40:7, 57:16, 59:6, 61:17, 84:23, 88:3, 95:22, 133:16, 134:6, 144:9, 145:23, 242:4, 258:4, 269:8

**examples** [7] - 62:12, 62:17, 86:24, 87:7, 88:9, 88:12, 95:6

**Examples** [1] - 4:24

**Excel** [9] - 44:3, 44:4, 45:13, 45:15, 78:20, 93:15, 99:15, 234:16

**excel** [3] - 194:5, 194:6, 204:10

**except** [2] - 53:21, 78:22

**exchange** [2] - 192:21, 203:9

**excuse** [9] - 15:22, 28:1, 64:19, 74:5, 102:6, 161:13, 186:10, 256:24, 281:20

**Excuse** [1] - 38:8

**excused** [2] - 173:1, 207:9

**execute** [2] - 71:12

**executed** [1] - 119:7

**executes** [1] - 71:22

**executing** [1] - 112:14

**exercises** [1] - 279:8

**exhibit** [22] - 7:23, 28:20, 56:22, 62:8, 69:5, 70:12, 90:20, 130:15, 135:24, 136:1, 136:9, 137:7, 138:15, 138:18, 144:11, 144:24, 146:5, 146:6,

156:6, 157:11, 240:25, 242:3

**Exhibit** [184] - 4:3, 10:3, 11:9, 20:7, 21:13, 24:2, 24:15, 25:4, 25:12, 28:14, 28:22, 43:4, 45:1, 45:2, 45:3, 45:4, 45:5, 45:10, 47:23, 47:25, 52:12, 53:8, 57:11, 59:6, 59:25, 60:4, 60:8, 63:19, 64:3, 64:5, 64:7, 64:16, 66:3, 74:4, 74:21, 76:3, 76:6, 76:8, 76:10, 77:23, 78:1, 78:3, 78:4, 78:5, 78:6, 78:7, 78:8, 79:2, 82:3, 82:17, 83:24, 84:22, 85:16, 85:23, 87:2, 87:10, 87:15, 87:16, 91:1, 91:3, 91:5, 92:19, 92:21, 92:23, 93:1, 93:2, 93:3, 93:4, 93:5, 93:6, 93:20, 94:16, 94:23, 95:4, 95:21, 96:15, 96:17, 96:19, 97:8, 97:9, 97:10, 97:11, 97:12, 97:13, 97:14, 97:15, 97:17, 98:10, 99:19, 100:12, 100:25, 101:5, 101:7, 102:17, 104:13, 105:5, 111:3, 111:5, 111:7, 111:13, 114:1, 114:3, 114:5, 114:7, 114:9, 114:11, 114:13, 114:15, 114:17, 114:19, 114:21, 114:23, 115:1, 115:3, 115:5, 115:7, 115:9, 115:11, 115:13, 115:15, 116:20, 116:23, 118:11, 118:13, 118:15, 121:6, 121:16, 125:25, 126:10, 126:16, 127:7, 130:19, 130:22, 130:24, 131:1, 131:4, 132:10, 136:4, 137:16, 138:12, 146:3, 146:4, 146:14, 148:2, 148:14, 151:15, 152:17, 153:1, 153:17, 154:6, 160:10, 168:7, 168:8, 169:5, 171:15, 196:24, 197:4, 197:11, 228:11, 228:21, 229:3, 229:5, 232:9, 236:6, 236:22, 236:24, 250:5, 251:1, 258:4, 260:5, 261:3, 261:6, 267:7, 268:11, 268:12, 268:17, 281:25, 282:9, 282:10, 282:13, 287:24, 288:1, 290:13

**exhibits** [11] - 16:21, 63:21, 91:17, 144:6, 145:1, 145:2, 145:3, 145:8, 159:5, 169:13, 171:12

**Exhibits** [23] - 42:24, 43:6,

44:19, 77:19, 92:8, 96:8, 97:23, 100:9, 111:1, 113:16, 118:3, 118:6, 118:9, 159:4, 159:6, 195:17, 195:19, 195:21, 195:23, 196:1, 205:1, 205:3, 229:11

**EXHIBITS** [2] - 4:1, 10:1

**exist** [1] - 84:16

**existence** [1] - 92:1

**existing** [1] - 26:6

**expect** [8] - 49:21, 50:1, 81:16, 81:19, 105:15, 145:21, 145:24, 146:9

**expected** [2] - 18:4, 277:17

**expecting** [1] - 181:24

**expenses** [1] - 41:10

**experience** [7] - 39:11, 55:8, 107:24, 159:9, 159:18, 162:20, 162:24

**experienced** [1] - 159:23

**experiencing** [1] - 180:7

**expert** [7] - 13:20, 140:12, 140:17, 164:4, 167:14, 167:15, 167:21

**explain** [25] - 11:21, 30:25, 39:1, 40:7, 44:14, 47:4, 49:18, 50:24, 52:25, 54:2, 55:11, 58:9, 80:17, 82:4, 84:9, 87:20, 188:6, 190:9, 191:22, 195:1, 197:25, 198:14, 206:12, 217:3, 244:7

**explained** [5] - 24:6, 55:7, 58:24, 182:16, 274:23

**explaining** [1] - 22:11

**explains** [1] - 70:17

**explanation** [3] - 37:3, 37:9, 37:15

**exposing** [1] - 46:8

**express** [1] - 12:9

**extended** [1] - 181:11

**extensive** [1] - 196:18

**extent** [2] - 272:17, 275:3

**external** [1] - 201:1

**extra** [1] - 17:24

**eye** [1] - 14:13

**eyesight** [1] - 167:16

## F

**face** [6] - 211:5, 211:8, 219:18

**facility** [12] - 41:21, 41:22, 174:23, 174:25, 175:3, 175:9, 175:14, 175:21, 176:4, 177:8, 178:18, 178:20

**fact** [19] - 71:2, 72:10, 125:8, 128:4, 130:19, 133:21,

148:24, 247:7, 255:2, 257:12, 268:2, 270:16, 279:14, 280:5, 280:8, 283:1, 287:16, 291:23, 292:15

**factor** [1] - 280:2

**factors** [3] - 279:22, 279:24, 280:2

**factual** [1] - 268:15

**failed** [1] - 217:18

**fails** [1] - 242:2

**fair** [15] - 16:19, 28:10, 136:24, 151:24, 169:23, 177:2, 179:18, 191:11, 192:8, 219:3, 219:5, 219:8, 219:13, 242:18, 242:19

**fairly** [1] - 183:6

**false** [12] - 70:18, 71:2, 71:4, 71:14, 73:20, 86:25, 108:23, 109:20, 112:18, 113:2, 121:1, 162:16

**falsely** [1] - 107:17

**falsification** [1] - 72:19

**falsifies** [1] - 71:1

**Falsifying** [1] - 112:4

**falsifying** [6] - 69:23, 72:17, 108:21, 112:1, 119:20, 119:23

**falsity** [2] - 73:22, 121:4

**familiar** [41] - 36:15, 37:3, 38:4, 38:22, 40:19, 52:6, 52:8, 62:6, 63:2, 89:16, 97:19, 98:12, 103:21, 120:1, 131:13, 132:2, 137:15, 145:20, 148:15, 166:2, 187:20, 188:14, 192:16, 193:9, 201:22, 202:15, 203:6, 204:11, 209:9, 212:14, 212:15, 212:16, 212:22, 212:23, 212:24, 214:25, 217:1, 229:15, 243:4, 243:6, 248:17

**far** [13] - 12:16, 15:8, 15:15, 18:19, 37:7, 52:7, 164:11, 208:5, 218:22, 219:19, 227:4, 248:22, 287:21

**Fargo** [1] - 33:1

**farmed** [1] - 217:12

**fast** [2] - 221:17, 222:2

**favor** [1] - 152:25

**favorably** [1] - 284:23

**FBI** [3] - 232:6, 232:7, 233:18

**features** [1] - 51:7

**February** [15] - 6:7, 7:8, 8:10, 65:15, 76:15, 96:1, 98:15, 111:23, 197:23, 205:24, 279:14, 281:7, 281:17, 283:13, 284:9

**federal** [12] - 73:13, 120:2,

120:7, 120:11, 121:2, 174:1, 187:6, 187:17, 193:8, 201:16, 274:5, 279:21

**Federal** [3] - 26:6, 192:16, 203:6

**federally** [2] - 34:7, 193:1

**federally-funded** [1] - 34:7

**fee** [11] - 25:7, 25:8, 206:13, 206:14, 206:15, 225:8, 225:10, 225:18, 227:2, 227:6, 237:25

**fee-for-service** [1] - 206:13

**fees** [1] - 228:2

**feet** [1] - 88:23

**fell** [2] - 244:10, 244:16

**fellow** [1] - 17:25

**felt** [1] - 123:20

**few** [17] - 13:22, 17:24, 20:6, 29:14, 41:7, 50:23, 177:10, 177:25, 196:15, 196:17, 212:19, 222:18, 229:25, 253:18, 255:7, 258:15, 259:11

**Fi** [1] - 183:21

**fictitious** [2] - 71:3, 71:4

**fifth** [3] - 48:19, 49:23, 52:4

**figure** [2] - 182:8, 246:10

**file** [45] - 20:12, 21:6, 21:9, 21:19, 76:11, 91:13, 117:3, 138:25, 140:15, 141:22, 142:10, 142:11, 142:16, 142:18, 144:6, 144:15, 149:7, 149:17, 153:18, 153:19, 153:20, 154:3, 156:15, 157:15, 169:14, 169:17, 169:20, 169:23, 171:12, 171:25, 183:2, 218:18, 246:20, 247:4, 269:21, 270:1, 277:1, 277:8, 277:17, 278:19, 279:8, 281:8, 281:13, 281:14, 284:15

**filed** [17] - 13:19, 29:25, 104:1, 127:3, 127:13, 127:16, 127:22, 138:12, 140:13, 148:25, 150:12, 153:3, 154:9, 159:2, 165:17, 260:23, 261:20

**files** [6] - 44:2, 98:2, 98:16, 116:8, 131:24, 245:25

**filing** [3] - 162:13, 281:11

**filings** [1] - 168:18

**fill** [2] - 234:17, 243:2

**filled** [8] - 105:19, 125:24, 126:9, 127:19, 165:17, 218:15, 225:7, 246:2

**filling** [1] - 248:2

**filtered** [3] - 59:20, 85:4, 95:16

**Final** [2] - 6:20, 6:22

**final** [3] - 20:6, 277:14, 278:11

**finalize** [1] - 147:9

**finances** [1] - 125:16

**financial** [3] - 22:17, 29:12, 98:21

**financially** [3] - 170:21, 170:22, 297:13

**findings** [1] - 86:17

**fine** [6] - 11:23, 14:24, 155:20, 207:25, 277:21, 285:11

**fines** [2] - 73:4, 119:23

**fingerprint** [5] - 26:10, 26:15, 167:3, 167:5, 167:11

**fingerprinted** [2] - 25:24, 167:8

**fingerprinting** [1] - 26:22

**fingerprints** [3] - 27:9, 27:13, 160:2

**finish** [3] - 16:16, 73:1, 163:18

**finished** [1] - 296:13

**firm** [1] - 292:3

**first** [60] - 13:21, 15:11, 20:15, 26:1, 36:4, 45:19, 46:7, 47:7, 48:8, 49:8, 49:17, 49:22, 50:7, 50:25, 52:3, 52:17, 53:17, 54:2, 55:12, 57:3, 59:10, 76:12, 79:6, 87:19, 88:18, 89:4, 99:22, 100:18, 110:10, 127:12, 141:10, 148:21, 148:22, 161:1, 172:8, 173:7, 173:11, 180:16, 184:23, 197:18, 200:2, 200:6, 201:5, 207:14, 207:18, 211:10, 211:13, 213:19, 221:20, 235:21, 240:19, 245:13, 254:24, 256:8, 262:2, 263:5, 275:19, 278:7, 283:1, 294:7

**fit** [2] - 89:11, 188:21

**five** [16] - 14:10, 20:17, 26:8, 26:11, 26:14, 38:11, 38:21, 53:2, 69:9, 69:18, 88:9, 100:20, 179:20, 180:24, 220:19, 221:12

**five-page** [1] - 69:18

**fix** [1] - 216:16

**FL** [4] - 2:3, 2:6, 2:10, 2:13

**flag** [9] - 49:16, 49:23, 50:1, 50:8, 51:14, 53:4, 53:5, 55:21, 88:25

**flags** [20] - 49:13, 50:22, 52:23, 55:8, 58:6, 80:12, 80:14, 80:18, 82:11, 83:13, 84:10, 94:3, 94:6, 94:13,

94:21, 100:3, 159:25, 160:6, 163:23, 245:12

**flat** [2] - 227:2, 227:6

**flip** [2] - 61:22, 267:20

**FLOOR** [1] - 1:18

**Florida** [29] - 32:11, 32:16, 32:23, 57:16, 57:19, 67:9, 76:16, 84:5, 95:1, 98:16, 147:15, 148:16, 148:23, 149:8, 168:19, 183:9, 191:12, 206:23, 208:2, 208:23, 216:21, 256:5, 260:12, 272:10, 275:21, 276:3, 276:12, 297:6, 297:18

**FLORIDA** [2] - 1:1, 1:6

**flowchart** [1] - 136:19

**fluctuate** [1] - 245:4

**focus** [3] - 41:7, 65:22, 177:14

**focused** [1] - 248:15

**folks** [1] - 214:4

**follow** [3] - 11:17, 220:7, 225:19

**follow-up** [1] - 220:7

**following** [13] - 16:17, 42:1, 56:13, 72:2, 86:16, 105:8, 110:21, 142:4, 143:3, 144:2, 147:1, 193:25, 204:4

**follows** [5] - 19:17, 173:8, 184:24, 200:3, 207:15

**foot** [5] - 88:7, 88:22, 89:13, 95:14, 180:15

**football** [1] - 180:17

**footprints** [1] - 160:3

**FOR** [2] - 1:16, 2:2

**foregoing** [2] - 297:3, 297:8

**foreign** [2] - 213:24, 223:7

**foremost** [1] - 172:8

**forfeited** [1] - 285:18

**forget** [1] - 138:6

**Form** [20] - 6:8, 6:9, 6:11, 6:13, 6:15, 6:17, 7:1, 7:13, 7:18, 7:20, 7:21, 7:24, 8:1, 8:2, 8:7, 8:9, 8:12, 8:14, 8:16, 8:22

**form** [25] - 22:10, 69:21, 69:22, 72:22, 75:19, 98:4, 103:16, 103:18, 103:22, 106:7, 106:13, 106:14, 107:3, 107:7, 107:8, 107:13, 109:9, 109:14, 109:19, 109:20, 112:11, 139:19, 139:21, 151:22, 161:21

**formal** [2] - 260:11, 260:17

**formant** [1] - 106:8

**format** [5] - 79:5, 152:13, 191:19, 194:4, 204:9

**former** [2] - 76:16, 76:17

**Forms** [1] - 4:8

**forms** [23] - 4:13, 24:17, 90:1, 104:1, 105:13, 105:14, 105:17, 105:20, 106:4, 106:19, 106:21, 106:22, 106:24, 107:9, 107:12, 107:14, 107:17, 108:1, 109:12, 111:25, 125:25

**forth** [2] - 53:23, 82:25

**forward** [1] - 206:1

**forwarded** [2] - 241:24, 250:12

**foundation** [1] - 146:18

**four** [24] - 24:11, 29:12, 29:19, 53:2, 54:11, 75:10, 82:12, 87:22, 88:2, 100:16, 100:20, 100:22, 101:17, 101:19, 102:10, 186:14, 196:10, 204:4, 205:13, 221:12, 224:20, 244:15, 263:4

**Fourth** [1] - 76:16

**fourth** [4] - 48:18, 51:18, 97:20, 265:12

**fr** [1] - 8:7

**frail** [1] - 180:21

**frame** [2] - 111:21, 159:5

**Francis** [1] - 177:10

**francisco** [1] - 208:13

**Francisco** [3] - 218:8, 292:13, 293:25

**Franciso** [1] - 208:11

**Frank** [1] - 123:7

**FRANK** [1] - 2:4

**FRAUD** [2] - 1:17, 1:21

**fraud** [62] - 49:13, 49:16, 54:6, 54:22, 55:8, 55:17, 56:5, 56:6, 57:10, 58:6, 58:15, 58:23, 61:9, 61:24, 62:3, 62:13, 62:16, 80:13, 80:14, 81:12, 82:11, 83:11, 83:13, 86:10, 94:3, 107:17, 109:22, 159:9, 159:13, 159:15, 160:4, 162:20, 162:21, 162:23, 163:3, 163:5, 163:7, 163:10, 163:13, 163:17, 163:25, 167:22, 169:11, 183:4, 185:20, 186:1, 186:19, 187:2, 209:22, 218:10, 254:11, 259:18, 260:13, 263:4, 266:11, 266:22, 269:9, 269:16, 269:18, 286:22, 286:25, 291:20

**Fraud** [6] - 186:11, 187:5, 275:22, 276:1, 276:12, 276:15

**frauds** [1] - 272:3

**fraudulent** [12] - 26:18, 55:19, 55:22, 56:16, 71:3, 71:4, 71:14, 73:20, 107:10, 110:5, 121:1, 162:14
**free** [2] - 50:4, 283:4
**freely** [2] - 268:3, 272:25
**frequency** [1] - 33:21
**Friday** [4] - 16:12, 16:15, 19:6
**front** [7] - 20:8, 108:19, 132:22, 229:11, 231:8, 237:4, 278:19
**fulfill** [1] - 222:22
**full** [4] - 105:10, 142:6, 144:4, 208:12
**fully** [1] - 174:5
**fund** [1] - 193:1
**funded** [2] - 34:7, 188:9
**funds** [13] - 22:6, 22:12, 22:17, 24:4, 24:16, 24:20, 29:11, 33:5, 64:14, 74:23, 270:2, 270:16, 270:17
**Funds** [5] - 7:6, 7:7, 7:9, 7:12, 8:6
**furnished** [5] - 30:22, 48:10, 59:11, 79:8, 79:23
**furnishing** [1] - 70:18
**future** [1] - 39:25

## G

**GABLES** [1] - 2:6
**gain** [1] - 70:18
**gathered** [1] - 219:15
**gears** [2] - 30:13, 62:21
**general** [3] - 26:12, 183:24, 193:19
**General's** [1] - 186:11
**generally** [2] - 192:2, 210:18
**generate** [1] - 223:9
**generated** [3] - 223:17, 228:1, 228:8
**generating** [2] - 228:7, 238:4
**gentleman** [3] - 149:22, 164:3, 291:24
**gentlemen** [6] - 17:17, 127:25, 129:7, 143:11, 163:22, 296:12
**given** [8] - 15:1, 153:9, 169:16, 169:20, 214:13, 216:25, 222:8, 246:8
**glad** [1] - 150:11
**glucose** [2] - 271:5, 271:6
**goal** [2] - 215:6, 216:15
**God** [1] - 37:11
**gosh** [1] - 39:16
**govern** [1] - 193:11
**Government** [78] - 11:18, 13:15, 13:17, 16:11, 28:14, 42:24, 44:18, 76:2, 87:10,

96:22, 105:16, 107:15, 113:12, 115:25, 123:13, 130:12, 130:17, 131:16, 134:12, 136:13, 138:14, 138:17, 139:2, 140:19, 141:7, 141:22, 147:19, 148:10, 154:21, 155:14, 155:17, 156:11, 157:12, 163:24, 167:3, 172:20, 195:9, 204:24, 206:14, 207:11, 210:3, 210:16, 228:21, 236:6, 250:20, 255:2, 256:8, 256:11, 256:16, 257:8, 257:13, 258:1, 258:4, 259:14, 260:21, 261:12, 261:21, 266:19, 267:4, 267:11, 269:3, 269:24, 271:23, 273:4, 273:22, 278:8, 278:14, 278:16, 281:8, 283:20, 284:14, 285:14, 286:8, 292:24, 293:1, 293:22, 294:7
**GOVERNMENT** [1] - 1:16
**government** [16] - 14:20, 124:13, 124:25, 125:4, 125:12, 151:18, 254:8, 255:12, 257:13, 257:14, 257:16, 257:19, 270:9, 273:5, 273:11, 280:10
**Government's** [160] - 11:9, 11:24, 20:7, 21:13, 24:2, 24:15, 25:3, 25:12, 28:22, 43:4, 43:6, 45:1, 45:2, 45:3, 45:4, 45:5, 45:10, 47:22, 47:25, 52:12, 53:8, 57:11, 59:6, 59:24, 60:4, 60:8, 63:19, 64:3, 64:5, 64:7, 64:16, 66:3, 74:3, 74:20, 76:6, 77:19, 77:23, 78:1, 78:3, 78:4, 78:5, 78:6, 78:7, 78:8, 79:1, 82:17, 83:23, 84:21, 85:16, 85:23, 87:2, 87:15, 90:10, 91:1, 91:3, 91:5, 92:8, 92:19, 92:21, 92:23, 93:1, 93:2, 93:3, 93:4, 93:5, 93:6, 94:16, 94:23, 95:4, 95:21, 96:8, 96:15, 96:17, 96:19, 97:8, 97:9, 97:10, 97:11, 97:12, 97:13, 97:14, 97:15, 97:17, 97:23, 98:9, 99:19, 100:12, 100:25, 101:5, 101:7, 102:16, 104:12, 105:5, 110:25, 111:3, 111:5, 111:7, 111:12, 113:16, 114:1, 114:3, 114:5, 114:7, 114:9, 114:11, 114:13, 114:15, 114:17, 114:19, 114:21, 114:23, 115:1, 115:3,

115:5, 115:7, 115:9, 115:11, 115:13, 115:15, 116:19, 116:23, 118:3, 118:9, 118:11, 118:13, 118:15, 121:15, 130:18, 130:22, 146:4, 153:1, 154:6, 160:10, 168:7, 168:8, 169:4, 195:17, 195:19, 195:21, 195:23, 196:1, 196:23, 197:4, 197:10, 205:1, 205:3, 228:11, 229:3, 229:5, 229:10, 232:9, 236:6, 236:22, 236:24, 250:5, 251:1, 267:16, 287:23, 288:1, 290:13
**government's** [2] - 195:13, 204:24
**Governmment's** [1] - 4:2
**gradual** [1] - 56:3
**graduated** [1] - 208:6
**grant** [3] - 154:23, 279:7, 279:10
**granted** [1] - 174:5
**graph** [4] - 53:17, 53:21, 101:20, 102:21
**great** [2] - 122:23, 159:23
**greater** [4] - 26:8, 26:11, 26:14, 170:18
**green** [1] - 101:23
**Greenspoon** [2] - 292:1, 292:16
**gross** [1] - 224:1
**grounds** [1] - 105:15
**group** [2] - 103:4, 230:8
**groups** [1] - 42:15
**growing** [1] - 245:15
**growth** [1] - 245:14
**guess** [10] - 154:22, 178:1, 181:12, 181:15, 247:6, 248:9, 257:6, 260:22, 278:24, 286:2
**guessing** [1] - 180:15
**guideline** [2] - 279:18, 281:1
**guidelines** [6] - 26:7, 35:15, 128:17, 274:14, 280:8, 280:18
**guilty** [10] - 16:1, 209:18, 209:21, 210:19, 253:22, 266:22, 268:20, 280:18, 280:21, 280:22

## H

**half** [5] - 51:21, 62:9, 68:4, 80:25, 83:20
**hand** [21] - 51:19, 51:20, 51:23, 59:15, 80:25, 81:1, 81:2, 85:12, 88:6, 88:7, 88:21, 89:5, 89:6, 89:10,

173:5, 181:16, 184:21, 199:24, 202:10, 207:12
**handed** [1] - 205:6
**handful** [2] - 72:5, 113:16
**handle** [1] - 241:7
**handled** [2] - 15:19, 174:4
**hands** [1] - 180:5
**handwriting** [1] - 13:20
**happy** [2] - 65:4, 137:7
**hard** [3] - 23:15, 229:8, 236:8
**Hawaii** [3] - 58:3, 58:4, 58:5
**HCRA** [1] - 8:7
**headquarters** [1] - 200:20
**health** [6] - 37:8, 41:5, 175:18, 185:12, 186:1, 200:17
**Health** [15] - 5:14, 5:15, 124:25, 125:9, 185:10, 265:2, 265:5, 265:8, 266:1, 270:2, 270:7, 270:10, 270:18, 270:22, 271:4
**Healthcare** [2] - 187:5, 200:16
**healthcare** [43] - 22:14, 25:5, 31:3, 31:13, 31:22, 33:17, 34:5, 34:13, 34:20, 35:12, 40:23, 54:13, 55:23, 56:9, 56:18, 61:24, 70:25, 71:6, 71:13, 71:16, 71:17, 118:21, 119:21, 120:2, 120:7, 120:12, 121:2, 174:12, 174:15, 174:16, 185:20, 187:17, 200:15, 201:16, 209:22, 218:10, 226:24, 254:11, 259:18, 260:13, 263:4, 266:22, 269:9
**hear** [6] - 19:23, 30:24, 169:18, 207:24, 256:25, 257:3
**heard** [6] - 12:9, 12:16, 140:2, 263:6, 265:22
**hearing** [5] - 19:1, 105:9, 142:5, 144:3, 297:13
**heart** [2] - 108:25, 177:12
**heel** [3] - 88:22, 89:13, 95:14
**height** [1] - 181:12
**held** [2] - 102:10, 263:17
**Hello** [3] - 252:8, 289:7, 289:18
**hello** [1] - 182:15
**help** [1] - 247:11
**helps** [1] - 191:18
**herein** [1] - 72:7
**hereinafter** [1] - 276:4
**Hernandez** [1] - 283:25
**herself** [1] - 183:5
**hew** [1] - 185:10
**Hewlett** [3] - 124:19, 124:22, 125:19

**Hewlett-Packard** [3] - 124:19, 124:22, 125:19
**Hi** [2] - 253:9, 288:15
**hi** [1] - 254:20
**HIC** [1] - 46:4
**hiding** [3] - 134:13, 141:9, 148:12
**high** [11] - 26:9, 26:13, 26:16, 26:20, 35:10, 60:23, 87:19, 188:14, 188:16, 188:17, 208:6
**high-level** [1] - 26:9
**high-risk** [3] - 26:13, 26:16, 26:20
**higher** [1] - 214:10
**highlight** [3] - 23:11, 60:24, 61:1
**highly** [1] - 106:17
**Hill** [167] - 4:17, 4:19, 4:20, 5:10, 5:16, 6:3, 6:20, 8:20, 8:24, 9:2, 9:3, 9:4, 10:8, 10:10, 20:1, 21:4, 21:6, 21:9, 23:19, 24:7, 24:11, 25:24, 28:2, 29:3, 30:14, 30:16, 32:19, 36:9, 37:18, 42:11, 43:15, 43:17, 44:12, 45:19, 48:3, 48:5, 48:13, 48:23, 49:7, 52:14, 53:11, 53:16, 53:24, 54:20, 58:12, 58:13, 58:16, 59:16, 60:18, 61:11, 61:15, 61:19, 62:5, 62:22, 63:11, 75:1, 77:10, 78:20, 79:6, 80:12, 80:19, 81:3, 82:6, 82:12, 82:21, 83:14, 84:1, 84:8, 87:23, 88:15, 90:4, 93:25, 94:7, 94:15, 94:18, 101:23, 108:3, 113:9, 127:13, 128:25, 129:18, 133:6, 133:8, 134:14, 134:18, 135:3, 136:19, 139:7, 139:25, 141:4, 141:18, 148:12, 149:1, 150:4, 150:18, 153:9, 158:24, 159:2, 162:4, 162:11, 164:7, 164:8, 168:15, 169:14, 169:17, 169:21, 171:3, 171:7, 182:14, 183:5, 183:11, 194:1, 198:7, 198:10, 204:5, 205:18, 206:4, 206:5, 206:7, 206:8, 206:11, 209:5, 210:24, 212:20, 224:22, 226:18, 227:11, 227:15, 227:18, 229:22, 230:10, 230:19, 231:16, 232:12, 232:23, 232:25, 234:1, 234:3, 234:7, 234:11, 234:15, 234:23, 237:11, 237:21, 238:3,

238:7, 240:5, 241:3, 241:7, 241:13, 242:2, 243:14, 243:17, 243:19, 243:20, 243:25, 244:25, 247:13, 248:16, 249:5, 254:1, 297:17, 297:17
**Hill's** [1] - 242:5
**Hill-Beneficiay** [1] - 4:20
**Hill-Multiple** [1] - 8:20
**Hill-Part** [1] - 4:17
**Hill-Volume** [1] - 4:19
**hire** [1] - 261:16
**hired** [5] - 255:23, 255:25, 256:7, 261:11, 261:18
**historic** [1] - 247:3
**history** [3] - 42:14, 65:12, 216:18
**hold** [8] - 19:7, 28:18, 43:13, 85:17, 101:9, 130:6, 158:14, 181:14
**home** [7] - 42:5, 285:15, 285:18, 285:21, 286:1, 286:9, 286:15
**honesty** [1] - 176:17
**Honor** [156] - 11:5, 11:6, 11:16, 12:1, 13:8, 13:23, 13:24, 14:7, 16:11, 28:13, 28:19, 42:23, 43:2, 44:17, 44:18, 44:20, 47:24, 60:3, 60:6, 62:7, 63:25, 68:25, 69:10, 74:5, 74:7, 76:2, 76:4, 77:17, 77:18, 77:21, 85:19, 85:20, 85:21, 87:9, 87:13, 90:9, 90:11, 90:14, 90:16, 90:22, 92:7, 92:15, 93:7, 96:21, 97:7, 101:4, 103:20, 104:23, 105:4, 105:6, 105:12, 106:12, 106:20, 110:23, 111:11, 113:19, 113:22, 117:11, 118:2, 118:4, 121:17, 122:8, 123:1, 130:1, 130:4, 130:9, 130:14, 130:15, 132:7, 135:9, 136:1, 136:8, 137:6, 137:13, 141:24, 142:2, 142:7, 143:12, 143:16, 143:25, 144:5, 144:13, 146:15, 147:18, 147:20, 148:7, 151:6, 152:5, 152:7, 153:7, 153:17, 153:25, 155:3, 155:10, 155:16, 155:24, 156:5, 156:15, 157:14, 163:24, 168:4, 171:16, 171:18, 172:19, 172:20, 172:24, 173:1, 173:4, 184:6, 184:10, 184:12, 184:15, 184:19, 184:25, 195:9, 195:12, 195:15, 196:22, 197:1, 197:5,

197:7, 199:8, 199:14, 199:15, 199:18, 199:20, 204:19, 204:21, 204:23, 207:2, 207:6, 207:7, 208:14, 228:10, 228:20, 228:21, 229:7, 234:9, 236:5, 236:8, 236:18, 250:7, 250:19, 254:15, 258:21, 259:24, 261:2, 267:19, 268:10, 268:13, 268:18, 274:24, 282:8, 282:11, 296:5
**Honor's** [1] - 105:25
**HONORABLE** [1] - 1:13
**hope** [4] - 210:13, 284:14, 284:16, 284:17
**hoped** [1] - 17:21
**hoping** [1] - 19:5
**hospital** [2] - 41:22, 188:2
**Hospital** [1] - 177:11
**host** [1] - 172:10
**Hough** [7] - 3:9, 3:11, 3:13, 194:22, 196:3, 197:10, 205:5
**HOUGH** [21] - 1:16, 172:24, 173:16, 184:6, 184:9, 184:19, 185:6, 195:9, 195:12, 196:22, 197:5, 197:7, 199:8, 199:10, 199:20, 199:23, 200:11, 204:19, 204:23, 207:2, 207:4
**hour** [3] - 18:7, 18:9, 243:22
**hours** [4] - 16:7, 16:8, 186:23, 221:6
**house** [10] - 182:5, 182:8, 190:19, 216:14, 286:5, 286:7, 286:23, 286:24, 286:25
**housed** [1] - 235:6
**housekeeping** [1] - 17:18
**HOUSTON** [1] - 1:22
**Human** [2] - 124:25, 125:9
**human** [2] - 167:16, 202:10
**Humana** [43] - 185:10, 185:11, 185:12, 185:21, 185:22, 186:3, 186:8, 186:9, 187:13, 187:17, 188:5, 188:6, 188:11, 188:14, 188:19, 189:4, 189:19, 189:22, 190:17, 190:20, 191:2, 191:8, 191:15, 191:17, 191:19, 191:24, 191:25, 192:8, 192:12, 192:22, 193:4, 193:11, 193:16, 193:25, 196:9, 197:19, 198:4, 198:6, 198:10, 198:20, 198:24, 199:6
**Humana's** [1] - 192:1

**Humana.com** [1] - 191:23
**hundred** [7] - 142:7, 206:15, 209:14, 216:6, 220:1, 293:5, 293:6
**hundreds** [1] - 148:18
**hurry** [1] - 153:16
**hypothetical** [1] - 164:5

## I

**ID** [22] - 31:21, 31:24, 33:16, 33:17, 46:5, 46:6, 47:11, 47:12, 59:12, 85:10, 95:13, 98:14, 117:4, 137:23, 138:2, 172:9, 189:21, 189:22, 189:23, 194:8, 194:15, 213:18
**idea** [3] - 37:12, 232:22, 233:8
**identical** [10] - 23:3, 106:21, 112:3, 112:9, 112:10, 112:17, 112:18, 164:9
**identification** [15] - 73:4, 76:13, 87:2, 118:23, 133:25, 137:25, 139:23, 150:22, 167:8, 259:21, 260:5, 267:6, 268:11, 281:25, 282:9
**identified** [13] - 7:23, 35:1, 43:17, 62:12, 86:25, 102:5, 146:13, 146:21, 147:24, 164:11, 183:5, 190:11, 215:8
**identifier** [3] - 29:5, 128:18, 189:24
**identifies** [2] - 139:6, 157:21
**identify** [7] - 54:5, 146:5, 146:11, 151:12, 157:17, 188:22
**identifying** [1] - 29:4
**identity** [3] - 31:21, 31:22, 141:9
**ignorance** [2] - 73:21, 121:3
**II** [1] - 1:11
**ill** [2] - 57:17, 108:12
**illegal** [7] - 203:22, 213:10, 224:4, 224:10, 232:2, 254:5, 294:19
**illegally** [1] - 295:3
**illness** [1] - 51:11
**imagine** [3] - 106:3, 274:2, 294:25
**immediately** [2] - 72:10, 182:22
**immobilize** [2] - 52:10, 178:2
**imply** [1] - 12:5
**important** [5] - 39:18, 135:18, 170:8, 170:9, 280:2
**imposed** [2] - 56:8, 57:7

**imposition** [1] - 73:4
**impression** [1] - 180:17
**imprisonment** [3] - 73:5, 119:24, 268:25
**in-person** [1] - 41:5
**inadmissible** [2] - 142:9, 142:19
**inappropriately** [1] - 54:8
**inaudible** [1] - 142:18
**inaudible}** [1] - 108:17
**Inc** [15] - 6:14, 6:16, 6:18, 6:22, 6:24, 8:9, 8:11, 62:25, 121:10, 121:25, 194:1, 194:2, 204:6
**inches** [1] - 180:16
**include** [7] - 24:17, 46:9, 47:5, 73:13, 87:24, 112:23, 210:23
**included** [13] - 11:23, 12:3, 31:17, 131:24, 133:6, 133:14, 138:20, 150:13, 153:1, 189:19, 231:18, 293:21
**includes** [4] - 26:11, 49:11, 134:18, 137:23
**including** [3] - 46:9, 73:2, 120:9
**income** [2] - 265:23, 266:1
**incomplete** [2] - 141:23, 142:12
**incorporation** [2] - 134:8, 149:7
**increased** [1] - 280:10
**indeed** [1] - 21:6
**independent** [2] - 122:1, 291:5
**INDEX** [3] - 3:1, 4:1, 10:1
**India** [1] - 213:21
**indicate** [8] - 20:23, 46:16, 79:22, 81:11, 81:21, 189:25, 198:16, 245:8
**indicated** [5] - 21:1, 82:22, 270:6, 291:10, 294:8
**indicates** [15] - 23:23, 27:13, 27:19, 47:3, 47:6, 57:13, 66:22, 67:8, 67:20, 91:19, 102:7, 268:20, 280:9, 282:15, 282:18
**indicating** [4] - 67:18, 79:21, 240:7, 240:22
**indication** [1] - 55:18
**indicator** [3] - 56:6, 57:10, 58:15
**indicators** [1] - 58:23
**indicia** [4] - 49:13, 82:11, 83:13, 169:11
**indirectly** [1] - 192:20
**individual** [15] - 26:12, 30:7, 49:6, 67:22, 84:18, 84:19, 84:24, 95:7, 138:3, 138:4,

138:6, 138:7, 140:14, 190:14, 283:25
**Individual** [1] - 7:23
**individually** [2] - 125:20, 125:21
**individuals** [6] - 35:12, 70:24, 71:11, 76:22, 76:23, 116:9
**Individuals** [1] - 67:12
**induce** [2] - 192:21, 215:11
**industry** [2] - 185:20, 186:2
**industrywide** [1] - 37:8
**inescapable** [1] - 107:15
**inference** [1] - 107:15
**info** [2] - 23:11, 253:10
**Info** [1] - 67:12
**inform** [1] - 245:18
**Information** [1] - 112:4
**information** [101] - 20:24, 21:17, 27:4, 28:8, 29:4, 29:11, 31:15, 31:17, 31:19, 33:16, 43:23, 45:22, 46:1, 46:9, 52:13, 53:14, 54:9, 56:23, 59:8, 61:15, 63:4, 66:11, 66:12, 67:15, 69:23, 70:18, 72:7, 72:8, 72:18, 72:20, 72:21, 75:24, 76:10, 78:18, 78:19, 78:22, 79:4, 79:7, 82:5, 85:7, 86:12, 90:6, 95:11, 98:12, 98:13, 98:16, 100:9, 107:14, 108:21, 112:1, 112:18, 112:21, 116:14, 119:21, 119:23, 123:23, 125:15, 125:18, 135:14, 142:8, 147:14, 161:20, 172:6, 172:7, 172:9, 172:10, 189:2, 189:18, 189:21, 189:23, 191:18, 193:13, 193:15, 194:6, 194:8, 194:9, 194:14, 198:21, 198:23, 201:8, 205:16, 215:10, 216:15, 218:20, 219:14, 235:7, 235:20, 239:18, 246:22, 252:16, 252:17, 257:25, 260:19, 266:19, 268:21, 268:23, 271:17, 289:14
**inherently** [1] - 294:19
**initial** [29] - 21:3, 21:6, 23:21, 29:22, 31:1, 33:11, 33:14, 33:25, 40:5, 45:16, 65:2, 65:8, 65:9, 65:25, 104:3, 172:4, 172:12, 172:15, 172:16, 172:17, 223:9, 235:25, 236:1, 237:7, 240:19, 252:10, 252:23, 253:1, 261:23
**initialled** [3] - 43:21, 78:17, 196:8

**initials** [2] - 196:7, 205:9
**initiated** [3] - 57:9, 83:7, 83:16
**ink** [1] - 22:10
**input** [1] - 203:3
**inquiry** [5] - 141:12, 144:22, 145:17, 145:18, 146:7
**inside** [6] - 135:7, 135:8, 178:22, 178:24, 181:5, 182:11
**insisted** [1] - 15:6
**inspect** [1] - 129:15
**Inspection** [1] - 10:10
**inspection** [16] - 129:10, 129:18, 132:13, 132:16, 133:10, 133:12, 134:15, 145:2, 145:8, 149:23, 150:3, 154:23, 158:19, 172:1, 172:4, 172:15
**inspections** [4] - 145:20, 147:6, 147:7, 171:23
**inspector** [3] - 129:14, 134:20, 149:22
**inspectors** [5] - 133:20, 133:24, 134:7, 147:8, 147:13
**instance** [4] - 20:20, 244:24, 258:18, 271:7
**instances** [7] - 20:11, 20:13, 34:16, 50:4, 129:16, 215:14
**instead** [2] - 143:19, 286:5
**institution** [3] - 22:17, 29:12, 98:21
**instruct** [2] - 11:16, 128:6
**instruction** [12] - 11:6, 11:14, 11:20, 11:22, 12:2, 12:7, 12:15, 12:25, 13:1, 13:5, 13:24, 69:12
**instructions** [7] - 11:25, 12:22, 73:9, 120:3, 120:4, 120:9, 296:13
**insurance** [29] - 34:8, 49:22, 50:5, 133:16, 133:20, 133:21, 145:24, 146:8, 146:9, 146:17, 156:18, 156:23, 157:1, 157:4, 158:10, 158:11, 172:9, 178:10, 185:12, 186:2, 187:16, 187:25, 200:18, 214:22, 214:23, 215:10, 226:16
**Insurance** [1] - 185:10
**insured** [1] - 226:13
**insurer** [1] - 214:11
**insurers** [1] - 37:8
**Insurers'** [1] - 5:2
**insuring** [1] - 157:5
**intended** [1] - 13:12
**intent** [2] - 108:25, 238:11

**intents** [1] - 266:15
**interaction** [4] - 31:2, 40:23, 40:25, 41:18
**interactions** [2] - 158:24, 246:12
**interest** [3] - 15:24, 23:10, 68:11
**Interest** [1] - 67:11
**interested** [2] - 14:19, 297:14
**internal** [1] - 201:1
**internally** [2] - 234:14, 234:18
**interpret** [1] - 12:12
**introduce** [12] - 42:24, 106:22, 109:12, 123:23, 130:3, 138:17, 142:10, 142:17, 144:11, 158:5, 236:6, 261:3
**introduced** [14] - 16:21, 138:14, 140:15, 142:21, 152:4, 152:16, 153:19, 153:22, 155:14, 159:7, 211:16, 211:17, 224:24, 294:8
**introducing** [4] - 105:16, 107:5, 109:7, 152:3
**introduction** [3] - 90:12, 107:3, 275:25
**investigate** [2] - 163:13, 185:25
**investigating** [3] - 49:10, 49:11, 185:19
**investigation** [8] - 136:18, 136:23, 151:19, 154:22, 167:22, 172:15, 274:12, 276:25
**investigations** [10] - 39:13, 39:16, 49:12, 159:14, 159:16, 159:17, 159:19, 159:20, 185:16, 185:18
**investigative** [1] - 186:6
**investigator** [7] - 148:18, 159:9, 159:15, 159:24, 162:20, 162:23, 186:8
**investigators** [2] - 158:20, 185:25
**invoice** [20] - 182:12, 228:1, 235:2, 235:9, 235:11, 235:20, 235:21, 235:25, 236:1, 236:3, 237:7, 238:11, 238:14, 238:23, 239:12, 239:19, 240:4, 241:1
**Invoice** [3] - 9:4, 239:3, 241:1
**invoices** [8] - 235:12, 235:14, 235:17, 236:2, 237:10, 237:14, 240:12, 240:19

**Invoices** [1] - 9:3
**involve** [2] - 218:11, 254:12
**involved** [15] - 49:8, 113:12, 161:21, 162:13, 163:2, 163:10, 222:21, 227:2, 248:22, 252:9, 254:9, 280:3, 280:5, 289:20, 289:21
**involvement** [1] - 209:19
**involving** [4] - 70:25, 107:24, 253:22, 259:17
**irrelevant** [1] - 157:21
**IRS** [3] - 150:13, 150:23, 171:8
**isolate** [1] - 117:17
**issue** [13] - 13:11, 13:16, 13:18, 13:21, 14:2, 14:8, 55:2, 56:11, 106:17, 108:14, 179:7, 235:17, 238:12
**issued** [12] - 35:24, 42:1, 50:18, 52:19, 54:21, 60:17, 82:1, 83:10, 86:4, 235:9, 237:11, 237:15
**issues** [3] - 18:24, 176:10, 181:18
**it'll** [5] - 189:22, 189:25, 194:9, 194:10, 194:16
**item** [9] - 31:4, 32:4, 36:23, 36:24, 38:8, 38:10, 47:5, 89:7, 203:4
**items** [23] - 30:22, 31:8, 31:23, 32:1, 33:19, 33:21, 34:14, 35:16, 46:16, 47:6, 47:9, 47:16, 48:9, 55:16, 56:19, 61:16, 71:6, 71:17, 79:8, 89:12, 189:14, 194:18, 226:4
**iteration** [1] - 130:16
**iterations** [2] - 111:18, 111:22
**itself** [4] - 33:16, 33:23, 36:7, 170:5

## J

**J.W** [1] - 4:5
**jail** [1] - 262:17
**Jane** [1] - 256:3
**JANUARY** [1] - 1:7
**January** [14] - 6:10, 6:12, 7:7, 8:23, 9:1, 29:25, 53:22, 57:4, 161:18, 165:13, 229:24, 230:25, 232:14
**jcwaxman** [2] - 288:2, 288:4
**jcwaxman@bellsouth** [1] - 289:7
**jcwaxman@bellsouth.net** [1] - 290:10

**Jeremy** [44] - 9:5, 91:19, 122:18, 141:8, 141:9, 141:13, 161:6, 161:17, 162:13, 163:25, 164:6, 169:1, 209:17, 211:1, 211:2, 211:5, 211:24, 213:1, 224:22, 234:8, 241:13, 241:15, 241:22, 241:24, 244:1, 244:6, 244:20, 248:24, 250:12, 251:11, 251:13, 252:5, 252:19, 253:25, 258:5, 263:9, 287:9, 287:17, 288:4, 289:7, 289:18, 290:22, 291:3, 294:8
**Jeremy's** [2] - 212:5, 249:7
**job** [3] - 210:5, 273:14, 273:16
**join** [1] - 69:15
**joined** [2] - 109:23, 186:8
**joining** [1] - 110:16
**Joint** [1] - 177:9
**Jose** [2] - 134:20, 134:24
**JOSE** [2] - 2:2, 2:2
**JR** [3] - 2:4, 48:1, 60:5
**Judge** [14] - 13:10, 16:15, 74:19, 157:24, 160:11, 168:6, 261:5, 275:1, 278:4, 278:19, 278:22, 279:1, 280:19
**judge** [23] - 14:8, 17:7, 28:17, 110:8, 115:23, 127:25, 128:6, 131:3, 132:19, 143:2, 156:8, 207:9, 210:16, 210:17, 262:3, 262:5, 262:6, 278:2, 278:3, 278:4, 278:11
**JUDGE** [1] - 1:13
**judgment** [4] - 274:10, 275:20, 282:3, 285:5
**Judgment** [1] - 10:7
**July** [9] - 7:21, 8:4, 25:2, 30:17, 82:24, 85:10, 111:23, 182:21, 187:1
**jump** [3] - 71:7, 223:6, 241:19
**June** [8] - 8:1, 53:22, 70:6, 73:24, 77:4, 82:23, 165:14, 165:21
**juror** [3] - 17:10, 17:11, 19:10
**jurors** [9] - 18:1, 29:1, 36:16, 76:10, 80:12, 87:20, 98:11, 101:14, 107:1
**JURY** [1] - 1:12
**Jury** [7] - 17:15, 74:12, 74:16, 143:8, 228:15, 228:17, 296:23
**jury** [73] - 11:14, 11:16, 11:25, 12:22, 13:17, 14:2,

14:16, 16:6, 16:10, 17:2, 17:14, 19:1, 20:11, 28:4, 28:24, 30:24, 30:25, 43:13, 50:24, 55:11, 60:10, 74:15, 76:8, 85:25, 87:17, 90:19, 91:7, 99:3, 100:13, 101:8, 105:9, 106:16, 107:16, 108:1, 108:7, 108:13, 108:19, 109:18, 110:4, 111:9, 116:24, 119:14, 124:15, 128:1, 128:6, 129:7, 134:13, 142:5, 144:3, 145:7, 145:17, 146:13, 148:11, 155:19, 163:22, 180:14, 181:5, 188:18, 190:9, 195:1, 197:5, 198:14, 210:19, 217:3, 231:16, 237:17, 239:9, 251:4, 252:6, 287:11, 296:22
**jury's** [2] - 107:20, 110:3
**Justice** [6] - 272:9, 275:22, 276:2, 276:12, 276:15, 276:22
**JUSTICE** [2] - 1:17, 1:20
**JUSTIN** [2] - 3:10, 184:22
**Justin** [2] - 184:19, 185:3
**JW** [1] - 96:4

## K

**K-e-l-l-e-y** [1] - 173:14
**Kaplan** [3] - 98:18, 98:25, 99:2
**Kaufman** [1] - 95:18
**keep** [9] - 17:22, 42:17, 106:25, 119:16, 139:2, 171:25, 203:23, 238:18, 274:9
**keeps** [1] - 22:1
**Kelley** [3] - 172:25, 173:13, 173:17
**KELLEY** [2] - 3:8, 173:6
**Kelly** [8] - 66:2, 67:20, 67:22, 76:18, 98:18, 98:24, 122:21, 184:16
**Kentucky** [2] - 191:10, 199:7
**kept** [3] - 228:9, 234:17, 266:13
**Kickback** [15] - 20:4, 61:24, 73:13, 106:15, 108:22, 112:24, 120:9, 192:16, 192:19, 192:22, 203:6, 203:14, 224:5, 231:18, 233:15
**kickback** [5] - 61:23, 193:4, 203:18, 224:6, 224:11
**kickbacks** [2] - 233:11, 238:13
**kind** [30] - 19:9, 31:2, 36:21,

41:21, 67:17, 103:4, 145:18, 154:22, 177:25, 179:4, 181:8, 181:14, 194:6, 216:18, 218:16, 218:19, 222:14, 222:20, 225:14, 225:18, 227:6, 227:8, 231:22, 235:21, 245:11, 246:2, 247:25, 248:1, 264:15, 291:17
**kitchenette** [1] - 175:6
**knee** [17] - 38:16, 38:17, 38:18, 38:19, 39:2, 39:3, 39:4, 39:6, 39:7, 39:8, 39:9, 61:17, 190:13, 210:21, 226:9, 249:22
**knees** [1] - 213:17
**knitting** [3] - 180:3, 180:5, 180:10
**knocking** [1] - 232:4
**knowingly** [4] - 70:25, 71:11, 73:19, 120:25
**knowledge** [17] - 42:21, 106:14, 107:5, 108:25, 109:14, 125:24, 126:9, 144:8, 144:12, 144:14, 146:14, 156:22, 158:23, 181:20, 192:18, 203:8, 290:15
**known** [10] - 48:14, 55:16, 139:18, 139:20, 150:2, 150:17, 189:13, 189:25, 190:6, 272:18
**knows** [1] - 170:10

## L

**L3761** [1] - 239:22
**label** [2] - 137:14, 183:13
**labeled** [1] - 182:11
**laboratory** [1] - 186:7
**lack** [3] - 15:24, 146:13, 272:18
**ladies** [6] - 17:16, 127:25, 129:6, 143:11, 163:22, 296:12
**lady** [1] - 135:4
**laid** [1] - 256:16
**landline** [1] - 183:22
**language** [1] - 12:3
**large** [6] - 60:25, 178:13, 179:5, 180:16, 190:24, 191:4
**larger** [1] - 247:11
**Largo** [1] - 98:15
**Lasris** [2] - 291:24, 292:8
**last** [32] - 18:4, 18:24, 19:4, 24:10, 29:10, 29:12, 46:7, 53:21, 71:8, 75:10, 89:12, 92:11, 96:6, 97:3, 98:18, 99:4, 103:4, 155:12,

171:19, 173:11, 180:1, 185:2, 185:4, 200:6, 207:18, 208:15, 232:16, 233:5, 238:24, 252:8, 253:18, 289:19

**lastly** [2] - 98:21, 181:4

**late** [2] - 55:15, 296:17

**laundering** [1] - 269:14

**LAW** [2] - 2:9, 2:12

**law** [14] - 11:17, 11:21, 12:4, 12:5, 12:10, 12:12, 12:20, 12:22, 128:1, 128:5, 128:7, 248:10, 272:7, 292:3

**Law** [1] - 120:10

**LAWRENCE** [2] - 1:8, 2:2

**Lawrence** [40] - 7:1, 7:3, 7:4, 7:5, 7:7, 7:8, 7:10, 7:11, 7:13, 7:15, 7:16, 7:18, 7:20, 7:22, 7:25, 8:1, 8:3, 8:4, 8:5, 116:10, 116:12, 117:4, 117:6, 117:17, 136:20, 141:3, 141:8, 141:17, 150:17, 164:23, 164:24, 168:19, 169:7, 230:12, 230:21, 233:2, 233:22, 233:25, 237:20, 254:1

**Lawrence's** [1] - 239:18

**laws** [5] - 11:10, 73:9, 120:2, 120:4, 120:8

**lawyers** [6] - 19:3, 19:10, 107:18, 272:21, 276:21, 276:22

**lay** [1] - 146:18

**lays** [1] - 134:17

**lead** [3] - 107:14, 186:7, 216:11

**leading** [1] - 142:24

**leads** [5] - 217:16, 220:8, 223:9, 228:7, 263:9

**learn** [1] - 193:10

**learned** [2] - 214:17, 295:11

**learning** [1] - 193:14

**least** [12] - 12:8, 13:7, 13:14, 27:7, 37:11, 46:5, 81:21, 92:1, 150:3, 176:2, 220:22, 287:16

**leave** [2] - 14:25, 129:6

**Lee** [1] - 291:24

**left** [13] - 19:13, 19:25, 20:3, 88:7, 88:23, 89:7, 89:8, 96:2, 135:16, 135:17, 142:9, 147:6, 181:11

**legal** [3] - 11:16, 18:24, 151:3

**legally** [1] - 295:3

**legitimate** [4] - 56:17, 202:13, 266:16, 285:25

**length** [3] - 16:6, 16:9, 18:19

**less** [5] - 172:12, 222:16,

225:16, 245:2, 245:6

**letter** [18] - 25:22, 27:1, 60:17, 60:21, 61:11, 62:1, 62:11, 86:4, 86:7, 86:12, 141:11, 142:23, 171:8, 256:15, 256:17, 256:19, 256:22

**Letter** [2] - 6:19, 6:22

**letting** [2] - 222:8, 242:10

**level** [8] - 26:9, 35:10, 87:20, 188:14, 188:16, 188:17, 265:1, 280:9

**levels** [2] - 175:4, 216:18

**liability** [2] - 139:10, 171:7

**liable** [2] - 36:5, 36:11

**licensed** [5] - 35:12, 128:16, 149:8, 217:24, 219:4

**life** [2] - 180:2, 211:4

**lifetime** [2] - 38:9, 40:10

**likelihood** [2] - 214:10, 214:22

**limes** [1] - 142:14

**limit** [3] - 40:10, 40:12, 244:12

**limitation** [2] - 38:15, 40:4

**limited** [3] - 26:12, 73:3, 139:10

**limits** [1] - 38:5

**line** [21] - 24:21, 24:22, 29:17, 47:3, 47:8, 75:14, 75:15, 83:5, 101:25, 126:18, 144:22, 171:19, 183:4, 194:9, 218:19, 230:14, 230:19, 251:19, 267:24, 274:9, 275:19

**lines** [7] - 32:11, 43:23, 44:9, 165:18, 249:4, 257:2, 278:24

**link** [1] - 140:15

**list** [14] - 27:4, 49:4, 61:24, 62:12, 86:16, 86:24, 87:21, 112:17, 130:15, 194:7, 235:2, 246:8, 293:2, 293:5

**listed** [44] - 22:9, 23:18, 23:22, 23:24, 24:24, 26:25, 27:1, 27:7, 29:6, 31:8, 32:4, 36:14, 47:16, 57:16, 65:17, 66:1, 66:20, 68:8, 68:21, 70:5, 73:10, 80:6, 89:4, 91:18, 98:17, 116:11, 117:10, 117:22, 118:24, 121:12, 161:9, 168:18, 168:22, 169:2, 170:24, 171:3, 171:5, 206:22, 230:7, 230:10, 230:22, 233:10, 233:23, 297:10

**listen** [4] - 140:1, 140:8, 236:14, 296:14

**listing** [4] - 29:12, 31:14, 69:22, 79:16

**lists** [32] - 29:17, 31:10, 31:24, 45:18, 46:24, 48:11, 48:12, 48:14, 48:19, 48:21, 48:22, 51:18, 57:17, 59:11, 59:13, 69:24, 70:15, 76:13, 76:16, 79:7, 82:7, 83:3, 85:10, 85:11, 85:12, 87:7, 94:11, 120:18, 214:14, 223:11, 223:16, 223:19

**live** [10] - 9:6, 13:6, 46:10, 84:15, 173:19, 174:22, 251:9, 252:9, 289:25

**lived** [7] - 57:19, 57:20, 84:2, 174:23, 175:21, 219:4, 286:15

**lives** [1] - 41:20

**living** [10] - 58:4, 174:23, 175:3, 175:5, 175:13, 175:21, 177:7, 178:18, 178:19, 178:20

**LLC** [11] - 6:20, 61:16, 61:19, 139:8, 141:4, 141:18, 149:13, 150:6, 150:7, 204:5

**load** [1] - 223:3

**local** [1] - 128:12

**located** [10] - 67:6, 67:7, 84:4, 175:21, 191:12, 200:19, 206:24, 208:22, 213:20, 216:20

**Location** [5] - 4:11, 4:16, 4:20, 4:22, 4:23

**location** [5] - 67:7, 129:15, 134:19, 297:10

**locations** [1] - 100:7

**locking** [1] - 198:12

**log** [2] - 191:22, 223:2

**logically** [2] - 51:9, 51:24

**login** [1] - 218:18

**long-standing** [1] - 247:10

**look** [70] - 21:14, 25:9, 25:16, 30:4, 34:23, 46:21, 47:7, 48:8, 49:12, 49:17, 50:25, 51:18, 52:3, 52:17, 53:17, 57:19, 59:3, 59:10, 61:13, 65:5, 65:6, 67:10, 67:17, 69:7, 69:9, 73:6, 76:19, 76:24, 84:17, 87:1, 88:5, 89:4, 89:7, 93:20, 95:6, 99:19, 100:18, 101:20, 102:19, 104:14, 109:6, 116:19, 127:6, 129:20, 129:21, 131:10, 132:4, 137:7, 140:14, 141:10, 151:16, 158:12, 162:11, 164:19, 167:17, 167:21, 171:8, 171:12, 188:20, 198:20, 220:4, 232:25, 233:19, 234:25, 237:2, 238:19, 238:21, 273:10,

289:2

**looked** [11] - 11:18, 74:25, 93:25, 96:5, 99:15, 116:25, 118:18, 142:10, 181:9, 196:8, 266:15

**looking** [30] - 20:22, 21:15, 45:13, 49:5, 49:6, 49:15, 50:17, 53:15, 56:21, 56:23, 57:3, 57:14, 64:18, 80:5, 80:8, 83:12, 86:23, 91:15, 100:16, 102:22, 120:18, 163:1, 172:4, 172:8, 224:16, 231:23, 239:16, 242:3, 248:20, 251:7

**looks** [12] - 24:25, 56:4, 57:5, 69:2, 82:14, 88:8, 92:1, 102:1, 118:17, 163:12, 230:3, 238:23

**losing** [1] - 286:1

**loss** [1] - 280:10

**Louis** [1] - 13:10

**LOUISANA** [1] - 1:21

**low** [1] - 281:4

**lower** [9] - 51:3, 51:5, 51:6, 51:12, 51:14, 59:14, 80:23, 80:24, 85:12

**lumbar** [2] - 51:2

**lunch** [3] - 18:9, 18:14, 143:5

## M

**M.D** [3] - 116:10, 116:12, 117:4

**M.D.'s** [1] - 117:17

**ma'am** [5] - 177:1, 184:3, 188:16, 191:13, 194:13

**MAC** [3] - 72:9, 72:11, 72:12

**magistrate** [3] - 13:10, 14:9, 262:5

**Magna** [1] - 30:5

**mail** [42] - 25:10, 144:9, 151:7, 178:14, 212:25, 233:21, 243:22, 250:12, 250:15, 250:16, 250:18, 251:7, 251:8, 251:13, 251:22, 251:25, 252:5, 252:13, 253:5, 258:5, 258:8, 258:11, 258:13, 258:15, 258:20, 258:25, 259:6, 259:7, 259:8, 287:4, 288:2, 288:6, 288:11, 288:12, 288:15, 289:3, 290:9, 290:13, 292:10, 292:11

**mailed** [2] - 218:16, 241:24

**mails** [4] - 252:2, 259:11, 287:3, 287:8

**main** [6] - 31:20, 45:22, 236:3, 241:6, 241:12, 244:6

**maintain** [3] - 42:17, 70:19, 286:24

**majority** [4] - 51:12, 124:9, 219:22, 259:12

**man** [5] - 139:22, 212:6, 212:8, 212:10, 212:12

**manage** [2] - 174:12, 174:15

**managed** [8] - 174:16, 187:10, 187:13, 187:14, 193:2, 201:11, 201:13, 244:8

**management** [3] - 201:8, 218:17, 223:3

**manager** [9] - 23:18, 91:18, 149:12, 150:5, 185:15, 185:23, 186:6, 239:17, 289:10

**managers** [7] - 23:22, 27:6, 68:21, 150:7, 250:13, 251:18, 288:8

**Managing** [1] - 67:11

**managing** [5] - 23:10, 68:12, 139:7, 139:15, 158:23

**manner** [1] - 161:21

**Manny** [2] - 253:9, 288:15

**map** [2] - 57:15, 57:19

**March** [5] - 8:2, 53:22, 57:5, 83:8, 179:24

**Marder** [2] - 292:1, 292:16

**Margate** [2] - 208:23, 216:21

**marital** [1] - 286:1

**MARK** [2] - 2:11, 2:12

**mark** [2] - 135:21, 135:23

**marked** [13] - 24:1, 63:18, 87:1, 102:2, 102:16, 104:12, 151:16, 155:6, 250:4, 259:20, 260:5, 267:6, 281:24

**market** [1] - 224:18

**Marketing** [1] - 8:23

**marketing** [14] - 224:16, 227:21, 227:22, 228:3, 228:4, 229:19, 229:20, 233:19, 235:23, 237:25, 238:8, 238:19, 271:9

**Mary** [1] - 265:10

**Massis** [5] - 57:25, 60:25, 65:22, 69:2, 230:2

**match** [1] - 217:23

**matched** [1] - 164:9

**matches** [1] - 134:1

**material** [1] - 71:2

**materially** [2] - 71:2, 71:4

**math** [1] - 174:18

**matter** [6] - 12:22, 70:24, 157:20, 206:16, 297:7, 297:14

**matters** [4] - 11:15, 17:19, 274:13, 276:25

**Maximum** [1] - 258:19

**maximum** [2] - 268:24, 271:23

**Maximumes** [2] - 259:1, 259:2

**Maximumes.com** [1] - 258:19

**MD** [18] - 7:1, 7:3, 7:4, 7:5, 7:7, 7:8, 7:10, 7:11, 7:13, 7:15, 7:16, 7:18, 7:20, 7:25, 8:1, 8:3, 8:4, 8:5

**mean** [62] - 12:12, 15:19, 22:8, 34:12, 37:13, 38:7, 38:13, 38:25, 45:17, 47:4, 50:9, 50:10, 54:13, 55:17, 61:1, 68:1, 68:7, 70:8, 80:8, 102:3, 106:3, 106:5, 107:2, 109:3, 142:17, 146:6, 146:8, 148:15, 153:2, 175:16, 191:6, 195:2, 208:19, 221:24, 222:14, 223:18, 224:14, 225:6, 226:6, 227:9, 238:4, 240:1, 244:24, 252:23, 257:6, 257:7, 260:17, 263:19, 273:12, 275:12, 277:19, 278:17, 279:24, 280:16, 281:3, 291:5, 291:15, 292:5, 292:18, 294:21, 295:1

**meaning** [4] - 19:4, 242:15, 244:22, 246:4

**means** [19] - 12:4, 22:16, 34:13, 40:25, 41:1, 47:8, 52:19, 56:14, 57:17, 68:2, 68:8, 70:9, 71:13, 83:7, 167:7, 183:20, 273:2, 276:6, 277:14

**meant** [1] - 52:10

**Medi** [1] - 57:18

**Medicae** [1] - 6:6

**Medicaid** [4] - 46:6, 61:6, 187:16, 194:10

**medical** [40] - 32:2, 35:11, 35:13, 40:9, 41:21, 54:10, 61:17, 61:20, 103:6, 103:10, 106:24, 109:13, 110:6, 175:7, 175:9, 175:11, 176:3, 176:22, 176:24, 176:25, 177:6, 177:11, 181:20, 189:3, 189:7, 189:8, 189:10, 189:13, 202:18, 203:3, 204:6, 210:22, 214:1, 214:4, 219:8, 219:11, 246:25, 247:3, 295:17

**Medical** [17] - 5:9, 5:13, 6:14, 6:16, 6:18, 89:17, 89:20, 91:14, 94:4, 95:1, 97:21, 98:2, 194:1, 194:2, 204:6, 252:20, 253:13

**medically** [4] - 34:4, 35:8, 41:15, 62:19

**Medicare** [316] - 5:4, 5:5, 5:7, 5:8, 5:10, 5:11, 5:12, 6:1, 6:3, 6:4, 6:7, 6:9, 6:10, 6:11, 6:12, 6:14, 6:14, 6:16, 6:16, 6:18, 6:19, 6:22, 7:1, 7:13, 7:17, 7:19, 7:21, 7:24, 8:1, 8:2, 8:7, 8:9, 8:12, 8:14, 8:16, 11:9, 12:5, 20:13, 20:14, 20:16, 20:24, 21:9, 21:16, 22:1, 22:13, 22:15, 24:12, 25:6, 25:22, 26:8, 27:1, 27:3, 27:15, 30:18, 30:22, 31:5, 31:6, 31:7, 31:9, 31:10, 31:21, 31:24, 32:7, 32:17, 32:25, 33:8, 33:15, 33:16, 33:17, 34:1, 34:6, 34:9, 34:13, 34:16, 34:21, 34:23, 34:25, 35:18, 35:22, 35:24, 36:3, 36:5, 36:16, 37:1, 37:7, 37:11, 37:12, 37:17, 38:13, 38:14, 38:18, 39:8, 39:11, 40:20, 40:25, 41:10, 41:24, 42:3, 42:9, 42:17, 45:20, 45:22, 46:5, 46:20, 48:10, 48:12, 48:20, 48:24, 49:11, 50:6, 54:5, 54:6, 54:7, 54:8, 54:9, 54:12, 54:14, 54:15, 54:18, 54:21, 54:24, 55:1, 56:10, 57:18, 57:20, 59:16, 60:19, 61:5, 61:6, 61:14, 61:16, 61:21, 62:14, 63:6, 63:12, 67:19, 69:23, 69:25, 70:19, 72:13, 72:21, 73:3, 73:9, 73:20, 75:4, 75:22, 76:14, 77:8, 79:9, 79:13, 79:14, 81:19, 82:10, 84:2, 85:13, 86:18, 87:8, 96:3, 100:18, 102:4, 102:7, 103:7, 103:13, 104:2, 105:2, 105:16, 105:19, 105:20, 106:16, 108:21, 111:16, 112:13, 112:19, 112:21, 113:2, 117:5, 117:9, 118:20, 119:21, 120:1, 120:4, 120:5, 120:6, 121:1, 128:10, 128:19, 129:13, 129:14, 133:9, 133:12, 134:1, 134:15, 137:20, 138:1, 139:18, 139:20, 139:21, 140:3, 140:12, 140:19, 141:2, 141:3, 141:17, 141:23, 144:6, 144:15, 144:16, 147:9, 149:22, 150:2, 152:22, 153:18, 156:15, 156:20, 157:15, 158:24, 159:2, 159:13, 159:16, 159:17, 159:19, 161:6, 166:8, 168:18, 169:8, 169:13, 169:20, 170:10, 170:17, 170:20, 170:22, 170:25, 171:7, 171:25, 172:2, 178:10, 183:4, 186:8, 186:10, 186:11, 187:9, 187:14, 187:15, 187:20, 187:23, 187:24, 187:25, 188:5, 188:6, 188:8, 188:9, 188:12, 188:15, 189:21, 192:23, 193:13, 194:10, 194:11, 197:19, 198:4, 198:7, 198:10, 200:17, 201:11, 201:14, 201:20, 201:23, 203:15, 212:4, 213:14, 214:11, 214:14, 214:15, 214:18, 217:7, 221:19, 224:6, 224:16, 226:13, 226:20, 226:22, 226:23, 232:5, 242:2, 242:5, 242:11, 242:21, 242:22, 243:4, 243:7, 244:17, 245:19, 245:22, 246:3, 246:16, 265:19, 271:1, 271:10, 271:11, 293:17, 294:16, 294:20, 294:24, 295:2, 295:10, 296:1

**Medicare-billing** [1] - 294:20

**medications** [1] - 175:18

**medicine** [1] - 177:13

**meet** [2] - 42:8, 123:12

**meetings** [4] - 256:8, 257:13, 257:22, 259:13

**member** [9] - 139:7, 141:4, 149:20, 150:18, 188:21, 190:15, 194:11, 194:15

**member's** [7] - 188:22, 189:20, 190:5, 194:15, 195:7, 198:18, 198:21

**members** [9] - 139:15, 148:11, 149:13, 185:13, 187:15, 188:10, 189:15, 192:7, 201:23

**members'** [2] - 187:25, 194:9

**memory** [1] - 270:14

**mental** [2] - 106:18, 140:23

**mention** [4] - 13:25, 18:2, 113:1, 247:19

**mentioned** [29] - 14:1, 32:24, 33:8, 35:17, 37:21, 45:21, 46:23, 51:15, 81:7, 86:9, 94:20, 121:6, 169:10, 170:8, 190:6, 194:17, 211:1, 218:10, 223:7, 224:21, 224:23, 235:9, 244:6, 246:24, 252:8, 253:10, 253:19, 288:16, 289:19

**Meredith** [3] - 9:6, 251:17, 288:7
**MEREDITH** [1] - 1:16
**Meridian** [1] - 33:1
**message** [1] - 135:4
**met** [15] - 82:1, 211:2, 211:4, 211:5, 211:10, 211:13, 212:8, 212:12, 219:17, 257:16, 257:19, 257:20, 273:23, 274:3, 274:4
**metal** [1] - 179:5
**Metro** [1] - 27:19
**Miami** [2] - 167:6, 292:22
**MIAMI** [5] - 1:2, 1:6, 2:3, 2:10, 2:13
**Miami-Dade** [1] - 167:6
**MICHAEL** [2] - 1:13, 2:8
**microphone** [2] - 173:12, 200:6
**midafternoon** [1] - 18:16
**middle** [2] - 75:13, 118:23
**midmorning** [2] - 18:5, 18:6
**might** [7] - 55:19, 55:21, 135:21, 215:8, 270:13, 275:5, 277:17
**million** [16] - 48:23, 48:24, 79:13, 79:14, 80:2, 83:20, 100:1, 125:9, 125:14, 169:8, 224:1, 224:3, 272:4, 280:6, 280:11, 293:21
**mind** [4] - 65:5, 70:21, 106:9, 164:14
**Mindy** [9] - 211:17, 211:20, 211:23, 225:14, 225:20, 226:1, 294:9, 294:11, 294:14
**Mindy's** [3] - 225:15, 225:18, 225:19
**mine** [2] - 221:9, 230:15
**Minnesota** [3] - 200:20, 202:2, 207:1
**Minnetonka** [1] - 200:20
**minute** [3] - 18:6, 29:1, 60:2
**minutes** [8] - 17:21, 17:24, 18:17, 74:10, 153:15, 228:13, 255:7, 296:9
**misleading** [1] - 140:22
**misrepresentation** [1] - 72:19
**missed** [1] - 138:16
**missing** [5] - 17:3, 17:4, 109:21, 138:15, 138:23
**misspelled** [1] - 141:14
**mistaken** [4] - 128:11, 140:25, 161:2, 161:3
**model** [3] - 213:5, 271:6, 271:20
**models** [2] - 248:13, 271:2
**modified** [3] - 11:19, 13:2, 104:9

**mom** [2] - 136:20, 149:12
**moment** [46] - 15:13, 24:18, 27:20, 28:17, 30:14, 42:23, 44:17, 44:20, 47:24, 53:13, 62:7, 63:20, 63:22, 68:25, 77:17, 80:5, 83:1, 90:14, 90:15, 92:15, 97:7, 101:14, 103:20, 104:14, 104:22, 111:11, 113:20, 122:8, 123:10, 130:14, 155:25, 171:16, 172:19, 184:6, 197:1, 199:8, 207:2, 224:19, 229:13, 231:6, 234:9, 236:5, 236:18, 243:12, 248:1, 292:25
**Monday** [5] - 16:12, 16:16, 205:10, 252:6, 289:6
**money** [22] - 24:12, 55:4, 57:2, 71:15, 124:24, 203:10, 208:24, 223:24, 224:2, 224:6, 225:7, 228:8, 262:17, 262:25, 263:1, 266:4, 269:14, 270:7, 270:9, 280:3, 280:5, 286:24
**monitor** [3] - 160:16, 271:19, 287:25
**monitored** [1] - 175:17
**monitors** [3] - 90:20, 271:5, 271:6
**Montana** [2] - 57:22, 58:11
**month** [5] - 53:16, 53:21, 53:24, 56:13, 281:5
**monthly** [1] - 175:10
**months** [13] - 53:18, 56:13, 79:25, 80:3, 82:24, 83:20, 100:1, 209:25, 234:21, 281:2, 281:18, 281:21, 282:15
**MOORE** [1] - 1:13
**morning** [10] - 16:12, 16:17, 17:16, 19:21, 19:22, 69:12, 74:10, 122:13, 122:14, 138:14
**Moscowitz** [2] - 256:3, 256:7
**most** [10] - 50:4, 51:10, 124:24, 135:17, 192:2, 202:6, 208:19, 226:10, 257:24
**mother** [26] - 174:9, 174:10, 174:20, 174:22, 175:21, 175:24, 176:9, 176:18, 177:7, 177:15, 178:4, 178:13, 179:6, 179:13, 179:19, 179:25, 180:19, 180:22, 181:17, 182:1, 182:17, 183:3, 183:16, 183:20, 183:25, 184:4
**mother's** [7] - 174:12, 176:22, 176:25, 177:3,

178:10, 181:20, 184:2
**motion** [11] - 274:15, 277:1, 277:8, 277:18, 278:19, 279:7, 279:8, 279:10, 281:8, 281:12, 284:15
**motive** [1] - 108:12
**mouth** [1] - 275:25
**mouthful** [1] - 274:20
**move** [25] - 50:21, 53:3, 53:7, 62:5, 82:13, 85:19, 90:9, 92:8, 96:22, 101:4, 105:4, 113:23, 118:2, 130:3, 132:8, 155:13, 155:17, 158:22, 180:13, 182:7, 245:8, 261:2, 267:20, 268:10, 282:8
**moved** [3] - 117:12, 130:1, 144:19
**movement** [2] - 53:2, 180:6
**moves** [6] - 28:14, 44:18, 76:3, 87:10, 228:21, 250:20
**moving** [4] - 40:17, 130:20, 198:3, 206:1
**msylva** [1] - 251:15
**msylva@dialformd.com** [1] - 250:16
**multi** [1] - 60:12
**multi-page** [1] - 60:12
**multipage** [1] - 119:11
**multiple** [11] - 4:24, 21:9, 25:16, 47:5, 52:22, 87:8, 100:6, 215:3, 215:15, 244:8, 244:14
**Multiple** [5] - 4:9, 4:21, 5:1, 8:19, 8:20
**must** [18] - 20:12, 20:16, 20:21, 22:14, 24:17, 25:24, 26:7, 26:15, 31:17, 41:2, 41:15, 41:19, 41:21, 50:7, 129:9, 149:7, 149:17, 152:11

## N

**N.W** [1] - 1:18
**name** [64] - 24:10, 24:22, 25:9, 30:9, 30:11, 31:21, 31:23, 37:11, 46:7, 70:2, 75:15, 77:1, 96:6, 98:18, 103:18, 117:17, 118:24, 121:12, 122:17, 122:21, 123:7, 135:5, 139:24, 141:14, 144:10, 173:13, 174:25, 175:11, 182:12, 183:12, 185:1, 185:2, 185:3, 185:4, 189:23, 194:8, 200:6, 207:18, 208:12, 208:15, 212:14, 212:16, 212:17, 212:19,

212:22, 212:23, 212:24, 212:25, 227:20, 230:13, 230:19, 232:17, 233:1, 239:19, 239:24, 254:21, 260:8, 265:17, 266:6, 283:25, 285:21, 287:3, 291:24
**named** [1] - 289:13
**names** [2] - 98:20, 173:11
**Nashville** [2] - 32:18, 32:25
**national** [3] - 29:4, 128:18, 189:24
**National** [3] - 24:13, 72:12, 187:5
**nationally** [1] - 186:22
**nationwide** [5] - 25:23, 58:10, 72:15, 84:13, 247:23
**Native** [1] - 8:17
**nature** [4] - 11:16, 224:10, 272:17, 277:11
**near** [3] - 42:20, 84:6, 200:5
**nearly** [4] - 106:21, 112:3, 112:10, 112:17
**necessarily** [6] - 18:7, 55:18, 109:20, 128:1, 131:13, 133:14
**necessary** [3] - 34:4, 35:8, 146:3
**necessity** [2] - 61:20, 295:17
**need** [19] - 15:7, 15:10, 15:15, 49:19, 54:2, 65:3, 68:20, 81:5, 108:16, 109:3, 123:23, 132:24, 133:16, 160:12, 221:25, 236:18, 252:17, 253:11
**needed** [8] - 33:11, 123:21, 128:12, 175:10, 182:18, 221:23, 231:21, 238:17
**needs** [7] - 36:21, 51:10, 51:25, 81:16, 170:17, 170:20
**Neely** [4] - 59:21, 174:6, 175:13, 177:16
**Neely's** [1] - 180:19
**negotiate** [1] - 225:13
**negotiated** [3] - 225:12, 227:2, 267:3
**negotiation** [1] - 269:2
**network** [1] - 193:14
**never** [15] - 123:9, 138:1, 164:7, 176:16, 219:19, 220:1, 220:6, 254:22, 260:18, 264:18, 287:11, 287:14, 289:1, 292:6, 292:7
**NEW** [1] - 1:18
**New** [3] - 9:6, 251:9, 292:20
**new** [16] - 20:19, 26:6, 26:7, 55:25, 68:8, 101:13,

144:24, 144:25, 201:2, 243:21, 243:23, 245:11, 252:9, 253:10, 288:16, 289:19

**next** [32] - 16:16, 19:6, 22:20, 46:13, 48:12, 48:22, 57:5, 61:23, 67:15, 67:22, 70:21, 71:19, 72:25, 85:10, 166:21, 166:22, 172:23, 180:13, 182:10, 184:17, 199:17, 216:12, 216:13, 217:21, 217:22, 222:4, 222:10, 222:20, 230:13, 238:17, 274:9

**nexus** [1] - 108:5

**nice** [1] - 168:2

**Nick** [2] - 251:17, 288:7

**Nicole** [1] - 127:8

**Nik** [1] - 9:6

**nine** [1] - 230:4

**NO** [1] - 1:3

**non** [1] - 115:24

**Non** [3] - 8:13, 8:15, 8:17

**none** [2] - 79:13, 96:13

**nonetheless** [1] - 130:17

**noon** [2] - 18:7

**normal** [1] - 183:22

**normally** [3] - 147:7, 149:24, 150:25

**North** [2] - 33:1, 186:17

**notes** [2] - 246:5, 246:12

**nothing** [7] - 33:15, 120:19, 122:1, 128:5, 172:20, 277:7, 294:19

**notice** [6] - 31:10, 31:13, 37:12, 51:1, 57:15, 230:5

**Notice** [4] - 6:21, 6:23, 31:14, 37:23

**noticed** [2] - 94:6, 160:18

**notification** [2] - 102:25, 243:23

**notifications** [3] - 102:2, 102:7, 102:16

**notified** [1] - 102:7

**notify** [1] - 72:9

**notifying** [3] - 25:23, 60:18, 86:5

**November** [20] - 7:2, 7:4, 48:11, 53:18, 53:19, 53:20, 174:19, 174:22, 176:18, 177:6, 178:14, 179:6, 179:18, 180:9, 180:19, 180:22, 182:25, 183:17, 239:1, 239:4

**NPI** [2] - 189:25, 194:8

**NSC** [3] - 72:9, 72:11, 72:12

**nullification** [1] - 14:3

**number** [87] - 15:11, 29:5, 29:13, 33:16, 33:17, 39:21, 46:4, 46:5, 46:6, 47:6,

47:8, 47:11, 47:12, 47:14, 48:12, 48:14, 48:19, 52:16, 53:15, 53:23, 56:24, 57:16, 59:12, 59:21, 62:13, 69:2, 75:11, 76:13, 76:20, 79:9, 79:10, 79:11, 79:17, 82:7, 82:9, 82:19, 82:21, 85:4, 85:10, 94:11, 95:14, 95:17, 98:14, 98:19, 100:17, 100:19, 101:15, 101:18, 102:22, 117:4, 117:7, 119:12, 128:13, 128:18, 131:1, 133:25, 135:7, 136:9, 137:23, 137:25, 138:2, 139:23, 146:4, 146:22, 150:22, 151:3, 153:9, 166:16, 168:14, 170:17, 182:13, 186:23, 189:24, 190:24, 191:4, 191:6, 194:9, 238:15, 238:23, 239:20, 252:21, 270:25

**numbers** [12] - 46:22, 73:4, 82:9, 92:11, 93:10, 97:5, 104:16, 131:20, 137:10, 162:12, 163:4, 198:12

**nurse** [3] - 35:13, 35:17, 35:18

**nursing** [1] - 41:22

## O

**oath** [2] - 19:14, 143:22

**object** [9] - 11:22, 12:14, 13:15, 90:11, 105:14, 151:6, 157:9, 260:1, 275:2

**objected** [1] - 145:5

**objection** [69] - 11:24, 12:2, 12:3, 28:16, 28:20, 43:1, 43:2, 44:23, 44:24, 60:4, 63:25, 64:1, 69:15, 76:4, 77:18, 85:19, 85:21, 87:13, 90:23, 92:17, 93:7, 96:12, 101:2, 101:3, 101:5, 105:25, 113:24, 115:17, 115:18, 115:24, 117:13, 118:5, 121:18, 130:2, 130:5, 130:17, 135:21, 135:25, 136:3, 137:13, 141:24, 147:19, 147:23, 152:5, 156:7, 156:10, 173:3, 173:4, 195:14, 195:15, 196:25, 197:2, 204:21, 204:22, 204:23, 228:22, 236:17, 236:19, 236:20, 250:21, 250:22, 250:23, 268:13, 268:14, 282:11

**obligation** [4] - 279:6, 285:1, 285:4, 285:15

**obligations** [1] - 256:16

**observation** [1] - 183:20

**observing** [1] - 15:8

**obtain** [6] - 54:9, 71:13, 193:14, 218:13, 246:4, 246:11

**obtaining** [1] - 213:11

**obvious** [2] - 14:12, 183:6

**obviously** [11] - 105:14, 105:20, 107:19, 159:18, 198:12, 235:24, 251:7, 257:7, 258:11, 288:10, 295:1

**Ocasio** [3] - 208:13, 208:16, 218:8

**occasions** [1] - 255:3

**occurred** [3] - 42:4, 160:3, 176:16

**October** [2] - 75:20, 261:25

**odd** [1] - 182:16

**OF** [6] - 1:1, 1:4, 1:12, 1:17, 1:20, 2:9

**off-the-shelf** [2] - 58:16, 58:18

**offense** [1] - 280:9

**offer** [2] - 184:15, 188:2

**offering** [4] - 12:20, 106:2, 109:25, 110:2

**OFFICE** [1] - 2:12

**Office** [5] - 186:12, 272:9, 275:21, 276:3, 276:11

**office** [12] - 41:22, 61:6, 135:5, 135:7, 208:22, 217:23, 222:6, 255:14, 292:6, 292:7, 292:12, 292:18

**officer** [3] - 23:18, 143:13, 174:4

**officers** [3] - 23:22, 27:6, 68:21

**OFFICES** [1] - 2:9

**offices** [4] - 135:6, 255:15, 292:5, 292:16

**official** [11] - 22:20, 24:24, 30:5, 30:6, 63:14, 68:11, 70:3, 74:1, 75:17, 77:1, 297:4

**Official** [2] - 66:23, 297:18

**officials** [1] - 272:8

**often** [6] - 37:24, 38:13, 175:10, 175:24, 176:1, 220:10

**Ohio** [1] - 186:11

**OIG** [1] - 232:5

**oil** [1] - 180:4

**Oklahoma** [3] - 173:20, 174:24, 175:22

**Oklahoman** [2] - 175:22, 175:23

**old** [3] - 14:11, 208:3, 223:19

**older** [1] - 118:20

**omission** [1] - 72:19

**omitting** [1] - 112:21

**On-site** [1] - 10:9

**on-site** [12] - 129:10, 129:18, 132:13, 132:16, 133:10, 133:12, 133:20, 134:4, 145:2, 145:8, 145:20, 158:19

**once** [14] - 15:1, 15:2, 20:17, 31:5, 31:6, 36:25, 37:25, 82:24, 141:2, 176:2, 186:8, 190:3, 191:25, 221:1

**Once** [1] - 148:3

**one** [138] - 13:6, 14:21, 15:20, 17:3, 17:4, 17:6, 24:18, 30:10, 32:24, 35:1, 38:20, 39:8, 39:21, 44:1, 44:17, 45:25, 47:5, 47:7, 47:15, 48:21, 49:17, 49:23, 51:13, 52:18, 53:21, 54:11, 55:13, 61:16, 62:7, 62:8, 63:22, 66:12, 66:15, 67:4, 68:25, 80:19, 80:23, 80:24, 81:1, 81:25, 82:8, 82:13, 82:14, 87:12, 88:3, 88:5, 90:14, 92:15, 96:24, 97:20, 100:19, 103:20, 109:14, 110:9, 111:11, 111:23, 122:8, 124:21, 125:5, 127:25, 128:6, 130:14, 132:24, 132:25, 135:16, 136:12, 137:20, 145:21, 146:22, 147:12, 148:10, 159:23, 160:15, 160:17, 160:25, 161:10, 164:16, 164:20, 166:22, 170:17, 171:12, 175:5, 184:2, 188:10, 190:19, 191:17, 197:1, 211:6, 211:11, 216:5, 216:7, 217:16, 217:17, 220:15, 220:22, 222:12, 222:25, 223:18, 227:21, 227:22, 228:2, 228:3, 237:23, 237:24, 237:25, 238:15, 238:24, 241:24, 242:10, 243:2, 244:10, 245:5, 246:7, 247:11, 249:2, 250:13, 250:18, 251:18, 253:25, 255:25, 258:18, 259:1, 259:10, 260:18, 278:14, 278:15, 279:24, 280:2, 281:5, 288:6, 288:8, 291:23, 292:12

**One** [3] - 32:24, 136:6, 152:10

**one-bedroom** [1] - 175:5

**ones** [5] - 95:12, 214:12, 226:11, 248:14, 276:8

online [1] - 191:22
open [5] - 45:10, 55:25, 110:21, 143:3, 147:1
opening [2] - 134:13, 245:11
operate [2] - 208:7, 208:20
operating [4] - 149:25, 162:12, 223:23, 255:22
Operation [6] - 247:16, 247:19, 248:6, 248:8, 255:6, 255:22
operation [6] - 135:6, 216:23, 216:24, 218:11, 254:12, 255:5
operational [1] - 270:18
operations [3] - 164:7, 261:8, 261:17
operator [1] - 161:24
opining [1] - 12:4
opinion [4] - 12:10, 12:20, 12:24, 222:1
opportunities [1] - 123:12
opportunity [3] - 12:25, 178:21, 254:24
opposed [2] - 102:22, 249:12
orange [1] - 101:22
order [42] - 13:24, 22:14, 33:11, 36:23, 41:25, 49:20, 50:18, 60:2, 81:17, 147:9, 149:7, 150:21, 154:17, 156:22, 158:10, 202:19, 203:12, 215:4, 216:1, 216:2, 216:4, 218:13, 218:16, 220:14, 220:24, 222:17, 222:23, 225:7, 225:24, 240:1, 240:3, 240:8, 240:12, 242:1, 242:15, 242:24, 243:1, 246:21, 271:15, 295:15
ordered [5] - 50:13, 79:11, 79:12, 80:21, 285:18
orders [48] - 48:17, 48:20, 61:18, 208:25, 210:20, 213:8, 213:11, 218:3, 220:11, 223:25, 224:4, 224:21, 225:1, 226:5, 226:13, 231:10, 231:12, 233:11, 234:12, 238:5, 238:7, 238:13, 240:22, 242:15, 242:18, 243:13, 243:24, 244:12, 244:13, 244:15, 244:17, 244:21, 245:12, 245:17, 247:14, 248:2, 249:15, 249:21, 253:1, 253:2, 254:6, 263:10, 263:11, 263:21, 271:1, 293:15, 293:19
ordinary [1] - 42:18
organic [1] - 245:14
organization [10] - 26:15, 73:10, 187:10, 187:13,

193:2, 200:17, 201:11, 201:13, 252:12, 290:4
organizational [1] - 136:19
organizations [1] - 26:9
organized [1] - 165:7
orient [1] - 246:16
original [4] - 70:7, 70:9, 153:3, 156:19
Ortega [3] - 134:20, 134:24, 135:1
Ortho [1] - 204:5
Orthopedic [5] - 6:20, 61:15, 61:19, 194:1, 230:11
orthopedic [1] - 177:9
orthopedist [5] - 177:14, 178:4, 179:9, 179:12, 179:13
orthosis [2] - 239:23, 240:9
orthotic [8] - 50:21, 178:13, 193:3, 202:19, 202:23, 203:17, 214:23, 215:9
orthotics [24] - 48:15, 49:1, 51:17, 52:6, 79:10, 79:11, 79:12, 80:20, 82:19, 82:22, 101:16, 101:18, 102:23, 168:14, 189:14, 190:12, 210:21, 213:16, 214:12, 215:4, 215:7, 220:22, 226:6, 228:8
otherwise [1] - 297:14
ought [1] - 51:24
outcome [1] - 297:14
outdated [1] - 37:7
outline [2] - 224:10, 232:1
Outlook [1] - 252:2
outset [1] - 15:25
outside [13] - 18:12, 18:15, 105:9, 105:18, 107:7, 142:5, 144:3, 144:19, 176:3, 177:7, 191:12, 241:16
outsourcing [2] - 238:1, 238:9
overall [1] - 79:7
overlaps [1] - 89:10
overpaid [3] - 54:6, 102:5, 102:8
overpay [1] - 170:20
overpayment [9] - 36:2, 54:7, 102:2, 102:6, 102:7, 102:11, 102:15, 102:25, 170:20
Overpayment [4] - 6:1, 6:3, 6:4, 6:6
overpayments [6] - 36:1, 36:5, 36:9, 43:16, 102:13, 171:8
overruled [3] - 69:13, 118:7, 260:3
overseas [4] - 213:13,

213:15, 213:20, 216:16
oversee [1] - 185:25
overseeing [4] - 39:13, 49:10, 49:12, 159:19
overseen [1] - 159:17
oversight [1] - 177:12
own [17] - 18:13, 42:5, 47:12, 69:7, 123:18, 123:19, 123:22, 151:1, 156:6, 190:14, 208:7, 208:20, 215:17, 218:7, 227:6, 254:12, 289:23
owned [13] - 71:15, 124:19, 124:21, 149:24, 208:10, 218:5, 224:22, 244:18, 264:4, 265:8, 265:12, 265:15, 285:15
owner [30] - 23:18, 24:25, 26:11, 29:6, 36:14, 65:17, 66:1, 68:8, 80:7, 91:18, 150:4, 150:9, 150:10, 150:18, 161:16, 161:24, 168:19, 168:22, 168:23, 169:7, 170:23, 171:3, 212:25, 230:16, 235:15, 264:12, 264:23
owner/president [1] - 75:18
owners [15] - 23:22, 25:24, 26:8, 26:14, 26:25, 27:8, 36:7, 68:21, 76:17, 98:17, 136:20, 170:10, 170:18, 171:10, 172:8
ownership [14] - 20:19, 23:10, 30:1, 66:13, 67:20, 68:2, 68:11, 83:17, 134:14, 141:18, 148:12, 243:18
Ownership [1] - 67:11
owning [1] - 223:23
owns [2] - 134:10, 157:5

## P

P.A [2] - 2:2, 2:5
p.m [10] - 143:8, 143:9, 143:10, 228:15, 228:16, 228:17, 296:23, 296:25
PA [18] - 7:1, 7:3, 7:4, 7:6, 7:7, 7:9, 7:10, 7:11, 7:13, 7:15, 7:16, 7:18, 7:20, 7:25, 8:1, 8:3, 8:4, 8:5
pacemakers [1] - 177:13
package [1] - 133:6
Packard [3] - 124:19, 124:22, 125:19
packet [1] - 107:1
page [85] - 20:9, 20:22, 23:9, 23:12, 23:14, 24:19, 27:11, 48:25, 49:1, 49:3, 49:4, 51:17, 52:1, 56:21, 56:22, 60:12, 60:20, 61:23, 64:17,

65:3, 67:3, 67:4, 67:15, 67:18, 68:5, 69:1, 69:2, 69:5, 69:8, 69:18, 70:1, 70:2, 70:11, 70:12, 70:21, 71:19, 72:25, 75:13, 75:14, 82:18, 82:20, 83:1, 83:12, 86:2, 86:3, 86:20, 87:18, 87:19, 88:2, 88:8, 88:12, 99:19, 101:12, 101:15, 102:20, 106:25, 119:12, 119:14, 126:16, 134:17, 135:16, 135:18, 149:3, 149:11, 151:15, 166:6, 166:13, 166:21, 166:22, 230:13, 232:15, 232:16, 238:22, 238:23, 239:2, 240:18, 240:25, 267:20, 267:22, 268:19, 268:24, 280:9
PAGE [1] - 3:2
Page [2] - 4:3, 10:3
pages [13] - 25:17, 69:7, 69:9, 101:15, 106:25, 142:8, 149:10, 169:24, 230:4, 237:9, 240:16, 297:3, 297:8
paid [47] - 4:4, 4:5, 8:18, 31:11, 31:16, 33:2, 35:6, 35:16, 35:23, 37:10, 38:2, 40:16, 48:24, 52:21, 55:1, 59:16, 62:14, 79:14, 79:18, 81:17, 81:19, 82:10, 85:13, 95:15, 96:3, 125:13, 190:4, 195:6, 198:4, 198:9, 198:14, 205:17, 206:2, 206:8, 206:11, 215:21, 217:12, 225:6, 227:4, 228:6, 228:9, 238:8, 238:16, 241:4, 244:1, 248:16, 293:24
Paid [1] - 4:14
pain [7] - 179:19, 180:7, 180:23, 213:18, 215:8, 216:18
painting [1] - 180:4
panel [1] - 14:16
paper [15] - 21:22, 21:24, 22:6, 22:10, 23:3, 25:15, 64:22, 67:1, 69:21, 126:12, 152:13, 160:15, 224:15, 231:22, 233:17
papering [1] - 231:22
papers [1] - 13:19
Paragraph [11] - 70:15, 73:1, 73:7, 73:17, 119:18, 268:24, 272:7, 272:15, 275:24, 276:18, 279:5
paragraph [6] - 11:18, 26:1, 60:24, 60:25, 61:4, 70:23
Paragraphs [1] - 70:21

**Part** [23] - 4:6, 4:7, 4:12, 4:17, 5:2, 5:3, 5:7, 5:8, 5:10, 5:11, 5:12, 6:1, 6:3, 6:4, 6:6, 8:21, 187:20, 187:23, 188:5, 188:6, 188:12, 201:20, 203:15

**part** [42] - 11:22, 14:14, 26:6, 42:18, 45:18, 59:2, 89:19, 124:24, 129:11, 138:18, 138:23, 138:25, 139:3, 139:17, 140:3, 140:8, 140:24, 141:4, 141:16, 148:25, 153:2, 153:3, 156:13, 156:15, 171:25, 188:1, 188:6, 192:23, 193:1, 217:14, 226:14, 228:7, 235:14, 235:18, 238:4, 254:11, 259:13, 263:5, 269:2, 272:6, 276:15

**participate** [4] - 103:8, 103:13, 109:5, 183:24

**participating** [2] - 108:8, 108:9

**participation** [1] - 120:11

**particular** [23] - 22:9, 42:15, 45:18, 47:15, 59:12, 68:3, 72:13, 75:5, 76:19, 82:6, 87:21, 98:20, 106:13, 117:7, 128:24, 132:6, 154:7, 194:21, 194:23, 198:17, 204:16, 222:7, 222:15

**parties** [1] - 297:12

**partner** [4] - 208:11, 218:8, 288:8, 292:13

**partner's** [1] - 208:12

**partners** [1] - 288:7

**partnership** [1] - 26:12

**parts** [5] - 31:20, 45:22, 142:11, 226:21, 280:17

**party** [2] - 61:19, 226:24

**passed** [2] - 217:20, 222:5

**past** [1] - 243:22

**Patient** [1] - 26:4

**patient** [48] - 31:3, 32:15, 33:17, 34:15, 34:21, 36:17, 36:19, 36:21, 36:24, 41:2, 41:14, 41:15, 41:18, 41:20, 49:19, 50:3, 50:5, 53:7, 59:12, 81:9, 81:15, 81:16, 81:23, 82:8, 82:13, 88:6, 192:21, 214:13, 214:14, 215:8, 215:23, 217:23, 218:17, 219:9, 221:22, 235:7, 239:24, 240:2, 242:6, 242:8, 243:23, 245:25, 246:9, 246:22, 247:1, 264:14, 264:18

**patient's** [3] - 32:2, 33:21,

215:4

**patients** [29] - 48:15, 48:21, 50:6, 50:19, 51:12, 52:19, 52:21, 58:21, 79:18, 79:24, 80:21, 88:13, 95:2, 189:9, 191:2, 203:9, 203:11, 218:23, 219:18, 219:25, 220:6, 221:9, 235:3, 243:21, 246:8, 263:25, 264:17

**PATRICK** [1] - 1:16

**pattern** [5] - 11:20, 12:2, 13:1, 13:6, 162:2

**patterns** [1] - 164:11

**pay** [26] - 22:15, 25:7, 31:7, 33:12, 36:5, 36:11, 38:18, 39:8, 49:22, 54:16, 54:25, 75:4, 176:24, 198:18, 198:22, 201:3, 206:13, 206:16, 218:3, 225:15, 238:16, 243:10, 243:25, 285:11, 286:25, 293:22

**paying** [9] - 33:24, 34:13, 142:22, 215:25, 216:1, 228:9, 234:11, 234:24, 238:6

**payment** [37] - 30:18, 31:23, 31:25, 35:24, 53:25, 54:2, 54:16, 54:17, 54:19, 54:21, 56:7, 56:8, 56:11, 56:15, 56:18, 57:7, 57:9, 60:18, 62:2, 71:5, 71:17, 73:20, 81:21, 83:5, 83:7, 83:9, 83:15, 101:25, 102:25, 120:6, 121:1, 212:5, 234:10, 235:4, 235:22, 239:14

**payments** [11] - 36:3, 54:12, 55:2, 60:19, 61:5, 61:14, 86:5, 86:19, 98:22, 234:18, 235:24

**Payroll** [2] - 269:19, 269:22

**payroll** [1] - 270:1

**pays** [2] - 22:13, 34:9

**PCP** [1] - 246:4

**PDF** [1] - 20:9

**PECOS** [1] - 140:15

**pen** [1] - 22:10

**penalties** [11] - 69:23, 70:17, 70:24, 71:11, 71:24, 72:17, 73:2, 108:21, 112:1, 112:15, 119:20

**Penalties** [1] - 112:4

**penalty** [2] - 72:1, 119:6

**pending** [1] - 242:9

**people** [19] - 51:10, 68:21, 84:11, 160:4, 213:14, 214:8, 214:16, 217:6, 221:16, 223:21, 245:16, 248:7, 264:12, 264:22,

271:7, 273:3, 273:11, 273:13, 295:25

**people's** [1] - 271:14

**per** [12] - 4:24, 88:2, 191:5, 215:21, 216:3, 225:10, 225:24, 231:10, 240:11, 240:12, 252:11, 253:2

**percent** [17] - 26:8, 26:11, 26:14, 68:11, 170:18, 209:14, 220:1, 220:12, 220:19, 220:21, 220:22, 249:24, 264:1, 283:22, 286:9

**performed** [1] - 279:21

**perhaps** [2] - 106:10, 283:5

**period** [37] - 38:4, 38:8, 38:10, 38:12, 38:14, 38:20, 40:3, 40:10, 40:12, 40:14, 41:8, 41:10, 42:16, 49:8, 53:17, 53:22, 53:24, 57:3, 57:4, 57:5, 57:8, 82:22, 105:18, 105:21, 106:19, 107:7, 107:9, 107:13, 109:9, 109:12, 109:19, 164:1, 197:21, 205:21, 205:23, 206:1, 238:2

**period-use** [1] - 38:4

**periods** [3] - 56:24, 83:4, 101:19

**perjury** [1] - 72:1

**permit** [1] - 155:17

**persistent** [2] - 179:19, 180:23

**person** [15] - 41:5, 66:15, 70:10, 126:24, 150:25, 161:5, 176:13, 192:11, 209:15, 211:10, 212:4, 214:18, 215:11, 218:8, 219:4

**personal** [7] - 144:7, 144:12, 144:14, 146:13, 158:23, 262:10, 262:13

**personally** [6] - 36:10, 122:17, 122:20, 221:24, 253:14, 253:15

**perspective** [1] - 213:14

**pharmacy** [1] - 188:3

**Philippines** [1] - 213:21

**Phoenix** [13] - 265:2, 265:5, 265:8, 266:1, 266:3, 266:5, 266:8, 270:2, 270:7, 270:9, 270:18, 270:22, 271:4

**phone** [8] - 41:3, 182:15, 211:11, 211:13, 214:18, 215:11, 252:21, 292:9

**Phone** [1] - 292:11

**phones** [1] - 255:20

**photograph** [2] - 136:14, 136:18

**Photograph** [1] - 10:11

**photographs** [4] - 134:18, 135:4, 136:7, 136:13

**phrase** [2] - 252:23, 291:18

**physical** [2] - 65:4, 180:19

**physically** [1] - 129:14

**Physician** [4] - 8:12, 8:13, 8:15, 8:17

**physician** [15] - 36:20, 61:18, 103:16, 108:3, 112:13, 112:14, 122:1, 175:8, 175:17, 188:1, 189:3, 246:5, 246:10, 246:11, 271:16

**physicians** [6] - 103:7, 103:25, 105:3, 111:16, 177:3, 246:13

**Physicians** [2] - 8:14, 8:16

**pick** [4] - 19:13, 182:6, 222:12, 296:11

**picking** [1] - 218:19

**picture** [2] - 136:18, 161:16

**pictures** [1] - 135:3

**piece** [9] - 29:10, 37:1, 37:2, 38:9, 50:13, 50:14, 53:6, 189:1

**pieces** [5] - 69:22, 172:6, 172:7, 172:10

**place** [5] - 15:14, 36:4, 41:5, 133:21, 154:20

**PLAINTIFF(S** [1] - 1:5

**plan** [8] - 188:22, 190:5, 193:11, 195:8, 198:18, 203:14, 215:5, 270:2

**planned** [3] - 188:11, 192:23, 201:19

**player** [1] - 180:17

**plea** [10] - 10:5, 210:2, 210:5, 210:9, 253:20, 254:11, 266:25, 267:3, 267:10, 281:9

**plead** [3] - 209:18, 209:21, 268:20

**pleaded** [1] - 280:18

**pleading** [1] - 280:21

**pleasant** [1] - 296:20

**pled** [3] - 210:19, 253:22, 266:21

**point** [50] - 12:11, 12:14, 12:19, 14:15, 14:21, 15:2, 15:7, 15:16, 28:13, 52:13, 54:23, 87:9, 92:7, 96:21, 102:4, 105:4, 108:15, 113:23, 124:21, 134:21, 140:5, 140:6, 163:11, 179:6, 179:10, 179:18, 179:20, 180:23, 181:17, 194:23, 195:8, 195:9, 204:17, 208:7, 209:15, 211:1, 221:10, 228:10, 233:10, 234:6, 241:7,

241:12, 244:7, 248:2, 249:7, 250:19, 253:4, 259:14, 266:21, 292:12
**points** [1] - 163:14
**Police** [2] - 27:19, 167:6
**policies** [3] - 35:9, 35:15, 188:10
**policy** [7] - 61:21, 133:17, 133:21, 145:24, 146:8, 146:9, 157:1
**pop** [1] - 101:10
**populate** [1] - 218:20
**population** [1] - 214:7
**portal** [3] - 191:16, 191:21, 191:24
**portals** [2] - 190:20, 193:13
**POS** [3] - 22:21, 66:9, 66:24
**position** [2] - 200:21, 200:25
**positive** [1] - 183:18
**possible** [10] - 51:11, 51:24, 81:4, 87:11, 134:9, 183:23, 192:11, 221:17, 222:2, 289:25
**possibly** [2] - 33:21, 283:22
**potential** [10] - 54:5, 54:22, 55:17, 56:5, 57:10, 58:15, 81:12, 163:12, 185:20, 186:1
**potentially** [2] - 56:16, 190:24
**pounds** [1] - 180:21
**power** [3] - 174:10, 174:12, 176:21
**practical** [1] - 55:4
**practice** [6] - 42:18, 108:4, 113:11, 120:20, 198:24, 206:17
**practices** [2] - 109:13, 110:6
**practitioner** [7] - 36:20, 36:21, 49:23, 50:2, 50:12, 80:20, 189:7
**Practitioners** [3] - 8:13, 8:15, 8:17
**practitioners** [8] - 40:24, 48:17, 48:19, 79:11, 79:12, 103:25, 105:3, 111:17
**predated** [1] - 122:5
**predetermined** [1] - 225:14
**predict** [1] - 18:23
**preferably** [2] - 252:10, 290:1
**prefilled** [1] - 218:16
**prejudice** [1] - 109:4
**prejudiced** [1] - 107:2
**preparation** [1] - 107:23
**prepare** [1] - 196:19
**prepared** [1] - 161:1
**preparing** [2] - 193:24, 204:3
**prescribe** [1] - 181:21
**prescribed** [9] - 40:14,

50:12, 175:18, 177:21, 179:12, 179:15, 181:1, 182:17, 226:5
**prescription** [8] - 36:23, 41:25, 82:1, 210:20, 220:7, 221:8, 222:9, 223:4
**prescriptions** [9] - 49:25, 188:3, 217:25, 218:24, 220:17, 226:8, 226:9, 226:17, 243:13
**presence** [3] - 18:25, 19:11, 241:16
**present** [6] - 14:3, 73:19, 106:16, 109:18, 120:25, 262:14
**presented** [6] - 13:17, 69:12, 73:19, 120:25, 148:10, 197:16
**presenting** [1] - 108:19
**president** [3] - 230:23, 233:4, 234:2
**pretenses** [1] - 71:14
**pretty** [2] - 161:16, 162:19
**previous** [9] - 39:5, 56:13, 57:8, 118:5, 235:4, 239:13, 239:15, 246:12, 249:17
**previously** [10] - 19:16, 35:24, 69:12, 105:19, 156:14, 177:8, 179:24, 182:22, 197:25, 297:6
**price** [2] - 142:22, 225:10
**prices** [1] - 225:23
**pricing** [1] - 227:1
**primarily** [6] - 183:19, 213:16, 213:21, 214:15, 215:21, 271:5
**primary** [13] - 119:2, 175:8, 178:10, 209:15, 211:1, 214:11, 216:15, 234:6, 246:4, 246:10, 246:11, 246:12, 249:6
**principal** [4] - 252:12, 290:3, 290:7, 290:8
**principles** [1] - 81:3
**printed** [3] - 72:18, 119:22, 240:21
**prison** [5] - 209:23, 209:25, 281:2, 282:23, 284:11
**Prisons** [1] - 281:22
**private** [1] - 34:8
**privileges** [2] - 20:15, 76:14
**probative** [2] - 14:1, 106:17
**problem** [16] - 12:11, 12:15, 13:4, 15:9, 63:23, 92:12, 93:11, 107:18, 107:20, 107:23, 110:17, 126:22, 142:15, 152:4, 157:13, 275:4
**procedural** [1] - 190:10
**procedure** [1] - 149:25

**proceeded** [1] - 109:12
**PROCEEDINGS** [1] - 1:12
**proceedings** [8] - 18:1, 105:8, 110:21, 142:4, 143:3, 144:2, 147:1, 297:9
**Proceedings** [4] - 11:1, 74:14, 143:10, 296:25
**proceeds** [2] - 286:9, 286:21
**process** [31] - 13:17, 30:15, 31:1, 32:7, 36:16, 39:24, 54:14, 54:15, 56:10, 128:9, 129:11, 188:20, 188:24, 191:20, 192:1, 213:11, 216:12, 216:13, 217:14, 217:15, 217:21, 218:18, 223:6, 228:7, 238:1, 238:9, 243:1, 243:24, 261:24, 295:22
**processed** [11] - 31:11, 31:16, 34:22, 35:2, 35:6, 37:10, 38:2, 45:20, 192:5, 195:5
**processes** [3] - 188:15, 190:4, 201:22
**processing** [2] - 40:11, 244:11
**processor** [1] - 201:5
**produce** [2] - 123:16, 154:1
**Produced** [1] - 8:17
**produced** [1] - 123:19
**product** [9] - 217:9, 234:19, 239:25, 240:2, 242:11, 242:16, 242:22, 295:20
**products** [8] - 56:2, 222:15, 227:8, 235:3, 239:25, 245:16, 295:13
**profession** [1] - 108:4
**profit** [2] - 224:2, 272:3
**Program** [2] - 269:19, 269:22
**program** [29] - 20:15, 22:15, 30:18, 31:6, 34:13, 34:23, 34:25, 35:25, 37:1, 40:20, 54:18, 70:19, 70:25, 71:13, 71:16, 73:9, 102:4, 103:8, 103:13, 109:6, 120:2, 120:9, 120:12, 170:17, 172:2, 187:18, 193:1, 201:17
**programmed** [1] - 40:11
**programming** [1] - 49:11
**programs** [5] - 34:5, 34:7, 120:7, 121:2, 187:7
**progressing** [1] - 239:1
**prohibited** [1] - 50:6
**prohibits** [3] - 192:18, 192:19, 203:8
**prominent** [2] - 292:3, 292:4
**promise** [1] - 262:14
**promises** [1] - 71:14
**prompt** [3] - 34:23, 35:3,

58:14
**promptly** [3] - 17:25, 18:5, 296:16
**pronounce** [1] - 98:18
**proof** [1] - 149:24
**proper** [1] - 54:10
**properly** [7] - 35:2, 35:6, 35:7, 246:2, 295:2, 296:19
**property** [1] - 71:15
**prosecuted** [1] - 289:16
**prosecution** [4] - 260:20, 261:24, 274:12, 276:9
**prosecutor** [1] - 273:18
**prosecutor's** [1] - 107:21
**prosecutors** [4] - 273:4, 273:24, 276:7, 284:5
**Protection** [3] - 26:4, 269:19, 269:22
**protection** [1] - 270:2
**prove** [1] - 107:16
**provide** [10] - 13:23, 84:13, 135:3, 187:14, 187:24, 189:3, 192:7, 202:23, 238:2, 272:13
**provided** [30] - 31:4, 31:25, 32:1, 32:3, 34:14, 39:22, 46:16, 55:16, 62:14, 80:9, 82:13, 85:10, 86:17, 95:13, 135:13, 154:7, 157:12, 175:9, 189:5, 190:1, 190:12, 190:14, 194:19, 237:24, 238:7, 257:25, 258:1, 258:8, 274:16, 297:5
**provider** [70] - 22:14, 26:8, 26:13, 26:16, 26:17, 29:5, 31:3, 31:5, 31:14, 31:17, 31:22, 32:5, 32:11, 33:18, 34:14, 34:20, 35:12, 35:19, 37:18, 39:24, 40:23, 42:15, 50:14, 54:6, 54:8, 54:9, 54:11, 54:13, 54:18, 55:23, 56:9, 56:18, 61:21, 119:21, 120:3, 120:10, 121:9, 128:18, 147:9, 147:13, 153:9, 166:16, 170:19, 175:11, 178:10, 183:25, 188:19, 189:2, 189:6, 189:16, 189:23, 189:24, 190:1, 190:2, 190:16, 191:14, 191:19, 191:24, 191:25, 192:6, 193:4, 193:12, 194:18, 194:20, 202:10, 203:18, 206:22
**Provider** [2] - 6:20, 6:23
**provider's** [2] - 189:7, 206:22
**providers** [24] - 20:16, 25:6, 26:7, 26:20, 42:15, 118:21, 177:7, 179:16, 181:1,

181:21, 190:25, 193:9, 193:17, 193:20, 193:25, 196:10, 198:15, 202:7, 202:12, 203:9, 203:24, 204:4, 205:13, 223:12

**providers'** [1] - 194:7
**provides** [2] - 185:12, 189:8
**providing** [3] - 58:16, 228:4, 232:23
**provision** [1] - 119:6
**public** [1] - 148:23
**publish** [15] - 28:23, 60:10, 85:25, 87:16, 91:6, 98:9, 101:8, 116:24, 119:14, 155:18, 197:5, 237:1, 237:17, 239:9, 251:3
**published** [3] - 125:22, 156:2, 229:17
**publishing** [1] - 260:1
**pull** [25] - 43:11, 57:24, 59:24, 62:22, 63:20, 65:21, 66:18, 67:2, 67:4, 74:3, 79:1, 85:16, 86:14, 100:25, 103:6, 111:9, 118:16, 119:4, 121:15, 160:9, 168:7, 171:14, 204:16, 230:7
**pulled** [2] - 194:22, 195:3
**punished** [3] - 72:22, 285:25, 286:2
**purchase** [1] - 227:7
**purchased** [2] - 61:18, 217:16
**purchasing** [2] - 247:13, 249:21
**purpose** [11] - 15:23, 15:25, 41:4, 53:1, 53:6, 105:18, 105:24, 107:4, 110:1, 110:3, 238:13
**purposes** [5] - 25:25, 55:4, 110:16, 146:4, 266:15
**pursuant** [4] - 210:2, 253:20, 266:25, 281:9
**put** [25] - 16:18, 18:19, 90:19, 90:20, 100:12, 133:3, 148:4, 162:5, 163:9, 164:8, 165:9, 191:16, 191:19, 212:4, 213:18, 242:6, 242:8, 246:22, 262:17, 262:25, 263:1, 263:20, 275:24, 287:5

## Q

**quality** [2] - 274:11, 276:24
**Quanincia** [1] - 297:17
**quantify** [3] - 191:5, 196:13, 196:17
**quantity** [1] - 239:22
**quarter** [1] - 168:15

**QUEENAN** [180] - 1:16, 13:10, 13:14, 16:11, 16:21, 16:25, 17:7, 19:20, 28:13, 28:16, 42:23, 44:17, 45:7, 46:12, 47:24, 57:24, 60:3, 60:10, 60:24, 62:7, 64:17, 65:10, 65:21, 66:18, 67:2, 68:4, 69:1, 70:11, 71:19, 73:16, 74:3, 74:19, 76:2, 76:7, 77:17, 79:1, 82:3, 82:17, 83:23, 84:21, 85:18, 85:25, 86:2, 86:14, 86:20, 87:9, 87:16, 90:9, 91:6, 92:7, 92:12, 92:14, 95:3, 96:21, 97:3, 97:7, 98:9, 100:12, 100:24, 101:4, 101:8, 102:19, 103:20, 104:22, 105:4, 106:12, 108:11, 108:18, 110:7, 110:12, 110:19, 110:25, 111:9, 113:22, 116:19, 116:22, 116:24, 117:11, 118:2, 118:16, 118:22, 119:4, 119:10, 119:17, 120:13, 121:15, 121:21, 122:8, 126:3, 129:24, 130:1, 130:6, 130:13, 135:9, 135:11, 135:19, 135:21, 135:25, 136:8, 136:11, 137:6, 137:10, 137:13, 141:24, 142:2, 142:7, 142:17, 142:23, 143:2, 143:16, 143:25, 144:5, 144:19, 144:23, 145:4, 145:9, 145:11, 146:15, 147:18, 147:23, 151:6, 152:3, 153:7, 153:17, 153:23, 153:25, 154:3, 155:16, 156:2, 156:5, 156:10, 156:14, 157:9, 157:14, 157:18, 157:24, 160:14, 161:12, 162:7, 163:24, 164:22, 164:25, 168:6, 168:10, 169:4, 171:14, 171:18, 172:19, 173:1, 207:9, 207:11, 207:23, 228:10, 228:20, 229:1, 229:7, 230:2, 231:5, 234:9, 236:5, 236:17, 236:20, 237:1, 237:17, 239:2, 239:9, 250:7, 250:19, 250:22, 251:3, 251:24, 253:5, 254:15, 258:21, 259:24, 260:1, 261:5, 268:13, 274:24, 282:11
**Queenan** [82] - 3:4, 3:7, 3:15, 28:25, 43:8, 45:8, 46:14, 48:2, 58:1, 60:12, 61:3, 62:10, 64:9, 64:18, 65:12, 65:25, 66:20, 67:5, 68:6,

69:4, 69:18, 70:14, 71:21, 73:18, 74:20, 76:9, 78:9, 79:3, 82:4, 82:18, 83:25, 84:23, 86:1, 86:7, 86:16, 86:21, 87:18, 91:8, 92:11, 93:8, 95:5, 96:12, 97:1, 97:19, 98:11, 100:14, 101:9, 102:21, 103:21, 104:25, 106:10, 111:12, 115:19, 116:4, 116:25, 117:16, 118:17, 118:24, 119:5, 119:13, 119:18, 120:15, 121:22, 124:4, 159:24, 161:14, 164:2, 169:6, 171:22, 208:17, 229:10, 230:5, 231:7, 234:10, 237:3, 237:19, 239:3, 239:11, 250:9, 251:6, 252:1, 253:8
**questioning** [2] - 18:8, 18:17
**questions** [24] - 20:6, 29:14, 41:7, 103:4, 110:14, 113:7, 122:9, 122:15, 124:4, 146:16, 146:19, 168:4, 184:9, 184:13, 184:16, 199:10, 199:13, 199:15, 207:4, 207:6, 207:7, 214:4, 253:18, 254:15
**quick** [1] - 65:5
**Quickly** [1] - 74:20
**quickly** [2] - 33:24, 192:5
**Quindoza** [28] - 11:7, 12:4, 19:21, 24:22, 25:15, 28:25, 30:24, 43:8, 48:2, 62:10, 63:20, 65:6, 69:4, 78:9, 85:17, 87:18, 91:9, 97:19, 101:9, 115:19, 119:13, 123:4, 147:3, 160:17, 165:6, 168:11, 171:22, 173:1
**QUINDOZA** [2] - 3:3, 19:15
**QUINON** [13] - 2:2, 2:2, 14:7, 15:18, 69:14, 97:5, 107:18, 110:8, 145:19, 228:23, 236:11, 236:13, 250:23
**quint** [1] - 145:23
**Quintero** [35] - 3:6, 123:7, 126:8, 126:17, 127:9, 131:9, 132:12, 133:5, 135:13, 136:6, 136:12, 137:15, 141:25, 147:3, 148:3, 148:9, 151:14, 152:10, 153:8, 154:5, 154:14, 155:5, 155:12, 156:16, 158:9, 160:17, 161:15, 162:10, 164:4, 165:3, 165:6, 165:9, 166:2, 166:7, 166:24
**QUINTERO** [104] - 2:4, 2:5, 44:22, 48:1, 60:5, 69:10,

90:15, 92:10, 92:13, 93:7, 96:12, 97:1, 101:2, 115:18, 115:23, 116:21, 117:14, 122:25, 123:3, 126:1, 126:4, 126:15, 127:6, 129:22, 129:25, 130:3, 130:9, 130:12, 130:18, 130:25, 131:3, 131:6, 132:7, 132:19, 132:24, 133:1, 133:3, 135:10, 135:12, 135:17, 135:20, 135:23, 136:3, 136:10, 137:1, 137:8, 137:12, 137:14, 142:20, 143:12, 144:21, 144:25, 145:6, 145:15, 146:24, 147:20, 147:22, 147:25, 148:6, 151:8, 151:11, 152:7, 153:21, 153:24, 154:2, 154:4, 154:13, 155:2, 155:10, 155:20, 155:24, 156:3, 156:8, 156:11, 157:10, 157:19, 157:25, 158:4, 158:7, 160:9, 161:11, 161:13, 162:8, 164:2, 164:16, 164:19, 164:23, 165:1, 165:8, 165:25, 166:5, 166:20, 168:3, 173:4, 184:15, 195:14, 196:25, 199:15, 204:21, 207:7, 208:14, 236:12, 236:14, 236:19
**quite** [2] - 196:15, 196:17
**quote** [2] - 128:13, 145:2
**quote/unquote** [2] - 133:24, 158:20

## R

**race** [1] - 221:19
**raid** [2] - 247:22, 248:8
**raise** [6] - 13:16, 105:25, 173:5, 184:21, 199:24, 207:12
**raised** [3] - 13:11, 13:20, 14:8
**Ramos** [2] - 239:22, 240:8
**ramps** [1] - 57:2
**ran** [1] - 164:6
**random** [1] - 219:3
**range** [2] - 279:18, 281:1
**Raquel** [3] - 46:12, 126:2, 160:10
**rather** [4] - 24:2, 67:5, 238:24, 294:24
**Re** [2] - 6:22, 10:9
**re** [5] - 6:20, 9:6, 10:4, 10:5, 10:7
**reach** [4] - 43:11, 246:9, 246:10, 271:17

**reaching** [1] - 11:17
**read** [38] - 11:6, 11:13, 11:24, 12:5, 12:6, 24:10, 25:1, 26:1, 27:17, 60:23, 61:3, 61:8, 65:17, 66:7, 67:6, 70:15, 70:20, 71:7, 72:4, 72:5, 72:6, 72:16, 72:17, 73:6, 73:7, 73:18, 75:10, 119:18, 119:20, 119:25, 120:23, 128:2, 137:10, 146:15, 231:25, 252:6, 253:8, 273:12
**reading** [5] - 11:8, 12:3, 70:21, 73:1, 274:9
**ready** [8] - 9:6, 14:22, 25:20, 143:21, 156:2, 251:9, 252:9, 289:25
**real** [2] - 65:5, 190:24
**really** [11] - 16:18, 107:24, 110:9, 225:13, 226:21, 228:6, 244:9, 246:21, 250:3, 270:7, 290:21
**realtime** [2] - 41:1, 41:19
**reason** [11] - 12:6, 34:25, 62:15, 65:7, 66:7, 83:9, 86:9, 242:10, 242:13, 275:11, 283:16
**reasonable** [1] - 34:4
**reasons** [4] - 34:19, 66:12, 170:11, 243:4
**Rebecca** [1] - 175:12
**rebuttal** [1] - 16:18
**recap** [1] - 20:13
**receipt** [3] - 25:5, 25:8, 182:23
**receive** [21] - 37:18, 38:16, 38:17, 39:6, 41:23, 55:4, 175:7, 176:24, 178:13, 178:16, 191:8, 191:19, 192:4, 192:15, 221:7, 221:10, 237:7, 242:14, 270:16, 270:17, 271:24
**received** [33] - 51:12, 51:22, 82:15, 88:9, 88:13, 102:15, 125:8, 136:13, 178:17, 182:17, 182:25, 183:3, 188:21, 189:20, 190:18, 199:6, 201:25, 204:9, 206:20, 206:24, 215:24, 217:9, 233:20, 234:19, 235:3, 239:14, 239:25, 240:1, 240:2, 270:9, 270:12, 281:18, 281:21
**receives** [3] - 36:17, 62:2, 124:24
**receiving** [4] - 176:18, 177:2, 192:20, 256:15
**recertification** [1] - 104:4
**recertify** [1] - 20:17
**recess** [3] - 74:10, 143:8,

143:9
**Recess** [2] - 74:13, 228:16
**recessed** [4] - 74:12, 144:17, 228:15, 296:23
**recipient** [1] - 214:12
**recipients** [1] - 213:14
**reckless** [2] - 73:21, 121:3
**recognize** [20] - 27:23, 59:25, 64:9, 64:11, 87:4, 87:6, 104:15, 104:20, 104:25, 158:17, 196:6, 205:6, 205:8, 237:3, 250:9, 250:11, 250:14, 260:6, 267:8, 282:1
**recognized** [2] - 186:22, 287:3
**recollection** [1] - 234:5
**recommending** [1] - 274:17
**reconciled** [1] - 54:24
**reconvened** [2] - 74:16, 228:17
**record** [130] - 7:23, 22:1, 28:20, 28:22, 43:5, 43:7, 45:1, 45:2, 45:3, 45:4, 45:5, 60:9, 64:4, 64:6, 64:8, 69:14, 76:6, 77:24, 78:2, 78:3, 78:4, 78:5, 78:6, 78:7, 78:8, 85:24, 87:15, 90:18, 91:2, 91:4, 91:5, 92:20, 92:22, 92:24, 93:1, 93:2, 93:3, 93:4, 93:5, 93:6, 96:16, 96:18, 96:20, 97:8, 97:9, 97:10, 97:11, 97:12, 97:13, 97:14, 97:16, 97:18, 101:7, 111:4, 111:6, 111:8, 114:2, 114:4, 114:6, 114:8, 114:10, 114:12, 114:14, 114:16, 114:18, 114:20, 114:22, 114:24, 115:2, 115:4, 115:6, 115:8, 115:10, 115:12, 115:14, 115:16, 115:25, 116:23, 118:10, 118:12, 118:14, 118:15, 120:17, 121:17, 130:8, 132:11, 136:5, 136:8, 142:12, 143:24, 148:2, 152:2, 153:18, 155:1, 155:15, 155:23, 156:4, 157:8, 164:18, 165:5, 169:7, 170:4, 173:11, 181:11, 184:8, 193:16, 193:19, 195:18, 195:20, 195:22, 195:24, 196:2, 197:4, 200:7, 203:23, 205:2, 205:4, 207:18, 229:4, 229:6, 236:23, 236:25, 238:18, 251:2, 258:23, 258:24, 261:6, 268:17, 282:13

**recording** [1] - 297:4
**records** [30] - 35:11, 35:13, 42:20, 54:10, 90:7, 98:7, 98:23, 98:24, 113:8, 116:5, 116:8, 116:10, 116:12, 116:15, 117:1, 117:16, 121:23, 148:23, 148:25, 151:18, 157:11, 157:20, 169:1, 176:22, 196:20, 219:9, 219:11, 237:10, 246:25, 247:3
**Records** [2] - 5:14, 10:8
**recycled** [1] - 223:20
**red** [33] - 49:13, 49:16, 49:22, 50:1, 50:7, 50:22, 51:14, 52:23, 53:4, 53:5, 53:25, 55:8, 55:21, 56:7, 58:6, 80:12, 80:14, 80:18, 82:11, 83:5, 83:13, 84:9, 88:25, 94:3, 94:6, 94:13, 94:21, 100:3, 101:25, 159:25, 160:5, 163:22, 245:12
**REDIRECT** [4] - 168:9, 170:6, 170:9
**redirect** [3] - 142:25, 168:5, 171:20
**Redirect** [1] - 3:7
**reduce** [5] - 278:23, 279:1, 279:7, 281:8, 284:15
**reduced** [1] - 210:15
**reduction** [4] - 210:14, 274:17, 277:2, 278:2
**reevaluated** [1] - 26:7
**refer** [4] - 35:17, 203:9, 203:11, 216:8
**reference** [3] - 20:4, 73:13, 119:12
**referenced** [1] - 11:10
**referral** [2] - 225:20, 226:2
**referrals** [1] - 192:21
**referred** [6] - 31:10, 36:1, 41:16, 193:22, 204:1, 276:4
**referring** [7] - 13:13, 61:21, 107:22, 211:25, 226:12, 276:7, 276:9
**refers** [1] - 202:25
**reflecting** [1] - 274:16
**reflective** [3] - 105:9, 142:5, 144:3
**refresh** [1] - 270:14
**refused** [1] - 220:13
**regarding** [5] - 52:22, 133:6, 164:8, 183:2, 250:13
**regardless** [1] - 13:23
**region** [2] - 244:17, 244:19
**registration** [1] - 147:14
**regular** [3] - 124:1, 175:17, 226:20
**regulations** [12] - 35:9,

35:15, 61:8, 61:22, 73:9, 112:23, 120:2, 120:4, 120:8, 188:8, 193:11, 201:2
**Regulations** [1] - 26:6
**regulatory** [1] - 200:22
**reimbursable** [3] - 39:25, 193:5, 203:19
**reimburse** [2] - 214:23, 242:3
**reimbursed** [4] - 214:12, 242:11, 242:13, 242:22
**reimbursement** [7] - 30:21, 34:10, 106:6, 189:4, 191:1, 192:6, 194:20
**reimbursements** [1] - 224:6
**reiterations** [1] - 111:22
**reject** [1] - 243:5
**rejected** [2] - 242:5, 243:2
**relate** [1] - 113:8
**related** [15] - 15:24, 30:1, 42:10, 77:7, 89:20, 91:13, 105:21, 112:18, 121:9, 140:18, 174:6, 219:9, 269:18, 287:17, 297:11
**relates** [1] - 40:20
**relationship** [9] - 50:9, 50:16, 50:19, 81:8, 81:22, 218:23, 219:6, 264:20, 264:23
**Relationship** [1] - 68:10
**released** [1] - 262:6
**relevance** [5] - 14:1, 90:12, 105:14, 109:10, 144:12
**relevant** [1] - 106:25
**relied** [1] - 222:1
**relocation** [1] - 20:19
**remained** [1] - 283:4
**remaining** [1] - 53:20
**remember** [31] - 18:12, 132:6, 160:24, 165:20, 168:11, 170:14, 171:22, 178:7, 180:8, 180:22, 183:7, 183:10, 216:3, 227:11, 227:20, 246:7, 255:10, 255:19, 256:15, 256:19, 257:1, 261:18, 264:15, 264:19, 281:3, 287:15, 287:21, 290:17, 290:18, 292:14, 294:12
**remind** [3] - 17:22, 75:3, 296:12
**reminder** [1] - 238:16
**Remittance** [1] - 31:14
**remittance** [1] - 37:23
**renegotiate** [1] - 249:14
**renew** [2] - 69:11, 118:4
**reorient** [1] - 168:13
**reorienting** [1] - 20:11
**repair** [2] - 178:8, 181:7

**repayment** [3] - 35:25, 102:9, 170:19
**repeat** [4] - 97:5, 126:6, 128:14, 128:15
**repeated** [1] - 189:15
**replacement** [3] - 226:15, 226:22
**report** [5] - 21:15, 134:15, 142:24, 149:17, 172:15
**Report** [2] - 6:14, 6:16
**reported** [4] - 125:12, 170:25, 297:9, 297:13
**Reporter** [1] - 297:18
**REPORTER** [1] - 194:12
**reports** [2] - 149:16, 172:1
**represent** [3] - 254:21, 297:3, 297:8
**representations** [2] - 71:3, 71:14
**representative's** [1] - 230:22
**represented** [1] - 106:3
**representing** [2] - 14:12, 228:24
**request** [9] - 34:22, 36:3, 69:11, 133:24, 147:8, 147:13, 242:9, 242:10, 243:8
**requested** [4] - 158:20, 215:9, 220:11, 220:23
**requesting** [2] - 30:21, 242:17
**require** [2] - 133:13, 277:7
**required** [9] - 12:13, 25:6, 26:23, 103:7, 104:1, 129:7, 152:22, 156:20, 180:5
**requirement** [1] - 26:23
**requirements** [2] - 42:8, 128:13
**requires** [4] - 26:8, 129:13, 137:21, 183:19
**requiring** [1] - 106:15
**researched** [1] - 182:13
**reserves** [3] - 272:16, 273:6, 276:19
**reside** [1] - 41:15
**resources** [1] - 193:9
**respect** [3] - 118:5, 227:11, 272:15
**responding** [1] - 141:12
**response** [2] - 14:6, 290:16
**responsibility** [2] - 39:20, 242:12
**responsible** [6] - 72:14, 170:19, 170:21, 170:23, 177:12, 201:2
**rest** [4] - 16:15, 16:16, 57:19, 149:15
**resting** [1] - 16:12
**restitution** [3] - 285:1, 285:4, 285:14

**restrict** [1] - 53:2
**restroom** [1] - 74:8
**result** [2] - 119:23, 219:14
**resulting** [1] - 36:9
**resumed** [3] - 110:21, 143:3, 147:1
**resuming** [2] - 74:14, 143:10
**retained** [1] - 175:8
**retired** [2] - 173:21, 173:23
**retrieve** [1] - 199:18
**return** [3] - 109:7, 182:20, 182:21
**returned** [5] - 182:19, 183:10, 220:20, 220:25, 221:1
**returning** [2] - 183:7, 220:10
**returns** [1] - 221:14
**Rev** [2] - 8:12, 8:16
**revenue** [1] - 224:1
**Review** [1] - 9:4
**review** [72] - 27:20, 28:3, 28:11, 33:12, 33:13, 33:25, 34:17, 34:22, 35:3, 35:5, 35:13, 42:10, 43:18, 44:11, 47:22, 63:21, 63:24, 74:20, 76:9, 77:7, 77:13, 89:19, 90:6, 91:21, 92:4, 93:18, 94:24, 95:16, 96:8, 98:23, 99:7, 100:24, 112:15, 113:4, 113:8, 113:15, 115:20, 116:5, 117:16, 117:25, 137:16, 139:21, 140:11, 140:12, 148:4, 151:19, 169:17, 169:20, 170:5, 174:4, 192:1, 193:24, 196:19, 197:14, 202:9, 204:4, 205:11, 219:8, 229:13, 235:2, 235:14, 236:4, 237:19, 239:12, 240:4, 241:1, 242:9, 242:10, 242:13, 243:9, 245:25, 246:25
**reviewed** [43] - 20:3, 23:3, 23:6, 23:17, 28:4, 36:9, 43:21, 44:4, 60:14, 62:16, 63:3, 63:16, 68:18, 75:21, 78:12, 78:16, 78:19, 89:23, 90:3, 94:18, 97:23, 99:3, 99:12, 104:7, 111:12, 112:5, 112:11, 116:14, 121:6, 140:18, 141:2, 141:3, 148:14, 171:2, 171:13, 194:4, 196:4, 197:13, 198:1, 199:5, 206:19, 219:11, 272:21
**reviewing** [11] - 19:25, 80:11, 80:14, 84:17, 95:5, 100:4, 196:13, 196:14, 205:16, 205:23, 243:11
**reviews** [2] - 235:10, 235:11

**revocation** [1] - 73:3
**rework** [1] - 201:6
**righty** [1] - 19:13
**rigid** [2] - 179:3, 179:5
**rise** [9] - 17:14, 55:15, 56:1, 56:4, 74:11, 74:15, 143:7, 228:14, 296:22
**risk** [4] - 26:13, 26:16, 26:20, 244:9
**Road** [1] - 292:5
**role** [5] - 185:14, 185:15, 185:23, 201:6, 235:15
**roles** [3] - 174:2, 186:3, 201:4
**roms** [2] - 43:9, 43:25
**room** [1] - 175:5
**Roosevelt** [1] - 67:8
**rotator** [1] - 181:7
**roughly** [1] - 240:14
**routine** [3] - 175:9, 175:18, 234:10
**routinely** [1] - 235:17
**row** [17] - 48:8, 48:12, 48:14, 48:18, 48:19, 48:22, 49:23, 51:18, 52:3, 52:4, 76:12, 76:13, 76:15, 76:16, 76:19, 88:5
**rows** [2] - 47:7, 50:25
**RPR** [2] - 297:17, 297:17
**Rule** [1] - 157:12
**rules** [7] - 35:9, 35:14, 107:19, 112:23, 188:8, 193:10, 222:14
**ruling** [1] - 69:16
**run** [1] - 99:24
**running** [2] - 42:14, 248:14
**rural** [2] - 41:16, 41:20
**RUSSELL** [1] - 2:11

## S

**S-i-l-v-a** [1] - 207:21
**sacral** [1] - 51:2
**safe** [2] - 188:11, 201:19
**Safeguard** [5] - 60:17, 124:16, 125:20, 125:21
**Saint** [1] - 177:10
**sake** [1] - 142:15
**sale** [1] - 286:9
**sales** [6] - 227:21, 228:2, 229:19, 229:20, 230:8, 235:23
**Sales** [1] - 8:23
**sample** [3] - 86:17, 237:14, 237:16
**satisfied** [2] - 34:21, 278:18
**satisfy** [3] - 278:14, 278:16, 285:14
**savings** [2] - 286:19, 286:21
**saw** [15] - 14:17, 79:15,

80:18, 80:19, 94:25, 125:25, 151:21, 158:15, 163:1, 175:18, 177:7, 180:13, 181:21, 258:4, 290:12
**schedule** [4] - 18:3, 19:12, 206:14, 206:15
**scheduled** [1] - 284:8
**scheme** [3] - 71:1, 71:12, 106:14
**school** [2] - 208:5, 208:6
**science** [1] - 18:21
**scope** [3] - 105:10, 142:6, 144:4
**screen** [6] - 45:25, 194:23, 197:8, 197:25, 204:17, 229:17
**screening** [3] - 25:25, 26:7, 26:10
**screens** [1] - 87:12
**scripted** [1] - 222:13
**scroll** [2] - 166:5, 166:20
**Sean** [11] - 241:8, 241:15, 241:24, 243:16, 249:6, 252:8, 289:7, 289:8, 289:10, 289:18, 293:25
**seat** [5] - 173:10, 185:1, 200:5, 207:17, 228:18
**seated** [3] - 17:16, 74:17, 143:11
**second** [35] - 20:16, 20:18, 25:14, 30:4, 34:25, 38:19, 39:9, 40:15, 55:20, 56:6, 57:4, 59:12, 74:6, 76:13, 76:24, 79:15, 86:3, 99:10, 102:19, 111:23, 122:20, 130:6, 134:17, 149:3, 149:11, 158:14, 166:6, 166:20, 222:6, 240:18, 240:19, 253:5, 263:12, 267:24, 287:5
**secondly** [3] - 18:2, 84:14, 170:19
**Secretary** [4] - 148:16, 148:25, 168:17, 169:8
**Section** [11] - 23:11, 26:5, 67:11, 70:23, 71:10, 73:10, 119:25, 275:22, 276:1, 276:12, 276:15
**SECTION** [2] - 1:17, 1:21
**section** [11] - 22:23, 23:9, 23:10, 31:24, 50:21, 50:22, 68:9, 70:17, 111:25, 112:4, 119:10
**security** [3] - 18:13, 18:16, 143:13
**See** [1] - 230:5
**see** [92] - 12:25, 15:15, 22:5, 23:18, 24:7, 27:1, 27:17, 30:4, 39:25, 41:2, 43:9,

45:11, 45:25, 46:7, 46:21, 47:6, 47:25, 55:8, 55:12, 55:15, 56:6, 56:11, 56:15, 57:1, 58:6, 61:4, 65:12, 67:13, 67:24, 69:4, 69:8, 80:14, 82:11, 83:5, 83:13, 86:21, 87:11, 88:25, 90:21, 94:3, 94:13, 100:3, 102:1, 109:4, 129:17, 130:13, 131:17, 133:3, 134:7, 134:21, 134:22, 136:14, 136:15, 146:16, 149:11, 151:15, 151:23, 152:19, 153:1, 158:12, 160:5, 175:13, 175:16, 184:4, 197:10, 212:6, 212:10, 212:11, 221:19, 235:1, 235:8, 238:23, 239:3, 239:17, 243:21, 246:11, 250:16, 251:20, 253:7, 253:10, 260:24, 264:16, 267:21, 271:18, 274:18, 274:19, 285:9, 287:23, 288:16, 289:4, 296:20, 296:24

**seeing** [6] - 47:14, 55:11, 58:3, 69:21, 84:9, 179:13
**seek** [2] - 36:24, 189:4
**seeking** [1] - 106:6
**seeks** [1] - 268:14
**sees** [1] - 23:15
**seizing** [1] - 255:19
**selected** [2] - 62:16, 62:18
**selection** [2] - 13:17, 14:16
**self** [2] - 22:11, 218:20
**self-explaining** [1] - 22:11
**sell** [5] - 98:24, 226:12, 242:1, 286:5, 286:7
**selling** [17] - 56:2, 210:23, 214:24, 223:24, 224:4, 226:5, 226:8, 231:9, 231:12, 233:11, 234:15, 234:22, 238:12, 240:8, 249:15, 263:9, 263:10
**send** [8] - 213:19, 217:6, 218:1, 221:3, 223:4, 235:1, 243:22, 295:2
**sending** [4] - 220:9, 240:4, 245:12, 290:18
**senior** [1] - 200:22
**sense** [7] - 55:24, 56:3, 56:5, 81:14, 156:22, 196:15, 224:14
**sent** [15] - 24:12, 25:10, 25:22, 37:24, 61:11, 62:1, 98:22, 134:1, 183:13, 241:20, 241:22, 243:14, 243:15, 250:15
**sentence** [20] - 141:10, 210:10, 210:14, 210:15,

271:23, 274:14, 274:17, 278:23, 279:2, 279:7, 281:8, 281:18, 281:21, 282:5, 282:15, 282:24, 284:8, 284:12, 284:15, 284:25
**sentenced** [6] - 209:23, 279:11, 279:14, 279:17, 281:7, 281:17
**sentences** [1] - 71:8
**sentencing** [12] - 10:7, 272:19, 274:14, 274:15, 274:16, 277:1, 278:1, 279:17, 279:20, 280:8, 280:18, 281:1
**separate** [12] - 30:10, 113:11, 120:20, 142:23, 144:9, 144:23, 177:11, 227:17, 228:2, 241:1, 254:9, 293:22
**separately** [1] - 142:23
**September** [3] - 82:25, 260:24, 283:2
**series** [6] - 131:20, 135:14, 144:6, 144:25, 165:4, 243:8
**serve** [2] - 86:17, 189:15
**server** [1] - 202:3
**servers** [4] - 191:10, 191:11, 199:7, 255:19
**serves** [1] - 80:9
**service** [19] - 31:4, 32:3, 32:19, 36:17, 41:5, 41:23, 47:5, 48:9, 79:20, 99:22, 189:8, 189:22, 190:3, 190:11, 194:7, 198:17, 206:13, 211:19, 238:5
**serviced** [1] - 32:15
**services** [40] - 30:22, 31:8, 31:23, 31:24, 31:25, 32:1, 32:2, 33:19, 33:21, 34:3, 34:14, 35:7, 35:8, 35:16, 41:11, 42:9, 47:6, 56:2, 56:19, 61:6, 62:15, 62:19, 71:6, 71:17, 79:8, 188:2, 188:21, 189:3, 189:5, 190:1, 194:18, 198:21, 226:4, 227:22, 228:3, 228:5, 232:11, 232:23, 235:23, 238:2
**Services** [7] - 9:1, 60:17, 124:16, 124:25, 125:9, 125:20, 125:21
**serving** [3] - 282:23, 284:12, 285:1
**set** [13] - 11:19, 52:23, 59:20, 80:15, 88:25, 95:16, 100:4, 206:14, 222:2, 225:18, 225:23, 240:19, 249:16
**sets** [3] - 87:24, 100:22,

236:2
**seven** [5] - 52:18, 52:19, 82:8, 88:13, 100:20
**several** [7] - 41:14, 44:10, 58:10, 58:12, 84:12, 172:6
**severely** [1] - 244:12
**shape** [1] - 161:21
**shareholders** [2] - 139:13, 150:7
**sheet** [2] - 45:17, 234:17
**sheets** [2] - 45:16, 99:15
**shelf** [2] - 58:16, 58:18
**ship** [1] - 223:4
**shipping** [3] - 182:12, 183:13, 222:10
**Shirley** [2] - 242:4, 242:8
**shooting** [1] - 19:7
**shorten** [1] - 19:7
**shorter** [1] - 63:5
**shortly** [4] - 256:8, 261:11, 261:13, 261:14
**shot** [3] - 194:23, 198:1, 204:17
**shoulder** [19] - 51:18, 51:19, 51:23, 59:15, 80:25, 85:12, 88:6, 88:21, 89:5, 89:6, 89:10, 178:25, 181:4, 181:6, 181:13, 181:14, 181:18, 181:21, 226:10
**shoulder-to-hand** [6] - 80:25, 85:12, 88:6, 88:21, 89:5, 89:10
**shoulders** [1] - 213:17
**show** [42] - 21:12, 24:1, 46:14, 50:15, 59:5, 59:21, 59:23, 63:18, 64:15, 76:7, 85:5, 103:5, 104:12, 145:6, 145:7, 145:13, 146:2, 146:4, 148:13, 151:8, 151:10, 151:14, 152:16, 155:5, 155:13, 157:16, 158:1, 158:3, 162:2, 165:20, 170:1, 190:3, 194:11, 195:8, 195:12, 196:23, 228:11, 231:24, 233:18, 250:4, 270:14, 295:20
**showed** [5] - 131:22, 150:13, 167:3, 168:17, 169:13
**showing** [16] - 22:25, 46:15, 53:23, 85:9, 86:24, 101:18, 117:4, 136:19, 145:17, 148:23, 239:13, 259:20, 260:4, 267:6, 281:24, 295:17
**shown** [2] - 132:15, 146:12
**shows** [15] - 18:21, 29:4, 52:20, 53:17, 53:18, 57:20, 76:19, 82:21, 95:12, 96:2, 98:14, 129:4, 141:3,

168:14, 195:4
**shut** [1] - 255:13
**side** [10] - 105:6, 105:8, 115:24, 118:5, 142:2, 142:4, 144:2, 157:15, 181:12, 222:17
**sign** [13] - 63:15, 69:19, 93:18, 99:2, 109:6, 112:15, 220:10, 220:13, 220:14, 230:16, 271:14, 275:14, 275:16
**signature** [28] - 22:6, 24:20, 24:22, 29:17, 30:5, 70:3, 70:7, 70:10, 75:14, 75:15, 106:25, 126:18, 167:5, 167:11, 167:14, 167:15, 167:18, 167:20, 167:21, 196:7, 228:24, 230:14, 230:19, 232:15, 233:1, 252:20, 267:21, 268:2
**signatures** [3] - 108:6, 167:12, 167:23
**signed** [62] - 22:10, 22:25, 29:7, 29:9, 29:10, 66:25, 76:21, 76:23, 98:21, 99:12, 106:13, 106:22, 106:24, 107:6, 107:8, 107:9, 107:12, 107:13, 107:17, 107:22, 108:2, 108:20, 108:23, 109:19, 110:10, 110:14, 117:8, 117:22, 126:18, 126:21, 137:11, 142:13, 166:12, 166:25, 167:2, 167:8, 167:23, 167:24, 208:25, 210:20, 218:13, 220:6, 220:11, 220:25, 221:1, 221:3, 221:8, 222:9, 231:1, 231:3, 233:6, 233:8, 242:15, 245:17, 246:21, 262:10, 263:10, 263:11, 268:2, 270:4, 272:25, 291:5
**signer** [6] - 22:5, 23:2, 65:18, 66:21, 77:1, 112:14
**significance** [2] - 274:12, 276:25
**significant** [3] - 55:15, 83:15, 176:11
**signing** [3] - 108:3, 121:12, 263:21
**Silent** [167] - 4:17, 4:19, 4:20, 5:10, 5:16, 6:3, 6:20, 8:20, 8:24, 9:1, 9:3, 9:4, 10:8, 10:10, 20:1, 21:4, 21:6, 21:9, 23:19, 24:6, 24:11, 25:24, 28:2, 29:3, 30:14, 30:16, 32:19, 36:9, 37:18, 42:10, 43:15, 43:17, 44:12, 45:19, 48:3, 48:5, 48:13, 48:23, 49:7, 52:14, 53:11,

53:16, 53:23, 54:20, 57:17, 58:12, 58:13, 58:16, 59:16, 60:18, 61:11, 61:15, 61:18, 62:5, 62:22, 63:11, 75:1, 77:10, 78:20, 79:6, 80:11, 80:19, 81:3, 82:6, 82:12, 82:21, 83:14, 84:1, 84:8, 87:23, 88:15, 90:4, 93:25, 94:7, 94:15, 94:18, 101:23, 108:3, 113:8, 127:13, 128:25, 129:18, 133:6, 133:8, 134:14, 134:18, 135:3, 136:19, 139:7, 139:25, 141:4, 141:18, 148:12, 149:1, 150:4, 150:18, 153:9, 158:24, 159:2, 162:3, 162:11, 164:7, 164:8, 168:15, 169:14, 169:17, 169:20, 171:3, 171:7, 182:14, 183:5, 183:10, 194:1, 198:7, 198:9, 204:5, 205:18, 206:4, 206:5, 206:7, 206:8, 206:11, 209:4, 210:23, 212:19, 224:22, 226:18, 227:11, 227:14, 227:15, 227:18, 229:22, 230:10, 230:19, 231:16, 232:12, 232:23, 232:25, 234:1, 234:3, 234:7, 234:11, 234:15, 234:23, 237:11, 237:21, 238:3, 238:7, 240:4, 241:3, 241:7, 241:13, 242:2, 242:5, 243:14, 243:17, 243:19, 243:20, 243:25, 244:25, 247:13, 248:16, 249:5, 254:1

**Silenthillbracing@gmail. com** [1] - 25:11

**SILVA** [2] - 3:14, 207:13

**silva** [1] - 284:25

**Silva** [15] - 9:6, 10:4, 10:6, 10:7, 207:11, 207:20, 207:24, 229:10, 231:7, 237:3, 252:3, 254:19, 260:9, 261:7, 282:14

**similar** [25] - 31:13, 38:22, 39:19, 41:4, 62:1, 80:11, 82:21, 84:8, 104:7, 145:22, 217:1, 217:3, 217:8, 217:9, 217:11, 217:18, 217:20, 221:2, 221:14, 222:6, 238:24, 247:24, 248:14, 291:17, 291:18

**simply** [2] - 12:5, 108:4

**simultaneously** [1] - 219:21

**single** [4] - 140:18, 154:3, 162:4, 235:19

**sit** [1] - 173:12

**site** [24] - 10:9, 129:10, 129:18, 132:13, 132:16, 133:10, 133:12, 133:20, 134:4, 145:2, 145:8, 145:9, 145:20, 145:24, 147:6, 147:7, 147:12, 154:23, 158:19, 171:23, 171:25, 172:4, 172:15

**sitting** [1] - 276:14

**SIU** [1] - 185:23

**six** [8] - 14:11, 53:3, 88:9, 100:20, 106:13, 124:9, 178:5, 284:12

**six-year** [1] - 284:12

**sixth** [1] - 52:4

**skilled** [1] - 41:22

**slide** [34] - 4:18, 28:7, 28:10, 29:1, 46:12, 46:18, 48:3, 50:17, 52:14, 52:15, 53:9, 53:14, 55:7, 55:9, 57:12, 59:9, 75:25, 79:4, 80:8, 80:10, 82:4, 82:7, 83:25, 84:9, 85:1, 85:8, 88:19, 94:24, 95:24, 116:17, 117:12, 197:16, 199:5

**Slide** [1] - 94:9

**slides** [4] - 44:14, 45:9, 77:13, 83:13

**slightly** [2] - 103:15, 104:9

**Slow** [1] - 194:12

**slower** [1] - 188:25

**slowly** [1] - 245:15

**small** [2] - 23:15, 180:21

**so..** [1] - 260:18

**social** [1] - 138:2

**soft** [1] - 177:25

**sold** [10] - 66:15, 208:25, 210:20, 210:22, 213:7, 224:21, 225:1, 226:17, 231:16, 240:22

**sole** [3] - 15:23, 274:10, 275:19

**solicit** [3] - 213:14, 213:15, 213:16

**Solutions** [4] - 265:2, 265:5, 265:8, 266:2

**someone** [11] - 42:21, 58:11, 122:17, 122:21, 126:21, 136:18, 138:11, 167:1, 167:23, 167:24, 181:7

**sometime** [1] - 261:14

**sometimes** [3] - 14:14, 18:24, 147:8

**somewhat** [2] - 178:1, 243:6

**somewhere** [5] - 124:5, 124:6, 136:17, 180:20, 255:11

**soon** [2] - 183:4, 289:25

**sorry** [37] - 32:18, 42:25, 43:24, 60:25, 67:6, 91:7,

92:10, 93:10, 97:6, 100:21, 104:16, 110:23, 119:16, 126:4, 126:6, 127:17, 131:1, 134:22, 135:10, 135:17, 137:3, 138:5, 138:16, 156:5, 163:18, 165:1, 169:18, 169:19, 175:23, 179:13, 193:16, 194:13, 206:5, 208:14, 247:17, 287:24

**sort** [7] - 37:19, 176:3, 176:9, 181:18, 183:2, 183:25, 271:9

**sorted** [1] - 16:3

**sought** [1] - 35:11

**sound** [1] - 297:4

**sounds** [2] - 220:19, 257:6

**source** [1] - 225:20

**sources** [1] - 265:23

**south** [1] - 208:2

**South** [2] - 95:1, 256:5

**Southern** [7] - 260:12, 272:9, 275:21, 276:3, 276:11, 297:5, 297:18

**SOUTHERN** [1] - 1:1

**space** [1] - 221:16

**span** [3] - 48:9, 111:22, 217:10

**speaking** [4] - 253:9, 261:12, 266:19, 288:15

**special** [3] - 185:15, 185:17, 186:10

**specialist** [1] - 177:9

**specialized** [1] - 58:18

**specialty** [1] - 119:2

**specific** [28] - 15:21, 39:25, 42:16, 59:3, 78:22, 85:8, 90:1, 95:6, 101:19, 108:18, 137:10, 147:18, 151:22, 154:20, 159:13, 172:7, 189:18, 194:14, 194:17, 199:2, 203:4, 214:6, 244:16, 273:18, 287:4, 295:7

**specifically** [29] - 7:23, 20:3, 33:7, 48:5, 51:2, 62:25, 106:12, 151:15, 176:1, 176:9, 177:14, 185:23, 187:8, 190:11, 191:14, 197:21, 199:6, 201:10, 205:20, 206:4, 206:7, 206:20, 214:14, 216:5, 227:14, 238:5, 250:3, 273:8, 294:2

**Specifically** [2] - 52:3, 61:14

**specify** [1] - 125:4

**spell** [4] - 173:11, 185:2, 200:6, 207:18

**spelling** [1] - 216:16

**spend** [1] - 249:23

**Sperry** [1] - 173:20

**spike** [6] - 55:16, 55:17, 55:21, 56:4, 57:1, 83:14

**spikes** [2] - 94:20, 100:7

**spill** [2] - 16:17, 19:8

**spoken** [4] - 123:9, 233:22, 254:22, 255:2

**sponsor** [4] - 188:11, 192:23, 201:20, 203:15

**sponsors** [1] - 193:11

**spread** [3] - 244:9, 244:14, 244:21

**spreadsheet** [6] - 45:18, 47:20, 194:5, 194:6, 204:10, 234:17

**spreadsheets** [5] - 44:3, 44:5, 46:1, 78:20, 93:15

**stabilizer** [1] - 95:15

**stabilizers** [2] - 88:23, 89:13

**stablers** [1] - 88:22

**stack** [1] - 43:8

**stamp** [5] - 27:17, 27:18, 70:7, 131:20, 230:3

**stamped** [4] - 10:9, 10:11, 131:19, 136:14

**stamps** [1] - 131:17

**stand** [2] - 17:8, 202:17

**standard** [5] - 148:15, 149:25, 198:24, 206:17

**standards** [2] - 39:23, 42:9

**standing** [2] - 247:10, 275:1

**stands** [3] - 49:15, 72:12, 72:13

**Stark** [1] - 120:10

**start** [21] - 14:23, 18:5, 29:15, 55:12, 77:16, 79:20, 80:10, 82:19, 87:19, 101:15, 116:10, 138:16, 139:17, 213:12, 229:17, 252:1, 252:5, 253:11, 288:17, 288:24, 296:18

**started** [18] - 14:12, 14:21, 17:18, 17:21, 17:25, 53:19, 53:20, 55:14, 123:22, 182:8, 201:5, 248:20, 252:25, 282:23, 288:21, 289:1, 296:17, 296:19

**starting** [4] - 46:21, 51:19, 82:23, 253:3

**startling** [1] - 179:4

**starts** [6] - 11:19, 26:1, 31:2, 36:19, 41:14, 213:13

**state** [14] - 32:11, 57:16, 106:18, 128:16, 149:8, 173:11, 185:1, 187:6, 191:10, 191:12, 200:6, 207:18, 217:24, 219:4

**State** [8] - 147:14, 148:16, 148:23, 148:25, 168:17, 168:18, 169:8

**statement** [17] - 22:21, 22:23, 29:7, 29:9, 29:15, 31:9, 63:15, 69:20, 69:24, 71:4, 71:21, 112:7, 112:9, 112:10, 117:7, 119:5, 134:13
**Statement** [1] - 66:24
**statements** [5] - 29:10, 71:3, 99:2, 99:3, 165:13
**states** [5] - 24:13, 25:11, 75:18, 119:1, 222:15
**States** [27] - 10:4, 57:15, 70:23, 71:10, 172:24, 184:19, 199:20, 260:8, 260:12, 260:21, 268:6, 272:9, 272:16, 273:6, 273:7, 274:11, 274:15, 275:20, 275:25, 276:2, 276:4, 276:7, 276:15, 277:8, 279:8, 292:16
**STATES** [3] - 1:1, 1:4, 1:13
**Statue** [11] - 20:4, 61:25, 106:15, 108:22, 112:24, 192:16, 192:19, 192:22, 203:6, 203:14, 224:5
**status** [6] - 20:17, 20:19, 104:4, 104:5, 242:6, 242:9
**statute** [1] - 193:8
**Statute** [4] - 73:14, 120:9, 231:18, 233:15
**stay** [5] - 30:14, 48:25, 62:8, 83:12, 231:6
**staying** [2] - 19:11, 109:2
**stays** [2] - 178:1, 188:2
**steady** [1] - 56:4
**steal** [1] - 291:18
**step** [14] - 30:15, 129:6, 172:22, 184:17, 199:16, 207:8, 213:19, 216:12, 216:13, 217:21, 217:22, 278:14, 278:15, 278:19
**steps** [3] - 36:17, 128:11, 160:5
**Steve** [2] - 98:18, 98:24
**STEVEN** [2] - 3:3, 19:15
**still** [25] - 17:3, 17:4, 19:14, 39:9, 41:21, 53:11, 54:14, 54:15, 54:16, 56:9, 56:10, 109:21, 109:23, 143:22, 166:12, 166:18, 217:8, 226:23, 249:6, 271:9, 281:15, 281:16, 282:23, 284:5
**stipulate** [3] - 153:20, 153:22, 163:25
**stipulates** [1] - 156:12
**stop** [7] - 74:7, 119:14, 119:16, 244:11, 248:3, 248:12
**stopped** [6] - 247:13, 247:25,

248:1, 248:14, 255:5, 255:22
**stored** [1] - 204:12
**stores** [1] - 106:24
**straight** [3] - 181:15, 223:13, 226:19
**strengthening** [1] - 177:25
**stricken** [1] - 16:22
**strike** [2] - 100:24, 156:6
**strongly** [1] - 163:15
**structure** [4] - 51:4, 225:8, 225:10, 225:18
**stuff** [3] - 97:4, 235:25, 253:13
**styled** [2] - 289:10, 297:9
**subject** [2] - 27:8, 251:8
**submission** [6] - 22:2, 40:5, 65:7, 65:12, 66:7, 191:17
**submit** [28] - 30:17, 31:6, 39:21, 40:13, 50:2, 50:7, 54:14, 56:9, 56:14, 63:11, 73:21, 106:7, 108:23, 109:3, 113:2, 121:2, 128:18, 133:19, 150:22, 151:2, 152:11, 152:12, 154:18, 189:4, 190:17, 190:25, 198:15, 235:12
**submits** [3] - 31:18, 188:19, 191:25
**submitted** [85] - 20:21, 21:16, 21:17, 27:15, 29:3, 29:9, 29:16, 29:20, 31:7, 31:11, 31:15, 32:5, 32:8, 32:10, 32:16, 32:22, 33:18, 34:2, 34:24, 35:2, 35:7, 36:10, 37:9, 37:10, 38:2, 40:12, 42:3, 42:15, 45:19, 45:22, 46:19, 46:24, 48:13, 48:20, 49:24, 50:14, 54:23, 57:17, 57:21, 58:4, 61:16, 64:24, 65:11, 75:19, 75:22, 76:20, 76:21, 76:25, 77:8, 79:12, 80:2, 80:9, 80:20, 84:3, 84:18, 95:6, 98:5, 98:19, 105:13, 106:4, 117:8, 117:22, 133:9, 140:7, 152:11, 156:19, 159:2, 168:15, 169:8, 171:9, 189:2, 190:22, 191:9, 192:12, 193:3, 193:17, 193:19, 195:5, 197:23, 202:6, 203:17, 203:24, 204:14, 246:17, 246:19
**submitting** [9] - 11:5, 26:18, 35:19, 54:8, 109:4, 112:18, 162:16, 191:14, 271:1
**subparts** [1] - 142:14
**subsequent** [2] - 40:11, 274:16

**substance** [1] - 275:5
**substantial** [1] - 274:17
**suburb** [2] - 175:22, 175:23
**successfully** [1] - 146:20
**sudden** [2] - 56:1, 56:11
**suffer** [1] - 14:9
**suffice** [1] - 278:16
**suggest** [1] - 163:5
**suggests** [2] - 163:12, 163:15
**SUITE** [5] - 1:21, 2:3, 2:6, 2:10, 2:13
**suite** [1] - 135:6
**summaries** [4] - 94:17, 97:3, 117:1, 123:25
**summarize** [3] - 38:1, 75:24, 98:7
**summarized** [8] - 44:11, 87:20, 90:6, 92:4, 99:17, 100:9, 116:14, 116:17
**summarizes** [1] - 28:7
**summary** [42] - 4:18, 21:16, 28:7, 28:10, 29:1, 29:2, 31:10, 37:12, 37:15, 37:19, 44:14, 45:8, 48:3, 48:4, 52:14, 53:9, 57:12, 75:25, 76:11, 77:13, 79:4, 79:5, 79:15, 80:6, 82:4, 87:7, 88:18, 91:16, 93:21, 99:20, 100:16, 117:2, 117:3, 117:12, 121:22, 161:9, 161:23, 168:11, 168:13, 196:19, 197:16, 199:5
**Summary** [1] - 5:1
**sums** [1] - 216:5
**Sunbiz** [1] - 144:13
**Sunshine** [4] - 265:12, 265:15, 266:4, 270:24
**supplied** [3] - 96:1, 239:13, 246:3
**Supplier** [2] - 66:24, 72:12
**supplier** [26] - 20:1, 20:12, 22:14, 22:21, 26:9, 26:13, 30:7, 30:23, 31:4, 36:6, 36:7, 36:25, 37:1, 37:24, 46:20, 62:2, 66:9, 68:3, 71:22, 75:5, 75:6, 76:17, 119:21, 120:3, 120:10
**suppliers** [17] - 25:7, 25:23, 26:19, 26:20, 58:10, 58:20, 58:21, 72:15, 84:12, 95:1, 100:17, 101:18, 101:19, 102:5, 102:8, 104:3, 210:22
**supplies** [1] - 204:5
**Supplies** [5] - 6:20, 61:15, 61:19, 95:1, 230:11
**Supply** [17] - 5:9, 5:13, 6:14, 6:16, 6:18, 89:17, 89:20, 91:14, 94:4, 97:21, 98:2,

194:1, 194:2, 204:6, 204:7, 252:20, 253:13
**supply** [4] - 189:16, 190:16, 193:10, 199:2
**supplying** [3] - 72:21, 245:15, 246:1
**supports** [1] - 179:5
**suppose** [1] - 183:22
**supposed** [4] - 81:18, 106:5, 141:20, 214:15
**supposedly** [8] - 48:10, 48:17, 55:14, 62:14, 79:23, 98:17, 98:20, 263:14
**surety** [2] - 262:10, 262:13
**surgery** [3] - 178:2, 178:3, 178:8
**surrender** [4] - 282:18, 283:1, 283:10, 284:11
**surrendered** [1] - 261:23
**Susan** [18] - 22:5, 23:23, 24:23, 27:2, 27:4, 27:14, 29:16, 29:17, 30:10, 36:12, 126:21, 149:12, 166:24, 166:25, 167:7, 167:12, 171:4, 234:4
**susceptible** [1] - 26:18
**suspects** [1] - 54:7
**suspend** [3] - 54:12, 61:5, 86:18
**suspended** [2] - 60:19, 86:6
**Suspension** [2] - 6:21, 6:23
**suspension** [18] - 53:25, 54:2, 54:19, 54:21, 56:8, 56:11, 56:18, 57:7, 57:9, 61:8, 61:14, 62:2, 83:5, 83:7, 83:10, 83:16, 103:1
**suspensions** [2] - 56:16, 102:1
**switch** [2] - 30:13, 62:21
**sworn** [5] - 19:16, 173:7, 184:23, 200:2, 207:14
**symptoms** [1] - 175:19
**syndrome** [3] - 13:21, 13:25, 14:14
**system** [12] - 33:9, 34:1, 192:9, 195:6, 195:7, 198:20, 201:3, 213:18, 218:17, 222:2, 223:3, 248:21
**systems** [3] - 40:11, 195:3, 201:9

---

**T**

**table** [13] - 48:7, 48:8, 49:5, 49:8, 49:15, 49:17, 52:15, 59:10, 79:6, 79:15, 86:21, 87:21, 117:10
**tables** [1] - 48:6
**tabs** [1] - 45:16

**talks** [1] - 263:4
**tall** [2] - 180:15, 180:20
**Tampa** [1] - 84:6
**target** [1] - 214:6
**targeted** [2] - 247:23, 248:13
**targeting** [1] - 271:10
**tarot** [1] - 145:23
**tasked** [2] - 185:19, 196:14
**tat** [1] - 20:8
**tax** [10] - 109:7, 128:13, 137:23, 138:2, 139:19, 139:21, 144:9, 172:9, 189:23, 194:8
**taxpayer** [1] - 133:25
**team** [4] - 186:7, 216:14, 217:6, 273:19
**teams** [1] - 185:25
**tele** [1] - 220:13
**telehealth** [9] - 40:19, 41:5, 41:23, 42:8, 183:14, 183:17, 183:19, 183:22, 183:25
**telemarkers** [1] - 214:13
**telemarketer** [2] - 214:17, 220:23
**telemarketers** [6] - 213:22, 214:1, 214:3, 215:5, 219:14, 246:23
**telemarketing** [3] - 176:19, 217:17, 219:14
**telemedicine** [13] - 40:19, 40:22, 41:4, 41:7, 41:11, 217:23, 218:2, 218:3, 246:25, 263:14, 263:17, 263:21, 271:3
**telephone** [1] - 183:22
**telephonic** [1] - 42:1
**ten** [13] - 17:20, 17:21, 18:6, 18:16, 74:10, 81:2, 124:9, 206:15, 206:16, 227:13, 228:13, 268:25, 271:25
**ten-minute** [1] - 18:6
**Tennessee** [2] - 32:15, 32:18
**term** [12] - 37:3, 37:6, 37:7, 38:22, 63:5, 176:11, 202:15, 209:23, 209:25, 214:25, 252:23, 268:24
**termed** [2] - 216:14, 271:4
**termination** [3] - 166:8, 166:11, 166:16
**terminology** [1] - 190:10
**terms** [17] - 11:11, 22:24, 29:7, 40:3, 49:16, 69:24, 90:4, 109:1, 205:23, 211:15, 215:6, 222:22, 225:4, 225:6, 249:14, 249:16, 249:18
**test** [1] - 186:24
**testified** [26] - 19:16, 20:10, 21:18, 21:23, 36:15, 39:12,

124:3, 124:5, 128:23, 140:13, 145:1, 145:19, 165:12, 167:6, 173:7, 184:23, 200:2, 207:14, 231:15, 255:7, 257:10, 263:24, 272:2, 277:25, 287:2, 291:20
**testify** [9] - 124:11, 140:20, 277:16, 277:17, 283:5, 283:17, 283:20, 284:2, 284:6
**testifying** [8] - 11:15, 23:7, 116:4, 210:2, 210:13, 253:19, 254:8, 257:8
**testimony** [18] - 11:7, 12:8, 28:4, 33:9, 89:24, 121:7, 129:1, 140:22, 144:12, 169:16, 169:19, 193:24, 204:3, 270:6, 272:13, 273:3, 283:19, 287:6
**Texas** [3] - 184:4, 254:9, 257:10
**text** [1] - 72:22
**THE** [186] - 1:13, 1:16, 2:2, 11:2, 11:12, 12:8, 13:4, 13:9, 13:13, 14:6, 15:17, 16:1, 16:14, 16:20, 16:24, 17:1, 17:3, 17:4, 17:9, 17:10, 17:11, 17:12, 17:13, 17:14, 17:16, 19:18, 28:15, 28:18, 28:21, 43:1, 43:3, 44:21, 45:6, 60:7, 64:2, 69:13, 69:16, 69:17, 74:5, 74:9, 74:11, 74:15, 74:17, 76:5, 77:22, 85:22, 86:4, 87:11, 87:14, 90:17, 90:19, 90:24, 92:16, 92:18, 96:14, 101:6, 104:24, 105:11, 106:2, 107:2, 108:15, 109:1, 109:15, 109:25, 110:18, 110:20, 110:23, 110:24, 111:2, 113:21, 113:25, 116:2, 116:3, 118:7, 121:20, 122:10, 126:6, 130:5, 130:11, 130:23, 131:2, 131:5, 131:7, 131:8, 132:9, 132:21, 132:25, 133:2, 136:2, 142:3, 142:15, 142:25, 143:5, 143:7, 143:11, 143:15, 143:17, 143:23, 144:1, 144:17, 144:22, 144:24, 145:10, 145:12, 145:16, 146:2, 146:18, 147:21, 147:24, 148:8, 151:10, 151:12, 152:9, 155:4, 155:22, 156:1, 157:17, 157:23, 158:1, 158:6, 158:8, 168:5, 171:17, 172:21, 173:2,

173:5, 173:9, 173:10, 173:13, 184:7, 184:11, 184:14, 184:17, 184:21, 184:25, 185:1, 185:3, 194:12, 194:13, 195:11, 195:16, 197:3, 197:6, 199:9, 199:12, 199:16, 199:22, 199:24, 200:4, 200:5, 200:8, 204:20, 204:25, 207:3, 207:8, 207:10, 207:12, 207:16, 207:17, 207:20, 208:16, 228:12, 228:14, 228:18, 229:2, 229:9, 236:10, 236:21, 250:8, 250:24, 251:5, 253:7, 254:16, 258:22, 259:25, 260:3, 261:4, 268:16, 275:3, 275:9, 282:12, 296:4, 296:6, 296:10, 296:22, 296:24
**theirs** [1] - 218:19
**thereafter** [2] - 256:8, 261:11
**therefore** [1] - 51:7
**thereof** [1] - 272:18
**they've** [4] - 34:14, 62:12, 145:5, 189:5
**thinking** [1] - 108:9
**Third** [1] - 59:13
**third** [16] - 20:18, 20:20, 48:14, 61:19, 64:13, 65:23, 66:19, 70:13, 76:15, 85:11, 88:5, 89:7, 111:24, 226:24, 265:2
**third-party** [1] - 61:19
**thousand** [4] - 44:10, 58:10, 84:12, 227:13
**thousands** [2] - 148:19, 191:6
**thread** [2] - 144:9, 253:6
**three** [30] - 20:13, 31:20, 38:11, 38:20, 45:21, 47:7, 47:9, 47:15, 50:25, 53:16, 53:21, 53:24, 56:13, 82:12, 82:24, 87:18, 87:22, 88:2, 98:5, 98:17, 100:20, 108:18, 111:21, 128:11, 149:10, 221:12, 244:15, 249:17
**three-month** [3] - 53:16, 53:21, 53:24
**three-page** [1] - 87:18
**throughout** [2] - 63:6, 95:2
**throw** [1] - 217:19
**tied** [3] - 29:11, 56:15, 63:3
**time-consuming** [1] - 295:22
**timeframe** [1] - 225:1
**title** [6] - 24:24, 26:5, 71:10, 75:17, 230:22, 233:3
**Title** [1] - 70:23

**titled** [1] - 242:9
**TO** [3] - 3:1, 4:1, 10:1
**to..** [1] - 130:12
**today** [27] - 23:7, 28:5, 63:16, 64:21, 89:24, 103:5, 116:4, 121:7, 131:23, 140:11, 140:13, 155:7, 158:13, 169:16, 169:19, 170:2, 193:24, 204:3, 210:2, 210:6, 210:13, 253:19, 255:5, 257:8, 276:14, 283:17, 296:17
**together** [4] - 163:9, 164:8, 165:10, 246:22
**tomorrow** [4] - 252:14, 296:11, 296:21, 296:24
**took** [7] - 136:18, 142:20, 176:7, 180:3, 182:5, 182:8
**top** [8] - 21:14, 48:8, 62:9, 67:5, 67:22, 70:12, 268:5, 290:13
**total** [17] - 48:12, 48:14, 48:16, 48:22, 48:23, 59:15, 79:13, 79:14, 85:13, 96:3, 117:9, 174:1, 197:19, 198:3, 198:6, 198:9
**track** [4] - 17:22, 234:14, 234:18, 234:20
**train** [3] - 51:16, 51:24, 52:1
**trained** [1] - 49:12
**training** [2] - 187:2, 187:6
**trainings** [2] - 186:23, 187:4
**transaction** [1] - 120:8
**transcript** [2] - 297:4, 297:9
**TRANSCRIPT** [1] - 1:12
**transfer** [9] - 22:6, 22:12, 22:18, 24:4, 24:17, 24:20, 29:11, 64:14, 74:23
**Transfer** [5] - 7:6, 7:7, 7:9, 7:12, 8:6
**transition** [3] - 187:8, 197:8, 201:10
**treat** [1] - 175:16
**treated** [2] - 179:9, 183:17
**treating** [3] - 177:3, 271:16
**treatment** [2] - 179:15, 181:1
**TRIAL** [1] - 1:12
**trial** [10] - 11:21, 14:5, 14:17, 14:21, 14:23, 16:7, 16:9, 18:19, 283:24, 284:2
**trial's** [1] - 18:4
**trick** [1] - 71:1
**triggered** [1] - 260:20
**triples** [1] - 57:6
**trouble** [1] - 248:7
**true** [8] - 72:7, 72:9, 107:10, 125:23, 219:10, 249:9, 297:3, 297:8
**trust** [7] - 33:9, 34:1, 192:8, 202:12, 264:24, 265:1,

286:3

**trust-based** [3] - 33:9, 34:1, 192:8

**trusting** [2] - 176:12, 176:14

**truth** [10] - 73:22, 121:3, 210:7, 210:8, 277:19, 277:22, 278:7, 278:15, 278:17, 284:20

**truthful** [4] - 34:3, 39:21, 106:15, 272:13

**truthfulness** [1] - 277:11

**try** [8] - 18:4, 109:11, 109:18, 152:12, 161:11, 213:18, 271:17, 296:15

**trying** [8] - 12:5, 18:20, 107:15, 182:8, 214:4, 221:16, 270:24, 271:13

**Tuesday** [1] - 251:23

**Tulsa** [2] - 175:23, 177:9

**turn** [54] - 20:9, 23:9, 24:14, 25:3, 25:12, 27:11, 45:8, 49:3, 52:1, 52:12, 53:8, 56:21, 57:11, 60:20, 64:17, 65:3, 66:3, 67:3, 67:15, 69:1, 70:1, 70:20, 71:19, 72:25, 75:13, 82:3, 82:17, 83:1, 83:23, 84:21, 86:2, 86:20, 88:8, 88:12, 94:9, 94:16, 94:23, 95:3, 95:21, 119:10, 134:17, 137:4, 160:11, 169:4, 197:7, 229:25, 230:2, 230:13, 231:5, 232:8, 232:15, 238:23, 240:18, 240:25

**turned** [4] - 90:19, 216:1, 293:2, 293:5

**twice** [1] - 176:2

**two** [52] - 19:4, 19:8, 21:19, 21:21, 29:15, 29:25, 32:24, 34:20, 39:4, 39:6, 48:25, 51:5, 51:13, 53:18, 64:12, 69:22, 71:8, 77:3, 78:9, 80:24, 82:18, 83:12, 83:20, 89:12, 91:16, 92:11, 94:25, 95:14, 97:3, 99:2, 99:4, 100:20, 101:12, 101:15, 109:21, 116:8, 122:15, 149:10, 170:10, 170:14, 182:24, 186:16, 199:2, 227:17, 227:20, 227:24, 228:2, 229:13, 236:2, 255:25, 265:24, 278:19

**two-dozen** [1] - 51:13

**two-page** [3] - 48:25, 82:18, 101:12

**TX** [1] - 1:22

**type** [11] - 22:6, 26:17, 39:7, 44:2, 51:22, 98:4, 108:9, 120:3, 131:14, 147:8, 200:16

**types** [4] - 103:25, 222:15, 223:20, 244:13

**typical** [4] - 56:2, 211:7, 211:9, 253:3

**typically** [13] - 35:11, 38:10, 40:24, 49:21, 56:10, 56:18, 81:16, 190:18, 190:21, 221:10, 223:11, 244:4, 291:12

## U

**U.S** [45] - 1:17, 1:20, 8:24, 9:1, 9:3, 26:5, 173:24, 208:8, 208:18, 208:24, 209:19, 213:7, 216:22, 220:8, 223:23, 224:7, 230:8, 230:14, 230:16, 232:12, 232:17, 232:18, 234:11, 234:14, 235:15, 235:17, 237:25, 241:7, 241:20, 243:18, 247:14, 253:15, 253:22, 259:1, 263:6, 265:23, 272:8, 276:11, 276:19, 288:21, 288:24, 289:11, 291:6, 293:9, 297:5

**ultimately** [7] - 108:19, 174:3, 183:13, 255:15, 259:14, 266:21, 284:8

**Under** [1] - 72:1

**under** [20] - 19:14, 26:7, 41:12, 71:15, 90:12, 105:15, 106:1, 143:22, 157:12, 157:23, 210:5, 244:11, 244:16, 244:18, 245:19, 245:25, 246:6, 246:8, 256:16, 279:6

**undergo** [1] - 26:10

**underlying** [1] - 120:8

**underserved** [1] - 41:15

**undersigned** [1] - 72:2

**understood** [2] - 226:23, 272:23

**unfamiliar** [1] - 17:23

**unfavorably** [1] - 284:23

**unique** [1] - 47:12

**unit** [5] - 185:16, 185:18, 185:19, 237:24, 237:25

**Unit** [1] - 186:11

**United** [53] - 5:14, 5:15, 10:4, 57:15, 70:23, 71:10, 172:24, 184:19, 199:20, 200:16, 200:23, 201:4, 201:16, 201:19, 201:22, 202:1, 202:7, 202:9, 202:12, 202:23, 203:14, 203:17, 203:23, 204:4, 204:12, 205:21, 206:2, 206:5, 206:8, 206:17,

206:20, 206:24, 226:24, 260:8, 260:11, 260:20, 268:6, 272:9, 272:16, 273:5, 273:7, 274:10, 274:15, 275:20, 275:25, 276:2, 276:4, 276:7, 276:15, 277:8, 279:7, 292:16

**UNITED** [3] - 1:1, 1:4, 1:13

**united** [3] - 200:15, 201:11, 201:13

**university** [1] - 186:16

**unless** [1] - 54:24

**unnecessary** [1] - 62:19

**unreviewable** [2] - 274:10, 275:19

**unsuccessful** [1] - 271:20

**unusual** [1] - 175:19

**up** [82] - 11:3, 14:5, 14:15, 15:2, 15:3, 15:6, 15:10, 15:12, 15:21, 18:21, 18:25, 19:13, 43:13, 57:2, 59:21, 59:24, 65:6, 71:1, 74:3, 78:9, 79:1, 82:8, 85:5, 90:20, 93:9, 99:9, 100:12, 101:10, 102:10, 110:17, 111:9, 118:16, 120:23, 121:15, 126:1, 127:8, 129:22, 133:4, 137:1, 137:3, 137:5, 142:25, 143:13, 150:11, 160:9, 160:16, 162:9, 163:21, 165:25, 167:4, 168:7, 171:14, 180:1, 180:3, 182:6, 183:7, 197:23, 217:24, 220:7, 221:15, 222:2, 222:20, 225:19, 235:22, 240:11, 260:24, 262:17, 262:25, 263:1, 266:3, 268:25, 278:2, 283:24, 286:15, 287:5, 292:5, 292:6, 296:11

**upcoming** [1] - 237:8

**update** [1] - 19:12

**updated** [1] - 291:12

**updating** [1] - 66:9

**upselling** [1] - 215:2

**US** [4] - 229:21, 237:11, 259:8, 259:10

**USA** [2] - 10:5, 10:7

**USAspending.gov** [1] - 125:13

**useful** [1] - 257:4

**uses** [3] - 71:4, 192:8, 203:3

**utilizing** [1] - 271:3

**UW** [1] - 201:9

## V

**V.K** [1] - 8:18

**VALENCIA** [1] - 2:5

**valid** [3] - 33:16, 33:17, 217:8

**validating** [1] - 33:15

**value** [5] - 14:1, 192:20, 242:16, 277:11, 286:23

**variance** [1] - 225:18

**variations** [1] - 51:13

**varied** [1] - 215:21

**various** [3] - 81:5, 117:5, 175:4

**vendors** [1] - 294:22

**verdict** [1] - 11:17

**verification** [4] - 33:20, 33:22, 216:14, 217:5

**verify** [4] - 170:17, 172:11, 243:8, 264:10

**version** [8] - 21:24, 23:15, 25:15, 64:22, 70:2, 104:14, 118:20, 224:17

**versions** [4] - 39:4, 51:21, 81:5, 241:23

**versus** [2] - 56:24, 64:22

**Veterans** [1] - 173:24

**veterans'** [1] - 174:4

**via** [1] - 69:20

**viable** [1] - 218:1

**video** [3] - 41:3, 219:20, 219:21

**view** [2] - 178:21, 192:11

**viewed** [1] - 181:2

**violate** [2] - 108:22, 210:9

**violated** [2] - 193:8, 224:5

**violation** [4] - 61:21, 61:24, 231:17, 233:14

**vision** [1] - 188:3

**visit** [3] - 175:24, 176:1, 183:25

**visits** [1] - 188:1

**visual** [3] - 41:1, 41:19, 183:19

**Vitale** [3] - 256:1, 256:7, 261:19

**VK** [2] - 95:9, 95:17

**voided** [2] - 24:16, 24:17

**volume** [9] - 55:16, 55:17, 56:19, 100:6, 192:4, 192:15, 196:18, 225:16, 244:21

**Volume** [5] - 4:10, 4:15, 4:19, 5:2, 5:3

**VOLUME** [1] - 1:11

**voluminous** [4] - 44:7, 77:11, 91:24, 191:6

**Voluminous** [1] - 196:15

**voluntarily** [2] - 268:3, 272:25

**vs** [2] - 10:4, 260:9

**VS** [1] - 1:6

**vulnerable** [1] - 26:18

## W

**w-o-l-f-e** [1] - 200:9
**WAGNER** [3] - 1:20, 12:1, 199:18
**waist** [1] - 181:16
**waited** [1] - 261:16
**walk** [24] - 29:1, 36:16, 48:2, 48:5, 52:13, 53:13, 57:1, 59:8, 79:3, 82:20, 83:2, 83:25, 85:7, 88:3, 88:18, 89:3, 95:11, 95:24, 98:13, 100:14, 101:13, 101:14, 117:2, 251:6
**walked** [2] - 80:12, 128:9
**want..** [1] - 132:23
**wants** [4] - 24:11, 109:5, 109:8, 283:20
**warned** [1] - 71:24
**warning** [1] - 108:22
**warrant** [1] - 274:13
**warranty** [2] - 242:18, 242:20
**WASHINGTON** [1] - 1:19
**Washington** [1] - 84:15
**waste** [3] - 185:20, 186:1, 187:2
**WAX** [54] - 2:8, 2:9, 11:4, 11:13, 13:3, 13:8, 16:15, 28:17, 28:19, 28:23, 43:2, 44:20, 63:25, 68:25, 74:7, 76:4, 77:21, 85:20, 87:13, 90:11, 90:22, 92:15, 92:17, 96:13, 96:24, 101:3, 105:6, 105:12, 106:10, 107:4, 109:8, 109:17, 110:2, 113:19, 115:17, 117:15, 118:4, 195:15, 197:1, 204:22, 250:21, 254:18, 259:22, 261:2, 267:19, 268:10, 268:18, 275:1, 275:8, 282:8, 287:23, 290:25, 296:5, 296:8
**Wax** [11] - 3:16, 254:21, 258:25, 260:4, 261:7, 267:21, 268:19, 275:10, 282:14, 288:1, 291:2
**Waxan** [1] - 141:13
**Waxman** [37] - 9:5, 91:19, 122:18, 141:8, 141:10, 161:6, 161:17, 162:13, 163:25, 164:6, 169:1, 209:17, 211:1, 211:2, 211:5, 224:22, 225:2, 234:8, 241:13, 241:15, 241:22, 244:6, 244:20, 248:24, 250:12, 251:11, 251:13, 258:5, 263:9, 287:9, 287:17, 288:4,

289:7, 289:19, 290:22, 291:3, 294:8
**waxman** [11] - 161:24, 163:2, 163:6, 163:10, 224:24, 245:8, 245:18, 245:21, 247:6, 247:9, 258:5
**Waxman's** [4] - 211:24, 252:5, 252:19, 253:25
**ways** [2] - 21:19, 151:3
**wear** [4] - 89:9, 89:13, 178:4, 271:7
**wearing** [1] - 89:10
**website** [4] - 125:13, 191:23, 193:12, 193:14
**week** [33] - 14:21, 16:16, 16:17, 176:2, 225:7, 225:9, 225:17, 227:7, 227:13, 234:13, 235:2, 235:16, 235:19, 237:8, 238:17, 239:4, 239:6, 239:7, 239:13, 239:15, 240:23, 244:4, 244:25, 252:8, 252:10, 252:11, 252:15, 253:2, 253:11, 288:17, 288:20, 289:19, 290:1
**week's** [4] - 235:4, 237:8, 238:17, 239:14
**weekly** [4] - 222:17, 227:4, 234:19, 249:23
**weeks** [5] - 19:4, 178:5, 234:21, 245:4, 245:5
**weighed** [1] - 180:20
**welcome** [2] - 18:11, 222:8
**West** [28] - 4:21, 4:22, 4:23, 5:12, 5:16, 6:6, 6:14, 6:16, 6:18, 8:21, 8:22, 97:2, 97:20, 98:2, 98:24, 99:20, 100:4, 101:23, 194:1, 204:6, 209:7, 210:24, 226:18, 241:13, 245:2, 248:16, 249:5, 254:2
**wheelchair** [2] - 36:22, 38:11
**wheelchairs** [1] - 189:14
**whole** [6] - 26:19, 41:17, 67:18, 107:22, 125:19, 151:16
**Wi** [1] - 183:21
**Wi-Fi** [1] - 183:21
**wichern** [1] - 85:5
**Wienges** [1] - 96:6
**wife** [14] - 265:9, 265:10, 266:1, 266:5, 266:11, 266:15, 269:21, 270:4, 285:21, 285:24, 286:3, 286:4, 286:14, 286:18
**willfully** [2] - 71:1, 71:12
**window** [1] - 221:18
**Wingate** [1] - 186:16
**wire** [1] - 269:16
**Wisconsin** [1] - 201:9

**wise** [1] - 227:18
**withdrawing** [2] - 90:22, 90:23
**withheld** [2] - 54:17, 55:2
**withstand** [1] - 189:15
**Witness** [5] - 5:18, 5:19, 5:21, 5:22, 5:24
**witness** [33] - 17:7, 18:9, 18:18, 18:22, 23:13, 76:7, 106:23, 131:6, 135:11, 143:13, 143:15, 144:7, 144:9, 144:11, 144:16, 145:19, 148:6, 152:8, 155:2, 157:16, 157:17, 158:7, 172:23, 184:18, 195:10, 196:23, 199:17, 204:19, 228:11, 229:8, 236:9, 251:3, 296:6
**WITNESS** [22] - 3:2, 19:18, 69:17, 74:5, 86:4, 110:23, 116:3, 126:6, 131:8, 143:23, 173:9, 173:13, 184:25, 185:3, 194:13, 200:4, 200:8, 207:16, 207:20, 208:16, 253:7, 275:9
**witnesses** [1] - 144:15
**WITNESSES** [1] - 3:1
**WOLFE** [2] - 3:12, 200:1
**Wolfe** [12] - 66:2, 67:20, 67:23, 76:18, 98:18, 98:24, 122:21, 199:21, 200:8, 200:12, 205:5, 207:9
**woman** [2] - 182:15, 183:5
**word** [3] - 15:5, 289:21, 290:6
**words** [3] - 138:12, 138:18, 275:25
**works** [4] - 31:1, 154:21, 273:22, 279:20
**worth** [1] - 253:2
**Wright** [2] - 175:12, 175:13
**wrist** [19] - 51:18, 81:1, 81:2, 88:7, 88:21, 178:2, 178:8, 178:25, 179:2, 179:3, 179:7, 179:11, 179:12, 179:19, 179:23, 179:24, 180:5, 190:13, 226:9
**wrist-hand** [3] - 81:1, 88:7, 88:21
**wrist-to-hand** [1] - 81:2
**wrist/hand** [3] - 52:4, 59:14, 96:2
**write** [4] - 36:22, 49:20, 217:25, 278:10
**writing** [2] - 81:17, 218:24
**written** [7] - 22:18, 224:7, 224:10, 227:15, 231:25, 248:25, 266:25
**wrote** [5] - 48:17, 48:20,

49:25, 289:7, 291:19
**ws** [1] - 61:5

## Y

**year** [10] - 38:17, 39:6, 149:16, 149:19, 180:2, 186:8, 211:3, 247:17, 284:12, 291:12
**yearly** [1] - 187:4
**years** [30] - 14:11, 20:17, 37:12, 38:11, 38:21, 39:11, 39:12, 39:17, 49:10, 104:10, 107:22, 123:22, 159:12, 159:13, 162:24, 169:6, 174:1, 179:20, 179:25, 180:24, 186:14, 200:24, 202:11, 208:20, 223:19, 234:21, 268:25, 271:25, 281:4, 286:15
**yellow** [1] - 101:24
**yesterday** [19] - 11:8, 12:9, 13:19, 16:5, 16:22, 19:25, 20:10, 21:18, 21:23, 22:22, 23:4, 33:9, 36:15, 63:10, 63:16, 64:21, 138:15, 205:9, 296:13
**YORK** [1] - 1:18
**York** [1] - 292:20
**Young** [1] - 184:2
**Yourself** [5] - 247:16, 247:19, 248:8, 255:6, 255:23
**yourself** [2] - 17:24, 265:20

## Z

**zero** [1] - 81:7
**zoom** [17] - 22:4, 23:16, 24:20, 26:25, 61:1, 62:9, 65:10, 65:19, 66:19, 68:4, 70:12, 70:22, 73:7, 118:22, 119:17, 251:24, 253:5
**Zusmer** [34] - 5:4, 8:7, 9:6, 66:22, 67:21, 68:6, 68:13, 68:22, 68:23, 70:4, 74:1, 75:16, 76:17, 76:24, 80:6, 83:17, 117:25, 119:1, 120:18, 121:13, 121:23, 212:23, 248:24, 252:12, 253:16, 254:1, 254:21, 287:12, 290:4, 290:9, 290:12, 290:15, 290:16, 290:19
**ZUSMER** [2] - 1:8, 2:8
**Zusmer'** [1] - 212:22
**Zusmer's** [4] - 76:25, 121:25, 252:16, 287:3